## PLAINTIFF'S CERTIFICATE

I, Ruben A. Luna ("Plaintiff"), declare, as to the claims asserted under the Federal Securities laws, that:

1.      Plaintiff has reviewed the complaint against **Carbonite, Inc.**, and certain other defendants, and authorizes its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of a class, including acting as a Lead Plaintiff and providing testimony at deposition and trial, if necessary.

4.      Plaintiff represents and warrants that he is fully authorized to enter into and execute this certification.

5.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as approved by the court.

6.      In addition, Plaintiff has made no transaction(s) during the Class Period in the securities of **Carbonite, Inc.**, except those set forth below (attach additional sheets if necessary):

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Date(s) | Number Of Shares | Price | | Date(s) | Number of Shares | Price |
| 05/20/19 | 40 | $25.45 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

7.      During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except if detailed as follows:  None.

I declare under penalty of perjury, under the laws of the United States, this 28 day of July, 2019 that the information above is accurate.

_____
Ruben A. Luna