# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUBEN A. LUNA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARBONITE, INC., MOHAMAD S. ALI and ANTHONY FOLGER,<br><br>Defendants. | Case No.: 19-cv-11662-LTS<br><br>**CLASS ACTION** |
| WILLIAM FENG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARBONITE, INC., MOHAMAD S. ALI and ANTHONY FOLGER,<br><br>Defendants. | Case No.: 19-cv-11808-LTS<br><br>**CLASS ACTION** |

**NOTICE OF NON-OPPOSITION TO
COMPETING LEAD PLAINTIFF MOTIONS**

Lead Plaintiff Movant Peter Wu ("Movant") respectfully submits this notice of non-opposition with respect to the pending motions for appointment as Lead Plaintiff, approval of selection of Lead Counsel, and for consolidation of the related actions filed against Carbonite Inc., Mohamed Ali, and Anthony Folger.

On September 30, 2019, Movant filed a motion for appointment as lead plaintiff and to consolidate these related actions. *See* Dkt. 17. Having reviewed the various competing submissions to the Court, it appears that Movant does not have the largest financial interest in the above-captioned action. Accordingly, Movant does not oppose the appointment of a competing movant with a larger financial interest who also makes the necessary the *prima facie* Rule 23 showing required by the Private Securities Litigation Reform Act of 1995.

Movant remains ready, willing, and able to serve as Lead Plaintiff or a Class Representative if the Court declines to appoint a competing movant. Movant reserves any and all rights to share in any recovery in this action as a member of the class.

Dated: October 3, 2019

Respectfully submitted,

**THORNTON LAW FIRM LLP**

/s/ *Guillaume Buell*
Guillaume Buell (BBO #676566)
Andrea Marino Landry (BBO #663932)
1 Lincoln Street
Boston, MA 02111
Telephone: (617) 720-1333
gbuell@tenlaw.com
alandry@tenlaw.com

*Counsel for Movant Peter Wu and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac vice* forthcoming)
1880 Century Park East, Suite 404

Los Angeles, CA 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Movant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Guillaume Buell*