# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUBEN A. LUNA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARBONITE, INC., MOHAMAD S. ALI and ANTHONY FOLGER,<br><br>Defendants. | Civil Action No.: 1:19-cv-11662-LTS<br><br>CLASS ACTION |
| WILLIAM FENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARBONITE, INC., MOHAMAD S. ALI, and ANTHONY FOLGER,<br><br>Defendants. | Civil Action No.: 1:19-cv-11808-LTS<br><br>CLASS ACTION |

## WITHDRAWAL OF TOM JOHNATAN OR-PAZ'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Tom Johnatan Or-Paz ("Movant") respectfully withdraws his motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of his selection of Lead Counsel. On September 29, 2019 Movant timely filed a motion for consolidation of the actions, appointment as Lead Plaintiff, and approval of selection of counsel, stating that he suffered losses of approximately $21,212.03 in financial losses in connection with his purchases of Carbonite, Inc. securities between February 7, 2019 and July

25, 2019, both dates inclusive. Similar motions for consolidation of the actions, appointment as lead plaintiff, and approval of selection of counsel were filed by other putative class members in the Actions. Having reviewed the competing lead plaintiff motions, Movant does not appear to have the largest financial interest.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Actions, he does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This withdrawal shall have no impact on the Movant's membership in the proposed class and his right to share in any recovery obtained for the benefit of the class. If, for any reason, the Court holds the other movants unable or unfit to serve as lead plaintiff, Movant and Movant's counsel stand ready, willing and able to serve as lead plaintiff and lead counsel, respectively.

Dated: October 7, 2019                       Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

Respectfully Submitted,
/s/ Shannon L. Hopkins
Shannon L. Hopkins (BBO# 657485)
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel. (203) 992-4523
Fax: (212) 363-7500
shopkins@zlk.com

*Lead Counsel for Movant and [Proposed]*

*Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

  I, Shannon L. Hopkins, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 7, 2019.

Dated: October 7, 2019          /s/ *Shannon L. Hopkins*
                  Shannon L. Hopkins