UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RUBEN A. LUNA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 19-11662-LTS |
| CARBONITE, INC., MOHAMAD S. ALI, and ANTHONY FOLGER | ) ) ) | |
| Defendants. | ) ) ) | |
| WILLIAM FENG, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 19-11808-LTS |
| CARBONITE, INC., MOHAMAD S. ALI, and ANTHONY FOLGER, | ) ) ) | |
| Defendants. | ) ) ) | |
| VALERIE COSGROVE, Derivatively on Behalf of CARBONITE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 19-12124-LTS |
| MOHAMAD S. ALI, ANTHONY FOLGER, STEPHEN MUNFORD, LINDA CONNLY, SCOTT A. DANIELS, DAVID FRIEND, CHARLES F. KANE, TODD KRASNOW, MARINA LEVINSON, | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) | |

|  |  |  |
|---|---|---|
| CARBONITE, INC., a Delaware Corporation, | ) ) ) ) | |
| Nominal Defendant. | ) ) ) | |
| MICHAEL RANDOLPH, Derivatively on Behalf of CARBONITE, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 19-12212-LTS |
| MOHAMAD S. ALI, ANTHONY FOLGER, STEVE MUNFORD, LINDA CONNLY, SCOTT DANIELS, DAVID FRIEND, CHARLES KANE, TODD KRASNOW, MARINA LEVINSON, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| CARBONITE, INC., | ) ) | |
| Nominal Defendant. | ) ) ) | |

ORDER ON MOTION TO CONSOLIDATE CASES (DOC. NOS. 10, 13 and 20)

November 21, 2019

SOROKIN, J.

Several similar cases involving the company Carbonite, Inc., are pending before the Court. The pending cases are:

    Luna v. Carbonite, Inc., No. 19-cv-11662 (D. Mass. filed Aug. 1, 2019),

    Feng v. Carbonite, Inc., No. 19-cv-11808 (D. Mass. filed Aug. 23, 2019),

    Cosgrove v. Ali, No. 19-cv-12124 (D. Mass. filed Oct. 14, 2019),

2

Randolph v. Ali, No. 19-cv-12212 (D. Mass. filed Oct. 25, 2019).

The Court hereby CONSOLIDATES these cases with all future filings to be made in the Luna case, as it was first filed.  To that extent, the Motions to Consolidate (Luna, Doc. Nos. 10, 13, and 20) are ALLOWED.  To the extent Camelot Event Driven Fund (Luna, Doc. No. 13) and the Peoria Police Pension Fund (Luna, Doc. No. 20; Feng, Doc. No. 5) sought designation as lead plaintiff, the Motions are DENIED AS WITHDRAWN.  See Luna, Doc. Nos. 33 and 34.  The Construction Industry and Laborers' Joint Pension Trust Motion is ALLOWED insofar as it seeks designation of that Plaintiff as the lead plaintiff and its counsel as lead counsel.  The Clerk shall docket this Order in all of the consolidated cases, terminate the Motion to Consolidate filed in Feng (Feng, Doc. No. 10), administratively close the Feng, Cosgrove, and Randolph cases, and issue the proposed order (Luna, Doc. No. 10-1) as an Order of the Court.  All future filings shall be made in the Luna action.

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge