**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re CARBONITE, INC. SECURITIES LITIGATION | Master File No.: 1:19-cv-11662-LTS |
| This Document Relates To: | CLASS ACTION |
| *Cosgrove v. Ali et al.*, Case No. 1:19-cv-12124 (D. Mass. filed Oct. 14, 2019) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 23.1(c) AND 41(a)**

Pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), Plaintiff Valerie Cosgrove ("Plaintiff"), by her undersigned counsel, hereby moves this Court for an Order voluntarily dismissing this Action brought on behalf of Nominal Defendant Carbonite, Inc. ("Carbonite"), against defendants Mohamad S. Ali, Anthony Folger, Stephen Munford, Linda Connly, Scott A. Daniels, David Friend, Charles F. Kane, Todd Krasnow, and Marina Levinson (together with Carbonite, the "Defendants"), without prejudice and with all parties to bear their own costs and fees. Counsel for the parties have met and conferred regarding the issues raised in this Motion, and Defendants do not oppose this Motion.

Respectfully submitted,

DATED: December 20, 2019

**JOHNSON FISTEL, LLP**
**MICHAEL I FISTEL, JR.**

*s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.
40 Powder Springs Street
Marietta, GA 30064
Telephone: (770) 200-3104
Facsimile: (770) 200-3101
Email: MichaelF@johnsonfistel.com

1

**JOHNSON FISTEL, LLP**
FRANK J. JOHNSON
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
Email: FrankJ@johnsonfistel.com

*Attorneys for Plaintiff Valerie Cosgrove*

**LAW OFFICES OF PETER CHARLES HORSTMANN**
Peter Charles Horstmann
450 Lexington Street, Suite 101
Newton, MA 02466
Telephone: (617) 723-1980
Facsimile: (617) 663-6339
Email: pete@horstmannlaw.com

*Liaison Counsel for Plaintiff Valerie Cosgrove*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that pursuant to L.R. 7.1(a)(2), I have met and conferred in good faith with Defendants' counsel in contemplation of submitting this motion, and I hereby certify that Defendants do not oppose this motion.

*s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

DATED: December 20, 2019

*s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.