**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re CARBONITE, INC. SECURITIES LITIGATION | Master File No.: 1:19-cv-11662-LTS |
| This Document Relates To:<br><br>*Cosgrove v. Ali et al.*, Case No. 1:19-cv-12124 (D. Mass. filed Oct. 14, 2019) | CLASS ACTION |

**[PROPOSED] ORDER**

After considering Plaintiff's Motion for Voluntary Dismissal Without Prejudice Pursuant

to Federal Rules of Civil Procedure 23.1(c) and 41(a), the Court hereby grants Plaintiff's motion.

As a result, this case is closed.

SO ORDERED.

_____
THE HONORABLE LEO T. SOROKIN
UNITED STATES DISTRICT JUDGE