UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUBEN A. LUNA, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) CARBONITE, INC., MOHAMAD S. ALI, ) and ANTHONY FOLGER, ) ) Defendants. ) ) | Civil No. 19-cv-11662-LTS |

## JUDGMENT

October 22, 2020

Pursuant to the Court's Order, Doc. No. 62, dated October 22, 2020, Counts I and II of Plaintiff's Consolidated Amended Complaint are DISMISSED WITH PREJUDICE. Each side shall bear its own fees and costs.

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge