UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUBEN A. LUNA, Individually and on Behalf of All Others Similarly Situated, | No. 1:19-cv-11662-LTS **(Consolidated)** |
| Plaintiff, | CLASS ACTION |
| vs. | NOTICE OF APPEAL |
| CARBONITE, INC., et al., | |
| Defendants. | |

Construction Industry and Laborers' Joint Pension Trust, individually and on behalf of all others similarly situated, appeals to the United States Court of Appeals for the First Circuit from the final Judgment entered in this action on October 22, 2020 (ECF No. 63), the Order on Defendants' Motion to Dismiss the Consolidated Amended Complaint, filed on the same date (ECF No. 62), which granted with prejudice defendants' motion to dismiss, and all prior rulings related to or merged therein.

DATED:  November 20, 2020                    HUTCHINGS BARSAMIAN MANDELCORN, LLP
                                             THEODORE M. HESS-MAHAN, BBO #557109


                                             */s/ Theodore M. Hess-Mahan*
                                             THEODORE M. HESS-MAHAN

                                             110 Cedar Street, Suite 250
                                             Wellesley Hills, MA  02481
                                             Telephone:  781/431-2231
                                             781/431-8726 (fax)
                                             thess-mahan@hutchingsbarsamian.com

                                             *Local Counsel*

                                             ROBBINS GELLER RUDMAN
                                                & DOWD LLP
                                             SAMUEL H. RUDMAN
                                             DAVID A. ROSENFELD (admitted *pro hac vice*)
                                             ROBERT D. GERSON (admitted *pro hac vice*)
                                             PHILIP T. MERENDA (admitted *pro hac vice*)
                                             58 South Service Road, Suite 200
                                             Melville, NY 11747
                                             Telephone: 631/367-7100
                                             631/367-1173 (fax)
                                             srudman@rgrdlaw.com
                                             drosenfeld@rgrdlaw.com
                                             rgerson@rgrdlaw.com
                                             pmerenda@rgrdlaw.com

                                             *Lead Counsel for Lead Plaintiff*

**<u>Certificate of Service</u>**

I hereby certify that this Certification has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 20, 2020.

**<u>/s/Theodore M. Hess-Mahan</u>**