# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:        Luna v. Carbonite, Inc. et al

District Court Number:        19cv11662-LTS

Fee:    Paid?   Yes _X_   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending        Yes ____ No _X_            Sealed documents        Yes ____ No _X_
*If yes, document #*        _____            *If yes, document #*        _____

*Ex parte* documents    Yes ____ No _X_            Transcripts            Yes _X_ No ____
*If yes, document #*        _____            *If yes, document #*        64

Notice of Appeal filed by: Plaintiff/Petitioner _X_    Defendant/Respondent ____    Other: ____

Appeal from:

#62 Order, #63 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#62, #63, and #66

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _66_ filed on November 20, 2020.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 20, 2020.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**