# United States Court of Appeals
## For the First Circuit

No. 20-2110

CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST,

Plaintiff, Appellant,

RUBEN A. LUNA, individually and on behalf of all others similarly situated; VALERIE COSGROVE, derivatively on behalf of CARBONITE, INC.; WILLIAM FENG, individually and on behalf of all others similarly situated; MICHAEL RANDOLPH, derivatively on behalf of CARBONITE, INC.,

Plaintiffs,

v.

CARBONITE, INC.; MOHAMAD S. ALI; ANTHONY FOLGER,

Defendants, Appellees,

LINDA CONNLY; MARINA LEVINSON; TODD KRASNOW; SCOTT A. DANIELS; CHARLES F. KANE; STEPHEN MUNFORD; DAVID FRIEND,

Defendants.

---

**JUDGMENT**
Entered: December 22, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court granting the motion to dismiss is reversed, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:
Maria R. Hamilton, Clerk

cc: Hon. Leo T. Sorokin, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Theodore Michael Hess-Mahan, Samuel Howard Rudman, David Avi Rosenfeld, Andrew Love, Philip Thomas Merenda III, Robert D. Gerson, Joseph P. Calandrelli, Guillaume

Buell, Michael Ira Fistel Jr., Alisha Q. Nanda, James R. Carroll, Immanuel Foster, Shannon Lee Hopkins, Leslie R. Stern, Daryl DeValerio Andrews