# United States Court of Appeals
## For the First Circuit

No. 20-2110

CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST

Plaintiff - Appellant

RUBEN A. LUNA, individually and on behalf of all others similarly situated; VALERIE COSGROVE, derivatively on behalf of CARBONITE, INC.; WILLIAM FENG, individually and on behalf of all others similarly situated; MICHAEL RANDOLPH, derivatively on behalf of CARBONITE, INC.

Plaintiffs

v.

CARBONITE, INC.; MOHAMAD S. ALI; ANTHONY FOLGER

Defendants - Appellees

LINDA CONNLY; MARINA LEVINSON; TODD KRASNOW; SCOTT A. DANIELS; CHARLES F. KANE; STEPHEN MUNFORD; DAVID FRIEND

Defendants

**MANDATE**

Entered: January 12, 2022

In accordance with the judgment of December 22, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Daryl DeValerio Andrews
Guillaume Buell
Joseph P. Calandrelli
James R. Carroll
Michael Ira Fistel Jr.
Immanuel Foster
Robert D. Gerson
Theodore Michael Hess-Mahan
Shannon Lee Hopkins
Andrew Love
Philip Thomas Merenda III
Alisha Q. Nanda
David Avi Rosenfeld
Samuel Howard Rudman
Leslie R. Stern