UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RUBEN A. LUNA, individually and on behalf of :
all others similarly situated,

                                    :

              Plaintiff,            Civil Action

        v.                  :   No. 19-11662-LTS

                                 (Consolidated)

CARBONITE, INC., MOHAMAD S. ALI and  :
ANTHONY FOLGER,

                                   :

              Defendants.

                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **JOINT MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY ORDER**

Lead Plaintiff Construction Industry and Laborers' Joint Pension Trust and Defendants Carbonite, Inc., Mohamad S. Ali and Anthony Folger (together with Plaintiff, the "Parties") respectfully move for entry of a confidentiality order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for good cause shown. The Parties jointly request that the Court adopt the provisions of the Stipulated Confidentiality Order submitted herewith as Exhibit 1.

In support of this Motion, the Parties state as follows:

1.     The Parties expect that some of the information exchanged in discovery during this case by the Parties and by non-parties may be confidential or proprietary.

2.     The entry of the Stipulated Confidentiality Order in this case will simplify the discovery process for the Parties and non-parties from whom discovery has been or will be sought.

3.     The purpose of the Stipulated Confidentiality Order is to limit the pre-trial disclosure and use of confidential information, including but not limited to personal information, financial information, competitive information, personnel information, or other kinds of sensitive

information (*e.g.,* trade secret, proprietary, or other confidential research, development, or commercial information) that the producing party in good faith deems to be confidential. Use or disclosure of such confidential information outside the scope of the Stipulated Confidentiality Order could cause harm to the producing party or to any individual or entity whose confidential information is contained in the information.

4.      Rule 26(c) provides that the Court "may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," including an order "that a trade secret or other confidential . . . commercial information not be revealed or be revealed only in a specified way." Fed. R. Civ. P. P. 26(c).

5.      The Stipulated Confidentiality Order attached hereto as Exhibit 1 balances the interests of the Parties, allowing the Parties and their attorneys, experts, and witnesses to obtain and use confidential information in the course of this litigation while simultaneously assuring that none of the Parties or non-parties to this litigation will use the confidential information for other purposes or disclose it outside the confines of this litigation.

6.      The Stipulated Confidentiality Order attached as Exhibit 1 contains appropriate procedures for the protection of the Parties' confidential information from unnecessary disclosure.

WHEREFORE, the Parties jointly request that the Court adopt and enter the Stipulated Confidentiality Order attached hereto Exhibit 1.

Dated: March 22, 2022                          Respectfully submitted,
         Boston, Massachusetts

*/s/ David A. Rosenfeld*                       */s/ James R. Carroll*
Samuel H. Rudman                               James R. Carroll (BBO# 554426)
David A. Rosenfeld (*pro hac vice*)            Alisha Q. Nanda (BBO# 657266)
Robert D. Gerson (*pro hac vice*)              SKADDEN, ARPS, SLATE,
Philip T. Merenda (*pro hac vice*)                MEAGHER & FLOM LLP
ROBBINS GELLER RUDMAN                          500 Boylston Street
    & DOWD LLP                                 Boston, Massachusetts 02116
58 South Service Road, Suite 200               (617) 573-4800
Melville, NY 11747                             james.carroll@skadden.com
Telephone: 631/367-7100                        alisha.nanda@skadden.com
631/367-1173 (fax)
srudman@rgrdlaw.com                            *Counsel for Defendants*
drosenfeld@rgrdlaw.com                         *Carbonite, Inc., Mohamad S. Ali,*
rgerson@rgrdlaw.com                            *and Anthony Folger*
pmerenda@rgrdlaw.com

*Lead Counsel for Plaintiff*

Theodore M. Hess-Mahan, BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: 781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

*Local Counsel*