UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUBEN A. LUNA, Individually and on Behalf )     No. 1:19-cv-11662-LTS
of All Others Similarly Situated,            )     **(Consolidated)**
                                    )
               Plaintiff,     )     CLASS ACTION
                                    )
    vs.                              )
                                    )
CARBONITE, INC., et al.,            )     ORAL ARGUMENT REQUESTED
                                    )
              Defendants.     )
                                    )
                                    )

## LEAD PLAINTIFF'S MOTION TO COMPEL AND FOR ADDITIONAL DISCOVERY

Lead Plaintiff Construction Industry and Laborers' Joint Pension Trust ("Lead Plaintiff"), by and through its undersigned attorneys, hereby respectfully moves this Court before the Honorable Leo T. Sorokin, at the United States Courthouse, 1 Courthouse Way, Boston, MA 02210, for an Order: (i) compelling Defendants to search for and produce certain documents requested by Lead Plaintiff; and (ii) permitting Lead Plaintiff to take additional discovery into Defendants' document preservation practices. In support of this Motion, Lead Plaintiff respectfully submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and the exhibits attached thereto.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Lead Plaintiff respectfully requests oral argument on this motion.

### LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certifies that counsel for the parties conferred concerning the subject of this motion prior to filing, but were unable to resolve or narrow the issues in dispute.

DATED:  February 3, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD (admitted *pro hac vice*)
ROBERT D. GERSON (admitted *pro hac vice*)
PHILIP T. MERENDA (admitted *pro hac vice*)


                    */s/ David A. Rosenfeld*
                  DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
rgerson@rgrdlaw.com
pmerenda@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

HUTCHINGS BARSAMIAN MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

*Local Counsel*

- 2 -

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on February 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD