UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUBEN A. LUNA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CARBONITE, INC., et al., <br><br> Defendants. | No. 1:19-cv-11662-LTS <br> **(Consolidated)** <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO COMPEL AND FOR ADDITIONAL DISCOVERY**

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York, and I am admitted *pro hac vice* to appear before this Court in this action.  I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff Construction Industry and Laborers' Joint Pension Trust ("Lead Plaintiff") in the above-captioned action.  I respectfully submit this Declaration in support of Lead Plaintiff's Motion to Compel and for Additional Discovery.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Agreed-On Form of Production

Exhibit B:      A letter from Nigel Tamton to David Rosenfeld, dated January 19, 2023

Exhibit C:      A letter from Nigel Tamton to David Rosenfeld, dated January 30, 2023

Exhibit D:      A letter from David Rosenfeld to Nigel Tamton, dated May 10, 2022

Exhibit E:      A letter from Nigel Tamton to David Rosenfeld, dated May 2, 2022

Exhibit F:      A document produced by Defendants, Bates-stamped CARB-00230997

Exhibit G:      A letter from Nigel Tamton to David Rosenfeld, dated May 16, 2022

Exhibit H:      A document produced by Defendants, Bates-stamped CARB-00094260

Exhibit I:      An excerpt from the deposition transcript of Padmanabhan Sreenivasan, dated January 19, 2023

Exhibit J:      A document produced by Defendants, Bates-stamped CARB-00291602

Exhibit K:      A letter from Kurt Hemr to David Rosenfeld, dated February 3, 2023

Exhibit L:      A letter from David Rosenfeld to Alisha Nanda, dated January 17, 2023

Exhibit M:      An excerpt from the rough deposition transcript of Deepak Mohan, dated February 1, 2023

Exhibit N:      A document produced by Defendants, Bates-stamped CARB-00003740

Exhibit O:      A document produced by Defendants, Bates-stamped CARB-00022617

- 2 -

Exhibit P:      A document produced by Defendants, Bates-stamped CARB-00045428

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 3, 2023, at Melville, New York.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

**CERTIFICATE OF SERVICE**

I, David A. Rosenfeld, hereby certify that on February 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ David A. Rosenfeld
DAVID A. ROSENFELD