# EXHIBIT D

*(Letter from Defendants' Counsel to Plaintiff's Counsel dated January 19, 2023)*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

500 BOYLSTON STREET

BOSTON, MASSACHUSETTS 02116

———

TEL: (617) 573-4800

FAX: (617) 573-4822

www.skadden.com

FIRM/AFFILIATE OFFICES
———
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

January 19, 2023

David Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, New York 11747

> RE:    Luna v. Carbonite, Inc., et al.
> Civ. No. 19-11662-LTS (D. Mass.)

Dear Counsel:

I write in response to your letter sent on January 17, 2023 at 8:37 p.m. requesting further production of documents from Defendants in addition to the more than 185,000 documents that Defendants have already produced.

Your letter, coming as it does just days before the end of fact discovery, is untimely. Document productions in this matter were complete by September 23, 2022, and the agreed-upon last day to propound written discovery requests in this action was January 13, 2023. These requests should have been raised (if they had any merit at all) months ago. Your requests are also improper insofar as they seek to renegotiate our prior agreements on document search terms and custodians and ask Defendants to undertake additional document discovery burdens that are not proportional to the needs of the case.

That said, Defendants' responses to the requests set forth in your January 17, 2023 letter are enumerated below:

**1.      *Text Messages*.** You requested that we produce (i) any text messages exchanged between Rob Beeler and Mohamad Ali related to VME and (ii) text messages exchanged among Paul Mellinger, Mohamad Ali, Danielle Sheer and Christopher Wey purportedly referenced in an email Bates-stamped CARB-00461131 that was produced on September 23, 2022 (about four months ago).

David Rosenfeld
January 19, 2023
Page 2

As you know, we discussed the question of text messages during our April 1, 2022 and April 6, 2022 discovery planning calls. During those discussions, we informed you that email was the primary form of communication at Carbonite — and recent depositions have confirmed that is so — and you agreed to forego discovery of text messages at that time. Your belated demand that we re-open those discussions comes after the close of document discovery and is untimely.

In addition, to the extent that your requests seek text messages that are located on devices not in Defendants' possession, we are not in a position to make such a production for the obvious reasons. Even if your requests were limited to the phone in Mr. Ali's possession, they would still be unreasonable as they would require Defendants to undertake the considerable burden and expense of reviewing data from Mr. Ali's phone on a truncated timeline. Such a burden is not proportional to the needs of this case, particularly in light of the burdens that Defendants have already undertaken in producing more than 185,000 documents in response to your prior requests, including many thousands of documents relating to Mr. Ali.

**2.** ***Alternate Versions Of CARB-00193589.*** You requested that we produce any versions of the email Bates-stamped CARB-00193589 — which was produced about six months ago, on July 22, 2022 — that include a "From" field. We have searched the documents we collected that matched the agreed-upon search terms and custodians and have been unable to locate any other version of this document. We note that the document's metadata indicates that it was located in Rob Beeler's files and was not included in Chris Petersen's files. It may be that this document was an email that Mr. Beeler drafted and did not send, and that accordingly was not received by Mr. Petersen.

**3.** ***Documents With Internal Links.*** You requested that we provide you with several documents that are hyperlinked to the following documents that were produced about seven months ago:

- CARB-00019215 (produced June 24, 2022)
- CARB-00034705 (produced June 24, 2022)
- CARB-00045050 (produced June 24, 2022)
- CARB-00066468 (produced June 24, 2022)
- CARB-00094260 (produced June 24, 2022)
- CARB-00125644 (produced June 24, 2022)
- CARB-00191783 (produced July 22, 2022)

David Rosenfeld
January 19, 2023
Page 3

It is our understanding that the hyperlinks embedded within those documents direct the user to documents on internal Carbonite servers that may or may not still be in operation following the December 2019 acquisition of Carbonite by OpenText.  We will confer with OpenText as to whether those documents can be located at this point in time.

4.      *Alternate Version Of CARB-00338367.*  You requested that we provide an alternate version of the document titled "Exhibit A" that was attached to the email Bates-stamped CARB-00338366 — which was produced about five months ago, on August 22, 2022 — that includes a completed "Exhibit A."  We have searched the documents that we collected that matched the agreed-upon search terms and custodians and have not located any copy of this document that includes a completed Exhibit A.  We note that it may be that no such copy ever existed.

5.      *Purported Document Referenced In CARB-00094260.*  You requested that we provide a document purportedly referenced in CARB-00094260 — which was produced about seven months ago, on June 24, 2022 — where Scott Haines of Carbonite states that he will "document and socialize an action plan."  The document does not say whether Mr. Haines in fact created any such document, or where he may have stored it if he did create it.  Mr. Haines was not an agreed-upon document custodian and he is no longer employed by Carbonite or Open Text.  If the document was in fact created and circulated, it appears likely that it would have been produced in the ordinary course in connection with our search of the files of the agreed-upon document custodians.  We do not believe we can be reasonably obligated to undertake any further search for this document.

6.      *Purported Chats Referenced In CARB-00192859.*  You requested that we provide you with chat messages related to a purported chat group mentioned in an email Bates-stamped CARB-00192859, which was produced about six months ago, on July 22, 2022.  As you know, we have already produced chat messages that we were able to locate pursuant to a reasonable search proportional to the needs of the case, and which we discussed with you during our discovery planning calls in April 2022.  Your belated demand for production of additional chat messages, which is apparently based on your review of a document you have had for six months, is untimely and improper.

7.      *Purported Responses To CARB-00232610.*  You requested that we provide you with all responses to the email Bates-stamped CARB-00232610, which was produced about six months ago, on July 22, 2022.  We have searched the documents that we collected that matched the agreed-upon search terms and custodians and have not located any responses to this email.  We believe that this

David Rosenfeld
January 19, 2023
Page 4

satisfies any obligation we may have to make a reasonable search for such responses, assuming *arguendo* that any such responses ever existed.

        **8.**      *Alternate Versions Of Documents With "Small Illegible Font."*  You asserted that certain documents produced many months ago by Defendants "only print in small illegible font" and requested that we produce alternate versions of those documents, which are listed below:

- CARB-00029393 (produced June 24, 2022)
- CARB-00075479 (produced June 24, 2022)
- CARB-00141674 (produced June 24, 2022)
- CARB-00192806 (produced July 22, 2022)
- CARB-00445958 (produced September 23, 2022)

We will provide you with native overlay files of these documents listed above.  We expect that we will be able to make that production early next week.

              Sincerely,

              /s/ Nigel Tamton

              Nigel Tamton