# EXHIBIT G

*(Letter from Defendants' Counsel to Plaintiff's Counsel dated February 3, 2023)*

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

### 5OO BOYLSTON STREET
### BOSTON, MASSACHUSETTS O2116

———

TEL: (617) 573-4800
FAX: (617) 573-4822
www.skadden.com

DIRECT DIAL
(617) 573-4833
DIRECT FAX
(617) 3O5-4833
EMAIL ADDRESS
KURT.HEMR@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

February 3, 2023

**BY ELECTRONIC MAIL**

David Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, New York 11747

RE:    Luna v. Carbonite, Inc., et al.
Civ. No. 19-11662-LTS (D. Mass.)

Dear David:

In partial response to your letter of February 2, 2023, and further to the call that you and I just concluded:

Your February 2, 2023 letter states that "Plaintiff intends to request that the Court compel production of all requested chats in native format." Production of chat documents in native format is not required under the production protocol to which Plaintiffs agreed at the outset of discovery, and accordingly your last-minute demand for re-production of those documents that were already produced to you many months ago is not well taken.

That said, Defendants are willing to re-produce in native format chat documents identified by you by Bates number. If Plaintiff stands by its demand for re-production of all chat documents, we would need to confer with our vendor to determine if that is feasible. Please let us know your preference in that regard.

Best regards,

Kurt Wm. Hemr