# EXHIBIT J

*(Deepak Mohan's LinkedIn Profile as of February 17, 2023)*

## Contact

www.linkedin.com/in/
deepakmohan1 (LinkedIn)

## Top Skills

Enterprise Software

Storage

Virtualization

## Languages

Hindi

## Patents

System and parallel streaming and
data stripping to back-up a network

A system and method for engaging
customers through continuous
feedback loops.

Device and method for managing
storage media

# Deepak Mohan

Exec. Vice President, Products at Veritas Technologies LLC
Santa Clara, California, United States

## Summary

Information Technology Executive and strategist possessing
extensive experience building secure and scalable commercial
enterprise solutions for large IT infrastructure. Deep understanding
across all major facets of IT including Security, Availability,
Governance and Operational Management.  Veteran at leading
transition to Cloud and SaaS applications. Functional expert
across IT, Software Engineering, Product Management and Agile
processes. Strong focus on creating a Customer First vision to drive
transformation through innovation and predictable execution.  Proven
leader who motivates and unifies large global cross-functional teams.

-----

## Experience

Veritas Technologies LLC
Exec. Vice President,  Products
November 2018 - Present (4 years 4 months)
Santa Clara, CA

Leading the VERITAS Products Organization.

Carbonite
Sr. Vice President
March 2017 - October 2018 (1 year 8 months)
Greater Boston Area

Leading the product teams at Carbonite, which provides cloud and hybrid data
protection solutions for both consumers and businesses.    Solutions include
Carbonite Safe, Server Backup,  Appliances, Availability, Recover, Migrate,
End Point, Mozy, family of products.

•  Building out the Carbonite Unified Data Protection Platform as a Service,
for Server Backup, VM Backup, DRaaS, High Availability,  Cloud Migration,
End Point Protection, optimized for Cloud, MSP, Appliance and Hybrid
deployments.

• Successfully integrated DoubleTake Software, Datacastle Corp and Mozy acquisitions into the Carbonite family within 12 months

## JourneyLabs Inc.
CEO & Board Member
October 2015 - February 2017 (1 year 5 months)
Orlando, Florida Area

JourneyLabs delivers the next generation mobile and cloud-based Customer Engagement Platform allowing businesses to stay continuously connected with their customers and employees.  The JourneyLabs platform allows organizations to easily design and modify their participants' digital journeys anywhere, anytime while retaining a longitudinal record and key data for analytics.

• Co-founded a Software as a Service (SaaS) start-up.

## EMC
SVP, Backup Recovery Systems Division
July 2013 - October 2015 (2 years 4 months)
Santa Clara

• Overall responsibility for Product Management, Strategy, Software Engineering and related IT operations for EMC's industry leading Data Protection, Electronic Discovery and Archiving products (Data Domain, DLm, Avamar, Networker, MOZY Cloud, SourceOne).

• Redefined one to three year next-generation product strategy and roadmaps to support Innovation and Cloud transformation.

• Accelerated delivery on Cloud strategy by driving the acquisition of two cloud companies (Maginatics & Spanning).  Business Data can now be protected in the Cloud.

## Symantec
14 years 10 months

SVP,  Storage & Availability Management Group
May 2012 - June 2013 (1 year 2 months)
Mountain View, CA

• Business Unit Leader for market leading High Availability products (VERITAS Storage Foundation, Cluster Server, Cluster File System) with full Product Management and Software Engineering responsibility.

• Created a compelling vision and strategy for Storage & High Availability solutions for Cloud Data Center infrastructure.

• Developed partnerships with key vendors in the Storage, Virtualization, Linux, SSD/Flash areas.

### Senior Vice President, Information Management Group
February 2008 - May 2012 (4 years 4 months)
Mountain View, CA

•  Business Unit leader for industry's #1 Data Protection and Information Management Products (NetBackup, Backup Exec, Enterprise Vault, Clearwell and Live Office), leading Product Management, Strategy,  Software Engineering, Marketing and Operations.

•  Led the transformation of a traditional software business to Cloud and Appliance delivery models.

•  Introduced NetBackup & Backup Exec Appliances (the first successful Information Protection hardware for Symantec).

•  Conceived and drove Clearwell & Live Office acquisitions to accelerate Cloud based email archiving, e-discovery and forensics offerings for Security Governance and Compliance.

### Vice President of Engineering
September 1998 - February 2008 (9 years 6 months)

•  Product Line Leader for market leading Data Protection product ~$500M and 400 employees.

•  Led the Product Management and Software Engineering functions for Backup Exec, industry leader for Windows Backup.

### Query Object System
Sr. Vice President of Engineering
1996 - 1998 (2 years)

Start-Up with a Data Analytics software platform.

### Cheyenne Software
Sr. Director of Engineering
1987 - 1996 (9 years)

Successful start-up in the Data Protection space.

---

## Education

New York University
MS, Computer Science · (1985 - 1987)

City University of New York City College
Master's Degree, Chemical Engineering · (1984 - 1985)

Indian Institute of Technology, Kanpur
B Tech, Chemical Engineering · (1979 - 1984)