# EXHIBIT K

*(Scott Haines's LinkedIn Profile as of February 17, 2023)*

## Contact

www.linkedin.com/in/shainesus
(LinkedIn)

## Top Skills

Program Management
Software Project Management
Agile Project Management

# Scott Haines

Senior Technical Program Manager at Zoox
Scottsdale, Arizona, United States

## Summary

I am a Program Management professional with progressively responsible experience driving delivery of large-scale Enterprise Application Software (EAS) and Software as a Service (SaaS) solutions.  The latter utilizing cloud computing services Amazon Web Services (AWS), and Google Cloud Platform (GCP). I have over seven years experience with Agile development methodologies, building value driven Agile teams and streamlining software development lifecycles (SDLC). I have lead cross-functional, geographically dispersed teams on several programs, built partnerships and maintained open and honest communication between stakeholders.

I enjoy working the front line between Program Management and Engineering.  I'm at ease working with the C-suite and technical staff at all levels. It is critical to establish a feedback loop between the business and the technical worlds. Technology must deliver business value and the business tempered to the possible.

## Experience

**Zoox**
Senior Program Manager
July 2019 - Present (3 years 8 months)
Foster City, California

Working to help make fully autonomous vehicles a reality!

**Carbonite**
Principal Technical Program Manager
December 2017 - July 2019 (1 year 8 months)
Sunnyvale, California

Helping drive Carbonite's entry into their SaaS Data Protection service offering for small businesses and Mid-Market segments via the initial release of Carbonite Server VM Edition.

Console Connect
Program Manager
January 2015 - August 2017 (2 years 8 months)
Santa Clara, California

Principal Program Manager reporting to the CIO (Jan 2015 - August 2017)

Console Connect was acquired by PCCW GLOBAL Limited.

As part of a globally dispersed engineering team, I provide a collaborative and transparent approach identifying, prioritizing, and successfully executing the technology portfolio of initiatives and projects within the program. My role is crucial for creating and maintaining focus, enthusiasm and momentum. I work hard to command respect and to create a sense of community among the people I work with. I am responsible for and achieved the overall integrity and coherence of the program, identifying risks and mitigate them, manage exceptions to the process, resolve disputes between groups, and in general do what it takes to keep the releases moving.

My responsibilities with overall program governance includes:

• Define, standardize and continuously improve the operational structure, process and procedures
• Define the metrics to track and report the health and progress of the program
• Work with senior management, and key stakeholders to establish the objectives of each release within the program
• Lead weekly release management team meetings for centralized monitoring and support, ensuring the program is maintaining schedule and release criteria compliance
• Track and reporting progress to plan; taking corrective and preventive actions when necessary
• Facilitate regular and phase-gate-based oversight of deliverables, performance, risks, and issues

Console Connect is a provider of global direct connect solutions, enabling customers to privately access business-critical SaaS applications, cloud providers and other enterprises with the click of a button.  Known as Software Defined Networking (SDN), Console is the first company to fully automate switching and routing (Layers 1 thru 3),  for seamless interconnection, avoiding the risks of sending traffic over the public Internet.

Red Hat
Program Manager
November 2006 - January 2015 (8 years 3 months)
Mountain View, California

Principal Program Manager, Storage Business Unit (May 2012 – Jan 2015)
Drive weekly program management meetings for Red Hat's Gluster and Ceph software storage solutions in newly defined business unit. Deliver against multiple releases from inception to delivery, managing risks, issues, inter-dependencies, and change management. Developed and implemented the defects management process and metrics program across the Storage Business Unit. This includes analyzing existing project management methods in an effort to further promote effective operations through standardization, improvement, simplification, and discontinuance.

Senior Program Manager, Cloud Business Unit (Nov 2006 – May 2012)
Conduct weekly program management meetings for Red Hat's Directory Server, Certificate System, OpenShift, JBoss Operations Network and Identity Management in Red Hat Enterprise Linux products, ensuring schedule and release criteria compliance, track and report progress to plan, coordinate engineering teams, and manage third party dependencies. Develop detailed implementation plans for the project, ensure relevant approvals have been gained,  and that agreed milestones have been met before moving to the next phase. It is in this role I learned and applied Agile and Scrum methodologies for the first time, providing the engineering teams additional flexibility to further adapt to emerging business realities. I also gained understanding and experience in acquisition integration. Both from an acquirer and acquiree standpoint.

Red Hat is the world's leading provider of open source solutions provided through a predictable subscription model.

Oracle Corporation
9 years

IT Manager
September 1997 - October 2005 (8 years 2 months)
Redwood Shores, California

Senior Manager, Oracle Desktop Strategy, Global IT Division (Jan 2000 – Oct 2005)
Customized to fulfill Line-of-Business specific requirements for 50,000 users worldwide, responsible for managing the development, testing and

maintenance of a globally standardized, fully automated, multi-lingual, hardware agnostic Windows and Linux client image with back-end support infrastructure. Developed and implemented best practices for coding, testing and quality control that shortened the development cycle and met Sarbanes-Oxley requirements. Liaison with Line-of-Business senior level management to determine the needs and effectiveness of system requirements.

Manager, Desktop Support, Oracle Worldwide Education MIS/IT (Sep 1997 – Jan 2000)
Responsible for management and support of all clients and servers within Oracle Education. Managed a team of five, providing end to end support for 500+ users worldwide in 32 locations.

IT System Administrator
November 1996 - September 1997 (11 months)
Redwood Shores, California

Lead Systems Administrator and Web Designer, Oracle Americas Education (Nov 1996 - Sep 1997)
Responsible for supporting 50+ end users for Oracle Americas Education HQ. Managed support requests, system builds, deployments and maintenance of all desktops and laptops.  Also responsible for content creation and layout of Oracle Education's corporate website.

Oracle offers a comprehensive and fully integrated stack of cloud applications, platform services, and engineered systems.

———

## Education

Salisbury University - Perdue School of Business
BSBA, with concentrations in Economics, and Marketing