UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUBEN A. LUNA, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>CARBONITE, INC., et al.,<br><br>                Defendants. | No. 1:19-cv-11662-LTS<br>**(Consolidated)**<br><br>CLASS ACTION<br><br>**LEAVE TO FILE GRANTED ON MARCH 6, 2023 (ECF No. 126)** |

**REPLY DECLARATION OF DAVID A. ROSENFELD IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION TO COMPEL AND FOR ADDITIONAL DISCOVERY**

I, DAVID A. ROSENFELD, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of New York, and I am admitted *pro hac vice* to appear before this Court in this action. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff Construction Industry and Laborers' Joint Pension Trust ("Lead Plaintiff") in the above-captioned action. I respectfully submit this Reply Declaration in further support of Lead Plaintiff's Motion to Compel and for Additional Discovery.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:    Excerpted Deposition Transcript

Exhibit B:    A document produced by Defendants, Bates-stamped CARB-00383056

Exhibit C:    A document produced by Defendants, Bates-stamped CARB-00290041

Exhibit D:    A document produced by Defendants, Bates-stamped CARB-00291602

Exhibit E:    Excerpted Deposition Transcript

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 6, 2023, at Melville, New York.



/s/ David A. Rosenfeld
DAVID A. ROSENFELD

**CERTIFICATE OF SERVICE**

I, David A. Rosenfeld, hereby certify that on March 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD