# EXHIBIT B

Filed under seal pursuant to the Stipulation and Order for the Protection and Exchange of Confidential Information, issued on March 23, 2022 (ECF No. 82)