# EXHIBIT C

Filed under seal pursuant to the Stipulation and
Order for the Protection and Exchange of
Confidential Information, issued on
March 23, 2022 (ECF No. 82)