UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RUBEN A. LUNA, individually and on behalf of : all others similarly situated,

                                :

               Plaintiff,             Civil Action

             v.                    : No. 19-11662-LTS
                                   (Consolidated)

CARBONITE, INC., MOHAMAD S. ALI and   :
ANTHONY FOLGER,

                                 :

              Defendants.

                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' LOCAL RULE 56.1 STATEMENT OF MATERIAL
FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED**[1]

Pursuant to Local Rule 56.1, Defendants Carbonite, Inc. ("Carbonite"), Mohamad

S. Ali, and Anthony Folger submit in connection with their Motion for Summary Judgment, filed

herewith, the following statement of undisputed material facts:

**A.**     **The Parties**

1.      From August 2011 through December 24, 2019, Defendant Carbonite was a

software company whose shares traded under the ticker symbol "CARB" on the NASDAQ stock

exchange.  (Doc. No. 45 at 8, 11 (¶¶ 20, 31).)[2]

2.      Beginning in 2014 and through July 25, 2019, Defendant Mohamad S. Ali was the

President and Chief Executive Officer ("CEO") of Carbonite.  (Doc. No. 45 at 8 (¶ 21).)

---

[1]     Pursuant to the Standing Order Regarding Briefing Of Summary Judgment Motions For Judge Leo T. Sorokin's Session, Defendants are filing and serving their Local Rule 56.1 Statement Of Material Facts As To Which There Is No Genuine Issue To Be Tried so that Lead Plaintiff may prepare responses thereto.  Defendants anticipate that a unified Statement of Facts will be submitted in due course pursuant to the Court's Standing Order.

[2]     Page references to previously-filed documents refer to ECF page numbers.

3.      Beginning in 2013 and through December 2019, Defendant Anthony Folger was the Chief Financial Officer ("CFO") and Treasurer of Carbonite.  (Doc. No. 45 at 8 (¶ 22).)

4.      Lead Plaintiff is the Construction Industry and Laborers' Joint Pension Trust (the "Trust").  (Doc. No. 45 at 4.)

**B.      Carbonite's Business**

5.      In 2018, Carbonite provided archiving, data protection, workload migration, and back-up and disaster recovery services to customers.  (Doc. No. 45 at 12 (¶ 32).)

6.      In 2018, Carbonite's total GAAP revenue was $296.4 million.  (TD[3] Ex. 39, February 7, 2019 8-K.)

7.      In 2018, Carbonite offered at least the following products:

(i)      Carbonite Safe, a cloud backup solution for individuals and businesses.

(ii)     Carbonite Endpoint, a product that protects the data that resides on an organization's computers, laptops, tablets and smartphones.

(iii)    Carbonite Server, an all-in-one server protection solution for physical, virtual and legacy systems.

(iv)     Carbonite Availability, a product that keeps critical business systems available on Windows and Linux servers.

(v)      Carbonite Recover, a product that replicates critical systems from an organization's primary environment to the cloud.

(vi)     Carbonite Migrate, a product that migrates physical, virtual and cloud workloads and creates a replica of the data being migrated.

(vii)    Carbonite Email Archiving, offerings designed to meet the specific email archiving needs of customers.

(TD Ex. 2, December 31, 2017 10-K; TD Ex. 54, December 31, 2018 10-K.)

---

[3]    Defendants have filed herewith two transmittal declarations.  The Transmittal Declaration of Nigel Tamton, Esq. is cited herein as "TD."  The Transmittal Declaration of Nigel Tamton, Esq. (Confidential Discovery Documents) is cited herein as "TDC."

8.    In Carbonite's Form 10-K for the period ended on December 31, 2017 filed with the U.S. Securities & Exchange Commission ("SEC") on March 12, 2018, Carbonite made the following risk disclosures, among others:

(i)    "[T]he process of developing new technology is complex and uncertain, and if we fail to accurately predict customers' changing needs and emerging technological trends or if we fail to achieve the benefits expected from our investments, our business could be harmed."

(ii)    "Our new solutions or solution enhancements could fail to attain sufficient market acceptance for many reasons, including: . . . defects, errors or failures in their design or performance."

(iii)    "We may experience difficulties with software development, design, or marketing that could delay or prevent our development, introduction, or implementation of new solutions and enhancements. We have in the past experienced delays in the planned release dates of new features and upgrades, and have discovered defects in new solutions after their introduction. There can be no assurance that new solutions or upgrades will be released according to schedule, or that when released they will not contain defects."

(iv)    "[T]he development of new technologies requires substantial investment and we have no assurance that such investments will achieve their expected benefits on a timely manner or at all, either of which could also have a material adverse effect on our results of operations."

(TD Ex. 2, December 31, 2017 10-K.)

9.    In Carbonite's Form 10-Qs for the first, second, and third quarters of 2018 filed with the SEC on May 10, 2018, on August 3, 2018, and on November 5, 2018, respectively, Carbonite incorporated by reference the risk disclosures that it had set forth in its Form 10-K for the period ended on December 31, 2017.  (TD Ex. 3, March 31, 2018 10-Q; TD Ex. 4, June 30, 2018 10-Q; TD Ex. 26, September 30, 2018 10-Q.)

10.    In Carbonite's Form 10-K for the period ended on December 31, 2018 filed with the SEC on February 28, 2019, Carbonite made the following risk disclosures, among others:

(i)    "Our new solutions or solution enhancements could fail to attain sufficient market acceptance or harm our business for many reasons, including: . . . difficulties with software development, design, or marketing that could delay or prevent our development, introduction, or implementation of new solutions and enhancements . . . defects, errors or failures in their design or performance."

(ii)    "The development of new technologies requires substantial investment and we have no assurance that such investments will achieve their expected benefits on a timely manner or at all, either of which could have a material adverse effect on our results of operations."

