UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RUBEN A. LUNA, individually and on behalf of : 
all others similarly situated,

                      :

             Plaintiff,            Civil Action

         v.                   :   No. 19-11662-LTS
                                  (Consolidated)

CARBONITE, INC., MOHAMAD S. ALI and   :
ANTHONY FOLGER,

                      :

            Defendants.

                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TRANSMITTAL DECLARATION OF NIGEL TAMTON, ESQ.
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, NIGEL TAMTON, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.       I am a member of the bar of the Commonwealth of Massachusetts and of this Court and an associate with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants in the above-captioned action.

2.       I make this declaration in support of Defendants' Motion For Summary Judgment filed herewith, and for the purpose of transmitting to the Court true and correct copies of the following documents attached as Exhibits to this Declaration.  The rightmost column indicates whether the document mentions Carbonite Server VM Edition ("VME"):

| Exhibit | Description | Date | VME? |
|---|---|---|---|
| 1. | "Discretionary Investment Management Agreement" between Bernzott Capital Advisors ("Bernzott") and the Construction Industry and Laborers' Joint Pension Trust (the "Trust") [BERNZOTT-00000001-00000006] | 8/07/2012 | |
| 2. | Carbonite, Inc.'s ("Carbonite") Form 10-K for the period ended December 31, 2017 | 3/12/2018 | |
| 3. | Carbonite's Form 10-Q for the period ended March 31, 2018 | 5/10/2018 | |

| Exhibit | Description | Date | VME? |
|---|---|---|---|
| 4. | Carbonite's Form 10-Q for the period ended June 30, 2018 | 8/03/2018 | |
| 5. | Jefferies Group LLC analyst report | 10/12/2018 | ✓ |
| | *[Beginning of Proposed Class Period]* | | |
| 6. | Carbonite press release, "Carbonite Introduces Comprehensive Data Protection for Virtual and Physical Servers" | 10/18/2018 | ✓ |
| 7. | JMP Securities LLC analyst report | 10/24/2018 | |
| 8. | B. Riley FBR analyst report | 10/30/2018 | ✓ |
| 9. | Jefferies Group LLC analyst report | 11/01/2018 | |
| 10. | RBC Capital Markets analyst report | 11/01/2018 | |
| 11. | Barclays Bank LLC analyst report | 11/01/2018 | |
| | *Carbonite's 3Q2018 Report of Financial Results* | | |
| 12. | Carbonite's Form 8-K[*] | 11/01/2018 | ✓ |
| 13. | Transcript of Carbonite's earnings call | 11/01/2018 | ✓ |
| 14. | William Blair & Company, LLC analyst report | 11/02/2018 | |
| 15. | B. Riley FBR analyst report | 11/02/2018 | |
| 16. | Barclays Bank LLC analyst report | 11/02/2018 | |
| 17. | Battle Road Research analyst report | 11/02/2018 | |
| 18. | Craig-Hallum Capital Group LLC analyst report | 11/02/2018 | |
| 19. | Jefferies Group LLC analyst report | 11/02/2018 | ✓ |
| 20. | JMP Securities LLC analyst report | 11/02/2018 | |
| 21. | Lake Street Capital Markets analyst report | 11/02/2018 | |
| 22. | Northland Capital Markets analyst report | 11/02/2018 | |
| 23. | Oppenheimer & Co. analyst report | 11/02/2018 | |
| 24. | RBC Capital Markets analyst report | 11/02/2018 | |
| 25. | Rosenblatt Securities Inc. analyst report | 11/02/2018 | ✓ |
| 26. | Carbonite's Form 10-Q for the period ended September 30, 2018 | 11/05/2018 | |
| 27. | RBC Capital Markets analyst report | 11/14/2018 | |

---

[*]    Dates indicated for Form 8-K filings are filing dates.

