# EXHIBIT 1

*"Discretionary Investment Management Agreement" between Bernzott and the Trust [BERNZOTT-00000001-00000006]*

**EXHIBIT**

Ross-02



## DISCRETIONARY INVESTMENT MANAGEMENT AGREEMENT

*Bernzott Capital Advisors*, a California corporation, is engaged as of August 7, 2012 to provide discretionary investment management for **Construction Industry Laborers** on the following terms and conditions.

*Section 1. Investment Management.* We will direct, in our sole discretion, the investment and reinvestment of your accounts in domestic Small Cap (as we define the term) securities, cash and cash equivalents. Our authority under this Agreement will remain in effect until terminated by you in writing.

Other than as set forth in writing and attached hereto, you have given us no special instructions or limitations. You agree to notify us promptly of any significant change in circumstances that might affect the manner in which your account should be managed and to provide us with any additional information we may need from time to time to assist us in serving you.

We do not provide legal, accounting or tax advice and cannot advise you about contributions to or distributions from accounts described in Section 10 of this Agreement.

*Section 2. Execution of Investment Account Transactions.* Unless you direct otherwise, we will arrange for the execution of transactions for your account through Wells Fargo Investments or other institutional brokers. In selecting brokers, we consider solely our fiduciary duty to obtain best price and execution for our clients. We seek competitive commission rates but not necessarily the lowest possible commission rates. We also review, among other things, execution capabilities including procedures for obtaining price improvement, reputation and ethics, access to the markets for the securities we trade, and the technology and procedures they use to obtain best price and execution.

We do not direct brokerage in exchange for fees, products, research, services, payment for order flow, rebates or soft dollar or other compensation.

Clients are always entitled to direct their brokerage. If you do, you will negotiate terms and arrangements with that broker and we will be relieved of our fiduciary duty to seek best price and execution. You may pay higher commissions or transaction costs, or greater spreads, or receive less favorable net prices on your transactions.

You authorize us to instruct all brokers executing orders for your account to forward confirmations of those transactions to you and us. We may give a copy of this Agreement to anyone requesting evidence of our authority to act for you.

Transactions for all clients are generally placed in the same time frame but, at our discretion, transactions may also be effected at other times due to the size and timing of additional deposits or other factors we may deem important.

Transactions for your account may be effected independent of transactions for other clients, but if we decide to buy or sell the same security for multiple clients at the same time, we may, but are not obligated to, combine your order with other orders to attempt to obtain better price or execution than we could for your order alone. If we do, transactions and costs will be allocated equitably as to the orders placed for all clients at the same time.

*Section 3.  Custodial Arrangements.*  We do not take custody. Unless you direct otherwise, your assets will be custodied by Wells Fargo Investments. You will be responsible for paying any related fees or charges of your Custodian. You authorize us to give your Custodian instructions for the purchase, sale, conversion, redemption. exchange or retention of any security, cash or cash equivalent for your account. Your Custodian will send you periodic statements showing all transactions occurring in your account during the period covered by the statement, and the positions in your account at the end of the period.

*Section 4.  Reports.*  We will send you quarterly written reports concerning your account. Reports will include positions, cost basis, market value and related data.

*Section 5.  Advisory Fees.*  Fees are billed to your custodian quarterly in arrears at an annual rate of 0.90% of the first $10 million, 0.80% of the next $15 million, 0.75% of the next $25 million and 0.65% of the balance. Fees are calculated using market value of all assets in the account on the last trading day of each calendar quarter. In any partial calendar quarter. the fee will be pro rated based on the number of days that we managed the account during the quarter.

*Section 6.  Valuation.*  We will value securities in your account at their closing price on the valuation date.

*Section 7.  Confidentiality.*  Unless you direct otherwise, we may include the name of business, nonprofit and institutional clients, but not natural persons, on a Representative Client List. Please see our separate Client Privacy Statement for additional information.

*Section 8.  Other Investment Accounts.*  We manage accounts for other clients and will continue to do so. Our clients have a variety of different objectives and we may take action in performing our duties to other clients that differs from action taken for you, including the timing of such action. We are not obligated to buy. sell or retain for you any security that we may buy, sell or retain for any other client or for our own account and are not limited or restricted from buying, selling or trading in any securities or other investments for our own account except as set forth in our Compliance Manual.

