# EXHIBIT 5

*Jefferies Group LLC analyst report*
*10/12/2018*

**COMPANY NOTE**

Initiating Coverage

USA | Technology | Software

October 12, 2018

# Jefferies

# Carbonite (CARB)
## Backup in Value, Recovery to Come; Initiating at Buy

**Key Takeaway**

We believe CARB has done an impressive job repositioning itself as an SMB-focused platform company from consumer-facing product company just a few years ago. CARB is positioned for the evolution of the data protection industry and we believe that its unified platform is best suited to target the segments of the market with the highest growth (Cloud, SMB). CARB is down 24% with the market, but we expect significant appreciation from here. Initiate Buy; $45 PT.

Jefferies was a joint bookrunner on its secondary transaction on July 23, 2018.

**Large TAM Opportunity.** We estimate CARB's TAM, identified as Data Protection-as-a-Service (DPaaS) was at least $4.8B in 2017, and is likely to grow at a 16% CACR to $10.2B in 2022. Cloud-based data protection services (DPaaS), which is composed of disaster recovery as a service (DRaaS), archive as a service (AaaS), and backup as a service (BaaS), is where CARB primarily (but not exclusively) resides. A minority (about 10-20%) of CARB's business is on premise, which includes a market today of at least the same size, but slower growing, and may even be declining as Cloud based solutions take share.

**Impressive Renewal Rates Given SMB/Consumer Customer Base.** CARB's annual customer retention rate is in the high 80s%, which view as exceptionally strong given its Consumers and SMBs customer base. Additionally, this has historically been a one-product company and we expect the net dollar retention rate to benefit from the cross-selling of products as CARB continues to build out a unified product suite.

**Currently Trading at the Base Value of Recurring Rev.** CARB's valuation has significantly increased over the course of the past two years, with the stock appreciating 390% since its lows in February 2016. However, the stock currently trades at a 3.9x EV/FTM recurring revenue multiple, in-line with what we calculate as the implied base value of CARB's recurring revenue. We remain comfortable with the opportunity before this company and believe it should warrant a higher valuation as it continues to grow materially.

**SMB Market = Large Greenfield.** The Cloud as the great equalizer will enable SMBs to utilize more enterprise-class technology than they had previously. *Therefore, we believe that TAM forecasted by industry analysts is likely underestimated, and CARB's focus on the SMB with a broad platform that can serve all its data needs should position it well to capture its fair share of this greenfield opportunity.*

**Valuation.** Our $45 PT is based on a DCF analysis which accounts for stock-based comp, and implies 5.2x EV/NTM Recurring Rev.

**BUY**

Price target $45.00
Price $32.69^

**Financial Summary**

| | |
|---|---|
| Net Debt (MM): | $124.0 |
| Long-Term Debt (MM): | $195.0 |

**Market Data**

| | |
|---|---|
| 52 Week Range: | $43.63 - $20.50 |
| Total Entprs. Value: | $1.2B |
| Market Cap.: | $1.0B |
| Shares Out. (MM): | 31.7 |
| Float (MM): | 30.1 |
| Avg. Daily Vol.: | 459,716 |

**John DiFucci** *
Equity Analyst
(212) 284-2196 jdifucci@jefferies.com
**Joseph Gallo** *
Equity Associate
(212) 336-7402 jgallo@jefferies.com
**Julia Karl** *
Equity Associate
(212) 707-6479 jkarl1@jefferies.com
* Jefferies LLC / Jefferies Research Services, LLC

**Price Performance**



^Prior trading day's closing price unless otherwise noted.

| USD | Prev. | 2017A | Prev. | 2018E | Prev. | 2019E | Prev. | |
|---|---|---|---|---|---|---|---|---|
| Rev. (MM) | -- | 246.1 | -- | 307.5 | -- | 341.0 | -- | -- |
| **EPS Non-GAAP** | | | | | | | | |
| Mar | -- | 0.09 | -- | 0.27A | -- | 0.43 | -- | -- |
| Jun | -- | 0.15 | -- | 0.45A | -- | 0.45 | -- | -- |
| Sep | -- | 0.25 | -- | 0.41 | -- | 0.47 | -- | -- |
| Dec | -- | 0.30 | -- | 0.41 | -- | 0.49 | -- | -- |
| FY Dec | -- | 0.82 | -- | 1.55 | -- | 1.84 | -- | -- |

EQUITY RESEARCH AMERICAS

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 48 to 52 of this report.

| **CARB** | |
| --- | --- |
| Initiating Coverage | |
| October 12, 2018 | |

**Carbonite Inc.**

**Buy: $45 Price Target**

*THE LONG VIEW*

## Scenarios

### Base Case

- The company is able to increase its dollar retention rate with cross-selling and consumer pricing uplift
- The company with its unified platform is able to further penetrate the SMB market
- Continued growth in customer base
- $45 price target implies 5.2x NTM recurring revenue

### Upside Scenario

- Software business bookings are able to grow above double-digits and sustain it on an organic basis
- The company with its unified platform is able to further penetrate the SMB market and even makes inroads with small Enterprises
- Gross dollar renewal rates improve as the company focuses primarily on Business customers
- Successful M&A further diversifies the product portfolio helping to drive higher net dollar retention rates above 100%
- $56 DCF-based upside scenario implies 6.4x NTM recurring revenue

### Downside Scenario

- Poor M&A execution
- Organic bookings growth moderates
- The company experiences sales execution and productivity issues as it attempts to further penetrate the SMB market
- Gross dollar renewal rates decline as the company fails to successfully serve Business customers
- $23 DCF-based downside scenario implies 2.9x TTM recurring revenue

## Investment Thesis / Where We Differ

- We believe CARB is positioned well for the SMB market opportunity and the unified Data Protection Console provides an attractive value proposition to customers. As the company adds products it should help benefit its net dollar retention rate to over 100%
- We view this as an attractively valued company which currently trades at the value of its recurring revenue stream.
- We believe a gross dollar retention rate in the mid-80s is impressive as we typically expect best-in-class dollar retention rates of about 80% for a company focused on the SMB market, and something much less than this for a consumer business.

## Catalysts

- Partnerships drive top-line revenue
- Successful launch of all products under Carbonites unified Data Protection Console
- Gross dollar renewal rates improve
- Successful M&A further diversifies the product portfolio helping to drive higher net dollar retention rates above 100%

## Long Term Analysis

**Long Term Financial Model Drivers**

| | |
| --- | --- |
| Revenue Growth | **6-17%** |
| Organic Bookings Growth | **~10%** |
| LT Non-GAAP Operating Margin | **23-27%** |

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

EXECUTIVE SUMMARY ................................................................................................ **4**
    *Investment Positives* .............................................................................................. 4
    *Large and Growing TAM Opportunity* .................................................................. 4
    *Broad Based Platform Unified As One Integrated Platform* .................................. 5
    *Impressive Renewal Rates Given SMB/Consumer Customer Base* ........................ 5
    *SMB Market = Large Greenfield* ............................................................................ 5
    *Currently Trading at the Base Value of Recurring Revenue; Worth Much More* ... 6
  Investment Risks .................................................................................................... 6
    *Fragmented Competitive Landscape* ... ................................................................. 6
    *… and the Lingering Threat of Large Cloud Competitors with Deep Pockets* ........ 7
    *Carbonite Technology Advantage Could Become Marginalized* ............................ 8
    *Acquisition Risk* ..................................................................................................... 8
  Valuation ............................................................................................................... 8
COMPANY OVERVIEW ............................................................................................... **8**
  Significant Market Expansion Opportunity ............................................................ 9
    *Summary* ............................................................................................................... 9
    *Current Addressable Market* ................................................................................ 10
    *Competition* ......................................................................................................... 11
    *Data Protection and Recovery Software* .............................................................. 12
    *Storage Replication Software* ............................................................................... 12
    *Archiving Software* ............................................................................................... 13
  Corporate Overview and Business Model Discussion ............................................ 13
    *Predominantly Subscription Revenue Model* ....................................................... 13
    *Professional Services* ........................................................................................... 14
    *Typical Contract Terms* ........................................................................................ 14
    *End-Market Breakdown* ....................................................................................... 14
    *Product Pricing* .................................................................................................... 14
    *Average Revenue per Customer* ........................................................................... 16
    *Subscription Renewal Rates* ................................................................................. 16
    *Relevant Partnerships* .......................................................................................... 17
    *Geographical Distribution* .................................................................................... 17
    *Customer Concentration* ...................................................................................... 17
    *R&D* ..................................................................................................................... 17
    *Sales and marketing* ............................................................................................ 18
    *Capital Expenditures* ........................................................................................... 18
    *Contractual Obligations* ....................................................................................... 18
    *Capitalized Costs* ................................................................................................. 18
    *NOLs* ................................................................................................................... 19
    *Patents* ................................................................................................................ 19
    *Long-Term Financial Targets* ............................................................................... 19
    *ASC 606* ............................................................................................................... 19
    *Acquisitions* ......................................................................................................... 20
    *Code 42 Agreement* ............................................................................................. 20
    *Jefferies Estimates* ............................................................................................... 20
  Management and Board Profiles ........................................................................... 22
  Technology and Products ...................................................................................... 24
    *The Carbonite Data Protection Platform* ............................................................. 25
    *Carbonite High Availability and Disaster Recovery* ............................................. 26
    *Carbonite Data Migration* ................................................................................... 26
    *Carbonite Email Archiving (MailStore)* ................................................................ 26
  Secondary Offering ............................................................................................... 28
VALUATION AND FINANCIALS ................................................................................. **28**
  Valuing Carbonite ................................................................................................ 28
    *DCF Valuation Methodology* ............................................................................... 28
    *DCF Conclusion* ................................................................................................... 28
    *Recurring Revenue Multiples – Base Value* .......................................................... 29
    *Comparable Company Analysis* ............................................................................ 31
  Financial Model .................................................................................................... 33
APPENDIX – VALUATION METHODOLOGY ............................................................... **41**
    *Intrinsic Value; DCF* ............................................................................................. 41
  Accounting for Stock-Based Compensation ........................................................... 43
    *When Share Repurchases Are Used to Offset Dilution from SBC* .......................... 43
    *When Share Repurchases Are Not Enough to Entirely Offset SBC Dilution* ........... 44

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

Jefferies

**CARB**

Initiating Coverage

October 12, 2018

# Executive Summary

**Initiating coverage with a Buy rating and a $45 price target**

We believe Carbonite has done an impressive job in repositioning itself as an SMB-focused company from consumer facing just a few years ago through both organic development and acquisitions helping expand it beyond a one-product company to a true data platform today. Carbonite is positioned for the evolution of the data protection industry, along with the explosion in new data, which has driven customers to seek flexible and powerful cloud-based solutions. We believe that Carbonite's platform is best suited to target the segments of the market with the highest growth as it ensures the survivability and availability of data and can help consumers and businesses alike. Carbonite, Inc. provides cloud-based solutions for backup, disaster recovery, high availability and workload migration technology as well as email archiving. Additionally, we believe that Carbonite is one of the best positioned to benefit from the move to cloud given its focus on SMBs, a segment of the market that previously was hard-pressed to utilize enterprise class technology, but now can with cloud-based solutions.

While the stock has significantly increased over the course of the past two years, appreciating 390% since its lows in February 2016, we believe there's much more to come. Despite this large appreciation, the stock currently trades at a 3.9x EV/NTM recurring revenue multiple, about in-line with what we calculate as the implied base value of CARB's recurring revenue. Additionally, Carbonite serves a very large TAM regardless of how you look at it. We believe the TAM was at least $4.8 billion in 2017, growing at a 16% CAGR to $10.2 billion in 2022.

Our $45 price target is based on our Base Case scenario of our DCF analysis and implies about 38% upside from current levels. Our price target implies 5.2x EV/NTM recurring revenue, based on our estimates, slightly below the comparable 5.9x EV/recurring revenue median multiples of a peer group of companies with similar characteristics. We calculate the base value of the stock for an enterprise SaaS company that is run hyper-efficiently is equal to the NPV of the future cash flows from its recurring revenue stream, or about 5.4x EV/TTM Subscription. This assumes no growth in the renewal stream into perpetuity. However, we assume the equivalent multiple for a company with an SMB customer base would be 2.8x due to about a 10% higher attrition rate. Carbonite's gross revenue retention of about 86% is much higher than we would normally expect given its customer base (we assume best-in-class for an SMB customer base to be 80%), which we believe is an indication of the value its solutions provide. Therefore, we assume an average multiple of recurring revenue for Carbonite, or 4.1x. Carbonite is currently trading at about the value of its renewal base at only 3.9x EV/NTM recurring revenue.

## Investment Positives

**Large and Growing TAM Opportunity**

We estimate Carbonite's addressable market, identified as Data Protection-as-a-Service (DPaaS) was at least $4.8 billion in 2017, and is likely to grow at a 16% CACR to $10.2 billion in 2022. Carbonite primarily provides Cloud-based data protection services, or DPaaS, which is composed of disaster recovery as a service (DRaaS), archive as a service (AaaS), and backup as a service (BaaS). Cloud-based data protection is where Carbonite primarily (but not exclusively) resides. A minority (about 10-20%) of Carbonite's business is on premise, which includes a market of at least the same size today, but is slower growing, and may even be declining as Cloud-based solutions take share.

Carbonite is positioned for the evolution of the data protection industry, along with the explosion in new data, which has driven customers to seek flexible and powerful cloud-

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

based solutions. Industry analyst firm Gartner predicts that by 2020, the number of enterprises using the cloud as a backup target will double, up from 10% at the beginning of 2017, and we believe that SMBs (Carbonite's primary target market segment) will adopt Cloud based solutions even more aggressively.

### Broad Based Platform Unified As One Integrated Platform

Carbonite is positioned for the evolution of the data protection industry, along with the explosion in new data, which has driven customers to seek flexible and powerful cloud-based solutions. We believe that Carbonite's platform is best suited to target the technology segments that IDC believes are the highest growth areas such as disaster recovery as a service, archive as a service, and backup as a service. Carbonite's complete Data Protection Platform ensures the survivability and availability of data and can help consumers and businesses ranging from very small to the mid-market.

The company has also invested in a unified Data Protection Console which will give customers or managed service providers the ability to manage all their data protection products within the context of a single user interface. This platform has a whole new architecture which is microservices based, as well as focused on continuous integration. This enables agile development where every block of code has its own testing and is capable of supporting high frequency releases. The concept of continuous improvement is real in this instance. Currently the company is shipping its Carbonite Server VM Edition for the Data Protection console, with the expectation that Carbonite Server and Carbonite Recover will be available within the data protection console soon and that all products will be available in the next few quarters. Having one interface to handle all your data needs will both improve the customer experience as well as increase the ability to upsell as customers will see the potential use of other offerings. Additionally, this platform could give a direct look into all the data that a business is currently managing and will potentially expand the company's opportunity for future products that utilize this data, including perhaps analytics.

### Impressive Renewal Rates Given SMB/Consumer Customer Base

Carbonite does not report a gross *dollar* retention rate, but does report an annual *customer* retention rate, which calculates percentage of subscription customers on the last day of the prior year who remain customers on the last day of the current year. This metric was 86% in the second quarter of 2018, compared to 87% in 2017, 86% in 2016, 84% in 2015 and 83% in 2014. We estimate that the aggregate gross dollar retention rate is about the same, but perhaps slightly higher given larger customers that represent greater revenue typically have a higher retention rate. Taking this a step further, we believe the gross dollar retention rate is slightly higher than the 86% for the Business customer base and slightly lower than 86% for the Consumer customer base. We view this as impressive and surprising. We typically expect best-in-class dollar retention rates of about 80% for a company focused on the SMB market, and something much less than this (perhaps 15-20% lower) for a consumer business.

Additionally, the company's current (most recent quarter) net *dollar* retention rate (includes both churn and upsells) for the Business customer base was 92%, while on the Consumer side it was approximately 95%. Note the Consumer business net dollar retention rate is historically approximately 87% but is benefiting from a 20% price increase this past spring. The company does not provide a net dollar retention rate for the aggregate company. We assume that the net dollar retention rate for the Business customers should increase over time as this has been a one product company and we expect the net dollar retention rate to benefit from the cross-selling of products as part of a more complete product suite. The company has identified a net dollar retention **target** at above 100% now that it has a more complete platform of products.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

Jefferies

**CARB**

Initiating Coverage

October 12, 2018

### SMB Market = Large Greenfield

Servicing the SMB market has its pitfalls, as described above in a lower gross retention rate than for an enterprise customer base (typically greater than 90%), though Carbonite's is much higher than we would have expected, validating the relevance of the company's products for both small businesses and even consumers. Setting aside the sometimes fickle consumer market for now, the SMB market will tend to be much stickier, though mortality rates keep retention rates lower than for enterprises. At the same time, the Cloud is the great equalizer for technology. Many SMBs have not utilized nearly as much technology as they perhaps would have since they oftentimes do not have the required resources, including expertise and upfront costs to create and run datacenters. The Cloud mitigates this shortcoming since all that is needed is a browser to harness the power of technology. *Therefore, we believe that TAM mentioned above is likely meaningfully underestimated, and Carbonite's focus on the SMB with a broad platform that can serve all its data needs should position it well to capture its fair share of this greenfield opportunity.*

### Currently Trading at the Base Value of Recurring Revenue; Worth Much More

Carbonite's valuation has significantly increased over the course of the past two years, with the stock appreciating 390% since its lows in February 2016. However, we believe there's meaningful upside from here. The stock currently trades at a 3.9x EV/NTM recurring revenue multiple, in-line with what we calculate as the implied base value of CARB's recurring revenue*.* We remain comfortable with the opportunity before this company and believe it will continue to move toward its profitability targets as it completes its transition from a consumer facing business to one that primarily serves the SMB market. Assuming we're right, we believe that the stock is a relative bargain, about in-line with (or below) the intrinsic value of the subscription revenue if management chose to run the existing business at a hyper efficient level (which we believe would be the wrong decision at this time). See chart 1 below.

**Chart 1: Carbonite's Base Value Analysis**

|  | Current | Base Value @ 4.1x | | |
|---|---|---|---|---|
|  |  | **TTM** | **NTM** | **Price Target** |
| Price Per Share | 32.69 | 27.50 | 34.50 | 45.00 |
| Market Cap | 1,037 | 872 | 1,094 | 1,427 |
| Enterprise Value | 1,161 | 996 | 1,218 | 1,551 |
| TTM Recurring | 241 | 241 | 241 | 241 |
| NTM Recurring | 298 | 298 | 298 | 298 |
| EV/ TTM Recurring | 4.8x | 4.1x | 5.0x | 6.4x |
| EV/ NTM Recurring | 3.9x | 3.3x | 4.1x | 5.2x |

Source: Jefferies, company data

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

## Investment Risks

**Fragmented Competitive Landscape ...**

Pioneered in the early- to mid-2000s by Acronis (2003), Backblaze (2007), Box (2005), Carbonite (2005), Code42 (2001) Dropbox (2007), Zmanda Cloud Backup (2005), in addition to others, the online backup and storage market has traditionally supported numerous vendors, resulting in competitive fragmentation via enterprise versus consumer focus, scale, operating system compatibility, and more. For instance, while Box and Dropbox would not necessarily consider themselves backup vendors, they can be used for this.

