# EXHIBIT 6

*Carbonite press release, "Carbonite Introduces Comprehensive Data Protection for Virtual and Physical Servers"*



Products & Solutions  ⌄          Support  |  Contact Us   **Sign In**   🔍

Category  [                    ⌄ ]

# Carbonite Introduces Comprehensive Data Protection for Virtual and Physical Servers

October 17, 2018  |  By Carbonite

### New SVP Products & Engineering delivers evolution of Data Protection Platform

**BOSTON, MA: October 18, 2018** — Today, Carbonite, Inc. (NASDAQ: CARB), a leading data protection provider for businesses, continues to empower customers and partners by introducing new backup solutions and advanced IT management capabilities in its Data Protection Platform. The company also announces the promotion of Rob Beeler to Senior Vice President, Products & Engineering.

The refreshed Carbonite Server (called Carbonite Server VM Edition) now features purpose-built backup for virtual machines (VMs) and enables businesses to select, manage and recover their VM data from a single location, the Carbonite Data Protection Console. Carbonite also introduces Server Backup VM Edition for Service Providers, which enables Carbonite's community of Managed Service Providers (MSPs) to offer a fully integrated service that protects virtualized environments both locally and in their own cloud.

"The delivery of Carbonite Server VM Edition simultaneously with the launch of our flagship Carbonite Data Protection Console is the culmination of one of our largest cross-functional efforts, led by our exceptional engineering organization," said Mohamad Ali, Carbonite CEO. "Our customers and partners are eager to have an integrated and easy to use data protection solution for both physical and virtual servers. I am especially pleased that we can promote Rob to his new role given his leadership to date and his ongoing contributions to the vision for our platform."

Prior to his current role as SVP, Products & Engineering, Rob was Vice President of Engineering at Carbonite and was responsible for the design and development of Carbonite's portfolio of Server solutions. Previously, he was Co-Founder and CTO of DoubleTake Software, which was acquired by Carbonite in January 2017. Rob has over 25 years of software development and management experience in the areas of high availability, disaster recovery, migration and business continuity.

"It's an exciting time to be growing with Carbonite, and I'm honored to be leading such a talented team of engineers and product professionals," said Rob Beeler. "I'm committed to building upon the success of our Data Protection Platform and to bringing solutions to market that are flexible, powerful and that meet the needs of our customers and partners."

### Resources

- Get a free trial of Carbonite Server VM Edition here: Server Backup Trial
- Learn more about the Carbonite Data Protection Platform here: Carbonite Data Protection Platform
- Demo the Carbonite Data Protection Platform at VMWorld Europe November 5-8 at Booth Carbonite booth #G211. If you're a member of the media or IT analyst community looking to meet with Carbonite at the event, please contact Media@Carbonite.com

### About Carbonite

Carbonite provides a robust Data Protection Platform for businesses, including backup, disaster recovery, high availability and workload migration technology. The Carbonite Data Protection Platform supports businesses in locations around the world with secure global cloud infrastructure. To learn more visit www.Carbonite.com.

### Investor Relations Contact:

Jeremiah Sisitsky
Carbonite
781-928-0713
investor.relations@carbonite.com

### Media Contact:

Caitlin O'Malley
Carbonite
781-928-0762
media@carbonite.com

---

**Tags:**

Press releases