# EXHIBIT 9

*Jefferies Group LLC analyst report
11/01/2018*



**Company Update**

USA | Technology | Software

**November 1, 2018**

# Jefferies

**BUY**
Bloomberg NASDAQ: CARB
Price target $45.00
Price $34.21^

^Prior trading day's closing price unless otherwise noted.



EQUITY RESEARCH AMERICAS

# Carbonite (CARB)
## 3Q18 Trader Preview

**Key Takeaway**

**We believe that CARB should report in line 3Q18 results and 4Q18 guidance. Despite a Consumer and SMB customer base, the company's strong renewal rates should provide some stability to reported quarterly results.**

**Conference call details.** CARB will host its earnings conference call today at 5:30 PM ET; dial in is 877-303-1393, passcode 7758358.

**Impressive Renewal Rates Given SMB/Consumer Customer Base.** CARB's annual customer retention rate is in the high 80s%, which we view as exceptionally strong given its Consumers and SMBs customer base. This impressive renewal rate should provide some stability to reported results. Additionally, this has historically been a one-product company and we expect the net dollar retention rate to benefit from the cross-selling of products as CARB continues to build out a unified product suite.

**Currently Trading at the Base Value of Recurring Rev.** Carbonite's valuation has significantly increased over the course of the past two years, with the stock appreciating 421% since its lows in February 2016. However, we believe there's meaningful upside from here. The stock currently trades at a 4.1x EV/NTM recurring revenue multiple, in-line with what we calculate as the implied base value of CARB's recurring revenue. We remain comfortable with the opportunity before this company and believe it will continue to move toward its profitability targets as it completes its transition from a consumer facing business to one that primarily serves the SMB market. Assuming we're right, we believe that the stock is a relative bargain, about in-line with (or below) the intrinsic value of the subscription revenue if management chose to run the existing business at a hyper efficient level (which we believe would be the wrong decision at this time).

**SMB Market = Large Greenfield.** The Cloud as the great equalizer will enable SMBs to utilize more enterprise-class technology than they had previously. Therefore, we believe that TAM forecasted by industry analysts is likely underestimated, and CARB's focus on the SMB with a broad platform that can serve all its data needs should position it well to capture its fair share of this greenfield opportunity.

**Please refer to Chart 1 on the following page for a detailed review.**

**John DiFucci ***
Equity Analyst
(212) 284-2196 jdifucci@jefferies.com
**Joseph Gallo ***
Equity Associate
(212) 336-7402 jgallo@jefferies.com
**Julia Karl ***
Equity Associate
(212) 707-6479 jkarl1@jefferies.com
* Jefferies LLC / Jefferies Research Services, LLC

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 3 to 7 of this report.

**CARB**

Company Update

November 1, 2018

**Chart 1: Preview**

Carbonite (CARB)
*in millions except for per share items, unless otherwise noted*

| Sep-18E (F3Q) | Jefferies | Consensus | Guidance |
|---|---|---|---|
| **Total Revenue (GAAP)** | **78.8** | **79.4** | **77.6 - 79.6** |
| **Total Revenue (Non-GAAP)** | **80.1** | **80.5** | **79.0 - 81.0** |
| Non-GAAP Operating Income | 17.1 | 16.8 | |
| Non-GAAP Operating Margin | 21.3% | 20.9% | |
| **Non-GAAP EPS** | **0.41** | **0.41** | **0.40 - 0.42** |
| **Total Bookings** | **84.2** | **82.2** | |
| Business Bookings | 61.7 | | |
| Consumer Bookings Growth y/y | 15.0% | | |
| Deferred Revenue | 147.2 | | |
| Cash Flow from Ops | 15.7 | 14.3 | |

| Dec-18E (F4Q) | Jefferies | Consensus | Guidance |
|---|---|---|---|
| **Total Revenue (GAAP)** | **81.4** | **81.6** | |
| **Total Revenue (Non-GAAP)** | **82.7** | **83.0** | |
| Non-GAAP Operating Income | 17.5 | 17.6 | |
| Non-GAAP Operating Margin | 21.1% | 21.2% | |
| **Non-GAAP EPS** | **0.41** | **0.42** | |
| **Total Bookings** | **91.0** | **87.8** | |
| Deferred Revenue | 145.8 | | |
| Cash Flow from Ops | 20.0 | 18.1 | |

| FY18E | Jefferies | Consensus | Guidance |
|---|---|---|---|
| **Total Revenue (GAAP)** | **301.9** | **303.2** | **296.9 - 306.9** |
| **Total Revenue (Non-GAAP)** | **307.5** | **308.3** | **302.5 - 312.5** |
| Non-GAAP Operating Income | 61.1 | 61.0 | |
| Non-GAAP Operating Margin | 19.9% | 19.8% | |
| **Non-GAAP EPS** | **1.55** | **1.56** | **1.51 - 1.59** |
| **Total Bookings** | **324.6** | **319.1** | |
| Business Bookings | 230.9 | | 223.8 - 234.8 |
| Consumer Bookings Growth y/y | 14.6% | | 10-15% |
| Deferred Revenue | 145.8 | | |
| Cash Flow from Ops | 52.6 | 49.2 | |

| FY19E | Jefferies | Consensus | Guidance |
|---|---|---|---|
| **Total Revenue (GAAP)** | **339.4** | **337.5** | |
| **Total Revenue (Non-GAAP)** | **341.0** | **343.0** | |
| Non-GAAP Operating Income | 78.7 | 78.0 | |
| Non-GAAP Operating Margin | 23.1% | 22.7% | |
| **Non-GAAP EPS** | **1.84** | **1.83** | |
| **Total Bookings** | **355.8** | **360.9** | |
| Business Bookings | 257.4 | | |
| Consumer Bookings Growth y/y | 5.0% | | |
| Deferred Revenue | 151.6 | | |
| Cash Flow from Ops | 78.6 | 68.2 | |

