# EXHIBIT 10

*RBC Capital Markets analyst report
11/01/2018*



## CARB - Q3/18 First Glance - Mixed results and outlook

**Sentiment Indicator : negative**

Produced by Hedberg, Matthew (RBC Capital Markets, LLC) on Thursday, November 01, 2018, 16:50 PM ET

Disseminated on Thursday, November 01, 2018, 17:06 PM ET

Overall it looks like a slight miss on most metrics outside of EPS and FCF. The company noted success in its focus on driving total growth and operating efficiencies. Guidance for Q4/18 reflected slightly lower revenue and in-line EPS while CY/18 guidance points to lower business bookings and total revenue offset by an increase in consumer bookings, EPS and FCF. We will look for more color on the decrease in business bookings on the call, which will be the focus. The conference call starts at 5.30 PM ET at 877.303.1393.

**Q3/18 results:**

- Bookings of $78.8M (+32% y/y) vs. RBC/consensus of $81.8M/$82.2M.
- Revenue was $79.1M (+25% y/y) vs. guidance of $79.0-81.0M and RBC/consensus at $80.0M/$80.5M.
- Gross margin of 78.4% vs. 76.3% y/y and RBC/consensus at 77.3%/77.1%
- Net income of $17.3 vs. RBC/consensus at $14.8M/$14.9M
- EPS of $0.48 vs. guidance of $0.40-0.42 and RBC/consensus at $0.41
- CFO of $17.0M vs. $6.9M y/y and RBC/consensus at $11.6M/$14.3M.

**Q4/18 guidance:**

- Revenue of $78.6-81.6M ($80.1M midpoint) vs. RBC/consensus of $82.7M/$83.0M.
- EPS of $0.40-0.44 ($0.42 midpoint) vs. RBC/consensus at $0.42.

**CY/18 guidance:**

- Business bookings of $205.0-210.0M ($207.5M midpoint) vs. previous guidance of $223.8-234.8M ($229.3M midpoint).
- Consumer bookings +15-20%, y/y (+17.5% midpoint) vs. previous guidance of +10%-15% (+12.5% midpoint).
- Revenue of $302.5-305.5M ($304.0M midpoint) vs. previous guidance of $302.5-312.5M ($307.5M midpoint) and RBC/consensus at $307.5M/$308.2M.
- EPS of $1.61-1.65 ($1.63 midpoint) vs. previous guidance of $1.51-1.59 ($1.55 midpoint) and RBC/consensus at $1.56.
- Gross margin of 76.5-77.5% (77.0% midpoint) vs. previous guidance of 76.5-77.5% (77.0% midpoint) and RBC/consensus at 77.0%/77.1%.
- Adjusted FCF of $43.0-46.0M ($44.5 M midpoint) vs. previous guidance of $40.0-45.0M ($42.5M midpoint) and RBC/consensus at $30.2M/$35.2M.

| Company Name | Exchange | Ticker | Rating | Risk Qualifier | Price Target | Currency | Price | Price Date |
|---|---|---|---|---|---|---|---|---|
| Carbonite, Inc | NASDAQ | CARB US | Outperform | Not Assigned | 42.00 | US Dollar | 35.51 | 01 Nov 2018 16:54:45 ET |

**RBC Capital Markets, LLC**
**Matthew Hedberg (Analyst)** | (612) 313-1293 | Matthew.Hedberg@rbccm.com
**RBC Capital Markets, LLC**
**Dan Bergstrom (Analyst)** | (612) 313-1254 | dan.bergstrom@rbccm.com
**Matthew Swanson (Senior Associate)** | (612) 313-1237 | matthew.swanson@rbccm.com

Click here for conflict of interest and other disclosures relating to Carbonite, Inc, Matthew Hedberg, Dan Bergstrom These disclosures are also available by sending a written request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7 or an email to rbcinsight@rbccm.com

All rights reserved. This material may not be published, broadcast, rewritten or redistributed in any form. Please click here for legal restrictions and terms of use applicable to this site. Use of this site signifies your agreement to the terms of use.