# EXHIBIT 11

*Barclays Bank LLC analyst report*
*11/01/2018*

CORE

 **BARCLAYS**

Equ ty Research | Instant Ins ghts
November 20 8

Saket Ka a, CFA        + 2 2 526 8465        saket.ka a@barc ays.com        BCI, US
Dav d F sher          + 2 2 526 7 26        dav d.f sher@barc ays.com       BCI, US
Andrew Thomas         + 2 2 526 808         andrew.w.thomas@barc ays.com    BCI, US

Comp eted: 3  Oct  8, 20:43 GMT
Re eased: 0  Nov  8,   :45 GMT

BARCLAYS CLASSIFICATION: Restr cted - Externa

## Carbonite, Inc.

# Cushion in Consumer & Round Trip on Stock Makes Setup into Print Moderately Positive

**Stock Rating/Industry View:** Equa  We ght/Pos t ve
**Price Target:** USD 41.00
**Price (30-Oct-2018):** USD 32.90
**Potential Upside/Downside:** 25%
**Tickers:** CARB

Carbon te reports after the c ose today. The stock has been vo at e s nce ast quarter and u t mate y has found support at ~$32. Fundamenta y, we th nk th s quarter book ngs has cush on from Consumer, desp te our assumed acce erat on n Bus ness subscr pt on book ngs, mak ng the setup moderate y pos t ve. U t mate y, we th nk the next cata yst w  be CARB cont nu ng to conso date the data protect on market for enterpr ses, wh ch wou d cont nue to add h gher mu t p e revenue nto the bus ness.

- **We model Business subscription bookings accelerates in 3Q on Mozy seasonality.** We are mode ng tota  Bus ness book ngs of $60M th s quarter, sp t ~$49M for subscr pt on book ngs, and ~$11M upfront book ngs. Our subscr pt on book ngs est mate acce erates to 76% y/y because we be eve Mozy cou d be more back-end oaded, and Carbon te Recover was recent y made genera y ava ab e. To be c ear, we do not th nk acce erat on to 76% s a ay-up because n our exper ence, dea s are more ke y to c ose n 4Q rather than 3Q. However, we be eve Consumer can be a ever, wh ch we d scuss further be ow.

- **But we also model Consumer bookings decelerates, and this has enough cushion to offset Business bookings.** Consumer book ngs ast quarter surpr sed us, grow ng 29% y/y, part a y from better Mozy contr but on as we  as the effect of pr c ng changes. However, after the b g 2Q beat, CARB on y ra sed the ow end of Consumer book ngs gu dance to 10-15% growth, wh ch mp es the segment cou d be down q/q n 3Q. We th nk th s was prudent because t was st ear y n the pr ce change, and CARB d d not want to assume an ne ast c react on too ear y. Thus, f customers d gest the pr ce change as they d d n 2Q, we th nk Consumer performance can beat our $22M book ngs est mate and potent a y cover for Bus ness book ngs.

- **Not expecting same margin surprise we got last quarter because there will be more marketing spending with new offerings (like Carbonite Recover).** Beyond Consumer, the b ggest surpr se ast quarter was marg ns, as Carbon te was ab e to dr ve faster synerg es w th Mozy. We assume ast quarter's expense base ne s rough y unchanged n 3Q, wh ch cou d be beatab e but not by the same magn tude we saw ast quarter. Furthermore, w th the ntroduct on of Carbon te Recover n the DRaaS space, we be eve there cou d be ncreased market ng spend n 2H to dr ve cross-se .

- **Conference Call Details:** 1 Nov, 5:30PM (EST); **Dial-In:** 877-303-1393 **ID**: 7758358

**Analyst(s) Certification(s):**

I, Saket Ka a, CFA, hereby cert fy (1) that the v ews expressed n th s research report accurate y ref ect my persona v ews about any or a of the subject secur t es or ssuers referred to n th s research report and (2) no part of my compensat on was, s or w  be d rect y or nd rect y re ated to the spec f c recommendat ons or v ews expressed n th s research report.

**Important Disclosures:**

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Barclays Research is produced by the Investment Bank of Barclays Bank PLC and its affiliates (collectively and each individually, "Barclays"). All authors contributing to this research report are Research Analysts unless otherwise indicated. The publication date at the top of the report reflects the local time where the report was produced and may differ from the release date provided in GMT.

