# EXHIBIT 12

*Carbonite's Form 8-K*
*11/01/2018*

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): November 1, 2018**

# CARBONITE, INC.
**(Exact name of registrant as specified in its charter)**

| Delaware | 001-35264 | 33-1111329 |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |

**Two Avenue de Lafayette, Boston, Massachusetts 02111**
**(Address of principal executive offices, including ZIP code)**

**(617) 587-1100**
**(Registrant's telephone number, including area code)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions

☐    Written communications pursuant to Rule 425 under the Securities Act (17 C.F.R. §230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 C.F.R. §230.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 C.F.R. §14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 C.F.R. §13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2).
Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02**          **Results of Operations and Financial Condition**

On November 1, 2018, Carbonite, Inc. (the "Company") issued a press release announcing its financial results for the quarter ended September 30, 2018. A copy of the press release is furnished as Exhibit 99.1 to this Current Report on Form 8-K and is incorporated herein by reference.

The information furnished under this Item 2.02, including Exhibit 99.1 incorporated by reference herein, shall not be deemed "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section and shall not be deemed to be incorporated by reference into any filing under the Securities Act of 1933, as amended (the "Securities Act"), or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 7.01**          **Regulation FD Disclosure**

In connection with the issuance of the press release attached hereto as Exhibit 99.1, the Company is holding a public conference call and webcast on November 1, 2018, at 5:30 p.m. ET, during which the Company will provide the investor presentation attached as Exhibit 99.2 to this Current Report. The presentation will also be posted on the investor relations portion of the Company's website.

The information furnished under this Item 7.01, including Exhibit 99.1 and Exhibit 99.2 incorporated by reference herein, shall not be deemed "filed" for purposes of Section 18 of the Exchange Act or otherwise subject to the liabilities of that section and shall not be deemed to be incorporated by reference into any filing under the Securities Act, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01**          **Exhibits**

(d)    Exhibits.

99.1 Press Release dated November 1, 2018

99.2 Investor Presentation dated November 1, 2018

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, hereunto duly authorized on November 1, 2018.

CARBONITE, INC.

| | |
|---|---|
| By: | /s/ Danielle Sheer |
| Name: | Danielle Sheer |
| Title: | General Counsel |

**Exhibit 99.1**

**Carbonite Announces Third Quarter 2018 Financial Results**

**59% Business Subscription Bookings Growth and Better-than-Expected Profitability**

**BOSTON, MA - November 1, 2018** - Carbonite, Inc. (NASDAQ: CARB), a global leader in data protection, today announced financial results for the quarter ended September 30, 2018.

Third Quarter 2018 Highlights:

- Revenue of $77.7 million increased 26% year-over-year.
- Non-GAAP revenue of $79.1 million increased 25% year-over-year.[1]
- Business subscription bookings of $43.9 million increased 59% year-over-year.[2]
- Net income for the third quarter was $0.6 million, compared to net loss of ($3.6) million in the third quarter of 2017.
- Net income (loss) per share was $0.02 (basic and diluted), as compared to ($0.13) in 2017 (basic and diluted).
- Non-GAAP net income per share was $0.53 (basic) and $0.48 (diluted), as compared to $0.26 (basic) and $0.25 (diluted) in 2017.[3]
- Adjusted EBITDA of $23.0 million, or 29% of non-GAAP revenue, compared to $11.3 million, or 18% of non-GAAP revenue in 2017.[4]

"We continue to deliver strong results across the board while successfully executing against our strategic plan," said Mohamad Ali, CEO of Carbonite. "With the newly launched Carbonite Data Protection Console and our robust server backup solution that now includes purpose-built protection for virtual machines, our solutions address all of the market's most pressing data protection needs. In addition to our strengthening product portfolio, we are making investments in our partner network to effectively enable our partners to sell the full suite of Carbonite data protection solutions."

"In Q3 we delivered strong bookings growth, significantly expanded gross margin, and drove a meaningful increase in free cash flow. Our focus on driving total growth and delivering operating efficiencies across the business continues to yield exceptional results," said Anthony Folger, CFO of Carbonite.

The Company uses a variety of operational and financial metrics, including non-GAAP financial measures, to evaluate its performance and financial condition. The accompanying financial data includes additional information regarding these metrics and a reconciliation of non-GAAP financial information to GAAP. The presentation of non-GAAP financial information should not be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.

Third Quarter 2018 Results:

- Revenue for the third quarter was $77.7 million, an increase of 26% from $61.6 million in the third quarter of 2017. Non-GAAP revenue for the third quarter was $79.1 million, an increase of 25% from $63.1 million in the third quarter of 2017.[1]
- Bookings for the third quarter were $78.8 million, an increase of 32% from $59.7 million in the third quarter of 2017.[2]
- Net income for the third quarter was $0.6 million, compared to net loss of ($3.6) million in the third quarter of 2017. Non-GAAP net income for the third quarter was $17.3 million, compared to non-GAAP net income of $7.3 million in the third quarter of 2017.[3]
- Net income per share for the third quarter was $0.02 (basic and diluted), compared to net loss per share of ($0.13) (basic and diluted) in the third quarter of 2017. Non-GAAP net income per share was $0.53 (basic) and $0.48 (diluted) for the third quarter, compared to non-GAAP net income per share of $0.26 (basic) and $0.25 (diluted) in the third quarter of 2017.[3]
- Adjusted EBITDA for the third quarter was $23.0 million, compared to $11.3 million in the third quarter of 2017.[4]
- Gross margin for the third quarter was 71.9%, compared to 71.5% in the third quarter of 2017. Non-GAAP gross margin was 78.4% in the third quarter, compared to 76.3% in the third quarter of 2017.[5]
- Cash flow from operations for the third quarter was $17.0 million, compared to $6.9 million in the third quarter of 2017. Adjusted free cash flow for the third quarter was $17.3 million, compared to $6.0 million in the third quarter of 2017.[6]

[1]  Non-GAAP revenue excludes the impact of purchase accounting adjustments for acquisitions.

