# EXHIBIT 13

*Transcript of Carbonite's earnings call*
*11/01/2018*

**S&P Global**
Market Intelligence

# Carbonite, Inc. NasdaqGM:CARB

# FQ3 2018 Earnings Call Transcripts

## Thursday, November 01, 2018 9:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2018- | | | -FQ4 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.41 | 0.48 | ▲17.07 | 0.42 | 1.56 | 1.83 |
| **Revenue  (mm)** | 80.15 | 77.68 | ▼(3.08 %) | 82.51 | 306.33 | 341.90 |

Currency: USD
Consensus as of  Oct-30-2018 6:31 AM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2017** | 0.29 | 0.30 | ①3.45 % |
| **FQ1 2018** | 0.22 | 0.27 | ②22.73 % |
| **FQ2 2018** | 0.43 | 0.45 | ③4.65 % |
| **FQ3 2018** | 0.41 | 0.48 | ④17.07 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**Contents**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ............................................................................... | **3** |
| **Presentation** | ............................................................................... | **4** |
| **Question and Answer** | ............................................................................... | **9** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Anthony Folger**
*CFO & Treasurer*

**Jeremiah Sisitsky**
*Vice President of Investor
Relations*

**Mohamad S. Ali**
*President, CEO & Director*

**ANALYSTS**

**Ben Zion Rose**
*Battle Road Research Ltd.*

**Brian Jeffrey Schwartz**
*Oppenheimer & Co. Inc., Research
Division*

**Chad Michael Bennett**
*Craig-Hallum Capital Group LLC,
Research Division*

**Eric Martinuzzi**
*Lake Street Capital Markets, LLC,
Research Division*

**Erik Loren Suppiger**
*JMP Securities LLC, Research
Division*

**Jeffrey Alexander Captain**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**John Stephen DiFucci**
*Jefferies LLC, Research Division*

**Saket Kalia**
*Barclays Bank PLC, Research
Division*

**Sarkis Sherbetchyan**
*B. Riley FBR, Inc., Research
Division*

**Timothy Elmer Klasell**
*Northland Capital Markets,
Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to the Carbonite third quarter 2018 financial results conference call. [Operator Instructions.]

I would now like to turn the conference over to your host, Mr. Jerry Sisitsky. Sir, you may begin.

**Jeremiah Sisitsky**
*Vice President of Investor Relations*

Great, thank you, Valerie, and welcome to our third quarter 2018 financial results conference call. With me on the call today are Mohamad Ali, President and CEO of Carbonite, who recently received the much-deserved recognition of CEO of the Year from the Massachusetts Technology and Leadership Council, and Anthony Folger, our equally deserving, award-winning CFO.

I'd like to remind all participants that during this call, any forward-looking statements are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. Expressions of future goals, including financial guidance, outlook, anticipated results and similar items, including without limitation expressions using the terminology may, will, believe, expects, plans, anticipates, and expressions which reflect something other than historical facts, are intended to identify forward-looking statements. Forward-looking statements involve a number of risks and uncertainties, including those discussed in the Risk Factors sections of our Form 10-K, 10-Q and other SEC filings the company releases. Actual results may differ materially from any forward-looking statements due to such risk factors and uncertainties. The company undertakes no obligation to revise or update any forward-looking statements in order to reflect events or circumstances that may arise after this conference call except as required by law.

All the financial figures discussed today are non-GAAP financial measures unless it is stated that the measure is a GAAP number. A reconciliation can be found in our financial results press release, which is available on our IR website. Also posted to our Investor Relations website is our quarterly financials in Excel version as well the slide deck that accompanies our financial results conference call.

With that, I'll turn the call over to Mohamad.

**Mohamad S. Ali**
*President, CEO & Director*

Thank you, Jerry, and welcome, everyone. And for all those Red Sox fans around the country, I hope you got some much-needed rest after an amazing end to a historic season.

Here at Carbonite, we delivered strong financial results in the third quarter, including a year-over-year business subscription bookings growth of 59%, the highest in recent history, and 11 percentage points above the growth rate in the second quarter. We also delivered, as alluded, net income per share of $0.48, up 92% year-over-year. And as Anthony will detail, we drove meaningful improvements in adjusted EBITDA and adjusted free cash flow.

Over the years, many investors have referenced the Rule of 40 to us, and while there are several different slices in how you can view it, I am pleased to say that with non-GAAP revenue growth at 25% and adjusted free cash flow margin of 22%, we are in that club this quarter.

Our financial focus continues to be delivering total growth, a combination of organic and inorganic, while we consistently deliver expanding profits and free cash flow. And again, this quarter we delivered. While I am very pleased with our financial results, what was even more impressive this quarter was the great progress we have made with respect to our longer-term strategic priorities. We are successfully executing on our longer-term product strategy and vision, and we have achieved some important milestones on that exciting task.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

During the quarter the team launched a Carbonite Data Protection Console, a unified platform to easily manage all of a business's data protection needs. This was one of the single biggest development efforts in the company's history and is a very important milestone in our evolution to become the leading data protection company for businesses. Built with a modern architecture and a clean, elegant user experience, the platform is fully extensible and incredibly easy to use. There are several screenshots available in the accompanying slide deck.

Over time, the console will serve as the unifying platform for all of our data protection offerings, supported by the robust product engines and highly efficient and scalable Carbonite cloud infrastructure. As Carbonite continues to evolve the console to provide businesses an integrated management experience for their entire IT footprint, IT managers will be able to log into the console to manage the data protection of all their systems, including physical, virtual, cloud and endpoints.

Carbonite Server, which includes new purpose-built server backup for virtual machines, is the first Carbonite solution directly integrated into the new platform. This significantly improves our performance for backing up virtual environments and makes us extremely competitive going after that market.

