# EXHIBIT 14

*William Blair & Company, LLC analyst report 11/02/2018*

Equity Research
**Technology, Media, and Communications | Enterprise and Cloud Infrastructure**

*William Blair*

November 2, 2018

**Jason Ader, CFA** +1 617 235 7519
jader@williamblair.com

**Sophia Jiang, CFA** +1 617 235 7540
sjiang@williamblair.com

# Carbonite, Inc.

## Strong Subscription Trends in Third Quarter Overshadowed by Reduced Outlook for Business Bookings; Transferring Coverage

We are assuming research coverage of Carbonite as of November 1. The company reported mixed results in its fiscal third quarter, missing revenue consensus by roughly $1 million while beating non-GAAP EPS consensus by $0.08. The main positives in the quarter were subscription business bookings (up 59% year-over-year) and strong margins, earnings, and free cash flow. The main negative surprise was reduced business bookings guidance for fiscal 2018, which came in $21 million below prior guidance, driven by weak performance from Carbonite's nonsubscription offerings as well as lower contribution from one of the company's long-time top five partners (which Carbonite is currently suing for breach of contract).

For the third quarter, revenue grew 25% year-over-year including contribution from the Mozy acquisition. Consumer bookings grew 30% during the quarter, including contribution from the Mozy acquisition, while business bookings were up 30%. As noted above, subscription business bookings grew 59%, though this was somewhat offset by weak nonsubscription (i.e., perpetual license) bookings, which were down 24% year-over-year and still represent about 20% of total business bookings. Gross margin in the quarter stepped up to 78.4% as the company benefited from its West Coast data center consolidation efforts and other customer care initiatives that lowered cost of sales. In addition, while EBITDA missed Street estimates by roughly $2 million, free cash flow beat Street estimates by roughly $6 million (adjusted free cash flow margin exceeded 20%). For the fourth quarter, management lowered revenue guidance by roughly $3 million below consensus, while guiding fiscal fourth-quarter non-GAAP EPS roughly in line.

Looking into 2019, we believe the company will see greater synergies from the Mozy acquisition as cross-sell motion accelerates. The Mozy customer base will serve as a critical cross-sell opportunity for the company, especially once the Carbonite Data Protection Console is launched. Mozy's primary offering consisted of PC backups, which is only a portion of Carbonite's business. With Mozy customers, Carbonite will now have a large and virtually untouched customer base to sell its data protection, disaster recovery, high availability, and data migrations products into.

Despite the hiccup this quarter tied to Carbonite's legacy nonsubscription business, we remain positive on Carbonite's business fundamentals as the company continues to execute. There are several drivers to the business over the next 12-18 months that could provide upside to the stock, including the new DRaaS offering, the tailwind from the Mozy integration, benefit from the Code42 relationship, increased cross-sell with the introduction of the Carbonite Data Protection Console, improved profitability and cost control, and increased focus on the international opportunity. Carbonite trades at an enterprise value of 10.4 times our revised calendar 2019 EBITDA estimate, which we believe represents an attractive risk/reward opportunity.

Carbonite, based in Boston, is the leader in on-demand backup solutions.

**Please refer to important disclosures on pages 5 – 6. Analyst certification is on page 5.**
William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.

| Stock Rating: | | | **Outperform** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Symbol: | | | CARB (NASDAQ) |
| Price: | | | $35.51 (52-Wk.: $21-$44) |
| Market Value (M): | | | $1,194 |
| Dividend/Yield: | | | $0.00/0.00% |
| Fiscal Year End: | | | December |

