# EXHIBIT 16

*Barclays Bank LLC analyst report*
*11/02/2018*

CORE

**BARCLAYS**

Equity Research
Technology | U.S. Software
2 November 2018

## Carbonite, Inc.

# Upfront Bookings Shortfall Will Overshadow Better Profitability

Perpetual deals drove lower Business bookings in the quarter, and a lower outlook for the year, which will likely overshadow bright spots from consumer and profitability. We adjust our estimates going forward, and introduce FY20 estimates, which underpin our $38 PT based on 15x FCF.

**Business bookings came in below for two reasons.** CARB reported 3Q18 non-GAAP revenue/EPS of $79.1M/$0.48 vs. our $80.0M/$0.41. However, the biggest take away was that Business bookings were below at $53.5M to our ~$60M estimate for two reasons: (1) perpetual/maintenance came in below because of lower close rates, pipeline, and maintenance churn – we believe this was pronounced in the Double Take business; and (2) litigation with a partner that generated an estimated $8-10M in subscription bookings last year resulted in lower run-rates.

**Business bookings guidance is going down for the same reasons – we adjust estimates in FY19 as well.** FY18 bookings guidance of $205-210M is below prior guidance of $223.8-234.8M due to a lower outlook on the perpetual business, and to a lesser extent the partner dispute. Looking forward, we assume Business subscription bookings grow 10-20% in FY19-20 with some help from Mozy in early FY19, while perpetual bookings continue to decline in the high single-digits.

**Consumer and margins were bright spots.** Consumer bookings were up 30% y/y to $25.3M ahead of our $22.2M estimate driven by the price increase earlier this year and we believe under-promise/over-deliver. Looking to 4Q, we could see the same setup with the revised guide of 15-20% y/y growth in FY18. The other bright spot this quarter was better profitability, with EPS guide going up to $1.61-$1.65 from $1.51-$1.59, and FCF also going up by ~5% at the mid-point.

| Stock Rating | EQUAL WEIGHT |
| --- | --- |
| | Unchanged |
| Industry View | POSITIVE |
| | Unchanged |
| Price Target | USD 38.00 |
| | lowered -7% from USD 41.00 |

| | |
| --- | --- |
| Price (01-Nov-2018) | USD 35.51 |
| Potential Upside/Downside | +7.0% |
| Tickers | CARB |

| | |
| --- | --- |
| Market Cap (USD mn) | 1194 |
| Shares Outstanding (mn) | 33.61 |
| Free Float (%) | 93.75 |
| 52 Wk Avg Daily Volume (mn) | 0.4 |
| 52 Wk Avg Daily Value (USD mn) | N/A |
| Dividend Yield (%) | N/A |
| Return on Equity TTM (%) | -15.06 |
| Current BVPS (USD) | 2.37 |

Source: Thomson Reuters

| Price Performance | Exchange-Nasdaq |
| --- | --- |
| 52 Week range | USD 43.63-20.50 |



*Link to Barclays Live for interactive charting*

### CARB: Quarterly and Annual EPS (USD)

| FY Dec | 2017 Actual | Old | 2018 New | Cons | Old | 2019 New | Cons | Change y/y 2018 | 2019 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Q1 | 0.09A | 0.27A | 0.27A | 0.27A | 0.47E | 0.46E | 0.41E | 200% | 70% |
| Q2 | 0.15A | 0.45A | 0.45A | 0.45A | 0.48E | 0.46E | 0.44E | 200% | 2% |
| Q3 | 0.25A | 0.41E | 0.48A | 0.41E | 0.48E | 0.45E | 0.47E | 92% | -6% |
| Q4 | 0.30A | 0.42E | 0.42E | 0.42E | 0.48E | 0.44E | 0.50E | 40% | 5% |
| Year | 0.79A | 1.57E | 1.63E | 1.56E | 1.90E | 1.81E | 1.83E | 106% | 11% |
| P/E | 44.9 | | 21.8 | | | 19.7 | | | |

Source: Barclays Research.

Consensus numbers are from Thomson Reuters received on 01-Nov-2018; 13:35 GMT

**U.S. Software**

**Saket Kalia, CFA**
+1 212 526 8465
saket.kalia@barclays.com
BCI, US

**David Fisher**
+1 212 526 7126
david.fisher@barclays.com
BCI, US

**Andrew Thomas**
+1 212 526 8081
andrew.w.thomas@barclays.com
BCI, US

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

PLEASE SEE ANALYST CERTIFICATION(S) AND IMPORTANT DISCLOSURES BEGINNING ON PAGE 8.

Released: 02-Nov-18, 05:07 GMT    Completed: 02-Nov-18, 05:03 GMT

Barclays | Carbonite, Inc.

| U.S. Software | | | | | Industry View: POSITIVE |
|---|---|---|---|---|---|

## Carbonite, Inc. (CARB)

Stock Rating: EQUAL WEIGHT

| Income statement ($mn) | 2017A | 2018E | 2019E | 2020E | CAGR |
|---|---|---|---|---|---|
| Revenue | 246 | 304 | 334 | 348 | 12.2% |
| EBITDA (adj) | 31 | 83 | 101 | 112 | 53.6% |
| Operating profit (adj) | 26 | 64 | 77 | 86 | 48.9% |
| Pre-tax income | -18 | -3 | 27 | 36 | N/A |
| Net income (adj) | 23 | 55 | 69 | 78 | 50.3% |
| EPS (adj) ($) | 0.79 | 1.63 | 1.81 | 2.01 | 36.6% |
| Diluted shares (mn) | 27.9 | 33.0 | 37.2 | 37.8 | 10.6% |
| DPS ($) | 0.00 | 0.00 | 0.00 | 0.00 | N/A |

