# EXHIBIT 17

*Battle Road Research analyst report
11/02/2018*



Friday, November 2, 2018

## Carbonite
*Q3 Review and Outlook*
*Maintaining Buy and $40 Price Target*

**Carbonite's (NASDAQ: CARB - $35.51)** Q3 results demonstrate continued strength in its core cloud-based business and consumer segments, along with efficiency gains, as it integrates the Q1 Mozy acquisition. A newly revealed headwind in its perpetual license and maintenance business, which accounts for roughly 15 percent of sales, prompts us to modestly reduce our 2019 revenue estimate by $5 million to $330 million. With this report, we are maintaining our Buy rating and one-year $40 price target on Boston-based Carbonite.

- *Q3 results.* Carbonite's Q3 revenue of $78 million grew 26 percent over last year, and was essentially in line with our expectations, but EPS of $0.51 by our calculation, was considerably above our expectation of $0.40 for the quarter, owing to exceptionally strong operating performance, as the company achieved cost savings through the integration of Mozy.

- *Perpetual license headwind.* Carbonite revealed that it has recently seen weakness in the $45 million perpetual license and maintenance product line that it acquired from Double-Take at the beginning of 2017. Carbonite is working to make up what looks to be something like a $10 million revenue headwind next year, by redoubling efforts to expand its data protection subscription services, which include a relatively new cloud-based disaster recovery service, Carbonite Recover, based in part on Double-Take's engine.

- *Core business continues to expand.* Driven by a 59 percent increase in business bookings, Carbonite's core subscription business remains strong. A recently expanded partnership with Iron Mountain validates its data protection product strategy, and Carbonite's consumer business is also performing well.

- *Estimates and valuation.* With this report, we are modestly reducing our current quarter and 2019 revenue estimates to reflect some impact from the perpetual license headwind. We are raising our 2019 EPS estimate from $1.77 to $1.82, based on Carbonite's ongoing operational efficiency, which should yield further margin improvement in 2019. With this report, we are reaffirming our one-year price target of $40, which is based on a 22 multiple assigned to our 2019 EPS estimate of $1.82.

---

Battle Road Research • 114 Waltham Street • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL

CARB-00177932



## Investment Thesis

With trailing 12 month sales of $281 million and a market cap of $1.3 billion, Carbonite is a pioneer in cloud-based backup for consumers and small businesses. Over the last few years, Carbonite has expanded its portfolio of products through internal development and acquisition, to address the broader market of data protection. The 2016 acquisition of eVault, a product line carve out from **Seagate Technology (NASDAQ: STX)** was a game changer for Carbonite, in that it added an incremental $50 million in revenue, along with the ability to serve not just small businesses under 100 employees, but a larger slice of the SMB market, reaching up to 500 employees. Significantly, Carbonite paid less than $15 million for the product line. At the beginning of 2017, Carbonite executed a carve-out transaction of Double-Take software, which focuses on high availability, and cloud migration. At the end of Q1, 2018, Carbonite completed the Mozy backup carve-out from Dell Technologies, which adds an estimated $55 million in annual sales.

Under the leadership of CEO Mohamad Ali and CFO Anthony Folger we see four factors which will enable Carbonite to sustain growth over the next few years:

- *Ability to serve larger companies.* Over the last couple of years Carbonite has evolved its small business backup (SMB) product from simple end point backup to a more complete set of products for server and application backup, as well as email archiving. With Evault and Double-Take, Carbonite has acquired products and customers as well as a sales channel which enables it to go upstream to larger enterprises.

- *Opportunities for cross sell and up-sell.* Through a channel of more than 8,000 resellers, along with an inside salesforce, Carbonite has the opportunity to cross sell and upsell a portfolio of five products for data protection into a multi-billion dollar market still in the early innings of adoption.

- *Opportunity for margin expansion.* Through business discipline and operational focus Carbonite has been a consistent free cash flow generator since its IPO six years ago. We believe that the Carbonite management team can achieve additional leverage by improving operational efficiency.

