# EXHIBIT 18

*Craig-Hallum Capital Group LLC analyst report 11/02/2018*



**CRAIG-HALLUM**
CAPITAL GROUP LLC

**Chad Bennett**
Senior Research Analyst
612-334-6366
chad.bennett@craig-hallum.com

www.craig-hallum.com

| Changes | Previous | Current |
|---|---|---|
| Rating: | - | Buy |
| Fundamental Trend: | - | Improving |
| Price Target: | $45 | $40 |
| FY18E Rev M: | $309.3 | $303.6 |
| FY19E Rev M: | $343.8 | $336.5 |
| FY20E Rev M: | - | $366.8 |
| FY18E EPS: | $1.61 | $1.65 |
| FY19E EPS: | $2.02 | $1.90 |
| FY20E EPS: | - | $2.26 |

| Profile | |
|---|---|
| Price: | $35.51 |
| 52 Wk Range: | $20.50 - $43.63 |
| Avg Daily Vol: | 436.2K |
| Shares Out M: | 36.4M |
| Market Cap M: | $1,150M |
| Insiders Own: | 7.35% |
| Shares Short: | 3.061M |
| Tang ble BV/Sh: | ($0.99) |
| BV/Sh: | $6.74 |
| Est LT EPS Gr: | 15% |
| Net Cash/Sh: | $5.51 |
| Debt $M: | $116.6M |
| Year Ends: | Dec |

| Rev (M) | 2018E | 2019E | 2020E |
|---|---|---|---|
| Mar | $64.9A | $77.8 | - |
| Jun | 79.8A | 85.4 | - |
| Sep | 79.1A | 85.4 | - |
| Dec | 79.7 | 87.7 | - |
| FY | $303.6 | $336.5 | $366.8 |

| EPS | 2018E | 2019E | 2020E |
|---|---|---|---|
| Mar | $0.27A | $0.38 | - |
| Jun | 0.45A | 0.49 | - |
| Sep | 0.48A | 0.49 | - |
| Dec | 0.43 | 0.54 | - |
| FY | $1.65 | $1.90 | $2.26 |
| | | | |
| FY P/E | 21.5x | 18.7x | 15.7x |

| Management | |
|---|---|
| CEO | Mohamad Ali |
| CFO | Anthony Folger |

## Carbonite, Inc.          BUY
(CARB – $35.51)          Price Target: $40

**Revenue Shortfall Due To Legacy License Bookings. Subscription Growth And OPM Expansion Remain Intact. We Reiterate Our BUY Rating And Are Lowering Our Price Target To $40.**

*CARB is a provider of cloud backup and restore solutions for SMBs and individuals.*

### OUR CALL

CARB announced Q3'18 revenue slightly below expectations and an EPS beat based on continued GM and OPM outperformance. The company experienced weakness from a revenue and bookings standpoint in the legacy enterprise perpetual license part of the business. Enterprise subscription bookings were strong, increasing 59% yr/yr. Consumer bookings continue to exceed expectations with guidance raised 15%-20% Y/Y (10%-15% previously). CARB generated $17.3M in FCF during Q3 and increased guidance for FY'18 FCF to a range of $43M-$46M ($40-$45M previously). Lastly, the company raised FY'18 EPS guidance to $1.61-$1.65 from $1.51-$1.59.

We don't believe the perpetual license bookings weakness should be viewed as distressing for investors. The company has been actively incentivizing partners and its salesforce towards subscription/SaaS offerings for the last couple of years. The perpetual license run-rate is currently $40 million annually. The company expects that number to be relatively stable going forward. More importantly, it has not changed its target of 10-15% organic subscription bookings growth going forward. Lastly, the leverage story remains intact and is actually ahead of expectations.

We continue to believe the company will generate north of $2/share in earnings power over the next couple years excluding M&A. However, an accretive acquisition is likely to be executed over the next several quarters.

We reiterate our Buy rating and are lowering our price target to $40.

