# EXHIBIT 20

*JMP Securities LLC analyst report*
*11/02/2018*

Cybersecurity, Data Management & Comm Infrastructure | Estimate Changes
November 2, 2018

# Carbonite, Inc. (CARB)

Non-Subscription Weakness Leads to 3Q18 Shortfall; Core Subscription Growth on Track

**MARKET OUTPERFORM**
Price: $35.51
Price Target: $44.00

**Erik Suppiger**
esuppiger@jmpsecurities.com
(415) 835-3918

**Michael Berg**
mberg@jmpsecurities.com
(415) 835-3914

## INVESTMENT HIGHLIGHTS

- **We maintain our Market Outperform rating and $44 price target after Carbonite reported 3Q18 results below the consensus estimate for revenue, but higher-than-consensus EPS, and guided slightly below consensus for 4Q18, leading the stock to trade down ~10% in the aftermarket.**
- The company reported EPS of $0.48 (JMP/consensus $0.41) on revenues of $79M (JMP/consensus $81M) and guided to 4Q18 EPS of $0.40-$0.44 (prior JMP/consensus $0.41) on revenues of $78.6-$81.6M (prior JMP $86M; consensus $83M). Carbonite reported bookings of $79M (JMP $85M).
- The company reported gross margins of 78.4%, 140 bps above the consensus expectation. It also posted operating margins of 24.7%, 260 bps ahead of consensus.
- With this note we are formally releasing our CY20 estimates.
- We came away from the call with three key takeaways:
  - Carbonite missed revenue in the quarter and guided down, which management attributed in large part to weakness in sales of its high-availability data protection software, which is not the company's core business. The product was acquired, and we believe competitors, such as privately held Zerto, are taking market share.
  - Carbonite is in the midst of a lawsuit with one of its large partners, Sunguard, and we believe this also contributed to the weakness. However, we think the two partners have recently negotiated an agreement.
  - Despite a weak quarter, Carbonite's core business, which is its subscription piece, demonstrated strong growth, both in the SMB and consumer markets, which we believe bodes well for the longer-term prospects.
- We view CARB shares as undervalued, currently trading at an EV of 2.8x our CY20E sales estimate, whereas our $44 price target represents 3.7x our CY20E sales, a discount to peers on a growth-adjusted basis.

## MARKET DATA

| | |
|---|---|
| Price | $35.51 |
| 52-Week Range: | $20.50 - $43.63 |
| Shares Out. (M): | 31.7 |
| Market Cap ($M): | $1,125.7 |
| Average Daily Vol. (000): | 265.0 |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2018E | 2019E | 2020E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $64.9A | $77.6 | $85.2 |
| | 2Q | $79.8A | $85.4 | $94.3 |
| | 3Q | $78.8A | $87.5 | $96.7 |
| | 4Q | $77.2 | $90.1 | $99.6 |
| | **FY** | **$305.4** | **$340.6** | **$375.8** |
| EPS | 1Q | $0.27A | $0.42 | $0.45 |
| | 2Q | $0.45A | $0.49 | $0.48 |
| | 3Q | $0.48A | $0.43 | $0.51 |
| | 4Q | $0.42 | $0.47 | $0.51 |
| | **FY** | **$1.63** | **$1.82** | **$1.95** |
| | P/E | 21.8x | 19.5x | 18.2x |
| Previous FY | | $1.57 | $1.89 | NE |

*Source: Company reports and JMP Securities LLC*

## STOCK PRICE PERFORMANCE

FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.
This report should be read in conjunc ion with important disclosure information, including an attesta ion under Regulation Analyst certification.

