# EXHIBIT 21

*Lake Street Capital Markets analyst report
11/02/2018*



INSTITUTIONAL EQUITY RESEARCH | November 2, 2018

# Carbonite, Inc.

**BUY**

(CARB – $35.51)

Price Target:  $36

**Eric Martinuzzi, CFA**
Senior Research Analyst
612-326-1315
eric.martinuzzi@lakestreetcm.com

## Lowers Business Bookings Target, But Margin Outperformance Continues.  Lowering PT to $36.

www.lakestreetcapitalmarkets.com

**What's The New Business Bookings Outlook?** – Business bookings are about 70% of Carbonite's total bookings mix, with the remainder Consumer.  The company lowered its 2018 Business bookings midpoint to $208M, compared to $229M previously.  Business bookings are composed of both subscription bookings, which were solid, and non-subscription bookings, which were weak.  Non-subscription bookings in 2018 were originally expected around $55M, up 10%, but instead, the number is more likely to be in the low $40M range.

**Why Were Non-subscription Business Bookings Soft?**

1) <u>Win Rate</u> - The company's competitive win rate for new, perpetual license contracts was below expectations.  Perpetual license applications are typically deployed on-premise.  However, Carbonite's "Recover" product, formerly the DoubleTake Software high availability offering, is a cloud-based subscription.  The product and sales compensation are both optimized for cloud deployment.

2) <u>Maintenance Non-renewals</u> – In its perpetual license installed base, the company did not see expected levels of maintenance and support contract renewal.  The non-renewals were not due to competitive displacements, but more to customers feeling they could go without maintenance given the reliability of their deployments.

**But There Was Good Stuff, Too** – This quarter will probably be remembered for the issue with non-subscription Business bookings, however, we saw excellent data points elsewhere in the fundamentals:

1) <u>Subscription Business Bookings</u> - Grew 59% y/y and were up double-digits y/y even after excluding the Mozy acquisition.

2) <u>Consumer Upside</u> - The company raised its 2018 Consumer bookings growth midpoint to 17.5%, up from 12.5%.

3) <u>Gross Margin Expansion</u> - Q3 NG gross margin of 78.4% was up 210 bps y/y and 130 bps q/q.

## HIGHLIGHTS

ï  **Quarter, Outlook** – Total Q3 bookings disappointed, hurting revenue, but better margins drove EPS above consensus.  The company trimmed its 2018 bookings and revenue forecast, but raised its EPS outlook.

|  | This Quarter | | Next Quarter | | 2018 | |
|---|---|---|---|---|---|---|
|  | Actual | Consensus | Guidance | Consensus | Guidance | Consensus |
| Rev, M | $79.1 | $80.5 | $78.6-$81.6 | $83.0 | $302.5-$305.5 | $308.1 |
| EPS, adj | $0.48 | $0.41 | $0.40-$0.44 | $0.42 | $1.61-$1.65 | $1.56 |

*Source: Carbonite, Thomson EIKON*

ï  **Lowering PT** – Based on the cross currents between lower bookings and higher margins, we trimmed our PT.  Our new PT is $36, a 3.6x EV/2020 revenue multiple.

| Changes | Previous | Current |
|---|---|---|
| Rating: | -- | BUY |
| Price Target: | $37 | $36 |
| FY18E Rev M: | $306 | $304 |
| FY19E Rev M: | $326 | $329 |
| FY18E Bookings M: | $315 | $304 |
| FY19E Bookings M: | $347 | $335 |
| FY18E EPS*: | $1.56 | $1.62 |
| FY19E EPS*: | $1.70 | $1.78 |

| Profile | |
|---|---|
| Price: | $35.51 |
| Shares Out M: | 37.8 |
| Market Cap M: | $1,293 |
| Avg. Daily Vol. | 373,726 |
| Insiders Own | 6% |
| Short Int, M / % of float: | 3.1 / 10% |
| Tan. Book Val./Sh.: | ($0.99) |
| Net Cash /Sh.: | $2.23 |
| Div / Yield | NA  /  NA |

