# EXHIBIT 22

*Northland Capital Markets analyst report 11/02/2018*



# Company Update

11/02/2018

## Market Perform

Price: $35.51
Price Target: $35.00

**Industry**
Cloud and Data Center Software

## Tim Klasell

(612) 851-4972
tklasell@northlandcapitalmarkets.com

### Stock Data

| | |
|---|---|
| 52-Week Range | $20.50/$43.63 |
| Avg. Daily Volume | 389,951 |
| Market Cap. (MM) | $1,193 |
| Shares Out. (MM) | 33.6 |
| Float | 92.6% |
| Cash Per Share | 2.11 |
| Debt-to-Capital | 74.0% |
| Book Value Per Share | $2.37 |
| Dividend Yield | 0.00% |
| Shares Short | 3,061,261 |
| Insider Ownership | 7.4% |
| Institutional Ownership | 84.5% |
| FY End | Dec |
| Source: Factset | |

### Revenue Estimates ($M)

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| 1Q | 59.1A | 64.9A | 82.4E |
| 2Q | 61.1A | 79.9A | 78.0E |
| 3Q | 61.6A | 79.1A | 87.0E |
| 4Q | 62.8A | 80.1E | 88.2E |
| FY | 246.1A | 304.0E | 344.6E |
| P/S | 4.8x | 3.9x | 3.5x |
| Prev CY | -- | 308.5E | 348.6E |

### Non-GAAP EPS Estimates ($)

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| 1Q | 0.09A | 0.27A | 0.44E |
| 2Q | 0.15A | 0.45A | 0.47E |
| 3Q | 0.25A | 0.48A | 0.49E |
| 4Q | 0.30A | 0.42E | 0.50E |
| FY | 0.80A | 1.63E | 1.90E |
| P/E | 44.4x | 21.8x | 18.7x |
| Prev CY | -- | 1.56E | 1.83E |

# Carbonite, Inc. (CARB)
## Margins Strong but Top Line Results and Guide on the Low End

### Summary

Q3 revs came in on the low-end of the guided range as the legacy Double-Take products underperformed, somewhat offset by consumer business strength. Strong op-ex controls drove a nice bottom line beat. These trends extended into the Q4 guide and we expect into 2019 as well.

### Key Points

**Q3 Results:** Revenue came in at $79.1mn (+25.5% y/y), below consensus $80.5mn. Similarly, bookings came in at $78.8mn (+32% y/y) also below consensus $82.2mn. The culprit appears to be the acquired DoubleTake on-presence replication product, which while not strategic, the 24% decline is pressuring the top-line. On the positive side, the consumer business continues to do better than originally thought at the start of the year. Effective expense controls drove upside to margins and EPS of $0.48 vs consensus $0.41.

**Guidance:** Q4 revenue and earnings were guided at the midpoint to $80.1mn/$0.42 vs. consensus $83.0mn/$0.42 with SMB bookings guided down to $207.5mn at the midpoint, compared to $229mn as the weakness in Q3 and the expectations for a seasonally strong Q4 were tempered. Consumer bookings growth was guided up from 10%-15% to 15%-20%. FCF guided to $44.5mn (14%-15% margin) on adj. gross margin of 77%.

**Product Line Effects:**

**On-Premise Weakness:** DoubleTake has a long history in on-premise server replication, but customers are moving to the cloud, as well as Carbonite's marketing efforts. As a result, bookings dropped 24% to $9.6mn in the quarter. Maintenance renewals also suffered, reinforcing the thought that more customers are not seeing a long-term investment in the product. While this is not a long-term strategic product line, slowing revenues is putting pressure on the overall growth rate.

**Core Subscription Business Remains Strong:** The core subscription business remains strong for CARB, growing low double digits and we think certainly fills a need in the market, but is clearly getting masked by the movements of the other pieces.

