# EXHIBIT 25

*Rosenblatt Securities Inc. analyst report 11/02/2018*



Equity Research

| Company | Rating | Price Target | November 2, 2018 |
|---|---|---|---|

# Carbonite Inc.

**Buy**  **$45**

Ticker
CARB

North America
United States

Sector
Technology

| Price at Nov 1, 2018 (USD) | 35.50 |
|---|---|
| Market Cap | 1.2B |
| 52-week range | 20.50-43.63 |
| Volume (ADV– 3 months) | 0.39M |

Source: S&P Capital IQ

## Carbonite Inc. (CARB): We Look Through Subscription Transition Issues and Focus on Product Cycle and Sub Growth – Reiterate Buy Rating

Marshall Senk
Director of Research
212 607-3153
msenk@rblt.com

### Rosenblatt Roundup

Carbonite reported mixed results last night with EPS and FCF coming in ahead of expectations, revenues in line and bookings below. The bookings shortfall was attributed to a further deceleration in the company's perpetual business (license and maintenance) which had been in a slower decline in the first half of the year. We choose to look through that shortfall and focus instead on the positives, which are the future of the business – strength in business subscription billings, significant new product cycle (don't sleep on Carbonite Server VM) and continued outperformance in all profitability metrics. As we have seen with other companies going through this transition over the past several quarters, this acceleration in shift will likely take at least 2-3 quarters to work through the numbers, masking strength in the strategic areas of the business. We have seen that the corresponding weakness in shares almost always turns into a significant buying opportunity and we believe a downdraft in Carbonite shares should be viewed similarly.

**Company Summary:**
Carbonite Inc. is a data protection solutions provider. The Company provides cloud and hybrid data protection solutions for businesses to ensure the data is protected, available and useful.

### Q3 Results

Carbonite delivered Q3 topline results a bit below our estimates with revenues about $1 million below our forecast and bookings coming in at $78.8 million, below our estimate of $83.9 million. The shortfall was driven primarily by an acceleration in the rate of decline of the perpetual license and maintenance businesses as the company pushes more aggressively into the cloud. There was also some impact from a dispute with a "top 5" (around 4% of revenue) partner that has moved into the litigation phase Management eluded to a likely settlement and consequently expects no further litigation expense in Q4. The company continued its trend of bottom-line outperformance with gross margin of 78.4% over 100bp ahead of our estimate and FCF of $17.3 million nearly 20% ahead of our forecast.

Carbonite, Inc. (CARB) Price Chart – 1 Yr



Chart Source: Trading View

| Estimates vs. Actual | | | |
|---|---|---|---|
| | 3Q18E | 3Q18A | Chg (%) |
| Revenue ($MM) | 80.8 | 79.1 | -2.1% |
| Operating Margin | 20.7% | 24.7% | 19.6% |
| EPS | $0.40 | $0.48 | 20.3% |

*Source: Rosenblatt Securities and Company Reports*

### Guidance and Estimates

Based on the weakness in perpetual bookings and our expectation that this trend will likely continue into next year, we are lowering our bookings and revenue estimates for Q4, 2018 and 2019. However, we are increasing our EPS and operating margin estimates to reflect the continued operating improvement we've seen over the course of this year, which we believe should continue into Q4 and next year as the company completes its data center consolidation efforts.

CONFIDENTIAL

CARB-00331189

Marshall Senk
Director of Research
212 607-3153
msenk@rblt.com

November 2, 2018
Technology– Carbonite, Inc.



|  | 4Q18E | FY18E | FY19E |
|---|---|---|---|
| Revenue ($MM) | 79.2 | 303.0 | 341.8 |
| *Prior ($MM)* | *84.8* | *310.3* | *344.9* |
| Operating Margin | 22.9% | 21.2% | 23% |
| *Prior* | *21%* | *20%* | *22%* |
| EPS | $0.42 | $1.62 | $1.83 |
| *Prior* | *$0.41* | *$1.53* | *$1.83* |
| *Source: Rosenblatt Securities and Company Reports* | | | |

We are not changing our subscription bookings and revenue assumptions as we remain very confident in the demand environment, quality of the products and the impact we are already seeing from the marketing efforts around the offerings.

