# EXHIBIT 27

*RBC Capital Markets analyst report*
*11/14/2018*

**RBC Capital Markets®**

SPARC  RBC *Insight*

**Research**

## Carbonite (CARB) - Highlights from the RBC TIMT Conference

**Sentiment Indicator : neutral**

Produced by Hedberg, Matthew (RBC Capital Markets, LLC) on Wednesday, November 14, 2018, 21:33 PM ET

Disseminated on Wednesday, November 14, 2018, 22:08 PM ET

**We hosted investor meetings with CFO Anthony Folger and IR Jerry Sisitsky at the 2018 RBC Capital Markets Technology, Internet, Media and Telecommunications Conference and overall came away with the following:**

- Carbonite has transitioned to an SMB facing company which accounted for 67% of revenue in CY/17 vs. 19% of revenue in CY/12. Going forward, the mix of SMB business is expected to increase which should result in faster and more predictable revenue growth with higher margins.
- With in-line to better macros, the SMB segment could grow bookings organically in the 10-15% range, though with traction from the Carbonite Data Protection Console and better retention, organic bookings growth could move to the 15-20% range.
- The Carbonite Data Protection Console should represent an opportunity to drive accelerated growth. The console is more of a single pane of glass than a product but should be a good differentiator going forward. The bulk of solutions will be integrated into the console in 1H/19 and all should by the end of CY/19. There should be a good cross-sell opportunity as incremental ARR from add-ons could take the revenue up 2-3x for the 10-15% of the install base (out of 125K customers) that should carry 2-3 solutions.
- The company still has approximately $50M of license exposure. Approximately half is from the Double-Take acquisition from 2017, approximately one-third is from the MailStore acquisition from 2014 and the rest is from EVault. This year experienced a falloff in Double-Take that was more than expected while in EVault, all candidates for subscription have been converted. The remaining perpetual buyers in Double-Take, MailStore and EVault are buying the model due to regional preference or sunk hardware costs and not likely to convert to subscription. The near-term objective is for license to baseline which should set up a better outlook.
- The company has a number of strong partnerships and is most excited around Dell/EMC which was new with Mozy and Iron Mountain. Carbonite stated that Iron Mountain has recently taken on more of the portfolio to sell and is committed to selling higher ARR transactions.
- The issue with a top five partner sounds resolved at this point, though it likely has a 20-30% lower contribution to revenue next year vs. $9-10M this year.
- The company's view on the public cloud is that it is another place for workloads to exist and its solutions will need to work and protect customer data in a hybrid environment. One key differentiator for Carbonite will be the level of service and support it provides vs. the public cloud providers.
- Despite the SMB focus, Consumer remains core to profitability. Strong recent trends in the segment have been driven by 1) a 20% price increase in February that resulted in less attrition than anticipated and 2) Code42 and referral partnerships. This should result in segment growth in CY/19 with a whole year of the 20% price increase and likely results in a return to a more flattish level in CY/20. The segment should still generate significant cash flow.
- M&A will likely remain a focus with a fragmented market and lots of competitors under private equity ownership or as part of larger enterprises. There likely remains market consolidation opportunities such as with Mozy and opportunities in adjacent markets that would make the Carbonite Data Protection Console more valuable to SMB CIOs.

| Company Name | Exchange | Ticker | Rating | Risk Qualifier | Price Target | Currency | Price | Price Date |
|---|---|---|---|---|---|---|---|---|
| Carbonite, Inc | NASDAQ | CARB US | Outperform | Not Assigned | 40.00 | US Dollar | 27.88 | 12 Nov 2018 11:52:28 ET |

**RBC Capital Markets, LLC**
**Matthew Hedberg (Analyst)** | (612) 313-1293 | Matthew.Hedberg@rbccm.com
**RBC Capital Markets, LLC**
**Dan Bergstrom (Analyst)** | (612) 313-1254 | dan.bergstrom@rbccm.com
**Matthew Swanson (Senior Associate)** | (612) 313-1237 | matthew.swanson@rbccm.com

Click here for conflict of interest and other disclosures relating to Carbonite, Inc, Matthew Hedberg, Dan Bergstrom These disclosures are also available by sending a written request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7 or an email to rbcinsight@rbccm.com

All rights reserved. This material may not be published, broadcast, rewritten or redistributed in any form. Please click here for legal restrictions and terms of use applicable to this site. Use of this site signifies your agreement to the terms of use.