# EXHIBIT 28

*Transcript of Mr. Folger's remarks at the Craig-Hallum Capital Group Alpha Select Conference*

final

**Company Name: Carbonite**
**Company Ticker: CARB US**
**Date: 2018-11-15**
**Event Description: Craig-Hallum Capital Group Alpha Select Conference**

**Market Cap: 956.22**
**Current PX: 27.67**
**YTD Change($): +2.57**
**YTD Change(%): +10.239**

**Bloomberg Estimates - EPS**
**Current Quarter: 0.419**
**Current Year: 1.623**
**Bloomberg Estimates - Sales**
**Current Quarter: 79.700**
**Current Year: 303.400**

# Craig-Hallum Capital Group Alpha Select Conference

## Company Participants

- Chad Michael Bennett
- Anthony Folger
- <Q>: (00:23:16-00:23

# MANAGEMENT DISCUSSION SECTION

### Chad Michael Bennett

All right. So this is the Carbonite breakout. I assume everybody is in the right place. My name is Chad Bennett, Software Analyst at Craig-Hallum. We're delighted to have the Carbonite folks here today. With us today Anthony Folger, CFO of Carbonite; and Jerry Sisitsky, I always butcher your name, IR at Carbonite. So they have a really good story to tell. We've been big believers in the stock, so I'll hand it over to Anthony and he can take it away.

### Anthony Folger

Thanks. All right. Thanks, Chad, and thanks for having us here today. It's been a good turnout for us today, so really good conference. So I'm sure a lot of – lot of folks know Carbonite. Even if you haven't followed the stock a lot lately, you may know it from sort of the consumer days many years ago. But I think today, the company is a very different company. And the mission is to become the world's leading data protection company, enabling businesses to operate continuously regardless of attacks, accidents or disasters.

That is a mission statement that three years ago I think we couldn't have put on a slide and shown outside the four walls of our company. Today, I'll sort of walk you through where we are from a technology standpoint, from a customer base standpoint and really just in terms of our platform and focus of our business, because I think this mission is really what is driving the company today and a focus on the enterprise is absolutely part of our drive and our focus.

At a glance, we have a data protection platform for business, and when we say data protection that includes a whole host of services that would be backup for both end points and server infrastructure, disaster recovery solutions, high availability solutions, solutions that migrate workloads sort of from any environment to any environment could be physical to virtual, to cloud or back again.

So again a very broad set of solutions. We are addressing a large market, there is a big TAM, probably $15 billion and our focus is on the mid-size organization, so small enterprise and down. And I think our focus is probably half or a little more than half of that $15 billion addressable market. We're not really pursuing the enterprise. I think of [indiscernible] (00:03:01), I think of some of the EMC offerings as being more relevant in that space. I think we've got a very different focus for our platform.

We are definitely focused on the highest growing segments of the data protection market. When you look at that $15 billion market, the industry analysts would tell you that it's growing at maybe 6%, 6% CAGR. And the components of it would tell you that cloud-based deployments like ours are growing at twice the market rate, which means that in all likelihood the on-prem deployments are growing at a much slower rate or maybe not growing at all.

We do drive a predominantly subscription model behind our SaaS platform, which has got very good retention rates, generally lends to good predictability and we've been focusing on total growth for the business. Organic growth, inorganic growth, we have been – we've invested a lot in our M&A capability and we've been active in the market for the past three, four years, acquiring – really acquiring technology, integrating it and even starting to acquire businesses

Bloomberg

**Company Name:** Carbonite
**Company Ticker:** CARB US
**Date:** 2018-11-15
**Event Description:** Craig-Hallum Capital Group Alpha Select Conference

**Market Cap:** 956.22
**Current PX:** 27.67
**YTD Change($):** +2.57
**YTD Change(%):** +10.239

**Bloomberg Estimates - EPS**
  **Current Quarter:** 0.419
  **Current Year:** 1.623
**Bloomberg Estimates - Sales**
  **Current Quarter:** 79.700
  **Current Year:** 303.400

that will help us consolidate the market. So active on the M&A side and we'll continue to be so.

