# EXHIBIT 29

*Barclays Bank LLC analyst report*
*11/20/2018*

CORE

 **BARCLAYS**

Equ ty Research | Instant Ins ghts
20 November 20 8

| | | | |
|---|---|---|---|
| Saket Ka a, CFA | + 2 2 526 8465 | saket.ka a@barc ays.com | BCI, US |
| Dav d F sher | + 2 2 526 7 26 | dav d.f sher@barc ays.com | BCI, US |
| Andrew Thomas | + 2 2 526 808 | andrew.w.thomas@barc ays.com | BCI, US |

Comp eted: 20 Nov 8, 5:03 GMT
Re eased: 20 Nov 8, 5:03 GMT

BARCLAYS CLASSIFICATION: Restr cted - Externa

## Carbonite, Inc.
## $50M Repurchase Encouraging in This Tape

**Stock Rating/Industry View:** Equa We ght/Pos t ve
**Price Target:** USD 38.00
**Price (19-Nov-2018):** USD 25.91
**Potential Upside/Downside:** 47%
**Tickers:** CARB

Carbon te announced a $50M share repurchase program, a pos t ve s gna n our v ew after ast quarter's se -off. Carbon te s down ~25% (vs S&P -1%) s nce report ng 3Q earn ngs on November 1, so we v ew th s as an attract ve way to return cap ta to shareho ders. G ven ts recent stock pr ce, th s wou d a ow CARB to repurchase ~5% of ts shares at current eve s.

**$50M repurchase is a positive signal with stocks underperformance.** Carbon te's underperformance stems from ts 3Q earn ngs m ss, though the major ty of the m ss came from ts upfront bus ness, wh ch s umpy and s not a core focus as they focus on the subscr pt on bus ness. Th s move s a pos t ve s gna nd cat ng managements conf dence.

**Repurchase represents ~5% of shares outstanding.** Based on a pr ce of ~$26, the $50M wou d a ow CARB to repurchase up to 1.9M shares. Based on ts 3Q18 d uted share count of ~36.5M, th s wou d be over 5% of shares outstand ng.

---

**Analyst(s) Certification(s):**

I, Saket Ka a, CFA, hereby cert fy (1) that the v ews expressed n th s research report accurate y ref ect my persona v ews about any or a of the subject secur t es or ssuers referred to n th s research report and (2) no part of my compensat on was, s or w be d rect y or nd rect y re ated to the spec f c recommendat ons or v ews expressed n th s research report.

**Important Disclosures:**
Barc ays Cap ta Inc. and/or one of ts aff ates does and seeks to do bus ness w th compan es covered n ts research reports. As a resu t, nvestors shou d be aware that the f rm may have a conf ct of nterest that cou d affect the object v ty of th s report. Investors shou d cons der th s report as on y a s ng e factor n mak ng the r nvestment dec s on.

Barc ays Research s produced by the Investment Bank of Barc ays Bank PLC and ts aff ates (co ect ve y and each nd v dua y, "Barc ays"). A authors contr but ng to th s research report are Research Ana ysts un ess otherw se nd cated. The pub cat on date at the top of the report ref ects the oca t me where the report was produced and may d ffer from the re ease date prov ded n GMT.

**Availability of Disclosures:**
Where any compan es are the subject of th s research report, for current mportant d sc osures regard ng those compan es p ease refer to https://pub cresearch.barc ays.com or a ternat ve y send a wr tten request to: Barc ays Research Comp ance, 745 Seventh Avenue, 13th F oor, New York, NY 10019 or ca 1-212-526-1072.
The ana ysts respons b e for prepar ng th s research report have rece ved compensat on based upon var ous factors nc ud ng the f rm s tota revenues, a port on of wh ch s generated by nvestment bank ng act v t es, the prof tab ty and revenues of the Markets bus ness and the potent a nterest of the f rm s nvest ng c ents n research w th respect to the asset c ass covered by the ana yst.

Ana ysts regu ar y conduct s te v s ts to v ew the mater a operat ons of covered compan es, but Barc ays po cy proh b ts them from accept ng payment or re mbursement by any covered company of the r trave expenses for such v s ts.