(iii)    "[N]ew technologies have the risk of defects that may not be discovered until after the product launches, resulting in adverse publicity, loss of revenue or harm to our business and reputation."

(TD Ex. 54, December 31, 2018 10-K.)

11.    In Carbonite's Form 10-Q for the first quarter of 2019 filed with the SEC on May 10, 2019, Carbonite incorporated by reference the risk disclosures that it had set forth in its Form 10-K for the period ended on December 31, 2018.  (TD Ex. 77, March 31, 2019 10-Q.)

## C.    Carbonite's Development Of VME

12.    In 2017, Carbonite's management began considering developing a product for virtual machine backup, which was referred to from time to time as the Carbonite Server VM Edition ("VME").  (TD Ex. 6, October 18, 2018 press release; TDC Ex. 137, Beeler Dep. Tr. 34:16-19.)

13.    Deepak Mohan was the Senior Vice President ("SVP") of Engineering at Carbonite from February 2017 to October 2018.  Mr. Mohan oversaw the development of a number of Carbonite's products, including VME.  (TDC Ex. 139, Mohan Dep. Tr. 17:12-13, 18:10-19:8, 144:18-23.)

14.    Robert Beeler joined Carbonite as a Vice President ("VP") of Engineering in January 2017.  Mr. Beeler was promoted to SVP of Engineering at Carbonite in October 2018.

4

(TD Ex. 6, October 18, 2018 press release.)  As SVP, Mr. Beeler oversaw a number of projects, including VME.  (TDC Ex. 137, Beeler Dep. Tr. 87:16-88:6.)

15.    From 2012 to October 2019, Padmanabhan Sreenivasan was a VP of Engineering at Carbonite.  Mr. Sreenivasan was one of the engineers primarily responsible for VME's development.  (TDC Ex. 137, Beeler Dep. Tr. 40:9-12; TDC Ex. 138, Sreenivasan Dep. Tr. 31:15-35:8.)

16.    The individual referenced in the Preamble to the Amended Complaint as one of the "former Carbonite employees" who purportedly provided the Trust with factual support for the Trust's allegations in the Amended Complaint, and specifically, with support for the allegations that VME "never worked as it was supposed to" and "never once successfully backed up a customer's data," was an engineer for Carbonite who left the company in 2019.  That individual did not work with VME customers, did not continue working on VME after it was released, did not track VME's performance in customer environments, and did not communicate with Mr. Ali or Mr. Folger about VME.  (Doc. No. 45 at 4; TDC Ex. 135, Dep. Tr. 12:2-8, 74:21-24, 34:1-3, 40:5-7, 33:19-24, 16:3-18:16.)

17.    Throughout the development of VME, Mr. Ali and Mr. Folger received periodic updates about VME's development from the engineering team working on VME at Carbonite.  (TDC Ex. 140, Ali Dep. Tr. 65:19-66:4; TDC Ex. 141, Folger Dep. Tr. 63:16-64:1.)

18.    Mr. Ali and Mr. Folger deferred to the engineering team's opinions regarding the technical aspects of VME's development.  (TDC Ex. 140, Ali Dep. Tr. 148:20-149:8 ("I'm not the engineering expert to explain this . . . I would have probably deferred to Mr. Mohan and his team to figure it out"); TDC Ex. 141, Folger Dep. Tr. 88:1-6 ("I would defer to my colleagues in product and engineering on that").)

19.     The updates that Mr. Ali and Mr. Folger received on VME's development from the engineering team noted both progress made and problems observed with VME during its development.  (TDC Ex. 122, CARB-00003205; TDC Ex. 140, Ali Dep. Tr. 110:19-111:8; TDC Ex. 116, CARB-00439895, at CARB-00439905; TDC Ex. 140, Ali Dep. Tr. 82:16-83:15 (in reference to CARB-00439895, "the engineering team provided testimony from these customers, which Mr. Mohan included in materials that were presented to the Board, and we were very excited to get those very positive comments"); TDC Ex. 141, Folger Dep. Tr. 69:18-23; TDC Ex. 125, CARB-00180108; TDC Ex. 140, Ali Dep. Tr. 143:7-13; TDC Ex. 118, CARB-00012000; TDC Ex. 141, Folger Dep. Tr. 53:17-21.)

20.     Mr. Ali and Mr. Folger did not set internal deadlines for the development of VME, but Mr. Ali and Mr. Folger checked in periodically with the engineering team to ensure that the team was on track to meet deadlines that the team itself set.  (TDC Ex. 139, Mohan Dep. Tr. 40:11-41:4; TDC Ex. 117 CARB-00005667; TDC Ex. 140, Ali Dep. Tr. 69:13-70:9; TDC Ex. 138, Sreenivasan Dep. Tr. 104:13-105:2; TDC Ex. 139, Mohan Dep. Tr. 61:22-62:21; TDC Ex. 141, Folger Dep. Tr. 47:14-48:13.)

21.     Carbonite delayed VME's release date from the date that had been initially set for its release in order to perform additional development work on VME so that VME would meet Carbonite's testing and release criteria.  (TDC Ex. 121, CARB-00045131; TDC Ex. 138, Sreenivasan Dep. Tr. 367:8-24 ("Q: did Carbonite meet that original target date for release? A: No . . . we waited until we complete the tests successfully before releasing the product"); TDC Ex. 139, Mohan Dep. Tr. 112:9-19 ("that was the reason sometimes it got delayed. It's not ready, it's not going out").)

6

22.    By April 2018, the engineering team at Carbonite reported internally that the company had received positive feedback on VME from customers who had been provided with pre-release versions of VME for testing.  (TDC Ex. 116, CARB-00439895, at CARB-00439905; TDC Ex. 140, Ali Dep. Tr. 82:16-83:15 (in reference to CARB-00439895, "the engineering team provided testimony from these customers, which Mr. Mohan included in materials that were presented to the Board, and we were very excited to get those very positive comments").)