2

| Exhibit | Description | Date | VME? |
|---|---|---|---|
| 28. | Transcript of Mr. Folger's remarks at the Craig-Hallum Capital Group Alpha Select Conference | 11/15/2018 | ✓ |
| 29. | Barclays Bank LLC analyst report | 11/20/2018 | |
| 30. | Wright Investors' Service Research analyst report | 12/03/2018 | |
| 31. | Jefferies Group LLC analyst report | 12/20/2018 | |
| 32. | Corporate Watchdog analyst report | 1/02/2019 | |
| 33. | Barclays Bank LLC analyst report | 1/09/2019 | |
| 34. | William Blair & Company, LLC analyst report | 1/31/2019 | |
| 35. | William Blair & Company, LLC analyst report | 2/01/2019 | |
| 36. | B. Riley FBR analyst report | 2/05/2019 | |
| 37. | Barclays Bank LLC analyst report | 2/05/2019 | |
| 38. | Jefferies Group LLC analyst report | 2/07/2019 | |
| | ***Carbonite's 4Q2018 Report of Financial Results*** | | |
| 39. | Carbonite's Form 8-K | 2/07/2019 | |
| 40. | Transcript of Carbonite's earnings call | 2/07/2019 | |
| 41. | William Blair & Company, LLC analyst report | 2/07/2019 | |
| 42. | Wright Investors' Service Research analyst report | 2/07/2019 | |
| 43. | Barclays Bank LLC analyst report | 2/07/2019 | |
| 44. | Rosenblatt Securities Inc. analyst report | 2/08/2019 | |
| 45. | B. Riley FBR analyst report | 2/08/2019 | |
| 46. | Battle Road Research analyst report | 2/08/2019 | |
| 47. | Craig-Hallum Capital Group LLC analyst report | 2/08/2019 | |
| 48. | Jefferies Group LLC analyst report | 2/08/2019 | |
| 49. | JMP Securities LLC analyst report | 2/08/2019 | |
| 50. | Lake Street Capital Markets analyst report | 2/08/2019 | |
| 51. | Northland Capital Markets analyst report | 2/08/2019 | |
| 52. | Oppenheimer & Co. analyst report | 2/08/2019 | |
| 53. | William Blair & Company, LLC analyst report | 2/08/2019 | |
| 54. | Carbonite's Form 10-K for the period ended December 31, 2018 | 2/28/2019 | |
| 55. | Barclays Bank LLC analyst report | 3/28/2019 | |
| 56. | RBC Capital Markets analyst report | 3/31/2019 | |

| Exhibit | Description | Date | VME? |
|---|---|---|---|
| 57. | Jefferies Group LLC analyst report | 4/01/2019 | |
| 58. | RBC Capital Markets analyst report | 4/01/2019 | |
| 59. | Corporate Watchdog analyst report | 4/05/2019 | |
| 60. | Barclays Bank LLC analyst report | 4/12/2019 | |
| 61. | B. Riley FBR analyst report | 4/30/2019 | |
| 62. | Barclays Bank LLC analyst report | 5/01/2019 | |
| 63. | Jefferies Group LLC analyst report | 5/02/2019 | |
| | ***Carbonite's 1Q2019 Report of Financial Results*** | | |
| 64. | Carbonite's Form 8-K | 5/02/2019 | |
| 65. | Transcript of Carbonite's earnings call | 5/02/2019 | ✓ |
| 66. | RBC Capital Markets analyst report | 5/02/2019 | |
| 67. | RBC Capital Markets analyst report | 5/02/2019 | |
| 68. | B. Riley FBR analyst report | 5/03/2019 | |
| 69. | Barclays Bank LLC analyst report | 5/03/2019 | |
| 70. | Craig-Hallum Capital Group LLC analyst report | 5/03/2019 | |
| 71. | Jefferies Group LLC analyst report | 5/03/2019 | |
| 72. | JMP Securities LLC analyst report | 5/03/2019 | |
| 73. | Lake Street Capital Markets analyst report | 5/03/2019 | |
| 74. | Northland Capital Markets analyst report | 5/03/2019 | |
| 75. | Oppenheimer & Co. analyst report | 5/03/2019 | |
| 76. | William Blair & Company, LLC analyst report | 5/03/2019 | |
| 77. | Carbonite's Form 10-Q for the period ended March 31, 2019 | 5/10/2019 | |
| 78. | Battle Road Research analyst report | 5/29/2019 | |
| 79. | Bernzott memorandum re: "Carbonite Inc. (NASDAQ: CARB)" [BERNZOTT-00000015-00000018] | 6/19/2019 | |
| 80. | Northland Capital Markets analyst report | 6/19/2019 | |
| 81. | Bernzott's Form 13F | 6/30/2019 (as of) | |
| 82. | Bernzott's portfolio appraisal for the Trust [BERNZOTT-00000019] | 6/30/2019 (as of) | |
| 83. | Northland Capital Markets analyst report | 7/01/2019 | |
| 84. | Corporate Watchdog analyst report | 7/05/2019 | |