*Section 9.  Risk Acknowledgment.*  As with any investment account, there will be risk and actions we take will not always be profitable. We do not guarantee the future performance or any specific level of performance, the success of any investment decision or strategy that we may use, or the success of our overall management of your account. You understand that your portfolio may experience significant volatility and is subject to various investment. market, currency, credit, economic, political, event, interest rate, inflation and business risks. We will manage only the securities, cash and cash equivalents in the account we are supervising and, in managing your account; we will not consider any other securities, cash or other investments owned by you.

Except as may otherwise be provided by law,  we will not be liable to you for (i) any loss that you may suffer by reason of any investment decision made or other action taken or omitted in good faith by us with that degree of care, skill. prudence, and diligence under the circumstances that a prudent person acting in a fiduciary capacity would use; (ii) any loss arising from our adherence to your written or oral instructions; or (iii) any act or failure to act by your Custodian, any broker to which

BERNZOTT-00000002

we direct transactions for your account, or any other third party. Federal and state securities laws impose liabilities under certain circumstances on persons who act in good faith, and therefore nothing in this Agreement will waive or limit any rights that you may have under those laws.

*Section 10.* *Retirement or Employee Benefit Plan Accounts.* This Section only applies if your account is for (i) a pension or other employee benefit plan governed by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"); (ii) a tax-qualified retirement plan under section 401(a) of the Internal Revenue Code of 1986, as amended (the "Code"), and not covered by ERISA; or (iii) an individual retirement account under Section 408 of the Code.

If the account is for a plan subject to ERISA, you appoint us as an investment manager for purposes of ERISA and the Code, and we acknowledge that we are a fiduciary within the meaning of Section 3(21) of ERISA and Section 4975(e)(3) of the Code, but only with respect to the provision of the investment services described in Section 1 of this Agreement.

You confirm that we have been furnished true and complete copies of all documents establishing and governing the plan and evidencing your authority to retain us. You will promptly furnish us any amendments to the plan, and you agree that, if any amendment affects our rights or obligations, such amendment will be binding on us when we so agree in writing. If your account contains only a part of the assets of the plan, we will have no responsibility for the diversification of other plan investments, and have no duty, responsibility or liability for assets that are not in your account. If ERISA or other applicable law requires bonding with respect to your account, you agree to obtain and maintain at your expense bonding that satisfies this requirement and covers us as well.

*Section 11.* *Other Legal Actions.* We will not advise or act for you in any legal proceedings, including bankruptcies or class actions, involving securities held or previously held in your account or the issuers of such securities.

*Section 12.* *Proxy Voting.* Unless directed otherwise in writing, we will vote proxies for securities held in your account. A copy of our Proxy Voting Policies & Procedures is available upon request.

*Section 13.* *Termination.* This Agreement will continue in effect until terminated by either of us by written notice to the other. Termination will not affect (i) the validity of any action previously taken by us, (ii) liabilities or obligations of either of us from transactions initiated before termination, or (iii) your obligation to pay fees pro rated through the date of termination. Upon termination, we will have no obligation to recommend or take any action with regard to the securities, cash or other investments in your account.

*Section 14.* *Client Authority.* If you are a natural person, you represent that you are 18 or older. If you are a corporation or other entity, the person signing this Agreement represents that they have been authorized to do so by appropriate action. With respect to joint accounts, all owners agree that we are entitled to rely on any authorization granted by any one joint owner. If you are a trustee or other fiduciary, you represent that the services contemplated hereunder are authorized under the applicable plan, trust, or law and that you have the authority to negotiate and enter into this Agreement. You agree to inform us of any event that might affect your authority or the propriety of this Agreement.

*Section 15.* *Death or Disability.* If you are a natural person, your death, disability or incompetence will not terminate or change the terms of this Agreement. However, your executor, guardian, attorney-in-fact or other authorized representative may terminate this Agreement by giving written notice to us.

BERNZOTT-00000003

*Section 16. Binding Agreement.* This Agreement will bind and be for the benefit of you and us and our successors and permitted assigns, except that this Agreement cannot be assigned, as assignment is defined by the Investment Advisors Act of 1940, as amended (the "Act"), by either party without the prior consent of the other party.

*Section 17. Governing Law.* This Agreement will be governed by and construed in accordance with the laws of the State of California without giving effect to any conflict or choice of law provisions of that State, provided that nothing in this Agreement will be construed in any manner inconsistent with the Act, any rule or order of the Securities and Exchange Commission (the "SEC") under the Act and, if applicable to the account, ERISA and any rule or order of the Department of Labor under ERISA.