In addition, high-end vendors such as Veritas, IBM, Commvault and Dell-EMC could also move more aggressively down market in an attempt to attract more SMB's, though many of these vendors (including Veritas, Commvault, and Dell are already in the mid-market). We note that the majority of the competitors listed within the TAM section focus more on large enterprises, and Carbonite focuses primarily on smaller enterprises (<2,500) and consumers. It has traditionally been easier to move up market than it is for an Enterprise serving vendor to move down market, but the threat from larger competition does remain.

**... and the Lingering Threat of Large Cloud Competitors with Deep Pockets**

Beyond the smaller cloud market competition, we believe that Cloud industry stalwarts such as Microsoft, Google and Amazon are vendors with massive resources and pose a lingering threat to the market (or any market) in our opinion, whereby one or all could make an explicit attempt to fully consume what is a natural and adjacent market to each of them. These companies offer some of this functionality as extensions to larger platforms (i.e., Microsoft OneDrive, Google Drive, Amazon Drive).  In addition, Microsoft offers its own Backup and recovery products as well as DRaaS while Google and Amazon have a host of partners they work with that can provide these offerings on their platforms. However, in the case of Amazon and Google, we believe that as they are currently offered, these solutions do not fully address this market and/or the capabilities of Carbonite, although all are more than capable of entering the market if desired.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

Jefferies

**CARB**

Initiating Coverage

October 12, 2018

**Carbonite Technology Advantage Could Become Marginalized**

Advances in core foundational computing technologies over the last ten to fifteen years has enabled Software to better fulfill its promise or potential. Those advances include much faster and cheaper memory, compute (including parallel processing), storage, and much faster and cheaper, near ubiquitous bandwidth – the Internet. We view Carbonite as an early mover that capitalized on these advances to provide services that finally made practical sense (i.e., based on both, improved performance and economics), though they were always logical. Carbonite first created a read/write engine that was hyper-efficient in *writing* a consumer's data to its remote storage devices, thereby protecting the data from subsequent harm. It sacrificed some on *reading* the data back to the consumer if there ever was a problem, but that was acceptable to the consumer given the ease with which the relatively constant write technology operated. This proprietary technology was an advantage at one time and still serves Carbonite well, but others have had to come up with technologies to achieve similar ends. At the same time, we believe SMBs (versus consumers) may be more likely to utilize the read portion of a backup and recovery solution, so Carbonite had to accommodate that. In addition, it is in the process of presenting a unified solution to accommodate all of an SMB's data protection needs – again staying ahead of the competition. We view this strategy as imperative to maintaining some of the attractive financial characteristics of this business (such as a surprisingly high retention rate) and we believe Carbonite has the right team in place to execute on it. However, investment in product, including R&D and acquisitions, is important, as competitive forces could marginalize the company's offerings.

**Acquisition Risk**

The company has been very acquisitive historically, which has helped broaden the product portfolio and transform it to a business centric company versus a consumer-focused company just a few years ago. However, this M&A makes it difficult to discern the true organic growth trajectory of the company and it also heightens the execution risk related to integration of these assets, which sometimes include technologies, businesses, or both. At the same time, the company has established a credible track record when it comes to adding incremental value to its customers (and its stock) as it pertains to acquisitions, in our opinion. See acquisition history in Chart 13 later in this report.

## Valuation

We rate CARB shares Buy with a price target of $45. Our price target is based on a DCF model that values the company based on free cash flows explicitly forecast through 2020, after which we decelerate growth for a couple of years prior to a five-year straight line moderation to the long-term growth rate of the economy. Our model calls for a forecasted 10% FY18 – FY20 revenue CAGR and FCF (incl. acquisitions and capital lease payments) margins of -38% in 2018 expanding to 12% in 2020. Our price target equates to a 5.2x EV/NTM subscription revenue multiple, which falls below the median of 5.9x for the peer group comparables. Additionally, we believe that Carbonite's current existing recurring revenue stream alone is worth about $34.50, or 4.1x EV/NTM recurring revenue. We believe there is much more value here, including accounting for future incremental recurring revenue, strategic value to a potential acquirer, etc.

## Company Overview

### Historical Perspective

Carbonite is primarily a SaaS (or Software-as-a-Service) business founded in 2005 under the premise of one simple idea: all computers need to be backed up, and in an always-connected and highly mobile world, cloud backup is the ideal approach. Carbonite provisions cloud and hybrid backup solutions for consumers and small- to medium-sized

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

businesses (SMBs). It provides backup, disaster recovery, high availability and workload migration technologies, in addition to email archiving. While the company was originally founded as a consumer-oriented business that helps users back up their photos, videos, and documents anytime, Carbonite introduced a version of its solution specifically designed for SMBs in 2010.  This was later bolstered by numerous acquisitions that have helped flipped the company's focus from one that was 81% consumer bookings in 2012 to one that is currently roughly two-thirds business bookings. Importantly, the SMB offerings were designed for easy installation and use across multiple computers and users, precluding the need for a professional IT department.

Carbonite is well positioned for the evolution of the data protection industry, along with an explosion in new data, which has driven customers to seek flexible cloud-based solutions. Industry analyst firm Gartner predicts that by 2020, the percentage of enterprises using the cloud for backup will approximately double, up from 10% at the beginning of 2017[1].  Carbonite's offering is designed to protect data from the most common forms of data loss, including ransomware, accidental deletions, hardware failures and natural disasters. The Company currently has over 700 billion files under protection and has recovered more than 60 billion files. Carbonite serves over 100,000 business customers ranging in size, backs up over 160 petabytes of data, and has more than 8,000 VARS and MSPs globally. The Company's revenue grew at a compound annual growth rate of 22% from the year ended December 31, 2013 to the year ended December 31, 2017, which we note includes the benefit of multiple acquisitions. We estimate that organic bookings growth grew at an average of 9% over this same time period.

We estimate Carbonite's addressable market, identified as Data Protection-as-a-Service (DPaaS) was at least $4.8 billion in 2017, and is likely to grow at a 16% CAGR to $10.2 billion in 2022.

The company was founded by Jeffry Flowers and David Friend on February 10, 2005 and is headquartered in Boston, MA. As of December 31, 2017, Carbonite had 941 full-time employees, with 323 in operations and support, 239 in sales and marketing, 213 in research and development, and 166 in general and administrative functions. The company priced its IPO in August 2011, and it has remained listed on the NASDAQ under ticker CARB since then.  On July 23, 2018, Carbonite had a secondary offering of its common stock in which a total of 6,282,722 shares were offered which would provide the company with $199.8 million in net proceeds.  Jefferies was a joint bookrunner on this transaction.

## Significant Market Expansion Opportunity

### Summary

We estimate Carbonite's addressable market, identified as Data Protection-as-a-Service (DPaaS) was at least $4.8 billion in 2017, and is likely to grow at a 16% CAGR to $10.2 billion in 2022.  Carbonite primarily provides Cloud-based data protection services, or DPaaS, which is composed of disaster recovery as a service (DRaaS), archive as a service (AaaS), and backup as a service (BaaS).  Cloud-based data protection is where Carbonite

---

[1] Gartner, Magic Quadrant for Data Center Backup and Recovery Solutions, 31 July 2017. All statements in this report attributable to Gartner represent Jeffries interpretation of data, research opinion or viewpoints published as part of a syndicated subscription service by Gartner, Inc., and have not been reviewed by Gartner. Each Gartner publication speaks as of its original publication date (and not as of the date of this [report]). The opinions expressed in Gartner publications are not representations of fact and are subject to change without notice.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

primarily (but not exclusively) resides.  A minority (about 10-20%) of Carbonite's business is on premise, which includes a market of at least the same size today, but is slower growing, and may even be declining as Cloud-based solutions take share.

While the primary Cloud-based market that Carbonite addresses today is almost $5 billion, we believe the total opportunity is at least two times this at about $10 billion in 2017, including on premise data protection solutions. However, even this doesn't account for all of Carbonite's corporate offerings, and it only partially accounts for the consumer opportunity.  According to IDC, this market is growing at a 3% CAGR to $12.0 billion in 2022.

### Current Addressable Market

The highest growth areas in the data protection industry are disaster recovery as a service, archive as a service, and backup as a service, collectively referred to as Data Protection as a Service. This market is primarily where Carbonite resides and (composed of disaster recovery as a service, archive as a service, and backup as a service) is expected to be a $4.8 billion market in 2017, growing at a 16.2% CAGR to $10.2 billion in 2022.  See Chart 2 and 3 below for more details.

**Chart 2: Data Protection as a Service Market Composition and Growth**



Source: IDC, Worldwide Data Protection as a Service Forecast, 2018–2022: Initial Market Sizing, Jefferies

We note that Carbonite's 2017 revenue of $239 million represented 5.0% penetration of our total estimated potential TAM which ignores at least part of the consumer market and potentially some SMB greenfield opportunity.

**Chart 3: Data Protection as a Service Market Composition and Growth**

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | CAGR (2017-2022E) |
|---|---|---|---|---|---|---|---|---|
| **Data Protection as-a-Service** | 3.9 | 4.8 | 5.7 | 6.7 | 7.8 | 8.9 | 10.2 | 16.2% |
| y/y change | | 21.6% | 18.9% | 17.5% | 16.1% | 14.8% | 13.7% | |
| **Carbonite's Penetration of Market** | 5.2% | 5.0% | | | | | | |
| **Carbonite Reported Revenue Growth** | 15.7% | 26.1% | | | | | | |
| **Carbonite Bookings Growth** | 45.1% | 17.5% | | | | | | |
| **Carbonite Bookings Growth (Organic)** | 13.9% | 6.6% | | | | | | |

Source: IDC, Worldwide Data Protection as a Service Forecast, 2018–2022: Initial Market Sizing, Jefferies

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

**Current Addressable Opportunity.** If we include the on-premise components of data protection, we estimate Carbonite's opportunity was at least $10.2 billion in 2017, and is likely to grow at a 3% CAGR to $12.0 billion in 2022, which reflects a shift to cloud-based solutions within the market. This market sizing opportunity includes core markets which IDC categorizes Carbonite in today (Data Protection and Recovery), as well as incremental markets that we believe it addresses (Storage Replication and Archiving), but it doesn't include all of the consumer opportunity, or the entirety of the corporate prospects (SMB greenfield). We highlight the software segments we believe Carbonite addresses in Chart 4 below.

**Chart 4: Carbonite's Total Addressable Market**
*USD in billions*

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | CAGR (2017-2022E) |
|---|---|---|---|---|---|---|---|---|
| Data Protection and Recovery Software Total | 6.8 | 6.9 | 7.3 | 7.6 | 8.0 | 8.4 | 8.7 | 4.7% |
| **Current Classified Market** | $ 6.8 | $ 6.9 | $ 7.3 | $ 7.6 | $ 8.0 | $ 8.4 | $ 8.7 | 4.7% |
| *y/y change* | *6.8%* | *2.1%* | *5.1%* | *4.7%* | *4.8%* | *4.7%* | *4.5%* | |
| Storage Rep ication Software Total | 2.2 | 1.7 | 1.4 | 1.2 | 1.1 | 1.1 | 1.0 | -9.2% |
| | | *-24%* | *-16%* | *-12%* | *-8%* | *-5%* | *-4%* | |
| Archiving Software Total | 1.6 | 1.6 | 1.7 | 1.8 | 2.0 | 2.1 | 2.2 | 6.0% |
| | | *4%* | *7%* | *6%* | *6%* | *6%* | *5%* | |
| **Other Adjacent Established Markets** | $ 3.8 | $ 3.3 | $ 3.2 | $ 3.1 | $ 3.1 | $ 3.2 | $ 3.2 | -0.5% |
| | *-7.2%* | *-12.4%* | *-4.9%* | *-1.7%* | *0.3%* | *1.6%* | *2.2%* | |
| **Total Potential  Addressable Market (TAM)** | $ 10.6 | $ 10.2 | $ 10.4 | $ 10.7 | $ 11.1 | $ 11.5 | $ 12.0 | 3.1% |
| | *1.3%* | *-3.1%* | *1.8%* | *2.7%* | *3.5%* | *3.9%* | *3.8%* | |
| **Carbonite's Penetration of Total Potential TAM** | **2.0%** | **2.3%** | | | | | | |
| **Carbonite Reported Revenue Growth** | **15.7%** | **26.1%** | | | | | | |
| **Carbonite  Bookings Growth** | **45.1%** | **17.5%** | | | | | | |
| **Carbonite  Bookings Growth (Organic)** | **13.9%** | **6.6%** | | | | | | |

Source: Jefferies, company data, IDC, Worldwide Semiannual Software Tracker, 2H17, IDC,

**Competition**

The company's primary competitors in these markets were typically smaller players such as Acronis, Backblaze, Code42, and Zmanda Cloud Backup that are more consumer and SMB focused. Industry stalwarts such as Veritas, IBM, and Dell-EMC lead the market share in most of the segments below, however these are mostly high-end facing Enterprise vendors (though many of these vendors, including Veritas, Commvault, and Dell are already in the mid-market), a market that Carbonite does not compete in. Carbonite focuses primarily on smaller enterprises (<2,500 employees) and consumers.

Beyond the smaller cloud market competition, we believe that Cloud industry stalwarts such as Microsoft, Google and Amazon are vendors with massive resources and pose a lingering threat to the market (or any market) in our opinion, whereby one or all could make an explicit attempt to fully consume what is a natural and adjacent market to each of them. Not only do these companies offer some of this functionality as extensions to larger platforms (i.e., Microsoft OneDrive, Google Drive, Amazon Drive). In addition, Microsoft offers its own Backup and recovery products as well as DRaaS while Google and Amazon have a host of partners they work with that can provide these offerings on their platforms. However, in the case of Amazon and Google, we believe that as they are currently offered, these solutions do not fully address this market and/or the capabilities

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

of Carbonite, although all are more than capable of entering the market if desired. For completeness, we provide color on the specific markets defined by industry analyst IDC that we believe Carbonite addresses in below.

### Data Protection and Recovery Software

Carbonite held a 3.5% share of the Data Protection and Recovery Software market in 2017, up from 3.1% in 2016 and from 3.0% in 2014 (the entirety of Carbonite's revenue falls into this market today according to IDC). See Chart 5. By comparison, large incumbent competitors such as Veritas, IBM and Dell control 44.6% of the market while the top 5 control 62.1% of the market share in 2017. Data Protection and Recovery Software, a sub segment of the larger Storage Software market, consists of "both software and online data protection services (aka online backup or backup as a service) licensed in a subscription fashion. Data protection and recovery software is focused on protection, restoration, and recovery of data in the event of physical or logical errors. Included within the data protection and recovery software market are data protection, continuous data protection (CDP), bare metal restore, virtual tape library (VTL), and backup/recovery reporting products." These capabilities include or span products that support both physical and virtual infrastructure, according to IDC.

According to IDC, this total market grew 7% year-over-year in 2016, 2% in 2017 and is forecasted to grow at a 5% CAGR through 2022.

**Chart 5: Data Protection and Recovery Software Market Share, 2017**



| | Vendor | Revenue ($M) | Market Share |
|---|---|---|---|
| 1 | Veritas | 1,223 | 17.6% |
| 2 | IBM | 1,048 | 15.1% |
| 3 | Dell Inc | 819 | 11.8% |
| 4 | Veeam | 639 | 9.2% |
| 5 | CommVault | 572 | 8.3% |
| 6 | Vendor A | 263 | 3.8% |
| 7 | Carbonite | 242 | 3.5% |
| 8 | Vendor B | 188 | 2.7% |
| 9 | Vendor C | 142 | 2.0% |
| | Other | 1,795 | 25.9% |
| | **Total** | **6,929** | **100%** |



Source: IDC, Worldwide Semiannual Software Tracker, 2H17, company data, IDC

### Storage Replication Software

While Carbonite was not included in the Storage Replication Software market in 2017 by IDC, we believe it does address this opportunity. See Chart 6. Storage Replication Software is also a sub-segment of the Storage Software market and per IDC, "is often used in conjunction with backup software to improve data protection performance. This market does not include database replication software that operates at the database, table, or record level."

More specifically within Replication Software, Systems and Data Migration Software is file level migration software used to migrate data from one platform to another. We believe that Carbonite's platform should warrant inclusion within this space given its Carbonite Data Migration product (see more details below in our Technology and Products segment). This category includes four large competitors; Dell, NetApp, Hitachi and IBM which together comprised 65.8% of the share in 2017.

We note that Replication Software is a declining market, declining 15% year-over-year in 2016 and 24% in 2017 and is forecasted to decline at a 9% CAGR through 2022. See table 6 below for the market share breakdown of the Storage Replication Software segment.

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

**Chart 6: Storage Replication Software Market Share, 2017**

 

| | Vendor | Revenue ($M) | Market Share |
|---|---|---|---|
| 1 | Dell Inc | 511 | 30.4% |
| 2 | NetApp | 223 | 13.3% |
| 3 | Hitachi | 188 | 11.2% |
| 4 | IBM | 186 | 11.0% |
| 5 | Hewlett Packard E | 88 | 5.2% |
| 6 | Vendor A | 63 | 3.8% |
| 7 | Vendor B | 62 | 3.7% |
| 8 | Vendor C | 38 | 2.3% |
| 9 | Vendor D | 34 | 2.0% |
| | Other | 290 | 17.2% |
| | **Total** | **1,683** | **100%** |

Source: IDC, Worldwide Semiannual Software Tracker, 2H17, company data

### Archiving Software

Carbonite was also not included in IDC's Archiving Software market sizing in 2017, though we believe it should be (we note this might be due to only a small portion of the company's revenue coming from Archiving). See Chart 7. The Archiving Software market is a sub-segment of the Storage Software market and per IDC, "includes software that provides policy-based controls for copying, moving, purging (deleting from the primary storage), retaining (in read-only fashion for a defined period), and deleting (deleting from the secondary storage) data. Some tools provide more sophisticated functions such as content-based data management, indexing, and search/retrieval."

We believe that Carbonite's platform and its capabilities warrant inclusion in this category given its MailStore acquisition. This category also includes several dominant competitors, with IBM holding 15.3% share in 2017, Veritas 12.9%, Proofpoint 8.3% and Mimecast 7.9%.