**Source: Jefferies estimates, company data, FactSet**

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 3 - 7 of this report.

**Jefferies**



**CARB**

Company Update

November 1, 2018

## Company Description

**Carbonite**

Carbonite is primarily a SaaS (or Software-as-a-Service) business founded in 2005 under the premise of one simple idea: all computers need to be backed up, and in an always-connected and highly mobile world, cloud backup is the ideal approach. Carbonite provisions cloud and hybrid backup solutions for consumers and small to medium sized businesses (SMB's). It provides backup, disaster recovery, high availability and workload migration technologies, in addition to email archiving. While the company was originally founded as a consumer-oriented business that helps users back up their photos, videos, and documents anytime, Carbonite introduced a version of its solution specifically designed for SMBs in 2010. This was later bolstered by numerous acquisitions that have helped flipped the company's focus from one that was 81% consumer bookings in 2012 to one that is currently roughly two-thirds business bookings. Importantly, the SMB offerings were designed for easy installation and use across multiple computers and users, precluding the need for a professional IT department. The company was founded by Jeffry Flowers and David Friend on February 10, 2005 and is headquartered in Boston, MA

## Company Valuation/Risks

**Carbonite**

**Valuation/Risks**. Our $45 PT is based on a DCF analysis which accounts for stock-based comp, and implies 5.2x EV/NTM Recurring Rev. Downside risks: lower industry growth, incumbent vendors with deep pockets increasing investment.

## Analyst Certification:

I, John DiFucci, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.
I, Joseph Gallo, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.
I, Julia Karl, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.
As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| Recommendation Published | November 1, 2018 , 13:29 ET. |
|---|---|
| Recommendation Distributed | November 1, 2018 , 13:29 ET. |

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of Carbonite, Inc.

Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from Carbonite, Inc..
Within the past twelve months, Carbonite, Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.
Jefferies Group LLC, its affiliates or subsidiaries has acted as a manager or co-manager in the underwriting or placement of securities for Carbonite, Inc. or one of its affiliates within the past twelve months.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.
Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.
Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.
The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.
NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 3 - 7 of this report.

Jefferies



**CARB**

Company Update

November 1, 2018

CS - Coverage Suspended. Jefferies has suspended coverage of this company.
NC - Not covered. Jefferies does not cover this company.
Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.
Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.



**Rating and Price Target History for: Carbonite, Inc. (CARB) as of 10-31-2018**

**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.
Legend:

I: Initiating Coverage

D: Dropped Coverage

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 3 - 7 of this report.                    **Jefferies**

**CARB**

Company Update

November 1, 2018

B: Buy

H: Hold

UP: Underperform

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Distribution of Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. | | JIL Mkt Serv./Past 12 Mos. | |
|---|---|---|---|---|---|---|
| | | | Count | Percent | Count | Percent |
| BUY | 1166 | 55.42% | 94 | 8.06% | 14 | 1.20% |
| HOLD | 816 | 38.78% | 15 | 1.84% | 0 | 0.00% |
| UNDERPERFORM | 122 | 5.80% | 0 | 0.00% | 0 | 0.00% |

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 3 - 7 of this report.

**Jefferies**

**CARB**

Company Update

November 1, 2018

**Other Important Disclosures**

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Hibiya Marine Bldg, 3F, 1-5-1 Yuraku-cho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), which is licensed by the Securities and Exchange Board of India as a Merchant Banker (INM000011443), Research Analyst (INH000000701) and a Stock Broker with Bombay Stock Exchange Limited (INB011491033) and National Stock Exchange of India Limited (INB231491037) in the Capital Market Segment; located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East) Mumbai 400 051, India; Tel +91 22 4356 6000.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Jefferies India Private Limited); or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

\* \* \*

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this information is issued solely by JIL and is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Act"), in connection with their consideration of any investment or investment service that is the subject of this document. Any offer or issue that is the subject of this document does not require, and this document is not, a disclosure document or product disclosure statement within the meaning of the Act. JIL is authorised and regulated by the Financial Conduct Authority under the laws of the United Kingdom, which differ from Australian laws. JIL has obtained relief under Australian Securities and Investments Commission Class Order 03/1099, which conditionally exempts it from holding an Australian financial services license under the Act in respect of the provision of certain financial services to wholesale clients. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient,

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 3 - 7 of this report.

**Jefferies**

**CARB**

Company Update

November 1, 2018

and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2018 Jefferies Group LLC

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 3 - 7 of this report.

Jefferies