**Availability of Disclosures:**

Where any companies are the subject of this research report, for current important disclosures regarding those companies please refer to https://publicresearch.barclays.com or alternatively send a written request to: Barclays Research Compliance, 745 Seventh Avenue, 13th Floor, New York, NY 10019 or call 1-212-526-1072.

The analysts responsible for preparing this research report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities, the profitability and revenues of the Markets business and the potential interest of the firm's investing clients in research with respect to the asset class covered by the analyst.

Analysts regularly conduct site visits to view the material operations of covered companies, but Barclays policy prohibits them from accepting payment or reimbursement by any covered company of their travel expenses for such visits.

Barclays Research Department produces various types of research including, but not limited to, fundamental analysis, equity-linked analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of Barclays Research may differ from those contained in other types of Barclays Research, whether as a result of differing time horizons, methodologies, or otherwise.

In order to access Barclays Statement regarding Research Dissemination Policies and Procedures, please refer to https://publicresearch.barcap.com/S/RD.htm. In order to access Barclays Research Conflict Management Policy Statement, please refer to: https://publicresearch.barcap.com/S/CM.htm.

**Risk Disclosure(s)**

Master limited partnerships (MLPs) are pass-through entities structured as publicly listed partnerships. For tax purposes, distributions to MLP unit holders may be treated as a return of principal. Investors should consult their own tax advisors before investing in MLP units.

**Mentioned Stocks (Ticker, Date, Price)**

**Carbonite, Inc.** (CARB, 30-Oct-2018, USD 32.90), Equal Weight/Positive, A/CD/CE/D/J/K/L/M

**Valuation Methodology:** Our $41 price target is based on ~4x FY19E sales of ~$352M.
**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** We see three upside risks to our Equal Weight rating. First, according to public filings, J2 Global tried to acquire the company in the past (2012 and in 2014), suggesting the company has been seen as a strategic asset. Second, while we do not forecast future acquisitions, Carbonite could continue to acquire assets in the SMB backup space that reduce the drag from Consumer, and lift overall growth, which could also re-rate the multiple. Third, the combined SMB portfolio is still integrating its go-to-market strategy, and if this resulted in faster upsell/cross-sell or accelerating growth because of market share gains, this could take our estimates up and cause the stock to outperform.

We also see three downside risks to our Equal Weight rating. First, Consumer makes up about a third of total bookings and we are modeling a decline of mid-single digits, but if renewal rates decrease, that decline could accelerate, which would negatively impact revenue growth and even more so profitability and cash flow because of the segment's higher margins. Second, both EVault and Double-Take brought with them larger upfront revenue businesses which management has hinted at converting to subscription over time. If this conversion takes longer than anticipated, revenue estimates could go up, but could arguably attract a lower multiple versus recurring revenue, causing the stock to underperform. Third, the data protection and recovery market is fragmented with the top eight vendors controlling ~70% of the market, so if those competitors (Veritas, for example) gets more serious about SMB or about cloud delivery, Carbonite could underperform.

**Ratings and Price Target History:**
Carbonite, Inc.
Currency=USD



Source: IDC, Barc ays Research

| Publication Date | Closing Price | Rating | Adjusted Price Target |
|---|---|---|---|
| 24-Ju -2018 | 36.85 | | 41.00 |
| 12-Ju -2018 | 37.60 | | 38.00 |
| 08-May-2018 | 34.90 | | 34.00 |
| 20-Mar-2018 | 29.40 | Equa  We ght | 32.00 |
| 13-Feb-2018 | 21.70 | Rat ng Suspended | |
| 04-Aug-2017 | 21.15 | | 27.00 |
| 26-Jun-2017 | 23.40 | Equa  We ght | 26.00 |

Source: Thomson Reuters, Barc ays Research

H stor ca  stock pr ces and pr ce targets may have been adjusted for stock sp ts and d v dends.

Pr ces are sourced from Thomson Reuters as of the  ast ava ab e c os ng pr ce  n the re evant trad ng market, un ess another t me and source  s nd cated.