[2]  Bookings represent the aggregate dollar value of customer subscriptions and software arrangements, which may include multiple revenue elements, such as software licenses, hardware, professional services and post-contractual support, received during a period and are calculated as revenue recognized during a particular period plus the change in total deferred revenue, excluding deferred revenue recorded in connection with acquisitions, divestitures and the adoption impact of Topic 606, net of foreign exchange and the change in unbilled revenue during the same period. Business subscription bookings specifically include sales of software-as-a-service offerings, royalty arrangements and term software licenses.

[3]  Non-GAAP net income and non-GAAP net income per share excludes the impact of purchase accounting adjustments on acquired deferred revenue, amortization expense on intangible assets, stock-based compensation expense, litigation-related expense, restructuring-related expense, acquisition-related expense, non-cash convertible debt interest expense and the income tax effect of non-GAAP adjustments.

[4]  Adjusted EBITDA is calculated by excluding the impact of interest expense, net, income taxes, depreciation, amortization, purchase accounting adjustments on acquired deferred revenue, stock-based compensation expense, litigation-related expense, restructuring-related expense, and acquisition-related expense from net income (loss).

[5]  Non-GAAP gross margin excludes the impact of purchase accounting adjustments on acquired deferred revenue, amortization expense on intangible assets, stock-based compensation expense, and acquisition-related expense.

[6]  Adjusted free cash flow is calculated by subtracting the cash paid for the purchase of property and equipment and adding the payments related to acquisitions, restructuring, and litigation from net cash provided by operating activities.

**Business Outlook**

Based on the information available as of November 1, 2018, Carbonite expects the following for the fourth quarter and full year of 2018:

Fourth Quarter 2018:

|  | Current Guidance (11/1/2018) |
| --- | --- |
| GAAP Revenue | $77.6 - $80.6 million |
| Non-GAAP Revenue | $78.6 - $81.6 million |
| Non-GAAP Net Income Per Share (Diluted) | $0.40 - $0.44 |

Full Year 2018:

|  | Prior Guidance (8/2/2018) | Current Guidance (11/1/2018) |
| --- | --- | --- |
| Business Bookings | $223.8 - $234.8 million | $205.0 - $210.0 million |
| Consumer Bookings Y/Y Growth | 10% - 15% growth | 15% - 20% growth |
| GAAP Revenue | $296.9 - $306.9 million | $297.0 - $300.0 million |
| Non-GAAP Revenue | $302.5 - $312.5 million | $302.5 - $305.5 million |
| Non-GAAP Net Income Per Share (Diluted) | $1.51 - $1.59 | $1.61 - $1.65 |
| Non-GAAP Gross Margin | 76.5% - 77.5% | 76.5% - 77.5% |
| Adjusted Free Cash Flow | $40.0 - $45.0 million | $43.0 - $46.0 million |

Carbonite's expectations of non-GAAP net income per share for the fourth quarter and full year of 2018 excludes the impact of purchase accounting adjustments on acquired deferred revenue, amortization expense on intangible assets, stock-based compensation expense, litigation-related expense, restructuring-related expense, non-cash convertible debt interest expense, and the income tax effect of non-GAAP adjustments. Non-GAAP net income per share assumes an effective tax rate of 8% for the full year of 2018. Non-GAAP net income per share assumes fully-diluted weighted average shares outstanding of approximately 37.8 million for the fourth quarter and 34.0 million for the full year of 2018.

**Conference Call and Webcast Information**

Carbonite will host a conference call on Thursday, November 1, 2018 at 5:30 p.m. ET to review these results. This call will be webcast live and can be found in the investor relations section of the Company's website at http://investor.carbonite.com. The conference call can also be accessed by dialing (877) 303-1393 in the United States or (315) 625-3228 internationally with the passcode 7758358.

Following the completion of the call, a recorded replay will be available on the Company's website, http://investor.carbonite.com, under "Events & Presentations".

**Non-GAAP Financial Measures**

To supplement our consolidated financial statements presented in accordance with GAAP, this press release contains non-GAAP financial measures, including bookings, non-GAAP revenue, non-GAAP gross margin, non-GAAP net income and non-GAAP net income per share, non-GAAP operating expense, adjusted EBITDA and adjusted free cash flow.

The Company believes that these non-GAAP measures of financial results provide useful information to management and investors regarding certain financial and business trends relating to the Company's financial condition and ordinary results of operations. The Company's management uses these non-GAAP measures to compare the Company's performance to that of prior periods and uses these measures in financial reports prepared for management and the Company's board of directors. The Company believes that the use of these non-GAAP financial measures provides an additional tool for investors to use in evaluating ongoing operating results and trends and in comparing the Company's financial measures with other software-as-a-service companies, many of which present similar non-GAAP financial measures to investors.