Businesses today need data protection for all their systems, from legacy systems to those that are fully virtualized. In a world where data sprawl continues at a rapid pace, one where workloads are frequently moving, businesses also need a streamlined management experience so they can quickly and easily optimize backup and recovery performance, no matter where the data resides.

With our newest release, we offer robust, all-in-one server protection for physical, virtual, and legacy systems, including agentless VM backup for VMWare and Hyper-V. No longer do you need to choose different solutions for physical and virtual. This combined solution makes it much easier for midmarket companies to buy and deploy.

We're also clearly differentiated from others in the market with our integrated cloud and storage appliances available through a Hardware-as-a-Service offering. These are big product releases and are the first visible results of our significant internal development efforts.

In addition to product success, we are also driving traction with our partner community. We recently expanded our partnership with Iron Mountain. As you may know, Iron Mountain is a fellow Boston-based company that delivers solutions for the physical and digital information management challenges that drive digital transformation. Under this expanded agreement, we will work with Iron Mountain and ensure that their customers have access to the entire Carbonite Data Protection Platform, from disaster recovery to high availability. We know the team over at Iron Mountain well, and we are thrilled to be expanding our relationship with them.

In addition to Iron Mountain, we are expanding other partnerships. We continue to build on our Dell partnership and recently hosted our inaugural MSP event, managed service providers, where we got great feedback and a high level of engagement from our MSP community.

I'm excited about the renewed enthusiasm I hear when speaking to our partners. In part, it is driven by our focus and investments to make them more successful, but it is also driven by having the right product suite and a strategy and road map that they are embracing.

The Mozy integration is also going well, as we align customers on a single endpoint protection platform. Bringing together the best of what Mozy and Carbonite have to offer, we expect to realize even greater synergies. Work has already begun to transition customers on both common platform with customers opting to migrate in the fourth quarter. We are taking a phased approach to ensure that customers worldwide have the best possible experience as we upgrade them to our latest technologies. We are confident that over the course of 2019 and beyond, there will be meaningful opportunities for synergy.

We were able to accomplish all of this due to the incredible efforts of the Carbonite team worldwide. I'm thrilled to be able to acknowledge one of those team members today, as we recently promoted Rob Beeler to lead the worldwide Product and Engineering Team at Carbonite. Rob was one of the co-founders of Doubletake, which we acquired in January of last year, and he has been playing an increasingly greater

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

role across the combined engineering organization since then. Rob was such a natural choice for the role, and I look forward to his continued contributions to the product organization and to the entire company.

As we deliver on our product road map and invest behind the growth of our partners, we are successfully driving the organic piece of our total growth strategy. With a significant portion of the Mozy integration work behind us, we are also in a great place to continue to drive the balance of the total growth that comes from the inorganic portion of our strategy. We have the balance sheet and the team to do it, and I am confident that we have the ability to execute against a growing pipeline of potential transactions.

With that, I will hand it over to Anthony to discuss our financial results and guidance. Anthony?

**Anthony Folger**
*CFO & Treasurer*

Thanks, Mohamad, thanks, Jerry. In the third quarter we delivered bookings of $78.8 million, representing 32% growth over the year-ago quarter in what has traditionally been a seasonally slower quarter. Our total business subscription bookings were $43.9 million, representing 59% growth over the year-ago quarter, and consumer bookings were $25.3 million, up 30% over the year-ago quarter.

Non-subscription business bookings were $9.6 million, representing a decline of 24% over the year-ago quarter. During Q3 non-subscription bookings represented approximately 12% of our total bookings, down from 21% of total bookings in the year-ago quarter. The contribution from non-subscription business bookings in the quarter was lower than expected and negatively impacted business bookings growth and revenue in the quarter.

Non-GAAP revenue for the quarter was $79.1 million, within the range of guidance that we provided, and up 25% over the year-ago quarter. As mentioned on our Q2 call, during the first half of the year we saw softness in non-subscription license sales despite maintaining a relatively healthy pipeline of deals. That softness continued in the third quarter, and we saw additional softness in support and maintenance, which is the other component of our non-subscription bookings. We had expected that with a healthy pipeline of larger deals, we would see significantly improving trends in the back half of 2018 with respect to non-subscription bookings. That clearly did not play out, as we had reason to expect.

While the overall pipeline remains healthy, our large deal pipeline is now comprised predominantly of subscription deals as opposed to perpetual deals. While it's great to be competing for these large transactions, especially with a pipeline makeup that's more heavily weighted toward subscription deals, meaningful underperformance on the perpetual license deals and the associated maintenance and support had a short-term negative impact on our top line. As a result, we've reduced our full-year bookings guidance, primarily driven by continued underperformance in non-subscription bookings.

In the past we've spoken about this at length, and it should be a well understood element of our business. However, it's worth pointing out that to the extent we have lower non-subscription bookings, the negative impact on revenue and earnings tends to be amplified in the short term. This leads me to the positive implications of this dynamic as it relates to profitability. The fact that we are able to significantly overachieve on our profitability goals while driving more subscription and less perpetual business in the quarter is further evidence of the strength of our financial model and ability to drive continued operating efficiencies.

Mohamad spoke about the great traction that we are getting with the partners in our ecosystem, and that has been an ongoing positive trend for Carbonite. However, ongoing challenges with one of our long-time top 5 partners contributed, admittedly to a lesser extent, than our underperformance in non-subscription bookings to our revised business bookings outlook for the year. Due to ongoing contractual disagreements with this partner, we filed a breach of contract lawsuit against them in the third quarter. While we aren't able to discuss the specifics, it's safe to say that we experienced some disruption in the third quarter related to that situation, and we expect less out of that partnership than we have in the past.

As I said last quarter, our strategy continues to focus on driving total company growth through a balance of organic and inorganic growth, and we've clearly been successful at that. Combined with our focus on integration and efficiencies, we've successfully driven meaningful gross margin and operating margin

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

expansion, resulting in improving profitability, EBITDA and free cash flow. Our gross margin was 78.4%, up 130 basis points sequentially and up a little more than 210 basis points over the year-ago quarter. This margin improvement was driven by several factors including our West Coast data center consolidating efforts, successful initiatives to drive efficiencies in our customer support organization and pricing and packaging adjustments.