| | | 2017A | 2018E | 2019E |
|---|---|---|---|---|
| **Estimates** | | | | |
| Sales (M) | Q1 | $59.1 | $64.9 | $81.8 |
| | Q2 | $61.1 | $79.8 | $85.0 |
| | Q3 | $63.1 | $79.1 | $84.4 |
| | Q4 | $62.8 | $80.4 | $86.0 |
| | FY | $246.1 | $304.3 | $337.2 |
| EPS | Q1 | $0.09 | $0.27 | $0.36 |
| | Q2 | $0.15 | $0.45 | $0.44 |
| | Q3 | $0.25 | $0.48 | $0.45 |
| | Q4 | $0.30 | $0.42 | $0.47 |
| | FY | $0.79 | $1.63 | $1.72 |
| EBITDA (M) | Q1 | $5.9 | $12.3 | $19.5 |
| | Q2 | $7.4 | $20.7 | $23.2 |
| | Q3 | $11.4 | $31.4 | $24.1 |
| | Q4 | $12.9 | $21.9 | $24.9 |
| | FY | $37.6 | $86.3 | $91.7 |
| **Valuation** | | | | |
| EV/Sales | | 4.6x | 3.7x | 3.4x |
| FY P/E | | 45.0x | 21.8x | 20.7x |
| EV/EBITDA | | 30.3x | 13.2x | 12.4x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 33.6 |
| Float (M): | 31.1 |
| Avg. Daily Volume (90-day): | 419,405 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $2.37 |
| Return on Equity (TTM): | 2.0% |
| Enterprise Value (M): | $1,141 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

William Blair

**The Numbers:**

| Reported Revenue | WB Estimate | Street Consensus |
|---|---|---|
| $79.1 million | $80.1 million | $80.5 million |
| **Reported Non-GAAP EPS** | **WB Estimate** | **Street Consensus** |
| $0.48 | $0.41 | $0.41 |

**Fourth Quarter 2018 Guidance:**

- Non-GAAP revenue of $78.6 million to $81.6 million, compared with the Street estimate of $83.0 million.

- Non-GAAP EPS between $0.40 and $0.44, compared with the Street estimate of $0.42 at the midpoint.

**Fiscal Year 2018 Guidance:**

- Non-GAAP revenue of $302.5 million to $305.5 million, compared with the Street estimate of $308.2 million.

- Non-GAAP gross margin between 76.5% and 77.5%.

- Non-GAAP EPS between $1.61 and $1.65, compared with the Street estimate of $1.56 at the midpoint.

- Adjusted free cash flow of $43 million to $46 million.

William Blair

| 3Q18 Results | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Non-GAAP | | WB | Upside/ | Street | Upside/ | Guidance | | | Upside/ |
| ($ in millions, except EPS) | Actual | Estimate | (Downside) | Estimate | (Downside) | Low | Mid | High | (Downside) |
| Revenue | $79.1 | $80.1 | ($1.0) | $80.5 | ($1.4) | $79.0 | $80.0 | $81.0 | -$0.9 |
| Y/Y Change | 25.4% | 27.0% | | 27.6% | | 25.2% | 26.8% | 28.4% | |
| Bookings | $78.8 | $78.5 | $0.3 | $82.2 | ($3.4) | | | | |
| Y/Y Change | 32.0% | 31.5% | | 37.7% | | | | | |
| EBITDA | $31.4 | $20.5 | $10.9 | $24.5 | $6.9 | | | | |
| Y/Y Change | 175.5% | 79.9% | | 114.8% | | | | | |
| EBITDA Margin | 39.7% | 25.6% | +1410 bps | 30.4% | +930 bps | | | | |
| EPS | $0.48 | $0.41 | $0.06 | $0.41 | $0.07 | $0.40 | $0.41 | $0.42 | $0.07 |
| Adjusted FCF | $17.3 | $18.0 | ($0.7) | $11.6 | $5.7 | | | | |
| Y/Y Change | 186.8% | 198.9% | | 92.9% | | | | | |
| FCF Margin | 21.8% | 22.4% | -60 bps | 14.4% | +740 bps | | | | |

Source: Company reports, William Blair estimates, and FactSet

| 4Q18 Guidance | | | | | | | |
|---|---|---|---|---|---|---|---|
| Non-GAAP | Guidance | | | WB | Upside/ | Street | Upside/ |
| ($ in millions, except EPS) | Low | Mid | High | Estimate | (Downside) | Estimate | (Downside) |
| Revenue | $78.6 | $80.1 | $81.6 | $81.7 | -$1.6 | $83.0 | -$2.9 |
| Y/Y Change | 25.1% | 27.5% | 29.9% | 30.0% | | 32.1% | |
| EPS | $0.40 | $0.42 | $0.44 | $0.41 | $0.01 | $0.42 | $0.00 |