| Margin and return data | | | | | Average |
|---|---|---|---|---|---|
| EBITDA (adj) margin (%) | 12.6 | 27.3 | 30.2 | 32.2 | 25.6 |
| Operating margin (adj) (%) | 10.6 | 21.1 | 23.1 | 24.8 | 19.9 |
| Pre-tax margin (%) | -7.4 | -1.0 | 8.0 | 10.4 | 2.5 |
| Net (adj) margin (%) | 9.3 | 18.2 | 20.6 | 22.3 | 17.6 |
| ROIC (%) | 1.4 | -39.5 | 9.5 | 9.7 | -4.7 |
| ROA (%) | 7.3 | 9.4 | 10.7 | 11.1 | 9.6 |
| ROE (%) | 7.3 | 9.4 | 10.7 | 11.1 | 9.6 |

| Balance sheet and cash flow ($mn) | | | | | CAGR |
|---|---|---|---|---|---|
| Net PP&E | 29 | 33 | 20 | 5 | -44.1% |
| Goodwill | 81 | 155 | 155 | 155 | 24.2% |
| Cash and equivalents | 128 | 219 | 286 | 369 | 42.3% |
| Total assets | 313 | 588 | 640 | 700 | 30.8% |
| Short and long-term debt | 112 | 0 | 0 | 0 | -100.0% |
| Other long-term liabilities | 6 | 6 | 8 | 8 | 11.8% |
| Total liabilities | 275 | 307 | 318 | 329 | 6.2% |
| Net debt/(funds) | -16 | -219 | -286 | -369 | N/A |
| Shareholders' equity | 38 | 282 | 323 | 371 | 113.3% |
| Change in working capital | 12 | -12 | -14 | -8 | N/A |
| Cash flow from operations | 31 | 50 | 78 | 94 | 44.3% |
| Capital expenditure | -17 | -13 | -11 | -11 | N/A |
| Free cash flow | 13 | 33 | 65 | 81 | 84.8% |

| Valuation and leverage metrics | | | | | Average |
|---|---|---|---|---|---|
| P/E (adj) (x) | 44.9 | 21.8 | 19.7 | 17.6 | 26.0 |
| EV/sales (x) | 4.4 | 3.6 | 3.3 | 3.1 | 3.6 |
| EV/EBITDA (adj) (x) | 35.3 | 13.2 | 10.9 | 9.7 | 17.3 |
| Equity FCF yield (%) | 1.4 | 3.1 | 5.0 | 6.1 | 3.9 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net debt/EBITDA (adj) (x) | -0.5 | -2.6 | -2.8 | -3.3 | -2.3 |
| Total debt/capital (%) | 74.5 | 0.0 | 0.0 | 0.0 | 18.6 |

| Selected operating metrics ($mn) | | | | | CAGR |
|---|---|---|---|---|---|
| License revenue | 246 | 304 | 334 | 348 | 12.2% |
| Maintenance revenue | -7 | -5 | 0 | 0 | N/A |
| Services revenue | 0 | 0 | 0 | 0 | N/A |
| Deferred revenue | 125 | 145 | 144 | 146 | 5.5% |

Source: Company data, Barclays Research
Note: FY End Dec

| Price (01-Nov-2018) | USD 35.51 |
|---|---|
| Price Target | USD 38.00 |

**Why Equal Weight?** We are EW for three reasons: 1) Carbonite is a pure-play in the DP&R market, and highly levered to the fast-growing cloud delivery segment  2) the increasing mix of SMB is positive for longer-term fundamentals like retention and margins and 3) while the mix of Consumer is decreasing, it still is a headwind, keeping growth in the mid-single digits.

| Upside case | USD 47.00 |
|---|---|

Our upside case contemplates Carbonite FCF coming in 10% better than we currently forecast. We assume a ~17x multiple which yields $47 in our upside case.

| Downside case | USD 29.00 |
|---|---|

Our downside case contemplates Carbonite FCF coming in 10% under our current forecast. We assume a ~12x multiple which yields $29 in our downside case.

**Upside/Downside scenarios**

Price History
Prior 12 months
High

Price Target
Next 12 months
Upside

43.62

47.00

Current
35.51

Target
38.00

29.00

20.50
Low

Downside

Barclays | Carbonite, Inc.

## Portfolio Manager Summary

*We believe the bull points from this quarter include:*

- **Consumer bookings beat our estimate; guidance for the year is bumped to 15-20% y/y growth which looks achievable.** Going into the print we thought consumer could provide a cushion, and it came in $3.1M ahead of our expectation of $22.2M at $25.3M as customers are digesting the price increase and Mozy continues to perform inline. Guidance for the year was revised up to 15-20% from 10-15%. At the midpoint, this implies a ~13.5% q/q decline in 4Q, which we think is beatable, so we could see similar dynamics in 4Q.

- **Profitability and adjusted FCF guidance going up.** Given the $0.07 EPS beat in the quarter vs. our estimates, CARB is flowing this through to the full year guidance and narrowing the range which is now $1.61-$1.65 up from $1.51-$1.59. Given the recent trend of beating on profitability, we would not be surprised if 4Q EPS guidance of $0.40-$0.44 is beatable as well. Adjusted FCF guidance is also going up by 2M at the midpoint to $43-46M from $40-45M.

- **Non-GAAP gross margins topped 78% for the first time, which will lead profitability in FY19.** Non-GAAP gross margins came in at 78.4% vs. our estimate of 77.1%, which is the first time gross margins have been above 78% in our time covering the company. This shows benefits of the west coast data center consolidation are being realized. We think there is still more to go regarding operational procedures of the consolidation, which combined with a growing subscription base will allow gross margins to lead expansion in FY19.

*We believe the bear points from this quarter include:*

- **Business bookings were light on perpetual, and guidance going down by $21.8M at the midpoint.** Business bookings were less than we expected on both upfront and subscription, coming in at $43.9M and $9.6M, respectively, versus our $48.6M and $11.3M. Guidance for the year is going down by $21.8M at the mid-point to $205-210M, down from $223.8-234.8M. The majority of the reduction is due to perpetual licenses, specifically in the Double Take business where Carbonite recently introduced its SaaS product Carbonite Recover. Nonetheless, results here were light in 1H18 as well on lower close rates, less pipeline, and increased maintenance churn. Net-net, perpetual was expected to be in the $50-$55M range, but will probably be in the low $40M range, making up the majority of the guidance adjustment.