- *International expansion.* Revenue outside the US accounts for roughly 13 percent of sales currently. We expect the company to expand prudently in Europe over the next few years as it adds new channel partners, and localizes products for overseas markets.

Battle Road Research • 114 Waltham Street • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL

CARB-00177933



Overall, we see Carbonite as a solid company with a bright future ahead. With this report we are reaffirming our Buy rating and one-year price target of $40, which is based on a 22 EPS growth rate multiple assigned to our 2019 EPS estimate of $1.82.

## Recent Developments

*Q3 Results*

Carbonite's Q3 revenue of $78 million, up 26 percent over last year, was essentially in line with our expectations. However, EPS of $0.51 by our calculation, was considerably above our expectation of $0.40 for the quarter. As expected, the company benefitted from the recent Mozy acquisition, which contributed roughly $14 million in revenue in the quarter. Total bookings in Q3 were nearly $79 million, a 32 percent increase over the prior year, with business subscription bookings up 59 percent over last year.

GAAP gross margin increased slightly from Q2 of 2017, and reached 72percent in the quarter. The company recorded a 28 percent non-GAAP operating margin by our calculation, which excludes stock-based compensation, and intangibles amortization, well ahead of our projected 21 percent operating margin for the quarter, and dramatically higher than last year's 12 percent operating margin. Overall operating expense growth of one percent in the quarter, driven by lower sales and marketing and G&A contributed to the margin improvement. Adjusted free cash flow for Q3 was $17 million, compared to six million in the third quarter of last year. Following the completion of its secondary stock offering, the company paid down $80 million in debt, and now has a net cash balance of $84 million.

*Perpetual License Headwind*

Carbonite revealed that it has recently seen weakness in the $45 million perpetual license and maintenance product line that it acquired from Mozy at the beginning of 2017. Weakness in product sales and accompanying maintenance that is typically sold along with a renewal now act as a headwind for the duration of the year and into the beginning of 2019. Carbonite is working to make up what looks to be something like a $10 million revenue headwind next year, by redoubling efforts to expand its data protection subscription services, which also include a relatively new cloud-based disaster recovery service, Carbonite Recover, based in part on Double Take's engine. As the product is new, and sold on a subscription basis, its revenue impact alone will not be enough to compensate from the decline in Double Take's reduced revenue contribution.

*Core Business Continues to Expand*

Versus three years ago, when consumer backup comprised the overwhelming majority of billings, and the company had only a modest product line offering for small and mid-sized

Battle Road Research • 114 Waltham Street • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL

CARB-00177934



businesses, Carbonite now boasts a portfolio of data protection services, which includes cloud-based end-point backup, server backup, as well as a hybrid appliance solution, which enables customers to achieve on-site backup. In addition, Carbonite provides email archiving, high availability, and cloud migration services. Carbonite recently completed work on a common front-end console, from which customers and channel partners can now access the company's products.

We note that Q3 was the second full quarter impact from the Mozy acquisition, which closed at the end of Q1 2018. As expected, Mozy contributed about $14 million revenue, in line with our expectations, as the business is on track to contribute roughly the same level each quarter going forward. Mozy adds roughly 100,00 consumer customers and 35,000 business customers that range in size from small to mid-sized businesses, as well as larger enterprises that EMC was able to add under its aegis. Importantly, Dell continues to be an important reseller partner, and Carbonite has already begun to cross-sell products to the 2,000 resellers currently selling Mozy.

Carbonite recently expanded its partnership agreement with Boston-based **Iron Mountain (NYSE: IRM).** The company had previously acted as a reseller of Carbonite's backup product line, but recently expanded the partnership to include Carbonite's entire suite of data protection software. The use of Carbonite is part of Iron Mountain's program to help its thousands of customers move a portion of their paper-based backup into the digital age.

Carbonite's consumer backup business, still in the vicinity of 45-50 percent of revenue, continues to grow nicely, as the company has benefitted from a price increase, improved customer retention, the impact of additional Mozy consumer customers, as well as a benefit form the Code 42 partnership.