*CARB management will be meeting with investors at the Craig-Hallum Alpha Select Conference on November 15, 2018 in New York City.*

### INVESTMENT HIGHLIGHTS

- **Results:** CARB reported Q3 revenue below our estimate. EPS beat on increasing GM and OPM.

| | Q3'18 A | |
|---|---|---|
| | Revenue(M) | EPS |
| Q3'18 Actual | $79.1 | $0.48 |
| CH-Previous Est. | $81.4 | $0.43 |
| Previous Consensus Est. | $80.5 | $0.41 |

*Source: Company Reports; FactSet; C-H Estimates*

---



November 2, 2018

## ESTIMATE CHANGES

Our estimates are changing as shown in the table below. Our numbers for FY'18 are in-line with management's guidance. Our EPS is lowered slightly but still represents GM upside and continued OPM improvement. We are also introducing FY'20 estimates.

| | Q4'18 E | | FY'18 E | | FY'19 E | | FY'20 E | |
|---|---|---|---|---|---|---|---|---|
| | Revenue(M) | EPS | Revenue(M) | EPS | Revenue(M) | EPS | Revenue(M) | EPS |
| CH-Previous Est. | $83.2 | $0.45 | $309.3 | $1.61 | $343.8 | $2.02 | N/A | N/A |
| CH-Revised Est. | $79.7 | $0.43 | $303.6 | $1.65 | $336.5 | $1.90 | $366.8 | $2.26 |
| Change in CH Est | ($3.5) | ($0.02) | ($5.7) | $0.04 | ($7.3) | ($0.12) | N/A | N/A |
| Previous Consensus Est. | $83.0 | $0.42 | $308.0 | $1.56 | $343.0 | $1.83 | $362.3 | $1.93 |

*Source: Company Reports; FactSet; C-H Estimates*

## QUARTERLY RESULTS

| | Actual | Estimate | Comments |
|---|---|---|---|
| Revenues | $79 1 | $81 4 | Revenue below expectations due to weaker perpetual license bookings |
| Gross Margin | 78 4% | 77 0% | Higher on better subscription bookings |
| OPEX | $42 4 | $44 7 | R&D, G&A, and S&M all below our estimate |
| Operating Margin | 24 7% | 22 0% | |
| EPS | $0 48 | $0 43 | |

## STOCK OPPORTUNITY

We are lowering our price target to $40, which represents ~21x our FY'19 EPS of $1.90.

## RISKS

We believe an investment in CARB involves the following risks:

- **Competition**: CARB operates in a rapidly evolving market with a large number of competitors across data protection, disaster recovery, and storage industries. Many of these competitors have greater market presence or greater financial resources. If CARB is unable to compete effectively, financial results could suffer.
- **Financial Risk**: If CARB is not able to grow revenues, margins, and profits as quickly as anticipated by the market, or if the company is not able to sustain profitability and positive cash flow, the stock will suffer.
- **Technology Risk**: CARB's industry evolves rapidly and their product innovation must keep pace in order to retain and grow their customer base and pricing power. Additionally, new product development must be effective and well-received by customers or financial results will suffer.
- **Security Risk:** CARB systems store important customer information; if their systems are breached and the information stolen, company reputation and business may be harmed and/or CARB may be subject to liability.
- **Acquisition Risk**: CARB has made acquisitions in the past and may continue to do so in the future. If these acquisitions do not drive financial benefits expected, the stock could suffer.