**FIGURE 1. Variance Table**

| F3Q18 | Guidance*** | JMP Estimates** | Consensus | Actual |
|---|---|---|---|---|
| Billings ($M) | | $85.1 | | $78.8 |
| Revenue ($M) | $79-$81 | $80.9 | $80.5 | $79.1 |
| Gross Margin | | 77.0% | 77.1% | 78.4% |
| Op. Margin | | 22.1% | 21.3% | 24.7% |
| EPS | $.40-$.42 | $0.41 | $0.41 | $0.48 |

| F4Q18 | Guidance | JMP Estimates** | Consensus | *Guidance vs Consensus** |
|---|---|---|---|---|
| Billings ($M) | | $90.2 | | |
| Revenue ($M) | $78.6-$81.6 | $85.7 | $83.0 | -3.5% |
| Gross Margin | | 77.0% | 77.9% | |
| Op. Margin | | 22.4% | 21.9% | |
| EPS | $.40-$.44 | $0.43 | $0.42 | 0.0% |

**Calculated from midpoint*

***Prior estimates*

*Source: JMP Securities LLC and Company Reports*

**FIGURE 2. Historical Variance**

*Source: Company Reports*

## KEY TAKEAWAYS

**Share losses in non-subscription business drive weakness.** We believe the primary driver behind the miss and lower guide in the quarter was Carbonite's non-subscription business, which is primarily a legacy business from its acquisition of Double-Take. More specifically, Double-Take sold high-availability software for data protection which Carbonite used to develop a SaaS service, but Carbonite has not focused on aggressively selling or developing the legacy software product. Management noted that it originally anticipated low-single-digit growth for the business, which would have resulted in approximately $55M in billings for the year, but it now estimates that it will fall short by >$15M, resulting in bookings of <$40M for the year. We believe Carbonite has invested limited resources in this area of the business, and as a result the product has become less competitive. We think a key competitor that has been taking share is privately held Zerto, which has established a leading position in the market for IT resilience. While we anticipate the competitive landscape will remain a challenge for the legacy Double-Take product, we believe Carbonite can manage the impact, as the Double-Take product is not core to Carbonite's SaaS business model.

**Lawsuit with partner creating some short-term headwinds.** Management noted that it had filed a lawsuit against one of its larger partners, which we believe is Sunguard. We understand the lawsuit is related to issues of pricing between Sunguard and Carbonite, and we estimate Sunguard generated sales of $9-$10M for Carbonite per year. Accordingly, we believe that ~$2M of the billings miss can be attributed to the lawsuit. However, we think the two sides have been negotiating a resolution and that the $10M business will not terminate completely. Accordingly, we believe the lawsuit should only be a short-term headwind for Carbonite.

**Core business remains healthy.** Despite a weak quarter, we think the core components of Carbonite's business remained healthy, and even accelerated in the quarter. More specifically, the subscription business had a strong quarter, both in the SMB and consumer segments. On the SMB side, the subscription business grew ~12% Y/Y on an organic basis, up from 4% Y/Y organically in the prior quarter. We believe this demonstrates that Carbonite is succeeding in its core strategic growth areas, and that it is garnering further adoption as a data management platform among SMBs. Additionally, the consumer segment increased from 29% Y/Y growth to 30% Y/Y growth, and management raised its guidance for the segment for FY18. We believe consumer is doing better than previous expectations, and should continue to be a positive single-digit grower in FY19. While we are concerned about the short-term headwinds facing Carbonite, we are confident in the long-term prospects as its core business appears to remain healthy.