| Rev (M) | 2017A | 2018E | 2019E |
|---|---|---|---|
| Mar | $59.1 | $64.9A | $81.7 |
| Jun | $61.1 | $79.9A | $83.7 |
| Sep | $63.1 | $79.1A | $83.6 |
| Dec | $62.8 | $79.6 | $80.1 |
| FY | $246.1 | $303.5 | $329.1 |

| Bookings (M) | 2017E | 2018E | 2019E |
|---|---|---|---|
| FY | $245.9 | $303.5 | $335.1 |

| EPS* | 2017A | 2018E | 2019E |
|---|---|---|---|
| Mar | $0.09 | $0.27A | $0.44 |
| Jun | $0.15 | $0.45A | $0.42 |
| Sep | $0.25 | $0.48A | $0.47 |
| Dec | $0.30 | $0.41 | $0.45 |
| FY | $0.79 | $1.62 | $1.78 |

*ex items

| Valuation | 2017A | 2018E | 2019E |
|---|---|---|---|
| EV/Rev | 4.9x | 4.0x | 3.7x |
| P/E | 45x | 22x | 20x |

| Management | |
|---|---|
| Ch | Steve Munford |
| P/CEO | Mohamad Ali |
| CFO | Anthony Folger |

### Company Description

Carbonite provides cloud data protection for businesses and consumers.



November 2, 2018

## INVESTMENT THESIS & VALUATION

Investors' understanding of Carbonite's current business may be stuck at a point in time six years ago.  In August 2011, Carbonite IPO'd as a fast-growing consumer online backup company.  Today, annual growth in the consumer business has slowed, but the company is in the process of writing a second chapter of growth by attacking the Business backup market with new products and an expanded channel.  We believe Business bookings will far outpace consumer bookings and accelerate earnings growth, expanding the multiple and driving the stock higher.

### VALUATION

We rate Carbonite shares BUY with a $36 target. Our price target is a 3.6x multiple on our 2020 revenue estimate. The math works out to 3.6x $353M, plus $84M net cash, divided by 37.8M shares outstanding.

## RISKS

An investment in Carbonite involves the following risks:

- **Operational Risk** – Any significant disruption in service or loss of customers' data could damage Carbonite's reputation and harm financial results.

- **Privacy Issue** – If the security of customer confidential information stored in Carbonite systems is breached or customer files are otherwise subjected to unauthorized access, Carbonite's reputation and business may be harmed, and the company may be exposed to liability.

- **Acquisitions** – Carbonite makes opportunistic acquisitions, such as the 2016 acquisition of EVault, the 2017 acquisition of Double-Take, and the 2018 acquisition of Mozy.  There can be no assurance acquisitions will be accretive.

- **Price Competition** – Demand for cloud backup services is sensitive to price. Some of Carbonite's competitors offer lower-priced—even free—services and the company may be unable to maintain competitive differentiation.