**Consumer Resurgence:** The growth rate of the less strategic consumer business had another nice Q, and the guide was increased by 5% at the mid-point. Management stated that the extra visibility given the backup products at various corporate events is spilling over into the consumer business

IMPORTANT DISCLOSURES AND ANALYST CERTIFICATION ON PAGE 7

11/02/2018

**Organic Growth Rate:** Backing out the Mozy contribution, organic growth is in the low-double digits for the core SMB subscription side, pacing the overall market growth rate. We think the new console/ broader platform approach has the ability to accelerate this over time, especially once the on-premise and consumer products become a lower portion of the mix. That said, given the number of moving parts and proximity to our PT, we are remaining on the sidelines.

11/02/2018

**Carbonite Q3 Actuals versus Consensus Estimates ($ in 000s)**

| 3Q18 | Actual | Consensus | Var. | Y/Y |
|---|---|---|---|---|
| Bookings | $61,540 | $82,200 | (25.1%) | 3.1% |
| **Total Revenue** | **$79,109** | **$80,500** | (1.7%) | 25.4% |
| Pro Forma EPS | $0.48 | $0.41 | 6.0% | |
| **Adj. FCF** | **$2,442** | **$11,600** | (78.9%) | |

Source: Company filings and consensus estimates

**Carbonite Q4 Guidance versus Consensus Estimates ($ in 000s)**

| 4Q18 | Guidance Mid Point | Consensus | Var. |
|---|---|---|---|
| **Total Revenue** | **$80,100** | **$83,000** | (3.5%) |
| Pro Forma EPS | $0.42 | $0.42 | 0.0% |

Source: Company filings and consensus estimates

**Carbonite FY18 Guidance versus Consensus Estimates ($ in 000s)**

| FY18 | Guidance Mid Point | Consensus |
|---|---|---|
| **Total Revenue** | **$304,000** | **$308,200** |
| Pro Forma EPS | $1.63 | $1.56 |
| SMB bookings | $207,500 | N/A |
| Consumer bookings growth | 18% | N/A |
| Non-GAAP gross margin | 77.0% | N/A |
| Adjusted FCF | $44,500 | $35,200 |

Source: Company filings and consensus estimates

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

Case 1:19-cv-11662-LTS  Document 134-22  Filed 06/02/23  Page 5 of 10

11/02/2018

11/1/2018                                                                                              **Tim Klasell**      **612-851-4972**