**Key Takeaways**

- **Product** – The company launched Carbonite Recover (Disaster Recovery as a Service, or "DRaaS") and the feedback we have received from early adopters has been better than we expected, particularly around the ease of use and install.  We continue to believe that this offering is unique for Carbonite's end market and should show strong growth over the next year.  The company just launched a Data Protection Console which gives users a single pane of glass to manage all Carbonite products.  We believe this offering could be a driver of more cross selling of server and Recover next year.  Finally, the company rolled out Server for VM, supporting both VMWare and HyperV.  Early feedback from partners, particularly Dell, suggests this product could also drive new demand next year.

- **Operating Discipline** – Carbonite has consistently shown its ability to acquire assets and manage them efficiently, showing real margin gains in critical areas including marketing, support and gross margin.  We believe that 2019 could show further gross margin improvement as the company wraps up its data center consolidation efforts.

**Final Thoughts**

The transition from perpetual licenses to SaaS has proven to be rocky for most companies in our universe and frankly we were surprised that it took this long to manifest for Carbonite, although some of that may have been due to the pace of acquisition.  Looking forward we focus on the company's cloud portfolio – with Recover, Server (physical and virtual) and the new Console as significant potential drivers for revenue going forward.  Accordingly, we would look to price weakness to build or add to positions (much as we have over the past year for Tableau for example) as we believe the company is on the right path to be a significant player in the new landscape.