And I think we've proven an ability to drive total growth and a ton of operating leverage. We've seen gross margins start to inch up close to 80% for the overall business or about 79% in the last quarter, and we're seeing EBITDA margins now probably close to 30% for the overall business. So really starting to drive leverage and cash flow along with total growth, and then that's going to continue to be a focus for us.

In terms of the growth strategy like I mentioned, we're focused on business. I think within the business segment, the enterprise segment, our focus is our platform and I'll talk about what the platform is in a moment. But really it is a tailor-made platform for the midmarket, it's a SaaS deployment model, and it's meant – all of our solutions are meant to be turnkey, it's meant to do exactly what you would expect the SaaS offering to do. It means you don't need a big IT staff, you don't need to invest in the hardware, you can really set something up quickly and leverage in an operating expense model and not invest heavily in capital, and that's I think fundamentally what's behind the platform and behind our focus. Obviously, with a platform strategy like that, it lends itself to a lot of interesting opportunities for cross-sell.

Most of our business customers today, we've got about 125,000 business customers, most are using one product. And frankly, most are only candidates to use one product, but even 15% of that installed base arguably using multiple products has a pretty dramatic impact on our growth profile. Multiple products can really expand the annual contract value with each customer. Two products will effectively double the ACV, three products could triple it. So even a – from that perspective, a small segment of the install base can have a pretty dramatic effect if we're able to cross sell and see success there.

Like I said before, we've been disciplined about doing acquisitions. We have bought a lot of technology and it's taken us a couple of years to really roll the platform out that we've got today. But we've also sort of shifted focus recently and we've done consolidation deals. Mozy most recently was a deal we closed in Q1. That brought on 35,000 business subscribers I think and about a 100,000 consumers, a very good accretive deal for us. We'll continue to expand the channel, with Mozy came a good relationship with Dell EMC. It's a very productive channel for us, one that we're going to invest behind.

And with a platform story and a lot of exposure to channel, we've got to be a company that is highly automated and easy to do business with and so we're going to continue to focus on driving that DNA through our business and just make it easy for partners and customers to buy from us, to buy more products from us, to service what they have with Carbonite and really be there for them from a support perspective and be easy to do business with.

We've got a lot of future opportunities in terms of international expansion. Europe is the market we're looking at now, it's 15% of our business today and it's probably been an area of underinvestment in the past for us. So I think that provides an opportunity. There are adjacencies in our space that I think can be pretty compelling. When we talk about adjacencies and even when we think about our business, we're in the data protection business.

And we've always been about the data even as far back as our consumer days. So anything that can make the data more secure, more available, more valuable to an IT professional, there could be adjacencies in any one of those that may be logical for us to pursue you know. And I think we're just going to continue to expand our customer reach, expand the routes to market, drive more through our big channel partners and our managed service providers, all of those are good opportunities for us going forward.

So as it relates to the platform I mentioned that before, and if you listen to our calls or look at any of our materials, you see the word platform everywhere. When we say platform, this really is what we mean. And I think about it in three distinct layers. On the bottom is our infrastructure and this is our storage infrastructure, we view it as a competitive advantage. So we colo with folks like Digital Realty for our data centers. And then we manage everything from the ground up.

And we've hit a certain level of scale with the amount of data under management, about 250 terabytes, where we can do it in such a cost effective way, it allows us to be disruptive potentially in how we package and price our products. So if we've got the lowest per unit cost in the market, there's a lot we can do, either in packaging and pricing or with pricing leverage in the future. So I would tell you that Carbonite differentiates with our platform, absolutely, with our cloud

**Company Name:** Carbonite
**Company Ticker:** CARB US
**Date:** 2018-11-15
**Event Description:** Craig-Hallum Capital Group Alpha
**Select Conference**

**Market Cap:** 956.22
**Current PX:** 27.67
**YTD Change($):** +2.57
**YTD Change(%):** +10.239

**Bloomberg Estimates - EPS**
   **Current Quarter:** 0.419
   **Current Year:** 1.623
**Bloomberg Estimates - Sales**
   **Current Quarter:** 79.700
   **Current Year:** 303.400

infrastructure and our ability to manage large amounts of data incredibly efficiently.