Barc ays Research Department produces var ous types of research nc ud ng, but not m ted to, fundamenta ana ys s, equ ty- nked

ana ys s, quant tat ve ana ys s, and trade  deas. Recommendat ons conta ned  n one type of Barc ays Research may d ffer from those conta ned  n other types of Barc ays Research, whether as a resu t of d ffer ng t me hor zons, methodo og es, or otherw se.

In order to access Barc ays Statement regard ng Research D ssem nat on Po c es and Procedures, p ease refer to https://pub cresearch.barcap.com/S/RD.htm. In order to access Barc ays Research Conf ct Management Po cy Statement, p ease refer to: https://pub cresearch.barcap.com/S/CM.htm.

### Risk Disclosure(s)

Master  m ted partnersh ps (MLPs) are pass-through ent t es structured as pub c y  sted partnersh ps. For tax purposes, d str but ons to MLP un t ho ders may be treated as a return of pr nc pa . Investors shou d consu t the r own tax adv sors before  nvest ng  n MLP un ts.

### Mentioned Stocks (Ticker, Date, Price)

**Carbonite, Inc.** (CARB, 19-Nov-2018, USD 25.91), Equa  We ght/Pos t ve, A/CD/CE/D/J/K/L/M

**Valuation Methodology:** Our $38 pr ce target  s based on ~15x our FY20 FCF est mate of $83.2M.
**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** We see three ups de r sks to our Equa  We ght rat ng. F rst, accord ng to pub c f ngs, J2 G oba  tr ed to acqu re the company  n the past (2012 and  n 2014), suggest ng the company has been seen as a strateg c asset. Second, wh e we do not forecast future acqu s t ons, Carbon te cou d cont nue to acqu re assets  n the SMB backup space that reduce the drag from Consumer, and  ft overa  growth, wh ch cou d a so re-rate the mu t p e. Th rd, the comb ned SMB portfo o s st  ntegrat ng  ts go-to-market strategy, and f th s resu ted  n faster upse /cross-se  or acce erat ng growth because of market share ga ns, th s cou d take our est mates up and cause the stock to outperform.

We a so see three downs de r sks to our Equa  We ght rat ng. F rst, Consumer makes up about a th rd of tota  book ngs and we are mode ng a dec ne of m d-s ng e d g ts, but f renewa  rates decrease, that dec ne cou d acce erate, wh ch wou d negat ve y  mpact revenue growth and even more so prof tab ty and cash f ow because of the segment s h gher marg ns. Second, both EVau t and Doub e-Take brought w th them  arger upfront revenue bus nesses wh ch management has h nted at convert ng to subscr pt on over t me  f th s convers on takes  onger than ant c pated, revenue est mates cou d go up, but cou d arguab y attract a  ower mu t p e versus recurr ng revenue, caus ng the stock to underperform. Th rd, the data protect on and recovery market s fragmented w th the top e ght vendors contro ng ~70% of the market, so f those compet tors (Ver tas, for examp e) gets more ser ous about SMB or about c oud de very, Carbon te cou d underperform.

**Ratings and Price Target History:**
Carbon te, Inc.
Currency=USD



Source: IDC, Barc ays Research

| Publication Date | Closing Price | Rating | Adjusted Price Target |
|---|---|---|---|
| 02-Nov-2018 | 26.97 | | 38.00 |
| 24-Ju -2018 | 36.85 | | 41.00 |
| 12-Ju -2018 | 37.60 | | 38.00 |
| 08-May-2018 | 34.90 | | 34.00 |
| 20-Mar-2018 | 29.40 | Equa  We ght | 32.00 |

| 13-Feb-2018 | 21.70 | Rat ng Suspended | |
| 04-Aug-2017 | 21.15 | | 27.00 |
| 26-Jun-2017 | 23.40 | Equa  We ght | 26.00 |

Source: Thomson Reuters, Barc ays Research

H stor ca  stock pr ces and pr ce targets may have been adjusted for stock sp  ts and d v dends.

Pr ces are sourced from Thomson Reuters as of the  ast ava ab e c os ng pr ce  n the re evant trad ng market, un ess another t me and source s  nd cated.