23.    In August 2018, the Carbonite sales team was excited to sell VME and believed that VME had competitive advantages over competing products.  (TDC Ex. 120, CARB-00412165.)

24.    On September 16, 2018, the Carbonite engineering team announced internally that VME had passed internal "stress testing" and "final validations," thereby satisfying a pre-launch requirement that the product run stably for three days.  (TDC Ex. 124, CARB-00003325; TDC Ex. 123, CARB-00039955.)

**D.    Jefferies' Pre-Release Report on VME (October 12, 2018)**

25.    Carbonite's stock price at the close of trading for the day on the NASDAQ stock exchange (the "market close") on October 11, 2018 was $32.69.  (Doc. No. 95-1 at 54.)

26.    On October 12, 2018, securities analysts associated with the investment bank Jefferies issued a report on Carbonite that included the following discussion of VME:

> "Currently the company is shipping its Carbonite Server VM Edition [*i.e.*, VME] for the Data Protection console, with the expectation that Carbonite Server and Carbonite Recover will be available within the data protection console soon and that all products will be available in the next few quarters. Having one interface to handle all your data needs will both improve the customer experience as well as increase the ability to upsell as customers will see the potential use of other offerings. Additionally, this platform could give a direct look into all the data that a business is currently managing and will potentially expand the company's opportunity for future products that utilize this data, including perhaps analytics."

(TD Ex. 5.)

7

27.     The October 12, 2018 Jefferies report on Carbonite did not set forth any estimate of the portion of Carbonite's revenue, earnings, or cash flows attributable to VME.  (TD Ex. 5; *see also* TDC Ex. 146, Steinholt Dep. Tr. 76:18-23.)

28.     Carbonite's stock price at the market close on October 12, 2018 was $33.70, reflecting an increase of $1.01/share or 3.09% over the closing price of Carbonite stock on October 11, 2018.  (Doc. No. 95-1 at 54.)

29.     The increase in Carbonite's stock price between the market close on October 11, 2018 and the market close on October 12, 2018 was not statistically significant.  (Doc. No. 95-1 at 54.)

**E.     Carbonite's Release Of VME (October 18, 2018)**

30.     Carbonite's stock price at the market close on October 17, 2018 was $35.95. (Doc. No. 95-1 at 54.)

31.     On October 18, 2018 at or about 9:00 a.m. Eastern Time, Carbonite announced the release of two new products: VME and Carbonite's Data Protection Console.  (Doc. No. 45 at 12 (¶ 35); TD Ex. 6, October 18, 2018 press release.)

32.     Carbonite released VME with certain known defects ("bugs").  (TDC Ex. 138, Sreenivasan Dep. Tr. 360:17-24; TDC Ex. 139, Mohan Dep. Tr. 126:8-127:15.)

33.     It is not uncommon for a new software product to be released with some known bugs.  (*See* TDC Ex. 145, Schnell Dep. Tr. 18:9-17, 60:9-61:3.)

34.     At the time that VME was released, the Carbonite engineers responsible for VME's development believed that VME was ready to be released.  (TDC Ex. 137, Beeler Dep. Tr. 210:12-211:10 ("I did believe it was ready to be released"); TDC Ex. 139, Mohan Dep. Tr. 160:4-161:3 ("Q: did you believe that the product was ready to be released? A: Yes, I did . . . I would not have signed off on it until we had met all those gates that were in the release readiness

checklist"); TDC Ex. 138, Sreenivasan Dep. Tr. 365:8-24 ("I was confident that we could go ahead with the release").)

35.     At the time that VME was released, Mr. Beeler believed that VME would improve Carbonite's competitive position in the virtual backup market and improve Carbonite's ability to back up virtual environments for customers.  (TDC Ex. 137, Beeler Dep. Tr. 209:22-210:10 ("Q: at the time [VME] was launched, did you believe [VME] would improve Carbonite's competitive position in the virtual backup market? A: Yes, I did . . . Q: did you believe [VME] would improve Carbonite's ability to back up virtual environments for customers? A: Yes, I did").)

36.     At the time that VME was released, Mr. Sreenivasan believed that VME was competitive.  (TDC Ex. 138, Sreenivasan Dep. Tr. 373:6-11; 374:25-375:13.)

37.     At the time that VME was released, Paul Mellinger, Carbonite's former Global VP of Sales, believed that VME would have a favorable effect on Carbonite's competitive position in the virtual backup space.  (TDC Ex. 136, Mellinger Dep. Tr. 177:8-13.)

38.     At the time that Mr. Mohan left Carbonite in October 2018, he believed that VME was a competitive product.  (TDC Ex. 139, Mohan Dep. Tr. 161:4-18 ("I felt [VME] is very competitively differentiated at the time of release").)

39.     Carbonite's stock price at the market close on October 18, 2018 was $35.97, reflecting an increase of $0.02/share or 0.06% over the closing price of Carbonite stock on October 17, 2018.  (Doc. No. 95-1 at 54.)

40.     The increase in Carbonite's stock price between the market close on October 17, 2018 and the market close on October 18, 2018 was not statistically significant.  (Doc. No. 95-1 at 54; *see also* TDC Ex. 146, Steinholt Dep. Tr. 41:16-42:8.)

41.     At no time between Carbonite's October 18, 2018 release of VME and its July 25, 2019 withdrawal of VME did Carbonite publicly disclose any forecast of VME's sales.  (TD Ex. 12, November 1, 2018 8-K; TD Ex. 13, 3Q2018 earnings call transcript; TD Ex. 26, September 30, 2018 10-Q; TD Ex. 39, February 7, 2019 8-K; TD Ex. 40, 4Q2018 earnings call transcript; TD Ex. 54, December 31, 2018 10-K; TD Ex. 64, May 2, 2019 8-K; TD Ex. 65, 1Q2019 earnings call transcript; TD Ex. 77, March 31, 2019 10-Q; TD Ex. 91, July 25, 2019 8-K; TD Ex. 94, 2Q2019 earnings call transcript.)