4

| Exhibit | Description | Date | VME? |
|---|---|---|---|
| 85. | Wright Investors' Service Research analyst report | 7/10/2019 | |
| 86. | Bernzott's report on U.S. Small Cap Value Strategy (2Q 2019) | 7/12/2019 | |
| 87. | Barclays Bank LLC analyst report | 7/16/2019 | |
| 88. | B. Riley FBR analyst report | 7/23/2019 | |
| 89. | Barclays Bank LLC analyst report | 7/24/2019 | |
| 90. | Jefferies Group LLC analyst report | 7/25/2019 | |
| | *[End of Proposed Class Period]* | | |
| | ***Carbonite's 2Q2019 Report of Financial Results*** | | |
| 91. | Carbonite's Form 8-K July 25, 2019 | 7/25/2019 | |
| 92. | Carbonite press release, "Carbonite Names Steve Munford Interim Chief Executive Officer" | 7/25/2019 | |
| 93. | IDG press release, "IDG Names Mohamad Ali as Chief Executive Officer" | 7/25/2019 | |
| 94. | Transcript of Carbonite's earnings call | 7/25/2019 | ✓ |
| 95. | RBC Capital Markets analyst report | 7/25/2019 | |
| 96. | William Blair & Company, LLC analyst report | 7/25/2019 | ✓ |
| 97. | Stifel analyst report | 7/25/2019 | ✓ |
| 98. | Stifel analyst report, Industry Update | 7/26/2019 | |
| 99. | B. Riley FBR analyst report | 7/26/2019 | ✓ |
| 100. | Craig-Hallum Capital Group LLC analyst report | 7/26/2019 | ✓ |
| 101. | Barclays Bank LLC analyst report | 7/26/2019 | ✓ |
| 102. | Jefferies Group LLC analyst report | 7/26/2019 | ✓ |
| 103. | JMP Securities LLC analyst report | 7/26/2019 | ✓ |
| 104. | Lake Street Capital Markets analyst report | 7/26/2019 | ✓ |
| 105. | Northland Capital Markets analyst report | 7/26/2019 | ✓ |
| 106. | Oppenheimer & Co. analyst report | 7/26/2019 | |
| 107. | RBC Capital Markets analyst report | 7/26/2019 | ✓ |
| 108. | Boston Globe, "Carbonite takes a hit after visionary leader departs" | 7/26/2019 | |
| 109. | Boston Business Journal, "Carbonite shares tank after CEO departure, but analysts aren't worried" | 8/08/2019 | |

| Exhibit | Description | Date | VME? |
|---|---|---|---|
| 110. | Bernzott memorandum re: "Carbonite, Inc. (NASDAQ: CARB) Underperformance Review" [BERNZOTT-00000007-00000014] | 8/15/2019 | ✓ |
| 111. | Bernzott's portfolio appraisal for the Trust [BERNZOTT-00000021] | 9/30/2019 (as of) | |
| 112. | Bernzott's Form 13F | 9/30/2019 (as of) | |
| 113. | Bernzott's report on U.S. Small Cap Value Strategy (3Q2019) | 10/14/2019 | |
| 114. | Carbonite press release, "Carbonite To Be Acquired By OpenText for $23.00 Per Share" | 11/11/2019 | |
| 115. | Carbonite historical share price data | 1/02/2018 to 12/23/2019 | |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Boston, Massachusetts on June 2, 2023.

/s/ Nigel Tamton
Nigel Tamton (BBO# 696396)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
nigel.tamton@skadden.com

*Counsel for Defendants Carbonite, Inc., Mohamad S. Ali, and Anthony Folger*