*Section 18. Notices.* Any notice, advice or report to be given either of us under this Agreement may be delivered in person, by U.S. mail or overnight courier or sent by facsimile transmission, with a hard copy sent by U.S. mail, to the then current address of record which may be changed from time to time by written designation.

*Section 19. Miscellaneous.* If any provision of this Agreement is or should become inconsistent with any law or rule of any governmental or regulatory body having jurisdiction over its subject matter, the provision will be deemed to be rescinded or modified in accordance with such law or rule. In all other respects, this Agreement will continue and remain in full force and effect. This Agreement contains the entire understanding between us; it may not be modified except by further written agreement signed by both of us.

*Section 20. Disclosure.* You acknowledge receiving and reviewing our SEC Form ADV Part II, our Client Privacy Statement, BCP Disclosure Statement and a copy of this Agreement. You also acknowledge receiving and reviewing Addendum A to this document, the Solicitor's Disclosure Document.

We have executed this Agreement as of the engagement date set forth on the first page hereof.

Client(s): NCPC , LLC , AS AUTHORIZED AGENT FOR CONSTRUCTION INDUSTRIES & LABOURERS ST. PENSION TRUST

Signature(s) – individually and in any applicable capacity such as officer, trustee or custodian

**BERNZOTT CAPITAL ADVISORS**

By: _____

Kevin Bernzott
Chairman & CEO

BERNZOTT-00000004

# ADDENDUM A
## SOLICITOR'S DISCLOSURE DOCUMENT
### (Code of Federal Regulations, Title 17, Chapter II, Part 275, Sec 206 (4)-3(b))

1.    Solicitor's Name:    **Schmetter & Associates LLC** (Morrison, Colorado)

2.    Names of Investment Advisors Solicited for:

       Bernzott Capital Advisors
       888 West Ventura Blvd., Suite B
       Camarillo, CA 93010

3,    Schmetter & Associates LLC is compensated by the above-named Investment Advisors for its solicitation services.

4.    Schmetter & Associates LLC is not affiliated with and has no relationship with the above-named Investment Advisors other than a separate written agreement covering the solicitation of business on Advisors' behalf.

5.    Schmetter & Associates LLC received a $80,000 annual retainer from Bernzott Capital Advisors, as well as 20% of the investment management fees on assets placed under management of Advisor through the efforts of Schmetter & Associates LLC.

      Schmetter & Associates LLC is not a broker/dealer, and all fees and commissions paid to Schmetter & Associates LLC are in hard dollars.

6.    The above-named investment advisors have a standard fee schedule and are not adding a differential to compensate them for any solicitations by Schmetter & Associates LLC.

BERNZOTT-00000005

## ADDENDUM B

# Bernzott Capital Advisors Client Privacy Statement

We collect nonpublic personal information about you consisting of information provided on account applications or other forms and data about transactions in your accounts.

We may retain vendors to help us serve you (transaction and data processing or mailing services, for example) and we may disclose your information to them in the course of their work for us. We require that they agree in writing to protect your information and limit its use to the business purpose for which we engaged them.

Otherwise, unless required by law, we never disclose your information unless you: request (your CPA or attorney, for example); or authorize in writing (your custodian, for example).

If your relationship with us terminates, we will still adhere to these policies and practices.

Access to your information is restricted to our employees who need it in order to provide service. We maintain physical, electronic and procedural safeguards to ensure information security.

# Bernzott Capital Advisors Web Site Privacy & Security Statement

The web site of Bernzott Capital Advisors is located at www.bernzott.com. We can be reached via email at info@bernzott.com or by telephone at (805) 389-9445 or by mail at 888 W. Ventura Blvd., Suite B, Camarillo, CA 93010-6068.

We do not collect or recognize any information regarding the domain or email address of visitors to the site. We do not set any cookies. No record is kept of visitors to our site.

We are in compliance with the Children's Online Privacy Protection Act.

If you email us through links on our site to request any information or ask a question, you will be contacted only in the manner you specified (mail, email or telephone) and will receive only the information you requested. Your identity and contact information will not be shared with any other firm or organization for any purpose.

Please be aware that if you utilize any of the links to other sites provided on the site, the operators of linked sites are not covered by this Statement and we are not responsible for their privacy and information practices. We do not endorse, control or have responsibility for any linked site or the content, use, products or services made available.

We maintain physical, electronic and procedural safeguards to ensure information security. The site is hosted by Dock Net and utilizes 128 bit encryption, the highest grade currently available to protect data transmission. Completely configurable User IDs and Passwords secure access to the Client Only areas of this site.

BERNZOTT-00000006