We note that the total market grew 7% year-over-year in 2016 and 4% in 2017 and is forecasted to grow at a 6% CAGR through 2022.

**Chart 7: Archiving Software Market Share, 2017**



| | Vendor | Revenue ($M) | Market Share |
|---|---|---|---|
| 1 | IBM | 249 | 15.3% |
| 2 | Veritas | 211 | 12.9% |
| 3 | Proofpoint | 136 | 8.3% |
| 4 | Mimecast | 129 | 7.9% |
| 5 | Google | 125 | 7.7% |
| 6 | Vendor A | 80 | 4.9% |
| 7 | Vendor B | 62 | 3.8% |
| 8 | Vendor C | 60 | 3.7% |
| 9 | Vendor D | 50 | 3.1% |
| | Other | 529 | 32.4% |
| | **Total** | **1,630** | **100%** |

Source: IDC, Worldwide Semiannual Software Tracker, 2H17, company data

# Corporate Overview and Business Model Discussion

### Predominantly Subscription Revenue Model

The clear majority of Carbonite's revenue is generated from SaaS fees for access to Carbonite's platform which are generally one to three-year terms. Subscription bookings comprised 88% and 80% of bookings in 2016 and 2017, respectively. Note that while this amount has decreased due to license sales related to some of Carbonite's acquisitions, the percentage of recurring bookings has stayed around 90% due to the maintenance associated with the perpetual and term licenses. In addition to the SaaS

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

revenue, there are perpetual and term licenses as well as hardware that the company sells. Hardware revenues are generally recognized upon delivery or upon installation, if required.

### Professional Services

Carbonite's professional services revenue which include installation services are typically recognized as services are performed, or upon installation if required. Professional services are not a material portion of revenue, and we believe it currently represents approximately $1 million per year, or less than 1% of total revenue.

### Typical Contract Terms

While the company offers monthly, annual and multi-year subscription plans, the majority of customers have annual subscription plans, with the company offering discounts for multi-year agreements. The average duration of bookings typically ranges from 14-15 months and we have assumed 14 months in our model.  Typical payments are annual upfront on both the consumer and business side with certain managed service model deals on the business side being monthly.

### End-Market Breakdown

Carbonite has successfully transitioned in the past six years from a consumer-focused company to one that now services more small- and medium-size business customers. The company currently derives approximately two-thirds of its bookings from business customers, which has increased from 19% in 2012.  Additionally, 79% of business bookings were subscription as of the most recent quarter.

**Chart 8: Carbonite Bookings Business vs. Consumer**



Source: Company data, Jefferies

### Product Pricing

Carbonite provides backup, disaster recovery, high availability, email archiving and workload migration technologies to both consumers as well as SMBs.  Subscription plans are typically one year but can range up to three years.  The company does offer monthly subscriptions as well and offers discounts for multi-year contracts. Pricing varies based on how many devices and services are consumed.  In Chart 9 and 10 below we show the company's listed website prices for its basic consumer and SMB offerings.  Note that for larger Business deals, the amount of data and the addition of other platform components (DRaaS and Migration etc.) can increase the cost of the offering. The average business deal is currently approximately $7–10,000.

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

Jefferies

**CARB**

Initiating Coverage

October 12, 2018

See below in Chart 10 for a breakout of Carbonite's different subscription plans, functionalities and pricing.

**Chart 9: Carbonite Consumer & SMB Product Pricing**

| Features | One Computer | Multiple Computers | Computers + Servers |
|---|---|---|---|
| Price per Month (billed annually) | $6 | $24 | $50 |
| Automatic cloud backup | ✔ | ✔ | ✔ |
| Support, 7 days/week | ✔ | ✔ | ✔ |
| External Hard Drive(s) backup | ✔ | ✔ | ✔ |
| Remote file access to computer files | ✔ | ✔ | ✔ |
| Encryption | 128 - bit | 128 - bit | 128 or 256 - bit |
| FERPA, GLBA & HIPAA support | | ✔ | ✔ |
| Centralized management & admin controls | | ✔ | ✔ |
| Image Backup & Bare Metal Restore | | | ✔ |
| Backup for databases & applications | | | ✔ |

Source: Carbonite, Jefferies

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

Jefferies

**CARB**

Initiating Coverage

October 12, 2018

**Chart 10: Carbonite SMB Pricing**

| | Carbonite Safe | Carbonite Endpoint Protection |
|---|---|---|
| **Price** | $24/month (billed annually) for up to 25 comps & 250GB of cloud storage | Starting at $6/user/month (minimum of 5 seats) |
| **Target environment** | Home office or small bus. w/ ≤25 comps | Bus. Of all sizes including Enterprises |
| **Devices** | Computers | Desktops, laptops, tablets and smartphones |
| **Deployment** | Carbonite cloud | Carbonite cloud, Public cloud (Azure), On-premise |
| **Security** | Blowfish 128-bit encryption | AES 256-bit Encryption |
| **Remote Management** | ✔ | ✔ |
| **Remote data access** | ✔ | ✔ |
| **Silent deployment (using SCCM, Intune or similar tools)** | Windows only | ✔ |
| **Admin restore** | | ✔ |
| **Global deduplication** | | ✔ |
| **Remote data wipe** | | ✔ |
| **Legal hold** | | ✔ |
| **Global location tracking** | | ✔ |
| **Custom backup policies for different users** | | ✔ |
| **AD/LDAP sync** | | ✔ |
| **Single Sign On** | | ✔ |
| **Bandwidth optimization (QuickCache, LocalCache)** | | ✔ |

Source: Carbonite, Jefferies

### Average Revenue per Customer

The company notes that annualized contract values typically range from $7,000 to $10,000 per business customer. Note that historically this company has only been a one product company and ASPs and deal sizes are expected to climb with an uptick in cross-selling. Additionally, if you are a consumer you may only pay $6 a month or $72 annually to back up a single computer.

### Subscription Renewal Rates

Carbonite does not report a gross *dollar* retention rate, but does report an annual *customer* retention rate, which calculates percentage of subscription customers on the last day of the prior year who remain customers on the last day of the current year was recently 86% in the second quarter of 2018, compared to 87% in 2017, 86% in 2016,

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

84% in 2015 and 83% in 2014. We estimate that the aggregate gross *dollar* retention rate is about the same as the reported customer retention rate, but perhaps slightly higher given larger customers that represent greater revenue typically have a higher retention rate. Taking this a step further, we believe the gross dollar retention rate is slightly higher than the 86% for the Business customer base and slightly lower than 86% for the Consumer customer base. We view this as impressive and surprising. We typically expect best-in-class dollar retention rates of about 80% for a company focused on the SMB market, and something much less than this (perhaps 15-20% lower) for a consumer business.

Additionally, the company's current (most recent quarter) net *dollar* retention rate (includes both churn and upsells) for the Business customer base was 92%, while on the Consumer side it was approximately 95%. Note the Consumer business net dollar retention rate is historically approximately 87% but is benefiting from a 20% price increase this past spring. The company does not provide a net dollar retention rate for the aggregate company. We assume that the net dollar retention rate for the Business customers should increase over time as this has been a one product company and we expect the net dollar retention rate to benefit from the cross selling of products as part of a more complete product suite. The company has identified a net dollar retention ***target*** at above 100% now that it has a more complete platform of products.

Similarly, the company's *customer* renewal rate, which is the percentage of customers who renew annual or multi-year subscriptions that expire during the period presented, was 83% in the most recent period, compared to 85% in 2017, 84% in 2016, 82% in 2015 and 80% in 2014.

### Relevant Partnerships

Carbonite has invested in recruiting and onboarding sales channel partners including distributors, value-added resellers, managed service providers as well as global systems integrators. For the first six months of 2018, the channel accounted for 39% of sales while the direct salesforce accounted for the remainder. Some of the largest partners are Dell EMC, Iron Mountain and Boston Company but none of these represent over 5% of the company's revenue. The company noted at its last analyst day that it has over 8,000 partners. Partners have become more important as the company focuses on growing its business bookings. In 2017, 67% of business bookings were from the channel which was up from 59% in 2016 and 38% in 2015. The company also has previously noted that over 90% of its new customer deals involved a partner.

### Geographical Distribution

In 2017, 87% of revenue was derived from within the US, while 13% was international, primarily related to Europe.

### Customer Concentration

No single end customer represented more than 5% of total revenues in 2017.

### R&D

R&D accounted for 19%, 15%, and 17% of total revenues (on a non-GAAP basis), in calendar 2015, 2016 and 2017 respectively. The key driver of R&D is compensation and other employee-related costs, primarily related to headcount as well as third-party outsourcing costs, hosting fees, consulting fees, rent, and depreciation. Carbonite has 213 employees in research and development, the majority of whom are located at its corporate headquarters in the U.S. and at its office in Canada. Carbonite expects research and development expenses will increase in absolute dollars and (modestly) as a percentage of revenue on an annual basis as it continues to enhance its platforms. Long-term goals are for R&D to comprise approximately 14-16% of revenue. See Long-Term Operating Model below.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

Jefferies

**CARB**

Initiating Coverage

October 12, 2018

### Sales and marketing

In the first six months of 2018 61% of sales came from the direct salesforce while 39% was through the channel. Sales and Marketing accounted for 38%, 34% and 35% of total revenues (on a non-GAAP basis), in calendar 2015, 2016, and 2017 respectively. The key driver of S&M is compensation and other employee-related costs, primarily related to headcount as well as advertising costs, creative expenses for advertising programs, credit card fees, commissions paid to third-party partners and affiliates, and the cost of providing free trials. The company currently has approximately 239 employees in its sales and marketing department. The long-term target is for Sales and Marketing to be 31-34% of revenue. See Long-Term Operating Model below.

Carbonite expenses advertising costs as incurred. Carbonite recognized approximately $15.0 million, $17.8 million $16.4 million of advertising expenses, representing 11%, 9%, and 7% of revenue in 2015, 2016 and 2017, respectively.

### Capital Expenditures

Capital expenditures represented 6%, 3%, and 7% of revenues in 2015, 2016, and 2017, respectively. In its financial filings, Carbonite notes that "future capital expenditures will focus on acquiring additional data storage and hosting capacity and general corporate infrastructure."

### Contractual Obligations

Carbonite has various contractual obligations over the next several years amounting to a total of $286.8 million as of June 30, 2018. This is including $143.8 million in Convertible note principal, $80 million in revolving credit principal (which it has paid back), $25.7 million in Office lease obligations and $10.5 million in data center obligations. Note that of the $286.8 million in obligations, only $15.3 million is due within the next year. See Chart 11 below for more details.

**Chart 11: Carbonite's Contractual Obligation ($, 000's)**

| | Year When Obligation Due | | | | |
|---|---|---|---|---|---|
| | <1 | 1-3 | 3-5 | 5+ Years | Total |
| Office Lease Obligations | 2,291 | 7,441 | 7,143 | 6,872 | 23,747 |
| Data Center Obligations | 1965 | 4458 | 2824 | 65 | 9,312 |
| Hosted Software Obligations | 1046 | 1467 | | | 2,513 |
| Consulting Obligations | 807 | | | | 807 |
| Other purchase Commitments | 2666 | 516 | | | 3,182 |
| Revolving Credit Facility Principal | | | 80,000 | | 80,000 |
| Revolving Credit Facility Interest | 2,912 | 4,788 | 1,371 | | 9,071 |
| Convertible notes Principal | | | 143,750 | | 143,750 |
| Convertible notes Interest | 3,594 | 7,187 | 3,594 | | 14,375 |
| **Total** | **15,281** | **25,857** | **238,682** | **6,937** | **286,757** |

**Source: Company, Jefferies**

### Capitalized Costs

The Company capitalizes certain software and website development costs. Carbonite will expense costs as incurred during early stage development. However, if an application reaches development stage, internal and external costs are amortized over the estimated useful life of the software. The Company capitalized $2.4 million and $6.8 million of costs associated with internal-use software in 2016 and 2017, respectively. The Company recorded $0.3 million, $0.4 million, and $0.5 million of amortization expense related to capitalized internal-use software in 2015, 2016, and 2017, respectively. These costs are included within capital expenditures and are thus properly recorded in our calculation of free cash flow.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

### NOLs

As of December 31, 2017, Carbonite had meaningful federal, state and foreign net operating loss carry forwards of $107.9 million, $72.7 million and $6.1 million respectively. These have varying expirations through the year 2037. We do not expect the company to pay material cash taxes within our forecast period and the company has guided for approximately 8% tax rate on a non-GAAP basis for 2018.

### Patents

As of December 31, 2017, Carbonite has 67 issued patents and pending applications worldwide that cover both technical infrastructure and its key usability and design concepts.

### Long-Term Financial Targets

Carbonite's long-term financial targets are representative of metrics it expects to achieve with revenue growth rates of 6-12% as its base case. The company is targeting total gross margin of 80-83% in its base case. Additionally, it expects to reach 22-26% operating margin in its base case, including expected Sales & Marketing expense of 31-34% of revenue, Research & Development expense of 14-16% of revenue, and General & Administrative expense of 9-11% of revenue. Note that these long-term targets were provided at the last financial analyst day prior to adoption of ASC 606, and therefore the company believes that there could be upside to its S&M targets. See Chart 12 for a comparison of Carbonite's long-term targets to its current performance. Note that some of the historical revenue and bookings metrics have been impacted by acquisitions. We have therefore provided our estimate of organic bookings below to help investors parse through some of this confusion historically. It is our understanding from Management, that Carbonite's past three large acquisitions (Mozy, DoubleTake, and Evault) all involved some products that were discontinued subsequent to the acquisition, or were declining businesses. We therefore used Management's forecasted NTM Bookings for the acquisition (at the time of announcement or the ensuing quarter) as a proxy for LTM (essentially assuming 0% growth) in order to derive organic bookings growth. We note that these assumptions may have been what resulted in our calculation of 2Q18 organic bookings growth decelerating to 2%. Management has also stated that its long-term expectations are to eventually reach $1 billion in annual revenue which would be driven by both cross-sell opportunities as well as M&A.

**Chart 12: Long-Term Operating Model**

| | 2015 | 2016 | 2017 | 2Q18 | Long-term Target Base | Upside |
|---|---|---|---|---|---|---|
| Bookings Growth | 12.5% | 45.1% | 17.5% | 28.0% | 6-12% | 11-17% |
| Bookings Growth (Organic) | 5.2% | 13.9% | 6.6% | 1.9% | | |
| Revenue Growth | 11.4% | 51.5% | 15.7% | 31.7% | 6-12% | 11-17% |
| Gross Margin | 73.1% | 72.6% | 75.5% | 77.1% | 80-83% | 80-84% |
| Sales & Marketing | 38.1% | 34.0% | 35.1% | 26.6% | 31-34% | 31-34% |
| Research & Development | 19.5% | 15.3% | 17.4% | 18.4% | 14-16% | 13-16% |
| General & Administrative | 12.1% | 14.4% | 12.3% | 10.8% | 9-11% | 8-10% |
| Operating Margin | 3.4% | 9.0% | 10.9% | 21.9% | 22-26% | 23-27% |

**Source: Jefferies, company data, Note Company provided long-term targets were Pre-ASC 606 Adoption**

### ASC 606

Carbonite adopted ASC 606 under a modified retrospective approach as of January 1, 2018. The transition to ASC 606 from ASC 605 resulted in no significant impact to

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

revenue (only change was Term licenses now being recognized upfront) and now commissions are amortized over seven years versus as incurred.

### Acquisitions

Carbonite has an active history of M&A that has allowed it to both pivot from a consumer centric company to more business oriented. The company primarily chooses to purchase SaaS companies, such as Mozy, Evault, and DataCastle but has also bought other technologies that it felt helped bolster its product portfolio. The acquisition of SaaS companies also helps Carbonite absorb its targets customer base versus on-prem customers that are often significantly more difficult to transition.

Some of the notable acquisitions include MailStore Software, a German based company that allowed Carbonite to offer Email Archiving with its core platform and Mozy, a material competitor from EMC, to consolidate the online backup market. In addition, Double-Take Software, Inc. was purchased for its replication engine technology, which Carbonite built around in order to offer a fully SaaS High Availability product, otherwise known as DRaaS. These acquisitions, in addition to adding to Carbonite's customer base, also provide it with more modules to sell to its customers, which we expect will drive the company's net dollar retention rate higher over time.

**Chart 13: Carbonite M&A History**

| Announced | Target | Target Abstract | Total Deal Amt. |
|---|---|---|---|
| 2/13/2018 | Mozy [Dell EMC] | Online data storage SaaS | 145.8 |
| 8/22/2017 | Datacastle Corporation | Endpoint backup SaaS & services | 9.6 |
| 1/31/2017 | DoubleTake Software Inc. [Vision Solutions] | Data protection & recovery software | 65.3 |
| 12/16/2015 | EVault Inc. [Seagate Technology] (assets) | Data protection SaaS & hardware | 14 |
| 9/22/2015 | Rebit Inc. (patents and IP assets) | Backup & recovery software & SaaS | 1.3 |
| 12/15/2014 | MailStore Software GmbH | Email archiving & search software | 19.8 |
| 10/18/2012 | Zmanda Inc. | Data backup & recovery software | 14.8 |
| 6/6/2011 | Phanfare | Online photosharing service | NA |

Source: Jefferies, company data

### Code 42 Agreement

In addition to M&A, Carbonite in August 2017 announced an agreement to help support customers from CrashPlan for Home division of Code42 Software as Code42 pivots to solely business facing. The deal bolstered Carbonite's Consumer market positioning. Code42 will cease to sell CrashPlan for Home subscriptions with the last date of supporting existing consumer customers set for October 22, 2018. Carbonite will offer a discount to CrashPlan for Home customers in an effort to entice them to switch over.

### Jefferies Estimates

See below in Chart 14 for a comparison of our estimates to the company's guidance and Street estimates. Additionally, note that for 2020, our non-GAAP revenue estimate of $369 million and non-GAAP EPS of $2.01 compares to consensus Street estimates of $360.7 million and $1.91.