**Disclosure Legend:**
**A:** Barc ays Bank PLC and/or an aff  ate has been  ead manager or co- ead manager of a pub c y d sc osed offer of secur t es of the  ssuer  n the prev ous 12 months.
**B:** An emp oyee or non-execut ve d rector of Barc ays Bank PLC and/or an aff  ate  s a d rector of th s  ssuer.
**CD:** Barc ays Bank PLC and/or an aff  ate  s a market-maker  n debt secur t es  ssued by th s  ssuer.
**CE:** Barc ays Bank PLC and/or an aff  ate  s a market-maker  n equ ty secur t es  ssued by th s  ssuer.
**D:** Barc ays Bank PLC and/or an aff  ate has rece ved compensat on for  nvestment bank ng serv ces from th s  ssuer  n the past 12 months.
**E:** Barc ays Bank PLC and/or an aff  ate expects to rece ve or  ntends to seek compensat on for  nvestment bank ng serv ces from th s  ssuer w th n the next 3 months.
**FA:** Barc ays Bank PLC and/or an aff  ate benef c a  y owns 1% or more of a c ass of equ ty secur t es of th s  ssuer, as ca cu ated  n accordance w th US regu at ons.
**FB:** Barc ays Bank PLC and/or an aff  ate benef c a  y owns a  ong pos t on of more than 0.5% of a c ass of equ ty secur t es of th s  ssuer, as ca cu ated  n accordance w th EU regu at ons.
**FC:** Barc ays Bank PLC and/or an aff  ate benef c a  y owns a short pos t on of more than 0.5% of a c ass of equ ty secur t es of th s  ssuer, as ca cu ated  n accordance w th EU regu at ons.
**GD:** One of the ana ysts on the fundamenta  cred t coverage team (or a member of h s or her househo d) has a f nanc a  nterest n the debt or equ ty secur t es of th s  ssuer.
**GE:** One of the ana ysts on the fundamenta  equ ty coverage team (or a member of h s or her househo d) has a f nanc a  nterest n the debt or equ ty secur t es of th s  ssuer.
**H:** Th s  ssuer benef c a  y owns more than 5% of any c ass of common equ ty secur t es of Barc ays PLC.
**I:** Barc ays Bank PLC and/or an aff  ate  s party to an agreement w th th s  ssuer for the prov s on of f nanc a  serv ces to Barc ays Bank PLC and/or an aff  ate.
**J:** Barc ays Bank PLC and/or an aff  ate  s a  qu d ty prov der and/or trades regu ar y  n the secur t es of th s  ssuer and/or  n any re ated der vat ves.
**K:** Barc ays Bank PLC and/or an aff  ate has rece ved non- nvestment bank ng re ated compensat on ( nc ud ng compensat on for brokerage serv ces,  f app cab e) from th s  ssuer w th n the past 12 months.
**L:** Th s  ssuer  s, or dur ng the past 12 months has been, an  nvestment bank ng c ent of Barc ays Bank PLC and/or an aff  ate.
**M:** Th s  ssuer  s, or dur ng the past 12 months has been, a non- nvestment bank ng c ent (secur t es re ated serv ces) of Barc ays Bank PLC and/or an aff  ate.
**N:** Th s  ssuer  s, or dur ng the past 12 months has been, a non- nvestment bank ng c ent (non-secur t es re ated serv ces) of Barc ays Bank PLC and/or an aff  ate.
**O:** Not  n use.
**P:** A partner, d rector or off cer of Barc ays Cap ta  Canada Inc. has, dur ng the preced ng 12 months, prov ded serv ces to the subject company for remunerat on, other than norma  course  nvestment adv sory or trade execut on serv ces.
**Q:** Barc ays Bank PLC and/or an aff  ate  s a Corporate Broker to th s  ssuer.
**R:** Barc ays Cap ta  Canada Inc. and/or an aff  ate has rece ved compensat on for  nvestment bank ng serv ces from th s  ssuer  n the past 12 months.
**S:** Th s  ssuer  s a Corporate Broker to Barc ays PLC.

**T:** Barc ays Bank PLC and/or an aff ate s prov d ng equ ty adv sory serv ces to th s ssuer.
**U:** The equ ty secur t es of th s Canad an ssuer nc ude subord nate vot ng restr cted shares.
**V:** The equ ty secur t es of th s Canad an ssuer nc ude non-vot ng restr cted shares.

**Guide to the Barclays Fundamental Equity Research Rating System:**

Our coverage ana ysts use a re at ve rat ng system n wh ch they rate stocks as Overwe ght, Equa We ght or Underwe ght (see def n t ons be ow) re at ve to other compan es covered by the ana yst or a team of ana ysts that are deemed to be n the same ndustry ("the ndustry coverage un verse"). To see a st of compan es that compr se a part cu ar ndustry coverage un verse, p ease go to https://pub cresearch.barc ays.com.