The Company does not consider these non-GAAP measures in isolation or as an alternative to financial measures determined in accordance with GAAP. The principal limitation of these non-GAAP financial measures is that they exclude significant items that are required by GAAP to be recorded in the Company's financial statements. In addition, they are subject to inherent limitations as they reflect the exercise of judgments by management. The Company urges investors to review the reconciliation of its non-GAAP financial measures to the comparable GAAP financial measures provided in the tables at the end of this press release, and not to rely on any single financial measure to evaluate the Company's business.

With respect to our expectations under "Business Outlook" above, the Company has not reconciled non-GAAP net income per share to net income per share in this press release because we do not provide guidance for amortization expense on intangible assets, stock-based compensation expense, litigation-related expense, restructuring-related expense, acquisition-related expense, non-cash convertible debt interest expense, and the income tax effect of non-GAAP adjustments as we are unable to quantify certain of these amounts that would be required to be included in the GAAP measure without unreasonable efforts. In addition, the Company believes such reconciliations would imply a degree of precision that would be confusing or misleading to investors.

**Cautionary Language Concerning Forward-Looking Statements**

Certain matters discussed in this press release, including under "Business Outlook," have "forward-looking statements" intended to qualify for the safe harbor from liability established by the Private Securities Litigation Reform Act of 1995. These forward-looking statements may generally be identified as such because the context of such statements will include words such as "anticipate," "believe," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "should," "will," "would" or words of similar import. Similarly, statements that describe the Company's future plans, objectives or goals are also forward-looking statements. Such forward-looking statements are subject to risks, uncertainties and other important factors that could cause actual results and the timing of certain events to differ materially from future results expressed or implied by such forward-looking statements. Factors that could cause or contribute to such differences include, but are not limited to, our ability to integrate acquisitions into our operations and achieve the expected benefits of such acquisitions, our ability to profitably attract new customers and retain existing customers, our dependence on the market for cloud backup services, our ability to manage growth, changes in economic or regulatory conditions or other trends affecting the Internet and the information technology industry, and those discussed in the section titled "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2017 filed with the Securities and Exchange Commission (the "SEC"), which is available on www.sec.gov, and elsewhere in any subsequent periodic or current reports filed by us with the SEC. Except as required by applicable law, we do not undertake any obligation to update our forward-looking statements to reflect future events, new information or circumstances.

**About Carbonite**

Carbonite provides a robust Data Protection Platform for businesses, including backup, disaster recovery, high availability and workload migration technology. The Carbonite Data Protection Platform supports global businesses with secure cloud infrastructure. To learn more visit www.Carbonite.com.

**Investor Relations Contact:**

Jeremiah Sisitsky
Carbonite
781-928-0713
investor.relations@carbonite.com

**Media Contact:**

Sarah King
Carbonite
617-421-5601
media@carbonite.com

Carbonite, Inc.
Consolidated Statement of Operations (unaudited)
(In thousands, except share and per share amounts)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| Revenue | $ 77,682 | $ 61,637 | $ 219,442 | $ 177,770 |
| Cost of revenue | 21,828 | 17,590 | 63,197 | 53,256 |
| Gross profit | 55,854 | 44,047 | 156,245 | 124,514 |
| Operating expenses: | | | | |
| Research and development | 14,914 | 12,781 | 43,152 | 34,035 |
| General and administrative | 11,159 | 9,676 | 39,079 | 33,399 |
| Sales and marketing | 21,184 | 22,131 | 63,130 | 68,165 |
| Amortization of intangible assets | 3,924 | 553 | 8,515 | 1,535 |
| Restructuring charges | 357 | - | 1,260 | - |
| Total operating expenses | 51,538 | 45,141 | 155,136 | 137,134 |
| Income (loss) from operations | 4,316 | (1,094) | 1,109 | (12,620) |
| Interest expense | (2,873) | (2,416) | (8,894) | (5,011) |
| Interest income | 390 | 210 | 803 | 364 |
| Other (expense) income, net | (147) | (66) | 48 | 1,129 |
| Income (loss) before income taxes | 1,686 | (3,366) | (6,934) | (16,138) |
| Provision (benefit) for income taxes | 1,100 | 237 | (13,777) | (13,750) |
| Net income (loss) | $ 586 | $ (3,603) | $ 6,843 | $ (2,388) |
| Net income (loss) per share: | | | | |
| Basic | $ 0.02 | $ (0.13) | $ 0.23 | $ (0.09) |
| Diluted | $ 0.02 | $ (0.13) | $ 0.21 | $ (0.09) |
| Weighted-average shares outstanding: | | | | |
| Basic | 32,876,529 | 27,795,858 | 29,965,390 | 27,714,273 |
| Diluted | 36,454,443 | 27,795,858 | 32,762,302 | 27,714,273 |