Research and development spend was $13.9 million or 18% of revenue, flat on a percentage-of-revenue basis with the year-ago quarter. I expect R&D to remain at these levels in the short term as we continue integrating more functionality into the Carbonite Data Protection Platform. Longer term, however, this is an opportunity for more efficiencies and leverage in our model.

Sales and marketing spend was $20.3 million or 26% of revenue compared to 34% of revenue in the year-ago quarter. We continue to drive increased efficiencies and received a benefit from the adoption of ASC 606 this year. I expect that we'll make investments to drive sales of our new products in the fourth quarter and into 2019 as well. As a result, our sales and marketing spend may show a sequential increase in the coming quarters.

G&A spend was $8.3 million or 10% of revenue, down from 12% of revenue in the year-ago quarter. On the bottom line, our Q3 diluted net income per share was $0.48, up 92% over the year-ago quarter. Simply put, we continue to drive operational efficiencies that are yielding meaningful enhancements to profitability and free cash flow.

Adjusted EBITDA was $23 million for the quarter or 29% of non-GAAP revenue. That's up from $11.3 million or 18% of non-GAAP revenue in 2017. CapEx for the quarter was $2.1 million. CapEx is approaching a more normalized run rate level, as we're largely finished with the incremental capital purchases as part of our consolidation of our West Coast data centers.

Adjusted free cash flow was $17.3 million for the quarter, nearly triple the same period last year, when our adjusted free cash flow was $6 million. Our ability to generate meaningful cash flow is quite strong, reflecting an improved EBITDA-to-cash-flow conversion, and this quarter, our adjusted free cash flow margin was greater than 20%.

During the third quarter we paid down the remaining $80 million outstanding on our revolving credit facility. As a result, at the end of the third quarter we had $201 million in cash and equivalents and zero indebtedness under the revolver.

Now turning to our outlook. For the fourth quarter we expect GAAP revenue to be in the range of $77.6 million to $80.6 million -- this includes the impact of purchase accounting adjustments on deferred revenue; non-GAAP revenue in the range of $78.6 million to $81.6 million, primarily driven by our revived expectations around our non-subscription offerings; and on the bottom line, we expect non-GAAP EPS in the range of $0.40 to $0.44 per share. And for the fourth quarter, we're using a weighted average share count of 37.8 million shares.

For the full year 2018, we now expect business bookings in the range of $205 million to $210 million, reflecting a revised outlook for our non-subscription offerings and a lower contribution from the previously referenced partner; consumer bookings in the range of up 15% to 20%, an increase from our prior guidance of consumer bookings in the 10% to 15% range, in part driven by the continued positive reaction to our February price increase; GAAP revenue in the range of $297 million to $300 million; non-GAAP revenue in the range of $302.5 million to $305.5 million, reflecting a narrowing of the range of the guidance we previously provided; non-GAAP net income per share in the range of $1.61 to $1.65, an increase from the prior guidance of non-GAAP net income per share in the $1.51 to $1.59 range; non-GAAP gross margin to remain in the range of 76.5% to 77.5%; adjusted free cash flow in the range of $43 million to $46 million, an increase from prior guidance. And for the full year we expect our effective tax rate to be approximately 8%, and we're using a weighted average share count of 34 million.

Before concluding, I want to make sure that I leave you with a few things. We delivered strong Q3 financial results with revenue in the range of guidance, profitability well above guidance and very strong free cash flow. We're increasing our profitability guidance for the year and increasing our free cash flow

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

guidance for the year while narrowing the range of our revenue guide. Business subscription bookings remain our focus, and with multiple new products now in market and a growing large deal pipeline, we expect this to continue to be an area of strong performance and to remain our strategic focus.

And lastly, we have a strong balance sheet and a great pipeline of potential M&A transactions. And while we don't comment further than that, we're very excited about the deal flow we're seeing and the potential opportunities in the market.
With that, let's open the conference call to questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions.] Our first question comes from John DiFucci of Jefferies.

**John Stephen DiFucci**
*Jefferies LLC, Research Division*

So my question is for both Anthony and Mohamad. So Anthony, you spoke about softness in non-subscription bookings, and then you said this should be a well understood element of the business and the ratable part of it versus the upfront. We do understand that. At first I thought, "Well, then why did you miss sort of -- why are you lowering bookings and why did you sort of miss it?" But then you talked about that issue with the partner and the lawsuit filed this quarter. So that's the thing that changed. So I guess, is the shortfall or the reduction in business bookings just the partnership change, and did you exclude any business from that? Because you filed a lawsuit at this point. Did you exclude all business from that partner in fourth quarter guidance? And you reduced business bookings by about 10% -- a little less than 10%. So is the contribution from that partner about 10%?

**Mohamad S. Ali**
*President, CEO & Director*

John, I'll let Anthony answer that, but happy to follow up afterward if it's incomplete in any way. Go ahead, Anthony.

**Anthony Folger**
*CFO & Treasurer*

Yes, sure. So I guess to answer, I think, the main question, John, the reduction in the outlook really was more associated -- much more associated -- with the non-subscription business. And I guess to sort of size it for folks, that non-subscription business was about a $50 million business last year, and our expectation on it was for low-single-digit growth. And in the first half of the year the business underperformed. We got through Q2. We still had a reasonably pipeline on the perpetual side. And we felt like with the sales management that we had in place and the pipeline that we had, that we had an opportunity to make up the gap and the shortfall in the second half of the year.