Source: Company reports, William Blair estimates, and FactSet

| Revised 2018 Guidance | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-GAAP | Revised Guidance | | | Previous Guidance | | | Upside/ | WB | Upside/ | Street | Upside/ |
| ($ in millions, except EPS) | Low | Mid | High | Low | Mid | High | (Downside) | Estimate | (Downside) | Estimate | (Downside) |
| Revenue | $302.5 | $304.0 | $305.5 | $302.5 | $307.5 | $312.5 | (3.5) | $306.6 | (2.6) | $308.2 | (4.2) |
| Y/Y Change | 22.9% | 23.5% | 24.1% | 22.9% | 25.0% | 27.0% | | 24.6% | | 25.2% | |
| Business Bookings | $205.0 | $207.5 | $210.0 | $223.8 | $229.3 | $234.8 | (21.8) | $224.0 | (16.5) | N/A | N/A |
| Y/Y Change | 24.9% | 26.4% | 28.0% | 36.4% | 39.7% | 43.1% | | 36.5% | | | |
| Consumer Bookings Y/Y Growth | 15.0% | 17.5% | 20.0% | 10.0% | 12.5% | 15.0% | +500 bps | 13.4% | +410 bps | N/A | N/A |
| Calculated Consumer Bookings | $94.1 | $96.1 | $98.2 | $90.0 | $92.0 | $94.1 | 4.1 | $92.8 | 3.4 | N/A | N/A |
| Total Bookings | $299.1 | $303.6 | $308.2 | $313.8 | $321.3 | $328.9 | (17.7) | $316.7 | (13.1) | $319.1 | (15.5) |
| Y/Y Change | 21.6% | 23.5% | 25.3% | 27.6% | 30.7% | 33.7% | | 28.8% | | 29.8% | |
| Gross Margin | 76.5% | 77.0% | 77.5% | 76.5% | 77.0% | 77.5% | bps | 77.0% | bps | 77.1% | -10 bps |
| EPS | $1.61 | $1.63 | $1.65 | $1.51 | $1.55 | $1.59 | $0.08 | $1.55 | $0.08 | $1.56 | $0.07 |
| Adjusted FCF | $43.0 | $44.5 | $46.0 | $40.0 | $42.5 | $45.0 | 2.0 | $51.6 | (7.1) | $35.2 | 9.3 |
| Y/Y Change | 112.5% | 119.9% | 127.4% | 97.7% | 110.1% | 122.4% | | 155.3% | | 74.0% | |
| FCF Margin | 14.2% | 14.6% | 15.1% | 13.2% | 13.8% | 14.4% | +80 bps | 16.8% | -220 bps | 11.4% | +320 bps |
| Mozy Revenue | N/A | N/A | N/A | $40.0 | $42.5 | $45.0 | N/A | N/A | N/A | N/A | N/A |
| Mozy Bookings | N/A | N/A | N/A | $50.0 | $52.5 | $55.0 | N/A | N/A | N/A | N/A | N/A |
| Mozy EPS | N/A | N/A | N/A | $0.25 | $0.25 | $0.25 | N/A | N/A | N/A | N/A | N/A |