- **Partner dispute cutting into subscription bookings as well.** On subscription, CARB filed a lawsuit against a partner where there was a dispute - we estimate the partner contributed $8-10M  in subscription bookings per year, and thus we should not expect the same level of business going forward post the lawsuit.

- **We trim our FY19 numbers.** We think both these issues could have lasting impacts, and thus we trim our FY19 numbers. To be clear, the move from perpetual to subscription will be a good thing long-term, but there will also be a near term bookings impact as perpetual is higher bookings in year 1 of a contract on average.

*CARB will be presenting at the Barclays TMT Conference on December 5th-6th at the San Francisco Palace Hotel – contact your sales person for more information*

*We show how actual 3Q18 results compared to our estimates in the table below.*

Barclays | Carbonite, Inc.

FIGURE 1

**CARB 3Q18 Actual Results vs. Barclays Estimates ($ in millions)**

| | Act | Est. | EPS |
|---|---|---|---|
| | **Sep-18** | **Sep-18** | **Impact** |
| **Total Revenue** | 79.1 | 80.0 | |
| y/y Change | 25.4% | 26.8% | |
| | | | |
| **Total Cost of Goods Sold** | 17.1 | 18.3 | |
| | | | |
| **Gross Profit** | 62.0 | 61.7 | 0.03 |
| **Gross Margin %** | 78.4% | 77.1% | |
| | | | |
| **Operating Expenses** | | | |
| Sales & Marketing | 20.3 | 22.3 | 0.04 |
| % of Revenue | 25.6% | 27.8% | |
| Research & Development | 13.9 | 14.4 | 0.01 |
| % of Revenue | 17.6% | 18.0% | |
| General & Administrative | 8.3 | 7.8 | (0.02) |
| % of Revenue | 10.5% | 9.8% | |
| **Total Operating Expenses** | 42.5 | 44.5 | |
| | | | |
| **Total Expenses** | 59.5 | 62.8 | |
| y/y Change | 9.1% | 15.1% | |
| | | | |
| **Operating Income** | 19.6 | 17.2 | |
| **Operating Margin %** | 24.7% | 21.5% | |
| | | | |
| Total Other Income/(Expense) | (1.0) | (1.0) | |
| | | | |
| **Pretax Income** | 18.5 | 16.2 | |
| Pretax Margin % | 23.4% | 20.2% | |
| Income Taxes Expense/(Benefit) | 1.2 | 1.3 | 0.01 |
| Tax Rate | 6.6% | 8.1% | |
| | | | |
| **Non-GAAP Net Income** | 17.3 | 14.9 | |
| Net Margin | 21.9% | 18.6% | |
| | | | |
| **EPS-Diluted** | $0.48 | $0.41 | |
| Diluted Shares Outstanding (in MM) | 36.5 | 36.3 | |
| y/y Change | 88.9% | 62.7% | |
| **Actual EPS Difference** | | | 0.07 |

Source: Barclays Research, Company Documents

2 November 2018

Barclays | Carbonite, Inc.

## Valuation

Our $38 PT is based on ~15x our FY20 FCF estimate of 83.2M. Our prior $41 PT was based on ~4x FY19E sales of ~$352M. We shift our valuation methodology to FCF because we think it will better capture the dynamics of the business with more margin expansion and capital efficiency.

Barclays | Carbonite, Inc.