### Estimates and Valuation

Following our review of Carbonite's Q3, and taking into account the company's cautious commentary around the headwind stemming from lower than expected perpetual license and maintenance sales, we are reducing our Q4 revenue estimate from $81 million to $77 million. This new estimate reflects revenue growth of 25 percent. While we expect Carbonite to continue to manage expenses conservatively, we are reducing our Q4 EPS estimate from $0.45 to $0.38. Our full-year 2018 EPS estimate has, however, been increased by $0.05 to $1.49, reflecting the company's EPS over-achievement in Q3. Our estimates exclude stock-based compensation and intangibles amortization, and use a tax rate assumption of eight percent for this year and next, in accordance with company guidance.

For 2019, we are modestly trimming our revenue estimate from $335 million to $330 million, reflecting in part the perpetual license and maintenance revenue headwind discussed in this report. Carbonite's consistently conservative management of expenses leads us to increase our

Battle Road Research • 114 Waltham Street • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL                                                                 CARB-00177935



2019 EPS estimate by $0.05, from $1.77 to $1.82. This new estimate implies revenue growth of 11 percent, along with a gross margin assumption of of 71 percent, with the potential for better performance if the company continues to achieve strong capacity utilization in its data centers. We project an operating margin of 24 percent for the year, which would compare favorably to 2018's 20 percent operating margin. Taking into account these factors, along with our share count and tax rate assumption of eight percent, our EPS projection is now $1.82, up from our prior estimate of $1.77.

Carbonite's balance sheet remains in good shape, with $201 million in cash and securities, along with $117 million in short term debt, for a net cash position of $84 million. We note that the company's accounts receivable days sales outstanding remains a conservative 37 days, up only a day from the prior year.

Based on its large addressable market opportunity, improving track record for execution of product line carve outs, and our expectation for increasing operating margin improvement, we are maintaining our $40 price target, which is based on a 22 multiple assigned to our 2019 EPS estimate, which we believe to be in line with Carbonite's three-year, 20-25 percent EPS growth potential.

## Conclusion

Carbonite's Q3 results demonstrate continued strength in its core cloud-based business and consumer segments, along with efficiency gains, as it integrates the Q1 Mozy acquisition. A newly revealed headwind in its perpetual license and maintenance business, which accounts for roughly 15 percent of sales, prompts us to modestly reduce our 2019 revenue estimate by $5 million to $330 million. With this report, we are maintaining our Buy rating and one-year $40 price target on Boston-based Carbonite.

*Please note that our last opinion change on Carbonite occurred on October 12, 2017, when we raised our rating from Hold to Buy, at an opening price of $22 per share.*

## About Battle Road Research

Battle Road Research provides fund managers and analysts with an independent voice on technology and consumer stocks. Our research process combines rigorous financial analysis with insights gleaned from industry sources. We present our findings in straight-forward Buy, Hold, or Sell research reports. In addition, we publish *The Battle Road IPO Review,* a monthly screen for new ideas from a universe of more than 200 growth-oriented IPOs of the last ten

Battle Road Research • 114 Waltham Street • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL

CARB-00177936



years. Since our founding in October of 2001 we have refrained from investment banking, company consulting, company-paid reports, and personal investment in the stocks we research.

**Battle Road Research Disclaimer**

The factual information in this report is from sources we believe to be reliable, but we do not guarantee its accuracy or completeness. Any forward-looking statements contained in, or that form the basis for this report may vary significantly from what actually happens because of the uncertainties inherent in seeking to project future events. Battle Road Research, and its employees and agents, make no guarantees or warranties regarding the performance of any security listed in this report. From our inception in October of 2001 Battle Road has refrained from investment banking, company paid reports, and investment in the stocks that we research. © November, 2018. Battle Road Research All Rights Reserved. *Reproduction of this report without the expressed written consent of Battle Road Research is prohibited.*

Battle Road Research • 114 Waltham Street • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL

CARB-00177937

# Carbonite

($ millions, except EPS and %)