Case 1:19-cv-11662-LTS   Document 134-18   Filed 06/02/23   Page 4 of 6

| Income Statement | FY'17 | Q1 3/31/2018 | Q2 6/30/2018 | Q3 9/30/2018 | Q4E 12/31/2018 | FY18 | Q1E 3/31/2019 | Q2E 6/30/2019 | Q3E 9/30/2019 | Q4E 12/31/2019 | FY'19 | FY'20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 246,090 | 64,908 | 79,850 | 79,109 | 79,784 | 303,651 | 77,890 | 85,440 | 85,438 | 87,762 | 336,529 | 366,817 |
| Cost of Revenues | 70,067 | 18,312 | 23,057 | 21,828 | 18,111 | 81,308 | 17,136 | 18,369 | 17,942 | 17,991 | 71,438 | 73,363 |
| Gross Profit | 185,791 | 49,400 | 61,534 | 62,018 | 61,673 | 234,625 | 60,754 | 67,070 | 67,496 | 69,771 | 265,091 | 293,453 |
| Research & Development | 42,942 | 11,797 | 14,670 | 13,889 | 13,563 | 53,919 | 13,319 | 14,525 | 14,097 | 14,042 | 55,983 | 57,268 |
| General & Administrative | 30,213 | 8,829 | 8,599 | 8,273 | 7,978 | 33,679 | 8,568 | 8,544 | 8,544 | 8,776 | 34,432 | 34,895 |
| Sales & Marketing | 86,493 | 19,218 | 21,268 | 20,291 | 21,542 | 82,319 | 21,809 | 22,214 | 22,641 | 22,818 | 89,483 | 96,114 |
| Adj. Total OPEX | 159,648 | 39,844 | 44,537 | 42,453 | 43,083 | 169,917 | 43,696 | 45,283 | 45,282 | 45,636 | 179,897 | 188,277 |
| Income/(Loss) from Operations | 26,143 | 9,556 | 16,997 | 19,565 | 18,590 | 64,708 | 17,058 | 21,787 | 22,214 | 24,135 | 85,193 | 105,177 |
| Interest & Other | (5,614) | (2,345) | (3,068) | (2,630) | (1,000) | (9,043) | (1,000) | (1,000) | (1,000) | (1,000) | (4,000) | (4,000) |
| Income/(Loss) before Tax | (17,679) | (5,271) | (3,349) | 1,686 | 13,090 | 6,156 | 11,708 | 16,337 | 16,664 | 18,510 | 63,218 | 92,377 |
| Provision for Tax | (13,677) | (17,215) | 2,338 | 1,100 | 1,487 | (12,290) | 1,706 | 2,179 | 2,221 | 2,413 | 8,519 | 13,673 |
| Net Income/(Loss) | 22,833 | 8,124 | 14,176 | 17,572 | 16,102 | 55,974 | 14,352 | 18,608 | 18,992 | 20,721 | 72,674 | 87,504 |
| Diluted EPS | $0.79 | $0.27 | $0.45 | $0.48 | $0.43 | $1.65 | $0.38 | $0.49 | $0.49 | $0.54 | $1.90 | $2.26 |
| Diluted S/O | 29,079 | 30,044 | 31,718 | 36,454 | 37,854 | 34,018 | 38,004 | 38,204 | 38,404 | 38,604 | 38,304 | 38,729 |

| % Growth | FY'17 | 3/31/2018 | 6/30/2018 | 9/30/2018 | 12/31/2018 | FY18 | 3/31/2019 | 6/30/2019 | 9/30/2019 | 12/31/2019 | FY'19 | FY'20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 17.6% | 9.9% | 30.7% | 25.4% | 27.0% | 23.4% | 20.0% | 7.0% | 8.0% | 10.0% | 10.8% | 9.0% |
| Gross Profit | 22.2% | 13.3% | 35.9% | 28.7% | 26.6% | 26.3% | 23.0% | 9.0% | 8.8% | 13.1% | 13.0% | 10.7% |
| Total OPEX | 19.6% | -1.8% | 9.4% | 7.0% | 11.2% | 6.4% | 9.7% | 1.7% | 6.7% | 5.9% | 5.9% | 4.7% |
| Income/(Loss) from Operations | 40.4% | 213.7% | 271.1% | 129.7% | 85.9% | 147.5% | 78.5% | 28.2% | 13.5% | 29.8% | 31.7% | 23.5% |
| Net Income/(Loss) | 38.7% | 221.2% | 233.3% | 140.9% | 83.9% | 145.1% | 76.7% | 31.3% | 8.1% | 28.7% | 29.8% | 20.4% |

| % of Revenues | FY'17 | 3/31/2018 | 6/30/2018 | 9/30/2018 | 12/31/2018 | FY18 | 3/31/2019 | 6/30/2019 | 9/30/2019 | 12/31/2019 | FY'19 | FY'20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost of Revenues | 28.5% | 28.2% | 28.9% | 27.6% | 22.7% | 26.8% | 22.0% | 21.5% | 21.0% | 20.5% | 21.2% | 20.0% |
| Gross Profit | 75.5% | 76.1% | 77.1% | 78.4% | 77.3% | 77.3% | 78.0% | 78.5% | 79.0% | 79.5% | 78.8% | 80.0% |
| Total OPEX | 64.9% | 61.4% | 55.8% | 53.7% | 54.0% | 56.0% | 56.1% | 53.0% | 53.0% | 52.0% | 53.5% | 51.3% |
| Income/(Loss) from Operations | 10.6% | 14.7% | 21.3% | 24.7% | 23.3% | 21.3% | 21.9% | 25.5% | 26.0% | 27.5% | 25.3% | 28.7% |
| Net Income/(Loss) | 9.3% | 12.5% | 17.8% | 22.2% | 20.2% | 18.4% | 18.4% | 21.8% | 22.2% | 23.6% | 21.6% | 23.9% |