## FIGURE 3. Income Statement

| FY Ending Dec 31 | FY2017 | Mar-18 | Jun-18 | Sep-18 | Dec-18E | FY2018E | Mar-19E | Jun-19E | Sep-19E | Dec-19E | FY2019E | Mar-20E | Jun-20E | Sep-20E | Dec-20E | FY2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Billings** | $245,864 | $67,588 | $81,786 | $78,795 | $77,219 | $305,388 | $77,605 | $85,366 | $87,500 | $90,125 | $340,596 | $85,168 | $94,324 | $96,682 | $99,582 | $375,755 |
| *QoQ Change* | | 12.3% | 21.0% | -3.7% | -2.0% | | 0.5% | 10.0% | 2.5% | 3.0% | | -5.5% | 10.8% | 2.5% | 3.0% | |
| *YoY Change* | 17.5% | 8.8% | 28.0% | 32.1% | 28.3% | 24.2% | 14.8% | 4.4% | 11.0% | 16.7% | 11.5% | 9.7% | 10.5% | 10.5% | 10.5% | 10.3% |
| *Consumer Billings* | 81,747 | 21,988 | 27,000 | 25,300 | 22,770 | 97,058 | 22,178 | 24,839 | 22,852 | 23,766 | 93,636 | 24,479 | 23,745 | 23,745 | 23,745 | 95,714 |
| *QoQ Change* | | 13.9% | 22.8% | -6.3% | -10.0% | | -2.6% | 12.0% | -8.0% | 4.0% | | 3.0% | -3.0% | 0.0% | 0.0% | |
| *YoY Change* | -3.7% | -0.3% | 29.2% | 29.7% | 18.0% | 18.7% | 0.9% | -8.0% | -9.7% | 4.4% | -3.5% | 10.4% | -4.4% | 3.9% | -0.1% | 2.2% |
| *SMB Billings* | 164,117 | 45,600 | 54,786 | 53,495 | 54,449 | 208,330 | 55,427 | 60,526 | 64,648 | 66,359 | 246,960 | 60,689 | 70,579 | 72,937 | 75,837 | 280,041 |
| *QoQ Change* | | 11.6% | 20.1% | -2.4% | 1.8% | | 1.8% | 9.2% | 6.8% | 2.6% | | -8.5% | 16.3% | 3.3% | 4.0% | |
| *YoY Change* | 32.0% | 13.8% | 27.4% | 33.2% | 33.2% | 26.9% | 21.6% | 10.5% | 20.8% | 21.9% | 18.5% | 9.5% | 16.6% | 12.8% | 14.3% | 13.4% |
| **Revenue** | $246,090 | $64,908 | $79,850 | $79,109 | $79,900 | $303,767 | $77,503 | $82,928 | $82,099 | $84,562 | $327,092 | $82,533 | $85,834 | $89,954 | $90,853 | $349,173 |
| *QoQ Change* | | 3.3% | 23.0% | -0.9% | 1.0% | | -3.0% | 7.0% | -1.0% | 3.0% | | -2.4% | 4.0% | 4.8% | 1.0% | |
| *YoY Change* | 17.6% | 9.9% | 30.7% | 25.4% | 27.2% | 23.4% | 19.4% | 3.9% | 3.8% | 5.8% | 7.7% | 6.5% | 3.5% | 9.6% | 7.4% | 6.8% |
| **Cost of Revenue** | $60,299 | $15,508 | $18,316 | $17,091 | $18,377 | $69,292 | $17,438 | $18,659 | $18,472 | $19,026 | $73,596 | $18,570 | $19,313 | $20,240 | $20,442 | $78,564 |
| *Pct. Of Total Revenue* | 24.5% | 23.9% | 22.9% | 21.6% | 23.0% | 22.8% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% |
| **Gross Profit** | $185,791 | $49,400 | $61,534 | $62,018 | $61,523 | $234,475 | $60,065 | $64,269 | $63,627 | $65,536 | $253,497 | $63,963 | $66,521 | $69,714 | $70,411 | $270,609 |
| *Gross Margin* | 75.5% | 76.1% | 77.1% | 78.4% | 77.0% | 77.2% | 77.5% | 77.5% | 77.5% | 77.5% | 77.5% | 77.5% | 77.5% | 77.5% | 77.5% | 77.5% |
| Sales and Marketing | $86,493 | $19,218 | $21,268 | $20,291 | $20,791 | $81,568 | $20,791 | $20,791 | $22,291 | $22,291 | $86,164 | $22,291 | $22,291 | $23,791 | $23,791 | $92,164 |
| *Pct. Of Total Revenue* | 35.1% | 29.6% | 26.6% | 25.6% | 26.0% | 26.9% | 26.8% | 25.1% | 27.2% | 26.4% | 26.3% | 27.0% | 26.0% | 26.4% | 26.2% | 26.4% |