# FINANCIAL MODEL

**Carbonite, Inc.**

| Fiscal Year Ends Dec | 2016A | Mar17A | Jun17A | Sep17A | Dec17A | 2017A | Mar18A | Jun18A | Sep18A | Dec18E | 2018E | Mar19E | Jun19E | Sep19E | Dec19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *BIZ Bookings* | 124.4 | $40.1 | $43.0 | $40.2 | $40.2 | $163.5 | $45.6 | $54.8 | $53.5 | $53.5 | 207.4 | $59.7 | $59.7 | $58.3 | $58.3 | 235.9 | 260.1 |
| *Consumer Bookings* | 84.9 | $22.0 | $20.9 | $19.5 | $19.5 | $81.9 | $22.0 | $27.0 | $25.3 | $21.8 | 96.1 | $25.0 | $27.0 | $25.3 | $21.8 | 99.1 | 99.1 |
| *Total Bookings* | $209.3 | $62.1 | $63.9 | $59.7 | $60.2 | $245.9 | $67.6 | $81.8 | $78.8 | $75.3 | $303.5 | $84.7 | $86.7 | $83.6 | $80.1 | $335.1 | $359.2 |
| **Income Statement $M:** | | | | | | | | | | | | | | | | | |
| **NG Revenue** | $209.300 | $59.087 | $61.079 | $63.102 | $62.822 | $246.090 | $64.908 | $79.850 | $79.109 | $79.640 | $303.507 | $81.677 | $83.699 | $83.583 | $80.123 | $329.083 | $353.240 |
| Wr-dn of Acqrd Deferred | 2.314 | 1.988 | 2.045 | 1.465 | 1.130 | 6.628 | 0.882 | 2.116 | 1.427 | 0.800 | 5.225 | 0.5 | 0.5 | - | - | 1.000 | 1.000 |
| Revenue | $206 986 | $57.099 | $59.034 | $61.637 | $61.692 | $239.462 | $64.026 | $77.734 | $77.682 | $78.840 | $298.282 | $81.177 | $83.199 | $83.583 | $80.123 | $328 083 | $352 240 |
| Adj Cost of Rev | 57 248 | 15.480 | 15.803 | 14.924 | 14.092 | 60.299 | 15.508 | 18 316 | 17 091 | 18.317 | 69.232 | 17.969 | 18.414 | 17.552 | 16.826 | 70.761 | 74 240 |
| **Adj Gross Profit** | 152.052 | $43.607 | $45.276 | $48.178 | $48.730 | 185.791 | $49.400 | $61.534 | $62.018 | $61.323 | 234.275 | $63.708 | $65.286 | $66.031 | $63.297 | 258.322 | 279.000 |
| *Adj Gross Margin* | *72.6%* | *73.8%* | *74.1%* | *76.3%* | *77.6%* | *75.5%* | *76.1%* | *77.1%* | *78.4%* | *77.0%* | *77.2%* | *78.0%* | *78.0%* | *79.0%* | *79.0%* | *78.5%* | *79.0%* |
| Adj R&D | 32 080 | 9.949 | 10.457 | 11.153 | 11.383 | 42.942 | 11.797 | 14.670 | 13 889 | 13.300 | 53.656 | 14.167 | 13.967 | 13.967 | 13.967 | 56 067 | 57 502 |
| Adj G&A | 30.161 | 7.856 | 7.974 | 7.273 | 7.110 | 30.213 | 8.829 | 8 599 | 8 273 | 8.200 | 33.901 | 8.523 | 8.523 | 8.523 | 8.523 | 34 092 | 35 092 |
| Adj S&M | 71.190 | 22.756 | 22.265 | 21.236 | 20.236 | 86.493 | 19.218 | 21 268 | 20 291 | 22.264 | 83.041 | 21.399 | 23.603 | 21.899 | 20.192 | 87 094 | 93.141 |
| Adj Total Operating Exp | 133.431 | 40.561 | 40.696 | 39.662 | 38.729 | 159.648 | 39.844 | 44 537 | 42.453 | 43.764 | 170.598 | 44.089 | 46.093 | 44.389 | 42.682 | 177 253 | 185.735 |
| **Adj Operating Income** | 18.621 | $3.046 | $4.580 | $8.516 | $10.001 | 26.143 | $9.556 | $16.997 | $19.565 | $17.559 | 63.677 | $19.619 | $19.193 | $21.642 | $20.615 | 81.069 | 93.265 |
| *Adj Operating Margin* | *8.9%* | *5.2%* | *7.5%* | *13.5%* | *15.9%* | *10.6%* | *14.7%* | *21.3%* | *24.7%* | *22.0%* | *21 0%* | *24.0%* | *22.9%* | *25.9%* | *25.7%* | *24.6%* | *26.4%* |
| Int (exp) & other (exp) | 0.068 | 0.078 | 0.142 | (0.795) | (0.605) | (1.180) | (0.802) | (1 510) | (1 019) | (0.900) | (4.231) | (0.900) | (0.900) | (0.900) | (0.900) | (3.600) | (3.600) |