## Data Center and Internet Software

| Symbol | Current Price | Shares Out. | Mkt Cap ($ mn) | Sales ($mn) LTM | Sales Growth | | | EV/Sales | | | P/E | | EV/FCF | | FCF Margin | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CY17 | CY18 | CY19 | CY17 | CY18 | CY19 | CY18 | CY19 | CY18 | CY19 | CY18 | CY19 |
| CARB | $35.51 | 34 | 1,194 | 265 | 16.4% | 27.6% | 11.3% | 4.9x | 3.8x | 3.4x | 22.9x | 19.6x | 27.5x | 23.1x | 13.9% | 14.8% |
| HDP | $18.38 | 92 | 1,698 | 309 | 41.9% | 30.7% | 21.8% | 6.2x | 4.8x | 3.9x | N/A | N/A | N/A | 58.7x | 2.7% | 6.6% |
| LOGM | $88.75 | 51 | 4,541 | 1,170 | N/A | 17.5% | 4.6% | 4.2x | 3.6x | 3.4x | 16.6x | 15.3x | 11.5x | 10.9x | 30.9% | 31.4% |
| PFSW | $7.42 | 19 | 143 | 325 | -2.3% | 1.3% | 3.0% | .5x | .5x | .5x | 19.5x | 13.0x | 7.8x | 6.3x | 6.6% | 8.0% |
| PFPT | $93.51 | 56 | 5,495 | 664 | 37.2% | 38.0% | 22.9% | 10.0x | 7.2x | 5.9x | 71.5x | 57.1x | 33.9x | 26.0x | 21.3% | 22.6% |
| PRO | $32.71 | 37 | 1,215 | 191 | 10.1% | 15.6% | 15.8% | 7.7x | 6.7x | 5.8x | N/A | N/A | N/A | N/A | -2.5% | 3.2% |
| RHT | $172.40 | 183 | 31,549 | 3,157 | 19.4% | 16.6% | 15.7% | 10.9x | 9.3x | 8.1x | 51.4x | 44.5x | 32.3x | 28.6x | 28.9% | 28.3% |
| MIME | $35.66 | 61 | 2,172 | 282 | 28.8% | 31.5% | 20.1% | 8.6x | 6.6x | 5.5x | N/A | 97.4x | N/A | 48.9x | 6.7% | 11.2% |
| NOW | $183.73 | 186 | 35,531 | 2,440 | 39.0% | 35.1% | 28.9% | 17.4x | 12.9x | 10.0x | 77.8x | 58.8x | 46.1x | 35.7x | 27.9% | 27.9% |
| SAIL | $26.02 | 90 | 2,339 | 216 | 40.6% | 26.6% | 22.0% | 12.3x | 9.7x | 8.0x | N/A | N/A | 73.9x | 52.9x | 13.2% | 15.1% |
| SPSC | $92.88 | 18 | 1,641 | 242 | 14.1% | 12.0% | 9.6% | 6.7x | 6.0x | 5.5x | 50.0x | 46.2x | 41.3x | 35.8x | 14.5% | 15.2% |
| SREV | $1.32 | 92 | 256 | 244 | -5.4% | -0.3% | 2.5% | .3x | .3x | .3x | 66.0x | 13.2x | N/A | 54.8x | -3.5% | 0.6% |
| SPLK | $103.02 | 151 | 15,597 | 1,464 | 33.8% | 32.9% | 23.8% | 11.4x | 8.5x | 6.9x | 95.5x | 66.9x | 49.1x | 36.8x | 17.4% | 18.7% |