CONFIDENTIAL    CARB-00331190

Rosenblatt Securities, 40 Wall St, New York, NY 10005

CARB-00331191

PLEASE SEE LAST PAGE FOR IMPORTANT DISCLOSURES

CONFIDENTIAL

## Carbonite Income Statement

*In thousands $ USD except per share data*

| | | | Mar-17 | Jun-17 | Sep-17 | Dec-17 | | Mar-18 (606) | Jun-18 (606) | Sep-18 (606) | Dec-18 (606) | | Mar-19 (606) | Jun-19 (606) | Sep-19 (606) | Dec-19 (606) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fiscal Year** | 2015FY | 2016FY | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 2017FY | 1Q18 | 2Q18 | 3Q18 | 4Q18E | 2018FYE | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 2019FYE | 2020FYE |
| Total revenues | 136,616 | 209,300 | 59,087 | 61,079 | 63,102 | 62,822 | 246,090 | 64,908 | 79,850 | 79,109 | 79,156 | 303,023 | 81,135 | 85,040 | 87,020 | 88,654 | 341,850 | 362,934 |
| Cost of goods sold: | 38,301 | 57,526 | 15,480 | 15,803 | 14,924 | 14,092 | 60,299 | 15,508 | 18,316 | 17,091 | 17,018 | 67,933 | 17,687 | 18,369 | 18,448 | 18,440 | 72,944 | 78,529 |
| Gross Profit | 99,851 | 152,310 | 43,607 | 45,276 | 48,178 | 48,730 | 185,791 | 49,400 | 61,534 | 62,018 | 62,137 | 235,089 | 63,448 | 66,672 | 68,572 | 70,214 | 268,905 | 284,405 |
| *Gross Margin* | *73.1%* | *72.8%* | *73.8%* | *74.1%* | *76.3%* | *77.6%* | *75.5%* | *76.1%* | *77.1%* | *78.4%* | *78.5%* | *77.6%* | *78.2%* | *78.4%* | *78.8%* | *79.2%* | *78.7%* | *78.4%* |
| Operating Expenses: | | | | | | | | | | | | | | | | | | |
| Research & development | 26,574 | 32,080 | 9,949 | 10,457 | 11,153 | 11,383 | 42,942 | 11,797 | 14,670 | 13,889 | 14,000 | 54,356 | 14,280 | 14,882 | 14,928 | 15,166 | 59,255 | 63,481 |
| Sales & marketing | 26,053 | 60,990 | 22,756 | 22,265 | 21,236 | 20,236 | 86,493 | 19,218 | 21,268 | 20,291 | 21,800 | 82,577 | 23,315 | 24,493 | 24,465 | 24,990 | 97,262 | 99,785 |
| General & administrative | 42,556 | 40,361 | 7,856 | 7,974 | 7,273 | 7,110 | 30,213 | 8,829 | 8,599 | 8,273 | 8,250 | 33,951 | 8,250 | 8,300 | 8,000 | 8,250 | 32,800 | 36,513 |
| Restructuring charges | 135 | 5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total operating expenses** | 95,318 | 133,436 | 40,561 | 40,696 | 39,662 | 38,729 | 159,648 | 39,844 | 44,537 | 42,453 | 44,050 | 170,884 | 45,844 | 47,675 | 47,393 | 48,405 | 189,317 | 199,778 |
| Operating Income | 4,533 | 18,874 | 3,046 | 4,580 | 8,516 | 10,001 | 26,143 | 9,556 | 16,997 | 19,565 | 18,087 | 64,205 | 17,603 | 18,997 | 21,179 | 21,809 | 79,588 | 84,627 |
| *Operating Margin* | *3.3%* | *9.0%* | *5.2%* | *7.5%* | *13.5%* | *15.9%* | *10.6%* | *14.7%* | *21.3%* | *24.7%* | *22.9%* | *21.2%* | *21.7%* | *22.3%* | *24.3%* | *24.6%* | *23.3%* | *23.3%* |
| Interest income (expense), net | 145 | 68 | 78 | 300 | (795) | (605) | (1,022) | (802) | (1,510) | (1,019) | (1,019) | (4,350) | (900) | (900) | (900) | (900) | (3,600) | (3,600) |
| Income before income taxes | 4,678 | 18,942 | 3,124 | 4,880 | 7,721 | 9,396 | 25,121 | 8,754 | 15,487 | 18,546 | 17,068 | 59,855 | 16,703 | 18,097 | 20,279 | 20,909 | 75,988 | 81,027 |
| Provision for income taxes | 702 | 2,216 | 595 | 627 | 427 | 639 | 2,288 | 630 | 1,311 | 974 | 1,365 | 4,280 | 1,336 | 1,448 | 1,622 | 1,673 | 6,079 | 8,103 |
| *Tax rate* | | *12%* | *19%* | *13%* | *6%* | *7%* | *9%* | *7%* | *8%* | *5%* | *8%* | *7%* | *8%* | *8%* | *8%* | *8%* | *8%* | *10%* |
| Non-GAAP Net Income | 3,976 | 16,726 | 2,529 | 4,253 | 7,294 | 8,757 | 22,833 | 8,124 | 14,176 | 17,572 | 15,703 | 55,575 | 15,367 | 16,649 | 18,657 | 19,236 | 69,909 | 72,924 |
| Non-GAAP EPS (Basic) | 0.15 | 0.62 | 0.09 | 0.15 | 0.26 | 0.31 | 0.82 | 0.29 | 0.50 | 0.53 | 0.51 | 1.83 | 0.42 | 0.45 | 0.49 | 0.51 | 1.86 | 2.06 |
| Non-GAAP EPS (Diluted) | 0.15 | 0.61 | 0.09 | 0.15 | 0.25 | 0.30 | 0.79 | 0.27 | 0.45 | 0.48 | 0.42 | 1.62 | 0.41 | 0.44 | 0.49 | 0.50 | 1.83 | 1.85 |
| Basic Shares Outstanding | 27,188 | 27,028 | 28,505 | 27,526 | 27,799 | 27,971 | 27,950 | 28,342 | 28,628 | 32,877 | 30,500 | 30,087 | 36,961 | 37,330 | 37,704 | 38,081 | 37,519 | 35,414 |
| Non-GAAP Diluted Shares Outstanding | 27,188 | 27,467 | 28,505 | 27,526 | 29,008 | 29,322 | 28,590 | 30,044 | 31,718 | 36,454 | 37,500 | 33,929 | 37,715 | 37,973 | 38,232 | 38,490 | 38,102 | 39,349 |

*Source: Rosenblatt estimates, Company reports*

November 2, 2018
Technology– Carbonite, Inc.



## Industry Analysts

Marshall Senk
Director of Research
212 607-3153
msenk@rblt.com

Jun Zhang
China Telecom and IT
212 607-3180
jzhang@rblt.com

Hans Mosesmann
Semiconductors
212 607-3181
hmosesmann@rblt.com

Ryan Koontz
Communications and Networking
212 607-3108
rkoontz@rblt.com

Mark Zgutowicz
Internet
212 607-3114
mzgutowicz@rblt.com

**Important Disclosures**

I, Marshall Senk, attest that the views expressed in this research report accurately reflect my personal views about the subject matter, security, or issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

The material prepared by me employs appropriate expertise, and I believe that it fairly and accurately represents the subject matter reported upon and is not misleading. I accept no liability for any loss resulting from the use of the material presented in this report, except that this disclaimer of liability does not apply to the extent that such disclaimer may be prohibited by specific statutes, laws or regulations. This report is not to be relied upon in substitution for the exercise of independent judgment. I may have issued and may in the future issue, other reports that are inconsistent with, and which reach different conclusions than the information presented in this report. Those reports reflect the different assumptions, views, and analytical methods of the analysts who prepared them at that time and I assume no obligation to ensure that any other reports on the same subject matter addressed herein are brought to the attention of any recipient of this report.