I think the second level of the platform, these are a lot of the acquisitions we've done quite frankly, these are the different data protection engines that can protect a business, can protect an enterprise, everything from endpoint all the way through server and also higher level offerings, like disaster recovery as a service, migration technologies. Most of these services we've acquired. And I think the way that we think about differentiating at this level of the platform is through breadth of offering. Most of our competitors are sort of niche players, either with a specific product or maybe in a particular channel but I don't think anyone has gotten nearly the breadth of the portfolio that we have or thinks about competing in this way. And from our perspective, we're a SaaS platform. We've got a very low unit cost. To the extent, we can package and price and bundle a lot of these offerings together, we can make a pretty compelling value proposition for partners and customers.

And then the third level of the platform is the Unified Data Protection Console. This is something that we just launched in October and we've got a couple of products integrated into it already. I think in the first half of 2019, we will focus on integrating the rest of our products there. And this Data Protection Console really is about a seamless interface with our customers, again make it easy to do business with us, easy to transact with us, easy to manage your entire sort of Carbonite life through one pane of glass and give everything a common look and feel, that is the objective of the Data Protection console. And we've also abstracted a lot of technology into that layer of the platform. And the reason for doing so was so that we could be a lot more nimble with the engines we've got in the middle and we can acquire more, integrate them more quickly, deliver more service and value to our customers and keep more of the technology up in that console level.

So I think this strategically fits in with a focus on the midmarket, right. If we were looking to drive big enterprise sales, each one of these data protection engines would have to be best of breed, right, it would absolutely have to be best of breed, that's what big enterprise buys and we'd have to have it available as a perpetual license and you know maybe a cloud integrated offering. Our view is we're going to focus on the midmarket. This provides a number of turnkey solutions for small and mid-sized businesses and we think it delivers exactly what a SaaS platform should.

So the platform is something that is very strategic and very core to our strategy. I mentioned the console, that's something that is newly released and it is the single pane of glass for managing everything you've got with Carbonite. You can deploy it as little as five minutes and it allows a whole bunch of functionality for customers and partners to sort of manage your digital life with Carbonite. You know I think it's a very strategic initiative for us, it was probably the single biggest organic development effort that we had at the company since I've been there and I'm going on six years now. So I think we are feeling very good about having delivered, not only the console, but few new products this year and feel pretty good about how we're positioned moving forward with this.

One of the products that we did deliver also that is integrated with the console is our Server VM Edition. So think about this as protecting your server infrastructure, but it is specifically targeting virtual machines. This is a market that we haven't been particularly strong in, in the past, we've been okay. I think we have completely overhauled the product and we have put something out that we think is just completely competitive and just a super strong product in a streamline user management, it's got a ton of APIs for monitoring.

It's just, we think, a very competitive product in terms of being a turnkey SaaS solution for customers, there are not others that we're aware of in the market. Pretty much everyone else selling a VM solution, some sort of solution to protect data in virtual environments. You're probably going to need a partner and they're going to need a bucket of Azure Storage or AWS Storage and they'll stitch something together for you. And so, again, this goes back to the notion of turnkey easy, make it easy for a small business or a partner to transact with Carbonite.

So a little bit about the latest quarter. Obviously, we've driven very strong total growth across the business and this has been I think consistent going back to 2015-2016. There really are three components to our top line. There's a consumer business, which today you could think of the consumer business is about a $100 million business. Over the past couple of years, that's been trending – it's been trending down, our guidance has been flat to down 10%, and the actual results have been maybe down 4% to 5% and that had been consistent from 2015 to 2016 to 2017.