**Disclosure Legend:**
**A:** Barc ays Bank PLC and/or an aff  ate has been  ead manager or co- ead manager of a pub c y d sc osed offer of secur t es of the  ssuer n the prev ous 12 months.
**B:** An emp oyee or non-execut ve d rector of Barc ays Bank PLC and/or an aff  ate s a d rector of th s  ssuer.
**CD:** Barc ays Bank PLC and/or an aff  ate s a market-maker n debt secur t es  ssued by th s  ssuer.
**CE:** Barc ays Bank PLC and/or an aff  ate s a market-maker n equ ty secur t es  ssued by th s  ssuer.
**D:** Barc ays Bank PLC and/or an aff  ate has rece ved compensat on for  nvestment bank ng serv ces from th s  ssuer n the past 12 months.
**E:** Barc ays Bank PLC and/or an aff  ate expects to rece ve or  ntends to seek compensat on for  nvestment bank ng serv ces from th s  ssuer w th n the next 3 months.
**FA:** Barc ays Bank PLC and/or an aff  ate benef c a y owns 1% or more of a c ass of equ ty secur t es of th s  ssuer, as ca cu ated n accordance w th US regu at ons.
**FB:** Barc ays Bank PLC and/or an aff  ate benef c a y owns a  ong pos t on of more than 0.5% of a c ass of equ ty secur t es of th s  ssuer, as ca cu ated n accordance w th EU regu at ons.
**FC:** Barc ays Bank PLC and/or an aff  ate benef c a y owns a short pos t on of more than 0.5% of a c ass of equ ty secur t es of th s  ssuer, as ca cu ated n accordance w th EU regu at ons.
**GD:** One of the ana ysts on the fundamenta  cred t coverage team (or a member of h s or her househo d) has a f nanc a  nterest n the debt or equ ty secur t es of th s  ssuer.
**GE:** One of the ana ysts on the fundamenta  equ ty coverage team (or a member of h s or her househo d) has a f nanc a  nterest n the debt or equ ty secur t es of th s  ssuer.
**H:** Th s  ssuer benef c a y owns more than 5% of any c ass of common equ ty secur t es of Barc ays PLC.
**I:** Barc ays Bank PLC and/or an aff  ate s party to an agreement w th th s  ssuer for the prov s on of f nanc a  serv ces to Barc ays Bank PLC and/or an aff  ate.
**J:** Barc ays Bank PLC and/or an aff  ate s a  qu d ty prov der and/or trades regu ar y n the secur t es of th s  ssuer and/or n any re ated der vat ves.
**K:** Barc ays Bank PLC and/or an aff  ate has rece ved non- nvestment bank ng re ated compensat on ( nc ud ng compensat on for brokerage serv ces, f app cab e) from th s  ssuer w th n the past 12 months.
**L:** Th s  ssuer s, or dur ng the past 12 months has been, an  nvestment bank ng c ent of Barc ays Bank PLC and/or an aff  ate.
**M:** Th s  ssuer s, or dur ng the past 12 months has been, a non- nvestment bank ng c ent (secur t es re ated serv ces) of Barc ays Bank PLC and/or an aff  ate.
**N:** Th s  ssuer s, or dur ng the past 12 months has been, a non- nvestment bank ng c ent (non-secur t es re ated serv ces) of Barc ays Bank PLC and/or an aff  ate.
**O:** Not  n use.
**P:** A partner, d rector or off cer of Barc ays Cap ta  Canada Inc. has, dur ng the preced ng 12 months, prov ded serv ces to the subject company for remunerat on, other than norma  course  nvestment adv sory or trade execut on serv ces.
**Q:** Barc ays Bank PLC and/or an aff  ate s a Corporate Broker to th s  ssuer.
**R:** Barc ays Cap ta  Canada Inc. and/or an aff  ate has rece ved compensat on for  nvestment bank ng serv ces from th s  ssuer n the past 12 months.
**S:** Th s  ssuer s a Corporate Broker to Barc ays PLC.
**T:** Barc ays Bank PLC and/or an aff  ate s prov d ng equ ty adv sory serv ces to th s  ssuer.
**U:** The equ ty secur t es of th s Canad an  ssuer  nc ude subord nate vot ng restr cted shares.
**V:** The equ ty secur t es of th s Canad an  ssuer  nc ude non-vot ng restr cted shares.