42.     At no time between Carbonite's October 18, 2018 release of VME and its July 25, 2019 withdrawal of VME did Carbonite publicly disclose an amount of revenue that Carbonite had received specifically from sales of VME.  (*See* TDC Ex. 146, Steinholt Dep. Tr. 163:22-25.)

43.     Securities analysts covering Carbonite released at least 70 reports covering Carbonite between October 18, 2018 and the market close on July 25, 2019, including the reports submitted herewith as TD Exhibits 7-11, 14-25, 27, 29-38, 41-53, 55-63, 66-76, 78, 80, 83-85, 87-90.  (*See* TD Ex. 7-11, 14-25, 27, 29-38, 41-53, 55-63, 66-76, 78, 80, 83-85, 87-90.)

44.     Of the 70 securities analyst reports on Carbonite issued between October 18, 2018 and the market close on July 25, 2019 that are referenced in ¶ 43 *supra*, 67 reports did not mention VME.  (TD Ex. 7, 9-11, 14-18, 20-24, 27, 29-38, 41-53, 55-63, 66-76, 78, 80, 83-85, 87-90.)

45.     Of the 70 securities analyst reports on Carbonite issued between October 18, 2018 and the market close on July 25, 2019 that are referenced in ¶ 43 *supra*, three reports mentioned VME.  Those three reports were issued between October 30, 2018 and November 2, 2018, and stated as follows regarding VME:

(i)    B. Riley FBR report (October 30, 2018): "Initially, the launch includes a refreshed, purpose-built backup solution for virtual machines (VMs) and physical servers, enabling customers to select, manage, and recover data from a single location. The solution was also launched to managed service providers."  (TD Ex. 8.)

(ii)    Jefferies Group LLC report (November 2, 2018): "Iron Mountain has expanded its offerings with Carbonite beyond just physical server backup to also include Carbonite Server VM edition."  (TD Ex. 19.)

(iii)    Report by Rosenblatt Securities Inc. report (November 2, 2018):

    (1)    "We choose to look through that shortfall and focus instead on the positives, which are the future of the business — strength in business subscription billings, significant new product cycle (don't sleep on Carbonite Server VM) and continued outperformance in all profitability metrics."

    (2)    "Finally, the company rolled out Server VM, supporting both VMWare and HyperV. Early feedback from partners, particularly Dell, suggests this product could also drive new demand next year."

    (3)    "Looking forward we focus on the company's cloud portfolio – with Recover, Server (physical and virtual) and the new Console as significant potential drivers for revenue going forward."

(TD Ex. 25.)

46.    No securities analyst reporting on Carbonite between October 18, 2018 and the market close on July 25, 2019 set forth in any report any estimate of the portion of Carbonite's revenue, earnings, or cash flows attributable to VME.  (TD Ex. 7-11, 14-25, 27, 29-38, 41-53, 55-63, 66-76, 78, 80, 83-85, 87-90; *see also* TDC Ex. 146, Steinholt Dep. Tr. 76:18-23.)

**F.**    **Carbonite Customer Reaction To VME's Release**

47.    VME backed up data and worked for some customers.  (TDC Ex. 126, CARB-00174107 ("Love that the backup solution is in place and working"); TDC Ex. 138, Sreenivasan Dep. Tr. 365:15-19 ("We have worked with a few customers prior to the release, got their feedback, and it was working for them. So we were confident that it could work, yes"); *see also* TDC Ex. 145, Schnell Dep. Tr. 37:3-9.)

48.    Carbonite received some positive customer feedback about VME after VME's release.  (TDC Ex. 136, Mellinger Dep. Tr. 130:7-20, 177:20-178:5 ("Customers were delighted that they could finally back up their virtual machines in a way leveraging what I referred to earlier as the 'hypervisor,' and that would allow them to do what's called 'agentless backup,' which they couldn't do with Carbonite previously, and that's really what they were striving for"); TDC Ex. 137, Beeler Dep. Tr. 211:11-212:2 ("customers found that it did a better job of backing up virtual machines than our Carbonite Server Backup product"); TDC Ex. 139, Mohan Dep. Tr. 161:7-11 ("we did get a bunch of customer feedback, you saw, you know, from our other teams, from partner sales, et cetera. So generally the feedback was very good"); TDC Ex. 138, Sreenivasan Dep. Tr. 149:21-150:3 ("there were customers who were doing backups, using it, and actually praising some of the features that we were offering"); TDC Ex. 126, CARB-00174107 ("Love that the backups were available to us for the drive failure; Love that we were able to restore them").)

49.    No customer reported to Carbonite that its security was compromised as a result of using VME.  (*See* TDC Ex. 145, Schnell Dep. Tr. 43:5-12.)

50.    For a period of time after VME was initially released, Carbonite continued to develop VME, releasing version 1.1 of VME on December 18, 2018 and version 1.2 of VME on January 24, 2019.  (TDC Ex. 127, CARB-00230512; TDC Ex. 128, CARB-00365957.)

**G.    Carbonite's Third Quarter 2018 Earnings Call (November 1, 2018)**

51.    Carbonite's stock price at the market close on November 1, 2018 was $35.51. (Doc. No. 95-1 at 54.)

52.    After the market close on November 1, 2018, Carbonite announced its financial results for the third quarter of 2018 and held a conference call with analysts (an "earnings call"). (See TD Ex. 12, November 1, 2018 8-K; TD Ex. 13, 3Q2018 earnings call transcript.)