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

## CARB

Initiating Coverage

October 12, 2018

### Chart 14: Jefferies Estimates vs. Street & Guidance

**Carbonite (CARB)**

*in millions except for per share items, unless otherwise noted*

| Sep-18E (F3Q) | Jefferies | Consensus | Guidance | Dec-18E (F4Q) | Jefferies | Consensus | Guidance |
|---|---|---|---|---|---|---|---|
| **Total Revenue (GAAP)** | 78.8 | 79.4 | 77.6 - 79.6 | **Total Revenue (GAAP)** | 81.4 | 81.6 | |
| **Total Revenue (Non-GAAP)** | 80.1 | 80.5 | 79.0 - 81.0 | **Total Revenue (Non-GAAP)** | 82.7 | 83.0 | |
| Non-GAAP Operating Income | 17.1 | 16.8 | | Non-GAAP Operating Income | 17.5 | 17.6 | |
| Non-GAAP Operating Margin | 21.3% | 20.9% | | Non-GAAP Operating Margin | 21.1% | 21.2% | |
| **Non-GAAP EPS** | 0.41 | 0.41 | 0.40 - 0.42 | **Non-GAAP EPS** | 0.41 | 0.42 | |
| **Total Bookings** | 84.2 | 82.2 | | **Total Bookings** | 91.0 | 87.8 | |
| Business Bookings | 61.7 | | | Business Bookings | 68.7 | | |
| Consumer Bookings Growth y/y | 15.0% | | | Consumer Bookings Growth y/y | 15.0% | | |
| Deferred Revenue | 147.2 | | | Deferred Revenue | 145.8 | | |
| Cash Flow from Ops | 15.7 | 13.9 | | Cash Flow from Ops | 20.0 | 17.6 | |

| FY18E | Jefferies | Consensus | Guidance | FY19E | Jefferies | Consensus | Guidance |
|---|---|---|---|---|---|---|---|
| **Total Revenue (GAAP)** | 301.9 | 303.5 | 296.9 - 306.9 | **Total Revenue (GAAP)** | 339.4 | 337.1 | |
| **Total Revenue (Non-GAAP)** | 307.5 | 308.3 | 302.5 - 312.5 | **Total Revenue (Non-GAAP)** | 341.0 | 344.2 | |
| Non-GAAP Operating Income | 61.1 | 61.0 | | Non-GAAP Operating Income | 78.7 | 78.0 | |
| Non-GAAP Operating Margin | 19.9% | 19.8% | | Non-GAAP Operating Margin | 23.1% | 22.6% | |
| **Non-GAAP EPS** | 1.55 | 1.56 | 1.51 - 1.59 | **Non-GAAP EPS** | 1.84 | 1.83 | |
| **Total Bookings** | 324.6 | 319.1 | | **Total Bookings** | 355.8 | 360.9 | |
| Business Bookings | 230.9 | | 223.8 - 234.8 | Business Bookings | 257.4 | | |
| Consumer Bookings Growth y/y | 14.6% | | 10-15% | Consumer Bookings Growth | 5.0% | | |
| Deferred Revenue | 145.8 | | | Deferred Revenue | 151.6 | | |
| Cash Flow from Ops | 52.6 | 48.4 | | Cash Flow from Ops | 78.6 | 65.6 | |

Source: Jefferies, company data

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

# Management and Board Profiles

We provide profiles of Carbonite's management team and board of directors below.

**Chart 15: Carbonite Management Team**

| Name / Title | Age | Year Joined Carbonite | FY17 Cash Compensation | | FY18 Stock & Option Awards ($) | Experience |
|---|---|---|---|---|---|---|
| | | | Salary ($) | Bonus ($) | | |
| **Mohamad Ali**<br>*President & CEO* | 47 | 2015 | $415,933 | $241,116 | $2,283,906 | ■ President and Chief Executive Officer of CARB effective as of December 3, 2014<br>■ Chief strategy officer of Hewlett-Packard from August 2012 to December 2014<br>■ CEO of the Workforce Optimization division of Aspect Software from April 2012 till August 2012<br>■ Holds a B.S. in Comp Engineering, a B.A. in History and a Master of Science in EE from Stanford University. |
| **Anthony Folger**<br>*Chief Financial Officer & Treasurer* | 46 | 2013 | $369,235 | $143,754 | $986,646 | ■ Previously was the CFO at Acronis since October 2008. He has nearly a decade of accounting and financial expertise<br>■ Before joining Acronis, Anthony was Director of Finance at Cisco, and Corporate Controller at MarketMax and Habama.<br>■ Holds B.A. in Economics and Accounting from the College of Holy Cross in Massachusetts and is aCPA |
| **Paul Mellinger**<br>*SVP of Sales* | 56 | 2016 | $307,269 | $173,801 | $767,378 | ■ Served 30 years at IBM in various executive roles, including Vice President of IBM Software Sales, Vice President of Cognos NA, and Vice President of Information Management Asia Pacific.<br>■ Holds a B.S. in Mechanical Engineering from Washington University/St. Louis and an M.B.A. from the O in School of Business at Washington University. |
| **Deepak Mohan**<br>*SVP Products & Engineering* | 56 | 2017 | $267,500 | $135,434 | $840,342 | ■ Served as CEO and Founder for ActoVoice, Inc.<br>■ Prior to ActoVoice, held senior technical leadership roles at EMC and Symantec/VERITAS<br>■ Holds an M.A. in Computer Science from New York University and a B.A. from the Indian Institute of Technology, Kanpur, India. He also holds two patents in the data protection space |
| **Larry Friedman**<br>*Chief Information Security Officer* | | 2016 | NA | NA | NA | ■ Engineer at RSA Security, where he provided technical strategy and architecture for RSA's Identity businesses.<br>■ Co-inventor of 43 granted patents, with 7 patents pending<br>■ Holds an M.A. in Music from Boston University, where he also studied for his M.S. in Computer Science. |

**Source: Company Data, Jefferies**

Please see important disclosure information on pages 48 - 52 of this report.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

**Jefferies**

**Chart 16: Carbonite Board of Directors**

| Name / Title | Age | Year Joined CARB Board | Beneficial Ownership (# Shs + options) | Affiliations / Experience |
|---|---|---|---|---|
| **Mohamad Ali** *President & CEO* | 47 | 2015 | 579,000 | ■ President and Chief Executive Officer of CARB effective as of December 3, 2014 ■ Chief strategy officer of Hewlett-Packard from August 2012 to December 2014 ■ CEO of the Workforce Optimization division of Aspect Software from April 2012 till August 2012 ■ Holds a B.S. in Comp Engineering, a B.A. in History and a Master of Science in EE from Stanford University. |
| **Stephen Munford** *Chairman* | 52 | 2014 | 49,218 | ■ Mr. Munford currently serves as the interim CEO of Absolute Software Corporation ■ From May 2005 to September 2012, Mr. Munford served as chief executive officer of Sophos Group plc ■ Holds a B.A. in Economics from the University of Western Ontario and an M.B.A. from Queen's University |
| **Scott Daniels** Director | 52 | 2016 | 11,426 | ■ Served as a senior analyst of Shannon River Partners from July 2013 to April 2014 ■ From November 2005 to July 2013, Mr. Daniels served as a senior analyst and partner of S Squared Technology ■ Holds a M.B.A from Columbia Business School and a B.A. in Eng ish Literature from University of Pennsylvania. |
| **Peter Gyenes** Director | 72 | 2015 | 17,301 | ■ Chairman and CEO of Ascential Software Corporation from 1996 until it was acquired by IBM in 2005 ■ Has served on the Boards of Sophos plc., App ix, BladeLogic Inc., Netezza Corporation, Lawson Software, EnerNOC, (Inc. Cimpress NV, Ontra:onls Holdings, Inc. and webMethods among others ■ Holds a B.A. in mathematics and his M.B.A. in marketing from Columbia University. |
| **Charles Kane** Director | 60 | 2011 | 62,718 | ■ From July 2003 to May 2006, Mr. Kane served as chief financial officer of Aspen Technology, Inc. ■ Served as President and CEO of Corechange, Inc., and as CFO of Informix Software, Inc. ■ Holds a B.B.A. in Accounting from the University of Notre Dame, an M.B.A. in International Finance from Babson College |
| **Marina Levinson** Director | 59 | 2017 | 13,680 | ■ Founder and CEO of CIO Advisory Group LLC, which was founded in September 2011 ■ Partner at venture capital firm Benhamou Global Ventures since 2014 ■ From 2005 to 2011, Ms. Levinson served as senior vice president and chief information officer for NetApp, Inc. From 1999 to 2005, she served as vice president and chief information officer for Palm, Inc. |
| **David Friend** Director | 70 | 2005 | 729,000 | ■ Since March 2016, Mr. Friend has served as the chief executive officer and as a member of the board of directors of Wasabi, Inc. ■ Mr. Friend served as the companies CEO and as President from February 2005 to September 2007 and again from August 2010 to December 2014 ■ Holds a B.S. in Engineering from Yale University. |
| **Todd Krasnow** Director | 60 | 2005 | 341,000 | ■ Mr. Krasnow has served as the president of Cobbs Capital, Inc., a private consu ting company, since January 2005, and as an operating partner at Porchlight Equity Capital (formerly Highland Consumer Fund), a venture capital firm, since June 2007 ■ Holds an M.B.A. from the Harvard University Graduate School of Business and an A.B. in Chemistry from Cornell University. |

**Source: Company Data, Jefferies**

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

Case 1:19-cv-11662-LTS    Document 134-5    Filed 06/02/23    Page 24 of 53

**CARB**

Initiating Coverage

October 12, 2018

## Technology and Products

Carbonite is positioned for the evolution of the data protection industry, along with the explosion in new data, which has driven customers to seek flexible and powerful cloud-based solutions. We believe that Carbonite's platform is best suited to target the segments that IDC believes are the highest growth areas, such as disaster recovery as a service, archive as a service, and backup as a service. Carbonite's complete Data Protection Platform ensures the survivability and availability of data and can help consumers and businesses ranging from very small to the mid-market. Carbonite, Inc. provides backup, disaster recovery, high availability and workload migration technology under its Carbonite Data Protection Platform, as well as email archiving through its MailStore acquisition. The Carbonite Data Protection Platform supports businesses in locations around the world with scalable and secure global cloud infrastructures.

A key differentiator for Carbonite is its all-SaaS platform that can help capture some of an ongoing disruption to the status quo, as the world moves from on-prem to cloud. The data protection market has moved from the hands of a few large on-prem vendors to a much more disparate landscape which should benefit Carbonite. At the same time, cloud-based solutions will likely unlock a large greenfield opportunity in the SMB, the very market segment that Carbonite is focused on.

Carbonite first created a read/write engine that was hyper-efficient in writing a consumer's data, thereby protecting it from subsequent harm. It sacrificed some on reading the data back to the consumer if there ever was a problem, but that was acceptable to the consumer given the ease with which the relatively constant write technology operated. This proprietary technology was an advantage at one time and still serves Carbonite well, but others have had to come up with technologies to achieve similar ends. At the same time, we believe SMBs may be more likely to utilize the read portion of a backup and recovery solution, so Carbonite had to accommodate that. In an attempt to further differentiate, the company is in the process of presenting a unified solution to accommodate all of an SMB's data protection needs – again staying ahead of the competition.

The company has also invested into a unified Data Protection Console which gives customers or managed service providers the ability to manage all their data protection products in a single user interface. This platform has a whole new architecture which is microservices based as well as focused on continuous integration. This enables agile development where every block of code has its own testing and is capable of supporting high frequency releases. The concept of continuous improvement is real in this instance. Currently the company is shipping its Carbonite Server VM Edition for the Data Protection console, with the expectation that Carbonite Server and Carbonite Recover will be available soon and that all products will be available in the next few quarters. Having one interface to handle all your data needs will both improve the customer experience as well as increase the ability to upsell as customers will see the potential use of other offerings.

Below we dive deeper into the different components of the platform. Chart 17 helps to visualize the entire Carbonite platform, while Chart 18 outlines Carbonite's expanding platform through acquisition and internal development.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

**Chart 17: Carbonite's Unified Architecture**



Source: Carbonite

**Chart 18: Carbonite's Product Portfolio History & Roadmap**

Source: Carbonite

### The Carbonite Data Protection Platform

Carbonite's platform can address the data protection needs for both individual consumers or small and medium size businesses, with approximately two-thirds of bookings coming from businesses, up from 19% in 2012.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

Jefferies

**CARB**

Initiating Coverage

October 12, 2018

**Carbonite Server Backup Solution.** Carbonite offers its backup solutions in on-premise, cloud, or hybrid environments and it supports more than 200 operating systems, platforms and applications, including both modern and legacy systems. Carbonite's backup platform enables the rapid recovery of data whether it's a single file or an entire server with the click of a button. The platform also supports the protection of both physical and virtual machines. Data backup protects data against ransomware, accidental deletions, system failures and even natural disasters.

**Carbonite Endpoint Protection.** Carbonite Endpoint Protection secures data located within a business's devices such as computers, tablets and phones. It performs a file level backup through global deduplication. With Carbonite Endpoint Protection customers get a hybrid cloud solution for endpoint backup and archiving that allows IT to mitigate data loss and data breaches.

### Carbonite High Availability and Disaster Recovery

**Carbonite Availability.** Carbonite's Availability software enables IT organizations to maintain availability of their Windows and Linux servers by preventing downtime and data loss. Carbonite's replication technology creates a continuous copy of your business environment without burdening the production system and is capable of supporting physical, virtual or cloud environments. The Carbonite Availability solution, which is powered by DoubleTake's replication engine, is a SaaS High Availability product.

**Carbonite Recover.** Carbonite's disaster recovery-as-a-service solution securely replicates critical systems from a customer's primary environment to the cloud. Carbonite Recover ensures that an up-to-date secondary copy at the byte level is available for failover at any moment, minimizing downtime as well as costs. Simply put, in the event of an outage, a customer can trigger a failover from its console to a cloud-based replication and within minutes would be ready for use, mitigating any business impact. Once the customer wishes to fail back to its primary system, the procedure is then reversed.

### Carbonite Data Migration

Carbonite's data migration product allows users to migrate physical, virtual and cloud workloads to and from any environment. Carbonite Migrate is powered by DoubleTake's technology, and creates a real time copy of the data, application, database or server being migrated and keeps it aligned with the production system until the final transfer is started. Carbonite Migrate's console orchestrates migrations, regardless of source or target, from the initial discovery of systems to provisioning target VMs, and ultimately cutting over. One of the biggest concerns for any data migration is the risk of downtime or data losses which can cause some companies to delay their migrations. Carbonite Migrate allows for cutovers to be tested anytime without disrupting business operations. Cutover automation is available through the console, and downtime is limited to seconds or minutes required for the cutover. The console automates the process and consolidates numerous steps, which are typically manual and prone to human error.

### Carbonite Email Archiving (MailStore)

Through its 2014 acquisition of MailStore, Carbonite offers the ability to archive emails for both SMBs and consumers. Businesses will use email archiving for regulatory compliance reasons where they may be required to keep a record of emails for a certain period of time to comply with industry regulations. Another benefit of email archiving is the ability to reduce storage requirements for the email server. As data builds up with various assortments of files emailed, email servers can become large and cumbersome. Archiving enables the user to put older files into an archive while only keeping the more relevant and recent files on the actual email server.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

The MailStore offering is comprised of three solutions which include MailStore Server, MailStore Service Provider Edition and MailStore Home. MailStore Server creates 1:1 copies of all emails into a central email archive to secure the data. MailStore Server's search and indexing capabilities provide full-text search of emails and attachments, and works with all major email systems, including Office 365, Gmail, Exchange, PST files, and all IMAP and POP3-compatible email servers. The pricing for MailStore Server, its SMB offerings is listed below. MailStore notes that it has over 50,000 corporate customers in over 100 countries. Its solutions are tailored for SMB's in all sectors, as well as by public and educational institutions.

The Service Provider Edition enables channel partners to run the software on their own infrastructure and customize it to meet their own client's requirements. Additionally, the Home edition is offered for free to millions of private users, which the company provides as it helps contribute to market testing of its technologies.

Beyond the specific product offerings of MailStore, it also provides incremental benefit to the rest of Carbonite's product portfolio. According to CEO Mohamad Ali at the time of the acquisition, "Carbonite will integrate MailStore's robust full-text search and indexing capabilities into our product portfolio to help our business customers better manage, understand and leverage their data."

**Chart 19: Carbonite's MailStore Support Features**

| Services included: | Standard-Support | Premium-Support |
|---|---|---|
| Free updates and upgrades to new major releases | ✓ | ✓ |
| Access to non-public hotfix versions | | ✓ |
| Technical support via e-mail | ✓ | ✓ |
| Technical support via phone | | ✓ |
| Prioritized handling of inquiries within max 24 hrs | | ✓ |

Source: Company, Jefferies

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

Jefferies

**CARB**

Initiating Coverage

October 12, 2018

**Chart 20: Carbonite's MailStore Pricing**

| Users | Standard-Support Lic. + 1rst Year Maint. | Maint. | Premium - Support Lic. + 1rst Year Maint. | Maint. |
|---|---|---|---|---|
| 5 – 9 | $ 38.00 | $ 8.77 | $ 48.23 | $ 19.00 |
| 10 – 24 | $ 28.00 | $ 6.46 | $ 35.54 | $ 14.00 |
| 25 – 49 | $ 25.00 | $ 5.77 | $ 31.73 | $ 12.50 |
| 50 – 99 | $ 22.00 | $ 5.08 | $ 27.92 | $ 11.00 |
| 100 – 199 | $ 20.00 | $ 4.61 | $ 25.38 | $ 10.00 |
| 200 – 399 | $ 15.00 | $ 3.46 | $ 19.04 | $ 7.50 |
| 400 – 500 | $ 12.00 | $ 2.77 | $ 15.23 | $ 6.00 |
| 500 + | Custom Pricing | | | |

Source: Company, Jefferies

## Secondary Offering

On July 23, 2018, Carbonite had a secondary offering of its common stock in which it offered 6,282,722 shares which would provide the company with $199.8 million in net proceeds. Jefferies was a joint bookrunner on this transaction. The company noted that it could use the net proceeds of this offering to repay its $80 million Facility and use the remainder for general corporate purposes which include the potential for M&A.

# Valuation and Financials

## Valuing Carbonite

Our $45 price target was derived via a discounted cash flow (DCF) analysis. We employ a rigorous academic approach to a DCF with conservative assumptions where appropriate since we believe this to be the best valuation methodology to approximate the intrinsic value of a stock. However, we acknowledge the potential for extreme variability in assumptions among practitioners of DCF, so we complement our analysis with a discussion of the base intrinsic value of the existing highly recurring, highly profitable subscription renewal stream, along with consideration of relative value. For instance, *CARB currently trades at a discount to what we calculate as the intrinsic value of its existing highly recurring, highly profitable subscription renewal stream alone, or about $34.50 based on our estimated NTM recurring revenue*.

### DCF Valuation Methodology

We utilize a discounted cash flow analysis to estimate the intrinsic value of a stock. We recognize that there are drawbacks to this approach in terms of both the flexibility the user has when structuring the model and with the assumptions that are used. Taking this into consideration, we apply what we consider to be a rigorous academic approach, with conservative assumptions where appropriate. Our framework and assumptions are discussed further in the appendix.

### DCF Conclusion

Our $45 price target was derived via a discounted cash flow (DCF) analysis. We employ a rigorous academic approach to a DCF with conservative assumptions where appropriate since we believe this to be the best valuation methodology to approximate the intrinsic

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

value of a stock. However, we acknowledge the potential for extreme variability in assumptions among practitioners of DCF, so we complement our analysis with a discussion of relative value.