In add t on to the stock rat ng, we prov de ndustry v ews wh ch rate the out ook for the ndustry coverage un verse as Pos t ve, Neutra or Negat ve (see def n t ons be ow). A rat ng system us ng terms such as buy, ho d and se s not the equ va ent of our rat ng system. Investors shou d carefu y read the ent re research report nc ud ng the def n t ons of a rat ngs and not nfer ts contents from rat ngs a one.

**Stock Rating**
**Overweight** - The stock s expected to outperform the unwe ghted expected tota return of the ndustry coverage un verse over a 12-month nvestment hor zon.
**Equal Weight** - The stock s expected to perform n ne w th the unwe ghted expected tota return of the ndustry coverage un verse over a 12-month nvestment hor zon.
**Underweight** - The stock s expected to underperform the unwe ghted expected tota return of the ndustry coverage un verse over a 12-month nvestment hor zon.
**Rating Suspended** - The rat ng and target pr ce have been suspended temporar y due to market events that made coverage mpract cab e or to comp y w th app cab e regu at ons and/or f rm po c es n certa n c rcumstances nc ud ng where the Investment Bank of Barc ays Bank PLC s act ng n an adv sory capac ty n a merger or strateg c transact on nvo v ng the company.

**Industry View**
**Positive** - ndustry coverage un verse fundamenta s/va uat ons are mprov ng.
**Neutral** - ndustry coverage un verse fundamenta s/va uat ons are steady, ne ther mprov ng nor deter orat ng.
**Negative** - ndustry coverage un verse fundamenta s/va uat ons are deter orat ng.

**Distribution of Ratings:**
Barc ays Equ ty Research has 1543 compan es under coverage.
45% have been ass gned an Overwe ght rat ng wh ch, for purposes of mandatory regu atory d sc osures, s c ass f ed as a Buy rat ng; 58% of compan es w th th s rat ng are nvestment bank ng c ents of the F rm; 76% of the ssuers w th th s rat ng have rece ved f nanc a serv ces from the F rm.
38% have been ass gned an Equa We ght rat ng wh ch, for purposes of mandatory regu atory d sc osures, s c ass f ed as a Ho d rat ng; 47% of compan es w th th s rat ng are nvestment bank ng c ents of the F rm; 67% of the ssuers w th th s rat ng have rece ved f nanc a serv ces from the F rm.
14% have been ass gned an Underwe ght rat ng wh ch, for purposes of mandatory regu atory d sc osures, s c ass f ed as a Se rat ng; 37% of compan es w th th s rat ng are nvestment bank ng c ents of the F rm; 68% of the ssuers w th th s rat ng have rece ved f nanc a serv ces from the F rm.

**Guide to the Barclays Research Price Target:**
Each ana yst has a s ng e pr ce target on the stocks that they cover. The pr ce target represents that ana yst s expectat on of where the stock w trade n the next 12 months. Ups de/downs de scenar os, where prov ded, represent potent a ups de/potent a downs de to each ana yst s pr ce target over the same 12-month per od.

**Top Picks:**
Barc ays Equ ty Research s "Top P cks" represent the s ng e best a pha-generat ng nvestment dea w th n each ndustry (as def ned by the re evant " ndustry coverage un verse"), taken from among the Overwe ght-rated stocks w th n that ndustry. Barc ays Equ ty Research pub shes "Top P cks" reports every quarter and ana ysts may a so pub sh ntra-quarter changes to the r Top P cks, as necessary. Wh e ana ysts may h gh ght other Overwe ght-rated stocks n the r pub shed research n add t on to the r Top P ck, there can on y be one "Top P ck" for each ndustry. To v ew the current st of Top P cks, go to the Top P cks page on Barc ays L ve (https:// ve.barcap.com/go/keyword/TopP cks).
To see a st of compan es that compr se a part cu ar ndustry coverage un verse, p ease go to https://pub cresearch.barc ays.com.

**Types of investment recommendations produced by Barclays Equity Research:**
In add t on to any rat ngs ass gned under Barc ays' forma rat ng systems, th s pub cat on may conta n nvestment recommendat ons n the form of trade deas, themat c screens, scorecards or portfo o recommendat ons that have been produced by ana ysts w th n Equ ty Research. Any such nvestment recommendat ons sha rema n open unt they are subsequent y amended, reba anced or c osed n a future research report.