Carbonite, Inc.
Consolidated Balance Sheets (unaudited)
(In thousands)

| | September 30, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets | | | | |
| Cash and cash equivalents | $ | 200,981 | $ | 128,231 |
| Trade accounts receivable, net | | 32,582 | | 22,219 |
| Prepaid expenses and other current assets | | 10,059 | | 6,823 |
| Total current assets | | 243,622 | | 157,273 |
| Property and equipment, net | | 35,436 | | 28,790 |
| Other assets | | 13,072 | | 804 |
| Acquired intangible assets, net | | 126,501 | | 44,994 |
| Goodwill | | 155,258 | | 80,958 |
| Total assets | $ | 573,889 | $ | 312,819 |
| **Liabilities, Temporary Equity and Stockholders' Equity** | | | | |
| Current liabilities | | | | |
| Accounts payable | $ | 4,074 | $ | 10,842 |
| Accrued compensation | | 9,398 | | 9,892 |
| Accrued expenses and other current liabilities | | 15,848 | | 11,783 |
| Short-term debt | | 116,640 | | - |
| Current portion of deferred revenue | | 121,270 | | 100,241 |
| Total current liabilities | | 267,230 | | 132,758 |
| Long-term debt | | - | | 111,819 |
| Deferred revenue, net of current portion | | 28,044 | | 24,273 |
| Other long-term liabilities | | 5,686 | | 5,704 |
| Total liabilities | | 300,960 | | 274,554 |
| Temporary equity | | 27,110 | | - |
| Stockholders' equity | | | | |
| Common stock | | 365 | | 301 |
| Additional paid-in capital | | 420,383 | | 233,343 |
| Treasury stock, at cost | | (27,837) | | (26,616) |
| Accumulated deficit | | (148,621) | | (169,344) |
| Accumulated other comprehensive income | | 1,529 | | 581 |
| Total stockholders' equity | | 245,819 | | 38,265 |
| Total liabilities, temporary equity and stockholders' equity | $ | 573,889 | $ | 312,819 |

Carbonite, Inc.
Consolidated Statement of Cash Flows (unaudited)
(In thousands)

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2018 | 2017 |
| **Operating activities** | | |
| Net income (loss) | $ 6,843 | $ (2,388) |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 29,622 | 16,039 |
| Amortization of deferred costs | 1,521 | - |
| Gain on disposal of equipment | (245) | (893) |
| Impairment of capitalized software | 653 | 906 |
| Stock-based compensation expense | 13,461 | 9,220 |
| Benefit for deferred income taxes | (16,228) | (15,054) |
| Non-cash interest expense related to amortization of debt discount | 4,712 | 2,943 |
| Other non-cash items, net | 136 | (367) |
| Changes in assets and liabilities, net of acquisition: | | |
| Accounts receivable | (7,001) | 510 |
| Prepaid expenses and other current assets | (2,281) | 806 |
| Other assets | (4,655) | (209) |
| Accounts payable | (5,811) | 346 |
| Accrued expenses and other current liabilities | 3,341 | (2,153) |
| Other long-term liabilities | (38) | 32 |
| Deferred revenue | 9,784 | 7,593 |
| Net cash provided by operating activities | 33,814 | 17,331 |
| **Investing activities** | | |
| Purchases of property and equipment | (9,927) | (11,944) |
| Proceeds from sale of property and equipment and businesses | 657 | 1,231 |
| Proceeds from maturities of derivatives | 2,596 | 370 |
| Purchases of derivatives | (1,403) | (4,829) |
| Payment for intangibles | (5,750) | - |
| Payment for acquisition, net of cash acquired | (144,597) | (69,798) |
| Net cash used in investing activities | (158,424) | (84,970) |
| **Financing activities** | | |
| Proceeds from exercise of stock options | 1,139 | 4,158 |
| Proceeds from issuance of common stock for secondary offering | 199,302 | - |
| Proceeds from issuance of treasury stock under employee stock purchase plan | 1,215 | - |
| Payments of withholding taxes in connection with restricted stock unit vesting | (2,154) | (1,504) |
| Proceeds from long-term borrowings, net of debt issuance costs | 88,068 | 177,797 |
| Payments on long-term borrowings | (90,000) | (39,200) |
| Repurchase of common stock | - | (14,964) |
| Net cash provided by financing activities | 197,570 | 126,287 |
| Effect of currency exchange rate changes on cash | (210) | 1,490 |
| Net increase in cash, cash equivalents and restricted cash | 72,750 | 60,138 |
| Cash, cash equivalents and restricted cash, beginning of period | 128,231 | 59,287 |
| Cash, cash equivalents and restricted cash, end of period | $ 200,981 | $ 119,425 |

Carbonite, Inc.
Reconciliation of GAAP to Non-GAAP Measures (unaudited)
(In thousands, except share and per share amounts)

Reconciliation of GAAP Revenue to Non-GAAP Revenue

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2018 | 2017 | 2018 | 2017 |
| GAAP revenue | $ 77,682 | $ 61,637 | $ 219,442 | $ 177,770 |
| Add: | | | | |
| Fair value adjustment of acquired deferred revenue | 1,427 | 1,465 | 4,425 | 5,498 |
| Non-GAAP revenue | $ 79,109 | $ 63,102 | $ 223,867 | $ 183,268 |