I think what happened in Q3 in particular is the trends continued, and I think there was even more softness on perpetual license sales. We saw some softness on the maintenance and support aspect of that number, so both the license and the maintenance. And I think when we sort of drew a ruler on that, we knew there was no way to make up the delta and get to a better than $50 million number. And we also looked at the pipeline and knew that there were some deals in our pipe from earlier in the year that we just didn't win. Some of them shifted out, but I think predominantly, we didn't win. And really, the pipeline was growing on the subscription side. And that's where we just see bigger opportunities.

And I think with sort of the change in the composition of the pipe and the underperformance really almost accelerating in the third quarter, had we delivered on what was single-digit growth for that $50 million business, I don't think we'd be having much of a conversation right now. But I think that business, instead of looking like $55 million this year, it looks like low $40 million. And so that clearly was the biggest driver for us.

I think the partnership I mentioned, just because there was a lawsuit filed, it was certainly a distraction for us in the quarter, and I think the suit is public information and figured I would just at least address it before the question came up. We are at a point with the partnership in the litigation where we don't have to take that revenue to zero in our outlook, but we're certainly expecting less from that partnership. And the partner, just for, I guess, to size it, exiting '17, we were roughly a $250 million business. They were probably a 4% partner.

**John Stephen DiFucci**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Jefferies LLC, Research Division*

Okay, that's all really helpful. I did have one follow-up to all this. So those two things are separate issues.

I guess I'm looking at the numbers, and you characterize it as strong quarter end. By the way, I don't disagree with that, the growth numbers you put up there. And I almost wonder -- I'm looking at the numbers. I'm looking at the seasonality last year. And the expectations this year were much better seasonality this quarter than last year, and I just -- I don't know -- did you just sort of get over your skis a little too much, or was it the business was stronger than it was last year, or was there some unique thing that I'm unaware of last year? Because last year at the third quarter, you saw a seasonal dip, and I just want to just make sure it's one thing. Because the numbers do look good, but they just aren't as good as you anticipated, or we anticipated.

**Anthony Folger**
*CFO & Treasurer*

Yes, and that is -- typically, we do have some seasonality in the third quarter. I would say we've been bullish on the whole year, including the second half. And if you really look at the composition, the biggest impact was on that non-subscription side. On our subscription bookings, we drove, I think, really good growth. Even organically, we're certainly in the double-digit range on growth. And so we felt like there were a lot of aspects of the business where we delivered, and delivered pretty well in the third quarter and feel good about it.

But I really do think we -- I think when we looked at our pipeline exiting the second quarter on that non-subscription business, there were some deals there that we lost, and I think the pipeline at the end of Q3 looks very different, and that really is what's driving the change in the outlook.

**Mohamad S. Ali**
*President, CEO & Director*

And John, I just want to add one thing. As we saw this non-subscription business softening in the second quarter, and we talked about that and now again, we looked at our strategy. What's been our strategy for the last 4 years? And it's been to build a large subscription business. And given that, actually, we figure we should continue to do. And if you look at the numbers, it supports that. Our business subscription is up 59%, our gross margins are incredibly strong and we're dropping a lot of dollars to the bottom line. We're releasing this new strategic platform, partnerships are doing well, we're seeing larger deals on the subscription side. And that's where we ought to continue to double down.

And so we made the decision that that's where we focus. And as a result, that's what you see in the guidance on the total business bookings that are there.

**John Stephen DiFucci**
*Jefferies LLC, Research Division*

It really does. And I'm sorry, I'm going to ask one last question because I think it's really important. I'm not sure it will be asked. It's stuff that I do a lot. It sounds like your maintenance with that perpetual model, it sounds like your maintenance renewal rate could have gone down. I guess is that true? And then also, has there been any change to your subscription, your business subscription renewal rate?

**Anthony Folger**
*CFO & Treasurer*

Yes. John, I think on the maintenance and support, the renewal rate there has been lower than what we expected, and that's sort of both the dollars and sort of per-unit basis. I think on the rest of the business, we continue to see pretty consistent renewal activity sort of across the bookings.

**Operator**

Our next question comes from Chad Bennett of Craig-Hallum.

**Chad Michael Bennett**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Craig-Hallum Capital Group LLC, Research Division*

So I think we all are pretty familiar with renewal rates, but I'll just move on to my question. So can you speak, Anthony, to the expectations or the results from Mozy in the quarter relative to what you were thinking?

**Anthony Folger**
*CFO & Treasurer*

Yes, Chad, sure. I think Mozy has continued to track pretty much in line with expectations, and that's been probably the case for the year. And I expect that largely we're on plan with Mozy as we close out '18. I guess -- yes, that would be both sort of top and bottom lines. I think one aspect of the integration that's interesting is we are converting customers now, and so we've begun moving folks from the Mozy platform onto the Carbonite platform. And so I think the real hard-line distinction between the 2 businesses becomes a little fuzzy. These all start to become Carbonite customers, and we saw some of that even in the third quarter. But I think it starts to happen with a lot more velocity here in the fourth quarter.

**Mohamad S. Ali**
*President, CEO & Director*

Yes, Chad, let me shorten that response. The Mozy integration is going very well, very well. I'm very pleased with it. And I think, as you know, integration is one of the core strengths of the company, and you hit it, continuing to -- the Mozy integration is executing exactly the way we had planned it.

**Chad Michael Bennett**
*Craig-Hallum Capital Group LLC, Research Division*

So is the Mozy business 100% subscription? Remind me again.

**Mohamad S. Ali**
*President, CEO & Director*

Yes, it is.

**Chad Michael Bennett**
*Craig-Hallum Capital Group LLC, Research Division*

So the reason why I ask is based on the guidance when we closed the Mozy deal of, I think it was $40 million to $45 million from close until the end of the year. And I don't know if there's seasonality. But if I just look at it linear-wise or ratable, if you say Mozy subscription bookings were, call it maybe $12 million, $12-plus million in the quarter and you back that out as subscription, I'm just curious how we get to the double-digit organic subscription growth rate. Maybe I'm missing something there.