Source: Company reports, William Blair estimates, and FactSet

William Blair

**Carbonite, Inc.**
**Non-GAAP Earnings Model**
*($ in millions, except EPS)*

| | FY16 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | FY17 | 1Q18 | 2Q18 | 3Q18 | 4Q18E | FY18E | 1Q19E | 2Q19E | 3Q19E | 4Q19E | FY19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total revenue pro forma** | $209.3 | $59.1 | $61.1 | $63.1 | $62.8 | $246.1 | $64.9 | $79.9 | $79.1 | $80.4 | $304.3 | $81.8 | $85.0 | $84.4 | $86.0 | $337.2 |
| Cost of sales | 57.2 | 15.5 | 15.8 | 14.9 | 14.1 | 60.3 | 15.5 | 18.3 | 17.1 | 18.1 | 69.0 | 18.2 | 18.5 | 18.1 | 18.2 | 73.0 |
| **Gross profit** | $152.1 | $43.6 | $45.3 | $48.2 | $48.7 | $185.8 | $49.4 | $61.5 | $62.0 | $62.3 | $235.3 | $63.6 | $66.6 | $66.3 | $67.7 | $264.2 |
| General and administrative | 30.2 | 7.9 | 8.0 | 7.3 | 7.1 | 30.2 | 8.8 | 8.6 | 8.3 | 8.4 | 34.1 | 10.6 | 8.9 | 8.4 | 8.4 | 36.4 |
| Product development and engineering | 32.1 | 9.9 | 10.5 | 11.2 | 11.4 | 42.9 | 11.8 | 14.7 | 13.9 | 15.3 | 55.6 | 15.5 | 16.2 | 16.0 | 16.3 | 64.1 |
| Sales and marke ing | 71.2 | 22.8 | 22.3 | 21.2 | 20.2 | 86.5 | 19.2 | 21.3 | 20.3 | 20.4 | 81.2 | 21.7 | 22.1 | 21.5 | 21.9 | 87.2 |
| **Total Operating Expenses** | 133.43 | 40.56 | 40.70 | 39.66 | 38.73 | 159.65 | 39.84 | 44.54 | 42.45 | 44.07 | 170.90 | 47.84 | 47.20 | 46.00 | 46.68 | 187.72 |
| **Non-GAAP operating income** | $18.6 | $3.0 | $4.6 | $8.5 | $10.0 | $26.1 | $9.6 | $17.0 | $19.6 | $18.3 | $64.4 | $15.8 | $19.4 | $20.3 | $21.1 | $76.5 |
| *Margin* | 8.9% | 5.2% | 7.5% | 13.5% | 15.9% | 10.6% | 14.7% | 21.3% | 24.7% | 22.7% | 21.2% | 19.3% | 22.8% | 24.0% | 24.5% | 22.7% |
| **Adjusted EBITDA** | $30.6 | $5.9 | $7.4 | $11.4 | $12.9 | $37.6 | $12.3 | $20.7 | $31.4 | $21.9 | $86.3 | $19.5 | $23.2 | $24.1 | $24.9 | $91.7 |
| *Margin* | 14.6% | 9.9% | 12.2% | 18.1% | 20.5% | 15.3% | 18.9% | 25.9% | 39.7% | 27.2% | 28.4% | 23.8% | 27.3% | 28.5% | 29.0% | 27.2% |
| Other income | 0.2 | 0.0 | 0.9 | (0.7) | 0.1 | 0.3 | 0.0 | 0.2 | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.6) |
| Interest expense | (0.1) | 0.1 | (0.8) | (0.1) | (0.7) | (1.5) | (0.8) | (1.7) | (0.9) | (0.9) | (4.3) | (0.9) | (0.9) | (0.9) | (0.9) | (3.5) |
| **Income before income taxes** | 18.7 | 3.1 | 4.7 | 7.7 | 9.4 | 25.0 | 8.8 | 15.5 | 18.5 | 17.2 | 60.0 | 14.8 | 18.4 | 19.2 | 20.0 | 72.4 |
| Provision for income taxes | 2.2 | 0.6 | 0.5 | 0.4 | 0.6 | 2.1 | 0.6 | 1.3 | 1.2 | 1.4 | 4.5 | 1.2 | 1.5 | 1.5 | 1.6 | 5.8 |
| *ETR* | 11.9% | 19.0% | 9.9% | 5.5% | 6.8% | 8.5% | 7.2% | 8.5% | 6.6% | 8.0% | 7.6% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| **Non-GAAP net income** | $16.5 | $2.5 | $4.3 | $7.3 | $8.8 | $22.8 | $8.1 | $14.2 | $17.3 | $15.9 | $55.5 | $13.6 | $16.9 | $17.7 | $18.4 | $66.6 |
| Accretion of redeemable convertible preferred | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Diluted Non-GAAP EPS** | 0.60 | 0.09 | 0.15 | 0.25 | 0.30 | 0.79 | 0.27 | 0.45 | 0.48 | 0.42 | 1.63 | 0.36 | 0.44 | 0.45 | 0.47 | 1.72 |
| Diluted Shares | 27.5 | 28.5 | 28.8 | 29.0 | 29.3 | 28.9 | 30.0 | 31.7 | 36.5 | 37.8 | 34.0 | 38.2 | 38.6 | 39.0 | 39.4 | 38.8 |
| **Ratio Analysis** | | | | | | | | | | | | | | | | |