FIGURE 2

**CARB Non-GAAP Income Statement ($ in millions)**

| | FY 2015 | FY 2016 | FY 2017 | Mar-18 | Jun-18 | Sep-18 | Dec-18E | FY 2018E | Mar-19E | Jun-19E | Sep-19E | Dec-19E | FY 2019E | FY 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | **136.6** | **209.3** | **246.1** | **64.9** | **79.9** | **79.1** | **80.1** | **303.9** | **82.1** | **83.1** | **83.7** | **85.1** | **334.1** | **347.9** |
| y/y Change | 11.4% | 53.2% | 17.6% | 9.9% | 30.7% | 25.4% | 27.4% | 23.5% | 26.5% | 4.1% | 5.7% | 6.3% | 9.9% | 4.1% |
| | | | | | | | | | | | | | | |
| Total Cost of Goods Sold | 36.8 | 57.2 | 60.3 | 15.5 | 18.3 | 17.1 | 18.9 | 69.8 | 18.2 | 18.2 | 18.6 | 18.6 | 73.7 | 73.7 |
| | | | | | | | | | | | | | | |
| Gross Profit | 99.9 | 152.1 | 185.8 | 49.4 | 61.5 | 62.0 | 61.2 | 234.1 | 63.9 | 64.9 | 65.1 | 66.5 | 260.4 | 274.1 |
| Gross Margin % | 73.1% | 72.6% | 75.5% | 76.1% | 77.1% | 78.4% | 76.4% | 77.0% | 77.8% | 78.1% | 77.8% | 78.1% | 78.0% | 78.8% |
| | | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | |
| Sales & Marketing | 52.0 | 71.2 | 86.5 | 19.2 | 21.3 | 20.3 | 21.0 | 81.8 | 21.8 | 22.4 | 22.9 | 24.2 | 91.3 | 94.3 |
| % of Revenue | 38.1% | 34.0% | 35.1% | 29.6% | 26.6% | 25.6% | 26.2% | 26.9% | 26.5% | 27.0% | 27.4% | 28.4% | 27.3% | 27.1% |
| Research & Development | 26.6 | 32.1 | 42.9 | 11.8 | 14.7 | 13.9 | 14.0 | 54.4 | 14.4 | 14.6 | 14.6 | 14.6 | 58.1 | 58.6 |
| % of Revenue | 19.5% | 15.3% | 17.4% | 18.2% | 18.4% | 17.6% | 17.5% | 17.9% | 17.5% | 17.5% | 17.4% | 17.2% | 17.4% | 16.8% |
| General & Administrative | 16.5 | 30.2 | 30.2 | 8.8 | 8.6 | 8.3 | 8.2 | 33.9 | 8.3 | 8.4 | 8.5 | 8.7 | 33.9 | 35.0 |
| % of Revenue | 12.1% | 14.4% | 12.3% | 13.6% | 10.8% | 10.5% | 10.2% | 11.1% | 10.1% | 10.1% | 10.2% | 10.2% | 10.2% | 10.0% |
| Total Operating Expenses | 95.2 | 133.4 | 159.6 | 39.8 | 44.5 | 42.5 | 43.2 | 170.0 | 44.4 | 45.4 | 46.0 | 47.5 | 183.3 | 187.9 |
| Total Expenses | 132.0 | 190.7 | 219.9 | 55.4 | 62.9 | 59.5 | 62.1 | 239.8 | 62.7 | 63.6 | 64.6 | 66.2 | 257.0 | 261.6 |
| y/y Change | 8.2% | 44.5% | 15.3% | -1.2% | 11.2% | 9.1% | 17.5% | 9.0% | 13.2% | 1.2% | 8.5% | 6.6% | 7.2% | 1.8% |
| | | | | | | | | | | | | | | |
| Operating Income | 4.6 | 18.6 | 26.1 | 9.6 | 17.0 | 19.6 | 18.0 | 64.1 | 19.5 | 19.5 | 19.1 | 19.0 | 77.1 | 86.3 |
| Operating Margin % | 3.4% | 8.9% | 10.6% | 14.7% | 21.3% | 24.7% | 22.5% | 21.1% | 23.7% | 23.5% | 22.8% | 22.3% | 23.1% | 24.8% |
| | | | | | | | | | | | | | | |
| **EBITDA** | **16.4** | **28.3** | **31.0** | **12.3** | **22.2** | **25.7** | **22.6** | **82.8** | **25.2** | **25.4** | **25.1** | **25.1** | **100.7** | **112.2** |
| % Margin | 12.0% | 0.1 | 12.6% | 19.0% | 27.9% | 32.5% | 28.2% | 27.3% | 30.7% | 30.5% | 30.0% | 29.5% | 30.2% | 32.2% |
| | | | | | | | | | | | | | | |
| Total Other Income/(Expense) | 0.1 | 0.1 | (1.2) | (0.8) | (1.5) | (1.0) | (0.6) | (4.0) | (0.6) | (0.6) | (0.6) | (0.6) | (2.4) | (2.0) |
| | | | | | | | | | | | | | | |
| Pretax Income | 4.8 | 18.7 | 25.0 | 8.8 | 15.5 | 18.5 | 17.4 | 60.1 | 18.8 | 18.9 | 18.5 | 18.4 | 74.7 | 84.3 |
| Pretax Margin % | 3.5% | 8.9% | 10.1% | 13.5% | 19.4% | 23.4% | 21.7% | 19.8% | 22.9% | 22.8% | 22.1% | 21.6% | 22.4% | 24.2% |
| | | | | | | | | | | | | | | |
| Income Taxes Expense/(Benefit) | 1.6 | 2.259 | 2.1 | 0.6 | 1.3 | 1.2 | 1.6 | 4.8 | 1.5 | 1.5 | 1.5 | 1.5 | 6.0 | 6.7 |
| Tax Rate | 32.5% | 12.1% | 8.5% | 7.2% | 8.5% | 6.6% | 9.5% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| | | | | | | | | | | | | | | |
| Non-GAAP Net Income | 3.2 | 16.4 | 22.8 | 8.1 | 14.2 | 17.3 | 15.7 | 55.3 | 17.3 | 17.4 | 17.0 | 17.0 | 68.7 | 77.6 |
| Net Margin | 2.4% | 7.8% | 9.3% | 12.5% | 17.8% | 21.9% | 19.6% | 18.2% | 21.1% | 20.9% | 20.3% | 19.9% | 20.6% | 22.3% |
| | | | | | | | | | | | | | | |
| **EPS-Diluted** | **$0.12** | **$ 0.60** | **$0.79** | **$0.27** | **$0.45** | **$0.48** | **$0.42** | **$1.63** | **$0.46** | **$0.46** | **$0.45** | **$0.44** | **$1.81** | **$2.01** |
| Diluted Shares Outstanding (in MM) | 27.2 | 27.5 | 28.9 | 30.0 | 31.7 | 36.5 | 37.8 | 34.0 | 37.9 | 38.0 | 38.1 | 38.2 | 38.1 | 38.5 |
| y/y Change | -3520.2% | 4.041 | 32.1% | 204.8% | 202.6% | 88.9% | 39.0% | 105.9% | 69.1% | 2.5% | -6.0% | 6.9% | 11.0% | 11.5% |

Source: Barclays Research, Company Documents

Barclays | Carbonite, Inc.

Barclays | Carbonite, Inc.

## ANALYST(S) CERTIFICATION(S):

I, Saket Kalia, CFA, hereby certify (1) that the views expressed in this research report accurately reflect my personal views about any or all of the subject securities or issuers referred to in this research report and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.

## IMPORTANT DISCLOSURES

Barclays Research is produced by the Investment Bank of Barclays Bank PLC and its affiliates (collectively and each individually, "Barclays"). All authors contributing to this research report are Research Analysts unless otherwise indicated. The publication date at the top of the report reflects the local time where the report was produced and may differ from the release date provided in GMT.

**Availability of Disclosures:**

Where any companies are the subject of this research report, for current important disclosures regarding those companies please refer to https://publicresearch.barclays.com or alternatively send a written request to: Barclays Research Compliance, 745 Seventh Avenue, 13th Floor, New York, NY 10019 or call +1-212-526-1072.