**Assumptions:**
1. We exclude SBC and intangibles amort.
2. We tax earnings at 8%.

**Battle Road Research**
(781) 863-2300
www.Battleroad.com

| | 2016(A) Year | Mar-17 | Jun-17 | Sep-17 | Dec-17 | 2017(A) Year | (A) Mar-18 | (A) Jun-18 | (A) Sep-18 | (E) Dec-18 | Year | Mar-19 | Jun-19 | Sep-19 | Dec-19 | 2019 (E) Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NET REVENUES | 207.0 | 57.1 | 59.0 | 61.6 | 61.7 | 239.5 | 64.0 | 77.7 | 77.7 | 77.0 | 296.4 | 75.0 | 81.0 | 86.0 | 88.0 | 330.0 |
| Cost of revenues | 60.7 | 17.4 | 18.3 | 17.6 | 16.8 | 70.1 | 18.3 | 23.1 | 21.8 | 23.1 | 86.3 | 22.5 | 22.9 | 24.1 | 25.0 | 94.5 |
| GROSS PROFIT | 146.3 | 39.7 | 40.7 | 44.0 | 44.9 | 169.4 | 45.7 | 54.7 | 55.9 | 53.9 | 210.1 | 52.5 | 58.1 | 61.9 | 63.0 | 235.5 |
| Research and develop. | 32.4 | 10.0 | 10.5 | 12.2 | 11.5 | 44.2 | 11.8 | 14.7 | 13.9 | 13.7 | 54.1 | 14.3 | 13.8 | 13.8 | 14.1 | 55.9 |
| Sales and marketing | 72.3 | 23.1 | 22.8 | 22.0 | 21.0 | 89.0 | 19.3 | 21.3 | 20.3 | 22.3 | 83.2 | 24.0 | 22.7 | 22.8 | 23.8 | 93.2 |
| General and admin. | 34.6 | 10.9 | 9.1 | 7.9 | 7.6 | 35.5 | 12.3 | 11.0 | 8.5 | 9.2 | 41.0 | 9.8 | 8.9 | 9.0 | 8.8 | 36.5 |
| Total Op. Exp. | 139.3 | 44.1 | 42.5 | 42.2 | 40.0 | 168.7 | 43.4 | 46.9 | 42.7 | 45.3 | 178.3 | 48.0 | 45.4 | 45.6 | 46.6 | 185.6 |
| OPERATING INCOME | 7.0 | -4.3 | -1.7 | 1.9 | 4.9 | 0.7 | 2.3 | 7.7 | 13.2 | 8.6 | 31.8 | 4.5 | 12.7 | 16.3 | 16.3 | 49.9 |
| Adj for intangibles amortization | -11.0 | -2.7 | -2.7 | -5.6 | -5.7 | -16.6 | -3.4 | -8.0 | -8.2 | -8.0 | -27.6 | -8.0 | -8.0 | -7.0 | -7.0 | -30.0 |
| Adjusted Operating Income | 18.0 | -1.7 | 0.9 | 7.5 | 10.5 | 17.3 | 5.6 | 15.7 | 21.4 | 16.6 | 59.4 | 12.5 | 20.7 | 23.3 | 23.3 | 79.9 |
| Int./other inc. (expense) | 0.2 | 0.1 | 0.1 | 0.2 | -0.6 | -0.2 | -0.8 | -1.5 | -1.0 | -1.0 | -4.3 | -1.0 | -1.0 | -1.0 | -1.0 | -4.0 |
| Income before taxes | 18.2 | -1.6 | 1.1 | 7.7 | 9.9 | 17.1 | 4.8 | 14.3 | 20.4 | 15.6 | 55.1 | 11.5 | 19.7 | 22.3 | 22.3 | 75.9 |
| Income Tax Expense | 1.8 | -0.1 | 0.1 | 0.6 | 0.8 | 1.4 | 0.4 | 1.1 | 1.6 | 1.2 | 4.4 | 0.9 | 1.6 | 1.8 | 1.8 | 6.1 |
| NET INCOME | 16.3 | -1.5 | 1.0 | 7.1 | 9.1 | 15.7 | 4.5 | 13.1 | 18.8 | 14.4 | 50.7 | 10.6 | 18.1 | 20.6 | 20.5 | 69.8 |