| Balance Sheet | 3/31/2017 | 6/30/2017 | 9/30/2017 | 12/31/2017 | FY'17 | 3/31/2018 | 6/30/2018 | 9/30/2018 |
|---|---|---|---|---|---|---|---|---|
| Cash & Equivalents | 41,813 | 125,099 | 119,425 | 128,231 | 128,231 | 71,009 | 70,982 | 200,981 |
| A/R | 21,876 | 23,505 | 23,364 | 22,219 | 22,219 | 31,159 | 32,078 | 32,582 |
| Prepaid Expense & Other | 7,637 | 7,850 | 6,745 | 6,823 | 6,823 | 8,680 | 10,620 | 10,059 |
| Restricted Cash | | | | | 0 | | | |
| Total Current Assets | 71,326 | 156,454 | 149,534 | 157,273 | 157,273 | 110,848 | 113,680 | 243,622 |
| PP&E | 27,829 | 27,798 | 29,681 | 28,790 | 28,790 | 38,622 | 36,587 | 35,436 |
| Other Assets | 1,132 | 348 | 432 | 804 | 804 | 10,844 | 12,337 | 13,072 |
| Acquired Intangibles | 48,205 | 45,924 | 46,799 | 44,994 | 44,994 | 138,595 | 134,770 | 126,501 |
| Goodwill | 73,580 | 74,082 | 80,756 | 80,958 | 80,958 | 157,215 | 155,341 | 155,258 |
| Total Assets | 222,072 | 304,606 | 307,202 | 312,819 | 312,819 | 456,124 | 452,715 | 573,889 |
| A/P | 9,472 | 6,021 | 9,402 | 10,842 | 10,842 | 9,561 | 5,820 | 4,074 |
| Accrued Expense | 36,805 | 20,631 | 20,373 | 21,675 | 21,675 | 25,165 | 28,911 | 25,246 |
| Short Term Debt | | | | | | | | 116,640 |
| Current Deferred Revenue | 98,323 | 102,224 | 103,687 | 100,241 | 100,241 | 116,859 | 121,032 | 121,270 |
| Total Current Liabilities | 144,600 | 128,876 | 133,462 | 132,758 | 132,758 | 151,585 | 155,763 | 267,230 |
| Long-Term Deferred Revenue | 23,544 | 24,756 | 22,018 | 24,273 | 24,273 | 27,467 | 27,682 | 28,044 |
| Long-Term Debt | | 108,782 | 110,294 | 111,819 | 111,819 | 203,398 | 194,992 | |
| Other LT Liabilities | 45,233 | 6,186 | 6,034 | 5,704 | 5,704 | 6,230 | 5,876 | 5,686 |
| Total Liabilities | 213,377 | 268,600 | 271,808 | 274,554 | 274,554 | 388,680 | 384,313 | 300,960 |
| Total Equity | 8,995 | 36,006 | 35,394 | 38,265 | 38,265 | 67,444 | 68,402 | 272,929 |
| Liabilities & Equity | 222,372 | 304,606 | 307,202 | 312,819 | 312,819 | 456,124 | 452,715 | 573,889 |



## REQUIRED DISCLOSURES



*Source: FactSet*

Initiate:  March 16, 2017 – Rating: Buy – Price Target: $30
May 8, 2018 – Rating: Buy – Price Target: $40
August 3, 2018 – Rating: Buy – Price Target: $45
November 2, 2018 – Rating Buy – Price Target: $40

**Ratings definitions:**
**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price. **Hold** rated stocks generally have twelve month price targets near the current price. **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**
**Improving** means growth rates of key business metrics are generally accelerating. **Stable** means growth rates of key business metrics are generally steady. **Mixed** means growth rates of some key business metrics are positive but others are negative. **Declining** means growth rates of key business metrics are generally decelerating.

**Ratings Distribution (9/30/2018)**

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 77% | 18% |
| Hold | 21% | 2% |
| Sell | 1% | 0% |
| Total | 100% | 14% |

**Information about valuation methods and risks can be found in the "STOCK OPPORTUNITY" and "RISKS" sections, respectively, of this report.**

CHLM makes a market in this security.

CHLM has managed or co-managed an offering of securities for the subject company in the last 12 months. CHLM has received investment banking revenue from the subject company in the last 12 months. CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business. Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may affect transactions as principal or agent in the securities mentioned herein. The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, Chad Bennett, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.

**Carbonite, Inc.**                                                                                    **Page 5 of 5**
**Institutional Research**                                                          **© 2018 Craig-Hallum Capital Group LLC**