| Research and Development | $42,942 | $11,797 | $14,670 | $13,889 | $14,189 | $54,545 | $12,689 | $13,889 | $14,089 | $14,289 | $54,956 | $13,289 | $14,489 | $14,689 | $14,889 | $57,356 |
| *Pct. Of Total Revenue* | 17.4% | 18.2% | 18.4% | 17.6% | 17.8% | 18.0% | 16.4% | 16.7% | 17.2% | 16.9% | 16.8% | 16.1% | 16.9% | 16.3% | 16.4% | 16.4% |
| General and Administrative | $30,213 | $8,829 | $8,599 | $8,273 | $8,173 | $33,874 | $8,173 | $8,173 | $8,173 | $8,173 | $32,692 | $8,173 | $8,173 | $8,173 | $8,173 | $32,692 |
| *Pct. Of Total Revenue* | 12.3% | 13.6% | 10.8% | 10.5% | 10.2% | 11.2% | 10.5% | 9.9% | 10.0% | 9.7% | 10.0% | 9.9% | 9.5% | 9.1% | 9.0% | 9.4% |
| **Total Operating Expenses** | $159,648 | $39,844 | $44,537 | $42,453 | $43,153 | $169,987 | $41,653 | $42,853 | $44,553 | $44,753 | $173,812 | $43,753 | $44,953 | $46,653 | $46,853 | $182,212 |
| *Pct. Of Total Revenue* | 64.9% | 61.4% | 55.8% | 53.7% | 54.0% | 56.0% | 53.7% | 51.7% | 54.3% | 52.9% | 53.1% | 53.0% | 52.4% | 51.9% | 51.6% | 52.2% |
| **Operating Income** | $26,143 | $9,556 | $16,997 | $19,565 | $18,370 | $64,488 | $18,412 | $21,416 | $19,074 | $20,783 | $79,685 | $20,210 | $21,568 | $23,061 | $23,558 | $88,397 |
| *Operating Margin* | 10.6% | 14.7% | 21.3% | 24.7% | 23.0% | 21.2% | 23.8% | 25.8% | 23.2% | 24.6% | 24.4% | 24.5% | 25.1% | 25.6% | 25.9% | 25.3% |
| Interest and other income (expens | ($1,180) | ($802) | ($1,510) | ($1,019) | ($900) | ($4,231) | ($900) | ($900) | ($900) | ($900) | ($3,600) | ($900) | ($900) | ($900) | ($900) | ($3,600) |
| **Pre-Tax Earnings** | $24,963 | $8,754 | $15,487 | $18,546 | $17,470 | $60,257 | $17,512 | $20,516 | $18,174 | $19,883 | $76,085 | $19,310 | $20,668 | $22,161 | $22,658 | $84,797 |
| *EBT Margin* | 10.1% | 13.5% | 19.4% | 23.4% | 21.9% | 19.8% | 22.6% | 24.7% | 22.1% | 23.5% | 23.3% | 23.4% | 24.1% | 24.6% | 24.9% | 24.3% |
| (Benefit) provision for income ta | $2,130 | $630 | $1,311 | $1,226 | $1,433 | $4,600 | $1,401 | $1,641 | $1,454 | $1,591 | $6,087 | $1,545 | $1,653 | $1,773 | $1,813 | $6,784 |
| *Tax Rate* | 8.5% | 7.2% | 8.5% | 6.6% | 8.2% | 7.6% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| **Non-GAAP Net Income** | $22,833 | $8,124 | $14,176 | $17,320 | $16,038 | $55,658 | $16,111 | $18,875 | $16,720 | $18,292 | $69,998 | $17,765 | $19,015 | $20,388 | $20,846 | $78,014 |
| *Net Margin* | 9.3% | 12.5% | 17.8% | 21.9% | 20.1% | 18.3% | 20.8% | 22.8% | 20.4% | 21.6% | 21.4% | 21.5% | 22.2% | 22.7% | 22.9% | 22.3% |
| **Diluted EPS (Recurring)** | $0.79 | $0.27 | $0.45 | $0.48 | $0.42 | $1.63 | $0.42 | $0.49 | $0.43 | $0.47 | $1.82 | $0.45 | $0.48 | $0.51 | $0.51 | $1.95 |
| Diluted Shares Outstanding | 28,907 | 30,044 | 31,718 | 36,454 | 38,054 | 34,068 | 38,254 | 38,454 | 38,654 | 38,854 | 38,554 | 39,354 | 39,854 | 40,354 | 40,854 | 40,104 |