| **Adj Net Income** | 16.430 | 2.529 | 4.253 | 7.294 | 8.757 | 22.833 | 8.124 | 14.176 | 17.320 | 15.326 | 54.946 | 16.660 | 16.280 | 18.461 | 17.547 | 68.947 | 79.802 |
| **EPS, cont ops** | ($0.15) | $0.27 | ($0.23) | ($0.13) | ($0.06) | ($0.14) | $0.40 | ($0.18) | $0.02 | $0.21 | $0.44 | $0.25 | $0.23 | $0.29 | $0.26 | $1.02 | $1.25 |
| **adj EPS** | $0.60 | $0.09 | $0.15 | $0.25 | $0.30 | $0.79 | $0.27 | $0.45 | $0.48 | $0.41 | $1.62 | $0.44 | $0.42 | $0.47 | $0.45 | $1.78 | $1.98 |
| Diluted shares outst | 27.5 | 28 5 | 28.8 | 29.0 | 29.3 | 29.1 | 30.0 | 31.7 | 36 5 | 37 8 | 34.0 | 38.2 | 38.6 | 39.0 | 39.4 | 38.8 | 40.4 |
| **Margin Analysis:** | | | | | | | | | | | | | | | | | |
| Adj Gross Margin | 72.6% | 73.8% | 74.1% | 76.3% | 77.6% | 75.5% | 76.1% | 77.1% | 78.4% | 77.0% | 77.2% | 78.0% | 78.0% | 79.0% | 79.0% | 78.5% | 79.0% |
| Adj R&D | 15.3% | 16.8% | 17.1% | 17.7% | 18.1% | 17.4% | 18.2% | 18.4% | 17.6% | 16.7% | 17.7% | 17.3% | 16.7% | 16.7% | 17.4% | 17.0% | 16.3% |
| Adj G&A | 14.4% | 13.3% | 13.1% | 11.5% | 11.3% | 12.3% | 13.6% | 10.8% | 10.5% | 10.3% | 11.2% | 10.4% | 10.2% | 10.2% | 10.6% | 10.4% | 9.9% |
| Adj S&M | 34.0% | 38.5% | 36.5% | 33.7% | 32.2% | 35.1% | 29.6% | 26.6% | 25.6% | 28.0% | 27.4% | 26.2% | 28.2% | 26.2% | 25.2% | 26.5% | 26.4% |
| Adj Op Margin | 8.9% | 5.2% | 7.5% | 13.5% | 15.9% | 10.6% | 14.7% | 21.3% | 24.7% | 22.0% | 21.0% | 24.0% | 22.9% | 25.9% | 25.7% | 24.6% | 26.4% |
| | | | | | 6.8% | 8.5% | | | | | | | | | | | |
| **Revenue Change (Yr/Yr):** | | | | | | | | | | | | | | | | | |
| Total Revenue | 53% | 21% | 13% | 20% | 17% | 18% | 10% | 31% | 25% | 27% | 23% | 26% | 5% | 6% | 1% | 8% | 7% |
| *Subscrip BIZ bookings* | | | 20% | 18% | 15% | | 18% | 48% | 59% | | | | | | | | |
| *BIZ bookings* | *128%* | *36%* | *33%* | *40%* | *19%* | *31%* | *14%* | *27%* | *33%* | *33%* | *27%* | *31%* | *9%* | *9%* | *9%* | *14%* | *10%* |
| *Consumer bookings* | *-5%* | *-4%* | *-2%* | *-5%* | *-3%* | *-4%* | *0%* | *29%* | *30%* | *12%* | *17%* | *14%* | *0%* | *0%* | *0%* | *3%* | *0%* |
| Total Bookings | 45% | 19% | 19% | 21% | 11% | 17% | 9% | 28% | 32% | 25% | 23% | 25% | 6% | 6% | 6% | 10% | 7% |
| Organic Bookings | 17% | | | | | | | | | | 8% - 9% | | | | | | |
| **BIZ Bookings % of Total** | | | | | | | | | | | | | | | | | |
| | 59% | 65% | 67% | 67% | 67% | 67% | 67% | 67% | 68% | 71% | 68% | 70% | 69% | 70% | 73% | 70% | 72% |
| **Bal Sheet/Cash Flow $M:** | | | | | | | | | | | | | | | | | |
| Cash | | 42 | 125 | 119 | 128 | | 71 | 71 | 201 | | | | | | | | |
| Debt | | 39 | 109 | 110 | 112 | | 203 | 195 | 117 | | | | | | | | |
| Net Cash | | $3 | $16 | $9 | $16 | | ($132) | ($124) | $84 | | | | | | | | |
| DSO | | 33 | 35 | 33 | 32 | | 43 | 36 | 37 | | | | | | | | |
| CFO | 14.4 | 7.7 | 2.9 | 6.9 | 13.9 | 31.3 | 3.3 | 13.6 | 17.0 | | | | | | | | |
| Cap ex | (7.8) | (6.6) | (3.5) | (1.9) | (5.4) | (17.4) | (3.3) | (4.5) | (2.1) | | | | | | | | |
| FCF | 6.6 | 1.1 | (0.6) | 5.0 | 8.5 | 14.0 | 0.0 | 9.0 | 14.8 | | | | | | | | |