| SSTI | $42.11 | 13 | 547 | 29 | 53.3% | 43.7% | 37.2% | 22.2x | 15.5x | 11.3x | N/A | N/A | N/A | N/A | -13.6% | 3.7% |
| STMP | $182.47 | 18 | 3,313 | 521 | 28.7% | 22.8% | 20.0% | 6.9x | 5.6x | 4.7x | 16.5x | 16.4x | 16.9x | 13.1x | 33.4% | 35.9% |
| TYL | $195.00 | 39 | 7,537 | 889 | 11.2% | 12.0% | 11.1% | 8.7x | 7.8x | 7.0x | 40.6x | 36.2x | 35.7x | 30.3x | 21.7% | 23.1% |
| WIX | $101.77 | 57 | 5,842 | 513 | 46.7% | 40.6% | 27.0% | 13.2x | 9.4x | 7.4x | N/A | N/A | 54.9x | 37.8x | 17.1% | 19.5% |
| MDB | $80.91 | 68 | 5,496 | 192 | 55.1% | 51.8% | 36.4% | 34.3x | 22.6x | 16.6x | N/A | N/A | N/A | N/A | -22.2% | -10.1% |
| AYX | $54.31 | 70 | 3,816 | 162 | 53.0% | 46.6% | 33.9% | 27.7x | 18.9x | 14.1x | N/A | N/A | N/A | N/A | 3.4% | 8.9% |
| TEAM | $76.75 | 106 | 8,151 | 947 | 39.4% | 38.1% | 30.2% | 10.1x | 7.3x | 5.6x | N/A | N/A | 23.3x | 17.8x | 31.4% | 31.5% |
| OKTA | $59.93 | 140 | 8,402 | 326 | 69.9% | 44.2% | 32.8% | 31.4x | 21.8x | 16.4x | N/A | N/A | N/A | N/A | -4.3% | 4.4% |
| DATA | $108.89 | 70 | 7,627 | 993 | 6.1% | 11.8% | 16.0% | 7.7x | 6.9x | 6.0x | N/A | N/A | 48.0x | 42.4x | 14.4% | 14.0% |
| TLND | $63.12 | 43 | 2,714 | 177 | 40.2% | 38.1% | 22.9% | 17.7x | 12.8x | 10.4x | N/A | N/A | N/A | N/A | 0.7% | 1.8% |
| CLDR | $14.17 | 182 | 2,577 | 411 | 40.8% | 21.7% | 19.9% | 6.0x | 4.9x | 4.1x | N/A | N/A | N/A | N/A | -8.9% | -0.4% |
| PVTL | $20.42 | 290 | 5,922 | 582 | 22.4% | 28.0% | 24.2% | 11.5x | 9.0x | 7.3x | N/A | N/A | N/A | N/A | -9.1% | -6.4% |
| DOCU | $41.85 | 189 | 7,929 | 602 | 35.9% | 32.5% | 25.0% | 14.8x | 11.2x | 8.9x | N/A | N/A | N/A | N/A | 5.2% | 6.9% |
| ZUO | $20.60 | 123 | 2,535 | 206 | 48.6% | 36.4% | 26.5% | 14.9x | 10.9x | 8.6x | N/A | N/A | N/A | N/A | -18.0% | -15.2% |
| Average | | | | | 31.7% | 27.9% | 20.9% | 12.2x | 9.1x | 7.2x | 48.0x | 40.4x | 35.9x | 32.9x | 8.5% | 11.9% |
| Median | | | | | 36.6% | 30.7% | 22.0% | 10.1x | 7.8x | 6.9x | 50.0x | 40.3x | 34.8x | 35.7x | 6.7% | 11.2% |