**Ownership & Material Conflicts of Interest:** Rosenblatt Securities, Inc. (The Firm) has received Investment Banking revenues from Carbonite, Inc. (CARB) in the past 12 months. The Firm co-managed a public offering of securities for the Company in the past 12 months.
**Compensation:** The research analyst who authored this report (the "Analyst") does not receive compensation based on the Firm's investment banking revenues or from the Company and has not done so for the past twelve months. The Firm does have an investment banking relationship with the Company. The firm does not expect to seek or receive compensation for investment banking activities in the next 3 months. The Firm does not have a consulting or other revenue-generating relationship with the Company in the last twelve months.
**Position as Officer/Director:** The Analyst does not serve as an officer, director, or advisory board member of the Company. The same is true for members of the Analyst's household.

**Explanation of Equity Research Ratings:** Rosenblatt Securities, Inc. uses the following ratings system: Buy [We believe this stock will outperform relative to other companies in its industry over the following 12 months.] Sell [We believe this stock will underperform relative to other companies in its industry over the following 12 months.] Neutral [We believe that this stock's performance will be in line with the average return of others in its industry over the following 12 months.]

**Price Chart:** N/A, as Carbonite, Inc. (CARB) has not been assigned a rating for at least one year.

**Price Targets:** Please refer to the model for important information regarding valuation and the Analyst's method for determining Price Targets, as well as risk factors that may impede achievement of said target.

| Date | Rating | Share Price | Price Target | Date | Rating | Share Price | Price Target |
|---|---|---|---|---|---|---|---|
| 18-Sep-17 | Buy | $ 20.50 | $ 28.00 | 14-Feb-18 | Buy | $ 21.70 | $ 31.00 |
| 20-Sep-17 | Buy | $ 20.35 | $ 28.00 | 3-May-18 | Buy | $ 31.75 | $ 31.00 |
| 31-Oct-17 | Buy | $ 22.72 | $ 28.00 | 8-May-18 | Buy | $ 32.75 | $ 39.00 |
| 3-Nov-17 | Buy | $ 22.20 | $ 31.00 | 3-Aug-18 | Buy | $ 35.20 | $ 45.00 |
| 13-Dec-17 | Buy | $ 23.15 | $ 31.00 | | | | |
| 12-Feb-18 | Buy | $ 21.55 | $ 31.00 | | | | |

Source: S&P Capital IQ

**Rosenblatt Securities Equity Research Ratings Distribution, as of the previous 12 months (rolling) ending November 2, 2018**

| | Buy | Neutral (Hold) | Sell |
|---|---|---|---|
| Rosenblatt Securities Equity Research Coverage | 69.8% | 22.2% | 7.9% |
| IB clients* | 1.6% | 0% | 0% |

*Percentage of investment banking clients in each rating category.

For purposes only of FINRA ratings distribution rules, our Neutral rating falls into a hold rating category. Please note that stocks with an NR (Not Rated) designation are not included in the table above.

**Market Making:** The Firm does not make markets in any securities.

**Other Disclosures:** All the views expressed in the research report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers and no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations, valuations, or views expressed by the research analyst in the research report.
The information contained in this report is not a complete analysis of every material fact with respect to any company. industry or security and is not an offer or solicitation to buy or sell any security. Although opinions and estimates expressed in this report reflect the current judgment of the Firm, the information upon which such opinions and estimates are based is not necessarily updated on a regular basis.
Estimates are not reviewed on a regular basis. In addition, opinions and estimates are subject to change without notice. Each investor must make its own determination of the appropriateness of an investment in any securities referred to herein based on any legal, tax and accounting considerations applicable to such investor and its own investment strategy. By virtue of this publication, Rosenblatt Securities Inc or their employees shall not be responsible for any investment decision. The Firm from time to time may perform corporate finance services for companies mentioned in this report and may occasionally possess material, nonpublic information regarding such companies.
This information is not used in the preparation of the opinions and estimates contained in this report. Facts and the other information contained in this report have been obtained from public sources considered reliable but are not guaranteed in any way.

This report may not be reproduced, distributed, or published without the prior consent of Rosenblatt Securities Inc. Copyright © 2018. All rights reserved by Rosenblatt Securities Inc.

CONFIDENTIAL      CARB-00331192