**Company Name:** Carbonite
**Company Ticker:** CARB US
**Date:** 2018-11-15
**Event Description:** Craig-Hallum Capital Group Alpha
**Select Conference**

**Market Cap:** 956.22
**Current PX:** 27.67
**YTD Change($):** +2.57
**YTD Change(%):** +10.239

**Bloomberg Estimates - EPS**
    **Current Quarter:** 0.419
    **Current Year:** 1.623
**Bloomberg Estimates - Sales**
    **Current Quarter:** 79.700
    **Current Year:** 303.400

As we came into 2018, we had done some things to that business, we increased prices, we had seen a couple of competitors exit the market, one of them and we acquired the other one, referred customers to us and left the space. And so coming into 2018, it felt like we had just a much more stable base in our consumer revenue stream and we had upped our guidance on that coming into the year to be down 5% to up 5%. The reality is that business has been growing organically this year, probably in the double-digit range.

And the reason for that is the price increase was a lot more successful than we anticipated. I think that going into 2019, we're still likely to see a little bit of growth, some single-digit growth on the consumer side, and that business feels a lot more stable than it has been in the past. And it's a business that drives a ton of cash flow for us, is very profitable, drives a lot of cash flow and allows us to invest on the enterprise side.

So, the next sort of bucket, when we think about our top line, you've got business bookings. And there are two components there. One is, subscription and that's our core SaaS platform, growth in the latest quarter was about 12% organically. When we add some of the acquisitions, most of the acquisition in particular we did this year, growth rates are significantly higher than that obviously. But that subscription business is our core SaaS platform and that's really what's driving it.

The other element is, let's call it, the non-subscription business, it's a perpetual license business. And that really is made up of three products and these are companies that we had acquired, they had a preexisting perpetual license business and we sort of just maintained that, didn't invest a lot in it, but sort of kept it off to the side. And that was about a $50 million business coming into the year. We did about $50 million last year.

And through the first half of this year, we've done about $25 million, probably a little lighter than we thought. We thought we'd probably hit maybe $52 million to $53 million overall for the year. In the third quarter, I think we saw that that perpetual business come under more pressure both on the license and maintenance side. We saw in our pipeline that frankly was – had diminished and was not as healthy as it had been in prior quarters.

And coming out of Q3, we took our outlook down. That perpetual business we realized is absolutely not going to be a $52 million to $53 million business, it's going to be closer to a $40 million business. And because it's not core, it's not part of the real strategic view of the business. I think our perspective is we're not going to invest, sort of reinvest to rebuild the pipeline there and our better approach would be to baseline that business. And if that means it sort of shakes out at, I don't know mid-30s in terms of an annual contribution for us, mid-to-high 30s, that's probably where it bottoms out.

And so I think we've got – I think we were frustrated with the outlook coming out of Q3, I know a lot of other folks were as well. I think we got to work through that for a quarter and get that perpetual business to some reasonable baseline, so that as we sort of work through 2019, obviously the comps will be easier, but I think it'll be a much smaller piece of the business and people will continue to focus on that subscription business, which really is the core for us.

From a leverage standpoint, I mentioned this earlier. We've been driving organic and inorganic growth and we've been driving a lot of leverage through our model. The reason that's been happening is because we have a fairly large consumer business. It's been flattish. And we have been taking every dollar of investment out of that consumer business that we can to just drive a lot of profitability in cash flow. We've been reinvesting on the enterprise side.

But even the reinvestment has not outweighed the cost we've taken out in the consumer side. So we're driving a lot of leverage. And in addition, I think our enterprise segment is now at a point and this was probably earlier this year where it's also started to drive profitability for us and started to drive cash flow. So I think we have hit an inflection point in terms of our margin profile where the enterprise segment is now profitable, driving cash flow and I expect that to accelerate. And we've got a consumer business that is already highly profitable for us.

So you can see gross margins getting up into the high-70s. We expect we're going to continue to see expansion there next year, maybe 150 basis points something like that. We have seen a little bit of leverage this year in G&A. We see that coming down to about 10% of revenue, that's an area where I think on a year-over-year basis, we very likely have some leverage going into next year. So I would expect that our focus next year in terms of leverage is going to be gross margin, G&A. I think you'll see leverage in both.