**Guide to the Barclays Fundamental Equity Research Rating System:**

Our coverage ana ysts use a re at ve rat ng system  n wh ch they rate stocks as Overwe ght, Equa  We ght or Underwe ght (see def n t ons be ow) re at ve to other compan es covered by the ana yst or a team of ana ysts that are deemed to be  n the same  ndustry ("the  ndustry coverage un verse"). To see a  st of compan es that compr se a part cu ar  ndustry coverage un verse, p ease go to https://pub cresearch.barc ays.com.

In add t on to the stock rat ng, we prov de  ndustry v ews wh ch rate the out ook for the  ndustry coverage un verse as Pos t ve, Neutra  or Negat ve (see def n t ons be ow). A rat ng system us ng terms such as buy, ho d and se  s not the equ va ent of our rat ng system. Investors shou d carefu y read the ent re research report  nc ud ng the def n t ons of a  rat ngs and not  nfer ts contents from rat ngs a one.

**Stock Rating**
**Overweight** - The stock  s expected to outperform the unwe ghted expected tota  return of the  ndustry coverage un verse over a 12-month  nvestment hor zon.
**Equal Weight** - The stock  s expected to perform  n  ne w th the unwe ghted expected tota  return of the  ndustry coverage un verse over a 12-month  nvestment hor zon.
**Underweight** - The stock  s expected to underperform the unwe ghted expected tota  return of the  ndustry coverage un verse over a 12-month  nvestment hor zon.
**Rating Suspended** - The rat ng and target pr ce have been suspended temporar y due to market events that made coverage  mpract cab e or to comp y w th app cab e regu at ons and/or f rm po c es  n certa n c rcumstances  nc ud ng where the Investment Bank of Barc ays Bank PLC s act ng  n an adv sory capac ty  n a merger or strateg c transact on  nvo v ng the company.

**Industry View**
**Positive** -  ndustry coverage un verse fundamenta s/va uat ons are  mprov ng.
**Neutral** -  ndustry coverage un verse fundamenta s/va uat ons are steady, ne ther  mprov ng nor deter orat ng.
**Negative** -  ndustry coverage un verse fundamenta s/va uat ons are deter orat ng.

**Distribution of Ratings:**

Barc ays Equ ty Research has 1559 compan es under coverage.

45% have been ass gned an Overwe ght rat ng wh ch, for purposes of mandatory regu atory d sc osures, s c ass f ed as a Buy rat ng; 57% of compan es w th th s rat ng are nvestment bank ng c ents of the F rm; 76% of the ssuers w th th s rat ng have rece ved f nanc a serv ces from the F rm.

38% have been ass gned an Equa We ght rat ng wh ch, for purposes of mandatory regu atory d sc osures, s c ass f ed as a Ho d rat ng; 47% of compan es w th th s rat ng are nvestment bank ng c ents of the F rm; 67% of the ssuers w th th s rat ng have rece ved f nanc a serv ces from the F rm.

14% have been ass gned an Underwe ght rat ng wh ch, for purposes of mandatory regu atory d sc osures, s c ass f ed as a Se rat ng; 35% of compan es w th th s rat ng are nvestment bank ng c ents of the F rm; 66% of the ssuers w th th s rat ng have rece ved f nanc a serv ces from the F rm.

**Guide to the Barclays Research Price Target:**

Each ana yst has a s ng e pr ce target on the stocks that they cover. The pr ce target represents that ana yst s expectat on of where the stock w trade n the next 12 months. Ups de/downs de scenar os, where prov ded, represent potent a ups de/potent a downs de to each ana yst s pr ce target over the same 12-month per od.