53.     Mr. Ali and Mr. Folger made announcements on the following topics during the November 1, 2018 earnings call:

(i)     Carbonite's business subscription bookings growth, net income per share growth, and non-GAAP revenue growth.  (TD Ex. 13 at 4, comments by Mr. Ali.)

(ii)    Carbonite's launch of the Carbonite Data Protection Console, a unified platform to manage a business's data protection needs.  (TD Ex. 13 at 5, comments by Mr. Ali.)

(iii)   Carbonite's release of VME, which Mr. Ali said "significantly improves our performance for backing up virtual environments and makes us extremely competitive going after that market."  (TD Ex. 13 at 5, comments by Mr. Ali.)

(iv)    Carbonite's expanded partnership with Iron Mountain and continued partnership with Dell.  (TD Ex. 13 at 5, comments by Mr. Ali.)

(v)     The progress of Carbonite's integration of Mozy, Inc., a company that Carbonite had acquired earlier in 2018.  (TD Ex. 13 at 5, comments by Mr. Ali.)

(vi)    Carbonite's promotion of Mr. Beeler to SVP of Engineering.  (TD Ex. 13 at 5, comments by Mr. Ali.)

(vii)   Carbonite's financial results for the third quarter of 2018, including reduced bookings and revenue guidance.  (TD Ex. 13 at 6-7, comments by Mr. Folger.)

(viii)  A breach of contract lawsuit that Carbonite filed against one of its partners in the third quarter of 2018.  (TD Ex. 13 at 6, comments by Mr. Folger.)

54.     At the time of Mr. Ali's statements about VME in this November 1, 2018 earnings call, Mr. Sreenivasan agreed with those statements by Mr. Ali about VME.  (TDC Ex. 138, Sreenivasan Dep. Tr. 373:6-11 ("Q: at the time of this statement in November of 2018, did you believe that VME significantly improved Carbonite's performance for backing up virtual environments and made Carbonite extremely competitive going after that market? A: Yes").)

55.    Following the remarks by Mr. Ali and Mr. Folger on the November 1, 2018 earnings call, a question and answer session was held in which ten analysts asked questions. None of these analysts asked questions about VME.  (TD Ex. 13 at 8-20.)

56.    Carbonite's stock price at the market close on November 2, 2018 was $26.97, reflecting a residual price decline of $8.54/share or 24.05% from its price at the market close on November 1, 2018.  (Doc. No. 95-1 at 54; *see also* TDC Ex. 146, Steinholt Dep. Tr. 48:9-16.)

57.    Following the November 1, 2018 announcement of Carbonite's financial results and its earnings call, there were at least 13 securities analysts reports issued covering Carbonite between November 1, 2018 and November 14, 2018.  Eleven of these reports did not mention VME.  (TD Ex. 14-18, 20-24, 27 (reports with no mention of VME); TD Ex. 19, 25 (reports mentioning VME).)

58.    No media report reporting on Carbonite's November 1, 2018 announcement of its financial results and its earnings call commented on VME.

**H.    Craig-Hallum Capital Group Alpha Select Conference (November 15, 2018)**

59.    Carbonite's stock price at the market close on November 14, 2018 was $26.74. (Doc. No. 95-1 at 54.)

60.    On November 15, 2018, Mr. Folger attended the Craig-Hallum Capital Group Alpha Select Conference where he publicly discussed Carbonite's business.  (*See* TD Ex. 28, Craig-Hallum Capital Group Alpha Select Conference Transcript; *see also* Doc. No. 45 at 24 (¶ 79).)

61.    At the Craig-Hallum Capital Group Alpha Select Conference on November 15, 2018, Mr. Folger publicly discussed the following topics:

(i)    Carbonite's data protection platform and areas of focus in the data protection market.  (TD Ex. 28 at 1.)

14

(ii)     Carbonite's merger and acquisition capabilities, including Carbonite's most recent acquisition (of Mozy, Inc.), and a discussion of Carbonite's relationship with Dell EMC.  (TD Ex. 28 at 1-2.)

(iii)    Carbonite's financial status and growth thus far.  (TD Ex. 28 at 2, 4-5.)

(iv)    Carbonite's opportunities for international expansion.  (TD Ex. 28 at 2.)

(v)     Carbonite's new Unified Data Protection Console.  (TD Ex. 28 at 3.)

(vi)    Carbonite's new VME product, as to which Mr. Folger stated, "I think we have completely overhauled the product and we have put something out that we think is just completely competitive and just a super strong product in a streamline user management, it's got a ton of APIs for monitoring. It's just, we think, a very competitive product."  (TD Ex. 28 at 3.)

(vii)   Carbonite's business bookings, non-subscription bookings, and perpetual business.  (TD Ex. 28 at 4.)

62.     As of November 2018, and July 2019, Mr. Sreenivasan agreed with the statements that Mr. Folger made about VME at the Craig-Hallum Capital Group Alpha Select Conference on November 15, 2018.  (TDC Ex. 138, Sreenivasan Dep. Tr. 374:25-375:13, 380:16-25 ("Q: at the time of this statement in November of 2018, did you believe that Carbonite had completely overhauled the product and put something out that was completely competitive? A: Yes. Q: And did you believe that, at that time, that it was a super strong product in a streamline user management? A: Yes, I did. Q: And did you believe that it had a ton of APIs for monitoring? A: Yes, I did . . . Q: And would you agree that as of July 2019 VME was a super strong product? . . . A: Yes. Q: And you agree that it has a ton of APIs for monitoring . . . as of July 2019? A: Yes, I do").)

63.     Carbonite's stock price at the market close on November 15, 2018 was $27.98, reflecting an increase of $1.24/share or 4.64% over the closing price of Carbonite stock on November 14, 2018.  (Doc. No. 95-1 at 54.)