We also consider subscription multiples that are rooted in the theoretical intrinsic value of the recurring revenue stream assuming this business was run hyper-efficiently. See the Appendix of our Weekly, "The Right Price" published each week after the Friday close. We assume that the NPV of the future cash flow from about $1 million of recurring subscription revenue of an enterprise customer base is worth about $5.4 million, which implies a base value of a stock for a company that serves an enterprise customer base at about 5.4x EV/Subscription Revenue. But Carbonite serves the SMB and Consumer markets that have a lower annual revenue retention rate (though Carbonite's is much higher than we would normally expect). Therefore, as discussed in more detail below, we calculate that the net present value of the free cash flow from every $1 of software subscription revenue is worth approximately $4.10 for Carbonite.

Our price target of $45 implies EV/recurring revenue multiples of 5.2x NTM recurring revenue.

Our $45 price target implies 38% upside to current levels and is based on Scenario 2 of our DCF. This scenario assumes successful model execution continues for the next five years, after which FCF growth begins to moderate over a five-year transitionary period, before growing at the long-term nominal growth rate of the economy into perpetuity. For our forecast period, we assume a risk-free rate of 3.5%, cost of equity of 12%, and free cash flow growth rate of 45% in fiscal 2021 and 35% in 2022. Scenario 1 of our DCF implies increased traction as customers realize the value proposition for the Carbonite platform, with increased SMB and potentially more enterprise adoption. Scenario 3 implies pressure from alternative products that may emerge.

Stock-based compensation is certainly an expense, but how does it affect free cash flow? There are two scenarios that we typically consider, outlined in the Appendix – Valuation Methodology. Carbonite historically has repurchased shares which helps to offset dilution from stock-based compensation, however based on commentary from management we do not expect this to occur in the immediate future and have thus used method two in our appendix:

- We therefore forecast incremental share dilution into the future. From this, we forecast free cash flow per share and then discount the series back to the present, adding the surplus net cash and equivalents. This approach to accounting for stock-based compensations, layered onto our DCF methodology discussed in the Appendix, ultimately results in an estimated value of $45 per share based on our base case scenario. The effects of stock-based compensation impact the DCF by over $19 (or 30%) in our base case.

### Recurring Revenue Multiples – Base Value

*When considering relative valuation for Software companies, we place particular emphasis on a company's enterprise value to recurring revenue.* We can estimate what we call the "base value" of CARB at this time by estimating the value of the current highly recurring, highly profitable subscription renewal stream, with assumptions of margins, tax rate, and renewal rate. These calculations assume the company is no longer investing for growth (other than to offset attrition for the scenario of flat subscription revenue going forward), which yields much higher operating margins due to the significantly reduced sales and marketing expense. We believe that potential acquirers in the software industry consider such metrics given the significant integration risks when purchasing a software company. The very high renewal rate mitigates the risk associated

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

with the current subscription or maintenance stream. We provide further discussion of our methodology in the Appendix of this report and in our weekly piece, "The Right Price."

In this context, we can use the Gordon Growth Model to estimate the value of the software subscription alone.

Assumptions for software subscription:

- 75% non-GAAP operating margin
- 21% tax rate
- 0% attrition rate (assumes investment for new business to offset attrition)

With these assumptions, we calculate that every $1 of software subscription revenue is worth approximately $5.40.

If we apply a 10% attrition rate to this calculation, which may be reasonable if the primary customer were SMBs, we calculate that every $1 of software subscription revenue is worth $2.80. In the case of CARB, despite dealing with SMBs and Consumers, we believe its roughly 86% gross retention rate is impressive and surprising given the company's SMB and consumer customer base. We typically expect best-in-class dollar retention rates of about 80% for a company focused on the SMB market, and something much less than this for a consumer business. Therefore, we believe that CARB warrants an average of the two, yielding a 4.1x base multiple.

**Chart 21: Analysis of EV/Subscription to Cost of Equity and Attrition (75% operating margin, 21% cash tax rate) for SaaS**

| | | Cost of Equity | | | | |
|---|---|---|---|---|---|---|
| | | 9.9% | 10.4% | 10.9% | 11.4% | 11.9% |
| Subscription Growth Rate | (10.0%) | 3.0x | 2.9x | 2.8x | 2.8x | 2.7x |
| | 0.0% | 6.0x | 5.7x | 5.4x | 5.2x | 5.0x |

Source: Jefferies estimates

*Given a 4.1x subscription multiple, we calculate an implied base value of $34.50 for CARB based on our NTM recurring revenue estimates, approximately at where it is trading today.* See chart 22 below.

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

Jefferies

## CARB

Initiating Coverage

October 12, 2018

**Chart 22: Carbonite's Base Value Analysis**

| | Current | Base Value @ 4.1x | | |
| --- | --- | --- | --- | --- |
| | | TTM | NTM | Price Target |
| Price Per Share | 32.69 | 27.50 | 34.50 | 45.00 |
| Market Cap | 1,037 | 872 | 1,094 | 1,427 |
| Enterprise Value | 1,161 | 996 | 1,218 | 1,551 |
| | | | | |
| TTM Recurring | 241 | 241 | 241 | 241 |
| NTM Recurring | 298 | 298 | 298 | 298 |
| | | | | |
| EV/ TTM Recurring | 4.8x | 4.1x | 5.0x | 6.4x |
| EV/ NTM Recurring | 3.9x | 3.3x | 4.1x | 5.2x |

Source: Jefferies, company data

### Comparable Company Analysis

In Chart 23 below, we show a group of storage, backup and recovery companies as well as some other companies that are more SMB and consumer focused.

This peer group trades at an average EV/2018E total revenue multiple of 4.4x and median of 3.9x, and average EV/2018E Recurring multiple of 6.3x and median of 6.2x. Carbonite is currently trading at 3.4x EV/2018E total revenue and 3.9X EV/2018E Recurring, based on our estimates. Note that while we have kept them for illustrative purposes, we have excluded NetApp and Pure Storage from our calculation of multiples given they only had a low base of recurring revenue and were thus skewing the results.

Our total forecasted revenue growth of 26% in calendar 2018 (note this has some effects of M&A) are above the peer group average total revenue growth of 11%. However, we currently only forecast organic bookings growth of 8%. We expect Carbonite's overall gross margin to be 77% in its next fiscal year, roughly in line with the peer group average of 80%.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

Jefferies

# CARB

Initiating Coverage

October 12, 2018

**Chart 23: Comparable Company Analysis**
**USD in millions, except per share amounts**

**Comparable Company Analysis**

| Calendar Years | | | | Equity | Enterprise | Revenue ($M) | | | EV/Revenue | | | Revenue Growth | | | EV/Recurring Revenue | | | | Gross Margin | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company (1) (2) | Ticker | Rating | Price | Value ($M) | Value ($M) | 2018E | 2019E | 2020E | 2018 | 2019E | 2020E | 2018E | 2019E | 2020E | 2017A | 2018E | 2019E | 2020E | 2019E | 2020E |
| Alarm.com Holdings, Inc. | ALRM | Buy | $44.32 | 2,194 | 2,154 | 391 | 442 | 515 | 5.5x | 4.9x | 4.2x | 15% | 13% | 16% | 9.1x | 7.5x | 6.5x | 5.6x | 69.0% | 68.8% |
| CommVau t Systems, Inc. | CVLT | Buy | $59.34 | 2,830 | 2,368 | 747 | 808 | 856 | 3.2x | 2.9x | 2.8x | 7% | 8% | 6% | 5.6x | 4.9x | 4.4x | 4.0x | 85.4% | 84.9% |
| Intuit Inc. | INTU | Buy | $200.69 | 52,781 | 51,490 | 7,269 | 8,025 | NA | 7.1x | 6.4x | NA | 10% | 10% | NA | | | | | 84.6% | NA |
| LogMeIn, Inc. | LOGM | NC | $80.02 | 4,231 | 4,230 | 1,191 | 1,253 | 1,333 | 3.6x | 3.4x | 3.2x | 16% | 5% | 6% | 4.7x | | | | 83.3% | 83.8% |
| NetApp, Inc. | NTAP | NC | $73.96 | 19,895 | 16,798 | 6,294 | 6,595 | 6,907 | 2.7x | 2.5x | 2.4x | 6% | 5% | 5% | 17.5x | 17.8x | 17.1x | 15.5x | 63.4% | 64.8% |
| Nutanix, Inc. Class A | NTNX | HOLD | $38.59 | 7,479 | 6,974 | 1,811 | 2,340 | 2,171 | 3.9x | 3.0x | 3.2x | 33% | 29% | -7% | 13.1x | 9.0x | | | 79.4% | 81.1% |
| Pure Storage, Inc. Class A | PSTG | NC | $21.72 | 4,982 | 4,296 | 1,373 | 1,741 | 2,091 | 3.1x | 2.5x | 2.1x | 34% | 27% | 20% | 20.6x | 15.3x | 11.3x | 8.4x | 66.5% | 67.0% |
| Symantec Corporation | SYMC | HOLD | $19.46 | 13,058 | 15,765 | 4,732 | 4,953 | 5,095 | 3.3x | 3.2x | 3.1x | -5% | 5% | 3% | 3.5x | 3.7x | 3.5x | 3.4x | 84.6% | 82.5% |
| Trend Micro Incorporated | 4704 JP | Buy | ¥6,560.00 | ¥8,149 | ¥6,426 | ¥1,454 | ¥1,570 | ¥1,671 | 4.4x | 4.1x | 3.8x | 4% | 8% | 6% | | | | | 80.4% | 80.6% |
| | | | Mean | 2,513 | 2,770 | 1,940 | 4.4x | 4.0x | 3.4x | 11% | 11% | 5% | 7.2x | 6.3x | 4.8x | 4.3x | 81.0% | 80.3% | | |
| | | | Median | 1,454 | 1,570 | 1,502 | 3.9x | 3.4x | 3.2x | 10% | 8% | 6% | 5.6x | 6.2x | 4.4x | 4.0x | 83.3% | 81.8% | | |

*At Current Price:*

| | | | | Equity | Enterprise | 2018E | 2019E | 2020E | 2018 | 2019E | 2020E | 2018E | 2019E | 2020E | 2017A | 2018E | 2019E | 2020E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carbonite | CARB | | $ 32.69 | 936 | 1,060 | 308 | 344 | 361 | 3.4x | 3.1x | 2.9x | 29% | 12% | 5% | 4.9x | 3.9x | 3.4x | 3.1x | 78.4% | 78.6% |

Source: Jefferies estimates, company data, FactSet

(1)  Note that NTAP and PSTG are used for illustrative purposes.  Average and median multiples were excluded due to skewing the peer group results
(2)  PSTG numbers are based upon a January year end, CVLT and SYMC numbers on a March year end, NTAP based on April, while NTNX and INTU are July
(3)  CARB Numbers based on Street estimates

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

Carbonite has traded at a discount to its peers primarily because of its Consumer exposure in our opinion, which has typically warranted lower retention rates. However, as noted above, the retention for Carbonite is much better than we would have expected. At the same time, Carbonite has built out a relatively complete data protection platform for the SMB which we believe will improve its future growth prospects going forward. The narrowing of the valuation gap relative to the peer group is evidence that the market has started to recognize this. We believe that this has only just started. See Chart 24 below.

**Chart 24: EV to Sales (NTM) Multiples: CARB vs Peer Group AVG**



Source: Jefferies, company data (peer group average consists of ALRM, CVLT, INTU, LOGM, NTNX, SYMC, and Trend Micro)

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**



**CARB**

Initiating Coverage

October 12, 2018

## Financial Model

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

Jefferies

## CARB

Initiating Coverage

October 12, 2018

**Chart 25: GAAP Income Statement - USD in millions, except per share amounts**

Carbonite, Inc. (CARB)
Income Statement - GAAP
($ in million except per share data)
Fiscal year ending Dec 31

| | FY2017 FY17 | FY2018E Q1 Mar-18 | Q2 Jun-18 | Q3 Sep-18E | Q4 Dec-18E | FY18E | FY2019E Q1 Mar-19E | Q2 Jun-19E | Q3 Sep-19E | Q4 Dec-19E | FY19E | FY2020E Q1 Mar-20E | Q2 Jun-20E | Q3 Sep-20E | Q4 Dec-20E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenues** | **239.5** | **64.0** | **77.7** | **78.8** | **81.4** | **301.9** | **80.4** | **84.0** | **85.4** | **89.7** | **339.4** | **85.6** | **91.8** | **95.2** | **95.8** | **368.4** |
| *q/q change* | | 3.8% | 21.4% | 1.4% | 3.3% | | -1.2% | 4.5% | 1 8% | 5.0% | | -4.6% | 7.2% | 3.7% | 0.7% | |
| *y/y change* | 15.7% | 12.1% | 31.7% | 27.8% | 31.9% | 26.1% | 25.5% | 8.0% | 8.4% | 10.2% | 12.4% | 6.5% | 9.3% | 11.4% | 6.9% | 8.5% |
| Cost of revenue | 70.1 | 18.3 | 23.1 | 22 8 | 23.6 | 87.8 | 23.3 | 24.3 | 23 9 | 25.1 | 96.7 | 24.0 | 25.7 | 25.7 | 25.9 | 101.2 |
| **Gross Profit** | **169.4** | **45.7** | **54.7** | **55.9** | **57.8** | **214.1** | **57.1** | **59.6** | **61.5** | **64.6** | **242.8** | **61.6** | **66.1** | **69.5** | **70.0** | **267.2** |
| *Gross Margin* | 70.7% | 71.4% | 70.3% | 71.0% | 71.0% | 70.9% | 71.0% | 71.0% | 72.0% | 72.0% | 71.5% | 72.0% | 72.0% | 73.0% | 73.0% | 72.5% |
| **Operating expenses:** | | | | | | | | | | | | | | | | |
| Research and development | 46.2 | 12.5 | 15.7 | 15 8 | 16.3 | 60.4 | 15.7 | 16.4 | 16.7 | 17.5 | 66.2 | 16.7 | 17.9 | 18.5 | 18.7 | 71.8 |
| *q/q change* | | 3.2% | 25.6% | 0.6% | 3.3% | | -3.9% | 4.3% | 1.8% | 4.8% | | -4 3% | 6.9% | 3.6% | 0.9% | |
| *y/y change* | | 21.2% | 43.9% | 23.7% | 34.7% | | 25.4% | 4.2% | 5.5% | 7.0% | | 6.6% | 9.2% | 11.1% | 6.9% | |
| *% of total* | 19.3% | 19.6% | 20.2% | 20.1% | 20.1% | 20.0% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% |
| General and administrative | 43.3 | 14.5 | 13.5 | 13 9 | 14.3 | 56.1 | 12.0 | 12.5 | 12.7 | 13.2 | 50.5 | 11.9 | 12.6 | 13.0 | 13.2 | 50.8 |
| *q/q change* | | 50.8% | -6.9% | 3.1% | 3.0% | | -15.8% | 3.7% | 1.9% | 4.1% | | -10.2% | 6.1% | 3.5% | 1.3% | |
| *y/y change* | | 12.4% | 21.5% | 41.7% | 49.1% | | -16.8% | -7.3% | -8.4% | -7.4% | | -1.3% | 1.0% | 2.6% | -0.2% | |
| *% of total* | 18% | 23% | 17% | 18% | 18% | 19% | 15% | 15% | 15% | 15% | 15% | 14% | 14% | 14% | 14% | 14% |
| Sales and marketing | 90.9 | 19.9 | 22.1 | 22.1 | 22.8 | 86.8 | 21.9 | 22.9 | 23 3 | 24.4 | 92.4 | 23.3 | 24.9 | 25.8 | 26.0 | 100.1 |
| *q/q change* | | -7.9% | 11.2% | -0.1% | 3.3% | | -3.9% | 4.4% | 1.8% | 4.9% | | -4.6% | 7.0% | 3.6% | 0.8% | |
| *y/y change* | | -15.2% | -5.5% | -2.2% | 5.6% | | 10.3% | 3.5% | 5.5% | 7.1% | | 6.4% | 9.1% | 11.0% | 6.7% | |
| *% of total* | 38.0% | 31.0% | 28.4% | 28.0% | 28.0% | 28.7% | 27.2% | 27 2% | 27.2% | 27.2% | 27.2% | 27.2% | 27.2% | 27.1% | 27.2% | 27.2% |
| Restructuring charges | 1.0 | 0.9 | 0.0 | 0.0 | 0.0 | 0.9 | 0.0 | 0 0 | 0.0 | 0.0 | 0 0 | 0.0 | 0 0 | 0.0 | 0.0 | 0.0 |
| *% of total* | 0.4% | 1.3% | 0.1% | 0 0% | 0.0% | 0.3% | 0.0% | 0.0% | 0 0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Amortization of Intangible Assets | | 0.9 | 3.7 | 0.0 | 0.0 | 4.6 | 0 0 | 0.0 | 0 0 | 0.0 | 0 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total operating expenses | 181.5 | 48.6 | 55.0 | 51.7 | 53.4 | 208.7 | 49.6 | 51.7 | 52.7 | 55.1 | 209.1 | 51.9 | 55.4 | 57.4 | 58.0 | 222.7 |
| **Operating Profit (Loss)** | **(12.1)** | **(2.9)** | **(0.3)** | **4.2** | **4.4** | **5.3** | **7.4** | **7.9** | **8.8** | **9.5** | **33.6** | **9.7** | **10.7** | **12.1** | **12.0** | **44.5** |
| *Operating Margin* | -5.0% | -4.6% | -0.4% | 5 3% | 5.4% | 1.8% | 9.2% | 9.4% | 10.4% | 10.5% | 9.9% | 11.4% | 11.6% | 12.7% | 12.5% | 12.1% |
| Interest (expense) income, net | (6.7) | (2.6) | (3.4) | (0 9) | (0.9) | (7.8) | (0.9) | (0 9) | (0.9) | (0.9) | (3.6) | (0.9) | (0 9) | (0.9) | (0.9) | (3.6) |
| Other income (expense), net | 1.1 | 0.3 | 0.4 | 0.2 | 0 2 | 1.0 | 0 2 | 0.2 | 0.2 | 0 2 | 0.8 | 0 2 | 0.2 | 0.2 | 0.2 | 0 8 |
| **Pretax Income** | **(17.7)** | **(5.3)** | **(3.3)** | **3.5** | **3.7** | **(1.5)** | **6.7** | **7.2** | **8.1** | **8.8** | **30.8** | **9.0** | **10.0** | **11.4** | **11.3** | **41.7** |
| *Pretax Income Margin* | -7.4% | -8.2% | -4.3% | 4.4% | 4.5% | -0.5% | 8.4% | 8.6% | 9 5% | 9.8% | 9.1% | 10.6% | 10.9% | 11 9% | 11.8% | 11.3% |
| Provision (benefit) for income taxes | 13.7 | 17.2 | (2.3) | (1.4) | (1.4) | 12.1 | (1.4) | (1.4) | (1.4) | (1.4) | (5.6) | (1.4) | (1.4) | (1.4) | (1.4) | (5.6) |
| GAAP Tax Rate | -77.4% | -326.6% | 69.8% | -40.0% | -38.3% | -824.6% | -20.8% | -19 5% | -17.2% | -16.0% | -18 2% | -15.5% | -14 0% | -12.3% | -12.4% | -13.4% |
| **Net Income** | **(4.0)** | **11.9** | **(5.7)** | **2.1** | **2.3** | **10.6** | **5.3** | **5.8** | **6.7** | **7.4** | **25.2** | **7.6** | **8.6** | **10.0** | **9.9** | **36.1** |
| *Net Income Margin* | -1.7% | 18.7% | -7.3% | 2.7% | 2.8% | 3.5% | 6.6% | 6.9% | 7 9% | 8.2% | 7.4% | 8.9% | 9.3% | 10 5% | 10.3% | 9.8% |
| **Diluted EPS, GAAP** | **(0.14)** | **0.40** | **(0.20)** | **0.06** | **0.07** | **0.34** | **0.15** | **0.17** | **0.19** | **0.21** | **0.72** | **0.21** | **0.24** | **0.28** | **0.27** | **1.00** |
| Basic Shares Outstanding | 27.8 | 28.3 | 28.6 | 33 2 | 34.4 | 31.2 | 34.7 | 34.9 | 35 2 | 35.4 | 35.1 | 35.7 | 35.9 | 36.2 | 36.4 | 36.1 |
| Diluted Shares Outstanding | | 30.0 | 31.7 | 36 3 | 37.5 | 33.9 | 37.8 | 38.0 | 38 3 | 38.5 | 38.1 | 38.8 | 39.0 | 39.3 | 39.5 | 39.1 |