**Disclosure of other investment recommendations produced by Barclays Equity Research:**
Barc ays Equ ty Research may have pub shed other nvestment recommendat ons n respect of the same secur t es/ nstruments recommended n th s research report dur ng the preced ng 12 months. To v ew a nvestment recommendat ons pub shed by Barc ays Equ ty Research n the preced ng 12 months p ease refer to https:// ve.barcap.com/go/research/Recommendat ons.

**Legal entities involved in producing Barclays Research:**

Barc ays Bank PLC (Barc ays, UK)

Barc ays Cap ta  Inc. (BCI, US)

Barc ays Secur t es Japan L m ted (BSJL, Japan)

Barc ays Bank PLC, Hong Kong branch (Barc ays Bank, Hong Kong)

Barc ays Cap ta  Canada Inc. (BCCI, Canada)

Barc ays Bank Mex co, S.A. (BBMX, Mex co)

Barc ays Secur t es (Ind a) Pr vate L m ted (BSIPL, Ind a)

Barc ays Bank PLC, Ind a branch (Barc ays Bank, Ind a)

Barc ays Bank PLC, S ngapore branch (Barc ays Bank, S ngapore)

**Disclaimer:**

Th s pub cat on has been produced by Barc ays Research Department  n the Investment Bank of Barc ays Bank PLC and/or one or more of  ts aff  ates (co ect ve y and each  nd v dua y, "Barc ays"). It has been d str buted by one or more Barc ays aff  ated  ega ent t es  sted be ow. It  s prov ded to our c ents for  nformat on purposes on y, and Barc ays makes no express or  mp ed warrant es, and express y d sc a ms a  warrant es of merchantab  ty or f tness for a part cu ar purpose or use w th respect to any data  nc uded  n th s pub cat on. To the extent that th s pub cat on states on the front page that  t  s  ntended for  nst tut ona  nvestors and  s not subject to a  of the  ndependence and d sc osure standards app cab e to debt research reports prepared for reta   nvestors under U.S. FINRA Ru e 2242, t  s an " nst tut ona  debt research report" and d str but on to reta   nvestors  s str ct y proh b ted. Barc ays a so d str butes such  nst tut ona  debt research reports to var ous  ssuers, med a, regu atory and academ c organ sat ons for the r own  nterna   nformat ona  news gather ng, regu atory or academ c purposes and not for the purpose of mak ng  nvestment dec s ons regard ng any debt secur t es. Med a organ sat ons are proh b ted from re-pub sh ng any op n on or recommendat on concern ng a debt  ssuer or debt secur ty conta ned  n any Barc ays  nst tut ona  debt research report. Any such rec p ents that do not want to cont nue rece v ng Barc ays  nst tut ona  debt research reports shou d contact debtresearch@barc ays.com. Barc ays w   not treat unauthor zed rec p ents of th s report as  ts c ents and accepts no  ab  ty for use by them of the contents wh ch may not be su tab e for the r persona  use. Pr ces shown are  nd cat ve and Barc ays  s not offer ng to buy or se  or so  c t ng offers to buy or se  any f nanc a  nstrument.

W thout  m t ng any of the forego ng and to the extent perm tted by  aw,  n no event sha  Barc ays, nor any aff  ate, nor any of the r respect ve off cers, d rectors, partners, or emp oyees have any  ab  ty for (a) any spec a , pun t ve,  nd rect, or consequent a damages; or (b) any  ost prof ts,  ost revenue,  oss of ant c pated sav ngs or  oss of opportun ty or other f nanc a  oss, even  f not f ed of the poss b  ty of such damages, ar s ng from any use of th s pub cat on or  ts contents.

Other than d sc osures re at ng to Barc ays, the  nformat on conta ned  n th s pub cat on has been obta ned from sources that Barc ays Research be eves to be re ab e, but Barc ays does not represent or warrant that  t  s accurate or comp ete. Barc ays  s not respons b e for, and makes no warrant es whatsoever as to, the  nformat on or op n ons conta ned  n any wr tten, e ectron c, aud o or v deo presentat ons of th rd part es that are access b e v a a d rect hyper nk  n th s pub cat on or v a a hyper nk to a th rd-party web s te ('Th rd-Party Content'). Any such Th rd-Party Content has not been adopted or endorsed by Barc ays, does not represent the v ews or op n ons of Barc ays, and  s not  ncorporated by reference  nto th s pub cat on. Th rd-Party Content  s prov ded for  nformat on purposes on y and Barc ays has not  ndependent y ver f ed  ts accuracy or comp eteness.