Reconciliation of GAAP Gross Margin to Non-GAAP Gross Margin

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2018 | 2017 | 2018 | 2017 |
| Gross profit | 55,854 | 44,047 | 156,245 | 124,514 |
| Gross margin | 71.9% | 71.5% | 71.2% | 70.0% |
| Add: | | | | |
| Fair value adjustment of acquired deferred revenue | 1,427 | 1,465 | 4,425 | 5,498 |
| Amortization of intangibles | 4,317 | 2,203 | 11,067 | 5,953 |
| Stock-based compensation expense | 416 | 287 | 1,154 | 787 |
| Acquisition-related expense | 4 | 176 | 61 | 309 |
| Non-GAAP gross profit | $ 62,018 | $ 48,178 | $ 172,952 | $ 137,061 |
| Non-GAAP gross margin | 78.4% | 76.3% | 77.3% | 74.8% |

Reconciliation of GAAP Net Income (Loss) and Net Income (Loss) per Share to Non-GAAP Net Income and Net Income per Share

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | 2018 | | 2017 |
| GAAP net income (loss) | $ | 586 | $ | (3,603) | $ | 6,843 | $ | (2,388) |
| Add: | | | | | | | | |
| Fair value adjustment of acquired deferred revenue | | 1,427 | | 1,465 | | 4,425 | | 5,498 |
| Amortization of intangibles | | 8,241 | | 2,756 | | 19,582 | | 7,488 |
| Stock-based compensation expense | | 4,983 | | 3,254 | | 13,461 | | 9,219 |
| Litigation-related expense | | 22 | | 49 | | 85 | | 193 |
| Restructuring-related expense | | 357 | | - | | 1,260 | | - |
| Acquisition-related expense | | 219 | | 2,086 | | 6,196 | | 6,364 |
| Non-cash convertible debt interest expense | | 1,611 | | 1,477 | | 4,712 | | 2,943 |
| Less: | | | | | | | | |
| Income tax effect of non-GAAP adjustments | | 126 | | 190 | | 16,944 | | 15,241 |
| Non-GAAP net income | $ | 17,320 | $ | 7,294 | $ | 39,620 | $ | 14,076 |
| GAAP net income (loss) per share: | | | | | | | | |
| Basic | $ | 0.02 | $ | (0.13) | $ | 0.23 | $ | (0.09) |
| Diluted | $ | 0.02 | $ | (0.13) | $ | 0.21 | $ | (0.09) |
| Non-GAAP net income per share: | | | | | | | | |
| Basic | $ | 0.53 | $ | 0.26 | $ | 1.32 | $ | 0.51 |
| Diluted | $ | 0.48 | $ | 0.25 | $ | 1.21 | $ | 0.47 |
| GAAP weighted-average shares outstanding: | | | | | | | | |
| Basic | | 32,876,529 | | 27,795,858 | | 29,965,390 | | 27,714,273 |
| Diluted | | 36,454,443 | | 27,795,858 | | 32,762,302 | | 27,714,273 |
| Non-GAAP weighted-average shares outstanding: | | | | | | | | |
| Basic | | 32,876,529 | | 27,795,858 | | 29,965,390 | | 27,714,273 |
| Diluted | | 36,454,443 | | 29,007,629 | | 32,762,302 | | 29,649,353 |

Reconciliation of GAAP Operating Expense to Non-GAAP Operating Expense

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | 2018 | | 2017 |
| Research and development | $ | 14,914 | $ | 12,781 | $ | 43,152 | $ | 34,035 |
| Less: | | | | | | | | |
| Stock-based compensation expense | | 1,022 | | 590 | | 2,756 | | 1,304 |
| Acquisition-related expense | | 3 | | 1,038 | | 40 | | 1,172 |
| Non-GAAP research and development | $ | 13,889 | $ | 11,153 | $ | 40,356 | $ | 31,559 |
| | | | | | | | | |
| General and administrative | $ | 11,159 | $ | 9,676 | $ | 39,079 | $ | 33,399 |
| Less: | | | | | | | | |
| Stock-based compensation expense | | 2,656 | | 1,860 | | 7,274 | | 5,800 |
| Litigation-related expense | | 22 | | 49 | | 85 | | 193 |
| Acquisition-related expense | | 208 | | 494 | | 6,019 | | 4,303 |
| Non-GAAP general and administrative | $ | 8,273 | $ | 7,273 | $ | 25,701 | $ | 23,103 |
| | | | | | | | | |
| Sales and marketing | $ | 21,184 | $ | 22,131 | $ | 63,130 | $ | 68,165 |
| Less: | | | | | | | | |
| Stock-based compensation expense | | 889 | | 517 | | 2,277 | | 1,328 |
| Acquisition-related expense | | 4 | | 378 | | 76 | | 580 |
| Non-GAAP sales and marketing | $ | 20,291 | $ | 21,236 | $ | 60,777 | $ | 66,257 |
| | | | | | | | | |
| Amortization of intangible assets | $ | 3,924 | $ | 553 | $ | 8,515 | $ | 1,535 |
| Less: | | | | | | | | |
| Amortization of intangible assets | | 3,924 | | 553 | | 8,515 | | 1,535 |
| Non-GAAP amortization of intangible assets | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | | |
| Restructuring charges | $ | 357 | $ | - | $ | 1,260 | $ | - |
| Less: | | | | | | | | |
| Restructuring-related expense | | 357 | | - | | 1,260 | | - |
| Non-GAAP restructuring charges | $ | - | $ | - | $ | - | $ | - |