**Anthony Folger**
*CFO & Treasurer*

Yes, I guess the one element that I would highlight is that only about 85% is business, is actually a little bit lower than maybe. Somewhere between 80% and 83%, quarter-to-quarter, is going to be business. The rest will be consumer. And so you'd sort of bump out, I don't know, 15% to 18%, maybe 18% of that number.

**Chad Michael Bennett**
*Craig-Hallum Capital Group LLC, Research Division*

Okay. Okay. And then you guys talked about heading into next year, continuing to invest in sales and marketing for the next, I think you said several quarters here relative to the run rate today. So looking into next year, how should we think about -- and I know you're not prepared to guide for the year -- but kind of relative operating leverage, which has been absolutely phenomenal this year, as we head into next year? And then I'll hop off. Thanks.

**Anthony Folger**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*CFO & Treasurer*

So I think, as we look at the business and we look at the setup and the things we've done this year to drive leverage next year, obviously -- and I think Mohamad sort of alluded to this when we were talking about the bookings discussion -- our thesis on the business hasn't changed. Our long-term outlook hasn't changed. And so I expect we're going to continue to drive good growth in business bookings. It's going to be heavily weighted towards subscription. That carries a higher margin profile with it. We're finishing our West Coast data center consolidation here in Q4, and so I think that really benefits us from an operating perspective next year in our cost of goods.

And then I think both of those mean margins, gross margins, are going to continue to drive up. I think we've achieved pretty good cost synergies on the Mozy business, with G&A and where that's at presently. So we may see some investment in dollars from a sales and marketing perspective. We'll see if that moves the needle as a percentage of revenue. But I think going into next year, I would still be expecting expansion of profitability, probably led largely by expansion in gross margin.

**Operator**

Our next question comes from Eric Martinuzzi of Lake Street.

**Eric Martinuzzi**
*Lake Street Capital Markets, LLC, Research Division*

Yes, I wanted to focus on kind of a longer-term question. I know you just had sort of a strategic offsite with some of the key people in your organization, just brainstorming. As far as what you come out of that meeting with, really, really excited about for 2019. Is it around, "Hey, we've now got the Carbonite Data Protection Console"? Is it around the Mozy conversion? Is it around the M&A landscape? If you could just talk about 1 or 2 things about which the team is really excited for 2019 and beyond.

**Mohamad S. Ali**
*President, CEO & Director*

Yes, Eric, no, thank you. It's great. So first of all, we do 2 strategic offsites a year, and I'll tell you where we did them. The first one we did at Converse, which is a Nike company. And that was fun. And then the second we actually did at Iron Mountain, which they're a great partner.

And going into '19 and '20, a big part of it is we have a platform now that can deliver data protection across the board. And we have a user experience that allows you to continue to very easily -- allows you to cross out -- allows you to provide the APIs into the MSPs, which we never had before. And so a big part of the strategy was focused on, "How do we leverage that now?" We're sort of at the point that we've been building to for 4 years now. We have it. We're actually starting to see some of the impact of having that platform. We're starting to see deals that are bigger than the deals that we've seen before, in part because customers are buying multiple products. Just last week, we had a deal that was 3x our normal deal size, and it had all 3 products in it. The customer bought all 3 things together.

And so a lot of it had to do with continue to integrate our solutions, integrate our IT platform and leverage that to automate. And as we look at our close rates across the different sides of the deal, how do we now optimize our close rates across the entire spectrum of deal sizes that we have?

So yes, it's now building -- getting the benefits from the platform that we have been creating for 4 years. So thanks for asking. It was very exciting.

**Eric Martinuzzi**
*Lake Street Capital Markets, LLC, Research Division*

And the MSP portion, if I could just ask a follow-up, what is kind of MSP as a percent of your business bookings, or maybe as just a percent of your total bookings, and where do you think that goes over time?

**Mohamad S. Ali**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, I'm going to have Anthony answer it, but I want to tell you it's not big, but it is growing, and it's growing nicely. And it's actually amazing how successful we've been with the MSP partners without really providing them the APIs, the tooling, what they actually need. Now we have what they need, and we had 30 MSPs, sizable ones here at Carbonite last week, and they just love what we had. Each one of these products have the APIs that they need, and they can deploy our stack in their data centers that they choose, or they can run it -- they can integrate with the APIs and run it in our data center. It's very exciting. I'll turn it over to Anthony to talk about the MSPs that we have today.

**Anthony Folger**
*CFO & Treasurer*

Yes, thanks, Mohamad. I would say MSPs are probably sub-10% of our business, but I think growing very quickly as a channel for us. So we may at some point in the future cross that 10% threshold, but sub-10% today.

**Operator**

Our next question comes from Erik Suppiger of JMP Securities.

**Erik Loren Suppiger**
*JMP Securities LLC, Research Division*

First is any comments on how the relationship with Dell is progressing in light of the Mozy acquisition?

**Mohamad S. Ali**
*President, CEO & Director*

It's progressing well. We did the acquisition, we authenticated that we established a strategic partnership with them. And we've even hired a team to focus exclusively on that partnership, and we're working a very nice pipeline of deals with them. And so we are quite excited about that partnership. And there are few partners like Dell that I think are -- have a lot of potential for us.

**Erik Loren Suppiger**
*JMP Securities LLC, Research Division*

And then any comments in terms of the growth? Can you quantify the growth in customers buying multiple products? Any updates on that front?

**Mohamad S. Ali**
*President, CEO & Director*

I'll turn that to Anthony. It seems hard to, at this point. It's just very recently that we started this cross-sell initiative in the midmarket, and it's only much more recently that we have a platform that supports that. We're seeing some very nice anecdotal evidence, but I don't know that we have consolidated data on that. Anthony?