| Non-GAAP gross margin | 72.6% | 73.8% | 74.1% | 76.3% | 77.6% | 75.5% | 76.1% | 77.1% | 78.4% | 77.5% | 77.3% | 77.8% | 78.3% | 78.5% | 78.8% | 78.4% |
| General and administrative expense | 14.4% | 13.3% | 13.1% | 11.5% | 11.3% | 12.3% | 13.6% | 10.8% | 10.5% | 10.4% | 11.2% | 13.0% | 10.5% | 10.0% | 9.8% | 10.8% |
| Product development and engineering expense | 15.3% | 16.8% | 17.1% | 17.7% | 18.1% | 17.4% | 18.2% | 18.4% | 17.6% | 19.0% | 18.3% | 19.0% | 19.0% | 19.0% | 19.0% | 19.0% |
| Sales and marke ing expense | 34.0% | 38.5% | 36.5% | 33.7% | 32.2% | 35.1% | 29.6% | 26.6% | 25.6% | 25.4% | 26.7% | 26.5% | 26.0% | 25.5% | 25.5% | 25.9% |
| Non-GAAP operating margin | 8.9% | 5.2% | 7.5% | 13.5% | 15.9% | 10.6% | 14.7% | 21.3% | 24.7% | 22.7% | 21.2% | 19.3% | 22.8% | 24.0% | 24.5% | 22.7% |
| Non-GAAP net margin | 7.9% | 4.3% | 7.0% | 11.6% | 13.9% | 9.3% | 12.5% | 17.8% | 21.9% | 19.7% | 18.2% | 16.6% | 19.9% | 21.0% | 21.4% | 19.8% |
| **Growth Analysis (year-over-year)** | | | | | | | | | | | | | | | | |
| Revenue | 53.2% | 21.4% | 12.6% | 20.2% | 16.5% | 17.6% | 9.9% | 30.7% | 25.4% | 28.0% | 23.6% | 26.0% | 6.5% | 6.7% | 6.9% | 10.8% |
| Non-GAAP operating income | 289.8% | -38.2% | -313.4% | 109.4% | 141.7% | 40.4% | 213.7% | -51.9% | 129.7% | 82.6% | 146.2% | 65.2% | -197.4% | 3 5% | 15.4% | 18 8% |
| Adjusted EBITDA | 87.6% | -29.2% | -24.9% | 63.8% | 88.5% | 22.8% | 109.6% | 178.6% | 175.5% | 69.4% | 129.4% | 58.6% | 12.1% | -23.4% | 14.0% | 6.3% |
| Diluted Non-GAAP EPS | NM | -48.8% | -33.6% | 81.0% | 155.2% | 31.72% | 204.8% | 202.6% | 88.9% | 40.3% | 106.50% | 31.4% | -2.0% | -4.4% | 11.7% | 5.29% |
| Diluted GAAP EPS | -86.5% | -274.4% | -415.0% | -3435.5% | 136.9% | 37.0% | 49.2% | -21.6% | -112.4% | -132.3% | -262.1% | -113.0% | -127.7% | 355.2% | 419.8% | -24.3% |

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate was a manager or co-manager of a public offering of equity securities for Carbonite, Inc. within the prior 12 months.

William Blair or an affiliate is a market maker in the security of Carbonite, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Carbonite, Inc. or an affiliate within the next three months.

William Blair or an affiliate received compensation for investment banking services or non-investment-banking services from Carbonite, Inc. within the last 12 months. Carbonite, Inc. is or was, within the last 12 months, an investment banking client of William Blair & Company and/or one or more of its affiliates.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Carbonite, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Jason Ader attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 25380.70
S&P 500: 2740.37
NASDAQ: 7434.06



**Carbonite, Inc. Rating History as of 11/01/2018**
powered by: BlueMatrix

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of November 2, 2018):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 67 | Outperform (Buy) | 22 |
| Market Perform (Hold) | 32 | Market Perform (Hold) | 8 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

William Blair

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2018, William Blair & Company, L.L.C. All rights reserved.