The analysts responsible for preparing this research report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities, the profitability and revenues of the Markets business and the potential interest of the firm's investing clients in research with respect to the asset class covered by the analyst.

Analysts regularly conduct site visits to view the material operations of covered companies, but Barclays policy prohibits them from accepting payment or reimbursement by any covered company of their travel expenses for such visits.

Barclays Research Department produces various types of research including, but not limited to, fundamental analysis, equity-linked analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of Barclays Research may differ from those contained in other types of Barclays Research, whether as a result of differing time horizons, methodologies, or otherwise.

In order to access Barclays Statement regarding Research Dissemination Policies and Procedures, please refer to https://publicresearch.barcap.com/S/RD.htm. In order to access Barclays Research Conflict Management Policy Statement, please refer to: https://publicresearch.barcap.com/S/CM.htm.

**Primary Stocks (Ticker, Date, Price)**

**Carbonite, Inc.** (CARB, 01-Nov-2018, USD 35.51), Equal Weight/Positive, A/CD/CE/D/J/K/L/M

Prices are sourced from Thomson Reuters as of the last available closing price in the relevant trading market, unless another time and source is indicated.

**Disclosure Legend:**

**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of the issuer in the previous 12 months.

**B:** An employee or non-executive director of Barclays Bank PLC and/or an affiliate is a director of this issuer.

**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by this issuer.

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by this issuer.

**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer within the next 3 months.

**FA:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with US regulations.

**FB:** Barclays Bank PLC and/or an affiliate beneficially owns a long position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**FC:** Barclays Bank PLC and/or an affiliate beneficially owns a short position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**GD:** One of the analysts on the fundamental credit coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.

**GE:** One of the analysts on the fundamental equity coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.

**H:** This issuer beneficially owns more than 5% of any class of common equity securities of Barclays PLC.

**I:** Barclays Bank PLC and/or an affiliate is party to an agreement with this issuer for the provision of financial services to Barclays Bank PLC and/or an affiliate.

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities of this issuer and/or in any related derivatives.

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from this issuer within the past 12 months.

Barclays | Carbonite, Inc.

**IMPORTANT DISCLOSURES CONTINUED**

**L:** This issuer is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.

**M:** This issuer is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.

**N:** This issuer is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.

**O:** Not in use.

**P:** A partner, director or officer of Barclays Capital Canada Inc. has, during the preceding 12 months, provided services to the subject company for remuneration, other than normal course investment advisory or trade execution services.

**Q:** Barclays Bank PLC and/or an affiliate is a Corporate Broker to this issuer.

**R:** Barclays Capital Canada Inc. and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**S:** This issuer is a Corporate Broker to Barclays PLC.

**T:** Barclays Bank PLC and/or an affiliate is providing equity advisory services to this issuer.

**U:** The equity securities of this Canadian issuer include subordinate voting restricted shares.

**V:** The equity securities of this Canadian issuer include non-voting restricted shares.

**Risk Disclosure(s)**

Master limited partnerships (MLPs) are pass-through entities structured as publicly listed partnerships. For tax purposes, distributions to MLP unit holders may be treated as a return of principal. Investors should consult their own tax advisors before investing in MLP units.

**Guide to the Barclays Fundamental Equity Research Rating System:**

Our coverage analysts use a relative rating system in which they rate stocks as Overweight, Equal Weight or Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry (the "industry coverage universe").

In addition to the stock rating, we provide industry views which rate the outlook for the industry coverage universe as Positive, Neutral or Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

**Stock Rating**

**Overweight** - The stock is expected to outperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Equal Weight** - The stock is expected to perform in line with the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Underweight** - The stock is expected to underperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Rating Suspended** - The rating and target price have been suspended temporarily due to market events that made coverage impracticable or to comply with applicable regulations and/or firm policies in certain circumstances including where the Investment Bank of Barclays Bank PLC is acting in an advisory capacity in a merger or strategic transaction involving the company.

**Industry View**

**Positive** - industry coverage universe fundamentals/valuations are improving.

**Neutral** - industry coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.

**Negative** - industry coverage universe fundamentals/valuations are deteriorating.

Below is the list of companies that constitute the "industry coverage universe":

**U.S. Software**

| | | |
|---|---|---|
| Adobe Inc. (ADBE) | Amdocs (DOX) | Ansys, Inc. (ANSS) |
| Appian Corporation (APPN) | Apptio, Inc. (APTI) | Autodesk Inc. (ADSK) |
| Avaya Holdings Corp (AVYA) | CA Technologies (CA) | Carbonite, Inc. (CARB) |
| Ceridian HCM Holding Inc. (CDAY) | Check Point Software Technologies Ltd. (CHKP) | Citrix Systems (CTXS) |
| Cornerstone OnDemand Inc. (CSOD) | Coupa Software Inc. (COUP) | CyberArk Software (CYBR) |
| Elastic N.V. (ESTC) | Ellie Mae Inc. (ELLI) | FireEye (FEYE) |
| Five9, Inc. (FIVN) | Fortinet, Inc. (FTNT) | Hortonworks, Inc. (HDP) |
| Intuit Inc. (INTU) | LogMeIn, Inc. (LOGM) | Magic Software Enterprises Ltd. (MGIC) |
| Microsoft Corp. (MSFT) | Mimecast Ltd. (MIME) | MobileIron, Inc. (MOBL) |
| MongoDB, Inc. (MDB) | Nice Ltd. (NICE) | Nuance Communications, Inc. (NUAN) |

2 November 2018    9

Barclays | Carbonite, Inc.