| Avg. shares outstanding | 27.2 | 28.5 | 28.8 | 27.8 | 28.0 | 28.3 | 30.0 | 31.7 | 36.5 | 37.8 | 34.0 | 38.1 | 38.3 | 38.5 | 38.7 | 38.4 |
| EPS (Fully taxed) | 0.60 | -0.05 | 0.03 | 0.25 | 0.33 | 0.56 | 0.15 | 0.41 | 0.51 | 0.38 | 1.49 | 0.28 | 0.47 | 0.53 | 0.53 | 1.82 |
| **Yr-to-Yr % Change** | | | | | | | | | | | | | | | | |
| Revenues | 51.5% | 18.7% | 10.5% | 18.7% | 15.3% | 15.7% | 12.1% | 31.7% | 26.0% | 24.8% | 23.8% | 17.1% | 4.2% | 10.7% | 14.3% | 11.3% |
| Operating expense | 34.5% | 26.2% | 24.4% | 23.5% | 10.9% | 21.1% | -1.4% | 10.6% | 1.2% | 13.1% | 5.7% | 10.5% | -3.4% | 6.8% | 3.0% | 4.1% |
| EPS | 112.7% | NM | -86.8% | 19.5% | 55.2% | -7.5% | NM | NM | 102.7% | 16.3% | 168.2% | 87.2% | 14.5% | 3.8% | 39.5% | 21.9% |
| Sequential Growth | | | | | | | | | | | | | | | | |
| Total Revenues | | 6.8% | 3.4% | 4.4% | 0.1% | | 3.8% | 21.4% | -0.1% | -0.9% | | -2.6% | 8.0% | 6.2% | 2.3% | |
| **As a % of Sales** | | | | | | | | | | | | | | | | |
| Gross profit | 70.7% | 69.6% | 69.0% | 71.5% | 72.8% | 70.7% | 71.4% | 70.3% | 71.9% | 70.0% | 70.9% | 70.0% | 71.7% | 72.0% | 71.5% | 71.3% |
| Research and develop. | 15.7% | 17.5% | 17.8% | 19.8% | 18.6% | 18.5% | 18.5% | 18.9% | 17.9% | 17.8% | 18.3% | 19.0% | 17.0% | 16.0% | 16.0% | 16.9% |
| Sales and marketing | 34.9% | 40.5% | 38.7% | 35.8% | 34.1% | 37.2% | 30.1% | 27.4% | 26.1% | 29.0% | 28.1% | 32.0% | 28.0% | 26.5% | 27.0% | 28.3% |
| General and admin. | 16.7% | 19.1% | 15.4% | 12.9% | 12.3% | 14.8% | 19.3% | 14.1% | 10.9% | 12.0% | 13.8% | 13.0% | 11.0% | 10.5% | 10.0% | 11.1% |
| Operating margin | 8.7% | -2.9% | 1.6% | 12.2% | 17.1% | 7.2% | 8.8% | 20.2% | 27.6% | 21.6% | 20.0% | 16.7% | 25.6% | 27.1% | 26.5% | 24.2% |
| Income before taxes | 8.8% | -2.8% | 1.8% | 12.4% | 16.1% | 7.1% | 7.6% | 18.3% | 26.2% | 20.3% | 18.6% | 15.3% | 24.3% | 26.0% | 25.4% | 23.0% |
| Tax Rate | 10.2% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| Net income | 7.9% | -2.6% | 1.7% | 11.4% | 14.8% | 6.6% | 7.0% | 16.9% | 24.1% | 18.7% | 17.1% | 14.1% | 22.4% | 23.9% | 23.3% | 21.2% |

Note: Fiscal Year Ends December 31.                                                                         11/2/18