**Balance Sheet Items**

| | Mar-18 | Jun-18 | Sep-18 |
|---|---|---|---|
| A/R DSOs | 44 | 37 | 38 |
| Cash/Share | $2.36 | $2.24 | $5.51 |
| Working Capital | (40,737) | (42,083) | (23,608) |
| *Cash and Cash Equivalents* | 71,009 | 70,982 | 200,981 |
| *Accounts Receivable* | 31,159 | 32,078 | 32,582 |
| **Total Current Assets** | 110,848 | 113,680 | 243,622 |
| *Net PP&E* | 38,622 | 36,587 | 35,436 |
| **Total Assets** | 456,124 | 452,715 | 573,889 |
| *Accounts Payable* | 9,561 | 5,820 | 4,074 |
| *ST Deferred Revenue* | 116,859 | 121,032 | 116,640 |
| **Total Current Liabilities** | 151,585 | 155,763 | 267,230 |
| *LT Deferred Revenue* | 27,467 | 27,682 | 28,044 |
| *LT Debt* | 203,398 | 194,992 | 0 |
| **Total Liabilities** | 388,680 | 384,313 | 300,960 |

Source: JMP Securities LLC and Company Reports

**FIGURE 4. Revenue Breakout**

| FY Ending June 30 | FY2014 | FY2015 | Mar-16 | Jun-16 | Sep-16 | Dec-16 | FY2016 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | FY2017 | Mar-18 | Jun-18 | Sep-18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Bookings** | $128,184 | $144,106 | $52,315 | $53,693 | $49,238 | $54,038 | $209,284 | $62,122 | $63,900 | $59,665 | $60,177 | $245,864 | $67,588 | $81,786 | $78,795 |
| **Total Revenue** | $122,620 | $136,616 | $48,678 | $54,235 | $52,484 | $53,903 | $209,300 | $59,087 | $61,079 | $63,102 | $62,822 | $246,090 | $64,908 | $79,850 | $79,109 |
| *QoQ Change* | | | 39% | 11% | -3% | 3% | | 10% | 3% | 3% | 0% | | 3% | 23% | -1% |
| *YoY Change* | | 11% | 47% | 60% | 52% | 54% | 53% | 21% | 13% | 20% | 17% | 18% | 10% | 31% | 25% |
| **Bookings Breakout** | | | | | | | | | | | | | | | |
| **Consumer** | | 89,635 | 22,950 | 21,398 | 20,426 | 20,138 | 84,912 | 22,047 | 20,900 | 19,500 | 19,300 | 81,747 | 21,988 | 27,000 | 25,300 |
| *QoQ Change* | | | | -7% | -5% | -1% | | 9% | -5% | -7% | -1% | | 14% | 23% | -6% |
| *YoY Change* | | | | | | | -5% | -4% | -2% | -5% | -4% | -4% | 0% | 29% | 30% |
| *Pct. Of Total Bookings* | | 62% | 69% | 39% | 39% | 37% | 41% | 35% | 34% | 31% | 31% | 33% | 33% | 34% | 32% |
| **SMB** | | 54,471 | 29,365 | 32,295 | 28,812 | 33,900 | 124,372 | 40,075 | 43,000 | 40,165 | 40,877 | 164,117 | 45,600 | 54,786 | 53,495 |
| *QoQ Change* | | | | 10% | -11% | 18% | | 18% | 7% | -7% | 2% | | 12% | 20% | -2% |
| *YoY Change* | | | | | | | 128% | 36% | 33% | 39% | 21% | 32% | 14% | 27% | 33% |
| *Pct. Of Total Bookings* | | 38% | 56% | 60% | 59% | 63% | 59% | 65% | 67% | 67% | 68% | 67% | 67% | 67% | 68% |
| ***Subscription*** | | | 24,300 | 24,500 | 23,400 | 26,100 | 98,300 | 27,300 | 29,300 | 27,600 | 30,000 | 114,200 | 32,200 | 43,400 | 43,900 |
| *QoQ Change* | | | | 1% | -4% | 12% | | 5% | 7% | -6% | 9% | | -72% | 35% | 1% |
| *YoY Change* | | | | | | | | 12% | 20% | 18% | 15% | 16% | 18% | 48% | 59% |
| *Pct. Of SMB bookings* | | | 83% | 76% | 81% | 77% | 79% | 68% | 68% | 69% | 73% | 70% | 71% | 79% | 82% |
| ***Non-subscription*** | | | 5,065 | 7,795 | 5,412 | 7,800 | 26,072 | 12,775 | 13,700 | 12,565 | 10,877 | 49,917 | 13,400 | 11,386 | 9,595 |
| *QoQ Change* | | | | 54% | -31% | 44% | | 64% | 7% | -8% | -13% | | -73% | -15% | -16% |
| *YoY Change* | | | | | | | | 152% | 76% | 132% | 39% | 91% | 5% | -17% | -24% |
| *Pct. Of SMB bookings* | | | 17% | 24% | 19% | 23% | 21% | 32% | 32% | 31% | 27% | 30% | 29% | 21% | 18% |