---

**Carbonite, Inc.**
Institutional Equity Research

Eric Martinuzzi, CFA | 612-326-1315 | eric.martinuzzi@lakestreetcm.com

Case 1:19-cv-11662-LTS   Document 134-21   Filed 06/02/23   Page 4 of 5



## IMPORTANT DISCLOSURES



Initiate: October 2, 2014 – Rating: BUY - Price Target: $16
February 5, 2016– Rating: BUY - Price Target: $12
May 3, 2016– Rating: BUY - Price Target: $13
August 2, 2016– Rating: BUY - Price Target: $16
November 4, 2016– Rating: BUY - Price Target: $18
February 1, 2017– Rating: BUY - Price Target: $20
February 10, 2017– Rating: BUY - Price Target: $21
February 28, 2017– Rating: BUY - Price Target: $23
August 4, 2017– Rating: BUY - Price Target: $25
February 14, 2018– Rating: BUY - Price Target: $27
May 8, 2018– Rating: BUY - Price Target: $34
August 3, 2018– Rating: BUY - Price Target: $37
November 2, 2018– Rating: BUY - Price Target: $36

*Source: Thomson EIKON*

### RATINGS DEFINITION

**BUY** rated stocks are expected to generate greater than 10% returns during the next 12 months. **HOLD** rated stocks are expected to generate returns of 0% to 10% during the next 12 months. **SELL** rated stocks are expected to generate negative returns over the next 12 months and generally do not have a price target.

**Information on our valuation methodology and risks can be found in the "Investment Thesis & Valuation" and "Risks" sections.**

### RATINGS DISTRIBUTION

(as of September 4, 2018)

| Rating | All Covered Companies (%) | Investment Banking Clients (%) |
|---|---|---|
| BUY | 92.7% | 22.8% |
| HOLD | 7.3% | 0.0% |
| SELL | 0.0% | 0.0% |

### RESEARCH DISCLOSURES

Lake Street Capital Markets, or its affiliates, intends to seek or expects to receive compensation for investment banking services from the subject issuer in the next three months. During the past twelve months the subject company was a client of Lake Street and received investment banking services. During the past twelve months, Lake Street received investment banking compensation from the subject company. The authoring analysts who are responsible for the preparation of this investment research are eligible for compensation based on the total revenue and general profitability of Lake Street Capital Markets, which includes investment banking revenue. However, such authoring analyst will not receive compensation that is directly based on or linked to specific investment banking transactions.

### ANALYST CERTIFICATION – REGULATION AC

Each authoring analyst of Lake Street Capital Markets whose name appears on the front page of this investment research hereby certifies that (1) the recommendations and opinions expressed in this investment research accurately reflect the authoring analyst's personal, independent, and objective views about any and all of the subject investments or issuers discussed herein; and (2) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analysts.

### OTHER DISCLOSURES

This investment research is intended for informational purposes only and does not constitute an offer or solicitation to buy or sell securities referenced herein in any jurisdiction where such would be prohibited. Although the information and statements of fact contained in this investment research has been obtained from sources we believe to be reliable, including statistical services and issuer statements & reports, its accuracy and completeness cannot be guaranteed. The securities discussed and any recommendations made herein may not be suitable for all investors depending on their specific financial position or investment objectives. This investment research and any opinions, recommendations, and estimates contained here represent Lake Street Capital Market's judgment as of the date of this report and are subject to change without notice. Lake Street Capital Markets may effect transactions as a principal or agent in the securities mentioned herein. Additional information available on request. Member FINRA / SIPC. This report may not be reproduced, distributed, or published without the prior consent of Lake Street Capital Markets, LLC. All rights reserved.