*Source: Factset and Northland Estimates*

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

11/02/2018

Tim Klasell
Northland Capital Markets
612.851.4972

Carbonite
Income Statement
(in 000s, except per share data)

| | Fiscal 2016 | | | | Fiscal 2017 | | | | Fiscal 2018 | | | | Fiscal 2019 | | | | Fiscal Year End | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-16 | Jun-16 | Sep-16 | Dec-16 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | Dec-19 | | | | |
| | 1Q16A | 2Q16A | 3Q16A | 4Q16A | 1Q17A | 2Q17A | 3Q17A | 4Q17A | 1Q18A | 2Q18A | 3Q18A | 4Q18E | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 2016A | 2017A | 2018E | 2019E |
| Total Revenues | 48,678 | 54,235 | 52,484 | 53,903 | 59,087 | 61,079 | 63,102 | 62,822 | 64,908 | 79,850 | 79,109 | 80,098 | 82,433 | 87,037 | 87,020 | 88,108 | 209,300 | 246,090 | 303,965 | 344,597 |
| Total cost of revenues | 13,677 | 14,938 | 14,613 | 14,020 | 15,480 | 15,803 | 14,924 | 14,092 | 15,508 | 18,316 | 17,091 | 18,022 | 18,547 | 19,583 | 19,579 | 19,824 | 57,248 | 60,299 | 68,937 | 77,534 |
| Gross profit | 35,001 | 39,297 | 37,871 | 39,883 | 43,607 | 45,276 | 48,178 | 48,730 | 49,400 | 61,534 | 62,018 | 62,076 | 63,886 | 67,453 | 67,440 | 68,284 | 152,052 | 185,791 | 235,028 | 267,063 |
| Operating expenses: | | | | | | | | | | | | | | | | | | | | |
| Research and development | 8,213 | 8,079 | 7,881 | 7,907 | 9,949 | 10,457 | 11,153 | 11,383 | 11,797 | 14,670 | 13,889 | 13,617 | 13,601 | 14,361 | 13,923 | 14,097 | 32,080 | 42,942 | 53,973 | 55,983 |
| General and administrative | 6,107 | 8,373 | 7,581 | 8,100 | 7,856 | 7,974 | 7,273 | 7,110 | 8,829 | 8,599 | 8,273 | 8,010 | 8,243 | 8,704 | 8,702 | 8,370 | 30,161 | 30,213 | 33,711 | 34,019 |
| Sales and marketing | 16,307 | 16,802 | 18,342 | 19,739 | 22,756 | 22,265 | 21,236 | 20,236 | 19,218 | 21,268 | 20,291 | 22,427 | 23,081 | 24,370 | 23,930 | 24,230 | 71,190 | 86,493 | 83,204 | 95,612 |
| Total operating expenses | 30,632 | 33,254 | 33,804 | 35,746 | 40,561 | 40,696 | 39,662 | 38,729 | 39,844 | 44,537 | 42,453 | 44,054 | 44,926 | 47,435 | 46,556 | 46,697 | 133,431 | 159,648 | 170,888 | 185,614 |
| Gain/Loss from operations | 4,369 | 6,043 | 4,067 | 4,137 | 3,046 | 4,580 | 8,516 | 10,001 | 9,556 | 16,997 | 19,565 | 18,022 | 18,960 | 20,018 | 20,885 | 21,586 | 18,621 | 26,143 | 64,140 | 81,449 |
| Total other income expense | (150) | 3 | 155 | 60 | 78 | 300 | (795) | (605) | (802) | (1,510) | (1,019) | (1,019) | (1,019) | (1,019) | (1,019) | (1,019) | 68 | (1,022) | (4,350) | (4,076) |
| Pre-Tax Income | 4,219 | 6,046 | 4,222 | 4,197 | 3,124 | 4,880 | 7,721 | 9,396 | 8,754 | 15,487 | 18,546 | 17,003 | 17,941 | 18,999 | 19,866 | 20,567 | 18,689 | 25,121 | 59,790 | 77,373 |
| Provision (benefit) for income taxes | 95 | 838 | 396 | 887 | 595 | 627 | 427 | 639 | 630 | 1,311 | 1,226 | 1,360 | 1,435 | 1,520 | 1,589 | 1,645 | 2,216 | 2,288 | 4,527 | 6,190 |
| Net Income | 4,124 | 5,208 | 3,826 | 3,310 | 2,529 | 4,253 | 7,294 | 8,757 | 8,124 | 14,176 | 17,320 | 15,643 | 16,505 | 17,479 | 18,277 | 18,922 | 16,473 | 22,833 | 55,263 | 71,183 |
| EPS - Non-GAAP | 0.15 | 0.19 | 0.14 | 0.12 | 0.09 | 0.15 | 0.25 | 0.30 | 0.27 | 0.45 | 0.48 | 0.42 | 0.44 | 0.47 | 0.49 | 0.50 | 0.60 | 0.80 | 1.63 | 1.90 |
| Basic and diluted shares | 27,055 | 27,012 | 27,533 | 28,287 | 28,505 | 27,526 | 29,008 | 29,322 | 30,044 | 31,718 | 36,454 | 37,332 | 37,382 | 37,432 | 37,482 | 37,532 | 27,472 | 28,590 | 33,887 | 37,457 |

| 4Q18 | Guidance (Low) | Guidance (High) | Guid. (Mid) |
|---|---|---|---|
| Total Revenue | $78,600 | $81,600 | $80,100 |
| Pro Forma EPS | $0.40 | $0.44 | $0.42 |

| FY18 | Guidance (Low) | Guidance (High) | Guid. (Mid) |
|---|---|---|---|
| Total Revenue | $302,500 | $305,500 | $304,000 |
| Pro Forma EPS | $1.61 | $1.65 | $1.63 |
| SMB Bookings | $205,000 | $210,000 | $207,500 |
| Consumer bookings growth | 15% | 20% | 17.5% |
| Non-GAAP gross margin | 76.5% | 77.5% | 77.0% |
| Adjusted FCF | $43,000 | $46,000 | $44,500 |