Bloomberg

**final**

**Bloomberg Transcript**

| | | |
|---|---|---|
| **Company Name: Carbonite** | **Market Cap: 956.22** | **Bloomberg Estimates - EPS** |
| **Company Ticker: CARB US** | **Current PX: 27.67** | **Current Quarter: 0.419** |
| **Date: 2018-11-15** | **YTD Change($): +2.57** | **Current Year: 1.623** |
| **Event Description: Craig-Hallum Capital Group Alpha** | **YTD Change(%): +10.239** | **Bloomberg Estimates - Sales** |
| **Select Conference** | | **Current Quarter: 79.700** |
| | | **Current Year: 303.400** |

And I think really our strategic objective is integrate the platform and some more stuff, and so we're likely to keep sales and marketing where there – I mean R&D where it's at as a percentage of revenue. Maybe we take our sales and marketing spend up a little bit certainly in terms of dollars we will, maybe in terms of percentage we may add a percent or two back for the first half of the year and maybe we see that come down in the back half of the year, but it's not a wholesale change or a dramatic investment, but it will be meaningful for our enterprise segment, and that's where the focus is going to be.

So again just to sort of wrap up and get through some of the highlights. Strong consistent revenue growth, it's definitely a total growth story. I'd say high quality revenue base, recurring revenue model. If you take our total business, about 85% of it really is coming from that subscription bucket. We've seen consistently improving margins, we've had a good track record of successfully buying and integrating businesses and sort of all along being disciplined about how we allocate capital and consistently trying to drive leverage in the model.

So I'll pause there and open it up if there are any questions.

# Q&A

**<Q>: (00:23:16-00:23**

26)?

**<A - Anthony Folger>**: Yeah. So the question was how much of our business is sort of the traditional Carbonite endpoint?

**<Q>**: And enterprise?

**<A - Anthony Folger>**: The enterprise business. Yeah, I would say it's probably – it's less than half at this point. I think more than half of our business really is around protecting server infrastructure and some of the higher level offerings like disaster recovery as a service and migration technologies. We maybe – I think coming into the year, we probably would have been sort of transitioning to a 70-30 mix. I think bringing Mozy on will sort of reset that balance because Mozy was the acquisition that we did, and all they did was protect endpoints. But what we'll do with that deal is we're transitioning those customers onto our endpoint offering, and then we have the ability to cross-sell them the broader portfolio.

So I think Mozy will probably reset the balance a little bit towards endpoint. And then I think over time, it's just endpoint is important to the market. But I think fundamentally, it's still about – it's about infrastructure for us and that can be what data do you have on-prem in your data center, it can be what data – what workloads do you have running in public cloud, setting an AWS or Azure, we can protect all of that. And fundamentally, we think that's going to continue to be sort of a bigger segment of the business.

**<Q>**: [indiscernible] (00:24:57-00:25:11).

**<A - Anthony Folger>**: Not at all to be honest with you. I think that was absolutely a competitive issue on the consumer side, and frankly it is what I think upset the unit economics and the addressable market for us in consumer. And I came here six years ago, David Friend was the CEO, he was founder of the company and even at that point, David knew that moving away from sort of the commoditized space and getting upmarket where there was no confusion between those solutions was going to be a better value proposition for us. So I think it actually feels like 6 years later we've gotten there because the folks we're competing with are going to be, it's more like Barracuda, companies like that that we see in the midmarket space.

**<Q>**: [indiscernible] (00:26:07-00:26:31).

**<A - Anthony Folger>**: No. I think we still fundamentally and even I think we take a quarter or two to work through this perpetual license issue. Fundamentally, our view on our business segment overall hasn't changed. Our view

Bloomberg

**Company Name:** Carbonite
**Company Ticker:** CARB US
**Date:** 2018-11-15
**Event Description:** Craig-Hallum Capital Group Alpha
**Select Conference**

**Market Cap:** 956.22
**Current PX:** 27.67
**YTD Change($):** +2.57
**YTD Change(%):** +10.239

**Bloomberg Estimates - EPS**
    **Current Quarter:** 0.419
    **Current Year:** 1.623
**Bloomberg Estimates - Sales**
    **Current Quarter:** 79.700
    **Current Year:** 303.400

absolutely on that subscription business, that's behind the SaaS offerings, absolutely hasn't changed. And I think we feel better about how we're positioned today. We're at a point where I think we're ready to invest more dollars into sales and marketing to drive growth. So, no, I think we had talked about a 10% to 15% range historically. I don't expect that that our thinking has changed on that at all.