**Top Picks:**

Barc ays Equ ty Research s "Top P cks" represent the s ng e best a pha-generat ng nvestment dea w th n each ndustry (as def ned by the re evant " ndustry coverage un verse"), taken from among the Overwe ght-rated stocks w th n that ndustry. Barc ays Equ ty Research pub shes "Top P cks" reports every quarter and ana ysts may a so pub sh ntra-quarter changes to the r Top P cks, as necessary. Wh e ana ysts may h gh ght other Overwe ght-rated stocks n the r pub shed research n add t on to the r Top P ck, there can on y be one "Top P ck" for each ndustry. To v ew the current st of Top P cks, go to the Top P cks page on Barc ays L ve (https:// ve.barcap.com/go/keyword/TopP cks).

To see a st of compan es that compr se a part cu ar ndustry coverage un verse, p ease go to https://pub cresearch.barc ays.com.

**Types of investment recommendations produced by Barclays Equity Research:**

In add t on to any rat ngs ass gned under Barc ays' forma rat ng systems, th s pub cat on may conta n nvestment recommendat ons n the form of trade deas, themat c screens, scorecards or portfo o recommendat ons that have been produced by ana ysts w th n Equ ty Research. Any such nvestment recommendat ons sha rema n open unt they are subsequent y amended, reba anced or c osed n a future research report.

**Disclosure of other investment recommendations produced by Barclays Equity Research:**

Barc ays Equ ty Research may have pub shed other nvestment recommendat ons n respect of the same secur t es/ nstruments recommended n th s research report dur ng the preced ng 12 months. To v ew nvestment recommendat ons pub shed by Barc ays Equ ty Research n the preced ng 12 months p ease refer to https:// ve.barcap.com/go/research/Recommendat ons.

**Legal entities involved in producing Barclays Research:**

Barc ays Bank PLC (Barc ays, UK)

Barc ays Cap ta Inc. (BCI, US)

Barc ays Secur t es Japan L m ted (BSJL, Japan)

Barc ays Bank PLC, Hong Kong branch (Barc ays Bank, Hong Kong)

Barc ays Cap ta Canada Inc. (BCCI, Canada)

Barc ays Bank Mex co, S.A. (BBMX, Mex co)

Barc ays Secur t es (Ind a) Pr vate L m ted (BSIPL, Ind a)

Barc ays Bank PLC, Ind a branch (Barc ays Bank, Ind a)

Barc ays Bank PLC, S ngapore branch (Barc ays Bank, S ngapore)

**Disclaimer:**

Th s pub cat on has been produced by Barc ays Research Department n the Investment Bank of Barc ays Bank PLC and/or one or more of ts aff ates (co ect ve y and each nd v dua y, "Barc ays"). It has been d str buted by one or more Barc ays aff ated ega ent t es sted be ow. It s prov ded to our c ents for nformat on purposes on y, and Barc ays makes no express or mp ed warrant es, and express y d sc a ms a warrant es of merchantab ty or f tness for a part cu ar purpose or use w th respect to any data nc uded n th s pub cat on. To the extent that th s pub cat on states on the front page that t s ntended for nst tut ona nvestors and s not subject to a of the ndependence and d sc osure standards app cab e to debt research reports prepared for reta nvestors under U.S. FINRA Ru e 2242, t s an " nst tut ona debt research report" and d str but on to reta nvestors s str ct y proh b ted. Barc ays a so d str butes such nst tut ona debt research reports to var ous ssuers, med a, regu atory and academ c organ sat ons for the r own nterna nformat ona news gather ng, regu atory or academ c purposes and not for the purpose of mak ng nvestment dec s ons regard ng any debt secur t es. Med a organ sat ons are proh b ted from re-pub sh ng any op n on or recommendat on concern ng a debt ssuer or debt secur ty conta ned n any Barc ays nst tut ona debt research report. Any such rec p ents that do not want to cont nue rece v ng Barc ays nst tut ona debt research reports shou d contact debtresearch@barc ays.com. Barc ays w not treat unauthor zed rec p ents of th s report as ts c ents and accepts no ab ty for use by them of the contents wh ch may not be su tab e for the r persona use. Pr ces shown are nd cat ve and Barc ays s not offer ng to buy or se or so c t ng offers to buy or se any f nanc a nstrument.