15

64.     The movement in Carbonite's stock price between the market close on November 14, 2018 and the market close on November 15, 2018 was not statistically significant.  (Doc. No. 95-1 at 54; *see also* TDC Ex. 146, Steinholt Dep. Tr. 62:11-63:5.)

65.     Carbonite's stock price at the market close on November 16, 2018 was $27.67, reflecting a decrease of $0.31/share or 1.11% from the closing price of Carbonite stock on November 15, 2018.  (Doc. No. 95-1 at 54.)

66.     The movement in Carbonite's stock price between the market close on November 15, 2018 and the market close on November 16, 2018 was not statistically significant.  (Doc. No. 95-1 at 54; *see also* TDC Ex. 146, Steinholt Dep. Tr. 63:13-18.)

67.     No securities analysts reporting on Carbonite commented in their reports on Mr. Folger's November 15, 2018 statements at the Craig-Hallum Capital Group Alpha Select Conference.  (*See e.g.,* TD Ex. 29, 30, 31.)

68.     No media report commented on Mr. Folger's November 15, 2018 statements at the Craig-Hallum Capital Group Alpha Select Conference.

I.      **Carbonite's Fourth Quarter 2018 Earnings Call (February 7, 2019)**

69.     Carbonite's stock price at the market close on February 7, 2019 was $29.30. (Doc. No. 95-1 at 56.)

70.     After the market close on February 7, 2019, Carbonite announced its financial results for the fourth quarter of 2018 and held an earnings call.  (See TD Ex. 39, February 7, 2019 8-K; TD Ex. 40, 4Q2018 earnings call transcript.)

71.     As part of that announcement, Carbonite announced that (i) it had entered into an agreement to acquire Webroot, Inc. and (ii) the company "expect[ed] GAAP revenue in the range of $468 million to $482 million" for 2019.  (TD Ex. 40, 4Q2018 earnings call transcript.)

16

72.    Mr. Ali and Mr. Folger did not mention VME in their remarks on the February 7, 2019 earnings call.  (TD Ex. 40, 4Q2018 earnings call transcript.)

73.    Following remarks by Mr. Ali and Mr. Folger on the February 7, 2019 earnings call, a question and answer session was held in which eleven analysts asked questions.  None of these analysts asked questions about VME.  (TD Ex. 40 at 10-20.)

74.    Carbonite's stock price at the market close on February 8, 2019 was $23.85, reflecting a decline of $5.45/share or 18.60% from its price at the market close on February 7, 2019.  (Doc. No. 95-1 at 56.)

75.    No securities analysts reporting on Carbonite commented in their reports on Carbonite's February 7, 2019 announcement of its financial results and its earnings call. (*See* ¶¶ 43-45 *supra*; TD Ex. 41-53.)

76.    No media report reporting on Carbonite's February 7, 2019 announcement of its financial results and its earnings call commented on VME.

**J.    Carbonite's First Quarter 2019 Earnings Call (May 2, 2019)**

77.    Carbonite's stock price at the market close on May 2, 2019 was $24.58.  (Doc. No. 95-1 at 58.)

78.    After the market close on May 2, 2019, Carbonite announced its financial results for the first quarter of 2019 and held an earnings call.  (See TD Ex. 64, May 2, 2019 8-K; TD Ex. 65, 1Q2019 earnings call transcript.)

79.    As part of that announcement, Carbonite announced that it "now expect[ed] GAAP revenue [for 2019] in the range of $457 million to $471 million, down from our prior guidance, the decrease being entirely driven by a change in purchase accounting for Webroot's deferred revenue."  (TD Ex. 65, 1Q2019 earnings call transcript.)

17

80.    Mr. Ali and Mr. Folger did not mention VME in their remarks on the May 2, 2019 earnings call.  (TD Ex. 65, 1Q2019 earnings call transcript.)

81.    Following remarks by Mr. Ali and Mr. Folger on the May 2, 2019 earnings call, a question and answer session was held in which eight analysts asked questions.  None of these analysts asked questions about VME.  Mr. Folger referred to VME in response to one analyst's question:

> [W]e did put a lot of products in the market last year. A new DRaaS offering, the Carbonite Server virtual edition [*i.e.*, VME], new data protection console, the new version of our endpoint products, there was a lot that we did.

 (TD Ex. 65 at 8-16 (Q&A session); *id.* at 9 (reference to VME).)

82.    Carbonite's stock price at the market close on May 3, 2019 was $25.56, reflecting an increase of $0.98/share or 3.99% over its price at the market close on May 2, 2019.  (Doc. No. 95-1 at 58.)

83.    No securities analysts reporting on Carbonite commented in their reports on Carbonite's May 2, 2019 announcement of its financial results and its earnings call.  (*See* ¶¶ 43-45 *supra*; TD Ex. 66-76.)

84.    No media report reporting on Carbonite's May 2, 2019 announcement of its financial results and its earnings call commented on VME.

**K.    The Trust's Initial Purchase Of Carbonite Stock (June 2019)**

85.    The Trust invested certain of its assets with Bernzott Capital Advisors ("Bernzott") for investment into a portfolio of "small cap" companies.  The Trust delegated its investment decisions to Bernzott with respect to those assets.  (TD Ex. 1, BERNZOTT-00000001; TDC Ex. 134, Ross Dep. Tr. 17:15-18:7.)

18

86.     In 2019, Ryan Ross was an investment manager at Bernzott and a member of Bernzott's small-cap team responsible for making investment decisions on behalf of the Trust. (TDC Ex. 134, Ross Dep. Tr. 21:13-20.)