Source: Jefferies estimates, company data

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

## CARB

Initiating Coverage

October 12, 2018

**Chart 26: Non-GAAP Income Statement - USD in millions, except per share amounts**

Carbonite, Inc. (CARB)

| Income Statement - Non-GAAP ($ in million except per share data) Fiscal year ending Dec 31 | FY2017 FY17 | Q1 Mar-18 | Q2 Jun-18 | Q3 Sep-18E | Q4 Dec-18E | FY18E | Q1 Mar-19E | Q2 Jun-19E | Q3 Sep-19E | Q4 Dec-19E | FY19E | Q1 Mar-20E | Q2 Jun-20E | Q3 Sep-20E | Q4 Dec-20E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total GAAP Revenue | 239.5 | 64.0 | 77.7 | 78.8 | 81.4 | 301.9 | 80.4 | 84.0 | 85.4 | 89.7 | 339.4 | 85.6 | 91.8 | 95.2 | 95.8 | 368.4 |
| Deferred Revenue Fair Value Adjustment | 6.6 | 0.9 | 2.1 | 1.3 | 1.3 | 5.6 | 0.4 | 0.4 | 0.4 | 0.4 | 1.6 | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 |
| **Total Revenues** | **246.1** | **64.9** | **79.9** | **80.1** | **82.7** | **307.5** | **80.8** | **84.4** | **85.8** | **90.1** | **341.0** | **85.7** | **91.9** | **95.3** | **95.9** | **368.8** |
| q/q change | | 3 3% | 23.0% | 0.3% | 3.2% | | -2 3% | 4.4% | 1.8% | 5.0% | | -4.9% | 7 2% | 3.7% | 0.7% | |
| y/y change | 17.6% | 9 9% | 30.7% | 26.9% | 31.6% | 25.0% | 24.4% | 5.6% | 7.2% | 9.0% | 10.9% | 6.1% | 8 9% | 11.0% | 6.5% | 8.1% |
| Cost of revenue | 60.3 | 15 5 | 18 3 | 18.1 | 18.8 | 70.7 | 18.5 | 19.5 | 19.1 | 20.3 | 77 5 | 19.1 | 20 8 | 20.8 | 21.0 | 81.8 |
| **Gross Profit** | **185.8** | **49.4** | **61.5** | **62.0** | **63.8** | **236.8** | **62.2** | **64.8** | **66.7** | **69.8** | **263.6** | **66.6** | **71.0** | **74.4** | **75.0** | **287.0** |
| *Gross Margin* | 75.5% | 76.1% | 77.1% | 77.4% | 77.2% | 77.0% | 77.1% | 76.8% | 77.7% | 77.5% | 77.3% | 77.7% | 77.3% | 78.1% | 78.1% | 77.8% |
| **Operating expenses:** | | | | | | | | | | | | | | | | |
| Research and development | 42.9 | 11 8 | 14.7 | 14.7 | 15.2 | 56.4 | 14.5 | 15.2 | 15.4 | 16.2 | 61.4 | 15.4 | 16 5 | 17.1 | 17.3 | 66.4 |
| q/q change | | 3.6% | 24.4% | 0.4% | 3.2% | | -4.4% | 4.4% | 1.8% | 5.0% | | -4.9% | 7.2% | 3.7% | 0.7% | |
| y/y change | | 18.6% | 40.3% | 32.1% | 33.6% | | 23.2% | 3.5% | 4.8% | 6.6% | | 6.1% | 8.9% | 11.0% | 6.5% | |
| % of total | 17.4% | 18.2% | 18.4% | 18.4% | 18.4% | 18% | 18.0% | 18 0% | 18.0% | 18.0% | 18% | 18.0% | 18.0% | 18.0% | 18 0% | 18% |
| General and administrative | 30.2 | 8.8 | 8.6 | 9.0 | 9.3 | 35.7 | 8.2 | 8.6 | 8.8 | 9.2 | 34 8 | 8.7 | 9.4 | 9.7 | 9 8 | 37.6 |
| q/q change | | 24.2% | -2.6% | 4.3% | 3.2% | | -11.0% | 4.4% | 1.8% | 5.0% | | -4.9% | 7.2% | 3.7% | 0.7% | |
| y/y change | | 12.4% | 7.8% | 23.3% | 30.2% | | -6.7% | 0.1% | -2.4% | -0.7% | | 6.1% | 8.9% | 11.0% | 6.5% | |
| % of total | 12% | 14% | 11% | 11.2% | 11.2% | 12% | 10.2% | 10 2% | 10.2% | 10.2% | 10% | 10.2% | 10.2% | 10.2% | 10 2% | 10% |
| Sales and marketing | 86.5 | 19 2 | 21 3 | 21.2 | 21.9 | 83.6 | 21.0 | 21.9 | 22.3 | 23.4 | 88.7 | 22.3 | 23 9 | 24.8 | 24.9 | 95.9 |
| q/q change | | -5.0% | 10.7% | -0.2% | 3.2% | | -4.1% | 4.4% | 1.8% | 5.0% | | -4.9% | 7.2% | 3.7% | 0.7% | |
| y/y change | | -15.5% | -4.5% | -0.1% | 8.2% | | 9.3% | 3.1% | 5.2% | 6.9% | | 6.1% | 8.9% | 11.0% | 6.5% | |
| % of total | 35.1% | 29.6% | 26.6% | 26.5% | 26.5% | 27.2% | 26.0% | 26 0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26 0% | 26.0% |
| Total operating expenses | 159.6 | 39 8 | 44 5 | 44.9 | 46.4 | 175.7 | 43.8 | 45.7 | 46.5 | 48.8 | 184.8 | 46.5 | 49 8 | 51.6 | 52.0 | 199.9 |
| **Operating Profit (Loss)** | **26.1** | **9.6** | **17.0** | **17.1** | **17.5** | **61.1** | **18.5** | **19.1** | **20.2** | **21.0** | **78.7** | **20.1** | **21.2** | **22.8** | **23.0** | **87.1** |
| *Operating Margin* | 10.9% | 14.9% | 21.9% | 21.7% | 21.5% | 20.2% | 23.0% | 22.7% | 23.6% | 23.4% | 23.2% | 23.5% | 23.1% | 24.0% | 23 9% | 23.6% |
| Interest (expense) income, net | (2 2) | (1.1) | (1.9) | (0.9) | (0.9) | (4.7) | (0.9) | (0.9) | (0.9) | (0 9) | (3.6) | (0 9) | (0.9) | (0.9) | (0.9) | (3.6) |
| Other income (expense), net | 1.1 | 0.3 | 0.4 | 0.2 | 0.2 | 1.0 | 0 2 | 0.2 | 0.2 | 0.2 | 0.8 | 0.2 | 0.2 | 0 2 | 0.2 | 0.8 |
| **Pretax Income** | **25.0** | **8.8** | **15.5** | **16.4** | **16.8** | **57.4** | **17.8** | **18.4** | **19.5** | **20.3** | **75.9** | **19.4** | **20.5** | **22.1** | **22.3** | **84.3** |
| *Pretax Income Margin* | 10.4% | 13.7% | 19.9% | 20.8% | 20.6% | 19.0% | 22.1% | 21 9% | 22.8% | 22.6% | 22.4% | 22.7% | 22.4% | 23.2% | 23 2% | 22.9% |
| Provision (benefit) for income taxes | (2.1) | (0.6) | (1.3) | (1.4) | (1.4) | (4.7) | (1.4) | (1.4) | (1.4) | (1.4) | (5.6) | (1.4) | (1.4) | (1.4) | (1.4) | (5.6) |
| Non-GAAP Tax Rate | -8.5% | -7.2% | -8.5% | -8.6% | -8.4% | -8.3% | -7 9% | -7.6% | -7.2% | -6.9% | -7.4% | -7.2% | -6.8% | -6 3% | -6.3% | -6.6% |
| **Net Income** | **22.833** | **8.124** | **14.176** | **15.0** | **15.4** | **52.6** | **16.4** | **17.0** | **18.1** | **18.9** | **70.3** | **18.0** | **19.1** | **20.7** | **20.9** | **78.7** |
| *Net Income Margin* | 9.5% | 12.7% | 18.2% | 19.0% | 18.9% | 17.4% | 20.4% | 20 2% | 21.2% | 21.0% | 20.7% | 21.1% | 20.9% | 21.8% | 21 8% | 21.4% |
| **Diluted EPS, non-GAAP** | **0.82** | **0.27** | **0.45** | **0.41** | **0.41** | **1.55** | **0.43** | **0.45** | **0.47** | **0.49** | **1.84** | **0.46** | **0.49** | **0.53** | **0.53** | **2.01** |
| Basic Shares Outstanding | 27.8 | 28 3 | 28.6 | 33.2 | 34.4 | 31.2 | 34.7 | 34.9 | 35.2 | 35.4 | 35.1 | 35.7 | 35 9 | 36.2 | 36.4 | 36.1 |
| Diluted Shares Outstanding | 28.9 | 30 0 | 31.7 | 36.3 | 37.5 | 33.9 | 37.8 | 38.0 | 38.3 | 38.5 | 38.1 | 38.8 | 39 0 | 39.3 | 39.5 | 39.1 |

Source: Jefferies estimates, company data

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

Jefferies

Case 1:19-cv-11662-LTS    Document 134-5    Filed 06/02/23    Page 38 of 53

**Chart 27: Balance Sheet**
**USD in millions, except per share amounts**

Carbonite, Inc. (CARB)
Balance Sheet
($ in million except per share data)
Fiscal year ending Dec 31

| | FY2017 FY17 | Q1 Mar-18 | Q2 Jun-18 | FY2018E Q3 Sep-18E | Q4 Dec-18E | FY18E | Q1 Mar-19E | Q2 Jun-19E | FY2019E Q3 Sep-19E | Q4 Dec-19E | FY19E | Q1 Mar-20E | Q2 Jun-20E | FY2020E Q3 Sep-20E | Q4 Dec-20E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Assets** | | | | | | | | | | | | | | | | |
| **Assets** | | | | | | | | | | | | | | | | |
| Current assets | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 128.2 | 71.0 | 71.0 | 193.0 | 199.3 | 199.3 | 200.9 | 204.6 | 213.5 | 222.6 | 222.6 | 230.5 | 239.7 | 251.7 | 263.8 | 263.8 |
| Marketable securities | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Trade accounts receivable, net | 22.2 | 31.2 | 32.1 | 34.4 | 33.7 | 33.7 | 40.5 | 46.2 | 44.7 | 48.0 | 48.0 | 52.6 | 60.0 | 61.9 | 66.0 | 66.0 |
| Prepaid expenses and other current assets | 6.8 | 8.7 | 10.6 | 10.8 | 11.1 | 11.1 | 11.0 | 13.4 | 13.7 | 14.4 | 14.4 | 13.7 | 18.4 | 17.1 | 15.3 | 15.3 |
| Restricted cash | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Current Assets** | 157.3 | 110.8 | 113.7 | 238.1 | 244.1 | 244.1 | 252.4 | 264.2 | 271.9 | 285.0 | 285.0 | 296.8 | 318.1 | 330.6 | 345.1 | 345.1 |
| | | | | | | | | | | | | | | | | |
| Property and equipment, net | 28.8 | 38.6 | 36.6 | 35.2 | 34.4 | 34.4 | 33.8 | 33.5 | 33.4 | 33.5 | 33.5 | 33.4 | 33.6 | 33.8 | 34.1 | 34.1 |
| Other assets | 0.8 | 10.8 | 12.3 | 12.5 | 12.9 | 12.9 | 12.9 | 8.4 | 8.5 | 9.0 | 9.0 | 8.6 | 9.2 | 9.5 | 9.6 | 9.6 |
| Acquired intangible assets, net | 45.0 | 138.6 | 134.8 | 130.4 | 126.1 | 126.1 | 121.8 | 117.5 | 113.1 | 108.8 | 108.8 | 104.5 | 100.2 | 95.8 | 91.5 | 91.5 |
| Goodwill | 81.0 | 157.2 | 155.3 | 155.3 | 165.3 | 165.3 | 165.3 | 175.3 | 185.3 | 195.3 | 195.3 | 195.3 | 205.3 | 215.3 | 225.3 | 225.3 |
| **Total assets** | 312.8 | 456.1 | 452.7 | 571.6 | 582.9 | 582.9 | 586.1 | 598.9 | 612.3 | 631.6 | 631.6 | 638.5 | 666.3 | 685.2 | 705.6 | 705.6 |
| | | | | | | | | | | | | | | | | |
| **Liabilities and Stockholders' Equity** | | | | | | | | | | | | | | | | |
| **Current liabilities** | | | | | | | | | | | | | | | | |
| Accounts payable | 10.8 | 9.6 | 5.8 | 5.8 | 6.0 | 6.0 | 1.8 | 3.0 | 1.3 | 3.1 | 3.1 | 1.3 | 2.6 | 1.4 | 2.6 | 2.6 |
| Accrued expenses | 21.7 | 25.2 | 28.9 | 29.3 | 30.3 | 30.3 | 29.9 | 31.2 | 31.8 | 33.4 | 33.4 | 31.8 | 34.1 | 35.4 | 36.4 | 36.4 |
| Accrued treasury share repurchase | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Current portion of deferred revenue | 100.2 | 116.9 | 121.0 | 125.1 | 123.9 | 123.9 | 127.6 | 131.4 | 130.1 | 128.8 | 128.8 | 132.7 | 136.7 | 135.3 | 133.9 | 133.9 |
| **Total current liabilities** | 132.8 | 151.6 | 155.8 | 160.2 | 160.1 | 160.1 | 159.3 | 165.6 | 163.2 | 165.2 | 165.2 | 165.9 | 173.4 | 172.1 | 173.0 | 173.0 |
| | | | | | | | | | | | | | | | | |
| Long-term debt | 111.8 | 203.4 | 195.0 | 115.0 | 115.0 | 115.0 | 115.0 | 115.0 | 115.0 | 115.0 | 115.0 | 115.0 | 115.0 | 115.0 | 115.0 | 115.0 |
| Deferred revenue, net of current portion | 24.3 | 27.5 | 27.7 | 22.1 | 21.9 | 21.9 | 22.5 | 23.2 | 23.0 | 22.7 | 22.7 | 23.4 | 24.1 | 23.9 | 23.6 | 23.6 |
| Other long-term liabilities | 5.7 | 6.2 | 5.9 | 5.5 | 5.7 | 5.7 | 5.3 | 5.5 | 5.6 | 5.9 | 5.9 | 5.5 | 5.9 | 6.1 | 6.2 | 6.2 |
| **Total liabilities** | 274.6 | 388.7 | 384.3 | 302.8 | 302.7 | 302.7 | 302.1 | 309.4 | 306.8 | 308.9 | 308.9 | 309.8 | 318.4 | 317.1 | 317.8 | 317.8 |
| | | | | | | | | | | | | | | | | |
| **Total liabilities and stockholders' equity** | 312.8 | 456.1 | 452.7 | 571.6 | 582.9 | 582.9 | 586.1 | 598.9 | 612.3 | 631.6 | 631.6 | 638.5 | 666.3 | 685.2 | 705.6 | 705.6 |

Source: Jefferies estimates, company data

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**Chart 28: Cash Flow Statement**
**USD in millions, except per share amounts**