The v ews  n th s pub cat on are so e y and exc us ve y those of the author ng ana yst(s) and are subject to change, and Barc ays Research has no ob gat on to update  ts op n ons or the  nformat on  n th s pub cat on. Un ess otherw se d sc osed here n, the ana ysts who authored th s report have not rece ved any compensat on from the subject compan es  n the past 12 months. If th s pub cat on conta ns recommendat ons, they are genera  recommendat ons that were prepared  ndependent y of any other  nterests,  nc ud ng those of Barc ays and/or  ts aff  ates, and/or the subject compan es. Th s pub cat on does not conta n persona   nvestment recommendat ons or  nvestment adv ce or take  nto account the  nd v dua  f nanc a  c rcumstances or  nvestment object ves of the c ents who rece ve  t. The secur t es and other  nvestments d scussed here n may not be su tab e for a   nvestors. Barc ays  s not a f duc ary to any rec p ent of th s pub cat on. Investors must  ndependent y eva uate the mer ts and r sks of the  nvestments d scussed here n, consu t any  ndependent adv sors they be eve necessary, and exerc se  ndependent judgment w th regard to any  nvestment dec s on. The va ue of and  ncome from any  nvestment may f uctuate from day to day as a resu t of changes  n re evant econom c markets ( nc ud ng changes  n market  qu d ty). The  nformat on here n  s not  ntended to pred ct actua  resu ts, wh ch may d ffer substant a y from those ref ected. Past performance  s not necessar y  nd cat ve of future resu ts.

Th s document  s be ng d str buted (1) on y by or w th the approva  of an author sed person (Barc ays Bank PLC) or (2) to, and  s d rected at (a) persons  n the Un ted K ngdom hav ng profess ona  exper ence  n matters re at ng to  nvestments and who fa  w th n the def n t on of " nvestment profess ona s"  n Art c e 19(5) of the F nanc a  Serv ces and Markets Act 2000 (F nanc a  Promot on) Order 2005 (the "Order"); or (b) h gh net worth compan es, un ncorporated assoc at ons and partnersh ps and trustees of h gh va ue trusts as descr bed  n Art c e 49(2) of the Order; or (c) other persons to whom  t may otherw se  awfu y be commun cated (a  such persons be ng "Re evant Persons"). Any  nvestment or  nvestment act v ty to wh ch th s commun cat on re ates  s on y ava ab e to and w  on y be engaged  n w th Re evant Persons. Any other persons who rece ve th s commun cat on shou d not re y on or act upon  t.

Barc ays Bank PLC  s author sed by the Prudent a  Regu at on Author ty and regu ated by the F nanc a  Conduct Author ty and the Prudent a  Regu at on Author ty and  s a member of the London Stock Exchange.

The Investment Bank of Barc ays Bank PLC undertakes U.S. secur t es bus ness  n the name of  ts who  y owned subs d ary Barc ays Cap ta  Inc., a FINRA and SIPC member. Barc ays Cap ta  Inc., a U.S. reg stered broker/dea er,  s d str but ng th s mater a   n the Un ted States and,  n connect on therew th accepts respons b  ty for  ts contents. Any U.S. person w sh ng to effect a transact on  n any secur ty d scussed here n shou d do so on y by contact ng a representat ve of Barc ays Cap ta  Inc.  n the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons shou d contact and execute transact ons through a Barc ays Bank PLC branch or aff  ate  n the r home jur sd ct on un ess  oca  regu at ons perm t otherw se.

Barc ays Bank PLC, Par s Branch (reg stered  n France under Par s RCS number 381 066 281)  s regu ated by the Autor té des marchés f nanc ers and the Autor té de contrô e prudent e . Reg stered off ce 34/36 Avenue de Fr ed and 75008 Par s.

Th s mater a   s d str buted  n Canada by Barc ays Cap ta  Canada Inc., a reg stered  nvestment dea er, a Dea er Member of IIROC

(www. roc.ca), and a Member of the Canad an Investor Protect on Fund (CIPF).