Reconciliation of Revenue to Bookings

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | 2018 | | 2017 |
| GAAP revenue | $ | 77,682 | $ | 61,637 | $ | 219,442 | $ | 177,770 |
| Add: | | | | | | | | |
| Change in deferred revenue | | 600 | | (1,275) | | 24,800 | | 18,114 |
| Deferred revenue divested | | - | | - | | 288 | | 373 |
| Impact of Topic 606 adoption | | - | | - | | 3,998 | | - |
| Impact of foreign exchange | | - | | - | | 24 | | - |
| Less: | | | | | | | | |
| Impact of foreign exchange | | 98 | | 377 | | - | | 1,150 |
| Beginning deferred revenue from acquisitions | | - | | 320 | | 19,740 | | 9,420 |
| Change in unbilled revenue | | (611) | | - | | 643 | | - |
| Change in deferred revenue and adjustments | | 1,113 | | (1,972) | | 8,727 | | 7,917 |
| Bookings | $ | 78,795 | $ | 59,665 | $ | 228,169 | $ | 185,687 |

Calculation of Adjusted Free Cash Flow

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | 2018 | | 2017 |
| Net cash provided by operating activities | $ | 16,968 | $ | 6,898 | $ | 33,814 | $ | 17,331 |
| Subtract: | | | | | | | | |
| Purchases of property and equipment | | 2,132 | | 1,905 | | 9,927 | | 11,944 |
| Free cash flow | | 14,836 | | 4,993 | | 23,887 | | 5,387 |
| | | | | | | | | |
| Add: | | | | | | | | |
| Acquisition-related payments | | 1,891 | | 954 | | 7,219 | | 4,843 |
| Restructuring-related payments | | 461 | | - | | 1,586 | | - |
| Litigation-related payments | | 63 | | 68 | | 275 | | 137 |
| Adjusted free cash flow | $ | 17,251 | $ | 6,015 | $ | 32,967 | $ | 10,367 |

Reconciliation of EBITDA and Adjusted EBITDA to Net Income (Loss)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| Net income (loss) | $ 586 | $ (3,603) | $ 6,843 | $ (2,388) |
| Adjustments: | | | | |
| Interest expense, net | 2,483 | 2,206 | 8,091 | 4,647 |
| Income tax provision (benefit) | 1,100 | 237 | (13,777) | (13,750) |
| Depreciation and amortization | 11,859 | 5,647 | 29,622 | 16,039 |
| EBITDA | 16,028 | 4,487 | 30,779 | 4,548 |
| | | | | |
| Adjustments to EBITDA: | | | | |
| Fair value adjustment of acquired deferred revenue | 1,427 | 1,465 | 4,425 | 5,498 |
| Stock-based compensation expense | 4,983 | 3,254 | 13,461 | 9,219 |
| Litigation-related expense | 22 | 49 | 85 | 193 |
| Restructuring-related expense | 357 | - | 1,260 | - |
| Acquisition-related expense | 219 | 2,086 | 6,196 | 6,364 |
| Adjusted EBITDA | $ 23,036 | $ 11,341 | $ 56,206 | $ 25,822 |



# Investor Presentation
## Q3 2018 Financial Results
November 1st, 2018

© 2018 ALL RIGHTS RESERVED

# Safe harbor statement

Certain matters discussed in these slides and accompanying oral presentation have "forward-looking statements" intended to qualify for the safe harbor from liability established by the Private Securities Litigation Reform Act of 1995. These forward-looking statements may generally be identified as such because the context of such statements will include words such as "anticipate," "believe," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "should, " "will," "would" or words of similar import. Similarly, statements that describe the Company's future plans, objectives or goals are also forward-looking statements. Such forward-looking statements are subject to risks, uncertainties and other important factors that could cause actual results and the timing of certain events to differ materially from future results expressed or implied by such forward-looking statements. Factors that could cause or contribute to such differences include, but are not limited to, our ability to integrate acquisitions into our operations and achieve the expected benefits of such acquisitions, our ability to profitably attract new customers and retain existing customers, our dependence on the market for cloud backup services, our ability to manage growth, changes in economic or regulatory conditions or other trends affecting the Internet and the information technology industry, and those discussed in the section titled "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2017 filed with the Securities and Exchange Commission (the "SEC"), which is available on www.sec.gov, and elsewhere in any subsequent periodic or current reports filed by us with the SEC. Except as required by applicable law, we do not undertake any obligation to update our forward-looking statements to reflect future events, new information or circumstances.

This presentation contains non-GAAP financial measures including, but not limited to, Bookings, non-GAAP Revenue, non-GAAP Gross Margin, non-GAAP Net Income and non-GAAP Net Income Per Share, Adjusted EBITDA and Adjusted Free Cash Flow. A reconciliation to GAAP can be found in the financial schedules included in our most recent earnings press release located on Carbonite's website, http://investor.carbonite.com, in the Company's filings or with the SEC at www.sec.gov. The presentation of non-GAAP financial information should not be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.