**Anthony Folger**
*CFO & Treasurer*

Yes, I would say that the number's increasing, and certainly, because of where we started from, Erik, it's increasing at a rapid rate. But it's not at a point yet where it's impacting sort of our dollar renewal rate, which continues to run in the low 90s on the business side. So I think it's certainly a bright spot for us. I think it's been promising, and I think we're seeing growth. But to Mohamad's point, still early days.

**Mohamad S. Ali**
*President, CEO & Director*

Yes. I'll just give you an example. So the one last week that came in at sort of 3x normal deal size includes Carbonite Server, VM Edition to back up all their VM, Carbonite Recover to do high availability to our cloud and the appliance at Hardware-as-a-Service. So 3 of the offerings were bundled into that.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Our next question comes from Ben Rose of Battle Road Research.

**Ben Zion Rose**
*Battle Road Research Ltd.*

A question regarding Iron Mountain. Mohamad, it was my recollection that previously they had only been a partner on the backup side. And I guess my question is how recently have they come onboard for partnering on all of the products, and how large an opportunity do you think that this can be, particularly given my understanding that a lot of their customers are still kind of paper-based backup?

**Mohamad S. Ali**
*President, CEO & Director*

Yes. Great question, Ben. So you're right. They were actually just a partner around our server backup, and really most of the server backup's physical. It did not include the new product that we brought to market, which is Carbonite Server, VM Edition. So we've added VM Edition, we've added basically the whole suite. And that's super exciting.

And then in terms of a customer base, I don't know if this is publicly known, and so I won't say it, but they have -- I won't say the exact number -- but they have a large number of customers where they're providing both paper-based backup services, but also digital backup services and digital transformation services. They have a whole emerging business around that. They have data centers and so forth. And so the customer base that they're sitting on is a large customer base and pretty exciting to us and to them. So we highlight a few partners. They're certainly one of them that could have really great traction for us.

**Operator**

Our next question comes from Brian Schwartz with Oppenheimer.

**Brian Jeffrey Schwartz**
*Oppenheimer & Co. Inc., Research Division*

Thanks for all the transparency, too, on the business. I've got a couple of questions just kind of following up on the information that you gave us here on the call. The first one, I did want to dive into that renewal activity that you said it trended below plan, because that is a change from last quarter. Last quarter, the renewals came in above plan. And if we think about what's going on with retention, you did have a price increase that happened earlier this year. I'm just wondering if you can dive into, if it's possible, diagnose what's happening to the retention. What came under plan? Was there less cross-selling activity? Maybe something with the Code42 subs that you onboarded. Is it maybe a little bit of a deeper dip than expected from the price increase? Any additional color on that, I think, would be helpful.

**Anthony Folger**
*CFO & Treasurer*

The point that I mentioned on renewal activity being sort of lower than planned, lower than expectations, was strictly on maintenance and support. So when we look and talk about our non-subscription business, it's comprised of license deals and the associated maintenance and support on those license deals. And I guess the point I should clarify is that up through, let's say, the second quarter, we had seen softness in license sales. I would say the renewal activity was pretty much in check.

And then as we got into the second half of the year, we were unable to close deals that were in our pipe, and so softness on the license side continued, but we also saw softness on the maintenance side, the maintenance renewals on that revenue stream. So it was sort of a double whammy on the non-subscription business where we got hit.

I think our consumer business continues to chug along with very consistent retention rates, as does our subscription business on the business side.

**Brian Jeffrey Schwartz**
*Oppenheimer & Co. Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Anthony, building on that, now that you've adjusted your plan for the non-subscription side of the business, what is your expectation for the trend next year? Do you think it will stabilize, or is your expectation that that segment in the business will continue to decline as the customers migrate over to the cloud?

**Anthony Folger**
*CFO & Treasurer*

Yes, I don't expect it to go to zero, Brian. I don't think it's one of those type of situations. It's certainly on a downward trajectory right now. I think we're going to -- we'll continue to sell some perpetual licenses to customers who want to buy that way, and we'll continue to renew their maintenance. It just feels to me like we're going to be unable to grow that business going forward. And so we may see less of a steep decline next year or we may see it flatten out. But I don't think it's a business that goes from $10 million a quarter to zero.

**Brian Jeffrey Schwartz**
*Oppenheimer & Co. Inc., Research Division*

And then, Anthony, in terms of the expense, can you help us with the litigation expense that you're planning to allocate per quarter for the lawsuit?

**Anthony Folger**
*CFO & Treasurer*

Yes, on the partner suit that we filed, I think fortunately, it was something that happened in the quarter. I think that the action we took sort of brought folks to the table to find a resolution, and so going into Q4, we're able to continue doing business and we're able to continue booking some revenue with this partner. And I don't expect that we incur litigation expense going forward. But I do think our expectation for this partner is a lower contribution than it has been in the past.

**Brian Jeffrey Schwartz**
*Oppenheimer & Co. Inc., Research Division*

And then last question from me, I wanted to build on a question from Chad. If I look at we strip out the Mozy, it does look like the business is growing mid single digits organically here. I know the aspiration is for the business to grow above the industry average, which is double digits out there. So can you help me walk it through here as we think about '19 and where that additional growth will come from? Or should we just expect it all to come through inorganically? Thanks.

**Anthony Folger**
*CFO & Treasurer*

Thanks, Brian. No, I think that if we look at our business bookings, especially on the subscription side, I think we expect to continue to drive solid growth in business subscription bookings. And we've always said a long-term range of 10% to 15%. I think annually, that's been our expectation, and I think even in Q3, we're certainly in that range.

I think with the increased focus, attention, sales management and new products, frankly, I think we're very bullish on business subscription bookings. Likewise on the consumer side of the business, I think we continue to see good uptake on the price increase, solid retention, good contributions from Mozy on consumer and continued contribution from the Code42 partnership. And so, obviously, there's a big inorganic slug that hits consumer, but I would say that's been probably a double-digit grower, even without the Mozy contribution this year.