**IMPORTANT DISCLOSURES CONTINUED**

| | | |
|---|---|---|
| Oracle Corp. (ORCL) | Palo Alto Networks (PANW) | Paycom (PAYC) |
| Pivotal Software, Inc. (PVTL) | Pluralsight, Inc. (PS) | PTC Inc. (PTC) |
| Rapid7 (RPD) | Red Hat Inc. (RHT) | Salesforce.com Inc. (CRM) |
| SAP SE (SAP) | Sapiens International Corp (SPNS) | SecureWorks (SCWX) |
| ServiceNow, Inc. (NOW) | Splunk Inc. (SPLK) | Symantec Corp. (SYMC) |
| Tableau Software, Inc. (DATA) | Talend S.A. (TLND) | Teradata Corp. (TDC) |
| Varonis Systems, Inc. (VRNS) | VMware Inc. (VMW) | Workday Inc. (WDAY) |
| Zscaler, Inc. (ZS) | | |

**Distribution of Ratings:**

Barclays Equity Research has 1543 companies under coverage.

45% have been assigned an Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Buy rating  58% of companies with this rating are investment banking clients of the Firm  76% of the issuers with this rating have received financial services from the Firm.

38% have been assigned an Equal Weight rating which, for purposes of mandatory regulatory disclosures, is classified as a Hold rating  47% of companies with this rating are investment banking clients of the Firm  67% of the issuers with this rating have received financial services from the Firm.

14% have been assigned an Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Sell rating  37% of companies with this rating are investment banking clients of the Firm  68% of the issuers with this rating have received financial services from the Firm.

**Guide to the Barclays Research Price Target:**

Each analyst has a single price target on the stocks that they cover. The price target represents that analyst's expectation of where the stock will trade in the next 12 months. Upside/downside scenarios, where provided, represent potential upside/potential downside to each analyst's price target over the same 12-month period.

**Top Picks:**

Barclays Equity Research's "Top Picks" represent the single best alpha-generating investment idea within each industry (as defined by the relevant "industry coverage universe"), taken from among the Overweight-rated stocks within that industry. Barclays Equity Research publishes "Top Picks" reports every quarter and analysts may also publish intra-quarter changes to their Top Picks, as necessary. While analysts may highlight other Overweight-rated stocks in their published research in addition to their Top Pick, there can only be one "Top Pick" for each industry. To view the current list of Top Picks, go to the Top Picks page on Barclays Live (https://live.barcap.com/go/keyword/TopPicks).

To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

**Types of investment recommendations produced by Barclays Equity Research:**

In addition to any ratings assigned under Barclays' formal rating systems, this publication may contain investment recommendations in the form of trade ideas, thematic screens, scorecards or portfolio recommendations that have been produced by analysts within Equity Research. Any such investment recommendations shall remain open until they are subsequently amended, rebalanced or closed in a future research report.

**Disclosure of other investment recommendations produced by Barclays Equity Research:**

Barclays Equity Research may have published other investment recommendations in respect of the same securities/instruments recommended in this research report during the preceding 12 months. To view all investment recommendations published by Barclays Equity Research in the preceding 12 months please refer to *https://live.barcap.com/go/research/Recommendations*.

**Legal entities involved in producing Barclays Research:**

Barclays Bank PLC (Barclays, UK)

Barclays Capital Inc. (BCI, US)

Barclays Securities Japan Limited (BSJL, Japan)

Barclays Bank PLC, Hong Kong branch (Barclays Bank, Hong Kong)

Barclays Capital Canada Inc. (BCCI, Canada)

Barclays Bank Mexico, S.A. (BBMX, Mexico)

Barclays Securities (India) Private Limited (BSIPL, India)

Barclays Bank PLC, India branch (Barclays Bank, India)

Barclays Bank PLC, Singapore branch (Barclays Bank, Singapore)

Barclays | Carbonite, Inc.

## IMPORTANT DISCLOSURES CONTINUED

### Carbonite, Inc. (CARB / CARB)

**USD 35.51 (01-Nov-2018)**

| | Stock Rating | Industry View |
|---|---|---|
| | **EQUAL WEIGHT** | **POSITIVE** |

**Rating and Price Target Chart - USD (as of 01-Nov-2018)** — Currency=USD

| Publication Date | Closing Price | Rating | Adjusted Price Target |
|---|---|---|---|
| 24-Jul-2018 | 36.85 | | 41.00 |
| 12-Jul-2018 | 37.60 | | 38.00 |
| 08-May-2018 | 34.90 | | 34.00 |
| 20-Mar-2018 | 29.40 | Equal Weight | 32.00 |
| 13-Feb-2018 | 21.70 | Rating Suspended | |
| 04-Aug-2017 | 21.15 | | 27.00 |
| 26-Jun-2017 | 23.40 | Equal Weight | 26.00 |

Source: Thomson Reuters, Barclays Research

Historical stock prices and price targets may have been adjusted for stock splits and dividends.

Closing Price ▲ Target Price ● Rating Change

Source: IDC, Barclays Research

*Link to Barclays Live for interactive charting*

**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of Carbonite, Inc. in the previous 12 months.

**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by Carbonite, Inc..

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by Carbonite, Inc..

**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from Carbonite, Inc. in the past 12 months.

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities by Carbonite, Inc. and/or in any related derivatives.

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from Carbonite, Inc. within the past 12 months.

**L:** Carbonite, Inc. is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.

**M:** Carbonite, Inc. is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.

**Valuation Methodology:** Our $38 price target is based on ~15x our FY20 FCF estimate of $83.2M.

**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** We see three upside risks to our Equal Weight rating. First, according to public filings, J2 Global tried to acquire the company in the past (2012 and in 2014), suggesting the company has been seen as a strategic asset. Second, while we do not forecast future acquisitions, Carbonite could continue to acquire assets in the SMB backup space that reduce the drag from Consumer, and lift overall growth, which could also re-rate the multiple. Third, the combined SMB portfolio is still integrating its go-to-market strategy, and if this resulted in faster upsell/cross-sell or accelerating growth because of market share gains, this could take our estimates up and cause the stock to outperform.