CONFIDENTIAL                                                                                          CARB-00177938

# Carbonite
*Balance Sheet*

($ in millions, except Key Ratios)

**Battle Road Research**
(781) 863-2300
**www.Battleroad.com**

|  | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 |
|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | |
| Cash + Cash Equiv | 41.8 | 125.1 | 119.4 | 128.2 | 71.0 | 71.0 | 201.0 |
| Accounts Receivable | 21.9 | 23.5 | 23.4 | 22.2 | 31.2 | 32.1 | 32.6 |
| Prepaid Expenses | 7.6 | 7.9 | 6.7 | 6.8 | 8.7 | 10.6 | 10.1 |
| Total Current Assets | 71.3 | 156.5 | 149.5 | 157.3 | 110.8 | 113.7 | 243.6 |
| Property and equipment | 27.8 | 27.8 | 29.7 | 28.8 | 38.6 | 36.6 | 35.4 |
| Acquired Intangibles & goodwill | 121.8 | 120.0 | 127.6 | 126.0 | 295.8 | 290.1 | 281.8 |
| Other Assets | 1.1 | 0.3 | 0.4 | 0.8 | 10.8 | 12.3 | 13.1 |
| **Total Assets** | 222.1 | 304.6 | 307.2 | 312.8 | 456.1 | 452.7 | 573.9 |
| | | | | | | | |
| **Liabilities:** | | | | | | | |
| Accounts payable | 9.5 | 6.0 | 9.4 | 10.8 | 9.6 | 5.8 | 4.1 |
| Accrued expenses | 21.8 | 20.6 | 20.4 | 21.7 | 25.2 | 28.9 | 25.2 |
| Accrued Treasury share repurchase | 15.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Short-term debt | | | | | | | 116.6 |
| Deferred Revenues | 98.3 | 102.2 | 103.7 | 100.2 | 116.9 | 121.0 | 121.3 |
| Total Current Liabilities | 144.6 | 128.9 | 133.5 | 132.8 | 151.6 | 155.8 | 267.2 |
| Deferred Rev., net of current | 23.5 | 24.8 | 22.0 | 24.3 | 27.5 | 27.7 | 28.0 |
| Long-term debt | 39.1 | 108.8 | 110.3 | 111.8 | 203.4 | 195.0 | 0.0 |
| Other long term liabil. | 6.2 | 6.2 | 6.0 | 5.7 | 6.2 | 5.9 | 5.7 |
| **Total  Liabilities** | 213.4 | 268.6 | 271.8 | 274.6 | 388.7 | 384.3 | 301.0 |
| Shareholders' Equity | 8.7 | 36.0 | 35.4 | 38.3 | 67.4 | 68.4 | 272.9 |
| **Total Liabi.  & Equity** | 222.1 | 304.6 | 307.2 | 312.8 | 456.1 | 452.7 | 573.9 |

**Key Assumptions and Ratios:**

|  | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 |
|---|---|---|---|---|---|---|---|
| Current Ratio | 0.5 | 1.2 | 1.1 | 1.2 | 0.7 | 0.7 | 0.9 |
| Cash as % of Tang. Assets | 19% | 41% | 39% | 41% | 16% | 16% | 35% |
| Accounts Receivable DSO | 34 | 36 | 34 | 32 | 44 | 37 | 38 |
| Cash and Securities/Share | $1.54 | $4.34 | $4.30 | $4.61 | $2.51 | $2.24 | $5.51 |
| Increase in Deferred Rev | 13.3% | 4.2% | -1.0% | -0.9% | 15.9% | 3.0% | 0.4% |

11/2/18

CONFIDENTIAL

CARB-00177939





**Battle Road Research**
114 Waltham Street • Suite 12 • Lexington, MA 02421
781.863.2300

Visit us on the web at
www.battleroadiporeview.com and www.battleroad.com

Front Photo: Minute Man Statue     Back photo: The Old North Bridge
Minute Man National Park, Concord MA
Photo credit: Laurel Sullivan

CONFIDENTIAL

CARB-00177940