Source: JMP Securities LLC and Company Reports

## Company Description

Carbonite sells its data protection solutions into two distinct markets: consumer and SMB (small and medium-sized businesses). Carbonite has transformed itself into a leading provider of cloud-based data protection services for the SMB data protection market, a $10B market that has been severely disrupted. The company primarily targets cloud-based data protection, which is benefiting from several trends, including the rise of ransomware, the trend toward cloud, and the increasing need to reduce data center costs. With a focus on smaller businesses, we believe Carbonite is particularly well positioned, as we think momentum in cloud data protection will remain concentrated to the mid-market and below for the next couple years.

## Investment Risks

Public cloud competition. The trend toward hyperscale public clouds such AWS and Microsoft Azure is in full swing, as evidenced by the substantial revenues these businesses have amassed over the last few years. We think backup will continue to be a popular use case as SMBs and enterprises migrate more workloads to public cloud services, creating a formidable competitive threat to Carbonite.

Traditional competition. We believe the markets in which Carbonite competes are highly competitive. In the SMB space, there are several vendors targeting cloud backup and disaster recovery, making the market highly competitive. Carbonite is forced to compete with large vendors, such as EMC and Veritas, that serve a broad spectrum of customers as well as well-established vendors that target the mid-size and small business customer, such as Barracuda Networks and Veeam. In addition, Carbonite competes directly with innovative and nimble startups, such as Zerto.

Sub-scale vendor in space ripe for consolidation. We believe the SMB and enterprise storage space will consolidate as enterprises seek to minimize the number of vendors managed. Particularly as enterprises move to hybrid cloud architectures, where the utilization of both on-premise and public cloud infrastructure exaggerate complexity, we believe there will be a need for more cohesion across infrastructure types, leading to vendor consolidation. Accordingly, we think there is a risk that Carbonite will struggle as a sub-scale vendor as SMBs and enterprises alike gravitate toward larger, all-in-one vendors.

Integration risk. While Carbonite has shown an ability to integrate acquisitions (i.e., EVault), part of our investment thesis is that the company will continue to realize synergies from the acquisitions, as well as other acquisitions, such as Double-Take Software. As with any acquisition, there are integration risks, particularly when the strategy includes cutting headcount and other costs out of the target organization. While we expect management to continue to execute well with integrating acquisitions, we acknowledge there is integration risk associated with Carbonite's previous acquisitions, as well as future acquisitions.

Execution risk with new management in place. While we view a refreshed management team as a key positive for the company, we acknowledge there is always risk associated with a new team. With four of the six management team members joining in 2016 or later, there is still a risk of execution challenges, potentially brought on by clashing management styles, or a lack of cohesion around the vision of the company.

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Erik Suppiger and Michael Berg

**JMP Securities Disclosures:**

JMP Securities currently makes a market in the security of Carbonite, Inc.

JMP Securities was manager or co-manager of a public offering of securities for Carbonite, Inc. (CARB) in the past 12 months, and received compensation for doing so.

JMP Securities and/or its affiliates have obtained a position of at least 1% in the equity securities of Carbonite, Inc. during the ordinary course of its/their business/investments.

JMP Securities expects to receive OR intends to seek compensation for investment banking services from Carbonite, Inc. in the next 3 months.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.

Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.

Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of November 2, 2018)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | *% of Total* | Regulatory Equivalent | # Co's Under Coverage | *% of Total* | # Co's Receiving IB Services in Past 12 Months | *% of Co's With This Rating* |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 266 | *60.59%* | Buy | 266 | *60.59%* | 77 | *28.95%* |
| MARKET PERFORM | Hold | 157 | *35.76%* | Hold | 157 | *35.76%* | 21 | *13.38%* |
| MARKET UNDERPERFORM | Sell | 4 | *0.91%* | Sell | 4 | *0.91%* | 0 | *0%* |
| COVERAGE IN TRANSITION | | 9 | *2.05%* | | 9 | *2.05%* | 0 | *0%* |
| RATING SUSPENDED | | 0 | *0.00%* | | 0 | *0.00%* | 0 | *0%* |
| TOTAL: | | 439 | *100%* | | 439 | *100%* | 98 | *22.32%* |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.

**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2018. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

Carbonite, Inc. (CARB)

**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

## RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
Devin Ryan (212) 906-3578
Brian McKenna (212) 906-3545

**Commercial & Specialty Finance**
Christopher York (415) 835-8965
Thomas Wenk (415) 835-8962

**Consumer Finance**
David M. Scharf (415) 835-8942
Jeff Zhang, CFA (415) 835-8948

**Financial Processing & Outsourcing**
David M. Scharf (415) 835-8942
Jeff Zhang, CFA (415) 835-8948

**Insurance**
Matthew J. Carletti (312) 768-1784
Karol Chmiel (312) 768-1786

**Investment Banks & Brokers**
Devin Ryan (212) 906-3578
Brian McKenna (212) 906-3545

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
Steven C. DeLaney (212) 906-3517
Chris Muller (212) 906-3559
Trevor Cranston, CFA (415) 869-4431
Mikhail Goberman (212) 906-3543

### HEALTHCARE

**Biopharma**
Donald Ellis, PharmD (212) 906-3507
Naz bur Rahman (212) 906-3519

**Biotechnology**
Liisa A. Bayko (312) 768-1785
Jonathan Wolleben (312) 768-1788
Jason N. Butler, PhD (212) 906-3505
Roy Buchanan (212) 906-3509
Konstantinos Aprilakis, MD (212) 906-3503
Simon J. Gruber, PhD (212) 906-3538
Jonathan Helander, PhD (212) 906-3540

**Healthcare Services & Facilities**
Peter L. Martin, CFA (415) 835-8904
Jonathan Freed (415) 835-8908

**Medical Devices & Supplies**
David Turkaly (212) 906-3563
Daniel W. Stauder (212) 906-3535

### REAL ESTATE

**Housing & Land Development**
Peter L. Martin, CFA (415) 835-8904
Aaron Hecht (415) 835-3963
Doug Hansen (415) 835-8934

**Property Services**
Mitch Germain (212) 906-3546
Corey DeVito (212) 906-3525

**Residential Services**
Aaron Hecht (415) 835-3963

**REITs: Healthcare & Specialty**
Peter L. Martin, CFA (415) 835-8904
Jonathan Freed (415) 835-8908

**REITs: Diversified, Industrial, Office, & Retail**
Mitch Germain (212) 906-3546
Corey DeVito (212) 906-3525

**REITs: Residential**
Aaron Hecht (415) 835-3963

### TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**
Joseph Osha (415) 835-8998
Hilary Cauley (415) 835-8996

**Cybersecurity, Data Management & Comm Infrastructure**
Erik Suppiger (415) 835-3918
Michael Berg (415) 835-3914

**Internet & Digital Media**
Ronald V. Josey III (212) 906-3528
M ke McGovern (415) 835-8916
David Yueh (415) 835-3957

**Software**
Patrick Walravens (415) 835-8943
Mathew Spencer (415) 835-8930
Joe Goodwin (415) 869-4477
Peter Lowry (415) 869-4418

## ADDITIONAL CONTACTS

**Thomas R. Wright**
**Director of Equities**
(212) 906-3599

**Charles Sweeney**
**Director of Sales & Trading**
(212) 906-3573

**600 Montgomery Street, Suite 1100**
San Francisco, CA 94111
www.jmpsecurities.com