Source: Company filings and NCM

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

11/02/2018

| Common Size | Mar-16 1Q16A | Jun-16 2Q16A | Sep-16 3Q16A | Dec-16 4Q16A | Mar-17 1Q17A | Jun-17 2Q17A | Sep-17 3Q17A | Dec-17 4Q17A | Mar-18 1Q18A | Jun-18 2Q18A | Sep-18 3Q18A | Dec-18 4Q18E | Mar-19 1Q19E | Jun-19 2Q19E | Sep-19 3Q19E | Dec-19 4Q19E | 2016A | 2017A | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Gross Margin:** | 71.9% | 72.5% | 72.2% | 74.0% | 73.8% | 74.1% | 76.3% | 77.6% | 76.1% | 77.1% | 78.4% | 77.5% | 77.5% | 77.5% | 77.5% | 77.5% | 72.6% | 75.5% | 77.3% | 77.5% |
| R&D | 16.9% | 14.9% | 15.0% | 14.7% | 16.8% | 17.1% | 17.7% | 18.1% | 18.2% | 18.4% | 17.6% | 17.0% | 16.5% | 16.5% | 16.0% | 16.0% | 15.3% | 17.4% | 17.8% | 16.2% |
| G&A | 12.5% | 15.4% | 14.4% | 15.0% | 13.3% | 13.1% | 11.5% | 11.3% | 13.6% | 10.8% | 10.5% | 10.0% | 10.0% | 10.0% | 10.0% | 9.5% | 14.4% | 12.3% | 11.1% | 9.9% |
| S&M | 33.5% | 31.0% | 34.9% | 36.6% | 38.5% | 36.5% | 33.7% | 32.2% | 29.6% | 26.6% | 25.6% | 28.0% | 28.0% | 28.0% | 27.5% | 27.5% | 34.0% | 35.1% | 27.4% | 27.7% |
| Lease exit charge | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Operating margin** | 9.0% | 11.1% | 7.7% | 7.7% | 5.2% | 7.5% | 13.5% | 15.9% | 14.7% | 21.3% | 24.7% | 22.5% | 23.0% | 23.0% | 24.0% | 24.5% | 8.9% | 10.6% | 21.1% | 23.6% |
| Tax Rate | 2.3% | 13.9% | 9.4% | 21.1% | 19.0% | 12.8% | 5.5% | 6.8% | 7.2% | 8.5% | 6.6% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 11.9% | 9.1% | 7.6% | 8.0% |
| Net Margin | 8.5% | 9.6% | 7% | 6% | 4.3% | 7.0% | 12% | 14% | 12.5% | 17.8% | 22% | 20% | 20% | 20% | 21% | 21% | 7.9% | 9.3% | 18.2% | 20.7% |
| Stock based comp as % of Rev | 4.8% | 4.0% | 4% | 4% | 4.7% | 5.0% | 5% | 6% | 6.3% | 5.6% | 6% | 7% | 7% | 8% | 8% | 9% | 4.3% | 5.2% | 6.2% | 8.0% |
| **Y-Y % Change** | | | | | | | | | | | | | | | | | | | | |
| **Bookings** | 42.0% | 50.4% | 44.1% | 40.8% | 18.7% | 19.0% | 21.2% | 11.4% | 8.8% | 28.0% | 3.1% | 6.4% | 2.3% | (12.9%) | 18.0% | 18.0% | 44.2% | 17.5% | 11.8% | -100.0% |