**<Q>**: [indiscernible] (00:27:12).

**<A - Anthony Folger>**: Correct.

**<Q>**: Yeah.

**<A - Anthony Folger>**: And even longer term overall, right. I think as we – you sort of get through this speed bump on the perpetual side and as that sort of normalizes, arguably, you're right back to the range we've been in and potentially higher because the perpetual stuff was always a lower growth anyways.

**<Q>**: [indiscernible] (00:27:35-00:28:28).

**<A - Anthony Folger>**: Yeah, I think all those things are valid. I think we feel great about the platform and the products we've got. We feel very good about the channel relationships like bringing on Dell EMC with the acquisition was a great relationship for us. And so I think we've got the routes to market in place. I think we've got the products and the platform in place. We've talked about this couple of times earlier today when we sort of finished our strategic planning process for 2019, the output was one slide and I think there were two bullets on it. One was deliver the whole platform. And the second one was some more stuff.

I can add that we're kind of down to the brass tax execution now, and so to us what that means and I think where the investment goes is behind some of the bigger partners like Dell and Iron Mountain, because they can fundamentally sell at a higher price point which we really can't. But they'll sell at a higher price point. So it's behind those partners. It is behind the MSP channel. So that managed service provider channel is a good growth engine for us. We'll invest there. And then I think Europe is a good opportunity, it's 15% of the business today. We've under-invested there historically. And so I think going into next year from a go-to-market perspective, we'll be targeting those areas to make investments and drive growth. But, yeah, we feel good Chad about how we're positioned sort of across the board and I think for us we have to execute and we've to execute better and really drive growth in the business.

**<Q>**: [indiscernible] (00:30:07-00:30:17).

**<A - Anthony Folger>**: Yeah. So the question was about AWS and Azure and how we think about them. I think up to this point, they have been partners in a couple of different ways. One is not a lot, but some of our services actually run on top of AWS or Azure. Maybe if we have 250 petabytes of data, maybe 5% of it is sitting with them. And the other way we partner with them is we have I mentioned before we've got migration technologies that we sell and that migration technology allows you to move from any environment to any environment, including public cloud. So those technologies are meant to allow you to take a workload from your data center and migrate it into public cloud and leave it there or frankly to take workloads in public cloud and migrate them back.

So we've partnered with some of the hyperscale clouds to offer up those services so they can try to drive more consumption of their cloud, but that's really been the interaction. We haven't seen them wanting to offer up real data protection at this point. And I think the way we think about this sort of long term is we believe that the midmarket is a hybrid infrastructure. So within a midmarket company, the infrastructure looks like a bunch of things on-prem, probably a handful of workloads running in public cloud, and a bunch of SaaS applications, probably more than the CIO can actually count.

And that means that data is just flung everywhere, it's hard to protect, it's hard to control, it's hard to just get a handle on it. And so long as that continues to be the environment for midmarket, there's always going to be a need and a dire need for vendors like Carbonite who can protect all of that data, irrespective of where it is. And I think the hyperscale cloud providers theoretically if every workload move to their cloud, then they could provide [ph] her (00:32:20) service, but I don't know that it ever goes there for a midmarket customer.

**Company Name:** Carbonite
**Company Ticker:** CARB US
**Date:** 2018-11-15
**Event Description:** Craig-Hallum Capital Group Alpha Select Conference

**Market Cap:** 956.22
**Current PX:** 27.67
**YTD Change($):** +2.57
**YTD Change(%):** +10.239

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.419
**Current Year:** 1.623
**Bloomberg Estimates - Sales**
**Current Quarter:** 79.700
**Current Year:** 303.400

**final**

## Chad Michael Bennett

Thanks, Anthony.

## Anthony Folger

Okay. All right. Thank you very much.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2018, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

**Bloomberg Transcript**

Bloomberg