W thout m t ng any of the forego ng and to the extent perm tted by aw, n no event sha Barc ays, nor any aff ate, nor any of the r respect ve off cers, d rectors, partners, or emp oyees have any ab ty for (a) any spec a, pun t ve, nd rect, or consequent a damages; or (b) any ost prof ts, ost revenue, oss of ant c pated sav ngs or oss of opportun ty or other f nanc a oss, even f not f ed of the poss b ty of such damages, ar s ng from any use of th s pub cat on or ts contents.

Other than d sc osures re at ng to Barc ays, the nformat on conta ned n th s pub cat on has been obta ned from sources that Barc ays Research be eves to be re ab e, but Barc ays does not represent or warrant that t s accurate or comp ete. Barc ays s not

respons b e for, and makes no warrant es whatsoever as to, the nformat on or op n ons conta ned n any wr tten, e ectron c, aud o or v deo presentat ons of th rd part es that are access b e v a a d rect hyper nk n th s pub cat on or v a a hyper nk to a th rd-party web s te ('Th rd-Party Content'). Any such Th rd-Party Content has not been adopted or endorsed by Barc ays, does not represent the v ews or op n ons of Barc ays, and s not ncorporated by reference nto th s pub cat on. Th rd-Party Content s prov ded for nformat on purposes on y and Barc ays has not ndependent y ver f ed ts accuracy or comp eteness.

The v ews n th s pub cat on are so e y and exc us ve y those of the author ng ana yst(s) and are subject to change, and Barc ays Research has no ob gat on to update ts op n ons or the nformat on n th s pub cat on. Un ess otherw se d sc osed here n, the ana ysts who authored th s report have not rece ved any compensat on from the subject compan es n the past 12 months. If th s pub cat on conta ns recommendat ons, they are genera recommendat ons that were prepared ndependent y of any other nterests, nc ud ng those of Barc ays and/or ts aff ates, and/or the subject compan es. Th s pub cat on does not conta n persona nvestment recommendat ons or nvestment adv ce or take nto account the nd v dua f nanc a c rcumstances or nvestment object ves of the c ents who rece ve t. The secur t es and other nvestments d scussed here n may not be su tab e for a nvestors. Barc ays s not a f duc ary to any rec p ent of th s pub cat on. Investors must ndependent y eva uate the mer ts and r sks of the nvestments d scussed here n, consu t any ndependent adv sors they be eve necessary, and exerc se ndependent judgment w th regard to any nvestment dec s on. The va ue of and ncome from any nvestment may f uctuate from day to day as a resu t of changes n re evant econom c markets ( nc ud ng changes n market qu d ty). The nformat on here n s not ntended to pred ct actua resu ts, wh ch may d ffer substant a y from those ref ected. Past performance s not necessar y nd cat ve of future resu ts.

Th s document s be ng d str buted (1) on y by or w th the approva of an author sed person (Barc ays Bank PLC) or (2) to, and s d rected at (a) persons n the Un ted K ngdom hav ng profess ona exper ence n matters re at ng to nvestments and who fa w th n the def n t on of " nvestment profess ona s" n Art c e 19(5) of the F nanc a Serv ces and Markets Act 2000 (F nanc a Promot on) Order 2005 (the "Order"); or (b) h gh net worth compan es, un ncorporated assoc at ons and partnersh ps and trustees of h gh va ue trusts as descr bed n Art c e 49(2) of the Order; or (c) other persons to whom t may otherw se awfu y be commun cated (a such persons be ng "Re evant Persons"). Any nvestment or nvestment act v ty to wh ch th s commun cat on re ates s on y ava ab e to and w on y be engaged n w th Re evant Persons. Any other persons who rece ve th s commun cat on shou d not re y on or act upon t.

Barc ays Bank PLC s author sed by the Prudent a Regu at on Author ty and regu ated by the F nanc a Conduct Author ty and the Prudent a Regu at on Author ty and s a member of the London Stock Exchange.