87.     Between the end of February 2019 and beginning of March 2019, members of the Bernzott small-cap team met with Mr. Ali in Boston to discuss Carbonite's business as part of Bernzott's consideration of a potential investment in Carbonite.  (TDC Ex. 130, CARB-00186698, at CARB-00186702; TDC Ex. 134, Ross Dep. Tr. 27:13-16 ("Q: Is it fair to say that in February, March, and April of 2019, the Bernzott small-cap team was looking at Carbonite as a potential investment? A: That's fair to say").)

88.     On April 1, 2019, Mr. Ross asked Jerry Sisitsky, who was then the VP of Investor Relations at Carbonite, for a follow-up call regarding Bernzott's consideration of a potential investment in Carbonite.  (TDC Ex. 130, CARB-00186698, at CARB-00186700-701; TDC Ex. 134, Ross Dep. Tr. 26:3-21.)

89.     On or about June 19, 2019, Mr. Ross prepared an investment memorandum summarizing the Bernzott small-cap team's considerations with respect to a potential investment in Carbonite.  That memorandum did not mention VME.  (TD Ex. 79, BERNZOTT-00000015; TDC Ex. 134, Ross Dep. Tr. 32:3-33:2.)

90.     In the second quarter of 2019, Bernzott purchased approximately 700,000 shares of Carbonite stock on behalf of its clients, including 14,025 shares purchased on behalf of the Trust.  (TDC Ex. 130, CARB-00186698, at CARB-00186700 ("we bought ~700k shares of CARB in Q2"); TD Ex. 81, Bernzott Form 13-F June 30, 2019; TD Ex. 82, BERNZOTT-00000019, June 30, 2019 portfolio appraisal; TDC Ex. 134, Ross Dep. Tr. 47:23-48:13.)

91.    On or about July 12, 2019, Bernzott issued a report to its investors and clients on its small-cap portfolio.  This report noted Carbonite as a new position in Bernzott's small-cap portfolio.  The report contained a discussion of Carbonite's business and did not mention VME. (TD Ex. 86, 2Q2019 report; TDC Ex. 134, Ross Dep. Tr. 34:13-35:17.)

**L.     Carbonite's CEO Mr. Ali Was Recruited To Become CEO Of IDG**

92.    IDG, Inc. ("IDG") is a market intelligence company focused on the technology industry with its headquarters in Needham, Massachusetts.  (TD Ex. 93, IDG press release.)

93.    Several months before July 2019, Mr. Ali received a call from an executive recruiter regarding a job opportunity at IDG.  (TDC Ex. 140, Ali Dep. Tr. 43:20-44:5 ("I received a call from a recruiter for a company that was larger . . . several months before I took the job").)

94.    In or about June 2019, Mr. Ali informed Carbonite's Board of Directors that he intended to resign from Carbonite to take the position of CEO of IDG.  (TDC Ex. 140, Ali Dep. Tr. 217:20-218:4 ("I decided to take that job. I communicated that to the Board. The Board acknowledged that I had made that decision. They agreed with that decision, and as a result, we mutually agreed that I would leave the company"); TDC Ex. 144, Munford Declaration ¶ 2.)

95.    Carbonite's Board of Directors had not encouraged Mr. Ali to leave and had not considered terminating him.  Carbonite's Board of Directors would have preferred that Mr. Ali remain at Carbonite.  (TDC Ex. 144, Munford Declaration ¶ 3.)

**M.     Carbonite's Second Quarter 2019 Earnings Call (July 25, 2019)**

96.    Carbonite's stock price at the market close on July 25, 2019 was $23.90.  (Doc. No. 95-1 at 59.)

97.    After the market close on July 25, 2019, Carbonite announced its financial results for the second quarter of 2019 and held an earnings call.  (See TD Ex. 91, July 25, 2019 8-K; TD Ex. 94, 2Q2019 earnings call transcript.)

98.    In connection with that announcement, at or about 4:07 p.m. on July 25, 2019, Carbonite issued a press release announcing that Mr. Ali was resigning from the company, and that Stephen Munford, who was at that time a member of Carbonite's Board of Directors, would become Carbonite's Interim CEO and Executive Chairman of its Board.  (TD Ex. 92, Carbonite press release.)

99.    At or about 4:17 p.m. Eastern Time on July 25, 2019, IDG announced that Mr. Ali would become the new CEO of IDG.  (TD Ex. 93, IDG press release.)

100.    On the July 25, 2019 earnings call, Mr. Munford and Mr. Folger made announcements on the following topics:

> (i)     Mr. Ali's resignation, which Mr. Munford described as "voluntary" and "Mohamad's decision," and the announcement of Mr. Munford as Carbonite's interim CEO.  (TD Ex. 94 at 4, 8, comments by Mr. Munford.)
>
> (ii)    Carbonite's recent acquisition of Webroot, a cybersecurity company.  (TD Ex. 94 at 5, comments by Mr. Munford.)
>
> (iii)   Carbonite's announcement of Craig Stilwell as the Chief Revenue Officer, a newly created role in Carbonite.  (TD Ex. 94 at 5, comments by Mr. Munford.)
>
> (iv)    Carbonite's promotion of Charlie Tomeo, the Webroot channel leader.  (TD Ex. 94 at 5, comments by Mr. Munford.)
>
> (v)     Carbonite's new offering, Endpoint 360, which included the capability to backup Microsoft Office 365 environments.  (TD Ex. 94 at 5, comments by Mr. Munford.)
>
> (vi)    Carbonite's financial results, including a further reduction in its revenue guidance: "We now expect GAAP revenue in the range of $443.5 million to $448.5 million as compared to our prior guidance of $457 million to $471 million."  (TD Ex. 94 at 7, comments by Mr. Folger.)

21

(vii)    Carbonite's withdrawal of VME from the market: "we determined that the virtual server edition of our server backup product was not at the level of quality that customers have come to expect from Carbonite. Many of you will remember that this was newly launched in Q3 of 2018 and something we expected to meaningfully contribute to revenue starting in the back half of 2019 and through 2020. While we assessed the best path forward, we have removed any growth expectations associated with virtual server edition from our short-term outlook." (TD Ex. 94 at 6, comments by Mr. Folger.)