Carbonite, Inc. (CARB)
Cash Flow Statement
($ in million except per share data)
Fiscal year ending Dec 31

| | FY2017 FY17 | Q1 Mar-18 | Q2 Jun-18 | FY2018E Q3 Sep-18E | Q4 Dec-18E | FY18E | Q1 Mar-19E | Q2 Jun-19E | FY2019E Q3 Sep-19E | Q4 Dec-19E | FY19E | Q1 Mar-20E | Q2 Jun-20E | FY2020E Q3 Sep-20E | Q4 Dec-20E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating activities** | | | | | | | | | | | | | | | | |
| Net loss | (4.0) | 11.9 | (5.7) | 2.1 | 2.3 | 10.6 | 5.3 | 5.8 | 6.7 | 7.4 | 25.2 | 7.6 | 8.6 | 10.0 | 9.9 | 36.1 |
| Adjustments to reconcile net loss to net cash provided by operating activities: | 0.0 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| Depreciation and amortization | 21.7 | 6.1 | 12.6 | 11.0 | 10.6 | 40.2 | 10.3 | 10.1 | 10.0 | 10.0 | 40.5 | 10.0 | 10.0 | 10.1 | 10.2 | 40.3 |
| (Gain) loss on disposal of equipment | (0.9) | 0.1 | (0.2) | 0.0 | 0.0 | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accretion of discount on marketable securities | 0.0 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| Intangible asset impairment charges | 0.4 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| Impairment of capitalized software | 1.0 | 0.7 | 0.0 | 0.0 | 0.0 | 0.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Stock-based compensation expense | 12.7 | 3.7 | 4.7 | 4.8 | 5.1 | 18.4 | 5.2 | 5.4 | 5.5 | 5.7 | 21.9 | 5.9 | 6.1 | 6.2 | 6.4 | 24.6 |
| Provision for Reserves on accounts receivable | 0.0 | | | | | | | | | | | | | | | |
| Benefit for deferred income taxes | (15.4) | (17.7) | 1.3 | 0.0 | 0.0 | (16.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest expense related to amortization of debt discount | 4.4 | 1.5 | 1.6 | 1.6 | 1.6 | 6.2 | 1.6 | 1.6 | 1.6 | 1.6 | 6.2 | 1.6 | 1.6 | 1.6 | 1.6 | 6.2 |
| Other non-cash items, net | (0.5) | 0.5 | (0.4) | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Changes in assets and liabilities, net of acquisition: | 11.9 | (3.5) | (0.4) | (3.7) | 0.5 | (7.2) | (7.2) | (5.4) | (1.2) | (1.5) | (15.3) | (3.4) | (2.9) | (1.5) | (1.6) | (9.4) |
| Accounts receivable | 1.8 | (4.6) | (1.8) | (2.3) | 0.6 | (8.1) | (6.8) | (5.7) | 1.5 | (3.3) | (14.3) | (4.6) | (7.4) | (1.8) | (4.1) | (18.0) |
| Prepaid expenses and other current assets | 0.4 | 0.1 | (1.6) | (0.1) | (0.4) | (2.0) | 0.1 | (2.5) | (0.2) | (0.7) | (3.2) | 0.7 | (4.7) | 1.2 | 1.8 | (1.0) |
| Other assets | (0.6) | (2.2) | (1.6) | 0.2 | 0.4 | (3.2) | (0.1) | (4.5) | 0.1 | 0.4 | (3.9) | (0.4) | 0.6 | 0.3 | 0.1 | 0.6 |
| Accounts payable | 5.0 | (4.2) | 0.3 | (0.1) | 0.2 | (3.8) | (4.1) | 1.2 | (1.6) | 1.7 | (2.9) | (1.7) | 1.2 | (1.1) | 1.2 | (0.5) |
| Accrued expenses | (1.0) | 3.0 | (0.5) | 0.4 | 1.0 | 3.9 | 0.4 | 1.3 | 0.5 | 1.6 | 3.1 | (1.5) | 2.3 | 1.3 | 1.0 | 3.1 |
| Other long-term liabilities | 0.1 | 0.3 | (0.2) | (0.3) | 0.2 | (0.1) | (0.4) | 0.2 | 0.1 | 0.3 | 0.2 | (0.3) | 0.4 | 0.2 | 0.1 | 0.3 |
| Deferred revenue | 6.2 | 4.1 | 5.0 | (1.5) | (1.5) | 6.1 | 4.4 | 4.5 | (1.5) | (1.5) | 5.8 | 4.5 | 4.7 | (1.6) | (1.6) | 6.0 |
| **Net Cash provided by Operations** | **31.3** | **3.3** | **13.6** | **15.7** | **20.0** | **52.6** | **15.2** | **17.5** | **22.7** | **23.2** | **78.6** | **21.7** | **23.3** | **26.3** | **26.4** | **97.8** |
| **Investing activities** | | | | | | | | | | | | | | | | |
| Purchases of property and equipment | (17.4) | (3.3) | (4.5) | (3.5) | (3.7) | (15.0) | (3.6) | (3.8) | (3.8) | (4.0) | (15.3) | (3.9) | (4.1) | (4.3) | (4.3) | (16.6) |
| Proceeds from sale of property and equipment | 1.0 | 0.3 | 0.2 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from maturities of marketable securities and derivatives | (4.5) | (1.4) | 1.7 | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Purchases of marketable securities and derivatives | 0.0 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| Proceeds from sale of businesses | 0.3 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| Payment for intangibles | (1.3) | (1.3) | 0.0 | 0.0 | 0.0 | (1.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Increase in restricted Cash | 0.0 | | | | | | | | | | | | | | | |
| Payment for acquisition, net of cash acquired | (69.8) | (144.6) | 0.0 | (10.0) | (10.0) | (164.6) | (10.0) | (10.0) | (10.0) | (10.0) | (40.0) | (10.0) | (10.0) | (10.0) | (10.0) | (40.0) |
| **Net Cash used in Investing** | **(91.7)** | **(150.2)** | **(2.6)** | **(13.5)** | **(13.7)** | **(180.0)** | **(13.6)** | **(13.8)** | **(13.8)** | **(14.0)** | **(55.3)** | **(13.9)** | **(14.1)** | **(14.3)** | **(14.3)** | **(56.6)** |
| **Financing activities** | | | | | | | | | | | | | | | | |
| Proceeds from exercise of stock options | 5.0 | 0.2 | (0.4) | 0.0 | 0.0 | (0.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from issuance of treasury stock under employee stock purchase plan | 1.1 | | 1.2 | 0.0 | 0.0 | 1.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from long-term borrowings, net of debt issuance costs | 138.6 | 89.0 | (10.9) | (80.0) | 0.0 | (1.9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Equity Offering | | | | 199.8 | | | | | | | | | | | | |
| Payments on long-term borrowings | 0.0 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| Repurchase of common stock | (17.0) | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| **Net Cash used in Financing** | **127.6** | **89.2** | **(10.1)** | **119.8** | **0.0** | **198.8** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** |

Source: Jefferies estimates, company data

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

Case 1:19-cv-11662-LTS   Document 134-5   Filed 06/02/23   Page 39 of 53

Case 1:19-cv-11662-LTS    Document 134-5    Filed 06/02/23    Page 40 of 53

**Chart 29: Discounted Cash Flow Analysis – Upside Scenario**

**Carbonite**
**Discounted Cash Flow Analysis**
*$ in millions, except per share data*

|  | Year 1 | Transition | Terminal |
|---|---|---|---|
| Current risk-free rate of return | 3.5% |  | 3.5% |
| Historical risk-free rate of return | 5.0% | 5.0% | 5.0% |
| Beta | 1.33 |  | 1.00 |
| Market rate of return | 11.5% | 11.5% | 11.5% |
| Cost of equity | 12.1% |  | 10.0% |
| Growth rate | As modeled |  | 5.0% |

| Last reported results as of: | 6/30/2018 |
|---|---|
| Cash and Cash Equivalents | 71.0 |
| Total Debt | 195.0 |
| Net Cash and Cash Equivalents | (124.0) |
| LTM Revenues | 265 |
| Shares Outstanding (m) | 31.7 |
| Net Cash/Share - 10% of Revenue | $ (4.75) |

Scenario 1, Upside Case: The company with its unified platform is able to further penetrates the SMB market while the gross dollar renewal rates continue to improve as the company focuses primarily on Business customers. Additionally, successful M&A further diversifies the product portfolio helping to drive higher net dollar retention rates above 100%

|  | HISTORICALS | | | FORECAST PERIOD | | | | | TRANSITIONARY PERIOD | | | | | TERMINAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | Perpetuity |
| Period |  |  |  | 0.5 | 1.5 | 2.5 | 3.5 | 4.5 | 5.5 | 6.5 | 7.5 | 8.5 | 9.5 | 10.5 | |
| Current risk-free rate of return | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | |
| Historical risk-free rate of return | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| Beta | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 | 1.28 | 1.22 | 1.17 | 1.11 | 1.06 | 1.00 | |
| Market return of equity | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | |
| Cost of equity | 12.1% | 12.1% | 12.1% | 12.1% | 12.1% | 12.1% | 12.1% | 12.1% | 11.8% | 11.4% | 11.1% | 10.7% | 10.4% | 10.0% | |
| FCF growth rate | NM | NM | NM | NM | NM | 66.6% | 55.0% | 40.0% | 34.2% | 28.3% | 22.5% | 16.7% | 10.8% | 5.0% | |
| Discount Factor |  |  | 1.000 | 0.944 | 0.842 | 0.751 | 0.670 | 0.597 | 0.542 | 0.495 | 0.455 | 0.421 | 0.392 | | |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | | |
| Free cash flow to Enterprise ($mm) | (3.7) | (9.9) | (67.7) | (114.2) | 26.6 | 44.4 | 68.8 | 96.3 | 129.2 | 165.8 | 203.1 | 236.9 | 262.6 | | |
| Diluted Shares Outstanding 4Q |  | 28.3 | 29.3 | 37.5 | 38.5 | 39.5 | 40.5 | 41.5 | 42.4 | 43.1 | 43.6 | 44.0 | 44.2 | | |
| Share Growth % |  |  |  | 28.0% | 2.7% | 2.6% | 2.5% | 2.5% | 2.1% | 1.7% | 1.3% | 0.8% | 0.4% | 0.0% | |
| Free cash flow to Enterprise per share |  |  |  | (3.0) | 0.7 | 1.1 | 1.7 | 2.3 | 3.0 | 3.8 | 4.7 | 5.4 | 5.9 | 6.2 | 124.8 |
| NPV of free cash flow per share |  |  |  | (2.9) | 0.6 | 0.8 | 1.1 | 1.4 | 1.7 | 1.9 | 2.1 | 2.3 | 2.3 | | 48.9 |
| Cumulative NPV of FCF per share |  |  |  | (2.9) | (2.3) | (1.4) | (0.3) | 1.1 | 2.7 | 4.6 | 6.7 | 9.0 | 11.3 | | 60.3 |

| Cumulative NPV of FCF ($mm) | 60.3 |  |  |  |
|---|---|---|---|---|
| Net cash/share - 10% of revenue | $ (4.75) |  |  |  |
| Total NPV per share | $ 55.53 | Difference | $ (23.60) | -29.8% |
| Current price/share | $ 32.69 |  |  |  |
| Upside / Downside Potential | 69.9% |  |  |  |

Source: Jefferies estimates, company data

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

# CARB

Initiating Coverage

October 12, 2018

## Chart 30: Discounted Cash Flow Analysis – Base Case

**Carbonite**
**Discounted Cash Flow Analysis**
*$ in millions, except per share data*

| | Year 1 | Transition | Terminal |
|---|---|---|---|
| Current risk-free rate of return | 3.5% | | 3.5% |
| Historical risk-free rate of return | 5.0% | 5.0% | 5.0% |
| Beta | 1.33 | | 1.00 |
| Market rate of return | 11.5% | 11.5% | 11.5% |
| Cost of equity | 12.1% | | 10.0% |
| Growth rate | As modeled | | 5.0% |

| | |
|---|---|
| Last reported results as of: | 6/30/2018 |
| Cash and Cash Equivalents | 71.0 |
| Total Debt | 195.0 |
| Net Cash and Cash Equivalents | (124.0) |
| LTM Revenues | 265 |
| Shares Outstanding (m) | 31.7 |
| Net Cash/Share - 10% of Revenue | $ (4.75) |

Scenario 2, Base Case: The company with its unified platform is able to further penetrates the SMB market and continues to move more toward Business customers

| | HISTORICALS | | | FORECAST PERIOD | | | | | TRANSITIONARY PERIOD | | | | | TERMINAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | Perpetuity |
| Period | | | | 0.5 | 1.5 | 2.5 | 3.5 | 4.5 | 5.5 | 6.5 | 7.5 | 8.5 | 9.5 | 10.5 | |
| Current risk-free rate of return | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | |
| Historical risk-free rate of return | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| Beta | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 | 1.28 | 1.22 | 1.17 | 1.11 | 1.06 | 1.00 | |
| Market return of equity | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | |
| Cost of equity | 12.1% | 12.1% | 12.1% | 12.1% | 12.1% | 12.1% | 12.1% | 12.1% | 11.8% | 11.4% | 11.1% | 10.7% | 10.4% | 10.0% | |
| FCF growth rate | NM | NM | NM | NM | NM | 66.6% | 45.0% | 35.0% | 30.0% | 25.0% | 20.0% | 15.0% | 10.0% | 5.0% | |
| Discount Factor | | | 1.000 | 0.944 | 0.842 | 0.751 | 0.670 | 0.597 | 0.542 | 0.495 | 0.455 | 0.421 | 0.392 | | |
| | | | | | | | | | | | | | | | |
| Free cash flow to Enterprise ($mm) | (3.7) | (9.9) | (67.7) | (114.2) | 26.6 | 44.4 | 64.3 | 86.8 | 112.9 | 141.1 | 169.3 | 194.7 | 214.2 | | |
| Diluted Shares Outstanding 4Q | | 28.3 | 29.3 | 37.5 | 38.5 | 39.5 | 40.5 | 41.5 | 42.4 | 43.1 | 43.6 | 44.0 | 44.2 | | |
| Share Growth % | | | | 28.0% | 2.7% | 2.6% | 2.5% | 2.5% | 2.1% | 1.7% | 1.3% | 0.8% | 0.4% | 0% | |
| Free cash flow to Enterprise per share | | | | (3.0) | 0.7 | 1.1 | 1.6 | 2.1 | 2.7 | 3.3 | 3.9 | 4.4 | 4.8 | 5.1 | 101.8 |
| NPV of free cash flow per share | | | | (2.9) | 0.6 | 0.8 | 1.1 | 1.2 | 1.4 | 1.6 | 1.8 | 1.9 | 1.9 | 1.9 | 39.9 |
| Cumulative NPV of FCF per share | | | | (2.9) | (2.3) | (1.4) | (0.4) | 0.9 | 2.3 | 3.9 | 5.7 | 7.6 | 9.5 | 9.5 | 49.4 |

| Difference | $ (19.37) | -30.3% |
|---|---|---|

| | | |
|---|---|---|
| Cumulative NPV of FCF ($mm) | $ | 49.4 |
| Net cash/share - 10% of revenue | | (4.75) |
| Total NPV per share | $ | 44.64 |
| Current price/share | $ | 32.69 |
| Upside / Downside Potential | | 36.6% |

Source: Jefferies estimates, company data

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Jefferies

Please see important disclosure information on pages 48 - 52 of this report.

**Chart 31: Discounted Cash Flow Analysis – Downside Scenario**

Carbonite
**Discounted Cash Flow Analysis**
*$ in millions, except per share data*

| | Year 1 | Transition | Terminal |
|---|---|---|---|
| Current risk-free rate of return | 3.5% | | 3.5% |
| Historical risk-free rate of return | 5.0% | 5.0% | 5.0% |
| Beta | 1.33 | | 1.00 |
| Market rate of return | 11.5% | 11.5% | 11.5% |
| Cost of equity | 12.1% | | 10.0% |
| Growth rate | *As modeled* | | 5.0% |

| | |
|---|---|
| Last reported results as of: | 6/30/2018 |
| Cash and Cash Equivalents | 71.0 |
| Total Debt | 195.0 |
| Net Cash and Cash Equivalents | (124.0) |
| LTM Revenues | 265 |
| Shares Outstanding (m) | 31.7 |
| **Net Cash/Share - 10% of Revenue** | **$ (4.75)** |

Scenario 3, Downside Case: Implies pressure from alternative products

| | HISTORICALS | | | FORECAST PERIOD | | | | | TRANSITIONARY PERIOD | | | | | TERMINAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E Perpetuity |
| Current risk-free rate of return | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% |
| Historical risk-free rate of return | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Beta | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 | 1.28 | 1.22 | 1.17 | 1.11 | 1.06 | 1.00 |
| Market return of equity | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 0.12 | 11.5% |
| Cost of equity | 12.1% | 12.1% | 12.1% | 12.1% | 12.1% | 12.1% | 12.1% | 12.1% | 11.8% | 11.4% | 11.1% | 10.7% | 10.4% | 10.0% |
| FCF growth rate | NM | NM | NM | NM | NM | 66.6% | 25.0% | 20.0% | 17.5% | 15.0% | 12.5% | 10.0% | 7.5% | 5.0% |
| Discount Factor | 1.000 | 1.000 | 1.000 | 0.944 | 0.842 | 0.751 | 0.670 | 0.597 | 0.542 | 0.495 | 0.455 | 0.421 | 0.392 | |
| | | | | | | | | | | | | | | |
| Free cash flow to Enterprise ($mm) | (3.7) | (9.9) | (67.7) | (114.2) | 26.6 | 44.4 | 55.5 | 66.5 | 78.2 | 89.9 | 101.2 | 111.3 | 119.6 | |
| Diluted Shares Outstanding 4Q | | 28.3 | 29.3 | 37.5 | 38.5 | 39.5 | 40.5 | 41.5 | 42.4 | 43.1 | 43.6 | 44.0 | 44.2 | |
| Share Growth % | | | | 28.0% | 2.7% | 2.6% | 2.5% | 2.5% | 2.1% | 1.7% | 1.3% | 0.8% | 0.4% | |
| Free cash flow to Enterprise per share | | | | (3.0) | 0.7 | 1.1 | 1.4 | 1.6 | 1.8 | 2.1 | 2.3 | 2.5 | 2.7 | 2.8 56.9 |
| NPV of free cash flow per share | | | | (2.9) | 0.6 | 0.8 | 0.9 | 1.0 | 1.0 | 1.0 | 1.1 | 1.1 | 1.1 | 22.3 |
| Cumulative NPV of FCF per share | | | | (2.9) | (2.3) | (1.4) | (0.5) | 0.4 | 1.4 | 2.5 | 3.5 | 4.6 | 5.6 | 27.9 |

| | | | | |
|---|---|---|---|---|
| Cumulative NPV of FCF ($mm) | 27.9 | | | |
| Net cash/share - 10% of revenue | $ (4.75) | | | |
| **Total NPV per share** | **$ 23.19** | Difference | $ (11.04) | -32.3% |
| Current price/share | $ 32.69 | | | |
| *Upside / Downside Potential* | -29.1% | | | |

Source: Jefferies estimates, company data

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

Case 1:19-cv-11662-LTS   Document 134-5   Filed 06/02/23   Page 42 of 53

**CARB**

Initiating Coverage

October 12, 2018

# Appendix – Valuation Methodology

In valuing software companies, we depend on a discounted cash flow (DCF) to approximate the intrinsic value of a stock. We also consider relative multiples to estimate a base value of the current recurring revenue stream (that actually is reflective of a DCF for recurring revenue), and other multiples, such as forward P/E for the software industry relative to the S&P. We will also consider relative multiples compared to a peer growth for specific stocks.

## Intrinsic Value; DCF

We were involved in the investment community before and during what has been referred to as the Internet (and Software) Bubble at the turn of the century. As a result, we have focused on valuation methodologies that attempt to estimate the **intrinsic** value of a stock, rather than value **relative** to other equities, the market in general, or historical levels of the same security. We know of no better way to accomplish this than what we consider to be a rigorous, academic approach to a three-stage discounted cash flow analysis utilizing the CAPM model. There are some things about the CAPM model (for instance, the concept of $\beta$) that we continue to question, but we have yet to derive a better framework. We outline our methodology below.