A  Barc ays research reports are d str buted to  nst tut ona  nvestors  n Japan by Barc ays Secur t es Japan L m ted. Barc ays Secur t es Japan L m ted  s a jo nt-stock company  ncorporated  n Japan w th reg stered off ce of 6-10-1 Roppong , M nato-ku, Tokyo 106-6131, Japan. It  s a subs d ary of Barc ays Bank PLC and a reg stered f nanc a  nstruments f rm regu ated by the F nanc a Serv ces Agency of Japan. Reg stered Number: Kanto Za mukyokucho (k nsho) No. 143.

Barc ays Bank PLC, Hong Kong Branch  s d str but ng th s mater a  n Hong Kong as an author sed  nst tut on regu ated by the Hong Kong Monetary Author ty. Reg stered Off ce: 41/F, Cheung Kong Center, 2 Queen s Road Centra , Hong Kong.

A  Ind an secur t es-re ated research and other equ ty research produced by Barc ays' Investment Bank are d str buted  n Ind a by Barc ays Secur t es (Ind a) Pr vate L m ted (BSIPL). BSIPL  s a company  ncorporated under the Compan es Act, 1956 hav ng CIN U67120MH2006PTC161063. BSIPL  s reg stered and regu ated by the Secur t es and Exchange Board of Ind a (SEBI) as a Research Ana yst: INH000001519; Portfo o Manager INP000002585; Stock Broker/Trad ng and C ear ng Member: Nat ona  Stock Exchange of Ind a L m ted (NSE) Cap ta  Market INB231292732, NSE Futures & Opt ons INF231292732, NSE Currency der vat ves INE231450334, Bombay Stock Exchange L m ted (BSE) Cap ta  Market INB011292738, BSE Futures & Opt ons INF011292738; Depos tory Part c pant (DP) w th the Nat ona  Secur t es & Depos tor es L m ted (NSDL): DP ID: IN-DP-NSDL-299-2008; Investment Adv ser: INA000000391. The reg stered off ce of BSIPL  s at 208, Ceejay House, Sh vsagar Estate, Dr. A. Besant Road, Wor , Mumba    400 018, Ind a. Te ephone No:   91 2267196000. Fax number:   91 22 67196100. Any other reports produced by Barc ays' Investment Bank are d str buted  n Ind a by Barc ays Bank PLC, Ind a Branch, an assoc ate of BSIPL  n Ind a that  s reg stered w th Reserve Bank of Ind a (RBI) as a Bank ng Company under the prov s ons of The Bank ng Regu at on Act, 1949 (Regn No BOM43) and reg stered w th SEBI as Merchant Banker (Regn No INM000002129) and a so as Banker to the Issue (Regn No INBI00000950). Barc ays Investments and Loans (Ind a) L m ted, reg stered w th RBI as Non Bank ng F nanc a  Company (Regn No RBI CoR-07-00258), and Barc ays Wea th Trustees (Ind a) Pr vate L m ted, reg stered w th Reg strar of Compan es (CIN U93000MH2008PTC188438), are assoc ates of BSIPL  n Ind a that are not author sed to d str bute any reports produced by Barc ays' Investment Bank.

Barc ays Bank PLC Frankfurt Branch d str butes th s mater a  n Germany under the superv s on of Bundesansta t für F nanzd enst e stungsaufs cht (BaF n).

Th s mater a  s d str buted  n Mex co by Barc ays Bank Mex co, S.A.

Noth ng here n shou d be cons dered  nvestment adv ce as def ned  n the Israe  Regu at on of Investment Adv sory, Investment Market ng and Portfo o Management Law, 1995 ("Adv sory Law"). Th s document  s be ng made to e g b e c ents (as def ned under the Adv sory Law) on y. Barc ays Israe  branch prev ous y he d an  nvestment market ng  cense w th the Israe  Secur t es Author ty but  t cance ed such  cense on 30/11/2014 as  t so e y prov des  ts serv ces to e g b e c ents pursuant to ava  ab e exempt ons under the Adv sory Law, therefore a  cense w th the Israe  Secur t es Author ty  s not requ red. Accord ng y, Barc ays does not ma nta n an  nsurance coverage pursuant to the Adv sory Law.

Barc ays Bank PLC  n the Duba  Internat ona  F nanc a  Centre (Reg stered No. 0060)  s regu ated by the Duba  F nanc a  Serv ces Author ty (DFSA). Pr nc pa  p ace of bus ness  n the Duba  Internat ona  F nanc a  Centre: The Gate V age, Bu d ng 4, Leve  4, PO Box 506504, Duba , Un ted Arab Em rates. Barc ays Bank PLC-DIFC Branch, may on y undertake the f nanc a  serv ces act v t es that fa  w th n the scope of  ts ex st ng DFSA  cence. Re ated f nanc a  products or serv ces are on y ava  ab e to Profess ona  C ents, as def ned by the Duba  F nanc a  Serv ces Author ty.