**CARBONITE** 2

# Financial results conference call details

| | |
|---|---|
| **What:** | Carbonite Q3 2018 Financial Results Conference Call |
| **When:** | Thursday, November 1st, 2018 |
| **Time:** | 5:30 p.m. ET |
| **Live Call:** | 877-303-1393 (U.S.) |
| | 315-625-3228 (International) |
| **Conference ID:** | 7758358 |
| **Live / Recorded Webcast:** | http://investor.carbonite.com |

**CARBONITE** 3

## Carbonite's mission

*To become the world's leading* **data protection company**, *enabling businesses to operate continuously, regardless of attacks, accidents or disasters*



Business data is everything.
Protect it well.

# Summary Q3 performance

- GAAP revenue of $77.7 million, up 26% year-over-year (YoY)

- GAAP net income per share of $0.02, up 115% YoY

- Business subscription bookings up 59% YoY

- Non-GAAP gross margin was 78.4% up 210 Bps YoY and up 130 Bps sequentially

- Non-GAAP net income per share (diluted) was $0.48, up 92% YoY

- Adjusted free cash flow was $17.3 million, up 187% YoY and 22% of non-GAAP revenue

- Adjusted EBITDA was $23.0 million, up 103% YoY and 29% of non-GAAP revenue

Source: SEC Filings; For a full reconciliation of GAAP to non-GAAP, please visit the investor
relations portion of the Carbonite web site – investor.carbonite.com

**CARBONITE** 5

# Carbonite Data Protection Console



Carbonite Data Protection Console will be the single pane of glass for managing all Carbonite products

- It can be deployed in as little as five minutes

- Multi-tenant management – allows for streamlined management for partners and enterprise customers

- Integrated alerts across many companies and sub-companies

- Option to fully white-label the Data Protection Console for managed service providers

 **CARBONITE** 6

# Carbonite Server VM Edition



Launched Carbonite Server VM Edition, a robust data protection solution for physical, virtual and legacy systems, with purpose-built backup for VMs.

- Streamlined user management

- Robust API-monitoring – Seamless integration with management systems (reporting, user settings, etc.)

- Excellent compression– very efficient backup / restores

- Extensive OS support, including many legacy systems

- Flexible deployment model – Cloud, hybrid, on-prem

- Multiple restore options – local failover, cloud failover, granular recovery, etc.

**CARBONITE**  7

# Summary Q3 financial results

| | Q3 2018 Outlook (8/2/2018) | Q3 2018 Results |
|---|---|---|
| GAAP Revenue | $77.6 M to $79.6 M | $77.7 M (+26% YoY) |
| Non-GAAP Revenue | $79.0 M to $81.0 M | $79.1 M (+25% YoY) |
| GAAP Net Income Per Share (Diluted) | *Not guided* | $0.02 (+115% YoY) |
| Non-GAAP Net Income Per Share (Diluted) | $0.40 to $0.42 | $0.48 (+92% YoY) |
| Consumer Bookings | *Not guided* | $25.3 M (+30% YoY) |
| Business Bookings | *Not guided* | $53.5 M (+33% YoY) |
| Non-GAAP Gross Margin | *Not guided* | 78.4% (+210 Bps YoY) |
| Adjusted Free Cash Flow | *Not guided* | $17.3 M (+187% YoY) |

*With respect to expectations under "Q3 2018 Outlook" above, the Company has not reconciled non-GAAP net income per share to net income per share because we do not provide guidance for stock-based compensation expense, litigation-related expense, restructuring-related expense, acquisition-related expense, amortization expense on intangible assets and the income tax effect of non-GAAP adjustments as we are unable to quantify certain of these amounts that would be required to be included in the GAAP measure without unreasonable efforts. In addition, the Company believes such reconciliations would imply a degree of precision that would be confusing or misleading to investors.

Source: SEC Filings; For a full reconciliation of GAAP to non-GAAP, please visit the investor relations portion of the Carbonite web site – investor.carbonite.com

**CARBONITE**  8

## Quarterly bookings growth



Approximate, may not foot due to rounding. Source: SEC Filings and company estimates; For a full reconciliation of GAAP to non-GAAP, please visit the investor relations portion of the Carbonite web site – investor.carbonite.com

CARBONITE    9

# Strong and consistent non-GAAP revenue growth



*($ in millions)*

Source: SEC Filings and company estimates; For a full reconciliation of GAAP to non-GAAP, please visit the investor relations portion of the Carbonite web site – investor.carbonite.com

**CARBONITE** 10

# Driving operating leverage

*(% of non-GAAP revenue)*









Source: SEC Filings; For a full reconciliation of GAAP to non-GAAP, please visit the investor relations portion of the Carbonite web site – investor.carbonite.com

**CARBONITE** 11

# Business outlook* (as of November 1st 2018)

| | Q4 2018 Outlook | FY 2018 Outlook | FY' 18 Growth (at midpoint) |
|---|---|---|---|
| GAAP Revenue | $77.6 M to $80.6 M | $297.0 M to $300.0 M | +25% |
| Non-GAAP Revenue | $78.6 M to $81.6 M | $302.5 M to $305.5 M | +24% |
| Non-GAAP Net Income Per Share (Diluted) | $0.40 to $0.44 | $1.61 to $1.65 | +106% |
| Business Bookings | Not guided | $205.0 M to $210.0 M | +26% |
| Consumer Bookings YoY Growth | Not guided | 15% to 20% growth | +1,750 Bps |
| Non-GAAP Gross Margin | Not guided | 76.5% to 77.5% | +150 Bps |
| Adjusted Free Cash Flow | Not guided | $43.0 M to $46.0 M | +120% |