So I think we're seeing a better consumer business. I think we expect outsized growth in business subscription bookings. And frankly, if the non-subscription sort of levels out in 2019, there may be no change to our outlook. But I think we'll see how Q4 plays out and how the tea leaves read for 2019 before we sort of opine on that.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our next question comes from Saket Kalia of Barclays.

**Saket Kalia**
*Barclays Bank PLC, Research Division*

I'll just keep it to 2. So first, Mohamad, maybe for you, if I recall, the biggest components of the non-subscription line on the enterprise part of the business should really be coming from EVault and Doubletake. Maybe some other parts in there, but I think those should be the 2 largest parts. The question is was there any concentration in either of those areas in terms of the softness? And what do you think were the biggest drivers of that softness specific to products?

**Mohamad S. Ali**
*President, CEO & Director*

I'm going to have Anthony add to this, but so if you remember why we bought Doubletake, we bought Doubletake because it had this incredible high-performance replication engine, but it was an on-prem product. And what we were going to do with it is that we're going to build -- we're going to, first of all, make it multi-tenant. We're going to build an orchestration layer on top of it, and we're going to create a cloud service out of it. And that cloud service is now called Carbonite Recover, and we're starting to see Carbonite Recover customers come onboard, come onto our cloud, and we love it.

And remember, what we told the sales team was that, "We're going to compensate you to sell SaaS and sell SaaS and sell SaaS." And as a result, we're seeing softness on the non-subscription side. And I would say, and I'll have Anthony add to this, and I would say that it's really more on the formerly Doubletake side, given the fact that we're trying to drive a pretty -- a much more aggressive transition there to Carbonite Recover.

I think on the EVault side, we had a subscription product when we bought the company as well as a non-subscription product. We started that transition almost immediately, and I think that's gone well. We now have to go through that transition on the Doubletake side. Anthony, do you want to add to that?

**Anthony Folger**
*CFO & Treasurer*

No, I think you pretty much nailed it. I think the bigger impact that we've seen has been on what I'd call the legacy Doubletake side, for sure.

**Saket Kalia**
*Barclays Bank PLC, Research Division*

So from a follow-up, if I could make it based off of that last kind of line of questioning, how many -- if there's a way to think about it -- how many of the perpetual deals/maintenance contracts that didn't renew or didn't buy in the quarter actually shifted into subscription, is the first part of this question. And then secondly, Anthony, how do you sort of think about a subscription booking for like a Carbonite Recover, for example, versus a Doubletake booking, sort of pound for pound, if there's a way to think about the conversion ratio? Because I think it's important when you think about sort of a SaaS product sort of taking over versus a perpetual product, that that is the -- yes, so maybe I'll leave it there.

**Anthony Folger**
*CFO & Treasurer*

I think -- I don't really think the phenomenon that we saw was our pipeline or our customer base converting from perpetual to SaaS. I think the phenomenon that we're seeing is Recover is in market and the pipeline and the revenue stream is growing from that sort of independent, and that's our partners, our marketing efforts, our MSPs really driving that.

I think the legacy pipeline that we had for perpetual deals, I think in all honesty, there are a good number of deals that we didn't win. And so when we see deals go away and they're lost like that and we don't really have a focus on rebuilding the pipe, that's what sort of gave us a change of heart on the outlook,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

was not only had the performance been bad, but we're not seeing it in the go-forward pipe, either. So I think that's fundamentally how things shook out.

In terms of the conversion, I think you could probably look at it as at least a 3-to-1. So a perpetual license may be 3x more expensive than what we would charge on the SaaS side.

**Operator**

Our next question comes from Jeff Captain of Stifel.

**Jeffrey Alexander Captain**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Just had a quick follow-up regarding those legacy license deals that you talked about that were kind of lost in the pipeline. Just curious if there's any kind of commonality in those deals that were lost. Any kind of underlying theme or any more color you can give there?

**Anthony Folger**
*CFO & Treasurer*

I guess what we would say is those legacy deals, obviously, those are predominantly on-prem. We know that prior to us acquiring Doubletake, it had been a declining business. We did see, I think, improved performance when we first acquired that business, but as we started to put more of our focus and energy on the SaaS-enabled products, most notably Carbonite Recover, I think there's just less focus, less urgency to build the pipe, and I think those legacy deals are being lost, probably for similar reasons as they were being lost prior to acquisition, which is it's an on-prem solution, and we see more and more customers moving to cloud-based deployments. And so to the extent we could go in and bid without a cloud-based solution, we'd absolutely do it. To the extent we couldn't, there may be a newer technology or a different vendor that's in there who could take the deal from us.

**Mohamad S. Ali**
*President, CEO & Director*

Yes, and Jeff, just to give you a sense for timing, so we acquired Doubletake at the beginning of last year. We spent a year and a quarter really building out Recover, and then at the end of the first quarter, we launched Recover. And at the beginning of the year, we set the subscription and non-subscription targets and so forth. So at the beginning of the year, we told the sales team, "Focus on subscription, focus on Recover," et cetera. And once you do that, people, that's what they're going to drive to closure, that's the pipeline they're going to build. And unfortunately, we just didn't have a crystal ball to see how the subscription was going to grow versus how the non-subscription was going to grow around Doubletake.

And so we're very pleased with how Recover's been going, and like I said earlier, as we started seeing the softness in the non-subscription, we looked back at our strategy and I said, "What's our strategy?" And our strategy is to build a large subscription business. And so as a result, we're not really going to change things, and we're going to continue to hammer away at the large subscription business. And what that implies is that we should adjust the total bookings and reflect that this is our strategy. I don't know if that helps.

**Operator**

Our next question comes from Tim Klasell of Northland Securities.