We also see three downside risks to our Equal Weight rating. First, Consumer makes up about a third of total bookings and we are modelling a decline of mid-single digits, but if renewal rates decrease, that decline could accelerate, which would negatively impact revenue growth and even more so profitability and cash flow because of the segment's higher margins. Second, both EVault and Double-Take brought with them larger upfront revenue businesses which management has hinted at converting to subscription over time – if this conversion takes longer than anticipated, revenue estimates could go up, but could arguably attract a lower multiple versus recurring revenue, causing the stock to underperform. Third, the data protection and recovery market is fragmented with the top eight vendors controlling ~70% of the market, so if those competitors (Veritas, for example) gets more serious about SMB or about cloud delivery, Carbonite could underperform.

**DISCLAIMER:**

This publication has been produced by Barclays Research Department in the Investment Bank of Barclays Bank PLC and/or one or more of its affiliates (collectively and each individually, "Barclays"). It has been distributed by one or more Barclays affiliated legal entities listed below. It is provided to our clients for information purposes only, and Barclays makes no express or implied warranties, and expressly disclaims all warranties of merchantability or fitness for a particular purpose or use with respect to any data included in this publication. To the extent that this publication states on the front page that it is intended for institutional investors and is not subject to all of the independence and disclosure standards applicable to debt research reports prepared for retail investors under U.S. FINRA Rule 2242, it is an "institutional debt research report" and distribution to retail investors is strictly prohibited. Barclays also distributes such institutional debt research reports to various issuers, media, regulatory and academic organisations for their own internal informational news gathering, regulatory or academic purposes and not for the purpose of making investment decisions regarding any debt securities. Media organisations are prohibited from re-publishing any opinion or recommendation concerning a debt issuer or debt security contained in any Barclays institutional debt research report. Any such recipients that do not want to continue receiving Barclays institutional debt research reports should contact debtresearch@barclays.com. Barclays will not treat unauthorized recipients of this report as its clients and accepts no liability for use by them of the contents which may not be suitable for their personal use. Prices shown are indicative and Barclays is not offering to buy or sell or soliciting offers to buy or sell any financial instrument.

Without limiting any of the foregoing and to the extent permitted by law, in no event shall Barclays, nor any affiliate, nor any of their respective officers, directors, partners, or employees have any liability for (a) any special, punitive, indirect, or consequential damages  or (b) any lost profits, lost revenue, loss of anticipated savings or loss of opportunity or other financial loss, even if notified of the possibility of such damages, arising from any use of this publication or its contents.

Other than disclosures relating to Barclays, the information contained in this publication has been obtained from sources that Barclays Research believes to be reliable, but Barclays does not represent or warrant that it is accurate or complete. Barclays is not responsible for, and makes no warranties whatsoever as to, the information or opinions contained in any written, electronic, audio or video presentations of third parties that are accessible via a direct hyperlink in this publication or via a hyperlink to a third-party web site ('Third-Party Content'). Any such Third-Party Content has not been adopted or endorsed by Barclays, does not represent the views or opinions of Barclays, and is not incorporated by reference into this publication. Third-Party Content is provided for information purposes only and Barclays has not independently verified its accuracy or completeness.

The views in this publication are solely and exclusively those of the authoring analyst(s) and are subject to change, and Barclays Research has no obligation to update its opinions or the information in this publication. Unless otherwise disclosed herein, the analysts who authored this report have not received any compensation from the subject companies in the past 12 months. If this publication contains recommendations, they are general recommendations that were prepared independently of any other interests, including those of Barclays and/or its affiliates, and/or the subject companies. This publication does not contain personal investment recommendations or investment advice or take into account the individual financial circumstances or investment objectives of the clients who receive it. The securities and other investments discussed herein may not be suitable for all investors. Barclays is not a fiduciary to any recipient of this publication. Investors must independently evaluate the merits and risks of the investments discussed herein, consult any independent advisors they believe necessary, and exercise independent judgment with regard to any investment decision. The value of and income from any investment may fluctuate from day to day as a result of changes in relevant economic markets (including changes in market liquidity). The information herein is not intended to predict actual results, which may differ substantially from those reflected. Past performance is not necessarily indicative of future results.

This document is being distributed (1) only by or with the approval of an authorised person (Barclays Bank PLC) or (2) to, and is directed at (a) persons in the United Kingdom having professional experience in matters relating to investments and who fall within the definition of "investment professionals" in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order") or (b) high net worth companies, unincorporated associations and partnerships and trustees of high value trusts as described in Article 49(2) of the Order  or (c) other persons to whom it may otherwise lawfully be communicated (all such persons being "Relevant Persons"). Any investment or investment activity to which this communication relates is only available to and will only be engaged in with Relevant Persons. Any other persons who receive this communication should not rely on or act upon it. Barclays Bank PLC is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange.

The Investment Bank of Barclays Bank PLC undertakes U.S. securities business in the name of its wholly owned subsidiary Barclays Capital Inc., a FINRA and SIPC member. Barclays Capital Inc., a U.S. registered broker/dealer, is distributing this material in the United States and, in connection therewith accepts responsibility for its contents. Any U.S. person wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Barclays Capital Inc. in the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise.

Barclays Bank PLC, Paris Branch (registered in France under Paris RCS number 381 066 281) is regulated by the Autorité des marchés financiers and the Autorité de contrôle prudentiel. Registered office 34/36 Avenue de Friedland 75008 Paris.

This material is distributed in Canada by Barclays Capital Canada Inc., a registered investment dealer, a Dealer Member of IIROC (www.iiroc.ca), and a Member of the Canadian Investor Protection Fund (CIPF).

All Barclays research reports are distributed to institutional investors in Japan by Barclays Securities Japan Limited. Barclays Securities Japan Limited is a joint-stock company incorporated in Japan with registered office of 6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan. It is a subsidiary of Barclays Bank PLC and a registered financial instruments firm regulated by the Financial Services Agency of Japan. Registered Number: Kanto Zaimukyokucho (kinsho) No. 143.