| **Revenue** | 47.4% | 59.6% | 51.9% | 53.7% | 21.4% | 12.6% | 20.2% | 16.5% | 9.9% | 30.7% | 25.4% | 27.5% | 27.0% | 9.0% | 10.0% | 10.0% | 53.2% | 17.6% | 23.5% | 13.4% |
| R&D | 24.4% | 15.9% | 16.5% | 26.8% | 21.1% | 29.4% | 41.5% | 44.0% | 18.6% | 40.3% | 24.5% | 19.6% | 6.0% | (2.1%) | 0.2% | 3.5% | 21% | 34% | 26% | 4% |
| S&M | 42.4% | 101.5% | 102.1% | 88.2% | 28.6% | (4.8%) | (4.1%) | (12.2%) | 12.4% | 7.8% | 13.7% | 12.7% | (6.6%) | 1.2% | 5.2% | 4.5% | 83% | 0% | 12% | 1% |
| G&A | 18.7% | 25.1% | 48.1% | 58.5% | 39.5% | 32.5% | 15.8% | 2.5% | (15.5%) | (4.5%) | (4.4%) | 10.8% | 20.1% | 14.6% | 17.9% | 8.0% | 37% | 21% | -4% | 15% |
| Total operating expenses | 24.4% | 35.4% | 47.6% | 54.6% | 32.4% | 22.4% | 17.3% | 8.3% | (1.8%) | 9.4% | 7.0% | 13.7% | 12.8% | 6.5% | 9.7% | 6.0% | 40% | 20% | 7% | 9% |
| **Q-Q % Change** | | | | | | | | | | | | | | | | | | | | |
| **Bookings** | 42.0% | 2.6% | (8.3%) | 9.7% | 18.7% | 19.0% | 21.2% | 0.9% | 8.8% | 28.0% | 3.1% | 10.0% | 0.0% | 3.0% | 2.0% | 10.0% | | | | |
| Gross Margin: | | | | | | | | | | | | | | | | | | | | |
| Revenue | 38.8% | 11.4% | (3.2%) | 2.7% | 9.6% | 3.4% | 3.3% | (0.4%) | 3.3% | 23.0% | (0.9%) | 1.3% | 2.9% | 5.6% | (0.0%) | 1.3% | | | | |
| R&D | 31.7% | (1.6%) | (2.5%) | 0.3% | 25.8% | 5.1% | 6.7% | 2.1% | 3.6% | 24.4% | (5.3%) | (2.0%) | (0.1%) | 5.6% | (3.0%) | 1.3% | | | | |
| S&M | 41.9% | 37.1% | (9.5%) | 6.8% | (3.0%) | 1.5% | (8.8%) | (2.2%) | 24.2% | (2.6%) | (3.8%) | (3.2%) | 2.9% | 5.6% | (0.0%) | (3.8%) | | | | |
| G&A | 30.9% | 3.0% | 9.2% | 7.6% | 15.3% | (2.2%) | (4.6%) | (4.7%) | (5.0%) | 10.7% | (4.6%) | 10.5% | 2.9% | 5.6% | (1.8%) | 1.3% | | | | |
| Total operating expenses | 32.5% | 8.6% | 1.7% | 5.7% | 13.5% | 0.3% | (2.5%) | (2.4%) | 2.9% | 11.8% | (4.7%) | 3.8% | 2.0% | 5.6% | (1.9%) | 0.3% | | | | |
| Operating income | 32.6% | 38.3% | (32.7%) | 1.7% | (26.4%) | 50.4% | 85.9% | 17.4% | (4.4%) | 77.9% | 15.1% | (7.9%) | 5.2% | 5.6% | 4.3% | 3.4% | | | | |
| Net loss | 15.1% | 26.3% | (26.5%) | (13.5%) | (23.6%) | 68.2% | 71.5% | 20.1% | (7.2%) | 74.5% | 22.2% | (9.7%) | 5.5% | 5.9% | 4.6% | 3.5% | | | | |
| Stock based comp | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | | | | |

Source: Company filings and NCM

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

11/02/2018

### Company Description
Founded in 2003, the company started out as a remote backup service and has expanded into support, collaboration and recently, synchronization for consumers and small businesses. The company is headquartered in Boston, Massachusetts.

### Valuation
Our $35 price target is predicated on a 19.5x P/E multiple based on our FY19 estimates.

### Risks to the achievement of price target
**Competition:** As mentioned above, there are many vendors in this space, where pricing is fairly transparent. That said, Carbonite is a survivor of the online consumer backup space where many tried and failed and has a brand it can leverage into the SMB arena.

**Cloud computing scale:** Carbonite is very dependent on its own data-centers to keep costs low. There are a number of larger cloud computing vendors including, Amazon (Amazon Web Services), Microsoft (Azure) and Rackspace (OpenStack) with very large data centers. Either these vendors directly, or others leveraging these platforms, may be able to offer similar services at lower cost and greater reliability than Carbonite.

**Reliability:** Users and the media are very focused on system up-time for cloud computing vendors and any significant failures by Carbonite to recover data or have a security breach could inhibit demand for its services and hence, ability to drive growth and profitability. We especially note that IT pros are very sensitive around their backup vendors.

***Readers should recognize that the risks outlined above do not represent a comprehensive list of all risk factors that may impact price target achievement.***

### Analyst Certification
I, Tim Klasell, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

## Important disclosures



Rating and Price Target History for: Carbonite, Inc. (CARB) as of 11-01-2018

### Explanation of Ratings:
**Outperform (BUY) –** Outperform the S&P 500 by at least 10%.
**Market Perform (HOLD) –** Perform within 10% above or below the S&P 500.
**Underperform (SELL) –** Underperform the S&P 500 by at least 10%.

Carbonite (CARB)
Page 7 of 9

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

11/02/2018

### Rating Distribution Breakdown as of 11/02/2018

| Rating Category | Count | Percent | IB Serv./ Past 12Mos. Count | IB Serv./ Past 12Mos. Percent |
|---|---|---|---|---|
| Buy [OP] | 158 | 78.61% | 35 | 22.15% |
| Hold [MP] | 36 | 17.91% | 1 | 2.78% |
| Sell [UP] | 7 | 3.48% | 0 | 0.00% |

### Important Disclosure:

The analyst responsible for preparing this research report receives compensation that is based upon various factors including Northland's institutional trading commissions and total revenues which may be generated by Northland's investment banking activities.

Northland Securities makes a market in the subject company's security: CARB

Northland Securities intends to seek compensation for investment banking services from the subject company in the next three months: CARB

### Other Disclosures:

Northland Capital Markets reports will provide short-term commentary, but our ratings are forward looking by at least 12 months, unless otherwise noted, to reflect our financial model expectations. Northland's investment thesis, valuations and ratings are subject to change without notice and the primary analyst should be contacted to ensure that our opinions have not changed since the date of this report.

Information contained herein is based on data obtained from recognized statistical services, issuer reports or communications, or other sources, believed to be reliable. However, we have not verified such information, and we do not make any representations as to its accuracy or completeness. Any statements nonfactual in nature constitute only current opinions, which are subject to change.

Individual investors are advised to carefully consider the risks associated with investments in equity investments, particularly in small cap and micro cap securities. Northland's research universe includes a large proportion of this type of investment. This research report does not take into account the investment objectives, financial needs and risk parameters of individual investors. Individual investors are advised by Northland Securities to discuss their particular financial situation with their investment representative and other professional advisors, prior to acting upon any recommendations in this report.

Past performance is not necessarily an indication of future performance. This report reflects our current opinion. We do not assure future performance. Security prices fluctuate.

Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day.

This document or research report is being distributed on the basis that circulation of Financial Promotions to each person in the United Kingdom to whom it is issued is reasonably believed to be such a person as described in Article 19 (Investment Professionals) of the Financial Services and Markets Act 2000. Persons who do not fall within such description may not act upon the information contained in this report and must return it to the sender immediately.

This document is for the use of intended recipients only and should not be forwarded to any third party.

'Northland Capital Markets' is the trade name for certain capital markets and investment banking services of Northland Securities, Inc., member FINRA/SIPC, registered with MSRB and SEC.

Further information is available upon request.

Northland Securities, Inc.
150 South Fifth Street
Suite 3300
Minneapolis, MN 55402

Carbonite (CARB)
Page 8 of 9

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

11/02/2018

Member FINRA/SIPC, Registered with MSRB and SEC.