The Investment Bank of Barc ays Bank PLC undertakes U.S. secur t es bus ness n the name of ts who y owned subs d ary Barc ays Cap ta Inc., a FINRA and SIPC member. Barc ays Cap ta Inc., a U.S. reg stered broker/dea er, s d str but ng th s mater a n the Un ted States and, n connect on therew th accepts respons b ty for ts contents. Any U.S. person w sh ng to effect a transact on n any secur ty d scussed here n shou d do so on y by contact ng a representat ve of Barc ays Cap ta Inc. n the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons shou d contact and execute transact ons through a Barc ays Bank PLC branch or aff ate n the r home jur sd ct on un ess oca regu at ons perm t otherw se.

Barc ays Bank PLC, Par s Branch (reg stered n France under Par s RCS number 381 066 281) s regu ated by the Autor té des marchés f nanc ers and the Autor té de contrô e prudent e . Reg stered off ce 34/36 Avenue de Fr ed and 75008 Par s.

Th s mater a s d str buted n Canada by Barc ays Cap ta Canada Inc., a reg stered nvestment dea er, a Dea er Member of IIROC (www. roc.ca), and a Member of the Canad an Investor Protect on Fund (CIPF).

A Barc ays research reports are d str buted to nst tut ona nvestors n Japan by Barc ays Secur t es Japan L m ted. Barc ays Secur t es Japan L m ted s a jo nt-stock company ncorporated n Japan w th reg stered off ce of 6-10-1 Roppong , M nato-ku, Tokyo 106-6131, Japan. It s a subs d ary of Barc ays Bank PLC and a reg stered f nanc a nstruments f rm regu ated by the F nanc a Serv ces Agency of Japan. Reg stered Number: Kanto Za mukyokucho (k nsho) No. 143.

Barc ays Bank PLC, Hong Kong Branch s d str but ng th s mater a n Hong Kong as an author sed nst tut on regu ated by the Hong Kong Monetary Author ty. Reg stered Off ce: 41/F, Cheung Kong Center, 2 Queen s Road Centra , Hong Kong.

A Ind an secur t es-re ated research and other equ ty research produced by Barc ays' Investment Bank are d str buted n Ind a by Barc ays Secur t es (Ind a) Pr vate L m ted (BSIPL). BSIPL s a company ncorporated under the Compan es Act, 1956 hav ng CIN U67120MH2006PTC161063. BSIPL s reg stered and regu ated by the Secur t es and Exchange Board of Ind a (SEBI) as a Research Ana yst: INH000001519; Portfo o Manager INP000002585; Stock Broker/Trad ng and C ear ng Member: Nat ona Stock Exchange of Ind a L m ted (NSE) Cap ta Market INB231292732, NSE Futures & Opt ons INF231292732, NSE Currency der vat ves INE231450334, Bombay Stock Exchange L m ted (BSE) Cap ta Market INB011292738, BSE Futures & Opt ons INF011292738; Depos tory Part c pant (DP) w th the Nat ona Secur t es & Depos tor es L m ted (NSDL): DP ID: IN-DP-NSDL-299-2008; Investment Adv ser: INA000000391. The reg stered off ce of BSIPL s at 208, Ceejay House, Sh vsagar Estate, Dr. A. Besant Road, Wor , Mumba 400 018, Ind a. Te ephone No: 91 2267196000. Fax number: 91 22 67196100. Any other reports produced by Barc ays' Investment Bank are d str buted n Ind a by Barc ays Bank PLC, Ind a Branch, an assoc ate of BSIPL n Ind a that s reg stered w th Reserve Bank of Ind a (RBI) as a Bank ng Company under the prov s ons of The Bank ng Regu at on Act, 1949 (Regn No BOM43) and reg stered w th SEBI as Merchant Banker (Regn No INM000002129) and a so as Banker to the Issue (Regn No INBI00000950). Barc ays Investments and Loans (Ind a) L m ted, reg stered w th RBI as Non Bank ng F nanc a Company (Regn No RBI CoR-07-00258), and Barc ays Wea th Trustees (Ind a) Pr vate L m ted, reg stered w th Reg strar of Compan es (CIN U93000MH2008PTC188438), are assoc ates of BSIPL n Ind a that are not author sed to d str bute any reports produced by Barc ays' Investment Bank.

Barc ays Bank PLC Frankfurt Branch d str butes th s mater a n Germany under the superv s on of Bundesansta t für F nanzd enst e stungsaufs cht (BaF n).