101.    Following remarks by Mr. Munford and Mr. Folger on the July 25, 2019 earnings call, a question and answer session was held in which eleven analysts asked questions. The analysts asked more than 50 questions, only seven of which addressed VME. (TD Ex. 94 at 8-20.)

102.    In response to an analyst question as to what part of the reduction in revenue guidance was attributable to VME, Mr. Folger stated that "of the takedown, maybe a third of it is associated with the product issue." (TD Ex. 94 at 13.)

103.    The magnitude of the second quarter revenue guidance reduction from "$443.5 million to $448.5 million as compared to our prior guidance of $457 million to $471 million" is $13.5 million to $22.5 million. One-third of that range is $4.5 million to $7.5 million. (Arithmetic calculation based on ¶ 100(vi) *supra*.)

104.    A decrease of $4.5 million to $7.5 million reflects a reduction of 1.0% to 1.6%, calculated from the midpoint of the prior guidance ($464 million). (Arithmetic calculation based on ¶¶ 100(vi), 103 *supra*.)

105.    Carbonite's stock price at the market close on July 26, 2019 was $18.01, reflecting a decrease of $5.89/share or 24.64% from its price at the market close on July 25, 2019. (Doc. No. 95-1 at 59.)

106.    After the market close on July 25, 2019, there were at least thirteen securities analysts reporting on Carbonite's July 25, 2019 announcement of its financial results and its

22

earnings call.  Four of these analyst reports suggested reasons for Carbonite's stock price decline following that announcement and that earnings call.  None of those four analysts attributed the stock price decline to the withdrawal of VME.  (TD Ex. 95-107 (reports on earnings call); TD Ex. 97-99, 103 (reports suggesting reasons for stock price decline).)

107.    Media reports attributed the stock price decline following Carbonite's July 25, 2019 announcements to Mr. Ali's departure and/or the lowered revenue guidance.  (TD Ex. 108, Boston Globe, July 26, 2019; TD Ex. 109, Boston Business Journal, August 8, 2019.)

**N.    The Trust Purchased Additional Shares Of Carbonite Following Carbonite's July 25, 2019 Announcements**

108.    Following the July 25, 2019 stock price decline, Mr. Ross requested a call with Carbonite's Interim CEO Mr. Munford and Mr. Folger "[i]n light of last night's quarterly results and Mohamad's [*i.e.*, Mr. Ali's] resignation."  Mr. Ross's request for this call did not mention VME.  (TDC Ex. 130, CARB-00186698, at CARB-00186700.)

109.    On or about August 15, 2019, Bernzott personnel prepared a report on Carbonite's underperformance.  The report set forth Bernzott's view at that point in time that notwithstanding the recent stock price decline, the Bernzott small-cap portfolio should make additional investments in Carbonite stock.  (TD Ex. 110, BERNZOTT-00000007; TDC Ex. 134, Ross Dep. Tr. 59:6-11 ("Q: it was your conclusion that the portfolio should add more of the Carbonite stock at that point in time; is that right? A: I believe so").)

110.    Following the preparation of that August 15, 2019 report, Bernzott purchased 6,850 additional shares of Carbonite on behalf of the Trust.  (TD Ex. 111, BERNZOTT-00000021, September 30, 2019 portfolio appraisal; TD Ex. 112, Bernzott Form 13-F September 30, 2019; TDC Ex. 134, Ross Dep. Tr. 62:9-14.)

111.    On October 14, 2019, Bernzott issued a report to its clients on its small-cap portfolio. The report's discussion of Carbonite did not mention VME. (TD Ex. 113, 3Q2019 report.)

112.    Mr. Ross does not believe that he was deceived or misled by anyone at Carbonite. (TDC Ex. 134, Ross Dep. Tr. 77:5-11 ("Q: Did at any later point in time following a meeting or phone call, did you feel that you had been deceived or misled by anyone at Carbonite? A: No").)

**O.    Carbonite Was Acquired By OpenText (November 11, 2019–January 6, 2020)**

113.    On November 11, 2019, Open Text Corporation ("OpenText" announced that it had entered into an agreement to purchase Carbonite for $23/share. (Doc. No. 45 at 8 (¶ 20); TD Ex. 114, November 11, 2019 press release.)

114.    On January 6, 2020, following the closing of OpenText's acquisition of Carbonite, Carbonite's stock was delisted from NASDAQ. (Doc. No. 45 at 8 (¶ 20).)

**P.    The Trust Made A Substantial Profit On Its 2019 Transactions In Carbonite Stock**

115.    In 2019, the Trust purchased a total of 20,875 shares of Carbonite for an average price of or about $21.30/share. (TD Ex. 111, BERNZOTT-00000021, September 30, 2019 portfolio appraisal.)

116.    The Trust realized an average profit of approximately $1.70/share, or $35,487.50 in total, on its 2019 transactions in Carbonite stock. (Arithmetic calculation based on ¶¶ 113, 115 *supra*; TDC Ex. 134, Ross Dep. Tr. 65:18-66:7 ("Q: So they made about $1.70 per share depending on when it was sold, correct? A: Correct").)

Dated:  June 2, 2023
         Boston, Massachusetts

Respectfully submitted,

*/s/ James R. Carroll*

James R. Carroll (BBO #554426)
Kurt Wm. Hemr (BBO #638742)
Alisha Q. Nanda (BBO #657266)
Nigel Tamton (BBO #696396)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
kurt.hemr@skadden.com
alisha.nanda@skadden.com
nigel.tamton@skadden.com

*Counsel for Defendants*
*Carbonite, Inc., Mohamad S. Ali,*
*and Anthony Folger*