## DCF Valuation Methodology

We utilize a discounted cash flow analysis to estimate the intrinsic value of a stock. We recognize that there are drawbacks to this approach in terms of both the flexibility the user has when structuring the model and with the assumptions that are used. Taking this into consideration, we apply what we consider to be a rigorous academic approach, with conservative assumptions where appropriate. Our framework and assumptions are as follows.

We take the net present value (NPV) of the estimated future free cash flows to the enterprise (FCFE), which we define as the cash flows from the operations of the company before any distributions to equity and debt holders, and then divide this by the number of diluted shares outstanding. Depending upon the extent that a company is repurchasing shares to offset dilution from stock-based compensation, we may take the NPV of the forecasted FCFE/share, as described below in the "Accounting for Stock-Based Compensation" section. We add existing surplus net cash per share (i.e., existing surplus cash minus debt) to arrive at the estimated intrinsic value of the equity per share. Surplus cash consists of cash and cash equivalents and investments in marketable securities that exceed 10% of annual revenues. We estimate that about 10% of annual revenue is required for working capital purposes.

**Intrinsic Value of Equity = NPV(FCFE) + Cash & Equivalents – 0.10 x Total Annual Revenue – Debt**

- We define FCFE as the operating cash flow from the cash flow statement, excluding net after-tax interest income (expense), adjusted to account for capital expenditures, and any other expenses not included in the operating cash flow line required to maintain or grow the business. This might include cash costs of acquisitions, purchases of in-process R&D, capitalized software development costs, cash costs of repurchasing shares to offset share-based compensation, or other cash costs. We detail our thoughts around stock based compensation below.

- We use FCFE rather than (EBITDA – Capex) because we believe the latter, being primarily derived from the income statement, is often not a good proxy for cash flow. For example, software companies are allowed to capitalize much of their product development costs up until the software becomes generally available

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

(i.e., available for sale).  Some software companies capitalize some amount of software development costs annually.  While this appears to make sense when used appropriately (i.e., attempting to better match the cost of development with the revenue stream from that product), there is much room for interpretation.  We believe investors need to adjust for this to fairly compare performance with other companies that may not be as aggressive in this regard.  Similarly, any other expense that is or can be capitalized should be scrutinized, in our view.

- We typically forecast all financial statements for at least the two immediate future periods (fiscal years), usually starting with the income statement simply because this is where the companies give the most guidance.  We generate the income statement based on past performance, our expectations for the industry, company guidance, and our analysis of how things might change.  From this, we derive the balance sheet, also examining historical values and estimating the respective assets and liabilities required to support a presumably growing company.  From these two financial statements, we generate the cash flow statement, focusing on the cash flows from operating and investment activities since FCFE is typically derived from these two sections.

- We assume the capital asset pricing model (CAPM) applies in determining the discount rate (i.e. required rate of return on capital) to be applied to future FCFE or FCFE/share.  The required rate of return on capital represents the weighted average of the required rate of return on equity and the required rate of return on debt. Given that many software companies have little or no debt, the required rate of return on capital will usually be approximately equal to the required rate of return on equity.  Even when debt does exist, we may choose to use the required rate of return on equity for conservatism.  Lastly, although we are not entirely comfortable utilizing a historical measure of the company's stock volatility (i.e., beta) to estimate the future behavior of that stock, we know of no better alternative at this time.  Our assumptions are:

$$ke = rf + \beta \{E(rm)-E(rf)\}$$

where        $ke$ = rate of return on equity;

$rf$ = risk-free rate of return (we use the current ten-year bond rate);

$\beta$ = beta for the stock;

$E(rm)$ = expected rate of return based on the market historical average of 11.8%; and

$E(rf)$ = expected risk-free rate based on the historical average of 5.3%.

- For software stocks, we use a three-stage model:

  - **Hyper-Growth Stage.** This stage refers to the initial period immediately following the present.  Typically, the FCFE for the first two periods in the future is derived from our forecast financial statements for a company.  The FCFE for any remaining years in the hyper-growth stage is derived from an assumed growth rate, which is dependent upon the anticipated growth rate of the industry and our expectations for the respective company. The growth rate of FCFE is typically greater than the growth rate of revenue once a company surpasses a point in its evolution when incremental revenues do not incur meaningful incremental fixed costs – an attractive characteristic of

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

most Software financial models.  Hence, our estimate for FCFE growth through the end of this stage may represent a greater growth rate than that for both company revenue and the target market.  In addition, we may assume that some companies benefit from positive (or negative) secular forces that influence our estimates for growth during the hyper-growth phase. This hyper-growth stage could last for any number of periods (we typically assume anywhere from two to five) and does not have to necessarily assume "high" growth rates for companies with little or no growth.

- **Transitionary Stage.** The growth rate of FCFE is then assumed to gradually decline to the assumed **long-term** nominal growth rate of the economy, or about 5.0% (about 2.5-3% real growth, plus inflation).  During this stage we also allow $\beta$ to gradually trend to 1.0. There are two reasons for this: (1) Intuitively, most software companies are at a relatively early stage of development, at least as compared with companies in other industries; therefore, we might expect a company in this industry to be less conventional than an average company in several ways, including technology and management style (which would lead us to expect a relatively high $\beta$). As this company matures, we would expect it to diversify first into related products and then perhaps into more dissimilar businesses, all the while becoming more like the overall economy in both growth rate and volatility (or $\beta$).  (2) The second reason is more statistical in nature. Since the average $\beta$ of all securities is theoretically 1.0, our best forecast of $\beta$, especially further into the future, would be 1.0.

- **Terminal or Stable Stage.** This final stage assumes the growth rate of the company in perpetuity equals that of the average long-term growth rate of the economy.  Assigning a growth rate greater than this is inconsistent with our other assumptions. If the company were to grow in perpetuity at a rate greater than the growth rate of the economy, then it would eventually become larger than the economy at some point in the future.  This should deter us from making such an assumption.

## Accounting for Stock-Based Compensation

First of all, we believe that stock-based compensation (SBC) is a very logical method for encouraging employees to work to the benefit of the company and its stock, further aligning interests of employees with shareholders, and we continue to be supportive of its use.  At the same time, we have always believed that stock-based compensation was an expense that should be assigned some value, and therefore included in our valuation of software equities.  Our reluctance to do so previously is because we have seen this initial non-cash expense retire worthless in cases when options expired out of the money or employees left a company before restricted stock units vested.  At the same time, we have seen instances when this expense has converted to real cash costs.  Therefore, we submit the following two-step treatment of stock-based compensation to be included in our DCF analyses.

### When Share Repurchases Are Used to Offset Dilution from SBC
We follow the following process to calculate the cash impact to free cash flow when share repurchases are used to offset dilution from SBC:

1) Determine the increase in diluted shares outstanding due to stock-based compensation for historic periods from the Equity Award sections of SEC

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

documents (10Ks and 10Qs) as documented below, further informed by discussions with management for additional color.

2)  Determine the cost of shares repurchased to offset dilution from the "Cash Flows from Financing Activities" on the Cash Flow Statement.

  a.  If the shares repurchased either exactly offset dilution from SBC or are not enough to fully offset SBC in the period, we include the entire cost of repurchase in our calculation of FCFE.

  b.  If more shares are repurchased than was needed to offset dilution from stock-based compensation (e.g., to reduce the number of shares outstanding or to offset other share inflating factors), determine the portion of repurchases in a period that were required to offset stock based compensation from the simple ratio:

$$\text{Cash Cost of SBC} = \text{Cost of Total Shares Repurchased} \text{ x } \frac{\text{\# Shares of SBC Dilution}}{\text{Total \# Shares Repurchased}}$$

3)  We adjust free cash flow to the enterprise (FCFE) for each period by the amount of cash cost used to offset dilution from stock-based compensation as calculated above.

4)  We model this for the duration of our forecast model (usually at least two years) based on history and conversations with management regarding the intent for future stock-based compensation.

5)  Beyond the detailed forecast of our entire model, this expense is implied in free cash flow estimates since our forecast values are typically estimates of expected growth off historical values, which have this expense included. We realize that as a company matures, the impact of SBC on FCFE will likely moderate due to leverage in the model (but not necessarily always). We also realize that some SBC expense is often translated directly to cash costs as a company matures. We attempt to take these assumptions into account with our forecasts for FCFE growth beyond our detailed model.

6)  At this point, the investor either completes the analysis if share repurchases totally offset dilution from SBC, or continues with the analysis if not all SBC dilution is accounted for in share repurchases.

  a.  If a company repurchases enough shares to totally offset dilution from stock-based compensation, the process can stop here with the following relationship to determine the intrinsic value of the stock:

$$\text{Intrinsic Value of Equity/Share} = \frac{\text{NPV(FCFE)}_{n=1\to\infty}}{\text{Shares Outstanding}_{n=0}} + \left(\frac{\text{Cash} - 0.10 \text{ x Total Annual Revenue} - \text{Debt}}{\text{Shares Outstanding}}\right)_{n=0}$$

  b.  If a company does not repurchase shares or the amount repurchased does not entirely offset dilution from stock based compensation, we use the derived FCFE as described above and continue with the process below.

**When Share Repurchases Are Not Enough to Entirely Offset SBC Dilution**

Stock-based compensation is often used as an incentive for employees of young companies without as much scale that may be in the prime of their growth years. In such instances, companies are fueling all available cash into capturing as much market share of a presumably large opportunity as possible before others do, so share repurchases are not common. We believe it is less clear on how to account for SBC in such situations since

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

there is no current cash cost that adequately values the SBC. The simple approach would be to calculate the cash cost to offset SBC if shares were repurchased to offset dilution. However, there was no real cash expended in the period for this purpose and more importantly, some of the SBC may never be realized as a cash cost due to the inevitability of some options expiring out of the money or some employees leaving a company before restricted stock units vest, etc. But SBC is increasing the share count and will likely continue to do so in the future, which can have a material effect on the value we assign a stock as the denominator in our calculation of the stock's intrinsic value. ***Therefore, instead of adjusting FCFE with costs that are not (yet) realized in cash form, we consider using SBC to adjust the denominator (or share count) we use in our calculation of the intrinsic value of the stock per share.*** Our process is outlined below and culminates in the relationship that follows:

1) We note the historical addition to share count due to SBC (beyond the SBC dilution that was offset by share repurchases if any) in case there is any anticipated change to repurchase behavior in the future. In doing so, we calculate the amount of SBC that would have contributed to dilution if no share repurchases were done, and offset this by the actual share repurchases. We attempted several methods of identifying SBC, including:

   a. Measuring the amount of shares awarded during the period (including options measured with the treasury method, restricted stock units, restricted stock awards, and performance based awards).

   b. Estimating the total ending share count in the fiscal year and subtracting the ending share count in the prior year, adjusting for any share repurchases.

   c. Taking the weighted average shares outstanding in the fiscal fourth quarter and subtracting the weighted average shares outstanding in the fourth quarter of the prior year, adjusting for any share repurchases.

   While we prefer methods a or b above, it was difficult to determine results that were logical relative to the specifically disclosed weighted average shares in the financial statements. Therefore, we use method c above and take the weighted average shares in the fourth fiscal quarter as a proxy of the ending share count, with the realization that this is not entirely accurate. However, we note that in determining the dilution due to SBC, both the prior and current years' ending share count is estimated with this metric, perhaps partially damping out any material error in our estimates for share growth due to SBC. We will continue to study this and refine it as appropriate.

$$\text{Dilution} = \textbf{Weighted Avg Diluted Shares Outstanding}_{n=0} - \textbf{Weighted Avg Diluted Shares Outstanding}_{n=-1} + \textbf{Shares Repurchased}$$

2) We use this information and a conversation with management to determine the likely impact of SBC to share dilution in the years when we forecast the entire model (usually at least two years). We model the number of shares of dilution and in the case where management repurchases shares we only grow share count in excess of what they are repurchasing. If a company chooses not to repurchase shares, we will grow share count in line with historical dilution and management commentary to the full extent of dilution.

3) We divide the free cash flow estimate by the diluted share count for each respective period (historical and for our detailed model period) to derive a value for free cash flow to the Enterprise per share (FCFE/share) for each period.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

**CARB**

Initiating Coverage

October 12, 2018

4)  In forecasts beyond our detailed model, we assume a growth rate of FCFE/share. As noted above, we expect that as a company matures, the effect of SBC may moderate, though we believe some SBC expense is likely to simply be shifted into cash costs of compensation (which obviously also affect free cash flow). Therefore, we are comfortable if some SBC growth (related to FCFE growth) is implied in the transitionary and perpetual periods of our DCF.

5)  We discount this FCFE/Share back to the present value using the CAPM model as outlined above.

6)  We add the existing surplus net cash per current share and to the calculated FCFE/Share per step 6 above to arrive at the intrinsic value of the stock per the following relationship.

$$\textbf{Intrinsic Value of } \frac{\textbf{Equity}}{\textbf{Share}} = \textbf{NPV}\left(\frac{\textbf{FCFE}}{\textbf{Shares Outstanding}}\right)_{n=1\to\infty} + \left(\frac{\textbf{Cash} - \textbf{0.10 x Total Annual Revenue} - \textbf{Debt}}{\textbf{Shares Outstanding}}\right) +_{n=0}$$

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

Jefferies

**CARB**

Initiating Coverage

October 12, 2018

## Company Description

**Carbonite**

Carbonite is primarily a SaaS (or Software-as-a-Service) business founded in 2005 under the premise of one simple idea: all computers need to be backed up, and in an always-connected and highly mobile world, cloud backup is the ideal approach. Carbonite provisions cloud and hybrid backup solutions for consumers and small to medium sized businesses (SMB's). It provides backup, disaster recovery, high availability and workload migration technologies, in addition to email archiving. While the company was originally founded as a consumer-oriented business that helps users back up their photos, videos, and documents anytime, Carbonite introduced a version of its solution specifically designed for SMBs in 2010. This was later bolstered by numerous acquisitions that have helped flipped the company's focus from one that was 81% consumer bookings in 2012 to one that is currently roughly two-thirds business bookings. Importantly, the SMB offerings were designed for easy installation and use across multiple computers and users, precluding the need for a professional IT department. The company was founded by Jeffry Flowers and David Friend on February 10, 2005 and is headquartered in Boston, MA

## Company Valuation/Risks

**Carbonite**

**Valuation/Risks**. Our $45 PT is based on a DCF analysis which accounts for stock-based comp, and implies 5.2x EV/NTM Recurring Rev. Downside risks: lower industry growth, incumbent vendors with deep pockets increasing investment.

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/ Disclosures.action or call 212.284.2300.

## Analyst Certification:

I, John DiFucci, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Joseph Gallo, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Julia Karl, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

Recommendation Published        October 11, 2018 , 23:59 ET.
Recommendation Distributed      October 12, 2018 , 00:00 ET.

## Company Specific Disclosures

Jefferies LLC is acting as financial advisor to DigiCert Inc on the acquisition of the website security and related PKI solutions business of Symantec Corp.
Jefferies Group LLC makes a market in the securities or ADRs of Carbonite, Inc.
Jefferies Group LLC makes a market in the securities or ADRs of Alarm.com Holdings, Inc.
Jefferies Group LLC makes a market in the securities or ADRs of Commvault Systems.
Jefferies Group LLC makes a market in the securities or ADRs of Intuit Inc.
Jefferies Group LLC makes a market in the securities or ADRs of Nutanix, Inc.
Jefferies Group LLC makes a market in the securities or ADRs of Symantec Corp.

Jefferies Group LLC, its affiliates or subsidiaries expect to receive or intend to seek compensation for investment banking services from Carbonite, Inc. within the next three months.
Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from Carbonite, Inc..
Within the past twelve months, Carbonite, Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.
Jefferies Group LLC, its affiliates or subsidiaries has acted as a manager or co-manager in the underwriting or placement of securities for Carbonite, Inc. or one of its affiliates within the past twelve months.
Jefferies Group LLC, its affiliates or subsidiaries expect to receive or intend to seek compensation for investment banking services from Nutanix, Inc. within the next three months.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.          **Jefferies**

## CARB

Initiating Coverage

October 12, 2018

Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from Nutanix, Inc..

Jefferies Group LLC, its affiliates or subsidiaries is acting as a manager or co-manager in the underwriting or placement of securities for Nutanix, Inc. or one of its affiliates.

Within the past twelve months, Nutanix, Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.

Within the past twelve months, Symantec Corp. has been a client of Jefferies LLC and investment banking services are being or have been provided.

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

- Alarm.com Holdings, Inc. (ALRM: $44.32, BUY)
- Commvault Systems (CVLT: $59.34, BUY)
- Intuit Inc. (INTU: $200.69, BUY)
- Nutanix, Inc. (NTNX: $38.59, HOLD)
- Symantec Corp. (SYMC: $19.46, HOLD)
- Trend Micro Incorporated (4704 JP: ¥6,560, HOLD)

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

Jefferies



**CARB**

Initiating Coverage

October 12, 2018



**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Distribution of Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. | | JIL Mkt Serv./Past 12 Mos. | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Count | Percent | Count | Percent |
| **BUY** | 1159 | 55.06% | 94 | 8.11% | 14 | 1.21% |
| **HOLD** | 829 | 39.38% | 15 | 1.81% | 1 | 0.12% |
| **UNDERPERFORM** | 117 | 5.56% | 0 | 0.00% | 0 | 0.00% |

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

**Jefferies**

| CARB |
| --- |
| Initiating Coverage |
| October 12, 2018 |

**Other Important Disclosures**

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Hibiya Marine Bldg, 3F, 1-5-1 Yuraku-cho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), which is licensed by the Securities and Exchange Board of India as a Merchant Banker (INM000011443), Research Analyst (INH000000701) and a Stock Broker with Bombay Stock Exchange Limited (INB011491033) and National Stock Exchange of India Limited (INB231491037) in the Capital Market Segment; located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East) Mumbai 400 051, India; Tel +91 22 4356 6000.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Jefferies India Private Limited); or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this information is issued solely by JIL and is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Act"), in connection with their consideration of any investment or investment service that is the subject of this document. Any offer or issue that is the subject of this document does not require, and this document is not, a disclosure document or product disclosure statement within the meaning of the Act. JIL is authorised and regulated by the Financial Conduct Authority under the laws of the United Kingdom, which differ from Australian laws. JIL has obtained relief under Australian Securities and Investments Commission Class Order 03/1099, which conditionally exempts it from holding an Australian financial services license under the Act in respect of the provision of certain financial services to wholesale clients. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient,

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

Jefferies

**CARB**

Initiating Coverage

October 12, 2018

and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2018 Jefferies Group LLC

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 48 - 52 of this report.

Jefferies