Barc ays Bank PLC  n the UAE  s regu ated by the Centra  Bank of the UAE and  s  censed to conduct bus ness act v t es as a branch of a commerc a  bank  ncorporated outs de the UAE  n Duba  (L cence No.: 13/1844/2008, Reg stered Off ce: Bu d ng No. 6, Burj Duba Bus ness Hub, She kh Zayed Road, Duba  C ty) and Abu Dhab  (L cence No.: 13/952/2008, Reg stered Off ce: A  Jaz ra Towers, Hamdan Street, PO Box 2734, Abu Dhab ).

Barc ays Bank PLC  n the Qatar F nanc a  Centre (Reg stered No. 00018)  s author sed by the Qatar F nanc a  Centre Regu atory Author ty (QFCRA). Barc ays Bank PLC-QFC Branch may on y undertake the regu ated act v t es that fa  w th n the scope of  ts ex st ng QFCRA  cence. Pr nc pa  p ace of bus ness  n Qatar: Qatar F nanc a  Centre, Off ce 1002, 10th F oor, QFC Tower, D p omat c Area, West Bay, PO Box 15891, Doha, Qatar. Re ated f nanc a  products or serv ces are on y ava  ab e to Bus ness Customers as def ned by the Qatar F nanc a  Centre Regu atory Author ty.

Th s mater a  s d str buted  n the UAE ( nc ud ng the Duba  Internat ona  F nanc a  Centre) and Qatar by Barc ays Bank PLC.

Th s mater a  s not  ntended for  nvestors who are not Qua  f ed Investors accord ng to the  aws of the Russ an Federat on as  t m ght conta n  nformat on about or descr pt on of the features of f nanc a  nstruments not adm tted for pub c offer ng and/or c rcu at on  n the Russ an Federat on and thus not e g b e for non-Qua  f ed Investors. If you are not a Qua  f ed Investor accord ng to the  aws of the Russ an Federat on, p ease d spose of any copy of th s mater a  n your possess on.

Th s mater a  s d str buted  n S ngapore by the S ngapore branch of Barc ays Bank PLC, a bank  censed  n S ngapore by the Monetary Author ty of S ngapore. For matters  n connect on w th th s report, rec p ents  n S ngapore may contact the S ngapore branch of Barc ays Bank PLC, whose reg stered address  s 10 Mar na Bou evard, #23-01 Mar na Bay F nanc a  Centre Tower 2, S ngapore 018983.

Th s mater a  s d str buted to persons  n Austra a by e ther Barc ays Bank PLC, Barc ays Cap ta  Inc., Barc ays Cap ta  Secur t es L m ted or Barc ays Cap ta  As a L m ted. None of Barc ays Bank PLC, nor any of the other referenced Barc ays group ent t es, ho d an Austra an f nanc a  serv ces  cence and  nstead they each re y on an exempt on from the requ rement to ho d such a  cence. Th s mater a  s  ntended to on y be d str buted to "who esa e c ents" as def ned by the Austra  an Corporat ons Act 2001.

IRS C rcu ar 230 Prepared Mater a s D sc a mer: Barc ays does not prov de tax adv ce and noth ng conta ned here n shou d be construed to be tax adv ce. P ease be adv sed that any d scuss on of U.S. tax matters conta ned here n ( nc ud ng any attachments) ( )  s not  ntended or wr tten to be used, and cannot be used, by you for the purpose of avo d ng U.S. tax-re ated pena t es; and ( ) was wr tten to support the promot on or market ng of the transact ons or other matters addressed here n. Accord ng y, you shou d seek adv ce based on your part cu ar c rcumstances from an  ndependent tax adv sor.

© Copyr ght Barc ays Bank PLC (2018). A  r ghts reserved. No part of th s pub cat on may be reproduced or red str buted  n any manner w thout the pr or wr tten perm ss on of Barc ays. Barc ays Bank PLC  s reg stered  n Eng and No. 1026167. Reg stered off ce 1 Church  P ace, London, E14 5HP. Add t ona  nformat on regard ng th s pub cat on w   be furn shed upon request.