*With respect to our expectations under "Business Outlook" above, the Company has not reconciled non-GAAP net income per share to net income (loss) per share because we do not provide guidance for stock-based compensation expense, litigation-related expense, restructuring-related expense, acquisition-related expense, amortization expense on intangible assets, non-cash convertible debt interest expense, and the income tax effect of non-GAAP adjustments as we are unable to quantify certain of these amounts that would be required to be included in the GAAP measure without unreasonable efforts. In addition, the Company believes such reconciliations would imply a degree of precision that would be confusing or misleading to investors.

Source: SEC Filings; For a full reconciliation of GAAP to non-GAAP, please visit the investor relations portion of the Carbonite web site – investor.carbonite.com

**CARBONITE** 12

# Definitions of non-GAAP measures

- **Bookings**: Bookings represent the aggregate dollar value of customer subscriptions and software arrangements, which may include multiple revenue elements, such as software licenses, hardware, professional services and post-contractual support, received during a period and are calculated as revenue recognized during a particular period plus the change in total deferred revenue, excluding deferred revenue recorded in connection with acquisitions, divestitures and the adoption impact of Topic 606, net of foreign exchange and the change in unbilled revenue during the same period. Business subscription bookings specifically include sales of software-as-a-service offerings, royalty arrangements and term software licenses.

- **Non-GAAP revenue**: Excludes the impact of purchase accounting adjustments for acquisitions.

- **Non-GAAP gross margin**: Excludes the impact of purchase accounting adjustments on acquired deferred revenue, amortization expense on intangible assets, stock-based compensation expense, and acquisition-related expense.

- **Non-GAAP net income and non-GAAP net income per share**: Excludes the impact of purchase accounting adjustments on acquired deferred revenue, amortization expense on intangible assets, stock-based compensation expense, litigation-related expense, restructuring-related expense, acquisition-related expense, non-cash convertible debt interest expense and the income tax effect of non-GAAP adjustments.

- **Adjusted EBITDA:** Excludes the impact of interest expense, net, income taxes, depreciation, amortization, purchase accounting adjustments on acquired deferred revenue, stock-based compensation expense, litigation-related expense, restructuring-related expense, and acquisition-related expense from net income (loss).

- **Adjusted free cash flow**: Calculated by subtracting the cash paid for the purchase of property and equipment and adding the payments related to acquisitions, restructuring, and litigation from net cash provided by operating activities.

Source: SEC Filings; For a full reconciliation of GAAP to non-GAAP, please visit the investor relations portion of the Carbonite web site = investor.carbonite.com

 **CARBONITE** 13



## Carbonite at-a-glance

**Carbonite provides a robust Data Protection Platform for businesses, including backup, disaster recovery, high availability and workload migration technology**

- **Addressing large TAM with focus on mid-sized organizations**

- **Strategically focused on the highest growth segments of the market**

- **Subscription model with strong retention rates**

**Total growth focus: organic growth combined with strong M&A track record**

**Proven ability to drive growth *and* profitability**

**CARBONITE** 15

# Our growth strategy

 Focus on **Business**

 **Platform** Strategy

 **Cross-sell** Portfolio

 Disciplined Strategic **Acquisitions**

 Expand the **Channel**

 **Automation** & Frictionless Customer Experience

 **Future Opportunities to Drive Growth**

 **International** Expansion

 Target **Adjacent Markets**

 Expand **Customer Reach**



**CARBONITE** 16

# Financial highlights



Strong and consistent revenue growth

High quality revenue base and highly recurring revenue model

Consistently improving margins through operational efficiencies

Track record of successful acquisition integration and synergy achievement

Delivering EPS and cash flow growth

Disciplined capital allocation strategy

**CARBONITE** 17



# Additional product screen shots

  

**CARBONITE●**  19

# Carbonite Server Backup VM Edition key features

## Backup features

- Efficient, agentless VM backup for VMware & Hyper-V
- Local + cloud backup
- Configurable backup schedule from 15 minute to daily window
- Compressed, encrypted, forever incremental backups (AES 256-bit in-flight and at-rest)
- SAN, hot-add, or network backup
- Application-aware backup
- Backup verification reports
- Configurable retention policies

## Flexible restore options

- Full VM restore to host (ESXi, vCenter, VMware or Hyper-V)
- Granular restore (files, exchange, SharePoint, SQL, Active Directory)
- Cross-hypervisor
- Local failover
- Download virtual disks (VHD, VMDK, RAW, etc.)
- Mount

> Award-winning support
> 24x7 phone support from certified experts

 **CARBONITE** 20



# How it works

- Local backup server connects to host and takes agentless backup of selected VMs

- Backed up data is compressed to accelerate cloud uploads

- Server performs incremental backups after initial backup

- Backup server updates on schedule, while sending changes securely on a separate schedule to the cloud

- Options for recovering VM:

  o  Restore data from backup server to VM host

  o  Fail over locally by spinning up VM using backed-up data

  o  Perform granular restore of files, folders, or application elements

 **CARBONITE** 21