**Timothy Elmer Klasell**
*Northland Capital Markets, Research Division*

So a quick follow-up on the last question. When customers aren't renewing, obviously, replication and availability is important. Is it customers staying on-premise and maybe going with another vendor, or are they just taking maybe a totally different approach? And I don't know if it's something in a different cloud architecture, maybe depending on maybe an application vendor to provide the reliability. Again, maybe if you can give any color on which direction maybe those customers are going? Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Mohamad S. Ali**
*President, CEO & Director*

So I think on the maintenance and support specifically, I don't think it's necessarily a case of customers necessarily swapping us out. And this is one of the perils of the traditional software license model. If your product works after a number of years, people may not see the value in maintenance. If they're not logging a lot of customer support calls and they don't need the updates, then they can continue to own the product because they've got a perpetual license and they don't have to continue with any sort of revenue stream. So I think there's absolutely an aspect of that that's part of the equation here, and probably, I think as far as we can tell -- it's always hard to know -- but I think as far as we can tell, that's probably as big a factor as anything.

I think if you were seeing this migration to cloud applications as a meaningful driver, we'd see it actually across the business, not just on the non-subscription side.

**Timothy Elmer Klasell**
*Northland Capital Markets, Research Division*

Okay, that's very helpful. That's very helpful. And then switching over to the consumer side, obviously, that ticked up again this quarter. Your guidance is obviously for better growth. I know you had a price increase, but are you doing anything else? Are you getting more effective in your marketing? Are you finding, I don't know, better channels on that? Because that's obviously a product that we had all thought would be sort of so-so, yet it's accelerating. Any additional color around that would be helpful. Thank you.

**Mohamad S. Ali**
*President, CEO & Director*

Yes, I think ransomware has given consumer backup another life here. But we're also seeing a lot of spillover from our brand marketing. At the beginning of sort of second -- fourth quarter of last year, we started investing heavily in the Carbonite brand as a business brand, so we started attending VMWorld and putting out billboards and Business Week and we now have a podcast that, at least when it was, Season 1 was actually the second most downloaded podcast called Breach. Everybody should listen to it. And we actually have Season 2 now. We just came out at the election hacking special. Everybody should listen to that one, too.

But this sort of brand marketing activity, positioning Carbonite as the leading business brand in data protection, one of the things we've noticed is it's having a spillover on the consumer side. And even though we're not investing a lot on marketing in the consumer side, we seem to be getting some of the benefits there. But again, I just want to temper the whole sort of consumer space. We will continue to manage that as effectively as we can. It's a great subscription business. We like it, we love it and we'll try to maintain it. But we don't want to put the high expectations on it.

**Operator**

Our next question comes from Sarkis Sherbetchyan of B. Riley FBR.

**Sarkis Sherbetchyan**
*B. Riley FBR, Inc., Research Division*

Most of mine have been answered, but I just want to shift back focus on the unified console, Mohamad, and maybe can you help us understand what new features or functions or offerings are slated for the console maybe over the next 12 months or so? And maybe if you can touch upon how you plan to accelerate the sales velocity there, and perhaps what would that do to the average sales basket? I think you gave us an example, but just maybe give us some more color there.

**Mohamad S. Ali**
*President, CEO & Director*

The data protection console and the whole platform is very exciting for us. The first thing that people see is just how easy it is to use, and that comes from our consumer background. We have a bunch of user

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

experience people here who just know how to make things simple. And so the console's very simple. And then the backup product integrates into the console. And so today the console provides a certain level of integration functionality.

But over the next year, we're going to integrate all the products into the console, and it will be able to do things like white space detection. It will be able to look at a customer environment and say, "Hey, we could see that you have these critical servers that are in backup that should be in high availability. We can see that you have this many endpoints that are protected but not these other endpoints. You could decide what to do with it." And in the best-case scenario, they'll use the console to buy what they need. But obviously, that's not going to happen overnight. But those are the kinds of things that we're going to be building into the console to enable the customer to not -- or the partner, the MSP partner -- to not just manage individual things like VMs or physical AIX servers or Windows 10 endpoints, but to see it all together and understand what their entire data protection risk portfolio actually looks like.

### Sarkis Sherbetchyan
*B. Riley FBR, Inc., Research Division*

Got it. Certainly helpful. And just to step back and think about the CapEx profile, it looks like the West Coast data consolidation maybe spills over into 4Q here. I think in the last call or two, you mentioned maybe an annual CapEx budget of the $15 million range, something like that. Is that still the expectation for the balance of the year here?

### Anthony Folger
*CFO & Treasurer*

Yes, I think we, from a CapEx perspective, the data center consolidation was largely complete in Q3. But I think operationally, it takes us in the fourth quarter just to go lights-out on some of the data centers that we had previously been occupying. So I think we start to see the operational benefit in '19.

From a CapEx perspective, I think we're just north of $2 million this quarter. And I think in that, let's say, $3 million range probably feels -- maybe $2.5 million to $3 million per quarter starts to feel a little bit more normal in terms of CapEx. So next year, maybe it's a $10 million to $12 million number.

### Operator

I'm showing no further questions at this time. I'd like to turn the conference back over to Mr. Ali for any closing remarks.

### Mohamad S. Ali
*President, CEO & Director*

Great. Thank you and thanks, everyone, for joining us tonight. It is a great time to be a Carbonista, and I'm really pleased at how well the team is executing on our strategic initiatives. We delivered strong business subscription bookings growth, we have a growing subscription pipeline, our non-GAAP gross margin continues to improve, we have meaningfully strengthened our partnerships and we are delivering an adjusted free cash flow north of 20% with a multiyear CAGR, revenue CAGR, of 20%.

The company is as strong as ever, and Anthony and Jerry and I look forward to speaking with you about the business at one of our upcoming investor events.

And with that, goodnight from Red Sox Nation.

### Operator
Thank you. Ladies and gentlemen, this does conclude today's conference. Thank you for your participation and have a wonderful day. You may all disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**CARBONITE, INC. FQ3 2018 EARNINGS CALL |  NOV 01, 2018**

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.