Barclays Bank PLC, Hong Kong Branch is distributing this material in Hong Kong as an authorised institution regulated by the Hong Kong Monetary Authority. Registered Office: 41/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

All Indian securities-related research and other equity research produced by Barclays' Investment Bank are distributed in India by Barclays Securities (India) Private Limited (BSIPL). BSIPL is a company incorporated under the Companies Act, 1956 having CIN U67120MH2006PTC161063. BSIPL is registered and regulated by the Securities and Exchange Board of India (SEBI) as a Research Analyst: INH000001519 Portfolio Manager INP000002585 Stock Broker/Trading and Clearing Member: National Stock Exchange of India Limited (NSE) Capital Market INB231292732, NSE Futures & Options INF231292732, NSE Currency derivatives INE231450334, Bombay Stock Exchange Limited (BSE) Capital Market INB011292738, BSE Futures & Options INF011292738 Depository Participant (DP) with the National Securities & Depositories Limited (NSDL): DP ID: IN-DP-NSDL-299-2008 Investment Adviser: INA000000391. The registered office of BSIPL is at 208, Ceejay House, Shivsagar Estate, Dr. A. Besant Road, Worli, Mumbai – 400 018, India. Telephone No:

+91 2267196000. Fax number: +91 22 67196100. Any other reports produced by Barclays' Investment Bank are distributed in India by Barclays Bank PLC, India Branch, an associate of BSIPL in India that is registered with Reserve Bank of India (RBI) as a Banking Company under the provisions of The Banking Regulation Act, 1949 (Regn No BOM43) and registered with SEBI as Merchant Banker (Regn No INM000002129) and also as Banker to the Issue (Regn No INBI00000950). Barclays Investments and Loans (India) Limited, registered with RBI as Non Banking Financial Company (Regn No RBI CoR-07-00258), and Barclays Wealth Trustees (India) Private Limited, registered with Registrar of Companies (CIN U93000MH2008PTC188438), are associates of BSIPL in India that are not authorised to distribute any reports produced by Barclays' Investment Bank.

Barclays Bank PLC Frankfurt Branch distributes this material in Germany under the supervision of Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).

This material is distributed in Mexico by Barclays Bank Mexico, S.A.

Nothing herein should be considered investment advice as defined in the Israeli Regulation of Investment Advisory, Investment Marketing and Portfolio Management Law, 1995 ("Advisory Law"). This document is being made to eligible clients (as defined under the Advisory Law) only. Barclays Israeli branch previously held an investment marketing license with the Israel Securities Authority but it cancelled such license on 30/11/2014 as it solely provides its services to eligible clients pursuant to available exemptions under the Advisory Law, therefore a license with the Israel Securities Authority is not required. Accordingly, Barclays does not maintain an insurance coverage pursuant to the Advisory Law.

Barclays Bank PLC in the Dubai International Financial Centre (Registered No. 0060) is regulated by the Dubai Financial Services Authority (DFSA). Principal place of business in the Dubai International Financial Centre: The Gate Village, Building 4, Level 4, PO Box 506504, Dubai, United Arab Emirates. Barclays Bank PLC-DIFC Branch, may only undertake the financial services activities that fall within the scope of its existing DFSA licence. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority.

Barclays Bank PLC in the UAE is regulated by the Central Bank of the UAE and is licensed to conduct business activities as a branch of a commercial bank incorporated outside the UAE in Dubai (Licence No.: 13/1844/2008, Registered Office: Building No. 6, Burj Dubai Business Hub, Sheikh Zayed Road, Dubai City) and Abu Dhabi (Licence No.: 13/952/2008, Registered Office: Al Jazira Towers, Hamdan Street, PO Box 2734, Abu Dhabi).

Barclays Bank PLC in the Qatar Financial Centre (Registered No. 00018) is authorised by the Qatar Financial Centre Regulatory Authority (QFCRA). Barclays Bank PLC-QFC Branch may only undertake the regulated activities that fall within the scope of its existing QFCRA licence. Principal place of business in Qatar: Qatar Financial Centre, Office 1002, 10th Floor, QFC Tower, Diplomatic Area, West Bay, PO Box 15891, Doha, Qatar. Related financial products or services are only available to Business Customers as defined by the Qatar Financial Centre Regulatory Authority.

This material is distributed in the UAE (including the Dubai International Financial Centre) and Qatar by Barclays Bank PLC.

This material is not intended for investors who are not Qualified Investors according to the laws of the Russian Federation as it might contain information about or description of the features of financial instruments not admitted for public offering and/or circulation in the Russian Federation and thus not eligible for non-Qualified Investors. If you are not a Qualified Investor according to the laws of the Russian Federation, please dispose of any copy of this material in your possession.

This material is distributed in Singapore by the Singapore branch of Barclays Bank PLC, a bank licensed in Singapore by the Monetary Authority of Singapore. For matters in connection with this report, recipients in Singapore may contact the Singapore branch of Barclays Bank PLC, whose registered address is 10 Marina Boulevard, #23-01 Marina Bay Financial Centre Tower 2, Singapore 018983.

This material is distributed to persons in Australia by either Barclays Bank PLC, Barclays Capital Inc., Barclays Capital Securities Limited or Barclays Capital Asia Limited. None of Barclays Bank PLC, nor any of the other referenced Barclays group entities, hold an Australian financial services licence and instead they each rely on an exemption from the requirement to hold such a licence. This material is intended to only be distributed to "wholesale clients" as defined by the Australian Corporations Act 2001.

IRS Circular 230 Prepared Materials Disclaimer: Barclays does not provide tax advice and nothing contained herein should be construed to be tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related penalties and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

© Copyright Barclays Bank PLC (2018). All rights reserved. No part of this publication may be reproduced or redistributed in any manner without the prior written permission of Barclays. Barclays Bank PLC is registered in England No. 1026167. Registered office 1 Churchill Place, London, E14 5HP. Additional information regarding this publication will be furnished upon request.