Th s mater a s d str buted n Mex co by Barc ays Bank Mex co, S.A.

Noth ng here n shou d be cons dered nvestment adv ce as def ned n the Israe Regu at on of Investment Adv sory, Investment Market ng and Portfo o Management Law, 1995 ("Adv sory Law"). Th s document s be ng made to e g b e c ents (as def ned under the Adv sory Law) on y. Barc ays Israe branch prev ous y he d an nvestment market ng cense w th the Israe Secur t es Author ty but t cance ed such cense on 30/11/2014 as t so e y prov des ts serv ces to e g b e c ents pursuant to ava ab e exempt ons under the Adv sory Law, therefore a cense w th the Israe Secur t es Author ty s not requ red. Accord ng y, Barc ays does not ma nta n an nsurance coverage pursuant to the Adv sory Law.

Barc ays Bank PLC n the Duba Internat ona F nanc a Centre (Reg stered No. 0060) s regu ated by the Duba F nanc a Serv ces

Authority (DFSA). Principal place of business in the Dubai International Financial Centre: The Gate Village, Building 4, Level 4, PO Box 506504, Dubai, United Arab Emirates. Barclays Bank PLC-DIFC Branch, may only undertake the financial services activities that fall within the scope of its existing DFSA licence. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority.

Barclays Bank PLC in the UAE is regulated by the Central Bank of the UAE and is licensed to conduct business activities as a branch of a commercial bank incorporated outside the UAE in Dubai (Licence No.: 13/1844/2008, Registered Office: Building No. 6, Burj Dubai Business Hub, Sheikh Zayed Road, Dubai City) and Abu Dhabi (Licence No.: 13/952/2008, Registered Office: Al Jazira Towers, Hamdan Street, PO Box 2734, Abu Dhabi).

Barclays Bank PLC in the Qatar Financial Centre (Registered No. 00018) is authorised by the Qatar Financial Centre Regulatory Authority (QFCRA). Barclays Bank PLC-QFC Branch may only undertake the regulated activities that fall within the scope of its existing QFCRA licence. Principal place of business in Qatar: Qatar Financial Centre, Office 1002, 10th Floor, QFC Tower, Diplomatic Area, West Bay, PO Box 15891, Doha, Qatar. Related financial products or services are only available to Business Customers as defined by the Qatar Financial Centre Regulatory Authority.

This material is distributed in the UAE (including the Dubai International Financial Centre) and Qatar by Barclays Bank PLC.

This material is not intended for investors who are not Qualified Investors according to the laws of the Russian Federation as it might contain information about or description of the features of financial instruments not admitted for public offering and/or circulation in the Russian Federation and thus not eligible for non-Qualified Investors. If you are not a Qualified Investor according to the laws of the Russian Federation, please dispose of any copy of this material in your possession.

This material is distributed in Singapore by the Singapore branch of Barclays Bank PLC, a bank licensed in Singapore by the Monetary Authority of Singapore. For matters in connection with this report, recipients in Singapore may contact the Singapore branch of Barclays Bank PLC, whose registered address is 10 Marina Boulevard, #23-01 Marina Bay Financial Centre Tower 2, Singapore 018983.

This material is distributed to persons in Australia by either Barclays Bank PLC, Barclays Capital Inc., Barclays Capital Securities Limited or Barclays Capital Asia Limited. None of Barclays Bank PLC, nor any of the other referenced Barclays group entities, hold an Australian financial services licence and instead they each rely on an exemption from the requirement to hold such a licence. This material is intended to only be distributed to "wholesale clients" as defined by the Australian Corporations Act 2001.

IRS Circular 230 Prepared Materials Disclaimer: Barclays does not provide tax advice and nothing contained herein should be construed to be tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related penalties; and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

© Copyright Barclays Bank PLC (2018). All rights reserved. No part of this publication may be reproduced or redistributed in any manner without the prior written permission of Barclays. Barclays Bank PLC is registered in England No. 1026167. Registered office 1 Church Place, London, E14 5HP. Additional information regarding this publication will be furnished upon request.