# EXHIBIT 31

*Jefferies Group LLC analyst report*
*12/20/2018*



**JEFFERIES FRANCHISE NOTE**

*Forward looking research offering fresh insights*

USA | Technology

Software

December 20, 2018

# Jefferies

EQUITY RESEARCH GLOBAL

# Software
# 2019 Outlook: Strong Fundamentals More Than Offset Real Concerns

### Key Takeaway

**Secular forces remain very strong, and while there are real macro and valuation concerns, indications are that IT spending trends will remain supportive in key markets, aided by increased regulation (GDPR) and increased US corporate discretionary capital, along with a setup for continued M&A momentum. Investors of all types are increasingly appreciating the highly recurring revenue and profit of Software, which should be supportive of valuations over time.**

**Software Significantly Outperformed in 2018** (+17%) vs the S&P500 for the 2nd consecutive year, presenting a pattern historically followed by underperformance, which should not be underestimated in a time when there appears to be meaningful influence by algorithmic and black box trading strategies, but ...

**Secular Forces Remain as Good as We've Seen** in our almost 2 decades of covering Software, driven by significant advances in foundational computing technologies (memory, compute, storage, networking) that have flipped the economic equation on its head.

**Strong IT Spending Indications Underlie Mixed Macro on the Surface.** Major economies are expected to moderate in 2019, but solid underlying momentum from spending in key regions (US and Europe) and verticals (Financial Services) should support a healthy corporate IT consumption backdrop. The almost half of global Software demand that we can gauge (European govts 8-14%, US Fed Govt 6%, Japan 5%, Financial Services 23%) is well-positioned for decent 2019 growth.

**Expect Continued M&A Momentum in 2019,** as the coffers of both strategic acquirers and private equity are full from deemed repatriation and significant capital raises, respectively. 2018 was an active year for deal activity and we expect continued momentum.

**Reduced 2018 US Corp Tax Rate Yields Difficult Software Profit Comp, But More Discretionary Capital in US.** Lower 2018 US Corp Tax Rate boosted FCF for all profitable companies (including Software), and while the resulting step function in Software profit growth will not repeat in 2019, presenting a difficult comp, the aggregate increase in FCF across all US industries should be supportive of 2019 Software spending in the US, which spends more on Software than any other country.

**Regulation (GDPR) and Accounting Changes (ASC 606) to Have Some Positive Real Effects and Some Positive Perceived Effects.** GDPR should drive incremental business for providers of security solutions that are not broadly deployed (VRNS and SAIL are the primary beneficiaries in our coverage). ASC 606 will have no impact on the business of Software (other than for ZUO that helps companies to be compliant), but will generally give the perception of greater profit and growth. There's little to no impact on FCF.

**Rising Interest Rates Historically Coincide with Rising Software Stocks, But** rising rates are usually the result of an accelerating economy. There's some risk that rising rates damage a fragile economy. Best positioned in our coverage for rising rates: Payroll vendors (ADP, PAYC, PAYX, PCTY, and ULTI) and those with large net cash positions relative to their scale (CHKP and CVLT). Meaningful dividend payers become less attractive (ADP, PAYX, MSFT, SGE GB, 4007 JP).

**Software Valuations are Stretched by Standard Metrics, But** an increasing appreciation for software model characteristics - highly recurring, highly profitable revenue - appears to be establishing a new, perhaps better way to consider Software equities. Some high growth stocks may be considered expensive based on this year's numbers, but they may not be based on highly predictable numbers two or three years out.

**Our Top Picks:** Buy-rated ORCL ($61 PT), CRM ($189 PT), NOW ($234 PT), NICE ($132 PT), ZEN ($82 PT), MIME ($50 PT).

**John DiFucci** *
Equity Analyst
(212) 284-2196 jdifucci@jefferies.com
**Samad Samana** *
Equity Analyst
+1 (212) 284-4649 ssamana@jefferies.com
**Julia Karl** *
Equity Analyst
(212) 707-6479 jkarl1@jefferies.com
**Joseph Gallo** *
Equity Associate
(212) 336-7402 jgallo@jefferies.com
**Zachary Lountzis** *
Equity Associate
(646) 805-5428 zlountzis@jefferies.com
**Anubhav Mehla, CFA** *
Equity Associate
(212) 510-3229 amehla@jefferies.com
**Julian Serafini, CFA** *
Equity Associate
(212) 738-5379 jserafini@jefferies.com
**Luv Sodha, CPA** *
Equity Associate
(212) 510-3252 lsodha@jefferies.com
**Brent Thill** *
Equity Analyst
(415) 229-1559 bthill@jefferies.com
**Vijay Anand, CFA** §
Equity Analyst
+44 (0) 207 029 8694 vijay.anand@jefferies.com
**Hiroko Sato** ||
Equity Analyst
+813 5251 6185 hsato@jefferies.com
* Jefferies LLC / Jefferies Research Services, LLC
§ Jefferies International Limited
|| Jefferies (Japan) Limited

^Prior trading day's closing price unless otherwise noted.

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 83 to 88 of this report.

CONFIDENTIAL

CARB-00002599

# Technology

Software

December 20, 2018

EXECUTIVE SUMMARY .......................................................................................................... 4
   The Data: Some Concerning, Most Supportive ............................................................ 4
      *Supportive Analyses:* ............................................................................................ 4
      *Concerns:* ............................................................................................................ 6
      *Neutral Factors:* ................................................................................................. 7
   How to Play Our Coverage Universe in 2019 ............................................................... 7
      *Top Picks* ............................................................................................................ 7
      *Our Coverage* ..................................................................................................... 8
A LOOK BACK AT 2018 ...................................................................................................... 13
      *Software Outperformed the S&P in 2018* ........................................................ 13
      *Growth vs Value: Start-to-Finish Outperformance by Growth Stocks* ................. 16
   Historical Stock Performance .................................................................................... 18
      *Offense and Defense of Software Business Models Yield Long-Term Outperformance* ............... 18
   Historical Operating Performance ............................................................................. 19
POSITIVE INDUSTRY THESIS REMAINS INTACT ................................................................... 21
      *Expect Software to Benefit for Years to Come* .................................................. 22
      *... But Beware Pretenders* ................................................................................ 25
   Software – Playing Offense and Defense ................................................................... 25
      *Corporate Customer Base* ................................................................................ 25
      *Perpetual License Model* .................................................................................. 25
      *Subscription Model* .......................................................................................... 25
      *Maintenance and Subscription Renewals* ......................................................... 26
      *Profitability Should Be Resilient in Difficult Times* ............................................. 26
      *It All Comes Down to Valuation* ........................................................................ 27
THE IT SPENDING BACKDROP; GEOGRAPHIC AND VERTICAL EXPOSURE .................................... 28
   Summary ................................................................................................................... 28
      *Governments & Financial Services Represent Over 40% of Global Software Spending* ............... 28
   US Government Influence on Worldwide Software and IT Spending Remains Significant ......... 30
      *US Government Share of IT/Software Spending Still Significant* ........................... 30
      *Modest US Federal IT Spending Growth Projected for FY 2019* ........................... 31
   European Software and IT Spending – As Much Politics as Economics ....................... 32
      *European Governments Represent 8-14% of Worldwide IT/Software Spending* ............ 33
      *Continued Solid Growth for Major Euro Government Discretionary Spending* ............ 35
   Asia-Pacific Spending – Smaller Portion of the Pie .................................................... 39
      *Asia Pacific IT Spending Dominated by Japan and China* ................................... 39
      *Japan – Steady Growth Outlook for the Largest Asia-Pacific Spender* .................. 40
      *China – Less of a Contributor to Global IT Spending than Might Be Perceived* ............ 41
   Financial Services ..................................................................................................... 42
GEOPOLITICAL AND OTHER CONSIDERATIONS ................................................................... 43
   FX Headwinds Return ................................................................................................ 43
   General Data Protection Regulation (GDPR) .............................................................. 44
      *Regulation* ....................................................................................................... 44
      *Beneficiaries* .................................................................................................... 45
   ASC 606 .................................................................................................................... 46
      *Summary of ASC 606 Revenue Impact to Our Coverage* ..................................... 48
   Effects of Lower Tax Rate in 2018 on 2019 ............................................................... 50
      *Lower Tax = Greater 2018 Profit Growth* .......................................................... 50
      *Greater Broad Corporate Profit May Lead to Greater Software Demand* ............... 51
      *Lower Tax Rate = Higher Valuations for Recurring Software Revenue* ................... 51
      *Increased Coffers of Strategic Acquirers Resulting from Deemed Repatriation* ............ 52
SOFTWARE DEAL ACTIVITY ............................................................................................... 52
   Expect at Least Steady Software M&A in 2019 .......................................................... 52
   2018 Software M&A Characteristics .......................................................................... 52
      *Solid Software M&A Activity* ............................................................................. 52
      *Setting a Record – Rebound in Deal Volume, Even Greater in Size and Valuation in 2018 than in 2017* ............ 53
      *Private Equity Increasingly Active and Willing to Pay Up* ................................... 55
      *A Look Back at Recent Software M&A Buyer Trends* .......................................... 57
   Considerations for Private Equity & Strategic Acquirers .............................................. 58
      *Why the Increased Private Equity Interest in Software?* ..................................... 58
      *Valuations—Private Equity and Strategic Acquirers – Meeting in the Middle* ............ 61
      *What Happens in an Increasing Rate Environment?* .......................................... 62
   2018 Software IPOs ................................................................................................... 62

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.



Jefferies

CONFIDENTIAL

CARB-00002600

# Technology

Software

December 20, 2018

**INTEREST RATES AND MARKET PERFORMANCE** ........................................................................ **63**
   Summary: Markets Comfortable with This Rate Increase Cycle (for Now); Software Well
   Positioned.............................................................................................................................63
   Interest Rates and Market Performance ..................................................................................64
     *Summary*..........................................................................................................................64
     *Recent History*..................................................................................................................65
     *A Pattern Emerges* ...........................................................................................................66
   Interest Rate Hikes Historically Follow GDP Growth..................................................................67
   Software Fared Better Than Others in Recent Rising Treasury Rate Periods .............................68
     *Software vs Broad Market and Other Sectors*.......................................................................69
     *Companies in Our Coverage Universe* .................................................................................69
   Best and Worst Fundamentally Positioned for Rising Rates .....................................................72
     *Best Positioned for Rising Rates*.........................................................................................72
     *Cautious in a Rising Rate Environment* ...............................................................................72
**IT ALL COMES DOWN TO VALUATION** .................................................................................. **73**
     *Software Relative Valuation Expensive vs History* ................................................................73
     *Few Names Trading at or Below Intrinsic Value of Recurring Revenue*....................................74
   Value vs Growth Valuation ....................................................................................................75
     *Summary: Another Growth Year, But Value Fared Well Too*....................................................75
     *"Growth" Valuations Inch Up, Remain Rich... Some Supported by Secular Trends* ......................76
     *"Value" Multiples Moderated in 2018 (Though Stocks Appreciated)*....................................79
   Evolving Approach to Software Valuation ................................................................................79
     *Where We've Been* ............................................................................................................80
     *Where We Are* ..................................................................................................................80
     *Where We Could Be*...........................................................................................................80
     *Where We're Going* ..........................................................................................................80

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.



CONFIDENTIAL

CARB-00002601

**Technology**

Software

December 20, 2018

# Executive Summary

This report will address several factors that will have far reaching, long-term implications on Software stocks throughout the world. We believe the secular forces for the business of Software remain as positive as we have seen in our almost two decades of covering the space due to advances in foundational computing technologies that have flipped the economic equation on its head, and while there is concern that the macroeconomic cycle may be running out of steam, indications are that IT spending trends will remain positive in key markets, including US Federal Government, European government, Financial Services, and even Japan. Software stocks have historically fared well in an increasing interest rate environment, but that has typically coincided with an improving economic backdrop. This does pose some risk since otherwise, higher interest rates would logically be negative for stocks for several reasons discussed herein. In addition, changes in regulatory demands, such as GDPR, will selectively have positive implications for years and ASC 606 may cause some confusion, but little fundamental impact.

Software's 2018 12.3% return easily outperformed the S&P 500's 4.8% decline, marking a second consecutive strong return following underperformance in 2016. While there is precedent for such patterns (two consecutive years of outperformance) to be followed by Software underperformance, we believe that there are enough other positive factors, including persistent strong secular tailwinds and healthy IT spending indications in key markets, to enable Software to outperform again in 2019. In addition, while valuations are stretched based on traditional multiple measures, we believe an increasing appreciation for the highly recurring, highly profitable revenue renewal streams by investors across the spectrum (institutional investors, private equity, venture capital, and strategic acquirers) can be supportive even from current levels. As a result, secondary forces, such as M&A by both private equity and strategic acquirers, should also be supportive of Software stocks in 2019. Recent low interest rates have fueled record capital raises by private equity, while the one-time repatriation of overseas funds from 2018 should also contribute to continued strong capital returns (share repurchases and dividends) by Software companies in 2019.

Below we summarize the basic foundational elements of our Outlook, along with additional outside forces on the Software sector. Some of these factors are clearly negative, though we believe the collective impact will be supportive of Software relative to the broader markets in 2019. Frankly, we wouldn't be surprised for Software stocks to set a new pattern of three consecutive years of appreciation.

Our Top Picks for 2019 include Buy-rated Mimecast (MIME, $50 Price Target); NICE (NICE, $132 Price Target); Oracle (ORCL, $61 Price Target); Salesforce.com (CRM, $189); ServiceNow (NOW, $234 Price Target); and Zendesk (ZEN, $82 Price Target).

## The Data: Some Concerning, Most Supportive

We consider several inputs to our assessment of Software entering 2019, some of which are negative and some positive. We summarize them below and indicate what we believe is the impact each data point will have on the performance of Software stocks relative to the market and in isolation in 2019.

**Supportive Analyses:**
**Mixed Macro on the Surface; Details More Promising.** The macroeconomic environment in the US, which represents 46% of worldwide software, looks to remain relatively healthy in 2019 after a long modest expansion. Economists expect real US GDP to grow 2.5% in 2019, versus 3.1% growth in 2018. There's been much discussion about a slowdown in China's economy, which is the second largest in the world, but while China accounts for 15% of worldwide GDP, it only accounts for about 3% of worldwide

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002602

## Technology

Software

December 20, 2018

software spending due to rampant piracy in the region. The GDP of the EU (including the UK, at least for now) is expected to moderate to 1.9% growth in 2019 after 2.1% growth in 2018, and there's been increased investor stress regarding the region due to Brexit and other geo-political issues. However, the discretionary spending budgets for the country governments of two of the three largest IT spenders in the region are up materially in 2019, which bodes well for IT spending in Europe since we believe that governments account for 30-50% of IT spending in the region, including both direct and indirect spending (see below). *(Positive)*

**Very Strong Software Operating Performance versus the S&P 500**, especially when excluding Microsoft and Oracle, which skew the analysis. Revenue for the S&P North American Technology Software Index increased 14% in 2018 after growing 10% in 2017, versus 9% S&P 500 growth in 2018 following 7% growth in 2017. Non-GAAP EPS for Software grew 32% in 2018 after 8% growth in 2017, versus 24% S&P 500 EPS growth in 2018 after 12% growth in 2017. We expect secular forces (see below), coupled with specific macroeconomic forces (see above) to support further operating outperformance by Software in 2019, and perhaps beyond. *(Positive)*

**Positive Software Industry Thesis Remains Intact ...** We remain more positive on the prospects for the aggregate Software sector than perhaps we have been in our careers, which span almost two decades covering the space and more than a decade working in technology prior to that. This view has been consistent for the past few years, and recent field discussions and reported results only serve to validate it further. Our constructive bias is not necessarily due to new concepts in Software, but because of advances we have experienced in what we refer to as core computing technologies over the last 10-15 years that provide the foundation of Software solutions. As a result, the economic equation has been turned on its head so that logical Software concepts that may have been discussed for years can now be realized, including: Cloud, SaaS (Software-as-a-Service), Big Data, IoT (Internet of Things), AI (Artificial Intelligence) and ML (Machine Learning), SOA (Service Oriented Architectures), Digital Marketing, and others. We see three primary consequences from this: 1) expansion of existing markets, 2) emergence of new markets, and 3) increasing risks to existing vendors/markets. See the *Positive Industry Thesis Remains Intact* section of this report. There is also risk that pretenders emerge, so all vendors should not be painted with the same brush, which we discuss in the *Concerns* section below. *(Positive)*

**IT Spending Backdrop Remains Healthy.** We believe that ***about half of global software demand (the half we can gauge) is well-positioned for decent growth in 2019***, following strong growth in 2018. Discretionary budgets of the most relevant European governments (which altogether represent 8-14% of worldwide software spending) are expected to increase low to mid-single digits in aggregate, similar to 2018. While we realize there is some investor concern around Europe, this has been a good gauge for IT spending in the region over the last seven years. This would mark a fifth consecutive year of growth. U.S. Federal Government IT spending (about 8% of worldwide IT spending) is forecasted to grow 1.7% in 2019, decelerating from estimated 5.5% growth in 2018 (but that was expected to only grow 1.7% this time last year). Japan (about 9% of worldwide IT and 5% of worldwide Software spending) total IT expenditures are forecast to grow nearly 3% in 2019, per government data and our estimates, an uptick from 1.9% in 2017. We believe that IT budgets in the financial services vertical (representing 23% of worldwide spending) will grow at least modestly in 2018, while industry analysts (IDC and Gartner) project approximately mid-single-digit growth. *(Positive)*

**GDPR to be Selectively Supportive** of Security Software companies that provide solutions that are not broadly deployed today. The regulation requires that IT security

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

## Jefferies

CONFIDENTIAL

CARB-00002603

**Technology**

Software

December 20, 2018

organizations "implement **appropriate** technical and organizational measures" taking into account "the state of the art and the costs of implementation". We expect protection from insider threats, IAM (Identity and Access Management), and perhaps next generation endpoint to benefit since these solutions are not as broadly deployed as other security solutions. See the General Data Protection Regulation (GDPR) section of this report. *(Selectively Positive)*

**2018 Lower Tax Rate Carries to 2019, But Not Profit Growth.** The lower US corporate tax rate introduced for 2018 will carry into 2019 and beyond, permanently increasing profit, all else equal. However, the resulting profit **growth** in 2018 due to the negative change in tax rate will not be replicated in 2019, again, all else equal. At the same time, increased profit across all industries will result in greater disposable income that should support increased Software spending. It's not unreasonable to think that any potential spending increase could be delayed, resulting in greater demand in 2019. A lower tax rate also increases the theoretical values of hyper-efficiently run recurring revenue streams. *(Mostly Positive)*

**Expect Continued Software Deal Momentum.** We expect record large deal M&A activity in 2018 to continue into 2019, as it did through 2007 after the last repatriation in 2004-2005. Both strategic purchasers and private equity have full coffers due to repatriation and recent capital raises (on the back of low interest rates), respectively, which will provide the funding for further acquisition activity. In addition, we believe other capital return policies will be increasingly leveraged by Software companies, including share repurchases and dividend increases. The behavior of the stock market will be a major determinant of IPO activity in 2019, but if our predictions throughout this report are accurate, it will be healthy, though that may not start until mid-year or so. *(Positive)*

**Rising Interest Rates Historically Coincide with Rising Software Stocks, But ...** Rising interest rates should theoretically suppress equities (including Software equities), though the opposite has occurred historically. We believe this is because both rising rates and Software performance were the result of an improving macroeconomic backdrop. There is some risk that rates rise and damage a fragile macro economy. *(Usually Positive, But Unclear)*

Concerns:

**Troubling Patterns.** Software stocks significantly outperformed the aggregate markets for the second consecutive year, topping the S&P 500 by 17% after a 23% outperformance in 2017. In the two prior instances since the turn of the century when Software outperformed the S&P 500 (2003-2004 following the Internet Bubble bursting and 2009-2010 following the Recession), Software underperformed in the following year. The power of historical patterns should not be underestimated, especially with what appears to be a meaningful influence by algorithmic and black box trading strategies. *(Negative)*

**... But Beware Pretenders.** With this opportunity discussed above in Positive Software Industry Thesis Remains Intact comes deserved excitement, and with this excitement can come hype, and with hype comes room for "white lies" or the ability to present something in a way that is not quite accurate. For instance, over-hyping exciting topics such as AI and ML, or even transitioning a financial model to subscription can mask less attractive traits of a company. *(Negative)*

**FX Headwinds Return.** After a 160 basis point tailwind to reported revenue numbers for the average Software company in 2018, foreign exchange translation would result in a 150 basis point headwind in 2019. This affects results reported in US dollars, which is what most software companies do since they're typically (but not always) domiciled in

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002604

## Technology

Software

December 20, 2018

the United States. Note that while foreign exchange translation effects will affect reported numbers, Software investors have generally been comfortable reading through these effects to constant currency equivalent metrics, at least for the top line (though there are typically more modest bottom line effects also). **(Negative to Neutral)**

**It All Comes Down to Valuation.** Software valuations are stretched, as indicated by standard metrics, but a new appreciation for the software model, it's highly recurring, highly profitable revenue, in addition to good visibility into the future may be establishing a new, better way to consider Software stocks. This may be contributing to the volatility in the space. **(Negative, but …)**

Neutral Factors:
**Another Strong "Growth" Year, But "Value" Strong Too.** Both, Growth and Value Software stocks in our coverage universe outperformed the market, but Growth (+29% average appreciation) outpaced Value (+14% average appreciation), versus a 5% decline of the S&P 500 and a 2% decline of the NASDAQ. **(Neutral)**

**ASC 606 — Changes in Accounting, But Not in Business.** ASC 606 will inflate revenue for on premise subscription models, but will have little or no effect on other revenue categories. It will also generally increase the amount of sales commissions amortized for ratable revenue and it will typically do so over a longer time period, which will inflate profit for such companies. Unfortunately, it will force some companies that leverage channel sales to "sell to" the channel, rather than the more conservative approach of "selling through" the channel. Importantly, ASC 606 will have little to no effect on cash flow, further validating this metric as the foundation for valuation. In the end, ASC 606 will shift the appearance of business, but have little effect on the real business itself. **(Neutral)**

# How to Play Our Coverage Universe in 2019

We provide quick summaries for each of our companies under coverage below.

Top Picks
We identify the following large cap top picks for 2019:

- **Oracle (ORCL, $61 PT).** We expect the stock to work in 2019 on the back of a significant multi-year product cycle around database options, multi-tenancy and in-memory. If this works, investors stand to see significant appreciation from significant FCF growth for years, and if it doesn't, then it probably won't for some time, though the stock will likely not decline much. We do not believe that the IaaS/PaaS Cloud business will gain much momentum in the near term given Oracle's large enterprise customer base, and the typical use of Oracle infrastructure in mission critical workloads.

- **Salesforce.com (CRM, $189 PT).** Salesforce.com is realizing the fruits of becoming an Enterprise IT provider, where enterprises are likely to purchase more from vendors that become trusted strategic partners, as long as they have more to sell, and this will continue into 2019. We'll continue to monitor relative softness in the mid-market, but softness in any given area can be offset by strength elsewhere given the breadth of this company. Investors will look for additional data on the adoption and integration of MuleSoft, along with other potential acquisitions in 2019, as the company progresses to the $21-23B revenue target in FY 2022.

- **ServiceNow (NOW, $234 PT).** ServiceNow offers a rare combination of size, growth and profitability. We believe ServiceNow will deliver 30% or better subscription revenue growth through at least 2020 (organic, constant currency,

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002605

## Technology

Software

December 20, 2018

driven by continued new customer wins, rising adoption of the ServiceNow platform (gaining larger share of IT spend) and cross-selling newer products to the installed base.

We identify the following mid cap top picks for 2019:

- **NICE (NICE, $132 PT).** Continued strong growth in the company's unique consolidated CXone cloud offering, which incorporates CCaaS, WFO, and analytics into one contiguous offering. The increasing willingness of enterprises to utilize cloud-based offerings should drive the entire space, and NICE as a premier asset in the space. New (X-sight) offering cloud-based financial crime and compliance solutions also well positioned.

- **Zendesk (ZEN, $82 PT).** Zendesk's suite pricing, changed go-to-market motion, enterprise traction and new product introductions will result in sustainable >30% revenue growth through at least 2020 and allow it to reach $1 billion of revenue.

We identify the following small cap top pick for 2019:

- **Mimecast (MIME, $50 PT).** Mimecast is pursuing a huge opportunity to secure, archive, and ensure the lifeblood of organizations (email) with a unified, scalable SaaS solution. Its highly efficient, extensible platform should drive meaningful growth, while enterprise class retention delivers high visibility. The stock is simply too cheap.

**Our Coverage**
*Buy:*

- **Alarm.com (ALRM, $60 PT).** Reasonable valuation and continued execution in the face of perceived DIY threats. New growth initiatives such as commercial and international expansion, new partnerships, and upsell of video and video analytics capabilities to subscribers.

- **Avast (AVST-GB, 360p).** A high-margin business that should continue to delever the balance sheet, coupled with an attractive dividend policy. Gradual on-going conversion of the installed base from "free" to paying users.

- **Benefitfocus (BNFT, $48 PT).** Well positioned to become the de facto standard for employee benefits management. Stock has been plagued by leadership turnover and execution in the past, but 2018 showed signs of stability and improvement. Guided for accelerating growth in 2019, which may be aggressive given past volatility, but management is confident in its forecasts. Just remember, with increased expectations comes increased risk.

- **Carbonite (CARB, $41).** We believe CARB has done an impressive job repositioning itself as an SMB focused platform company from a consumer-facing product company just a few years ago. CARB is positioned for the evolution of the data protection industry and we believe that its unified platform is best suited to target the segments of the market with the highest growth (Cloud, SMB). Execution was spotty in 2018.

- **Check Point Software (CHKP, $137 PT).** A leader in the firewall market, with a large cash-balance that enables either tuck-in acquisitions or larger shareholder returns. Important business driver is the timing of the company's next refresh of its firewall line, which is uncertain — perhaps later in 2019?

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002606

## Technology

Software

December 20, 2018

* **Commvault (CVLT, $80 PT).** We believe CVLT continues to have a strong strategic vision to help customers manage data across all environments, including cloud, on-premise, and hybrid. However, competitive pressure from both, alternative hyperconverged solutions and behemoths, along with Sales execution issues have plagued the company. We believe improved sales execution, along with getting products to market more quickly, will be paramount to the level of success CVLT sees in this increasingly competitive environment. Ultimately, we view activist investor Elliott Management as an ideal match that can bring significant returns to shareholders if management is willing to work with them, which we believe it is. Very cheap on recurring revenue ... but for reasons.

* **Dropbox (DBX, $37).** We expect DBX will continue to expand its unique, viral approach to subscriber acquisition and expansion to adjacent product markets. Very profitable model.

* **Hubspot (HUBS, $182 PT)** – HubSpot has evolved from a marketing software tool to a robust front-office platform purpose-built for SMBs. We expect bundled pricing, the launch of Service Hub, and the upgraded Marketing Enterprise solution to help drive upside to consensus subscription revenue in 2019.

* **Palo Alto Networks (PANW, $249 PT).** In 2019, the company will see less perceived benefit from its February 2018 product cycle that refreshed approximately 30% of revenue. However, the company plans to introduce new appliances to address the carrier & service provider segment of the market in early 2019, which could sustain material growth. On-going questions surround the future direction of the company given the makeover in the management team.

* **Paycom (PAYC, $139 PT).** Best combination of growth and margins in the SaaS payroll segment. Paycom stands to benefit from rising interest rates. Premium valuation justified by the results.

* **RingCentral (RNG, $105 PT).** We are buyers of RNG as we continue to recognize RNG as the premier UCaaS asset in a market that is at a nascent stage of Cloud adoption. We also view current 2019 consensus expectations as conservative.

* **SailPoint (SAIL, $34 PT).** We expect a stronger push in 2019 from the company to cross-sell or attach the SecurityIQ product (addressing insider threats / Data Access Governance) to new sales. We believe SailPoint will likely see broader adoption of its core identity governance and administration (IGA) offerings. SailPoint is among the two best positioned in our coverage universe to benefit from GDPR (the other being VRNS).

* **Smartsheet (SMAR, $38).** We believe Smartsheet has a massive opportunity before it as a process automation platform that enables white collar workers to harness the value of Information Technology. This opportunity has only recently materialized on the back of significant advances in core foundational computing technologies over the last 10-15 years. The concept of empowering white-collar workers to harness the power of IT is not new, but the ability to accomplish it in an efficient manner has enabled the promise of Smartsheet to flourish. This should result in outsized growth for Smartsheet for many years, eventually leading to meaningful profit with leverage and growth from there.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

## Jefferies

CONFIDENTIAL

CARB-00002607

## Technology

Software

December 20, 2018

※ **Splunk (SPLK, $137 PT).** We believe the company's growth prospects and addressable market are vast, and it is both strategically and financially leveraged to the proliferation of digital data. At a little above 9x EV/NTM Recurring Revenue, it's trading at a level not usually seen.

※ **SolarWinds (SWI, $18 PT).** SWI's unique disruptive model and strong underlying technology has been supplemented by further expansion into the Cloud and Managed Service Provider (MSP) markets post-LBO, which has driven modest growth. Investors will look to see if the company can further drive and enhance these growth levers at industry-high margin levels in its second outing as a public company.

※ **Ultimate (ULTI, $330 PT).** ULTI offers an attractive combination of consistent 20% or better recurring revenue growth and a reasonable valuation in a large, well-defined market. We believe ULTI will deliver recurring revenue upside relative to consensus estimates over the next year as its core business benefits from macro tailwinds and the PeopleDoc acquisition ramps.

※ **Varonis (VRNS, $81 PT).** We believe Varonis is well positioned to be a leader in an emerging market opportunity around managing human-generated unstructured data (e.g., email, spreadsheets, documents, video and audio files), with a killer app of providing protection from internal threats. Varonis is among the two best positioned in our coverage universe to benefit from GDPR (the other being SAIL).

※ **VMware (VMW, $196 PT).** We continue to believe that x86 CPU penetration provides room for core growth, in addition to incremental drivers in NSX, EUC, VSAN, and others. We acknowledge the risks associated with a majority shareholder in Dell.

※ **Zuora (ZUO, $35 PT).** Zuora is probably the best way to play the "Subscription Economy," which should show sustainable 25-30+% subscription growth for years and that should result in meaningful profitability with scale. The company has shown early success in a land and expand strategy, supported by incremental product offerings.

*Underperform:*

※ **Citrix (CTXS, $85 PT).** Most of the financial engineering has played out and it trades significantly above our estimate of the fair value of its current recurring revenue streams, which is $78.

※ **Microsoft (MSFT, $75 PT).** We believe that the current share price of MSFT does not adequately reflect the significant risk of the dependency of the company's profit on the challenged PC ecosystem, or the significant risk associated with its foray into the Cloud business, especially PaaS and IaaS.

*Hold:*

※ **ADP (ADP, $167 PT).** ADP is on track to grow top-line by mid-to-high single-digits in 2019 and EPS by mid-teens. This level of growth is adequately reflected in its valuation. If the company executes more quickly on the long-term plan provided at its June 2018 analyst day, results could exceed expectations.

※ **Apptio (APTI, $38 PT).** Vista and APTI entered into a definitive agreement in which Vista will acquire all of APTI common stock for $38 per share in cash. The deal is expected to close in the first quarter of 2019.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002608

## Technology

Software

December 20, 2018

* **Atlassian (TEAM, $83 PT).** We believe that TEAM's unique selling model perpetuates the viral nature of the products and will enable it to continue driving growth with no sales force. Investors will keep an eye on that viral approach, in addition to seeking further detail on the adoption and integration of IT operations provider OpsGenie earlier this year (and its inherent competitive standing versus ServiceNow).

* **Avid (AVID, $7).** One of the market leaders in a niche category. Shares look cheap on a recurring revenue basis, but business still facing some challenges — new leadership, cloud transition, and leveraged balance sheet, to name a few. A return to growth in 2019 may make shares worth re-visiting down the road.

* **Ceridian (CDAY, $37).** We're impressed with many of Ceridian's business metrics, including Cloud growth and scale, and find the market very attractive, while there are some metrics, such as gross margin, that should (and need to) improve meaningfully. Shares no longer cheap following post-IPO run.

* **Elastic (ESTC, $65).** Elastic may have the greatest open-ended opportunity in Software, but it also trades at the richest valuation in our universe. One to watch if the overall market gets hit hard, or there are any hiccups as this young company significantly grows.

* **Nutanix (NTNX, $48 PT).** Hyperconverged infrastructure market is likely to grow at a robust pace over the next few years and the company has done a good job moving to a software-only model, though we continue to try to understand all the various dynamics of this model.

* **Paychex (PAYX, $75 PT).** Paychex's growth in 2019 will be aided in part by its $1.2b Oasis PEO acquisition and strong trends in its PEO business, while core payroll services growth remains modest. Paychex offers an attractive dividend yield, modest revenue growth, and significant profitability / cash flow, but our preference remains pure-play software companies that offer strong growth and are share gainers in payroll/HCM.

* **Paylocity (PCTY, $79 PT)** – Paylocity's valuation reflects its expected 20%+ recurring revenue growth in 2019 driven by growing sales of its integrated payroll/HCM software suite.

* **Red Hat (RHT, $190 PT).** To be acquired by IBM in the latter half of 2019. Currently trades at a meaningful discount to the acquisition price.

* **Shopify (SHOP, $175 PT).** Shopify provides a leading cloud-based e-commerce platform for merchants and continues to deliver strong results. Our caution is driven by SHOP's premium valuation and declining MRR for non-Plus customers.

* **Symantec (SYMC, $21).** Following accounting issues, activist investor involvement, and some turnover in leadership, we hope to either see a return to growth for the company or an improvement in margins (or a combination thereof). The company remains in a strategically difficult position, however has been deleveraging and could engage in additional shareholder returns or M&A, should it choose to do so.

* **Tableau (DATA, $100 PT).** We believe DATA is at the forefront of the current trend towards self-service business intelligence (BI), driven by an easy-to-use data visualization approach. There's some investor confusion around the model, which may clear up over time.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002609

## Technology

Software

December 20, 2018

* **Workday (WDAY, $152 PT).** Workday has done an impressive job in the HCM SaaS space and we believe it will get its share in the Financials space as enterprises move that important application to the Cloud. We may see more of that in 2019. Workday completed the acquisition of Adaptive Insights in order to offer a more complete Planning product, which is being used for Financial and HR purposes. Workday also now has several large enterprise Financials customers that it can point to as references. This company has executed very well in 2018.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL    CARB-00002610

# Technology

Software

December 20, 2018

**Chart 1: Coverage Universe**

| Name | Ticker | Rating | Market Cap ($M) | Price | Price Target | % Upside /(Downside) | Lead Analyst(s) |
|---|---|---|---|---|---|---|---|
| Alarm.com | ALRM | Buy | 2,501 | $50.23 | $60 | 19% | DiFucci |
| Avast | AVST-GB | Buy | £2,004 | £2.66 | £3.60 | 35% | Anand / Difucci |
| Benefitfocus | BNFT | Buy | 1,695 | $49.72 | $48 | (3%) | Samana / DiFucci |
| Carbonite | CARB | Buy | 934 | $25.58 | $41 | 60% | DiFucci |
| Check Point Software | CHKP | Buy | 16,629 | $104.55 | $137 | 31% | DiFucci |
| CommVault | CVLT | Buy | 2,726 | $57.04 | $80 | 40% | DiFucci |
| Dropbox | DBX | Buy | 9,013 | $21.46 | $37 | 72% | DiFucci |
| HubSpot | HUBS | Buy | 5,528 | $128.25 | $182 | 42% | Samana |
| Mimecast | MIME | Buy | 1,968 | $32.91 | $50 | 52% | DiFucci |
| NICE Ltd. | NICE | Buy | 6,964 | $109.40 | $132 | 21% | DiFucci |
| Oracle | ORCL | Buy | 175,009 | $45.85 | $61 | 33% | DiFucci |
| Palo Alto Networks | PANW | Buy | 17,545 | $177.22 | $249 | 41% | DiFucci |
| Paycom | PAYC | Buy | 7,311 | $124.87 | $139 | 11% | DiFucci / Samana |
| RingCentral | RNG | Buy | 6,916 | $80.08 | $105 | 31% | DiFucci / Samana |
| Salesforce.com | CRM | Buy | 103,871 | $132.32 | $189 | 43% | DiFucci / Samana |
| SailPoint | SAIL | Buy | 2,039 | $22.68 | $34 | 50% | DiFucci |
| ServiceNow | NOW | Buy | 32,865 | $173.57 | $234 | 35% | Samana |
| Smartsheet | SMAR | Buy | 2,708 | $22.91 | $38 | 66% | DiFucci |
| Splunk | SPLK | Buy | 15,613 | $102.25 | $137 | 34% | DiFucci |
| SolarWinds | SWI | Buy | 4,509 | $14.05 | $18 | 28% | DiFucci |
| Ultimate | ULTI | Buy | 7,483 | $235.50 | $330 | 40% | Samana |
| Varonis | VRNS | Buy | 1,764 | $54.24 | $81 | 49% | DiFucci |
| VMware | VMW | Buy | 63,995 | $154.40 | $196 | 27% | DiFucci |
| Zendesk | ZEN | Buy | 6,304 | $55.42 | $82 | 48% | Samana |
| Zuora | ZUO | Buy | 2,066 | $16.80 | $35 | 108% | DiFucci |
| Citrix | CTXS | Underperform | 15,720 | $106.53 | $85 | (20%) | DiFucci |
| Microsoft | MSFT | Underperform | 807,431 | $103.97 | $75 | (28%) | DiFucci |
| ADP | ADP | Hold | 57,187 | $130.00 | $167 | 28% | Samana |
| Apptio | APTI | Hold | 1,869 | $37.83 | $38 | 0% | DiFucci |
| Atlassian | TEAM | Hold | 19,526 | $79.12 | $83 | 5% | DiFucci |
| Avid | AVID | Hold | 264 | $5.83 | $7 | 11% | Samana |
| Ceridian | CDAY | Hold | 5,048 | $34.80 | $37 | 6% | Samana / DiFucci |
| Elastic | ESTC | Hold | 6,055 | $69.18 | $65 | (6%) | DiFucci |
| Nutanix | NTNX | Hold | 7,923 | $40.88 | $48 | 17% | DiFucci |
| Paychex | PAYX | Hold | 27,113 | $64.32 | $75 | 17% | Samana |
| Paylocity | PCTY | Hold | 3,455 | $61.87 | $79 | 28% | Samana |
| Red Hat | RHT | Hold | 32,754 | $176.00 | $190 | 8% | DiFucci |
| Shopify | SHOP | Hold | 14,332 | $134.39 | $175 | 30% | Samana |
| Symantec | SYMC | Hold | 13,613 | $20.72 | $21 | 1% | DiFucci |
| Tableau | DATA | Hold | 10,342 | $121.59 | $100 | (18%) | DiFucci |
| Workday | WDAY | Hold | 37,152 | $155.71 | $152 | (2%) | DiFucci / Samana |

Source: FactSet and Jefferies Research. As of December 18, 2018.

John DiFucci and Samad Samana's coverage is listed above. We note that John DiFucci covers ALRM, APTI, CARB, CHKP, CTXS, CRM (co-covered by Samad Samana), DATA, DBX, ESTC, MIME, MSFT, NICE, NTNX, ORCL, PANW, PAYC (co-covered by Samad Samana), RHT, RNG (co-covered by Samad Samana), SAIL, SMAR, SPLK, SWI, SYMC, TEAM, VMW, VRNS, WDAY (co-covered by Samad Samana) and ZUO. Samad Samana covers ADP, AVID, BNFT (co-covered by John DiFucci), CDAY (co-covered by John DiFucci), HUBS, NOW, PAYX, PCTY, SHOP, ULTI and ZEN.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.



CONFIDENTIAL

CARB-00002611

**Technology**

Software

December 20, 2018

Within this report we also mention ADBE, INTU, and MB which are covered by Brent Thill; AVST-GB (co-covered by John DiFucci), BAS1V-FH, SAP, SOPH-GB, SGE-GB and TEMN-SWX which are covered by Vijay Anand; and 4704-JP (Trend Micro) which is covered by Hiroko Sato.

# A Look Back at 2018

In 2018, Software stocks (represented by the S&P North America Technology Software Index) have outperformed the S&P 500 Index by 17% and the Nasdaq by 14%, with the Software index rising 12% compared to -5% for the S&P 500 and -2% for the Nasdaq. We remind investors that this significant outperformance is on the heels of an even better year for Software, which outperformed the S&P 500 index by 23% in 2017. This followed 2016, which was the first year of underperformance relative to the S&P 500 in five years, at -4%. Software consistently outperformed through the year, peaking at an outperformance of 24% during the month of September.

Within our coverage, performance was very strong across Growth names, while Value names generally saw increases for the year above most market moves. Growth performance was strong, with all the names in this group showing stock appreciation of at least 8% year-over-year, except for TEMN-SWX, MB and SOPH-GB which declined 7%, 20% and 41% respectively. The average gain was 29% over the year, with the strongest performance coming from TEAM, DATA, RNG and ZEN. With gains of 78%, 78%, 67% and 66% respectively. Value names generally saw more modest, although still strong appreciation, averaging 14% price increases, with BNFT, INTU, and VMW as the upward outliers, with gains of 89%, 26% and 25%.

### Software Outperformed the S&P in 2018
Software stocks ended the year up 12% compared to -5% for the S&P 500 Index and -2% for the Nasdaq. The 17% outperformance of Software in 2018 was only eclipsed three times since the turn of the century, exiting the aftermath of the tech bubble in 2003, emerging from the Great Recession in 2009, and last year, as Software outperformed by over 23-24% in those years. It's interesting to note that in the years following the years of significant outperformance (i.e., 2003, 2009, and 2017), Software again outperformed materially but at a reduced rate (i.e., 2004, 2010, and 2018). *In the year following the second consecutive year of material outperformance, Software underperformed the broader markets in the first two instances (i.e., 2005 and 2011), which in and of itself should make us cautious on 2019 (Chart 2). However, we explore many other variables likely to affect the performance of Software stocks in 2019 throughout this report.* At the same time, the power of historical patterns should not be underestimated, especially with what appears to be a meaningful influence by algorithmic and black box trading strategies.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002612

## Technology

Software

December 20, 2018



**Chart 2: Annual Software Stock Price Performance Relative to the S&P 500**

⊞ S&P North American Software Index Excess Return vs S&P 500

Source: FactSet and Jefferies Research
Note: Software returns are represented by the S&P North American Technology
Sector/Software Index.
As of December 18, 2018.

For instance, we attribute the two-year outperformance of Software to our industry thesis summarized below, along with a broader recognition of this thesis across the investment community spectrum (institutional investors, including mutual funds and hedge funds, private equity investors, venture capitalists). Public market investors appear to be nervous that the long, gradual global macroeconomic expansion may be coming to an end, coupled with increasingly strained relationships among trading partners (US and China, NAFTA, EU and Brexit, etc.), and this is reflected in the aggregate market's performance in 2018. Although we think Software is benefiting from secular tailwinds, we acknowledge that the sector is not insulated from negative macroeconomic forces.

As Chart 3 shows, after moving roughly in step with the market through February, Software had outperformed the S&P 500 by 18% by end-May and hit 24% outperformance by mid-September, before dropping to only a 13% outperformance in November and settling at 17% outperformance through December 18, 2018. Investors should also note that in addition to the outperformance of Software, it is much more volatile than the broader markets, validating the theoretical relationship between risk and reward.

Our positive view of Software trends affects other sectors. Software advances certainly have a trickledown effect on the enterprises that deploy them, implying an increased potential market, or model efficiency, or both (Chart 3). A year ago, we questioned whether this should have supported the broad market rally of 2017. Apparently, the broader investment community had similar questions given the modest decline in the S&P 500 in 2018, which we discuss at the end of the next section of this report in the subsection titled *... But Beware Pretenders*.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002613

## Technology

Software

December 20, 2018

**Chart 3: Software Stock Performance Relative to the S&P 500 and Nasdaq, 2018**
Indexed to 100



Source: FactSet and Jefferies Research
Note: Software returns are represented by the S&P North American Technology
Sector/Software Index
As of December 18, 2018.

Looking back over a longer period (five years) Software had gained 113% through the date of this report, outperforming both the 62% gain in the NASDAQ and the 38% gain of the S&P over the same period (Chart 4).

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002614

## Technology

Software

December 20, 2018



**Chart 4: Software Stock Performance Relative to the S&P 500 and Nasdaq from 2014 through 2018**
Indexed to 100

Source: FactSet and Jefferies Research
Note: Software returns are represented by the S&P North American Technology Sector/Software Index
As of December 18, 2018.

**Growth vs Value: Start-to-Finish Outperformance by Growth Stocks**

Within our coverage universe, we evaluated the performance of indices comprised of "Growth" and "Value" stocks. We determine these indices by categorizing our coverage universe into Growth and Value buckets. The assignments are based on our best judgement and discretion.

Growth stocks led the way over Value stocks with meaningful outperformance in both 2017 and in 2018. Growth stock appreciation outpaced Value stocks from start to finish, particularly during the months of January, February, May and August when Growth stocks outperformed Value stocks by over 6% each month, respectively (Chart 5).

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

# Jefferies

CONFIDENTIAL

CARB-00002615

**Technology**

Software

December 20, 2018

**Chart 5: Growth vs Value Stocks in 2018**
Indexed to 100



Software Growth Index          Software Value Index

Source: FactSet and Jefferies Research
Notes:
All returns in USD except BAS1V-FH which is in EUR, TEMN-SWX which is in CHF, AVST-GB, SOPH-GB and SGE-GB which are GBP and 4704-JP (Trend Micro) which is JPY.
Growth Index includes: ADBE, ALRM, APTI, CDAY, CRM, DATA, ESTC, HUBS, MB, MIME, NOW, NTNX, PANW, PAYC, PCTY, RHT, RNG, SAIL, SHOP, SMAR, SOPH-GB, SPLK, TEAM, TEMN-SWX, ULTI, VRNS, WDAY, ZEN, ZUO.
Value Index includes: 4704-JP (Trend Micro), ADP, AVID, AVST-GB, BAS1V-FI, BNFT, CARB, CHKP, CTXS, CVLT, DBX, INTU, MSFT, NICE, ORCL, PAYX, SAP, SGE-GB, SWI, SYMC, VMW.
The assignment of Growth or Value is based on our judgement and discretion.
DBX was an IPO with stock appreciation measured as of IPO pricing of $21 on 3/23/2018.
ZUO was an IPO with stock appreciation measured as of IPO pricing of $14 on 4/12/2018.
CDAY was an IPO with stock appreciation measured as of IPO pricing of $22 on 4/26/2018.
SMAR was an IPO with stock appreciation measured as of IPO pricing of $15 on 4/27/2018.
AVST-GB was an IPO with stock appreciation measured as of IPO pricing of 250p on 5/10/2018.
ESTC was an IPO with stock appreciation measured as of IPO pricing of $36 on 10/5/2018.
SWI was an IPO with stock appreciation measured as of IPO pricing of $15 on 10/19/2018.
As of December 18, 2018.

Performance was very strong for most Growth names while Value names also posted stock appreciation, albeit more modest. The Growth names in our index almost all showed gains in 2018 with TEAM, DATA, RNG and ZEN having the largest gains, all increasing by over 65%. DATA experienced a faster than expected model transition, TEAM saw viral adoption and secular tailwinds, RNG which has been increasingly recognized as a leader in the UCaaS market and also increased forecasted subscription revenue growth, and ZEN experienced accelerating billings growth due to improved execution and increased traction with enterprise customers.

The worst performer within Growth was SOPH-GB, which depreciated by 41% on consecutive cuts to fiscal 2019 billings growth guidance in its first- and second-quarter updates. MB was also a laggard, depreciating by 20% during the year.

The strongest Value performers were BNFT (strong outperformance relative to expectations, particularly with new logo additions), INTU (step up in Consumer segment growth thanks

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.                    **Jefferies**

CONFIDENTIAL                                        CARB-00002616

**Technology**

Software

December 20, 2018

to TurboTax Live, plus continued adoption of QuickBooks Online for small business accounting), and VMW (strong growth in license billings and relief that Dell would not force it into a reverse merger). The stocks posted rises of 89%, 26%, and 25%, respectively.

Overall, Growth names, which are typically more volatile, posted consistently stronger market appreciation, over our Value universe (Chart 6).

**Chart 6: Stock Price Performance by Company in 2018**



Source: FactSet and Jefferies Research.
Notes:
All returns in USD except BAS1V-FH which is in EUR, TEMN-SWX which is in CHF, AVST-GB, SOPH-GB and SGE-GB which are GBP and 4704-JP (Trend Micro) which is JPY.
The assignment to Growth or Value is based on our judgement and discretion.
DBX was an IPO with stock appreciation measured as of IPO pricing of $21 on 3/23/2018.
ZUO was an IPO with stock appreciation measured as of IPO pricing of $14 on 4/12/2018.
CDAY was an IPO with stock appreciation measured as of IPO pricing of $22 on 4/26/2018.
SMAR was an IPO with stock appreciation measured as of IPO pricing of $15 on 4/27/2018.
AVST-GB was an IPO with stock appreciation measured as of IPO pricing of 250p on 5/10/2018.
ESTC was an IPO with stock appreciation measured as of IPO pricing of $36 on 10/5/2018.
SWI was an IPO with stock appreciation measured as of IPO pricing of $15 on 10/19/2018.
As of December 18, 2018.

# Historical Stock Performance

### Offense *and* Defense of Software Business Models Yield Long-Term Outperformance

A longer-term view of software performance relative to the broader market remains favorable, which we attribute in part to the dual-threat nature of most Software business models. Maintenance revenue streams (or subscription renewals), which tend to be

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002617

**Technology**

Software

December 20, 2018

highly recurring and highly profitable, provide a defensive avenue for investors in a difficult macro environment. On the other hand, license sales (or new subscriptions) are more cyclical in nature (or, we would argue, secular in many cases at present) and hence, provide a more offensive avenue for investors in an improving and/or booming macro environment. We believe this dual-threat nature of most Software business models has helped Software stocks outperform the broader market since before the Great Recession (Chart 7). Software stocks not only declined by less than the S&P 500 did during the 2008 global financial crisis, but also posted greater appreciation coming out of the downturn and have largely maintained that outperformance since.

**Chart 7: Relative Performance Since End-2008**



Source: FactSet and Jefferies Research
As of December 18, 2018.

## Historical Operating Performance

Using an ETF proxy for the S&P North American Technology Software Index, Software company revenue growth once again outpaced that of the broader market. Software sector revenue was up 14.2% year-over-year in 2018 (12.7% on a constant currency basis), compared to an 8.7% increase for the S&P 500 constituents. By comparison, the Software sector grew revenue by 10.1% in 2017 (10.3% cc). We note, however, that the two largest software companies (MSFT and ORCL) collectively accounted for about 60% of the Software sector's total revenues in the last two years, and slightly moderated top line growth. Excluding these companies, the Software sector grew 15.7% year-over-year in 2018 (14.1% cc), compared to 12.4% in 2017 (12.6% cc), and 5.6% in 2016 (4.9% cc). See Chart 8 below. We also note that there is likely a modest artificial boost to revenue for Software due to ASC 606 since some Software names sell on premise subscription, which would boost revenue growth for those companies. Within our coverage universe, this would apply mostly to DATA, NTNX and MSFT, so the impact on the aggregate industry growth is likely very modest. There also may be similar impact to other companies within the S&P 500 and NASDAQ indices, offsetting this relative growth boost. We discuss the impact of ASC 606 on Software companies later in this report.

Meanwhile, non-GAAP EPS for the Software sector increased 31.7% year-over-year in 2018, compared to 24.3% growth for the S&P 500. When excluding MSFT and ORCL, non-GAAP EPS for the Software sector increased 32.8% year-over-year. We note that Software's margin leverage (both including and excluding MSFT and ORCL) is better than that seen by the broader S&P constituents reflecting in our opinion the superior business model of software. At the same time, ASC 606 likely had a greater positive effect on

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002618

**Technology**

Software

December 20, 2018

margin than revenue for Software companies. Again, this may also have affected other constituents of the broader indices (Chart 8).

**Chart 8: Software Operating Performance vs S&P 500**

|  | CY2014 | CY2015 | CY2016 | CY2017 | CY2018E |
|---|---|---|---|---|---|
| **Software Index (1)** | | | | | |
| Total Revenue (billions) | 192.3 | 192.3 | 198.6 | 218.7 | 249.9 |
| *y/y change %* | | *0.0%* | *3.3%* | *10.1%* | *14.2%* |
| *y/y change % (cc) (4)* | | *6.2%* | *2.6%* | *10.3%* | *12.7%* |
| Non-GAAP EPS ($) | 50.76 | 66.88 | 72.60 | 78.24 | 103.04 |
| *y/y change %* | | *31.8%* | *8.5%* | *7.8%* | *31.7%* |
| Total Revenue ex. MSFT & ORCL (3) | 69.1 | 72.0 | 76.0 | 85.4 | 98.8 |
| *y/y change %* | | *4.2%* | *5.6%* | *12.4%* | *15.7%* |
| *y/y change % (cc) (4)* | | *10.4%* | *4.9%* | *12.6%* | *14.1%* |
| Non-GAAP EPS ex. MSFT & ORCL | 45.37 | 61.58 | 67.09 | 71.83 | 95.40 |
| *y/y change %* | | *35.8%* | *8.9%* | *7.1%* | *32.8%* |
| **S&P 500 (2)** | | | | | |
| Total Revenue | 10,374.8 | 10,013.6 | 10,180.9 | 10,854.4 | 11,795.9 |
| *y/y change %* | | *-3.5%* | *1.7%* | *6.6%* | *8.7%* |
| Non-GAAP EPS | 1,970.40 | 2,009.39 | 2,114.74 | 2,366.23 | 2,940.29 |
| *y/y change %* | | *2.0%* | *5.2%* | *11.9%* | *24.3%* |

Source: FactSet, iShares and Jefferies Research.
Note: The revenue and EPS numbers are only as reported the quarter the numbers were reported, meaning if a company restated historical numbers for ASC 606 those are not pulled for this table. We believe this impact can be felt most in CY2018, but we note that MSFT was an early adopter of ASC 606 and that impact is felt in CY2017. While ASC 606 can have a large impact on individual companies, we estimated the average total revenue impact on our coverage to be 0.3%. On Non-GAAP EPS, we estimated the average impact in our coverage universe to be 20.2%. This is consistent will the large year-over-year growth in Non-GAAP EPS ex. MSFT & ORCL in CY2018.
(1) Software index is represented by the iShares North American Tech-Software ETF (IGV), excluding ANSS, ATVI, CDK, EA, FICO, SNAP, TIVO, TTWO and ZNGA. This year tickers included: ACIW, ADBE, ADSK, AVYA, AZPN, BB, BL, BLKB, CDNS, CRM, CTXS, CVLT, DATA, DVMT, EBIX, EGHT, ELLI, EPAY, FEYE, FTNT, GWRE, HUBS, IMPV, INTU, MANH, MSFT, MSTR, NOW, NUAN, ORCL, OTEX, PAYC, PCTY, PEGA, PFPT, PRGS, PTC, QLYS, RHT, RNG, RP, RPD, SAIL, SNPS, SPLK, SSNC, SYMC, TYL, ULTI, VMW, VRNS, VRNT, WDAY and ZEN.
(2) S&P 500 is represented by the iShares S&P 500 ETF (IVV)
(3) ORCL revenue is calculated as non-GAAP revenue minus services (which includes consulting, advanced customer support and education services) and hardware revenue as reported by the company in its filings.
(4) Constant-currency revenue growth based on Jefferies estimated annual currency impact based on Rev Weightings of 24% in 1Q, 25% in 2Q, 25% in 3Q and 26% in 4Q.
As of December 18, 2018.

The performance of Software businesses reflects accelerating revenue growth (Chart 8). We believe Software's outperformance in 2018 is largely justified, as it and the Internet sector have the most to gain from the benefits noted in the next section of this report, *Positive Industry Thesis Remains Intact*. In turn, we believe other sectors will benefit from improved Software, which will enable companies to become more efficient and effective providers of products and services. However, valuation always matters and we questioned a year ago whether the broader market may have become somewhat stretched in some instances. In addition, we still believe that this sometimes chaotic,

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002619

**Technology**

Software

December 20, 2018

better world lends itself to misunderstanding, and we believe some software names may be riding waves that they have no right to.

# Positive Industry Thesis Remains Intact

We remain more positive on the prospects for the aggregate Software sector than perhaps we have been in our careers, which span almost two decades covering the space and more than a decade working in technology prior to that. This view has been consistent for the past few years, and recent field discussions and reported results serve only to validate it further. Our constructive bias is not necessarily due to new concepts in Software. Frankly, many of the new economic opportunities in Software are not novel concepts, but the application of them has become more practical today in that they now can be done at a reasonable cost. In other words, the economic equation has been turned on its head so that, for instance, a project to extract value from unstructured data may cost less than the value extracted for the first time in history. This is primarily because of advances in what we refer to as core computing technologies over the past 10-15 years that provide the foundation of Software solutions.

We are talking about are such developments as: much faster and cheaper memory, computing architectures that enable the use of all that memory, much faster and cheaper computing (including parallel processing) and storage, and, perhaps most important, much faster, cheaper, broader, and near ubiquitous bandwidth – the Internet. See Charts 9 and 10 for examples of significantly improved performance at lower cost. These are the building blocks for logical Software concepts that may have been discussed for a decade or more, but were not practical, including: Cloud, SaaS (Software-as-a-Service), Big Data, IoT (Internet of Things), AI (Artificial Intelligence) and ML (Machine Learning), SOA (Service Oriented Architectures), Digital Marketing, and others.

**Chart 9: IP Traffic per Month, Global in Exabytes (EB)**



Source: Cisco Visual Networking Index: Forecast and Trends, 2017-2022, November 26, 2018.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002620

**Technology**

Software

December 20, 2018

**Chart 10: Data Growth versus Data Storage Cost**



**Source: Jefferies (Mark Lipacis/Semiconductor team), Gartner**

**Expect Software to Benefit for Years to Come ...**

We expect Software names truly leveraged to the advances in core computing technologies to benefit for years to come, as **new** markets are only just beginning, and many **transition** markets still have far to go. We see three primary consequences of this:

1) **Expands Existing Markets.** This does not necessarily threaten existing technologies in some cases, but certainly expands the potential use of certain categories of technology to a much broader audience. For instance, relatively easily consumed SaaS solutions have enabled a segment of the corporate end market to utilize enterprise-class technology where they couldn't previously. The SMB, which typically does not have the resources (cash or expertise) to deploy on-premise technologies, provides greenfield opportunities for otherwise mature software segments. salesforce.com was a good example of this up until less than two years ago when it first started to see meaningful success at penetrating the enterprise. NetSuite and AWS are also examples of this trend, by expanding ERP and IT infrastructure, respectively, to the SMB. We provide a detailed description of how this has likely happened for the Identity and Access Management market in our report _Identity and Access Primer: Materially Underestimated Opportunity_, date June 14, 2018.

2) **Jumpstarts New Markets.** Some of these logical concepts that are now practical have jumpstarted new, significant markets, as the use of IT is expanded to address workloads that were not typically attempted in the past. We provide a detailed discussion and analyses of how we believe we are at the trough of a wave of tremendous wealth creation attributed to the concept of Big Data and extracting value from unstructured data in our report _Powered by Data: The Alchemy of Extracting Value from Big Data_, dated March 26, 2018.

   * For instance, extracting value from machine data was previously difficult, but can now be broadly applied at a reasonable economic cost relative to

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002621

**Technology**

Software

December 20, 2018

the value extracted, so names like Splunk and perhaps others should benefit. Elastic can achieve similar results, but with a different approach with Search technology at its core. Elastic's Search technology can be applied to many other use cases, as can Splunk's.

* This also applies to technology companies that apply existing technologies, such as Hadoop and NoSQL data stores, to problems that were much too difficult to solve with traditional data technologies, such as the relational database. These opportunities are largely incremental, though there is certainly some risk of cannibalization that we will continue to monitor (i.e., Hadoop in analytical processing and NoSQL in some transaction processing).

* In addition, parts of digital marketing (including marketing automation) are relatively new areas of value creation for enterprises. Hubspot is certainly one public company that has leveraged this, while Eloqua (acquired by Oracle) and ExactTarget's (acquired by salesforce.com) Pardot business also provide sophisticated marketing automation functionality that could not exist in their current form just ten years ago.

* Markets still on the come include AI (Artificial Intelligence) and ML (Machine Learning). How these markets will evolve is still unclear. Will AI and ML become embedded across all solutions and become incremental value as a feature to many applications? Or will they become independent markets where the neutral technology is applied across various applications? An example of how this is playing out is in the endpoint security market. Companies such as CrowdStrike and Cylance (acquired by BlackBerry) were early in applying AI to endpoint security, but now it seems that all vendors profess to have this functionality, making it confusing for customers (and analysts) as to who really has what and the differentiation between what various vendors call AI, and whether others provide the same value.

* Finally, the Internet has evolved into a relatively dependable enterprise platform, enabling the creation of some applications that could not be imagined otherwise, such as digital marketing and marketing automation, along with the Internet of Things (IoT). Saying IoT is in its infancy today may be too mature a description. In addition, this relatively reliable platform (the Internet) has enabled new dynamic subscription models that simply were not available previously, giving rise to companies such as Zuora to help manage them.

3) **Presents Risks to Some Existing Vendors/Markets.** Although we think these advances will support the growth of existing and new markets, at the same time, we're likely to see increased risks to established markets and vendors. On-premise software vendors that cater to the SMB are likely most at risk, as it seems logical to us that these corporate consumers of IT are most likely to move to Cloud solutions *en masse* to avoid the costs associated with datacenters (while also expanding software markets as they consume more IT than they ever had—because they can now do so through Cloud-based solutions). Those that cater to enterprises should fare better, especially those that offer hybrid solutions, or those that can be consumed either on premise or in a Cloud, since most large enterprise IT purchasers speak of a hybrid environment for the foreseeable future. Large enterprises have only started to move to SaaS solutions *en masse* for some applications over the past few years. Even in a segment like Human Capital Management (HCM), where a leader like Workday has been at it for longer than that, not much more than half of the Fortune 500 companies have transitioned to a SaaS HCM solution. Gartner believes SaaS deployments of

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002622

**Technology**

Software

December 20, 2018

HCM software will grow from 65% of the market in 2018 to more than 71% by 2020. We also note that IDC's forecast growth for the HCM/Payroll market reflects this trend, with on premise software expected to be about flat from 2017 to 2022, while SaaS revenue is anticipated to grow at about a 14% CAGR over that same period (Chart 11). The success of Workday in the enterprise Human Capital Management (HCM) market and Oracle's aggressive response is a recent example of how this might play out. Again, this could also result in greater use of IT overall, as easier to consume Cloud solutions encourage increased usage by large enterprises and SMBs alike.

**Chart 11: Worldwide HCM and Payroll Accounting Software Revenues — On Premise vs SaaS**

|  | 2017 | 2018E | 2019E | 2020E | 2021E | 2022E | CAGR, '17-'22 |
|---|---|---|---|---|---|---|---|
| HCM Software Revenues, On Premise | 4,450 | 4,462 | 4,423 | 4,393 | 4,332 | 4,259 | -0.9% |
| *% of Total On Prem + SaaS HCM Revenues* | *30%* | *28%* | *25%* | *23%* | *20%* | *18%* | |
| | | | | | | | |
| Payroll Accounting Software Revenues, On Premise | 2,801 | 2,907 | 2,965 | 3,016 | 3,063 | 3,095 | 2.0% |
| *% of Total On Prem + SaaS Payroll Revenues* | *60%* | *57%* | *54%* | *51%* | *49%* | *46%* | |
| | | | | | | | |
| **HCM/Payroll Software Revenues, On Premise** | **7,251** | **7,369** | **7,389** | **7,409** | **7,395** | **7,354** | **0.3%** |
| % of Total On Prem + SaaS HCM/Payroll Revenues | 38% | 35% | 32% | 29% | 27% | 24% | |
| | | | | | | | |
| HCM Software Revenues, SaaS | 10,208 | 11,603 | 13,284 | 15,114 | 17,164 | 19,427 | 13.7% |
| *% of Total On Prem + SaaS HCM Revenues* | *70%* | *72%* | *75%* | *77%* | *80%* | *82%* | |
| | | | | | | | |
| Payroll Accounting Software Revenues, SaaS | 1,868 | 2,171 | 2,484 | 2,840 | 3,240 | 3,692 | 14.6% |
| *% of Total On Prem + SaaS Payroll Revenues* | *40%* | *43%* | *46%* | *49%* | *51%* | *54%* | |
| | | | | | | | |
| **HCM/Payroll Software-as-a-Service Revenues** | **12,076** | **13,774** | **15,769** | **17,954** | **20,404** | **23,119** | **13.9%** |
| % of Total On Prem + SaaS HCM/Payroll Revenues | 62% | 65% | 68% | 71% | 73% | 76% | |
| | | | | | | | |
| **Total HCM/Payroll Software & SaaS Revenues** | **19,327** | **21,143** | **23,157** | **25,363** | **27,799** | **30,473** | **9.5%** |

Source: IDC Worldwide Human Capital Management and Payroll Applications Forecast, 2017–2022, June 2018

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002623

**Technology**

Software

December 20, 2018

### ... But Beware Pretenders

With this opportunity comes deserved excitement, and with this excitement can come hype, and with hype comes room for "white lies" or the ability to present something in a way that is not quite accurate. Software outperformed the market by 17% in 2018, and while Growth names outperformed Value names, we have seen some outperformance beyond those names that we think would naturally benefit from the developments noted above. There is a broader recognition of the value inherent in the Software model (see next section *Software — Playing Offense and Defense*), though we also see a risk that all of Software is painted with the same brush. We believe the rally is justified for many stocks, but others have been riding waves that they don't belong on and will likely come crashing onto the shore. For instance, try to find a company that doesn't say it is leveraging AI (Artificial Intelligence). Many are, but that doesn't mean that their solutions are useful to clients or on par with leaders in this field. In addition, any company that is struggling for whatever reason seems to pivot its business model to a subscription transition for a more favorable view from investors. A move to a subscription model can increase the value of a software company, but there logically would have to be a customer incentive to move to subscription, in addition to just a vendor benefit. "It's just like Adobe" is the rallying cry. The problem is that it often is not just like Adobe, as we believe is the issue with Tableau's model transition, since we are not sure why customers choose to make the transition and the transition has obfuscated investors ability to calculate new business.

## Software — Playing Offense and Defense

In addition to the secular forces that we believe have emerged in the past few years, there are also attractive foundational characteristics of the Software sector and financial models that have always been present, as we outline below.

Despite pronounced volatility relative to the overall market in the past couple of years, primarily because of periods of macroeconomic concern, we believe that Software fundamentals remain sound and the sector's unique business model characteristics provide resilience during uncertain times. Software is typically considered a growth-focused sector with "offensive" characteristics driven by disruptive secular themes and continued new business growth. However, Software also has substantial "defensive" characteristics as Maintenance and highly transparent subscription renewal streams provide a defensive backstop in difficult times. Herein we discuss the unique fundamental characteristics of typical Software business models.

### Corporate Customer Base

Most Software companies cater (often exclusively) to corporate customers, resulting in greater customer stickiness and higher revenue retention rates. The consumer exposure of Software is concentrated largely with Microsoft, with Adobe, Intuit, and Symantec also having some exposure.

### Perpetual License Model

The "traditional" Software model (still employed by many) is to sell perpetual licenses that give the purchaser the right to use a certain capacity (often based on seats, users, or CPUs running the software for infrastructure) forever. An annual maintenance fee can be paid for continued support, product updates, and bug fixes. If the buyer does not pay the maintenance, it still has the right to use the software at the capacity purchased, but without the benefits associated with maintenance.

### Subscription Model

More and more companies recently have been employing or moving toward Software as a Service (SaaS) or other subscription models. Unlike the perpetual model, subscriptions give the buyer the right to use the software for the term in which subscription is paid (not perpetually). Contract terms can vary, but subscriptions are often paid for on either

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002624

monthly or annual terms. There are typically no additional maintenance fees as updates and support are incorporated into the subscription. We term New Subscription ACV (Annual Contract Value) growth as the equivalent of License growth for a SaaS business – see our note dated May 20, 2015, *The Value of Growth*, for more detail.

### Maintenance and Subscription Renewals

Enterprises generally pay the maintenance fee to ensure the software is up-to-date and fully functioning. Once a product is being utilized in a business, it is difficult to replace, assuming it is providing the functionality that it promised – the expression "If it ain't broke, don't fix it" tends to apply. Many software vendors boast greater than 90% maintenance renewal rates and most claim greater than 85%. Subscription renewals are like maintenance renewals, though the renewal rates of subscriptions are typically lower than that for maintenance because of lower switching costs, a larger portion of SMB (small to medium business) customers, or other dynamics tied to the lack of control of the IP (intellectual property). However, even subscription renewals for most subscription-based companies are typically 80% or better, and some boast renewals in the 90% range.

- **Renewals Provide Most of the Profit for Enterprise Software Companies.** We believe that maintenance, not licenses, provides the overwhelming majority of profit for a software company. Maintenance is very profitable for an enterprise software company, often providing 85% operating margins, in our estimation. We note this is not always true, especially for companies that provide a combination hardware/software solution. License has traditionally been the focus for software investors, as it indicates growth in new customers and capacity. Companies like Oracle have been preaching for years that the primary benefit of new software license revenue is that it results in incremental maintenance. We believe that for many software companies license sales alone are not profitable, or are only marginally profitable. We believe similar dynamics hold for a subscription-based software company as it relates to subscription renewals (relative to maintenance) and new subscriptions (relative to license), though subscription renewals may have a lower operating margin (than maintenance) of about 75% or so since subscription companies often must run data centers to provide the service (in the case of SaaS companies). On the other hand, on premise subscription companies likely have similar margins to maintenance.

- **Renewals Are Cumulative in Nature.** Given high renewal rates for maintenance and subscription, they are largely cumulative, offering a high degree of transparency and less dependence on new customer growth. More mature software companies that have been in business longer often have a greater absolute amount of maintenance than license, and a greater percentage of maintenance relative to total revenue. For this reason, we estimate that maintenance accounts for substantially more (as a percentage) of total enterprise software revenue than it did a decade ago. Although most subscription-based companies are relatively young (compared to most traditional software companies), their relatively high subscription renewals provide a cumulative aspect similar to maintenance renewals.

### Profitability Should Be Resilient in Difficult Times

Because of the profitability and stickiness of maintenance and subscription renewals, as well as their greater percentage of total industry revenue, enterprise software companies should be able to maintain relative stability of their bottom lines even in a recessionary environment – at least better than most tech sectors. This assumes managements will adjust their expense structure accordingly when appropriate. We experienced this for the Software sector in the 2009 recessionary environment, when Software outperformed the S&P by about 17.1 points, and the NASDAQ by about 14.1 points.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.



CONFIDENTIAL

CARB-00002625

**Technology**

Software

December 20, 2018

**It All Comes Down to Valuation**
The characteristics of the software model and its very attractive maintenance (and subscription renewal) stream aside, investment decisions should also consider stock-specific valuation. Some names seem stretched to us at current levels, but we believe long opportunities exist within the sector regardless of where the environment takes us – bullish or bearish. We note that about 19% of software companies that we track are currently trading below what we calculate to be the value of their maintenance-like revenue (Chart 61). We estimate the net present value of the future cash flow from $1 of maintenance to be worth about $6, assuming no growth at all – for more information, see our weekly piece published every Friday titled The Right Price, most recently published December 14, 2018.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002626

**Technology**

Software

December 20, 2018

# The IT Spending Backdrop; Geographic and Vertical Exposure

## Summary

Only 20 years ago, the macro economy was thought to have little effect on spending patterns in the broader IT sector and software specifically, as secular trends seemed to outweigh any cyclical effects. This is no longer the case. The macro economy affects corporate IT purchasing decisions around the world today, as do geopolitical factors (see the Geopolitical and Other Considerations section in this report). For instance, new business sales slowed for every public software company that we know of during the recession of 2008-2009, even for VMware when most companies were only at the beginning of their quest to virtualize their server environment, thereby improving performance **and importantly, saving money**. In addition, a decade of artificially sustained, historically low worldwide interest rates have provided support for equities. This support could persist; despite the rising interest rate environment that began in earnest in 2017, rates are still low relative to historical norms. Increased federal government spending has similarly provided stimulus to the US economy during and after the recession of 2008 and 2009. The forecast federal US IT spending within the budget is expected to grow modestly. Meanwhile, the major European economies appear poised for spending growth at a slightly slower than 2018, though still at strong levels. Finally, from a tactical perspective, if currency exchange rates remain where they are today, we expect the positive impact (average 2% benefit) to the top-line results of US-based software companies.

We believe that **about half of global software demand (the half we can gauge) is well-positioned for decent growth for 2019**, following strong growth in 2018. Discretionary budgets of the most relevant European governments (which altogether represent 8-14% of worldwide software spending) are expected to increase by low- to mid-single digits in aggregate, similar to 2018. This would mark a fifth consecutive year of growth. US government IT spending (about 6% of worldwide IT spending) is forecast to grow 1.7% in 2019 (as of February 2018 data from the latest president's budget), decelerating from estimated 5.5% growth in 2018. Japan (about 9% of worldwide IT and 5% of worldwide Software spending) total IT expenditures are forecast to grow nearly 3% in fiscal 2019, per government data and our estimates, an uptick from 1.9% in fiscal 2018. We believe that IT budgets in the financial services vertical (representing 23% of worldwide spending) will grow at least modestly in 2018, while industry analysts (IDC and Gartner) project approximately mid-single-digit growth. We will attempt to monitor impacts to IT budgets of the financial services vertical, which can change more quickly than other forces.

**Governments & Financial Services Represent Over 40% of Global Software Spending**
According to the latest data from Gartner, worldwide IT spending totaled over $3.0 trillion in 2017, and is expected to grow at a 4% CAGR through 2022, while within this, worldwide Software spending was over $510bn, and expected to grow at an 8% CAGR through 2022. We consider the diverse end-markets and geographies that spend on Software and IT, as shown below. Government and the global financial services industry (including banking, insurance, and securities companies) are the two verticals with the highest concentration of corporate consumers. As a result, we intend to follow the health of government budgets and the financial services industry in greater depth and will update investors periodically as developments occur.

Governments (national, local, and regional) were responsible for 18% of worldwide software spending and 15% of worldwide IT spending in 2017 (Charts 12 and 13). Meanwhile, the global financial services industry (including Banking, Insurance, and

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002627

## Technology

Software

December 20, 2018

Securities) was responsible for 24% of worldwide software spending and 23% of worldwide IT spending. We discuss government spending on IT in more detail below, including how this number likely underestimates this important vertical's impact, especially in Europe, which surprised investors with shortfalls several years ago, although it has more recently surprised to the upside.

Software and IT also serve geographically diverse end-markets, with the greatest concentration in North America, which accounts for 49% of software spending and 38% of IT spending, according to Gartner. The US represents over 90% of total North American Software and IT spending, or 46% of worldwide software and 35% of worldwide IT spending. See Charts 14 and 15 below. *In summary, we believe that more than 40% of global software and IT spending is sourced through three demand sources: US government (about 6-8%), European governments (about 8-14%), and the financial services vertical (about 23-24%).*

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

# Jefferies

CONFIDENTIAL

CARB-00002628

## Technology

Software

December 20, 2018

**Chart 12: Worldwide Software Spending by Vertical/Industry (CY2017)**



Source: Gartner (Enterprise IT Spending by Vertical Industry Market, Worldwide, 2016-2022, 3Q18 Update)

**Chart 13: Worldwide IT Spending by Vertical/Industry (CY2017)**



Source: Gartner (Enterprise IT Spending by Vertical Industry Market, Worldwide, 2016-2022, 3Q18 Update)

**Chart 14: Worldwide Software Spending by Geography (CY2017)**



Source: Gartner (Enterprise IT Spending by Vertical Industry Market, Worldwide, 2016-2022, 3Q18 Update)

**Chart 15: Worldwide IT Spending by Geography (CY2017)**



Source: Gartner (Enterprise IT Spending by Vertical Industry Market, Worldwide, 2016-2022, 3Q18 Update)

# US Government Influence on Worldwide Software and IT Spending Remains Significant

**US Government Share of IT/Software Spending Still Significant**

US governments (including federal, state, and local) represented approximately 19% of US software spending and 16% of US IT spending in 2017 (Chart 16). This marks a continued decline from a peak of about 23% in 2009, inflated by federal government programs aimed at stimulating the economy during and after the 2008-2009 recession. Nonetheless, the US government remains one of the most significant contributors to US technology expenditures, even while software and IT spending in other verticals has

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002629

**Technology**

Software

December 20, 2018

modestly outpaced the government. Additionally, despite the modest decline in the US government contribution, aggregate US software and IT spending have continued to slightly outpace global spending. *As a result, the US government still accounts for approximately 8% of global software spending (= 18.5% x 45.7%) and 6% of global IT spending (= 15.9% x 35.1%) in 2017, with software decreasing <1 point and IT spending unchanged from a year ago*.

After the uptick in US federal government spending during the recession to levels that then moderated, Gartner forecasts that the government's share of spending will continue to decrease modestly to less than18% of US software spending by 2022, around pre-recession levels, while the government's contribution to total US IT spending is expected to decline only modestly, remaining near 16%. A slightly lower government contribution to US software spending, per Gartner, is attributable to lower projected growth in US government spending relative to overall US software spending. Gartner estimates US government spending on software to grow at a 7.3% CAGR in 2017-2022 (up from last year's 6.4%), while overall US software spending is expected to grow at an 8.5% CAGR during the same period (up slightly from last year's 8.4%). Meanwhile, Gartner expects US government IT spending to grow at a 3.7% CAGR in 2016-2021 (up from last year's 3.1%), near overall US IT spending growth of 3.8% (up slightly from last year's 3.7%).



**Chart 16: Government Spending as % of Total US Software and IT Spending**



Source: Gartner (Worldwide Enterprise IT Spending by Vertical Industry Market, 3Q18, 3Q17, 3Q16, 3Q15, 3Q13, 3Q11, and 3Q10 Updates)

**Modest US Federal IT Spending Growth Projected for FY 2019**

The US federal government has increased its spending on IT every fiscal year since 2012 (Chart 17). According to the president's latest IT Budget (February 2018), total US federal IT spending was estimated to have grown 5.5% in fiscal 2018 (September end), or 2.1% growth excluding defense and healthcare IT spending. *According to the latest budget, US federal IT spending is projected to grow more modestly in fiscal 2019, at 1.7% in aggregate, driven by defense IT spending for a total of $92.2bn.*

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.



CONFIDENTIAL

CARB-00002630

**Technology**

Software

December 20, 2018

Note that at this time last year, US Federal IT spending was projected to grow at a similar 1.7%, but instead grew at about 5.5%. Similarly, at this time in 2016, US Federal IT spending was projected to grow at 1.3%, then grew at about 4.2%. *This leaves us to believe that US Federal IT spending will support relatively consistent growth in software and IT.*

**Chart 17: US federal government IT Expenditures, Fiscal Years**



Source: Jefferies, Office of Management and Budget (OMB), as of November 2018
Note: Recent data from the OMB excludes state grants that were included in prior data. All numbers have been restated to exclude these grants.

## European Software and IT Spending – As Much Politics as Economics

European governments have an even greater impact on IT and software spending than in the US because they provide heavier subsidies to various industry verticals than in other parts of the world. These verticals include healthcare, transportation, education, and even manufacturing in some instances. We believe direct plus indirect government spending in Europe accounts for 30-40% or perhaps even up to 50% of IT spending (including software) in the region. Therefore, it is important to track the discretionary government budgets of the largest IT spenders in the region, particularly the UK, Germany, and France, and to a lesser extent Netherlands and Italy. The top three country spenders account for 56% of software spending and 54% of aggregate European IT spending. *Based on the latest government budget forecasts for the five largest European governments in terms of IT spending, we see a 5.1% weighted average increase in 2019 governmental discretionary spending, a slight decline from 2018 and an improvement from 2017. While there are investor and vendor concerns about the development of the region in 2019, this data indicates that those concerns may be overblown.*

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002631

**Technology**

Software

December 20, 2018

**European Governments Represent 8-14% of Worldwide IT/Software Spending**
According to Gartner, European governments represented approximately 17% of direct software spending and 15% of direct IT spending in Europe in 2017. These percentages are nearly unchanged from 2014, though government's share of total IT spending declined 1 point in the past year. See Charts 18 and 19 below. Given that Europe accounts for about 28% of worldwide software spending and 27% of worldwide IT spending, one might conclude that European governments account for approximately 5% of total global software spending (= 17% x 28%) and 4% of aggregate IT spending (= 16% x 27%). However, we think this is only part of the story, and somewhat misleading.

We estimate that spending on software by European governments represents 8-14% of worldwide software and IT spending. Europe represents about 28% of worldwide software spending and 27% of worldwide IT spending, with European governments representing 30-40% or perhaps as high as 50% of spending in the region, so [28% x (30-50%) ≈ 8-14% worldwide software spending; 27% x (30-50%) ≈ 8-14% worldwide IT spending].

**Chart 18: European Software Spending by Vertical/Industry (CY2017), $138B**



**Chart 19: European IT Spending by Vertical/Industry (CY2017), $819B**



Source: Gartner (Enterprise IT Spending by Vertical Industry Market, Worldwide, 2016-2022, 3Q18 Update)

Source: Gartner (Enterprise IT Spending by Vertical Industry Market, Worldwide, 2016-2022, 3Q18 Update)

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002632

## Technology

Software

December 20, 2018

**Chart 20: European Software Spending Country (CY2017), $118B**



Rest of Europe 33%

United Kingdom 24%

Italy 5%

Germany 20%

Netherlands 6%

France 13%

Source: Gartner (Enterprise IT Spending by Vertical Industry Market, Worldwide, 2016-2022, 3Q18 Update)

**Chart 21: European Software Spending by Country (CY2017), $118B**

| Country | 2017 Spend ($B) | % of Europe |
|---|---|---|
| United Kingdom | 28.5 | 24% |
| Germany | 23.1 | 20% |
| France | 14.9 | 13% |
| Netherlands | 7.2 | 6% |
| Italy | 6.2 | 5% |
| Switzerland | 4.8 | 4% |
| Spain | 4.1 | 3% |
| Sweden | 3.8 | 3% |
| Rest of Eastern Europe | 2.8 | 2% |
| Belgium | 2.7 | 2% |
| Denmark | 2.7 | 2% |
| Russia | 2.2 | 2% |
| Norway | 2.1 | 2% |
| Poland | 2.1 | 2% |
| Rest of Western Europe | 2.0 | 2% |
| Austria | 1.9 | 2% |
| Finland | 1.9 | 2% |
| Czech Republic | 1.6 | 1% |
| Ireland | 1.3 | 1% |
| Hungary | 0.8 | 1% |
| Rest of Europe | 1.7 | 1% |
| **Total** | **118.4** | **100%** |

Source: Gartner (Enterprise IT Spending by Vertical Industry Market, Worldwide, 2016-2022, 3Q18 Update)

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.



**Jefferies**

CONFIDENTIAL

CARB-00002633

**Technology**

Software

December 20, 2018

**Chart 22: European IT Spending Country (CY2017), $819B**



Source: Gartner (Enterprise IT Spending by Vertical Industry Market, Worldwide, 2016-2022, 3Q18 Update)

**Chart 23: European IT Spending by Country (CY2017), $819B**

| Country | 2017 Spend ($B) | % of Europe |
|---|---|---|
| United Kingdom | 203.0 | 25% |
| Germany | 138.1 | 17% |
| France | 99.7 | 12% |
| Italy | 51.8 | 6% |
| Spain | 45.8 | 6% |
| Netherlands | 41.5 | 5% |
| Russia | 28.4 | 3% |
| Sweden | 27.0 | 3% |
| Switzerland | 25.9 | 3% |
| Belgium | 20.7 | 3% |
| Rest of Eastern Europe | 17.2 | 2% |
| Norway | 15.7 | 2% |
| Denmark | 15.4 | 2% |
| Rest of Eurasia | 13.6 | 2% |
| Poland | 12.4 | 2% |
| Finland | 12.4 | 2% |
| Austria | 11.6 | 1% |
| Ireland | 8.7 | 1% |
| Czech Republic | 8.0 | 1% |
| Portugal | 7.0 | 1% |
| Rest of Europe | 15.2 | 2% |
| **Total** | **819.1** | **100%** |

Source: Gartner (Enterprise IT Spending by Vertical Industry Market, Worldwide, 2016-2022, 3Q18 Update)

Unfortunately, specific data on IT or software spending from European government sources is not readily available. Therefore, we track the "discretionary" budgets (total government expenditures less interest expense and social security, unemployment, and welfare payments) for the most important IT spending countries in Europe below. Note that the UK government's fiscal year ends in March, while the fiscal years for Germany, France, Netherlands and Italy are aligned with the calendar year. This is important since new spending patterns take hold once the new budgets come into practice.

**Continued Solid Growth for Major Euro Government Discretionary Spending**
The outlook for discretionary spending by the five largest European country contributors to worldwide software and IT spending in 2018 appears positive in aggregate. On a weighted-average basis of the countries' IT spending (representing a total 65% of European IT spending), we see a 5.1% increase in governmental discretionary spending for these five countries in 2019. See Chart 24 below. This is a slight deceleration from the projected 5.6% growth for 2018 (based on 10-11 months of actual data), but an improvement from 2.8% growth in 2017. It would also mark a second consecutive year of solid growth.

Growth in 2018 has been substantially stronger than expected. In last year's outlook, we forecast 2.5% growth for the region, which now looks poised for 5.6% growth. Four of the countries spent more than we expected, though Germany and the Netherlands stand out.

Note that the expected modest growth deceleration from 2018 is primarily due to moderated growth in Germany and France, which together represent nearly one quarter

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002634

**Technology**

Software

December 20, 2018

of total European IT spending. Germany's 2019 budget plan implies a 4.5% increase in discretionary governmental expenditures, down from 9.6% anticipated growth in 2018. We note that Germany operates a balanced budget; thus, as tax receipts have been strong over recent years, the country has had the ability to increase spending. Germany's budget plan is in currently going through the approval process in the country's parliament; we expect that the final budget will likely be close to the government's request. Should the final budget differ significantly, we will provide an update.

Meanwhile, UK discretionary growth is expected to accelerate to 7.5% in fiscal 2020 (ending 31 March 2020), versus 3.9% projected growth in fiscal 2019. We note the country is poised to exit from the European Union, and it seems logical that the government will attempt to increase spending and investment in the face of potential economic risks and opportunities because of this event. France's 2019 government budget implies a 0.5% increase in discretionary expenditures, down from the projected 3.6% increase in 2018. We note that there is potential for France to revise its budget downward (as with several other European nations), as the European Commission has challenged the country for not meeting prior budget commitments.

**Chart 24: Estimated European Government IT Spending Growth (UK, Germany, France), 2018 and 2019**

| Country | % IT Spending in Region | 2018 Planned Growth | | 2018 Actual Growth | | 2019 Planned Growth | |
| | | Govt. Discretionary Budget Growth | Weighted Growth | Govt. Discretionary Budget Growth | Weighted Growth | Govt. Discretionary Budget Growth | Weighted Growth |
| --- | --- | --- | --- | --- | --- | --- | --- |
| U.K. | 25% | 2.7% | 1.0% | 3.9% | 1.5% | 7.5% | 2.9% |
| Germany | 17% | 2.0% | 0.5% | 9.6% | 2.5% | 4.5% | 1.2% |
| France | 12% | 1.7% | 0.3% | 3.6% | 0.7% | 0.5% | 0.1% |
| Italy | 6% | 1.7% | 0.2% | 1.6% | 0.2% | 4.0% | 0.4% |
| Netherlands | 5% | 5.9% | 0.5% | 9.5% | 0.7% | 7.6% | 0.6% |
| Total | 65% | | 2.5% | | 5.6% | | 5.1% |

Source: Jefferies estimates, UK HM Treasury Budget 2018 (October 2018), Germany Bundesministerium der Finanzen documents (November 2018), French government, Italian government, Italian government and European Commission documents (October 2018)

* **UK Discretionary Spending Expected to Strongly Increase in 2019.** The preliminary UK government budget forecast released in October 2018 indicates that total discretionary spending is now expected to increase 3.9% in its fiscal 2019 ending March (the most comparable period to calendar 2018) and then increase by 7.5% in fiscal 2020 (Charts 25 and 26). The UK is the largest contributor to European Software and IT spending, at 24% of total European Software spending and 25% of total European IT spending.

    * **Positive Discretionary Budget Outlook Post-Brexit.** In the UK's fiscal 2019 Budget, released in October 2018, total discretionary governmental expenditures are projected to grow 3.9% in fiscal 2019 (ending April 2019) and 7.5% in fiscal 2020. This is a notable acceleration from the 0.8% in fiscal 2018, and the fiscal 2020 plan is the greatest growth we've seen in discretionary spending since we started tracking it at the onset of European government "austerity plans," which took hold in 2012. We view the positive discretionary spending growth and expected acceleration next year as an early indication of the UK government's willingness to spend to support economic growth following the country's departure from the European Union. We also believe this should assuage any concerns following Brexit about the government's primary focus on running a balanced budget that would lead to discretionary spending cuts (Charts 25 and 26).

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.



**Jefferies**

CONFIDENTIAL

CARB-00002635

**Technology**

Software

December 20, 2018

### Chart 25: UK Government Expenditure

in billions £ ; FY ends March, 31

| | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 | FY2019E | FY2020E | FY2021E |
|---|---|---|---|---|---|---|---|---|---|---|
| Resource Departmental Expenditure Limits (DEL) * | 333.6 | 331.2 | 330.7 | 325.0 | 325.4 | 329.5 | 331.2 | 333.7 | 348.8 | 361.3 |
| Resource Annually Managed Expenditures (AME) ** | 312.4 | 344.6 | 334.5 | 349.8 | 357.2 | 363.2 | 376.6 | 397.8 | 403.1 | 412.3 |
| **Public sector current expenditures** | **646.0** | **675.7** | **665.2** | **674.8** | **682.6** | **692.7** | **707.8** | **731.5** | **751.9** | **773.6** |
| Capital DEL * | 49.8 | 49.1 | 49.7 | 53.2 | 48.6 | 51.3 | 55.7 | 61.5 | 75.0 | 77.6 |
| Capital AME ** | 19.4 | 30.9 | 19.9 | 22.4 | 25.5 | 28.0 | 26.0 | 19.8 | 14.7 | 15.8 |
| **Public sector capital expenditures** | **69.1** | **80.0** | **69.7** | **75.6** | **74.2** | **79.3** | **81.7** | **81.3** | **89.7** | **93.4** |
| **Total Managed Expenditures** | **715.1** | **755.7** | **734.8** | **750.4** | **756.8** | **772.0** | **789.5** | **812.8** | **841.6** | **867.0** |
| *y/y change* | *NA* | *5.7%* | *-2.8%* | *2.1%* | *0.8%* | *2.0%* | *2.3%* | *3.0%* | *3.5%* | *3.0%* |
| | | | | | | | | | | |
| **Resource DEL, Excluding Depreciation** | 314.3 | 309.7 | 308.4 | 307.8 | 306.7 | 304.3 | 302.5 | 310.8 | 325.4 | 336.8 |
| **Capital DEL** | 49.8 | 49.1 | 49.7 | 53.2 | 48.6 | 51.3 | 55.7 | 61.5 | 75.0 | 77.6 |
| **Total Discretionary (DEL) Expenditures** | **364.1** | **358.8** | **358.1** | **361.0** | **355.3** | **355.5** | **358.3** | **372.3** | **400.4** | **414.4** |
| *y/y change* | *-3.0%* | *-1.5%* | *-0.2%* | *0.8%* | *-1.6%* | *0.1%* | *0.8%* | *3.9%* | *7.5%* | *3.5%* |

Source: UK HM Treasury Budget 2018 and Jefferies estimates



### Chart 26: UK Government Discretionary Expenditure Trend

Source: UK HM Treasury Budget 2018 and Jefferies estimates

* **Moderating, But Still Solid German Government Growth.** Germany's 2019 discretionary government budget is expected to increase 4.5%, following 9.6% growth implied in the latest 2018 budget estimate (with 11 months of actual data). Note that 2018 spending significantly exceeded the 2.0% budget plan at this time last year. We approximate Germany's discretionary government budget by excluding interest expense, social insurance payments and welfare from total budgeted expenditures. While total government expenditures are forecast to grow 3.7%, discretionary expenditures are forecast to growth 4.5% in 2019 due to a more modest 3.1% increase in social insurance payments and interest expenses (Charts 27 and 28).

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002636

# Technology

Software

December 20, 2018

## Chart 27: Germany Government Expenditure
(€bn, December FY end)

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Government Expenditures** | 254.2 | 270.6 | 296.2 | 306.8 | 307.8 | 295.5 | 299.3 | 310.6 | 325.4 | 343.6 | 356.4 |
| *y/y change* | | *6.5%* | *9.5%* | *3.6%* | *0.3%* | *-4.0%* | *1.3%* | *3.8%* | *4.8%* | *5.6%* | *3.7%* |
| **Government Expenditures, ex. interest expense** | 254.2 | 270.6 | 263.4 | 276.3 | 276.5 | 269.6 | 278.2 | 293.1 | 307.9 | 325.5 | 337.6 |
| *y/y change* | | *6.5%* | *-2.7%* | *4.9%* | *0.1%* | *-2.5%* | *3.2%* | *5.3%* | *5.1%* | *5.7%* | *3.7%* |
| **Government Expenditures, ex. interest and Social Insurance expense** | 106.4 | 107.1 | 108.2 | 123.4 | 130.8 | 120.8 | 124.6 | 132.5 | 139.1 | 152.5 | 159.3 |
| *y/y change* | | *0.6%* | *1.0%* | *14.0%* | *6.0%* | *-7.6%* | *3.2%* | *6.3%* | *5.0%* | *9.6%* | *4.5%* |

Source: Germany Bundesministerium der Finanzen monthly reports (2009-2017; November 2018)

### Chart 28: German Government Spending Trend



Source: Jefferies estimates and Germany Bundesministerium der Finanzen monthly reports
(2009-2017; November 2018)

* **Flattish Discretionary French Government Budget, With Downward Pressure.** According to the French government draft budget released in October 2018, discretionary spending in 2019 is expected to increase 0.5% following a 3.6% projected increase in 2018 and a 4.1% increase in 2017 (Charts 29 and 30). Note that the French budget (along with those of Belgium, Portugal, and Slovenia) has been challenged by the European Commission for not sufficiently reducing the country's deficit, and thus may be subject to change.

## Chart 29: French Government Expenditures and Calculation of Discretionary Budget
in billions € ; FY ends Dec 31

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|
| **Total Expenditure Target** | 1,317.9 | 1,206.9 | 1,226.1 | 1,243.2 | 1,257.1 | 1,294.8 | 1,312.2 | 1,317.9 |
| **Subtract Compensation of Employees, Social Payments & Interest Exp** | | 866.6 | 882.8 | 892.1 | 902.7 | 925.8 | 929.9 | 933.9 |
| **Total Discretionary Expenditures** | 340.3 | 340.3 | 343.3 | 351.2 | 354.4 | 369.0 | 382.2 | 384.0 |
| *y/y change* | | *0.0%* | *0.9%* | *2.3%* | *0.9%* | *4.1%* | *3.6%* | *0.5%* |

Source: Jefferies estimates and French government and European Commission documents (October 2018)

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

Jefferies

CONFIDENTIAL

CARB-00002637

**Technology**

Software

December 20, 2018

**Chart 30: French Government Discretionary Spending Trend**



Source: Jefferies estimates and French government and European Commission documents (October 2018)

* **Solid Italian Discretionary Budget Growth, With Downward Pressure.** Italian government discretionary spending is forecast to increase 4.0% in 2019, following a projected 1.6% increase in 2018 (as of the draft budget plan released in October 2018). According to the draft budget, nominal GDP is expected to increase 3.1% in 2019, following 2.5% growth in 2018. As in France, we caution that the European Commission has rejected Italy's budget proposal as Italy would continue to run a budget deficit, whereas the country had previously committed to a balanced budget to work toward reducing outstanding debt. Italy's planned budget could thus be subject to future changes.

* **Solid Netherlands Discretionary Budget.** Dutch government discretionary spending is expected to increase 7.6% in 2019, following a projected 9.5% increase in 2018 (as of the draft budget plan released in October 2018). According to the draft budget, nominal GDP is expected to increase 5.2% in 2019, following 4.8% growth in 2018.

## Asia-Pacific Spending – Smaller Portion of the Pie

### Asia Pacific IT Spending Dominated by Japan and China

According to Gartner, the Asia Pacific region represented about 16% of software and 25% of worldwide IT spending in 2017. Japan is the largest contributor in the region, accounting for 5% of software and 9% of IT spending worldwide. China, despite having the second largest economy in the world, spends less than Japan on enterprise technology, at only 3% of software and 6% of worldwide IT spending worldwide. This is due in part to rampant software piracy in China, as well as human capital and machinery intensive manufacturing representing a large mix of GDP relative to more developed countries. Together, Japan and Greater China (incl. Hong Kong & Taiwan) comprise about 49% and 60% of software and IT spending, respectively, in the Asia Pacific region. Australia, the third largest spender in the region, represents about 18% of software spending and 10% of IT spending in the region. See Charts 31 through 34 below.

Enterprise software spending in China is projected to grow at an approximate 15% CAGR from 2017 through 2022, according to Gartner, outpacing the average worldwide software spending growth forecast of 8%, while Japan's 6% projected CAGR is expected to lag the average. Therefore, it's plausible that an indication of slowdown in China's economic outlook could cause a knee-jerk reaction by investors. However, given China's relatively small share of global technology spending, the direct impact of an economic

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002638

**Technology**

Software

December 20, 2018

slowdown should be very limited. Based on the latest World Bank forecasts, Chinese GDP growth is set to decelerate slightly to 6.2% in 2019, versus a projected 6.5% in 2018. Meanwhile, Japanese IT spending is expected to increase to nearly 3% in 2019, an acceleration from 2016 and 2017.

**Chart 31: Asia Pacific Regions as a Percentage of Worldwide Software Spending**



Source: Gartner (Enterprise IT Spending by Vertical Industry Market, Worldwide, 2016-2022, 3Q18 Update)

**Chart 32: Asia Pacific Regions as a Percentage of Worldwide IT Spending**



Source: Gartner (Enterprise IT Spending by Vertical Industry Market, Worldwide, 2016-2022, 3Q18 Update)

**Chart 33: APAC Software Spending by Country (CY2017), $82B**

| Country | Spend ($B) | % of APAC | % of Worldwide |
|---|---|---|---|
| Japan | 26.2 | 32% | 5% |
| Australia | 15.1 | 18% | 3% |
| China | 14.2 | 17% | 3% |
| India | 6.8 | 8% | 1% |
| South Korea | 5.3 | 6% | 1% |
| Singapore | 3.5 | 4% | 1% |
| Taiwan | 2.1 | 3% | 0% |
| New Zealand | 2.0 | 2% | 0% |
| Hong Kong | 2.0 | 2% | 0% |
| Malaysia | 1.8 | 2% | 0% |
| Rest of Emergi | 1.3 | 2% | 0% |
| Thailand | 1.2 | 1% | 0% |
| Other | 0.8 | 1% | 0% |
| Total | 82.3 | 100% | 16% |

Source: Gartner (Enterprise IT Spending by Vertical Industry Market, Worldwide, 2016-2022, 3Q18 Update)

**Chart 34: APAC IT Spending by Country (CY2017), $763B**

| Country | Spend ($B) | % of APAC | % of Worldwide |
|---|---|---|---|
| Japan | 265 | 35% | 9% |
| China | 195 | 26% | 6% |
| Australia | 80 | 10% | 3% |
| India | 54 | 7% | 2% |
| South Korea | 46 | 6% | 2% |
| Rest of Emergi | 27 | 4% | 1% |
| Singapore | 23 | 3% | 1% |
| Hong Kong | 14 | 2% | 0% |
| Malaysia | 14 | 2% | 0% |
| Indonesia | 13 | 2% | 0% |
| Taiwan | 12 | 2% | 0% |
| Thailand | 10 | 1% | 0% |
| Other | 9 | 1% | 0% |
| Total | 763 | 100% | 25% |

Source: Gartner (Enterprise IT Spending by Vertical Industry Market, Worldwide, 2016-2022, 3Q18 Update)

**Japan — Steady Growth Outlook for the Largest Asia-Pacific Spender**

Japan is the largest software and IT spender in the Asia Pacific region. According to the Ministry of Economy, Trade, and Industry (METI), Japanese IT expenditures are expected

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002639

# Technology

Software

December 20, 2018

to have grown 1.9% in fiscal 2018 (ending 31 March 2019), after growing 2.5% the prior year. We project Japanese IT spending growth to accelerate to 2.9% in fiscal 2019 (ending 31 March 2020) (Chart 35).

Using our projected fiscal 2018 IT spending growth as a proxy for Japanese Software spending growth, this would equate to 0.15% in global software growth (= 5.0% global software spending from Japan x 2.9% projected growth in Japan IT spending). This illustrates the relatively minor significance of the Asia Pacific region to IT and software spending, as the region's largest-spending country has little impact on worldwide demand even with the nearly 3% growth projected for fiscal 2019 to be the highest since fiscal 2007 (9% growth).

**Chart 35: Total IT Spending, Japan (Historical and Forecast)**
JPY, Millions



Source: Japan Ministry of Economy, Trade, and Industry, Jefferies estimates

**China – Less of a Contributor to Global IT Spending than Might Be Perceived**
Although China is one of the world's largest economies, it accounts for only about 2.8% of global software spending, according to Gartner. This is attributable to rampant piracy, a higher mix of human labor, and machinery-intensive manufacturing contribution to GDP (where less software is required). Conversely, this also indicates that this could be a significant contributor at some point in the future. We previously conducted an analysis of China's impact on global software spending, the conclusions of which still apply. See *Macro Matters: China Has Impact but Not a Lot* report, published on October 23, 2015. **We calculate that every 5% growth (decline) in Chinese software spending contributes (detracts) only 13bp of worldwide software spending growth.** Therefore, while China's impact on the global economy is vast, we assert that its impact on the software sector is meaningfully less so, and that the software industry is relatively insulated from direct China-specific risk.

Compared to other regions, it is more difficult to find reliable and accurate data of Chinese IT spending (as well as reliable GDP data). Gartner forecasts China's software spending to grow 18% in 2017 and at a 15% CAGR from 2017 through 2022. However, we note that many investors continue to worry about deceleration in Chinese GDP growth. The World Bank currently projects GDP growth to slow from 6.5% forecast growth in 2018 to 6.2% in 2019 (Chart 36).

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002640

## Technology

Software

December 20, 2018

**Chart 36: Chinese Real GDP Growth — Historical and Forecast**



China GDP Growth

Source: The World Bank, Global Economic Prospects, November 2017

## Financial Services

The financial services industry (including banking, insurance, and securities) is the largest IT spending vertical in the world, accounting for nearly a quarter of worldwide software and IT spending, according to Gartner. Of the $117bn in financial services software spending in 2017, banking comprised 52%, the insurance industry accounted for 27%, and the securities industry accounted for 22%, similar to all years since 2014 (Charts 37 and 38). Based on our limited field checks, *we believe that IT budgets in the financial services vertical should grow at least modestly in 2018.* Gartner projects that IT budgets in the financial services sector will grow at an approximately 4% CAGR from 2017 through 2022, and that software spending in the financial services industry will grow at an approximately 9% CAGR from 2017 through 2022 with relatively even growth across securities, banking, and insurance. However, we note that IT budgets for financial services companies are much more flexible than for governments, so these forecasts could certainly change. This is something we will periodically monitor.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002641

**Technology**

Software

December 20, 2018



**Chart 37: Worldwide Financial Services Software Spending (CY2017): $117bn, 23% of WW Total**

Source: Gartner (Enterprise IT Spending by Vertical Industry Market, Worldwide, 2016-2022, 3Q18 Update)



**Chart 38: Worldwide Financial Services IT Spending (CY2017): $722bn, 24% of WW Total**

Source: Gartner (Enterprise IT Spending by Vertical Industry Market, Worldwide, 2016-2022, 3Q18 Update)

# Geopolitical and Other Considerations

Beyond macroeconomic and secular forces, there are often other factors that affect the performance of the market in general and Software stocks in particular. In this section, we discuss some of these: foreign exchange translation effects on growth, the new accounting standard, ASC 606, new regulations around data protection and privacy, including GDPR (General Data Protection Regulation) in Europe and similar regulations here in the US, and benefits in 2018 from a lower tax rate that continue in 2019, but do not provide the **incremental** benefit seen in 2018.

## FX Headwinds Return

Another factor related to both economic and political issues, but usually seen as a tactical issue when considering growth, is foreign exchange (FX) translation effects on results reported in US dollars, which is what most software companies do since they're typically (but not always) domiciled in the US. Therefore, we evaluate historical and forecast foreign currency impacts on what we believe to be the average software company (Chart 39). Note that while foreign exchange translation effects will affect reported numbers, Software investors have generally been comfortable reading through these effects to constant currency equivalent metrics, at least for the top line.

We estimate that recent impact from foreign currencies was positive in 2018 after being slightly negative in 2017. We forecast that the FX impact should continue a second half negative trend for the fourth quarter of 2018, with headwinds continuing for the entirety of 2019. We estimate the impact to the fourth quarter of 2018 will be a headwind of about 1.0%, and 1.5% for all of 2019.

We expect the negative effects of foreign exchange translation from the first half of 2018 on reported revenue numbers to continue in 2019, with a total impact of 150bp for 2019 (assuming a revenue weighting of 24% in 1Q, 25% in 2Q, 25% in 3Q and 26% in 4Q), vs a tailwind of 160bp in 2018. If this estimate holds, it will be the strongest headwind since the much more significant 620bp headwind in 2015. The negative impact of 1.5% in 2019 is the exact opposite of the estimated 1.6% tailwind in 2018.

We believe that most investors are interested in revenue growth on a constant- currency basis as the best fundamental gauge of the sales operations of a company. However,

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002642

# Technology

Software

December 20, 2018

these effects also affect the bottom line, which can be of greater concern, as profit (including cash flow) may have a similar effect depending on whether the vendor hedges its currency exposure and how it does so. This potential headwind is meaningful and could have an impact on more than just revenue, especially for companies that do not actively hedge or have few natural hedges in place (i.e., expenses in foreign currencies).

**Chart 39: Estimated historical and forecast year-over-year FX translation effects for a "typical" software company**

Source: Company data, Bloomberg, Factset and Jefferies Research. As of December 17, 2018.

# General Data Protection Regulation (GDPR)

We believe that General Data Protection Regulation (GDPR) will likely have very positive effects on vendors that provide solutions that protect against data breaches that are not broadly applied today, especially once a major fine is levied against a company for a breach that was not "appropriately" protected against. We believe that in our coverage universe, Varonis and SailPoint are best positioned for this opportunity. At the same time, there will be vendors that suffer at least reputational damage, which could result in real damage to their growth. It's still evolving, but headlines in 2018 highlighted negative sentiment toward companies with data breaches, such as Facebook.

### Regulation

GDPR is a new set of regulations that went into effect in May 2018 and should affect any company doing business in the EU (and therefore with data that originates there). GDPR imposed stricter obligations with regard to data security than regulations previously in effect, while also offering some high-level guidance on appropriate security standards. One of the provisions in the regulation requires that IT security organizations "implement **appropriate** technical and organizational measures," taking into account "the state of the art and the costs of implementation". While the regulation provides some basic guidance on what is considered "appropriate", we believe it still leaves much leeway for interpretation.

GDPR strengthens data protection for everyone in the EU and addresses the export of personal data outside the EU. Notably, sanctions for non-compliance can be strict and

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

## Jefferies

CONFIDENTIAL

CARB-00002643

**Technology**

Software

December 20, 2018

range up to €20mn, or 4% of worldwide revenue (whichever is greater) in a worst-case scenario. Given the wide-reaching and potentially onerous impact of the regulation, many security vendors have positioned themselves to help customers address it.

**Beneficiaries**

Although we think that the main beneficiaries of GDPR's implementation will be security vendors, we expect the benefit to be greatest for companies who either:

* offer solutions centered on the governance of data and/or the securing of personal data, or

* offer security solutions that are not yet widely deployed, but may be required to be considered "appropriately" protected. For instance, we believe that most enterprises today have already deployed solutions such as firewalls, traditional endpoint protection, etc. which may suffice for meeting the "state of the art" criterion in the regulation. However, solutions that protect from internal threats and some Identity and Access Management (IAM) offerings are not broadly deployed today, and may be required to provide "appropriate" protection. It's also unclear if standard signature-based endpoint protection would be considered "state of the art" today.

Companies in the aforementioned categories include Varonis (VRNS) and SailPoint (SAIL). Both offer Data Access Governance (DAG) solutions, which can monitor and control the access of individuals in an organization to unstructured data. In addition, SailPoint's flagship offering is Identity Governance and Administration (IGA), which is not broadly deployed, especially below the large enterprise market. Recently available SaaS solutions make the implementation of such products much more attainable by a much broader audience of corporate customers.

In our upcoming cybersecurity survey, we asked corporate IT security buyers which security categories would benefit most from GDPR's implementation (Chart 40). The top-four categories, in order, were:

1) **Data Access Governance (DAG)/Security Against Internal Threats**, with 51%. We did not include this option in last year's survey. We believe this category is a logical beneficiary of GDPR given the regulation's focus on strictly controlling access to the personal data of European citizens. Leaders in the DAG market includes Varonis and SailPoint.

2) **Data Loss Prevention (DLP)**, with 41%, down from last year's 51%. This is a logical beneficiary given DLP controls the flow of data, which is at the core of GDPR. Leaders of the DLP market include Symantec, McAfee, and Forcepoint.

3) **Email and Data Archiving, and Identity and Access Management (IAM)**, both with 29%. These categories received 45% and 43% respectively in last year's survey. Email and data archiving speaks to the need for data control, archiving, and access. Vendors in this space include Proofpoint, Mimecast, and Commvault. We also believe the selection of Identity and Access Management is logical, as not only is controlling the data itself very important, but it is equally important to control who has access to what data and applications. We note the IAM market is very broad and heterogeneous. Public pure-play vendors in the IAM space are SailPoint, Okta, and CyberArk.

The remaining four categories remain relevant and potential beneficiaries, with 14-27% of respondents selecting them. However, it appears that vendors that provide security or data protection that hasn't been broadly deployed will benefit the most, such as the aforementioned DAG products from vendors such as Varonis or SailPoint. Solutions

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002644

**Technology**

Software

December 20, 2018

addressing email security, endpoint, and network security have been more broadly deployed by most enterprises, so GDPR may have little effect on spending for traditional solutions in these areas, as demonstrated by their positions as the lowest-ranking categories to see increased spending. However, we question whether GDPR could be a benefit to next-generation endpoint vendors that may better fit the moniker "state of the art" than their traditional signature-based brethren.

**Chart 40: Of those that have had or expect increased budgets or a reallocation of security spending: Given existing or expected changes to your IT security budget due to GDPR, which areas have increased (or you expect to increase) in incremental spending?**
*Respondents could select multiple items*



Source: Jefferies Research, n=51

## ASC 606

ASC 606 (along with IFRS 15 and associated regulations) attempts to provide a new common accounting standard across entities, geographies, and industries. While we were hopeful that ASC 606 would help us in analyzing the business of software companies by requiring them to disclose more useful information or to practice more conservative accounting principles, we do not believe that to be the case. In many instances, ASC 606 makes analysis more difficult and requires less conservative reporting practices. See our report *Bridging the GAAP to ASC 606* (October 18, 2018) for a detailed discussion of this new accounting standard and its effects on the Software sector.

As it relates to our 2019 Outlook, ASC 606 has the following effects:

1) It increases revenue for companies that employ on-premise subscription models. For those companies whose underlying business is growing, it artificially increases growth modestly.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002645

**Technology**

Software

December 20, 2018

2) It has little or no effect on license, maintenance, or SaaS subscription revenue.

3) It forces companies to capitalize sales commission costs for ratable revenue and amortize them over a (typically) longer period than they may have under ASC 605. This results in increased margin and earnings. The greater the amount of ratable revenue, the greater the effect. Therefore, SaaS companies will typically see the biggest benefit from this.

4) It has no effect on cash flow, other than for rare cases where there is a significant amount of deferred revenue from on premise subscription that would have been recognized upfront under ASC 606. These companies would have to recognize this deferred revenue as revenue and owe a significant cash tax liability, which the IRS has allowed payment to extend over four years to be paid in equal installments. The only company that was in our coverage universe that we know of that this is material for was CA, which was recently purchased by Broadcom.

5) It requires companies that leverage the channel for sales, to sell "to the channel" versus the more conservative selling "through the channel" that many employed previously.

6) There is a new metric that companies must disclose: Remaining Performance Obligations (RPO), sometimes called backlog. We detail the unique situations when this might be helpful in our report on ASC 606 noted above, but we do not see it as very helpful in analyzing Software companies.

We remind investors that ASC 606 and its associated standards were only recently introduced and that the *application of the standard across the industry* will likely continue to evolve over the next several years and eventual reach a "steady-state" of best practices. We expect this to evolve similarly to how the introduction of SOP 97-2 in 1997 initially caused confusion but ultimately resulted in a consensus of best practices several years later. SOP 97-2 was modified twice, and we believe that after the second modification, SOP 98-9, relatively consistent application of the standard was established across the Software industry. It is possible that the broader application of ASC 606 / IFRS 15 (across all geographies and industries, versus for Software with SOP 97-2) makes uniform application more difficult, but time will tell on this front.

By the start of 2019, most public companies will have adopted ASC 606. Companies had to adopt the new accounting standards for their fiscal year that begins after December 15, 2017; however, Emerging Growth Companies (EGCs), i.e., those with annual "gross" revenues of less than $1bn in their most recent fiscal year, could elect to defer adoption to fiscal years that begin after December 15, 2018. EGCs under our coverage that elected to delay adoption are Ceridian, SailPoint, Sage, SolarWinds and Zuora.

Chart 41 summarizes the impact that we expect on important line items and metrics that investors are familiar with when analyzing software companies, followed by explanation of some of the more important effects. We also summarize the effects on the companies in our coverage universe and describe the two different methods of adoption of ASC 606.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002646

## Technology

Software

December 20, 2018

### Chart 41: Impact on Different Line Items from Shift in Accounting Standards for a Hypothetical Software Company

| | Impact | ASC 605 | ASC 606 (6) |
|---|---|---|---|
| **Revenue:** | | | |
| Perpetual License | None | Upfront | Upfront |
| Maintenance | None | Ratably across the contract | Ratably across the contract |
| Term Subscription License (1) | Significant | Ratably across the contract | License upfront; maintenance ratably over contract |
| Term Perpetual License | Significant | Ratably across the contract | License upfront; maintenance ratably over contract |
| SaaS | None | Ratably across the contract | Ratably across the contract |
| Appliance (2) | None | Upfront | Upfront |
| Professional Services (3) | Some | As rendered | As rendered |
| **S&M Expense (4)** | Some | Commissions recognized upfront or over contract | Required to capitalize more commissions over longer period |
| **Taxes (5)** | Some | | Potential accelerated timing of cash tax payments |
| **Net Income & EPS (6)** | Significant (9) | | Inflated during periods of new business signings (8) |
| **Deferred Revenue (6)** | Significant (9) | | Less than before due to accelerated rev. rec. |
| **Account Receivables** | Some | | Includes unbilled receivables |
| **Calculated Billings (7)** | Significant | Billings = Revenue + QoQ ΔDR | Billings = Revenue + QoQ ΔDR - QoQ ΔUnbilled AR |
| **CFO** | Minimal | | Potential impact of accelerated cash tax payments (5) |

Source: Jefferies

Notes:
(1)  Term subscription licenses that are monthly contracts with auto-renewals qualify for ratable recognition. However, these arrangements may not be accounted for in the newly required disclosed backlog metric.
(2)  This example assumes that appliances are separate performance obligations that have standalone value when bundled with attached software. The actual impact to recognition of appliance revenue could differ depending on the underlying appliance and the nature of the attached software.
(3)  This example assumes that professional services fees for initial implementation and training are paid after implementation is complete. Under ASC 606, the lack of the "contingent revenue cap" means that revenue can start being recognized right away (as long as services are provided to the customer) and will result in the creation of a corresponding "unbilled receivables" asset.
(4)  Change is limited to change in treatment of incremental contract acquisition costs (e.g. sales commissions). Portions of commissions allocated to non-ratable license are recognized upfront (proportionately) and portions allocated to the 1st year of maintenance are recognized ratably.
(5)  Tax payments are only accelerated if revenue and profits are accelerated.
(6)  The magnitude of this impact would depend on the company's use of term license arrangements, revenue mix, and amortization period for commissions, among other factors.
(7)  The way Billings are calculated would change, however the combined impact to the components of calculated billings would be such that there is no net impact to calculated billings. (I.e. Billings under ASC 605 = Billings under ASC 606).
(8)  Impacts are also from adoption of ASC 340-40.
(9)  Due to generally recognizing term license revenue upfront, and the deferral of sales commissions.

Chart taken from our report *Bridging the GAAP to ASC 606*, published on October 18, 2018.

### Summary of ASC 606 Revenue Impact to Our Coverage

In Chart 42, we summarize the preliminary expected and reported impact of transitioning to ASC 606 for each individual company *that had adopted ASC 606 and had reported in accordance with the new standard as of our report date, October 18, 2018*. Based on available information, the companies with the greatest impact on total revenue were, from most positive to most negative impact, Tableau (+13.0%), Nutanix (+10.3%), Microsoft (+7.4% to GAAP revenue, but only (-0.1%) to non-GAAP revenue), Splunk (+3.0%), Benefitfocus (-7.8%), and CA (-10.8%).

Furthermore, we expect the following companies to have the largest benefits to operating margin: Tableau (+14.3 percentage points), Nutanix (+11.6pp), Paycom (+11.2pp), Splunk (+5.0pp), MINDBODY (+4.8pp), RingCentral (+4.4pp), Carbonite (+2.6pp), and salesforce.com (+2.0pp). Benefitfocus and CA were the only companies in our coverage universe to experience a significant negative impact to reported operating margin (-10.7pp and -7.5pp, respectively). Note that these values are based on fiscal 2017 non-GAAP results, with the exceptions of salesforce.com and Splunk (both of which are based on fiscal 2018 non-GAAP results), CA (based on first quarter fiscal 2019 non-GAAP results), and Carbonite, MINDBODY, and Tableau which are based on non-GAAP results during the first half of 2018.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.



CONFIDENTIAL

CARB-00002647

## Technology

Software

December 20, 2018

### Chart 42: Summary of Income Statement Impact Upon Adoption of ASC 606

| Company Name | Ticker | Total Rev. Impact (% of Tot. Rev) | Non-GAAP Opex Impact (% of Tot. NG Opex) | Non-GAAP Op. Margin Impact (ppt Δ) | Non-GAAP EPS Impact (%Δ) | Non-GAAP EPS Impact ($Δ) |
|---|---|---|---|---|---|---|
| Alarm.com (1)(2) | ALRM | N/D | N/D | N/D | N/D | N/D |
| Apptio (3) | APTI | 0.0% | (1.6%) | N/A | N/A | N/A |
| Atlassian (4) | TEAM | 0.8% | (0.1%) | 0.7% | 5.0% | 2.4% |
| Avast (1)(5) | AVST LN | N/D | N/D | N/D | N/D | N/D |
| Benefitfocus | BNFT | (7.8%) | 1.0% | (10.2%) | n.a. | ($0.79) |
| CA, Inc. (6) | CA | (10.8%) | 1.3% | (7.5%) | (28.4%) | ($0.22) |
| Carbonite (7)(8) | CARB | 1.0% | (2.7%) | 2.6% | 19.9% | $0.12 |
| Check Point (1)(9) | CHKP | N/D | N/D | N/D | N/D | N/D |
| Citrix (7) | CTXS | (0.7%) | (1.7%) | 0.4% | 0.5% | $0.01 |
| Commvault (10) | CVLT | (0.8%) | (0.8%) | (0.1%) | (1.9%) | ($0.02) |
| Intuit (4) | INTU | 1.0% | (0.1%) | 0.7% | 3.1% | $0.18 |
| Dropbox (1) | DBX | N/D | N/D | N/D | N/D | N/D |
| Microsoft (8)(10) | MSFT | (0.1%) | (0.2%) | 0.0% | (0.6%) | ($0.02) |
| MINDBODY (7) | MB | 0.1% | (6.2%) | 4.8% | n.a. | $0.12 |
| NICE Ltd. (7)(8) | NICE | (0.7%) | (1.0%) | (0.0%) | (0.9%) | ($0.02) |
| Nutanix (10) | NTNX | 10.3% | 0.1% | 11.6% | n.a. | $0.55 |
| Oracle (8)(11) | ORCL | (0.9%) | (0.2%) | (0.4%) | (2.4%) | ($0.01) |
| Palo Alto Networks (4) | PANW | 0.1% | (1.9%) | 1.1% | 5.3% | $0.21 |
| Paycom | PAYC | 0.0% | (19.6%) | 11.2% | 72.6% | $0.95 |
| Red Hat (4) | RHT | 0.0% | (0.2%) | 0.1% | 0.7% | $0.02 |
| RingCentral | RNG | 0.4% | (5.4%) | 4.4% | 134.8% | $0.20 |
| SAP (7)(8) | SAP GY | 0.1% | (1.6%) | 0.8% | 3.6% | € 0.06 |
| salesforce.com (4) | CRM | 0.6% | (2.4%) | 2.0% | 14.4% | $0.19 |
| Smartsheet (1) | SMAR | N/D | N/D | N/D | N/D | N/D |
| Splunk (4) | SPLK | 3.0% | (3.2%) | 5.0% | 56.4% | $0.35 |
| Symantec (6)(8) | SYMC | 0.4% | (1.4%) | 1.1% | 4.5% | $0.01 |
| Tableau (7) | DATA | 13.0% | (2.5%) | 14.3% | n.a. | $0.68 |
| Varonis (12) | VRNS | (0.9%) | (1.1%) | 0.1% | N/A | N/A |
| VMware (4) | VMW | (0.8%) | (2.0%) | 0.6% | 1.0% | $0.05 |
| Workday (10) | WDAY | 0.3% | (1.7%) | 1.5% | 96.7% | $0.11 |

Source: Jefferies estimates, company data

Notes:

All values are Non-GAAP (except revenue) and based on fiscal year 2017 results unless otherwise stated.

N/D = Not Disclosed; N/A = Not Available; n.a. = Not Applicable

(1)  The following companies have adopted the new standards and reported under them, however they have not quantified the impact of transition, or only provided qualitative information on the impact of the transition: Alarm.com, Avast, Check Point, Dropbox, and Smartsheet. Therefore, impacts are labeled as "N/D", or Not Disclosed".

(2)  Alarm.com has adopted ASC 606 but did not quantify the impact of adoptions. However, the company has stated that consolidated financial statements for their first quarter of 2018 were not materially impacted.

(3)  Impact for Apptio is based on management commentary on their fourth quarter 2017 earnings call and based on GAAP results in 2017.

(4)  The calculated impacts of adoption are based on fiscal year 2018 non-GAAP results for the following companies: Atlassian, Intuit, Palo Alto Networks, Red Hat, salesforce.com, Splunk, and VMware.

(5)  Avast expects no impact from IFRS 15 on its financial statements. This is supported by the fact that Avast generates most business through annual contracts, limiting the revenue and potential sales commissions impact.

(6)  Estimated impacts for CA and Symantec are based on first quarter of fiscal 2019 non-GAAP results.

(7)  The calculated impacts of adoption are based on 1H18 non-GAAP results for the following companies: Carbonite, Citrix, MINDBODY, NICE, SAP, and Tableau.

(8)  Unlike most companies, Carbonite, Microsoft, NICE, Oracle, SAP, and Symantec report non-GAAP revenue that is different from GAAP revenue. The impact on revenue for Carbonite, NICE, Oracle, SAP, and Symantec is based on non-GAAP revenue, and Microsoft's impacts is based on GAAP revenue.

(9)  Like Alarm.com, Check Point adopted the new standards but did not quantify the impacts of adoption. However, the company's most recent 20F filing states that the transition will not materially impact consolidated financial statements.

(10)  Commvault, Microsoft, Nutanix, and Workday were early adopters of ASC 606. Impacts are based on fiscal 2017 results.

(11)  Oracle's impact is based on non-GAAP results for the first quarter of fiscal 2018.

(12)  Operating Expense impact for Varonis is for total expenses (including COGS).

Chart taken from our report *Bridging the GAAP to ASC 606*, published on October 18, 2018.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

## Jefferies

CONFIDENTIAL

CARB-00002648

**Technology**

Software

December 20, 2018

## Effects of Lower Tax Rate in 2018 on 2019

Earlier this year, we published a report titled *Analyzing the Impact of Tax Reform on Software Companies* (February 6, 2018). In it, we discussed provisions of the US Tax Cuts and Jobs Act (TCJA) that affect the Software sector and attempted to quantify some of these effects. There are at least three primary effects that we believe are relevant to the outlook for Software in 2019:

1) A **lower US corporate tax rate** increases earnings and cash flow for profitable companies, and

2) Could potentially result in **increased Software demand**.

3) Could mean **higher values of recurring revenue**, which might support higher valuations (discussed elsewhere in this report)

4) **Deemed repatriation should boost the coffers of potential acquirers**.

**Lower Tax = Greater 2018 Profit Growth**

The US corporate tax rate was lowered to 21% from 35%, increasing earnings and cash flow for all profitable companies, including Software companies. However, many Software companies are not yet profitable, therefore it will have less of an effect on the Software sector than others. Nevertheless, profitable Software companies will see meaningful benefit to earnings and cash flow. See Chart 43 for the impact on our coverage universe as of the publishing of our report, February 6, 2018. Investors should note that this is a permanent benefit that should increase growth in 2018, and while that benefit continues into 2019, it is not *incremental*, as it was in 2018. Therefore, growth in profit may be suppressed in 2019 relative to 2018 growth, all else equal.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.    **Jefferies**

CONFIDENTIAL    CARB-00002649

# Technology

## Software

December 20, 2018

## Chart 43: US Corporate Tax Reform Summary Table of Key Provisions Impacting Software Companies

*Ranked by Estimated Aggregate Impact on Consensus CY18/FY19 Free Cash Flow*

| Company Name | Ticker | Consensus CY18/FY19 Free Cash Flow ($M) | Aggregate Impact on CY18/FY19 Free Cash Flow (%) | Aggregate Impact on CY18/FY19 Free Cash Flow ($M) | Consensus CY18/FY19 Non-GAAP EPS | Aggregate Impact on CY18/FY19 Non-GAAP EPS (%) | Aggregate Impact on CY18/FY19 Non-GAAP EPS | Impact of Lower US Fed. Tax Rate on CY18/FY19 FCF | Non-GAAP EPS | Impact of GILTI Tax on CY18/FY19 FCF | Non-GAAP EPS | Impact of 100% Capex Expensing on CY18/FY19 FCF | Non-GAAP EPS | Impact of Limit on Interest Deductions on CY18/FY19 FCF | Non-GAAP EPS[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alarm.com | ALRM | 42.0 | 17.6% | 7.4 | 0.98 | 31.3% | 0.31 | 16.3% | 30.2% | NA | NA | 1.3% | 1.1% | 0.0% | 0.0% |
| Paycom | PAYC | 102.7 | 16.5% | 16.9 | 1.58 | 23.8% | 0.38 | 13.8% | 20.0% | NA | NA | 2.7% | 3.8% | 0.0% | 0.0% |
| CA Technologies | CA | 1,041.7 | 10.9% | 113.3 | 2.73 | 13.9% | 0.38 | 10.6% | 13.7% | NA | NA | 0.3% | 0.2% | 0.0% | 0.0% |
| Red Hat | RHT | 928.8 | 5.5% | 51.4 | 3.33 | 12.0% | 0.40 | 5.1% | 11.4% | NA | NA | 0.4% | 0.6% | 0.0% | 0.0% |
| Oracle | ORCL | 14,082.9 | 4.6% | 641.4 | 3.18 | 5.9% | 0.19 | 4.3% | 5.6% | NA | NA | 0.2% | 0.2% | 0.0% | 0.0% |
| SS&C Technologies | SSNC | 531.0 | 4.5% | 23.8 | 2.29 | 8.3% | 0.19 | 4.3% | 8.1% | NA | NA | 0.2% | 0.2% | 0.0% | 0.0% |
| VMware | VMW | 3,055.2 | 3.4% | 103.1 | 5.57 | 5.5% | 0.31 | 3.3% | 5.8% | (0.1%) | (0.5%) | 0.2% | 0.2% | 0.0% | 0.0% |
| Citrix | CTXS | 931.1 | 1.6% | 14.5 | 4.91 | (0.2%) | (0.01) | 2.2% | 4.3% | (0.8%) | (4.6%) | 0.1% | 0.2% | 0.0% | 0.0% |
| CommVault | CVLT | 118.4 | 0.3% | 0.4 | 1.55 | 16.3% | 0.25 | N/A | 15.9% | NA | NA | 0.3% | 0.5% | 0.0% | 0.0% |
| SailPoint | SAIL | 15.0 | 0.0% | 0.0 | 0.03 | (16.4%) | (0.00) | N/A | N/A | NA | NA | N/A | N/A | 0.0% | (16.4%) |
| Benefitfocus | BNFT | 5.9 | 0.0% | 0.0 | 0.01 | (2413.1%) | (0.26) | N/A | N/A | NA | NA | N/A | N/A | 0.0% | (2413.1%) |
| Microsoft | MSFT | 37,180.3 | (2.3%) | (856.7) | 3.92 | (5.4%) | (0.21) | N/A | 3.9% | (2.3%) | (9.4%) | 0.0% | 0.0% | 0.0% | 0.0% |
| salesforce.com | CRM | 2,589.6 | N/A | N/A | 1.73 | N/A | N/A | N/A | N/A | NA | NA | N/A | N/A | 0.0% | 0.0% |
| Symantec | SYMC | 1,288.5 | N/A | N/A | 1.82 | N/A | N/A | N/A | N/A | NA | NA | N/A | N/A | 0.0% | 0.0% |
| Check Point | CHKP | 1,094.0 | N/A | N/A | 6.26 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.0% | 0.0% |
| Palo Alto Networks | PANW | 967.3 | N/A | N/A | 4.15 | N/A | N/A | N/A | N/A | NA | NA | N/A | N/A | 0.0% | 0.0% |
| Workday | WDAY | 383.3 | N/A | N/A | 1.17 | N/A | N/A | N/A | N/A | NA | NA | N/A | N/A | 0.0% | 0.0% |
| Atlassian | TEAM | 359.5 | N/A | N/A | 0.67 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.0% | 0.0% |
| Splunk | SPLK | 324.3 | N/A | N/A | 0.86 | N/A | N/A | N/A | N/A | NA | NA | N/A | N/A | 0.0% | 0.0% |
| NICE Ltd. | NICE | 307.3 | N/A | N/A | 4.46 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.0% | 0.0% |
| Tableau | DATA | 186.9 | N/A | N/A | 0.43 | N/A | N/A | N/A | N/A | NA | NA | N/A | N/A | 0.0% | 0.0% |
| Nutanix | NTNX | 72.6 | N/A | N/A | (0.21) | N/A | N/A | N/A | N/A | NA | NA | N/A | N/A | 0.0% | 0.0% |
| Mimecast | MIME | 31.4 | N/A | N/A | 0.17 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.0% | 0.0% |
| Callidus | CALD | 29.3 | N/A | N/A | 0.51 | N/A | N/A | N/A | N/A | NA | NA | N/A | N/A | 0.0% | 0.0% |
| RingCentral | RNG | 23.9 | N/A | N/A | 0.28 | N/A | N/A | N/A | N/A | NA | NA | N/A | N/A | 0.0% | 0.0% |
| Varonis | VRNS | 19.5 | N/A | N/A | 0.27 | N/A | N/A | N/A | N/A | NA | NA | N/A | N/A | 0.0% | 0.0% |
| Apptio | APTI | 6.3 | N/A | N/A | (0.05) | N/A | N/A | N/A | N/A | NA | NA | N/A | N/A | 0.0% | 0.0% |
| Mulesoft | MULE | 5.7 | N/A | N/A | (0.41) | N/A | N/A | N/A | N/A | NA | NA | N/A | N/A | 0.0% | 0.0% |
| Instructure | INST | (6.1) | N/A | N/A | (0.86) | N/A | N/A | N/A | N/A | NA | NA | N/A | N/A | 0.0% | 0.0% |

Source: Company data and Jefferies Research

Notes:

N/A means "Not Applicable"

(1)  Two of our covered companies — BNFT and SAIL — would potentially be negatively impacted by the new interest deductibility limit.
The potential large percentage impact on non-GAAP EPS for BNFT is due to the large estimated negative EPS impact on a near-zero EPS base.
Chart taken from our report *Analyzing the Impact of Tax Reform on Software Companies*, published February 6, 2018.

### Greater Broad Corporate Profit May Lead to Greater Software Demand

In our February report, we attempted to quantify the potential indirect impact of the lowered tax rate on Software demand. A key rationale behind lowering the US corporate tax rate, or at least the intended effect, is that additional income arising from tax savings will be reinvested in the US, stimulating economic growth. The main point here is that the lower tax rate will result in more disposable income for most companies, regardless of industry, and they may increase capex, including that for Software. If the portion of income spent on third-party Software remained consistent at about 10%, the effect could be material. For instance, in our report, we estimated that for 2018, even if both US GDP and aggregate corporate pretax profits didn't grow from 2017 levels, there could be at least a $19bn benefit to US Software spending due solely to the lower US corporate tax rate, which could materially increase US Software spending growth to 15.9% from 7.9% and worldwide Software spending growth to 13.2% from 8.3%. However, we wonder if that potential incremental spending could see a lag from the initial tax rate reduction, which would perhaps benefit 2019 more than 2018.

### Lower Tax Rate = Higher Valuations for Recurring Software Revenue

We discuss this in the Valuation section of this report, and detail our thoughts in our report *Valuation on Our Minds — and in Our Face* (September 21, 2018).

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

Jefferies

CONFIDENTIAL

CARB-00002650

**Technology**

Software

December 20, 2018

**Increased Coffers of Strategic Acquirers Resulting from Deemed Repatriation**
Part of the US Tax Cuts and Jobs Act required deemed repatriation, where US companies would have to pay a modest tax to have access to foreign cash to use in the US. We discuss the impact of this in detail in our tax report and update it in the next section of this report.

# Software Deal Activity

## Expect at Least Steady Software M&A in 2019

In our 2018 outlook, we forecasted an increase in Software M&A deal volume and sizes relative to 2017 – perhaps closer to the record level of 2016 – supported by repatriation, a steady flow of high growth public and private companies in the space, and increased appreciation over the years for the highly recurring and profitable nature of customer renewals in the Software model (by both strategic purchasers and Private Equity players). Our predictions were largely surpassed: 2018 Software M&A saw record aggregate deal value of $97bn among large deals, above our expectations and above 2016's prior record of $93bn, driven in part by repatriation, in addition to a macro environment characterized by continued low interest rates globally, strength in Private Equity (PE) fundraising, and overall liquidity. Record aggregate deal value also came at higher valuations. The average EV/LTM revenue paid by acquirers this year was 9.5x versus 6.4x in 2017, 5.1x in 2016, 7.0x in 2015-2018, 6.8x in 2010-2014, and 4.2x in 1999-2009. Even excluding Microsoft's $7.5bn acquisition of GitHub for 37.5x EV/LTM revenue, 2018's average multiple of 8.3x was a valuation record. Further, despite improved *relative* discipline that saw a widening spread between multiples paid by PE versus strategics, PE still paid considerably higher multiples overall this year than last, at 6.3x EV/LTM revenue for large deals, versus 4.7x in 2017, 4.0x in 2016, 5.0x in 2015-2018, 3.1x in 2010-2014, and 2.7x in 1999-2009. Total global and US acquisitions over $100mn remained healthy too at 116 and 88 deals, respectively, though still moderated relative to elevated levels of 137 global and 89 US deals in 2016 and a record year of 154 global and 96 US deals in 2015. Additionally, there were 15 US Software IPOs in 2018, a second consecutive increase from the 2016 post-recession trough of 10.

The demand environment for attractive Software assets remains unchanged—there continues to be a steady flow of high-growth public and private companies in the sector and we believe increased appreciation over the years for the highly recurring and profitable nature of customer renewals in the Software model. Given this attractive "supply-side" environment, we believe that strong demand from both strategic acquirers and private equity sponsors is further fueled by continued low (albeit rising) interest rates and record liquidity. More specifically, we expect repatriation to continue to serve as a tailwind to strategic acquirers, and the combination of strong fundraising and a slower pace of exits to buoy private equity – more on these later. Although persistent lofty valuations (relative to historical standards) do present a potential barrier, especially to disciplined strategic and PE sponsors, there was a considerable increase in multiples paid by both this year. Additionally, interest rates remain at historically low levels, despite three hikes so far this year (and a fourth expected as of December 18, 2018), and two to three predicted in 2019. On the back of these supportive factors, we expect at least continued, if not increased consolidation in the Software space through 2019.

## 2018 Software M&A Characteristics

**Solid Software M&A Activity**
In 2018, there were 116 Software M&A deals over $100 million completed worldwide, including 88 in the US. This marks an increase from the slightly depressed level of deal activity in 2017, though still below the elevated activity of 2016 and a record year in

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002651



**Technology**

Software

December 20, 2018

2015. Activity in 2018 represents the third-highest – both globally and in the US – since the recession, and in fact back to 1999 (Chart 44).

**Chart 44: Number of Global and US Software M&A Deals, $100M Deal Value or Greater**



Source: Bloomberg and Jefferies Research
As of December 18, 2018.

**Setting a Record – Rebound in Deal Volume, Even Greater in Size and Valuation in 2018 than in 2017**

2018 was a record year for both the volume and the aggregate value of large Software M&A deals at 26 and $97bn, respectively. Led by both 2016 (22 deals and $93bn in value) and 2018, the annual average deal volume from 2015-2018 was nearly double that of 2010-2014, and six times that of 1999-2009, while the average aggregate deal values were over two times and about seven times the averages from 2010-2014 and 1999-2009, respectively.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002652

**Technology**

Software

December 20, 2018

**Chart 45: Aggregate Deal Volume, Global and US Software M&A Deals, $100M Deal Value or Greater**

USD in Millions



Source: Bloomberg and Jefferies Research
As of December, 18 2018.

The largest deal this year was Broadcom's $18.3bn (enterprise value) acquisition of CA Technologies at a modest 5.2x EV/LTM recurring revenue. However, more indicative of current Software M&A market trends were Workday's $1.6bn acquisition of Adaptive Insights for 13.6x EV/LTM revenue (15.5x recurring), Adobe's $4.75bn acquisition of Marketo for 13.5x EV/LTM revenue, SAP's $8.0bn acquisition of Qualtrics for 21.5x EV/LTM revenue (28.9x recurring), and Vista Equity Partners' $1.94bn acquisition of Apptio for 8.6x EV/LTM revenue (10.4x recurring), to highlight a few.

The average deal size was $3.7bn, significantly above $1.5bn in 2017, though slightly below $4.2bn in 2016, and meaningfully higher than $2.5bn in 2010-2014. Notably, 2018 saw seven deals valued at over $5.0bn, compared to four deals in the prior three years combined, and six from 2010-2014.

Additionally, this elevated deal volume and size came at higher valuations. See Charts 46 and 47 below. The average EV/LTM revenue paid by acquirers this year was 9.5x versus 6.4x in 2017, 5.1x in 2016, 7.0x in 2015-2018, 6.8x in 2010-2014, and 4.2x in 1999-2009. Even excluding Microsoft's $7.5bn acquisition of GitHub for 37.5x EV/LTM revenue, 2018's average multiple of 8.3x was a valuation record. To this latter point, while we had previously been removing outliers (deals valued greater than 20x LTM revenue), we believe that the uptick in the "outliers" and those close to that level this year shows that perhaps these deals are no longer "outliers" in the first place. At the same time, we are not necessarily calling for a "new normal", but do reiterate our belief that the catalysts discussed throughout this section could serve — at the least — as a much higher floor to valuations than in the past.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.



CONFIDENTIAL

CARB-00002653

## Technology

Software

December 20, 2018

**Chart 46: Average Deal Multiples, EV/LTM Revenue, $1.0bn Deal Value or Greater**



Source: Bloomberg and Jefferies Research
As of December, 18 2018.

**Private Equity Increasingly Active and Willing to Pay Up**

Private equity sponsors increased their deal activity and willingness to pay higher valuations for Software companies this year, including KKR's $8.4bn acquisition of BMC for 3.8x LTM revenue, Thoma Bravo's $1.6bn and $1.9bn acquisitions of Apptus and Imperva for 7.1x and 6.1x, respectively, and Vista Equity Partners' $1.9bn of Apptio for 8.6x.

In 2018, nine of the 26 large deals announced, or 35%, were PE buyouts, versus 46% (6 of 13) in 2017 and 41% (9 of 22) in 2016. In contrast, between 2010-2014, there was an average of 10 large Software M&A deals each year, but only about two of them per year were PE buyouts, while from 1999-2009 that ratio was less than 20%. For 2015-2018, there were about 18 large Software M&A deals per year, with about eight PE buyouts per year.

In 2018, PE sponsors again paid higher valuations for Software companies relative to the past, but for the second consecutive year also exhibited more discipline versus strategic acquirers relative to the prior few years when we saw a significant narrowing of the multiples paid by the two groups. More specifically, the average EV/LTM revenue multiple divergence between strategic acquirers and PE widened to 4.9x in 2018, from 2.5x in 2017, 1.8x in 2016, -0.3x in 2015 (PE paid, on average, slightly *higher* multiples than strategics that year) and 3.4x in 2010-2014.

Despite this improved *relative* discipline, PE still paid considerably higher multiples overall this year. On average, PE sponsors paid 6.3x EV/LTM revenue for large deals in 2018, versus 4.7x in 2017, 4.0x in 2016, 5.0x in 2015-2018, 3.1x in 2010-2014, and 2.7x in 1999-2009. On average, strategic acquirers paid 11.2x EV/LTM revenue for large deals in 2018, vs 7.2x in 2017, 5.9x in 2016, 4.1x in 2015, 8.0x in 2010-2014, and 4.5x in 1999-2009.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002654

## Technology

Software

December 20, 2018

**Chart 47: Software M&A Deals Approximately $1B or Greater, 2017-2018 (PE Sponsor Deals Shaded)**

### Software M&A Activity, ~$1 Billion EV or Higher, 2018 YTD

| Acquirer | Target | Target Description | Date Announced | Enterprise Value ($M) | EV/LTM Rev | EV/ LTM Mtn (Sub) |
|---|---|---|---|---|---|---|
| SAP | Callidus Software Inc. | Customer management software | 1/30/2018 | 2,318 | 9.7x | 11.5x |
| Temenos Group AG | Fidessa group plc | Trading and investing SaaS | 2/21/2018 | 1,961 | 4.0x | 4.8x |
| GTCR | CommerceHub | Content management | 3/6/2018 | 1,032 | 9.3x | NA |
| Inovalon Holdings | ABILITY Network | Healthcare coding | 3/7/2018 | 1,200 | 8.6x | NA |
| salesforce.com | MuleSoft | App, data, and devices integration | 3/20/2018 | 6,431 | 21.7x | 27.0x |
| BASF SE | Bayer AG (digital farming division) | Farming software management | 4/26/2018 | 2,077 | 2.3x | NA |
| Adobe Systems Inc. | Magento Commerce [Permira] | Integration software | 5/21/2018 | 1,680 | 11.2x | NA |
| IHS Markit | Ipreo Holdings [Blackstone/Goldman Sa | Analytics | 5/21/2018 | 1,855 | 6.4x | NA |
| KKR | BMC Software | Cloud management | 5/29/2018 | 8,400 | 3.8x | NA |
| Microsoft | GitHub | Software development | 6/4/2018 | 7,500 | 37.5x | 42.1x |
| Workday | Adaptive Insights | Financial management software | 6/11/2018 | 1,550 | 13.6x | 15.5x |
| Genstar Capital | DrillingInfo | Drilling software | 6/19/2018 | 1,100 | 7.3x | NA |
| Siris Capital | Web.com | Web management tools | 6/21/2018 | 1,945 | 2.6x | 2.6x |
| SYNNEX Corporation | Convergys Corporation | Customer management software | 6/28/2018 | 2,425 | 0.9x | NA |
| EQT Partners | SUSE | Linux OS | 7/2/2018 | 2,535 | 7.3x | NA |
| Broadcom (Avago Technologies) | CA Technologies | Systems and applications software | 7/11/2018 | 18,278 | 4.3x | 5.2x |
| Cisco Systems | Duo Security | Security | 8/2/2018 | 2,350 | 18.8x | 23.5x |
| Amadeus IT Group | TravelClick * | Vertical applications software | 8/10/2015 | 1,520 | 4.1x | NA |
| Thoma Bravo | Apptus | Customer management software | 9/4/2018 | 1,600 | 7.1x | NA |
| SS&C | IntraLinks | Content management | 9/6/2018 | 1,500 | 4.6x | NA |
| Adobe Systems Inc. | Marketo ** | Marketing applications | 9/20/2018 | 4,750 | 13.5x | NA |
| Cloudera | Hortonworks | Data management software | 10/3/2018 | 5,200 | 7.3x | 9.1x |
| Thoma Bravo | Imperva | Security | 10/10/2018 | 1,891 | 6.1x | 8.7x |
| SAP | Qualtrics | Customer management software | 11/11/2018 | 8,000 | 21.5x | 28.9x |
| Veritas Capital / Elliott | athenahealth | Healthcare applications | 11/12/2018 | 5,655 | 4.3x | NA |
| Vista Equity Partners | Apptio | Technology business mgmt. | 11/12/2018 | 1,940 | 8.6x | 10.4x |

| | | Enterprise Value ($M) | EV/LTM Rev | EV/ LTM Mtn (Sub) |
|---|---|---|---|---|
| **2018 Total Deal Value** | | **96,694** | | |
| **2018 Deal Average** | | **3,719** | **9.5x** | **15.8x** |
| **Average of PE Deals** | | **2,900** | **6.3x** | **7.2x** |
| **Average of Non-PE Deals** | | **2,995** | **11.2x** | **18.6x** |

Notes:
* We use C17 revenue for TravelClick, which is the last available data.
** We assume 20% C18 growth and adjust for a June midpoint to estimate Marketo's revenue.
*** most recent 5 deals not yet closed

### Software M&A Activity, ~$1 Billion EV or Higher, 2017

| Acquirer | Target | Target Description | Date Announced | Enterprise Value ($M) | EV/LTM Rev | EV/ LTM Mtn (Sub) |
|---|---|---|---|---|---|---|
| Cisco Systems | AppDynamics | APM & mobile app | 1/24/2017 | 3,593 | 17.4x | 23.2x |
| Cisco Systems | BroadSoft | Managed comm. software & services | 10/23/2017 | 1,900 | 5.4x | 11.4x |
| Elliot Management | Gigamon | Enterprise network management | 10/26/2017 | 1,600 | 5.3x | 15.3x |
| Keysight Technologies | Ixia | Network performance testing | 1/30/2017 | 1,600 | 3.2x | NA |
| Thoma Bravo | Barracuda Networks | Security | 11/27/2017 | 1,474 | 4.0x | 5.1x |
| Centerbridge Partners | Syncsort (Clearlake Capital) | Data integration & mgmt software | 7/6/2017 | 1,260 | 4.2x | NA |
| Oracle | Aconex | Collboration/SaaS | 12/17/2017 | 1,200 | 9.7x | 9.7x |
| Clearlake Capital Group | LANDESK Software [Thoma Bravo] | Systems mgmt | 1/3/2017 | 1,150 | 2.6x | NA |
| HGGC | Idera Software | Database mgmt tools | 5/31/2017 | 1,125 | 5.9x | NA |
| McKesson Corporation | CoverMyMeds | Medical e-authorization software | 1/25/2017 | 1,100 | NA | NA |
| Siris Capital Group | Intralinks (Synchronoss) * | Content management | 10/17/2017 | 977 | 3.4x | NA |
| Digicert (Thoma Bravo) | Symantec web security assets ** | Security | 8/3/2017 | 950 | 3.2x | NA |
| Hewlett Packard Enterprise | Nimble Storage | Flash storage arrays & systems | 3/7/2017 | 917 | 2.3x | 13.9x |

| | | Enterprise Value ($M) | EV/LTM Rev | EV/ LTM Mtn (Sub) |
|---|---|---|---|---|
| **2017 Total Deal Value** | | **18,846** | | |
| **2017 Deal Average** | | **1,450** | **6.4x** | **13.8x** |
| **Average of PE Deals ***** | | **1,264** | **4.7x** | **10.2x** |
| **Average of Non-PE Deals** | | **1,609** | **7.2x** | **16.2x** |

Notes:
* We use TTM revenue ended 9/30/16 for Intralinks, which is the last available data.
** We estimate that the deal value for Symantec's sale of its web security assets to DigiCert (a Thoma Bravo portfolio company) was about equal to the total price that Symantec
paid for the business in 2010, or $1.3 billion. Symantec disclosed that deal value was comprsied of $960M in cash and 27% common stock ownership in DigiCert.
*** Multiples are not really meaningful given limited sample size

Source: Company data, Bloomberg, 451 Research, FactSet, and Jefferies Research
As of December 18, 2018.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

# Jefferies

CONFIDENTIAL

CARB-00002655

# Technology

## Software

December 20, 2018

## Chart 48: Software M&A Deals Approximately $1B or Greater, 1999-2018

| Year/Period | # of Deals ~$1B or Larger | PE vs Non-PE | % of Total # of Deals | | Enterprise Value ($M) | Average EV/LTM Rev | Average EV/LTM Mtn(Sub) |
|---|---|---|---|---|---|---|---|
| 2018 | 26 | | | Aggregate Large Deal Value | 96,494 | | |
| | | | | Overall Average of Large Deals | 3,711 | 9.5x | 15.8x |
| | 9 | PE | 35% | Average of Large PE Deals | 2,900 | 6.3x | 7.2x |
| | 17 | Non-PE | 65% | Average of Large Non-PE Deals | 2,995 | 11.2x | 18.6x |
| 2017 | 13 | | | Aggregate Large Deal Value | 18,846 | | |
| | | | | Overall Average of Large Deals | 1,450 | 6.4x | 13.8x |
| | 6 | PE | 46% | Average of Large PE Deals | 1,264 | 4.7x | 10.2x |
| | 7 | Non-PE | 54% | Average of Large Non-PE Deals | 1,609 | 7.2x | 16.2x |
| 2016 | 22 | | | Aggregate Large Deal Value | 92,548 | | |
| | | | | Overall Average of Large Deals | 4,207 | 5.1x | 8.3x |
| | 9 | PE | 41% | Average of Large PE Deals | 2,601 | 4.0x | 9.2x |
| | 13 | Non-PE | 59% | Average of Large Non-PE Deals | 5,318 | 5.9x | 8.1x |
| 2015-2018 | 70 | | | Avg. Annual Large Deal Value | 59,451 | | |
| Average/Year | 17.5 | | | Overall Average of Large Deals (1) | 3,397 | 7.0x | 11.8x |
| | 7.5 | PE | 43% | Average of Large PE Deals | 2,666 | 5.0x | 8.4x |
| | 10.0 | Non-PE | 57% | Average of Large Non-PE Deals | 3,913 | 8.4x | 13.7x |
| 2010-2014 | 49 | | | Avg. Annual Large Deal Value | 24,293 | | |
| Average/Year | 9.8 | | | Overall Average of Large Deals (1) | 2,479 | 6.8x | 10.4x |
| | 2.4 | PE | 24% | Average of Large PE Deals | 2,120 | 3.1x | 5.6x |
| | 7.4 | Non-PE | 76% | Average of Large Non-PE Deals (2) | 2,634 | 8.0x | 12.3x |
| 1999-2009 | 32 | | | Avg. Annual Large Deal Value | 8,507 | | |
| Average/Year | 2.9 | | | Overall Average of Large Deals | 2,924 | 4.2x | 12.7x |
| | 0.5 | PE | 16% | Average of Large PE Deals | 1,963 | 2.7x | 7.2x |
| | 2.5 | Non-PE | 84% | Average of Large Non-PE Deals | 3,103 | 4.5x | 13.4x |

Notes:
(1) Average multiples exclude outliers: Microsoft's 2012 acquisition of Yammer for $1.2B, or 53.8x EV/2011 estimated revenue and VMware's 2012 acquisition of Nicira for $1.26B, or about 120x EV/estimated LTM revenue.

Source: Company data, Bloomberg, 451 Research, FactSet, and Jefferies Research
As of December 18, 2018.

### A Look Back at Recent Software M&A Buyer Trends

Private equity buyouts of large Software companies only started to pick up in 2010, the year after the end of the recession, and soon after interest rates went to near zero. However, as the global economy slowly recovered, and with most developed economies still growing only modestly, most private equity participation (excluding venture capital) in Software prior to 2015 was in challenged companies trading at significant discounts to their expected future cash flows from their highly profitable, recurring revenue streams. Although private equity funds continue to target these investments, their interest in and willingness to pay higher multiples for fundamentally sound, higher-growth Software companies, seemed to have increased in 2015 and the trend continued through 2016, 2017, and 2018.

In 2015, there was a step up in private take-outs of large public Software companies with solid fundamentals (e.g., Permira's takeout of Informatica for $4.5B, or 10.3x EV/LTM recurring revenue, and Thoma Bravo/Silver Lake's takeout of SolarWinds for $4.3B, or 14.3x EV/LTM recurring revenue), at high valuations (even despite the activist pressure in Informatica's case). Meanwhile, we believe that traditional strategic acquirers (e.g., Oracle and IBM) have generally shown more discipline (with exceptions such as Microsoft and salesforce.com at times), as they are cognizant of the M&A integration risks (and increased investor scrutiny of M&A rationale), and less willing to invest money in hyper growth assets

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

## Jefferies

CONFIDENTIAL

CARB-00002656

that may not necessarily be a good fit. In 2015, there were only three large enterprise software M&A deals by public companies, and none involving the usual suspects Oracle, SAP, and IBM, which accounted for nine out of the 13 large software M&A deals in 2013-14.

In 2016, private equity continued to demonstrate willingness to pay up for reputable companies, such as Thoma Bravo's takeout of Qlik ($2.6B EV, or 10.9x LTM recurring revenue) and Vista Equity Partners' takeout of Marketo ($1.7B EV, or 8.5x LTM recurring revenue), both of which received interest from several parties including strategic players. But the biggest deals in 2016 were made by longstanding strategic acquirers, headlined by Microsoft's $26B purchase of LinkedIn, at 8.1x LTM revenue. Other notable large deals included Oracle's $9.3B acquisition of Netsuite for 13.9x LTM recurring revenue, Symantec's $4.7B merger with Blue Coat for 10.7x LTM recurring revenue, and salesforce.com's $2.8B acquisition of Demandware for 13.2x LTM subscription revenue.

In 2017, we saw a moderation in aggregate deal value – which we attribute in part to the stellar performance of the Software sector in public equity markets (the IGV appreciated 42.0%, or 22.6% greater than the S&P in 2017) – though a continued rise in overall deal multiples. Private equity appeared incrementally disciplined versus 2016, transacting in fewer deals at a slower multiple-expansion than strategics (on average, PE paid 0.7x higher than in 2016, or 15%, versus strategics paying 1.3x higher than in 2016, or 22%). Notable PE deals included Elliott Management's $1.6bn acquisition of Gigamon for 5.3x EV/LTM revenue, Thoma Bravo's $1.5bn acquisition of Barracuda Networks for 4.0x, and HGGC's $1.1bn acquisition of Idera Software for 5.9x. However, as in 2016, the biggest deals in 2017 were made by longstanding strategic acquirers, headlined by Cisco's $3.6bn purchase of AppDynamics just prior to IPO at 17.4x LTM revenue. Other notable large deals included Cisco's $1.9bn acquisition of BroadSoft for 5.4x EV/LTM revenue and Oracle's $1.2bn acquisition of Aconex for 9.7x.

In 2018, we saw record aggregate deal value of $97bn among large deals driven in part by repatriation, in addition to a macro environment characterized by continued low interest rates globally, strength in PE fundraising, and overall liquidity. This record aggregate deal value also came at higher valuations paid by both PE and strategics. The average EV/LTM revenue paid by overall acquirers this year was 9.5x versus 6.4x in 2017, 7.0x in 2015-2018, 6.8x in 2010-2014, and 4.2x in 1999-2009. *Even excluding Microsoft's $7.5bn acquisition of GitHub for 37.5x EV/LTM revenue, 2018's average multiple of 8.3x was a valuation record.* Meanwhile, while the average multiple divergence between strategic acquirers and PE widened to 4.9x in 2018 from 2.5x in 2017 and 3.4x in 2010-2014, PE still paid considerably higher multiples overall this year (6.3x versus 4.7x in 2017, 5.0x in 2015-2018, and 3.1x in 2010-2014). Notable PE deals included Elliott Management's $1.9bn acquisition of Apptio for 8.6x EV/LTM revenue, Thoma Bravo's $1.9bn acquisition of Imperva for 6.1x, and KKR's $8.4bn acquisition of BMC Software for 3.8x. However, as in 2017 and 2016, the biggest deals in 2018 were made by longstanding strategic acquirers, headlined by Broadcom's $18.3bn purchase of CA Technologies for 4.3x LTM revenue (though this was technically a strategic deal, Broadcom has already sold CA's higher-growth Veracode business and plans to continue cutting operating expenses to focus on the legacy mainframe business, a PE-like strategy). Other notable large deals included salesforce.com's $6.4bn acquisition of MuleSoft for 21.7x EV/LTM revenue, Microsoft's $7.5bn acquisition of Github for 37.5x, Adobe's $4.8bn acquisition of Marketo for 13.5x, Cloudera's $5.2bn merger with Hortonworks for 7.3x, and SAP's $8.0bn acquisition of Qualtrics – just prior to IPO – for 21.5x.

## Considerations for Private Equity & Strategic Acquirers

### Why the Increased Private Equity Interest in Software?

We believe several factors have likely driven the increased private equity activity in software M&A transactions over the last few years, including:

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002657

**Technology**

Software

December 20, 2018

***Historically Low Interest Rates.*** Near zero interest rates for most of the last decade has lowered the cost of capital for private equity investors, enabling them to pay higher prices for assets than they could otherwise. See Chart 55 in the next section. Historically low interest rates enabled private equity acquirers to structure a deal in which they could lock in a very low cost of capital that could be paid back over time with the highly recurring, highly profitable maintenance or subscription renewals of software companies. Strategic acquirers also have a lower cost of capital in such an environment, but we believe private equity deals are more dependent on the structure of the deal (including the cost of capital), while strategic investors are more likely to use available capital on their balance sheets and are therefore less likely to benefit from lower interest rates on new capital.

***Increased Understanding of the Sustainability and Profit of Software Model.*** More private equity investors had become more comfortable with these important characteristics of the software model, having observed them recently during the recession of 2008 and 2009, when most industries saw demand shortfalls result in both top and bottom line degradation. However, while the top lines faltered for software companies as license or new subscription suffered, profit was steady (if not increasing for some), since the overwhelming majority of the profit of a software company is generated by renewal revenue streams (which largely exclude sales cost – the largest expense of almost any software company). Given that most software companies cater to businesses, those renewal streams are highly sustainable even in recessionary times as long as the customer (or company) stays in business. In other words, as Robert Smith of Vista Equity Partners has candidly stated, *"Software contracts are better than first-lien debt. You realize a company will not pay the interest payment on their first lien until after they pay their software maintenance or subscription fee. We get paid our money first. Who has the better credit? He can't run his business without our software."*

***Rising Liquidity Leads to More Competition.*** As noted in the beginning of this section, we believe both repatriation (strategics) and the combination of record-fundraising and a slowing pace of exits (PE) will continue to serve as a high floor for M&A volume, size, and valuation going into 2019. Below we comment on some of the factors driving record PE fundraising and a slower pace of exits:

- **Global Liquidity.** While the end of the '08-'09 recession is nearing the decade-old mark, the macroeconomic effects remain as relevant as ever. Most notably, nearly $11 trillion of liquidity was introduced to global financial markets via the world's three largest central banks – the US Federal Reserve, European Central Bank, and Bank of Japan – from mid-2008 through late 2017 through various asset purchase programs (i.e. quantitative easing). The Federal Reserve contributed about $3.6 trillion of that increase alone. While tapering in the US began in late 2017 (whereby the Fed began letting maturing assets run off the balance sheet and has raised rates eight times since 2015, including three times in 2018), the ECB has only just begun to phase out its bond-buying program this year (with expectations for steady rates through Summer 2019), and the BOJ has only slightly slowed its QE programs and is still targeting a 0% 10-year government bond yield.

- **Slowing Pace of PE-backed Exits.** According to PitchBook data, US private equity-backed exits totaled 1,235 in 2017, down from 1,254 in 2016 and from over 1,300 in both 2015 and 2014, representing a five-year CAGR of just 1.9% from 2012. We believe this modest downward trend is driven by a myriad of factors, including:

  1) a macro environment that resulted in a backlog of exits built up from the recession, at least partially driving the 2012-2016 boom (7% CAGR in exit volume, 8% on a dollar basis);

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002658

## Technology

Software

December 20, 2018

2) a broadening of private fundraising that has enabled companies to raise equity over longer periods of time via not only traditional PE and VC, but mutual funds and family offices as well (this is tied closely to the liquidity boom discussed above). The result is companies are less-dependent on traditional public market fundraising, and investor demand is at least partially satisfied via the inclusion of mutual funds in private deals; and

3) the 2012 JOBS act quadrupled the number of registered shareholders a private company can have before publicly disclosing financials with the SEC (this does not equate to offering publicly-traded shares via an IPO), from 500 to 2,000. This was at least partially responsible for Facebook's 2012 IPO, for example.

We believe that these factors – as well as others such as greater appreciation for and understanding of Software – have led to a broader, increased interest in Software-related investments (as well as generally increased interest in PE), raising the amount of money in private equity funds overall. See Chart 49. We have seen estimates for current private equity "dry powder" – uninvested cash – as high as $1.0 trillion. This, in turn, has led to more competition in potential transactions, resulting in higher valuations.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

## Jefferies

CONFIDENTIAL

CARB-00002659

## Technology

Software

December 20, 2018

**Chart 49: US Private Equity Fundraising**
**$bn**



Source: PitchBook and Jefferies Research; *2018 as of September 30

***Public Company Investors' Desire for Top-Line Growth Over Bottom-Line Profit.***
Public markets seem more amenable to organic growth than profit, so purchasing a relatively low growth company with meaningful margins may be less attractive to public companies if long-term stock price is one of, if not the primary driver of such a move.

**Valuations – Private Equity and Strategic Acquirers – Meeting in the Middle**
As Private Equity investors have become willing to pay higher multiples, strategic acquirers have become more cautious over time (though Oracle and IBM have arguably always been disciplined acquirers (at least until IBM's recently announced purchase of Red Hat). This has increased competition in Software M&A, with both strategic and private equity acquirers "meeting in the middle" in recent years, pursuing software assets of reasonable growth at reasonable prices. This differs from the typical cellar-dwelling assets traditionally acquired by private equity and the (assumed) hyper growth assets pursued by strategic players. The "middle" has traditionally been the domain of what we have viewed as perhaps the best acquirers in Software over the past 15 years, Oracle and IBM. These companies have largely acquired strategic assets with the associated risk accounted for in the price, i.e., at what we'd call "financial" acquisition prices (or not too far above the value of the highly recurring, highly profitable renewals streams of the acquired assets).

Private equity participants and strategic players have both become better at buying software companies, as Private Equity companies have become more comfortable paying higher multiples, while strategic acquirers have generally become more disciplined in the prices they'll pay. As a result, we believe they are meeting more often in such situations and increasing the competitiveness of acquiring software assets.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002660

## Technology

Software

December 20, 2018

**What Happens in an Increasing Rate Environment?**

The simple answer is that the cost of capital increases, which will have a deflationary effect on the prices private equity acquirers would likely be willing to pay, and perhaps curb their appetite for acquisitions. However, we believe Private Equity coffers remain ample and they now have a greater appreciation for the very attractive characteristics of the software model, both as described above. In addition, while rates are rising, they're still low relative to historical standards. Even after the three 25bp rate hikes in 2017 and three more in 2018, the federal funds rate is still only approximately 2%, materially lower than in the past. We believe slightly higher rates are unlikely to materially change private equity's involvement in Software investments.

## 2018 Software IPOs

As Chart 50 shows, there were 15 US Software IPOs in 2018, versus 12 in 2017 and 10 in 2016, though still significantly below the IPOs in 2014 and 2015. We believe that current lofty market valuations provide a prime opportunity for private Software companies that are ready and looking to go public. See Chart 50.

**Chart 50: Number of US Software IPOs, 1999-2017**



Source: Bloomberg and Jefferies Research
Note: 2018 is year-to-date as of December 18

In Charts 51-54, we show the number of and year-over-year change in publicly traded Software and Technology companies both in the US and worldwide. Note that the number of public US-based Software equities increased again in 2018 after declining in 2015 and 2016.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002661

## Technology

Software

December 20, 2018

**Chart 51: Number of Global Public Software Companies**



Source: Bloomberg and Jefferies Research
Note: Includes companies with a market cap ≥ $100mn
As of December 18, 2018.

**Chart 52: Growth in # of Global Public Software Companies**



Source: Bloomberg and Jefferies Research
Note: Includes companies with a market cap > $100mn
As of December 18, 2018.

**Chart 53: Number of US Public Tech Companies**



Source: Bloomberg and Jefferies Research
Note: Includes companies with a market cap > $100mn
As of December 18, 2018.

**Chart 54: Growth in Number of US Public Tech Companies**



Source: Bloomberg and Jefferies Research
Note: Includes companies with a market cap > $100mn
As of December 18, 2018.

# Interest Rates and Market Performance

## Summary: Markets Comfortable with This Rate Increase Cycle (for Now); Software Well Positioned

Although we spend most of our time evaluating industry fundamentals and the companies we cover, we recognize that investors consider broader dynamics that influence the public markets, including economic growth and monetary policy. Therefore, we analyze how software stocks may perform in the current rising interest rate environment.

As of 18 December 2018, the Federal Open Market Committee (FOMC) has made three 25bp increases to the federal funds rate in 2018, signaled for one additional increase prior to year-end, and has indicated three more increases in 2019. There will be a direct impact from higher interest rates on some companies (i.e. increased interest income on cash reserves or increased cost of debt), while the impact on others may be market-driven by demand for the

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

## Jefferies

CONFIDENTIAL

CARB-00002662

## Technology

Software

December 20, 2018

stocks (i.e. risk rotation) or value-driven (i.e. higher rates yield a higher discount rate used in a DCF, thereby yielding a lower stock value, all else equal). With approximately three years of FOMC rate increases behind us, we now can observe the market reaction to this cycle of rate increases. What we observe over the last three years is that that while rates have increased about 210bp off unprecedented lows, the market has been quite robust over this period, returning about 14% annualized returns to the S&P 500. Therefore, the market has indicated relative comfort with the current gradually increasing rate cycle.

Historically, the US equity market has performed robustly through increased rate cycles. However, these prior periods of increased short-term rates were a reaction to strong GDP growth. As of December 18, 2018 the Federal Reserve's current projection for GDP growth is 2.5% and 2.0% in 2019 and 2020, respectively, which is below 2018's projected 3.1% growth. We believe this cycle may have greater risk given the lack of a substantial growth tailwind, though any increased risk has yet to materialize in a market downturn. Although the market may react positively to increasing rates because of historical precedent, this move may be unwarranted unless the economic environment accelerates, which would provide the foundation for sustainable market performance (and the likely real reason for market appreciation in prior periods of rate increases).

Regardless of our caution that the historical precedent of rising rates may not provide the fundamental macroeconomic support for rising equities that it has in the past, we looked at more recent data of 10-year Treasury rate fluctuations and software stocks' reaction. We assume that the 10-year Treasury rate broadly moves in kind with speculation of changes to the Federal Funds Rate. We observed that technology, and more specifically software, has performed relatively well in the past four years during weeks of increased 10-year Treasury yields, while yield-oriented sectors like utilities, consumer staples, and telecommunications have posted the weakest performance. Furthermore, we find that within software, value- and yield-oriented names have underperformed growth-oriented names during periods of rising rates. This analysis validates what we would expect to see in a rising rate environment.

However, even lacking an economic acceleration during a period of rising rates, we'd expect meaningfully increased interest income to benefit some names in our coverage universe, especially for payroll vendors (ADP, CDAY, PAYC, PAYX, PCTY, ULTI) and companies with large net cash balances relative to their scale (CHKP, CVLT). Others that have relatively high shareholder capital returns, including dividend yields (PAYX, MSFT) would likely see pressure in such an environment. If the economy were to grow more meaningfully than expected, we would expect growth stocks to continue benefiting more than value stocks. While the software sector is generally considered a growth sector with secular tailwinds, it is still affected by the macro-economic cycle. Value names within the sector are driven primarily by recurring revenue streams, with presumably less growth, while the potential of growth names lies in new business sales that originate new incremental recurring revenue. During times of economic acceleration, we would expect new business for growth names to benefit inordinately relative to the stability of value names in good times and bad.

## Interest Rates and Market Performance

### Summary
Whether looking back at the most recent trough-to-peak cycle for increased fed fund rates (2004 to 2007) or even further back, to the 1950s, we see a clear pattern: periods of rising rates have been a reaction to accelerating growth as measured by US GDP growth. During these periods of rising rates, S&P 500 appreciation has generally been robust, likely because of increased growth prospects overwhelming the headwind from increased rates. So far in this rising rate environment, since September 2015, there has been only slight GDP growth acceleration, but a very robust equity market environment. This suggests that even if

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

## Jefferies

CONFIDENTIAL

CARB-00002663

## Technology

Software

December 20, 2018

continued gradually increasing fed fund rates are not accompanied by accelerating GDP growth, the market response may remain robust. We believe it's important to note that while rates have been rising, they generally remain at historically low levels, which has likely lessened the impact of this trend on the market.

### Recent History

The FOMC began the process of increasing unprecedentedly low fed funds rates from a low of about 0.07% in September 2015. Over the past 3+ years of gradual rate increases, we have observed slightly accelerated US nominal GDP growth to about 3.7%, and a very robust market environment, with the S&P 500 delivering 14% annualized returns. While the prior period of low to near-zero interest rates for about nine years is unprecedented, the market performance during the last three years of rate increases should indicate a market which has been comfortable with a gradually increasing rate environment.

We believe it would be myopic to just view the last three years, and therefore we evaluate history for any insight into longer-term market reaction to an increase in the federal funds rate. The prior cycle of increases in the fed funds rates began in about June 2004, when rates were increased 35bp after bottoming in May. The S&P 500 was up about 2% in June 2004. Rates continued to increase through about January 2007, at which point they topped out at 5.41%. From this period that we identify as trough-to-peak fed fund rates, the S&P 500 increased 28%. See Chart 55. This historical scenario suggests the market responds well to increases in short-term rates. However, as we explore further below, these periods tend to be commensurate with accelerating GDP growth (and therefore accelerating revenue/earnings growth) which tends to overwhelm the headwind from higher rates.

We should be careful not to assign sweeping generalizations to historical patterns in such cases. We have seen examples in recent history when historical economic "trends" have been misleading, as the world changes. For instance, we believe European Government austerity programs had an outsized suppressive effect on IT spending in that region in 2011-2013 that would not have been anticipated with historical trends alone. Another example might be gleaned from further review of Chart 55. While an increase in the fed funds rate in 2004 may have coincided with an increase in the S&P 500, a low to near-zero percent US Federal Funds rate has been the backdrop of the stock market climb since a bottom in 2009.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

## Jefferies

CONFIDENTIAL

CARB-00002664

## Technology

Software

December 20, 2018

**Chart 55: Market Performance and Interest Rates since 2000**



Source: FactSet and Jefferies
As of December 18, 2018

### A Pattern Emerges

We identify 14 periods of rate cycles, either increases or decreases, since 1954 (Chart 56). From this data, we evaluate the state of economic growth as well as the market performance during different interest rate cycles. During periods of increasing fed funds rates (trough to peak), annualized nominal GDP growth tends to be strong, averaging 7.5%. Alternatively, during periods of decreasing fed funds rates (peak to trough), annualized nominal GDP growth tends to be softer, averaging 3.3%. This again supports the notion that increased rates have been commensurate with a strong economy.

We then evaluate the market response to different rate cycles. The S&P 500 has tended to outperform in periods of rising rates, averaging +7.4% annualized return in the periods of trough to peak Fed Funds rates. In contrast, in periods of peak to trough Fed Funds rates, the S&P 500 has averaged a -0.4% return. We believe this strong market performance in rising rate cycles is due to strong economic conditions, which have overwhelmed any headwind from increasing rates.

We also evaluate the most recent trough period (September 2015) to current (December 18, 2018) of increasing rates. Over this period, the fed funds rate increased about 210bp off unprecedented lows. US GDP nominal growth accelerated just slightly to about 3.5%, from the 3.1% in the prior period analyzed. Over this period, the S&P 500 returns were 7.0% annualized. We recognize that this as an isolated period, and until recently markets appeared to have grown comfortable with interest rates increases.

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

Jefferies

CONFIDENTIAL

CARB-00002665

## Technology

Software

December 20, 2018

**Chart 56: Economic and Market Analysis During Interest Rate Cycles**

| Fed Funds Rate Cycle | Start Date | End Date | Fed Funds Rate EoP | Increase (Decrease) Fed Frunds Rate | Annualized U.S. Nominal GDP Growth | Annualized S&P 500 Return |
|---|---|---|---|---|---|---|
| Trough to Peak | Sep-1954 | Sep-1957 | 3.50% | 2.06% | 6.5% | 8.7% |
| Peak to Trough | Sep-1957 | Mar-1958 | 0.50% | -3.00% | -3.3% | -1.0% |
| Trough to Peak | Mar-1958 | Mar-1960 | 4.00% | 3.50% | 7.2% | 10.6% |
| Peak to Trough | Mar-1960 | Mar-1961 | 2.50% | -1.50% | 0.3% | 13.8% |
| Trough to Peak | Mar-1961 | Sep-1969 | 8.50% | 6.00% | 7.5% | 4.2% |
| Peak to Trough | Sep-1969 | Dec-1971 | 3.00% | -5.50% | 6.0% | 3.7% |
| Trough to Peak | Dec-1971 | Jun-1974 | 13.31% | 10.31% | 9.6% | -6.0% |
| Peak to Trough | Jun-1974 | Dec-1974 | 3.87% | -9.44% | 6.1% | -26.1% |
| Trough to Peak | Dec-1974 | Dec-1980 | 22.00% | 18.13% | 10.5% | 11.6% |
| Peak to Trough | Dec-1980 | Dec-1992 | 3.06% | -18.94% | 6.8% | 10.0% |
| Trough to Peak | Dec-1992 | Sep-2000 | 6.72% | 3.66% | 5.6% | 16.1% |
| Peak to Trough | Sep-2000 | Dec-2003 | 1.03% | -5.69% | 3.8% | -7.1% |
| Trough to Peak | Dec-2003 | Sep-2006 | 5.36% | 4.33% | 5.6% | 6.3% |
| Peak to Trough | Sep-2006 | Sep-2015 | 0.07% | -5.29% | 3.1% | 4.0% |
| | | | | | | |
| Average, Trough to Peak | | | | 6.85% | 7.50% | 7.35% |
| Average, Peak to Trough | | | | -7.05% | 3.26% | -0.38% |
| | | | | | | |
| Trough to Current | Sep-2015 | Dec-2018 | 2.20% | 2.13% | 3.5% | 7.0% |

Source: FactSet and Jefferies
As of December 18, 2018

## Interest Rate Hikes Historically Follow GDP Growth

Although we think that history is the best starting point to gauge the future, we also recognize that differences between history and the present should be considered when making forecasts. At the same time, we covered the software sector in 1999, so we are skeptical whenever we hear or start to think that it might be "different this time". But we do believe there are some differences that matter this time.

For instance, from the above observations of history, the market appreciates with increasing rates and vice versa. An important tenet of the historical correlation between rising interest rates and market appreciation has been an accelerating economic environment. However, this cycle of increasing rates is commensurate with a forecast for only moderate GDP growth. As of December 18, 2018, the Federal Reserve is forecasting real GDP growth of 2.5% and 2.0% in 2019 and 2020, respectively. These forecasts are below the 3.1% growth estimated in 2018 and they return to the growth range seen since 2009. See Chart 57. While markets have historically performed well through rate increase cycles, they usually have the support of strong economic growth. Although it appears that GDP growth is expected to remain solid, it may not have a significant offsetting tailwind from strong acceleration this time around.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

# Jefferies

CONFIDENTIAL

CARB-00002666

## Technology

Software

December 20, 2018



**Chart 57: US Real GDP Growth**

Source: Board of Governors of the Federal Reserve System, Federal Reserve Bank of St. Louis
As of December 18, 2018

If the macroeconomy only improves modestly as rates gradually rise, the fundamental influences of increasing rates could have a suppressive effect on equities. These include:

- Higher rates equate to increased borrowing costs, which may suppress investment for growth.

- Higher rates make fixed income investments more attractive relative to equities, all else equal.

- Higher risk-free rates increase the discount rate derived from the CAPM model, reducing the calculated intrinsic value derived from a DCF calculation.

This doesn't mean that the market or specific stocks won't react positively with increasing rates. There are other influences that will likely weigh in, such as some of the positive secular factors we often talk about with regard to software. In addition, there could be a continued positive reaction regardless of any other factors, simply because some market observers will note that the market typically increases with increasing rates. This alone may drive the market higher – for a while. However, this is something we'll monitor closely as macroeconomic fundamentals alone do not currently seem to support a significantly appreciating market.

## Software Fared Better Than Others in Recent Rising Treasury Rate Periods

Since most of our coverage universe did not exist during much of the historical period analyzed above (software was not even broadly analyzed as a sector until the 1990s), it's difficult to identify historical patterns of software equities specifically in periods of rising federal funds rates with confidence. In addition, coverage and understanding of the software sector has evolved from the nascent periods when there was overlap with other technology sectors. However, we can consider more recent times when the market has anticipated increasing federal funds rates, as reflected in increasing Treasury yields. This analysis identifies something we anticipated all along – that as a growth sector with relatively high valuation multiples and lower dividend yields, software equities perform better in a rising rate environment than more yield-focused sectors (Chart 58).

While markets were rising through the most recent increase in the Fed Funds rate (in September 2018), we've seen market volatility driven by **speculation** of potentially increasing rates over the last few years. We evaluate these periods by analyzing weeks in

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002667

## Technology

Software

December 20, 2018

which the 10-year Treasury yield rose (rather than the federal funds rate). Since the beginning of 2014, a period which incorporates 257 weeks, the 10-year yield has risen in 123 weeks. Herein, we evaluate sector and stock performance during those 123 weeks of rising rates to parse out any themes.

### Software vs Broad Market and Other Sectors

When evaluating weekly periods over the past four years, we identify 123 weeks (48% of 257 weeks in total) in which the 10-year Treasury yield increased. Isolating these weeks, we evaluate how different sectors performed in periods of rising rates (Chart 58).

We observe that of 123 rising yield weeks, the S&P 500 exhibited positive performance in 70% of these periods, with an average return of +0.7%. In comparison, the technology sector within the S&P 500 performed positively in 64% of rising rate periods, but outperformed the broad market with an average +0.8% return. The software sub-sector (within technology), using the IGV ETF as a proxy, performed positively in 67% of rising rate periods and delivered +0.9% average return over these periods.

In contrast, the worst-performing sectors (measured by average return) during periods of rising rates were utilities which averaged -0.2%, consumer staples which averaged +0.3%, and telecom which averaged +0.3%. These results are somewhat consistent with what many investors have come to understand: yield-oriented and lower-growth sectors like utilities, consumer staples, and telecom tend to underperform in periods of rising rates, while sectors with higher growth potential and lower yields, like software, tend to outperform during periods of rising rates. Understanding that this is a simplified exercise and there are many other market forces at play driving returns, **we conclude that in relation to other US equity sectors, software has had a relatively robust market reaction to recent increases in interest rates**. We believe this has more to do with software being considered a growth sector and the historical correlation between rising rates and economic acceleration discussed above.

### Chart 58: Sector Performance in Periods of Rising Rates
Weekly periods since 1 Jan 2014; sorted in ascending order by average return in rising rate periods

| Security | Total # Periods | # Periods Pos 10Yr Chg | # Periods Pos 10Yr Chg + Pos Return | % Periods Pos Return | Avg Return During Pos 10Yr Chg | EV/Rev | Div Yield |
|---|---|---|---|---|---|---|---|
| S&P 500 Utilities | 257 | 123 | 59 | 48% | -0.2% | 3.9x | 3.3% |
| S&P 500 Consumer Staples | 257 | 123 | 72 | 59% | 0.3% | 1.6x | 2.8% |
| S&P 500 Telecom | 257 | 123 | 67 | 54% | 0.3% | 3.5x | 1.4% |
| S&P 500 Healthcare | 257 | 123 | 85 | 69% | 0.6% | 2.4x | 1.5% |
| **S&P 500** | **257** | **123** | **86** | **70%** | **0.7%** | **2.5x** | **2.0%** |
| S&P 500 Energy | 257 | 123 | 76 | 62% | 0.7% | 1.6x | 3.0% |
| S&P 500 Consumer Discretionary | 257 | 123 | 83 | 67% | 0.7% | 1.9x | 1.2% |
| S&P 500 Technology | 257 | 123 | 79 | 64% | 0.8% | 4.1x | 1.5% |
| **S&P North American Software Index (IGV)** | **257** | **123** | **82** | **67%** | **0.9%** | **6.0x** | **0.0%** |
| S&P 500 Industrials | 257 | 123 | 86 | 70% | 0.9% | 2.1x | 1.9% |
| S&P 500 Materials | 257 | 123 | 89 | 72% | 0.9% | 2.2x | 1.9% |
| S&P 500 Financials | 257 | 123 | 92 | 75% | 1.2% | 2.7x | 1.9% |

Source: FactSet and Jefferies
As of December 15, 2018.

### Companies in Our Coverage Universe

Using the same methodology as discussed in the section above, we drill down to evaluate how the companies within our coverage have reacted to periods of rising rates. Chart 59 sorts, from worst performer to best, by the average return in weeks of rising 10-year Treasury yields, over the past three years.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.



**Jefferies**

CONFIDENTIAL

CARB-00002668

## Technology

Software

December 20, 2018

While we evaluate each individual company within our coverage, we recognize that company performance has been driven by much more than interest rates during these periods. Therefore, we also aggregate our coverage into "Growth" and "Value" buckets using the same categorizations as defined earlier in this report. We find that in the 123 weeks of rising 10-year Treasury rates the "Value" bucket had positive performance in 63% of these periods, with an average return of +0.9%. The "Growth" bucket was positive in 68% of rising rate weeks, with an average return of +1.3%.

We observe thematically that value-oriented and dividend-focused names within software have performed roughly in line with the sector in periods of rising rates, while growth-oriented names have tended to outperform the sector. We note that even the lesser performing "Value" names performed slightly better than the broad market (S&P 500) during these rising rate periods.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002669

## Technology

### Software

December 20, 2018

**Chart 59: Software Stocks Performance in Periods of Rising Rates**

Weekly Periods, Since 1 Jan 2014; Sorted in ascending order by average return in rising rate periods

| Security | Total # Periods | # Periods Pos 10Yr Chg | # Periods Pos 10Yr Chg + Pos Return | % Periods Pos Return | Avg Return During Pos 10Yr Chg | EV/Rev | Div Yield |
|---|---|---|---|---|---|---|---|
| ZUO | 33 | 18 | 6 | 33% | -1.0% | 13.7x | 0.0% |
| SMAR | 31 | 16 | 8 | 50% | -0.9% | 21.2x | 0.0% |
| DBX | 36 | 19 | 7 | 37% | -0.8% | 6.8x | 0.0% |
| APTI | 114 | 57 | 30 | 53% | 0.0% | 9.0x | 0.0% |
| SAIL | 54 | 28 | 15 | 54% | 0.3% | 23.1x | 0.0% |
| AVID | 257 | 123 | 69 | 56% | 0.4% | 3.5x | 0.0% |
| SAP | 257 | 123 | 75 | 61% | 0.4% | 6.9x | 1.1% |
| MIME | 158 | 75 | 40 | 53% | 0.5% | 7.5x | 0.0% |
| NTNX | 113 | 57 | 28 | 49% | 0.5% | 13.2x | 0.0% |
| SGE-GB | 257 | 123 | 75 | 61% | 0.5% | N/A | 2.6% |
| ORCL | 257 | 123 | 72 | 59% | 0.6% | 7.4x | 1.5% |
| CVLT | 257 | 123 | 72 | 59% | 0.6% | 5.0x | 0.0% |
| SYMC | 257 | 123 | 74 | 60% | 0.6% | 3.9x | 1.3% |
| CHKP | 257 | 123 | 73 | 59% | 0.6% | 7.7x | 0.0% |
| ULTI | 257 | 123 | 73 | 59% | 0.6% | 8.7x | 0.0% |
| BAS1V-FI | 257 | 123 | 67 | 54% | 0.6% | -- | 0.0% |
| ZEN | 237 | 114 | 63 | 55% | 0.7% | 12.1x | 0.0% |
| PAYX | 257 | 123 | 79 | 64% | 0.7% | N/A | 3.2% |
| ADBE | 257 | 123 | 67 | 54% | 0.7% | 16.6x | 0.0% |
| NICE | 257 | 123 | 74 | 60% | 0.7% | 7.6x | 0.0% |
| **S&P 500** | **257** | **123** | **86** | **70%** | **0.7%** | **2.5x** | **2.0%** |
| VMW | 257 | 123 | 74 | 60% | 0.7% | 12.1x | 0.0% |
| **S&P North American Software Index (IGV)** | **257** | **123** | **82** | **67%** | **0.9%** | **6.0x** | **0.0%** |
| **Value Software Coverage** | **257** | **123** | **77** | **63%** | **0.9%** | **7.0x** | **0.9%** |
| ADP | 257 | 123 | 85 | 69% | 0.9% | N/A | 2.1% |
| WDAY | 257 | 123 | 76 | 62% | 0.9% | 17.7x | 0.0% |
| VRNS | 248 | 120 | 74 | 62% | 0.9% | 15.2x | 0.0% |
| BNFT | 257 | 123 | 66 | 54% | 1.0% | 8.9x | 0.0% |
| MSFT | 257 | 123 | 80 | 65% | 1.0% | N/A | 1.6% |
| ALRM | 179 | 85 | 52 | 61% | 1.0% | 9.0x | 0.0% |
| INTU | 257 | 123 | 76 | 62% | 1.0% | N/A | 0.9% |
| PANW | 257 | 123 | 73 | 59% | 1.0% | 9.1x | 0.0% |
| TEAM | 155 | 74 | 41 | 55% | 1.0% | 26.3x | 0.0% |
| CRM | 257 | 123 | 80 | 65% | 1.1% | 9.6x | 0.0% |
| CTXS | 257 | 123 | 78 | 63% | 1.1% | 8.1x | 1.3% |
| CDAY | 31 | 16 | 10 | 63% | 1.1% | 9.7x | 0.0% |
| PCTY | 245 | 119 | 69 | 58% | 1.2% | 9.5x | 0.0% |
| 4704-JP | 257 | 123 | 78 | 63% | 1.3% | -- | 2.2% |
| **Growth Software Coverage** | **257** | **123** | **84** | **68%** | **1.3%** | **13.9x** | **0.0%** |
| CARB | 257 | 123 | 70 | 57% | 1.3% | 3.7x | 0.0% |
| SWI | 6 | 3 | 1 | 33% | 1.3% | 10.4x | 0.0% |
| MB | 180 | 85 | 49 | 58% | 1.3% | -- | 0.0% |
| NOW | 257 | 123 | 80 | 65% | 1.4% | 15.0x | 0.0% |
| SOPH-GB | 179 | 85 | 51 | 60% | 1.5% | -- | 1.1% |
| RNG | 257 | 123 | 77 | 63% | 1.5% | 7.4x | 0.0% |
| RHT | 257 | 123 | 86 | 70% | 1.5% | 11.4x | 0.0% |
| SPLK | 257 | 123 | 77 | 63% | 1.6% | 14.5x | 0.0% |
| DATA | 257 | 123 | 73 | 59% | 1.6% | 14.2x | 0.0% |
| PAYC | 241 | 117 | 79 | 68% | 1.9% | 15.0x | 0.0% |
| AVST-GB | 29 | 15 | 8 | 53% | 1.9% | 5.8x | 0.0% |
| HUBS | 216 | 103 | 63 | 61% | 1.9% | 12.5x | 0.0% |
| SHOP | 184 | 87 | 55 | 63% | 2.0% | 35.5x | 0.0% |
| ESTC | 8 | 4 | 3 | 75% | 6.8% | 7.4x | 0.0% |

Source: FactSet and Jefferies
As of December 15, 2018.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002670

**Technology**

Software

December 20, 2018

# Best and Worst Fundamentally Positioned for Rising Rates

When simply considering fundamental logic, we believe some of the software stocks in our coverage universe will react to a rising rate environment. We consider rising rates in a relatively stagnant, slowly appreciating economic environment, versus the accelerating economy historically experienced when rates are rising. We also note that all equities may initially react positively (or likely already have) due to historical precedents (that may no longer really apply). Some companies in our coverage universe will benefit from rising rates, while others will experience a net negative effect. Investors should also keep in mind that there are a multitude of other factors that will affect these stocks, some of which may overwhelm any effects from rising rates.

Note that the expected rising rates environment is projected to be a continued gradual increase. Furthermore, the impact is well-understood by investors and may already be priced into shares. Lastly, while we note potential benefits (headwinds) from a rising rate environment, each company has many fundamental and/or macro drivers which could overwhelm this impact. Below, we note companies under our coverage that we believe are best/worst positioned when isolating only for a rising rate environment.

### Best Positioned for Rising Rates

**Payroll Vendors:** These companies collect cash from clients and subsequently disburse funds to the clients' employees and appropriate tax agencies. Between receipt and disbursement, payroll vendors invest these funds in money market funds and certificates of deposit, earning interest income. Additionally, there is a historical, positive correlation between interest rates and payroll growth (presumably because rising rates occur during accelerated economic expansion), driving payroll vendors' core payroll processing business.

- **Payroll vendors (ADP, PAYC, PAYX, PCTY, ULTI):** Payroll companies manage their clients' funds differently in terms of investment styles, maturities, hedging, and potential fair value losses due to higher interest rates), but we estimate that their operating income could benefit by c.1-3% from a 25bp interest rate rise.

**Vendors with Large Net Cash Positions Relative to their Scale:** These vendors will see an outsized benefit to interest income relative to their peers.

- **CHKP.** With about $4.1bn in net cash and equivalents as well as short- and long-term marketable securities equating to about 24% of its market cap, CHKP would realize a financial benefit on interest income should rates rise meaningfully. A 25bp increase in rates would yield about a $0.06 (1%) benefit to annual EPS.

- **CVLT.** Commvault holds approximately $484mn in net cash and equivalents as well as short-term investments. This equates to about 13% of the company's market cap. Commvault would realize an additional $0.03 in EPS or 2% in non-GAAP EPS for a 25-basis point increase in interest rates.

### Cautious in a Rising Rate Environment

**Relatively High Dividend Yield Stocks** will be less attractive as the difference between the dividend yield and risk-free yield will narrow:

- **4704 JP (Trend Micro).** Current yield is approximately 2.4%.
- **ADP.** Current yield is approximately 2.4%.
- **PAYX.** Current yield is approximately 3.5%.
- **MSFT.** Current yield is approximately 1.8%.
- **SGE GB (Sage).** Current yield is approximately 2.8%.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002671

**Technology**

Software

December 20, 2018

# It All Comes Down to Valuation

We base all our price targets on what we consider to be a rigorous, academic approach to a three-stage DCF to estimate the intrinsic value of a Software stock (or any stock for that matter). Investors can find our methodology in the Appendix of any of our initiations. However, we do consider other valuation metrics, which can be traced back to the net present value of future cash flow. In this section, we discuss the following traditional approaches as it pertains to valuation:

- We consider the forward P/E of Software (with E as a proxy for cash flow) relative to that for the market (S&P 500).

- We also consider the portion of software stocks trading at or below what we estimate to be about the intrinsic value of their recurring revenue streams if they were run efficiently.

- We then analyze "Growth" versus "Value" names based on NTM P/E.

The simple conclusion is that Software stock valuations are currently near historical highs. However, both strategic and financial acquirers are more willing to pay more for the highly recurring, highly profitable revenue streams of a software company. This in turn raises the question of whether we have been too conservative in our approach to those recurring revenue streams, and will the aggregate investment community consider software in a different light. We explored this in _Software on Our Minds — and in Our Face_ (September 21, 2018) and summarized herein. Note that this approach was not based on eyeballs (we covered the Software sector in 1999-2003), but on fundamental valuation theory and math. When we consider this approach, some names that may seem expensive today, appear to be worthwhile investments for those that can consider the medium to long term.

**Software Relative Valuation Expensive vs History**

The P/E of Software is 2.24x that of the S&P 500 as of September 30, 2018, in line with the 2.02x at the end of 2017 and above the historical average of 1.61x (Chart 60). Note that we believe Software has traded at a relative multiple greater than one for some time and we expect it to do so for the foreseeable future for a couple of reasons: 1) the industry's generally higher growth prospects relative to world GDP (as a proxy for S&P growth); and 2) we believe software will likely trade at a premium to the S&P given its flexibility relative to most industries. Software is based on intellectual assets, not the fixed assets many other industries are based on.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.    **Jefferies**

CONFIDENTIAL    CARB-00002672

## Technology

Software

December 20, 2018

**Chart 60: Software P/E Valuations Relative to S&P 500**



Source: FactSet and Jefferies Research
Note: Calculated using a P/E maximum threshold of 70x.
As of September 30, 2018.

**Few Names Trading at or Below Intrinsic Value of Recurring Revenue**

Finally, we consider the portion of software stocks trading at or below what we consider to be the intrinsic value of the existing recurring revenue. We had previously calculated that the net present value of the future cash flow from $1 of maintenance revenue was $5.1. Therefore, we concluded that 5.1x EV/TTM Maintenance-like revenue represented the value of the existing highly recurring revenue of a software company, or its base value. However, the lower US corporate tax rate in 2018 changed this calculation to yield an equivalent 6.2x EV/Maintenance-like revenue. The number of Software stocks trading at or below 5.1x EV/recurring revenue has been in a range near historical lows since the fourth quarter of 2017, or in the low to mid-teens. However, the portion trading at 6.2x over the past year (during the period of the reduced tax rate) has been generally closer, but still below the long term average of 33.3%. See Chart 61 below where we show Software stocks trading at or below the 5.1x multiple from 2007 until the present date as well as the percentage of software stocks trading at or below the 6.2x multiple for the year of 2018. In 2018, 14.2% of software stocks considered were trading at or below 5.1x whereas 22.5% were trading at or below 6.2x.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002673

**Technology**

Software

December 20, 2018

**Chart 61: Software Stocks Trading at or Below 5.1x EV/Maintenance — December 2007 to December 2018 and Software Stocks Trading at or Below 6.2x EV/Maintenance — January 2018 to December 2018**



Source: FactSet and Jefferies Research
As of December 14, 2018.

## Value vs Growth Valuation

**Summary: Another Growth Year, But Value Fared Well Too**

Weighted value stock multiples have contracted by 11.5% to 20.3x NTM EPS from the beginning of 2018 to December 18, 2018 (versus 22.9x NTM EPS in December 2017), while Growth stock multiples expanded slightly to 57.5x from 57.2x. Even though Value multiples contracted in aggregate as a group, they were boosted by the multiple expansion of CHKP, NICE and VMW (Charts 62 and 63).

Growth names have generally have performed better than value stocks over the past couple of years (after underperforming in 2016), but their valuation multiples have also expanded more, which may cap further meaningful appreciation by the group. However, we do expect those growth names with secular winds at their backs to continue to grow revenue meaningfully, which should nevertheless have a positive effect on their stock prices. On the flip side, we expect some value names that have not worked over the last year or two to outperform this year. See the section *How to Play Our Coverage Universe in 2019* earlier in this report. Though value names may be easier to buy when lower valuation multiples are considered, similar to last year, we expect specific stock selection in both groups to be paramount, rather than simply buying one group over the other.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002674

## Technology

Software

December 20, 2018



**Chart 62: Software Index Valuations (NTM P/E)**

Source: FactSet and Jefferies Research
Notes:
NTM P/E multiples were capped at 110x; otherwise data was excluded from peer group weighted average. The weights came from the market cap of each stock.
The assignment to Growth or Value is based on our judgement and discretion.
Growth Index includes: ADBE, ALRM, APTI, CDAY, CRM, DATA, ESTC, HUBS, MB, MIME, NOW, NTNX, PANW, PAYC, PCTY, RHT, RNG, SAIL, SHOP, SMAR, SOPH-GB, SPLK, TEAM, TEMN-SWX, ULTI, VRNS, WDAY, ZEN, ZUO.
Value Index includes: 4704-JP (Trend Micro), ADP, AVID, AVST-GB, BAS1V-FI, BNFT, CARB, CHKP, CTXS, CVLT, VMW, INTU, MSFT, NICE, ORCL, PAYX, SAP, SGE-GB, SWI, SYMC, VMW.
As of November 30, 2018.

**"Growth" Valuations Inch Up, Remain Rich... Some Supported by Secular Trends**
Valuations (based on NTM P/E) for Growth software have grown slightly to 63.3x from last year's 62.0x, well above the 56.0x for aggregate Software during the tech bubble exiting 1999, implying very rich valuations. See Chart 63 below. While the group looks expensive relative to history, we still believe stock selection and fundamental analysis are key to driving opportunity within Growth Software. Many Growth companies are levered to secular themes (e.g., *Big Data*, Cloud and *Security* which we go into in further detail below), which we believe will drive revenue growth and eventual meaningful profit and cash flow via the high operating leverage inherent in Software models.

While they are meaningfully above the overall S&P Software index, we think higher multiples for some Growth stocks are justified given their likely future cash flows with eventual scale. At the same time, we often see the valuations assigned by the market of "Growth" names exceed the likely future growth of these companies. Furthermore, we believe that Growth stocks will remain more influenced by macroeconomic factors than Value stocks since they are more dependent on new license and subscription sales (which is likely contributing to the recent outperformance of growth), versus maintenance and subscription renewals that oftentimes provide the foundation for the valuations of Value stocks. However, we do note that the SaaS model masks the real growth of new business for these companies, and although we attempt to tease out a reasonable proxy (i.e., new subscription ACV), the market has not always followed this approach.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002675



**Technology**

Software

December 20, 2018

**Chart 63: Valuation Comparison: S&P Software Index in 1999 vs Software Indices Today**
NTM P/E



Source: FactSet and Jefferies Research
Notes:
NTM P/E multiples were capped at 110x; otherwise data was excluded from peer group average.
The assignment to Growth or Value is based on our judgement and discretion.
Growth Index includes: ADBE, ALRM, APTI, CDAY, CRM, DATA, ESTC, HUBS, MB, MIME, NOW, NTNX, PANW, PAYC, PCTY, RHT, RNG, SAIL, SHOP, SMAR, SOPH-GB, SPLK, TEAM, TEMN-SWX, ULTI, VRNS, WDAY, ZEN, ZUO.
Value Index includes: 4704-JP (Trend Micro), ADP, AVID, AVST-GB, BAS1V-FI, BNFT, CARB, CHKP, CTXS, CVLT, VMW, INTU, MSFT, NICE, ORCL, PAYX, SAP, SGE-GB, SWI, SYMC, VMW
We calculate the S&P Software Index *without gaming stocks (ANSS, ATVI, CDK, EA, FICO, SNAP, TIVO, TTWO and ZNGA)* for this plot. This year tickers included: ACIW, ADBE, ADSK, ANSS, AVYA, AZPN, BB, BL, BLKB, CDK, CDNS, CRM, CTXS, CVLT, DATA, DVMT, EBIX, EGHT, ELLI, EPAY, FEYE, FICO, FTNT, GWRE, HUBS, IMPV, INTU, MANH, MSFT, MSTR, NOW, NUAN, ORCL, OTEX, PAYC, PCTY, PEGA, PFPT, PRGS, PTC, QLYS, RHT, RNG, RP, RPD, SAIL, SNAP, SNPS, SPLK, SSNC, SYMC, TIVO, TYL, ULTI, VMW, VRNS, VRNT, WDAY and ZEN.

As Chart 64 shows, the top three Value names (i.e., BNFT, INTU, and VMW) appreciated on strong outperformance relative to expectations. BNFT particularly re-accelerated new logo additions, while VMW posted consistently better license than anticipated, and INTU appreciated because of a step up in Consumer segment growth thanks to TurboTax Live, plus continued adoption of QuickBooks Online for small business accounting.

Almost all our Growth names were up on the year (+29% stock appreciation on average), with the average multiple also increasing 2%. Within the growth group, the growth names that performed best were TEAM, DATA and ZEN. We would be more inclined to side with those Growth names that are still building their businesses on the back of real secular trends (such as Big Data, Cloud, Security, GDPR, IoT, and Digital Marketing, etc.), and to be cautious on corporations that may simply have benefitted from a widespread misunderstanding of the true underlying business momentum because of the accounting-related characteristics of subscription models that may be exacerbated in a model transition, or primarily because of ASC 606, for instance.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002676

**Technology**

Software

December 20, 2018

**Chart 64: Valuation and Stock Performance of Software Companies Across Value and Growth**

| | Ticker | Stock Price (2) | | | Market | NTMP/E (3) | | |
|---|---|---|---|---|---|---|---|---|
| | | Dec '17 | Dec '18 | 2018 Δ | Cap | Dec '17 | Dec '18 | 2018 Δ |
| Growth | ADBE | $175.24 | $226.18 | 29% | 108,063 | 31.0 | 28.5 | -8% |
| Names | ADSK | $57.25 | $60.23 | 33% | 2,472 | 40.6 | 36.4 | -10% |
| | APTI | $23.52 | $37.83 | 61% | 1,723 | N/A | N/A | N/A |
| | CRM | $152.23 | $152.32 | 29% | 100,085 | 60.5 | 48.2 | -20% |
| | DATA | $69.20 | $121.59 | 76% | 10,227 | N/A | 95.9 | N/A |
| | HUBS | $88.40 | $128.25 | 45% | 4,928 | N/A | 114.7 | N/A |
| | MB | $30.45 | $24.23 | -20% | 1,176 | N/A | N/A | N/A |
| | MIME | $28.67 | $32.91 | 15% | 1,916 | N/A | 82.3 | N/A |
| | NOW | $130.39 | $173.57 | 33% | 30,745 | 72.7 | 55.4 | -24% |
| | NTNX | $55.28 | $40.88 | 16% | 7,163 | N/A | N/A | N/A |
| | PANW | $144.94 | $177.22 | 22% | 16,757 | 39.3 | 31.6 | -20% |
| | PAYC | $80.33 | $124.82 | 56% | 7,121 | 52.1 | 38.9 | -25% |
| | PCTY | $47.16 | $61.87 | 31% | 3,183 | 68.2 | 41.6 | -15% |
| | RHT | $120.10 | $176.00 | 47% | 31,110 | 37.0 | 45.0 | 22% |
| | RNG | $48.40 | $80.08 | 69% | 6,237 | N/A | 116.5 | N/A |
| | SAIL | $18.50 | $22.68 | 56% | 1,977 | N/A | 92.8 | N/A |
| | SHOP | $101.00 | $134.39 | 33% | 14,023 | N/A | N/A | N/A |
| | SOPH-GB | $5.20 | $3.60 | -37% | 2,183 | 123.6 | 34.7 | -72% |
| | SPLK | $82.84 | $102.25 | 23% | 14,863 | 100.3 | 64.9 | -35% |
| | TEAM | $85.52 | $79.12 | 7% | 19,342 | 82.4 | 90.5 | 10% |
| | TEMN-SWX | $125.00 | $119.20 | -5% | 8,318 | 43.6 | 34.8 | -20% |
| | ULTI | $218.23 | $235.50 | 8% | 7,343 | 48.2 | 38.0 | -21% |
| | VRNS | $48.55 | $54.24 | 12% | 1,565 | N/A | N/A | N/A |
| | WDAY | $101.73 | $155.71 | 53% | 33,827 | 88.4 | 98.7 | 12% |
| | **Average** | | | **31%** | | **62.9** | **62.6** | **1%** |
| | | | | | | | | |
| Value | AVID | $6.39 | $5.83 | -8% | 252 | 20.6 | 12.4 | -40% |
| Names | CVLT | $52.50 | $57.04 | 9% | 2,592 | 41.6 | 26.9 | -35% |
| | SGE-GB | $7.98 | $5.98 | -25% | 8,113 | 22.9 | 19.1 | -17% |
| | 4704-JP | $6,390.00 | $6,300.00 | -1% | 7,396 | 30.1 | 27.5 | -9% |
| | ADP | $117.19 | $130.00 | 11% | 57,986 | 28.4 | 23.1 | -18% |
| | BAS1V-FH | $47.50 | $36.30 | -24% | 605 | N/A | N/A | N/A |
| | BNFT | $27.00 | $49.72 | 84% | 1,657 | N/A | N/A | N/A |
| | CARB | $25.10 | $25.58 | 2% | 827 | 25.0 | 14.2 | -43% |
| | CKP | $103.52 | $104.55 | 1% | 16,268 | 18.1 | 17.3 | -5% |
| | CTXS | $88.00 | $106.53 | 21% | 14,370 | 18.1 | 17.7 | -2% |
| | INTU | $152.78 | $198.13 | 30% | 51,256 | 30.1 | 28.9 | -4% |
| | MSFT | $85.54 | $103.97 | 22% | 789,939 | 23.8 | 21.9 | -8% |
| | NICE | $91.91 | $109.40 | 19% | 6,763 | 20.5 | 21.5 | 5% |
| | ORCL | $47.28 | $45.85 | -3% | 173,223 | 15.4 | 12.9 | -16% |
| | PAYX | $68.08 | $64.52 | -6% | 23,322 | 25.5 | 21.6 | -15% |
| | SAP | $112.38 | $100.08 | -11% | 118,806 | 21.5 | 18.6 | -14% |
| | SYMC | $28.06 | $20.72 | -26% | 13,193 | 15.2 | 12.1 | -20% |
| | YMAY | $125.32 | $154.40 | 23% | 82,685 | N/A | N/A | N/A |
| | **Average** | | | **7%** | | **23.8** | **19.7** | **-17%** |
| | | | | | | | | |
| IPO (1) | ZEN | $13.63 | $55.42 | 313% | 5,986 | N/A | N/A | N/A |
| | CDAY | $31.21 | $34.80 | 12% | 4,662 | N/A | 76.9 | N/A |
| | ESTC | $70.00 | $69.18 | -1% | 4,777 | N/A | N/A | N/A |
| | SMAR | $19.50 | $22.91 | 17% | 2,597 | N/A | N/A | N/A |
| | ZUO | $20.00 | $16.80 | -16% | 1,752 | N/A | N/A | N/A |
| | AVST-GB | $2.46 | $2.59 | 5% | 3,209 | N/A | 11.0 | N/A |
| | DBX | $28.48 | $21.46 | 29% | 8,840 | N/A | 46.6 | N/A |
| | **Average** | | | **44%** | | **N/A** | **N/A** | **N/A** |
| | | | | | | | | |
| Indices | S&P 500 | 2,673.61 | 2,546.16 | -5% | N/A | 18.3 | 14.6 | -20% |
| | S&P Software | 644.00 | 723.40 | 12% | N/A | 38.5 | 36.4 | -6% |

Source: Source: FactSet and Jefferies Research.

Note: ADBE, INTU, and MB are covered by Brent Thill; AVST-GB (co-covered by John DiFucci), BAS1V-FH, SAP, SOPH-GB, SGE-GB and TEMN-SWX are covered by Vijay Anand; and 4704-JP (Trend Micro) is covered by Hiroko Sato.

(1) DBX was an IPO with stock appreciation measured as of IPO pricing of $21 on 3/23/2018.
ZUO was an IPO with stock appreciation measured as of IPO pricing of $14 on 4/12/2018.
CDAY was an IPO with stock appreciation measured as of IPO pricing of $22 on 4/26/2018.
SMAR was an IPO with stock appreciation measured as of IPO pricing of $15 on 4/27/2018.
AVST-GB was an IPO with stock appreciation measured as of IPO pricing of 250p on 5/10/2018.
ESTC was an IPO with stock appreciation measured as of IPO pricing of $36 on 10/5/2018.
SWI was an IPO with stock appreciation measured as of IPO pricing of $15 on 10/19/2018.
(2) Current Prices as of 12/17/18 market close.
(3) Notes: NTM P/E multiples were capped at 110x; otherwise data was excluded from peer group average.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002677

**Technology**

Software

December 20, 2018

**"Value" Multiples Moderated in 2018 (Though Stocks Appreciated)**
On the other hand, Value stocks appreciated 14% (just under the aggregate software space), but are now trading at about 20.4x NTM P/E, which is about half the multiple of the broader Software space at 36.4x. This begs the question of whether this group is littered with value traps – or opportunity. Some Software stocks that fit the so-called "Value" moniker appear to be trading near or below what we calculate as the intrinsic value of the cash flow from their existing NTM recurring revenue stream even if cash flow never grew again (e.g. CARB at 2.8x EV/recurring, CVLT at 4.2x EV/recurring and SYMC at 3.6x EV/recurring on a TTM basis), while several others appear attractive in this vein (e.g. DBX at 5.2x EV/Subscription, MIME at 5.5x EV/Subscription, NICE at 6.3x EV/recurring and ORCL at 6.6x EV/recurring). This should give investors some confidence in buying them, since few have rapidly evolving negative secular stories, though they are not without risk.

If these "Value" companies were to instill a constructive change from within, or someone other than the public markets (either private equity or an acquiring IT vendor) were willing to pay something closer to the intrinsic value, it could be a meaningful catalyst for the stock. Without these catalysts, these stocks could languish at what appear to be discontinuities in the market for years.

We firmly believe that for any stock, there is an intrinsic value that is based on the net present value of its future free cash flow – but we also realize that at any given time, a stock is only worth the value that the market assigns it. We typically like the risk versus reward trade-off in such situations, with the realization that something may be needed to unlock this value in the public markets. Within our coverage universe, we believe meaningful opportunity still exists with ORCL, CVLT and MIME.

## Evolving Approach to Software Valuation

The market has posted tremendous gains over the last few years, and Software has meaningfully outperformed the market, implying that it may even be an underlying foundation of it all. In this section, we discuss valuation of Software stocks in the context of intrinsic value driven by free cash flow. Beyond a DCF of an entire software business, we can estimate the intrinsic value of a hyper-efficient recurring revenue stream, either maintenance or SaaS subscription. Chart 65 summarizes the multiples of recurring software revenue streams and the changing variables implied in those streams, followed by a summary of these assumptions and more detailed analysis below. In addition, the derivation of the multiples at a 35% and a 21% tax rate are explained in more detail in the two-page Appendix of our Weekly, *The Right Price* published after the close every Friday, while the Multiple at Long Term Growth of the Economy multiples are explained further in *Where We Could Be*.

These multiples imply no growth in cash flow, but if we assume the long-term nominal growth rate of the economy as 2.5% real growth plus 2.5% inflation (= 5%), the equivalent multiples are 11.4x EV/Maintenance and 10.0x EV/SaaS Subscription.

**Chart 65: Software Recurring Revenue Multiples with Various Assumptions**

| | Maintenance | SaaS Subscription |
|---|---|---|
| **Multiple at 35% tax rate** | 5.1x | 4.5x |
| **Multiple at 21% tax rate** | 6.2x | 5.4x |
| **Multiple at Long Term Growth of the Economy** | 11.4x | 10.0x |

Source: Jefferies

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002678

## Technology

Software

December 20, 2018

**Where We've Been**

We have previously said that the net present value of the future cash flow from $1mn of maintenance was worth $5.1mn if it was run at a very high level of efficiency (i.e., eliminating the significant costs associated with efforts to grow), implying that a multiple of 5.1x EV/Maintenance represented the intrinsic financial value of the existing recurring maintenance stream of a Software company. We saw this as the base (or floor) value of the stock. Similarly, we concluded that 4.5x EV/SaaS Subscription represented the intrinsic value of the existing recurring subscription stream of a SaaS company (which implies a lower operating margin of 75% due to the cost of running data centers to provide the subscription service).

**Where We Are**

Things do change, and with a lower US tax rate, real free cash flow should rise for most businesses, including Software companies. Applying a lower 21% US corporate cash tax rate to replace the previous 35% rate yields increased multiples of 6.2x EV/Maintenance (versus 5.1x previously) and 5.4x EV/SaaS Subscription (versus 4.5x previously).

**Where We Could Be**

These multiples imply no growth in cash flow, but if we assume the long-term nominal growth rate of the economy as 2.5% real growth plus 2.5% inflation (= 5%), the equivalent multiples are 11.4x EV/Maintenance and 10.0x EV/SaaS Subscription.

**Where We're Going**

However, many names are growing and will grow at much greater rates than the long-term growth rate of the economy in the near term anyway. Given the high visibility resulting from the recurring nature of these models, we have high confidence in the recurring revenue one, two, and sometimes even three years into the future. Therefore, it might be reasonable to apply the above multiples to these estimates. As a result, current multiples do not seem unreasonable (Chart 66).

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002679

## Technology

Software

December 20, 2018

**Chart 66: How multiples look for our coverage two/three years out**

| Company Name | Ticker | Rating | Stock Price 12/18/2018 | Enteprise Value ($M) with NOLs- 12/18/2018 | EV/TTM Recurring Revenue | EV/NTM Recurring Revenue | EV/2 year Recurring Revenue | EV/3 year Recurring Revenue |
|---|---|---|---|---|---|---|---|---|
| Alarm.com | ALRM | Buy | $50.23 | 2,443.1 | 8.8x | 7.6x | 7.0x | N/A |
| Apptio, 4 | APTI | Hold | $37.83 | 1,663.7 | 8.9x | 7.5x | 6.3x | N/A |
| Avid Technology, 1 | AVID | Hold | $5.83 | 406.3 | 3.3x | 2.7x | 2.6x | 2.5x |
| Benefitfocus | BNFT | Buy | $49.72 | 1,704.6 | 8.7x | 7.6x | 6.4x | N/A |
| Carbonite, 1 | CARB | Buy | $25.58 | 845.5 | 3.3x | 2.8x | 2.6x | N/A |
| Ceridian | CDAY | Hold | $34.80 | 5,508.0 | 8.6x | 7.9x | 6.9x | N/A |
| Check Point , 1 | CHKP | Buy | $104.55 | 12,409.4 | 7.0x | 6.7x | 6.4x | N/A |
| Salesforce.com | CRM | Buy | $132.32 | 103,214.7 | 8.8x | 7.2x | 6.0x | N/A |
| Citrix | CTXS | Underperform | $106.53 | 16,044.1 | 7.8x | 7.2x | N/A | N/A |
| CommVault, 1, 2 | CVLT | Buy | $57.04 | 2,239.9 | 4.8x | 4.2x | N/A | N/A |
| Tableau, 1 | DATA | Hold | $121.59 | 9,118.7 | 13.4x | 9.8x | N/A | N/A |
| DropBox | DBX | Buy | $21.46 | 8,037.3 | 6.1x | 5.2x | 4.5x | N/A |
| Elastic | ESTC | Hold | $69.18 | 5,730.8 | 29.4x | 21.2x | 15.8x | N/A |
| HubSpot | HUBS | Buy | $128.25 | 5,153.0 | 11.4x | 9.0x | 7.2x | N/A |
| Mimecast | MIME | Buy | $32.91 | 1,991.5 | 6.6x | 5.5x | 4.6x | N/A |
| Microsoft | MSFT | Underperform | $103.97 | 751,552.7 | N/A | N/A | N/A | N/A |
| NICE Ltd., 1 | NICE | Buy | $109.40 | 6,762.0 | 7.1x | 6.3x | 5.7x | N/A |
| Nutanix, 1 | NTNX | Hold | $40.88 | 7,253.3 | 11.9x | 8.4x | N/A | N/A |
| Oracle | ORCL | Buy | $45.85 | 183,109.8 | 6.9x | 6.6x | 6.3x | N/A |
| Palo Alto Networks, 1 | PANW | Buy | $177.22 | 15,631.9 | 9.0x | 7.0x | N/A | N/A |
| Paycom | PAYC | Buy | $124.87 | 7,260.2 | 13.9x | 11.2x | 9.2x | N/A |
| Paylocity, 1 | PCTY | Hold | $61.87 | 3,369.6 | 8.8x | 6.9x | 5.7x | 4.7x |
| Red Hat | RHT | Hold | $176.00 | 31,043.5 | 10.9x | 9.4x | 8.1x | N/A |
| RingCentral | RNG | Buy | $80.08 | 6,617.3 | 11.6x | 9.3x | 7.5x | N/A |
| SailPoint | SAIL | Buy | $22.68 | 1,947.9 | 19.9x | 14.8x | 12.7x | N/A |
| ServiceNow | NOW | Buy | $173.57 | 30,946.6 | 13.7x | 10.4x | 8.0x | N/A |
| Shopify | SHOP | Hold | $134.39 | 12,773.1 | 30.0x | 22.2x | 16.9x | N/A |
| SmartSheet | SMAR | Buy | $22.91 | 2,489.0 | 17.7x | 12.4x | 9.1x | 7.3x |
| Splunk, 1, 3 | SPLK | Buy | $102.25 | 14,088.3 | 13.4x | 9.3x | 7.2x | N/A |
| SolarWinds | SWI | Buy | $14.05 | 6,092.8 | 9.3x | 8.3x | 7.2x | N/A |
| Symantec | SYMC | Hold | $20.72 | 16,216.0 | 3.7x | 3.6x | 3.5x | N/A |
| Atlassian | TEAM | Hold | $79.12 | 18,520.9 | 23.1x | 17.1x | 13.5x | N/A |
| Ultimate Software | ULTI | Buy | $235.50 | 7,309.4 | 7.7x | 6.3x | 5.3x | N/A |
| Vmware, 5 | VMW | Buy | $154.40 | 54,676.2 | 11.3x | 10.4x | 9.7x | N/A |
| Varonis | VRNS | Buy | $54.24 | 1,598.0 | 13.9x | 11.7x | 10.2x | N/A |
| Workday | WDAY | Hold | $155.71 | 36,132.6 | 16.4x | 12.6x | 10.2x | N/A |
| Zendesk | ZEN | Buy | $55.42 | 5,969.2 | 10.9x | 8.2x | 6.3x | N/A |
| Zuora, 6 | ZUO | Buy | $16.80 | 1,839.5 | 11.7x | 9.2x | 7.1x | N/A |

Source: FactSet and Jefferies Research

Notes:

1 The recurring revenue figures are based on our model estimates.

2 We use 25% of Software revenue being recurring for CVLT on a TTM basis and 35% of software revenue recurring on an NTM basis.

3 We estimate 30% of license revenue added to maintenance and cloud revenues is recurring for SPLK on a TTM and NTM basis.

4 We estimated that 15% of total revenue is professional services for APTI on a TTM and NTM basis.

5 We estimate 5% of total revenue added to maintenance is recurring for VMW on a TTM and NTM basis.

6 We estimate that 28% of ZUO total revenue is professional services in the NTM and 25% in the year after

As of December 18, 2018.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002680

| Technology |
| --- |
| Software |
| December 20, 2018 |

## Company Valuation/Risks

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Analyst Certification:

I, John DiFucci, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Samad Samana, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Julia Karl, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Joseph Gallo, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Zachary Lountzis, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Anubhav Mehla, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Julian Serafini, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Luv Sodha, CPA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Brent Thill, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Vijay Anand, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Hiroko Sato, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

**Registration of non-US analysts:** Vijay Anand, CFA is employed by Jefferies International Limited, a non-US affiliate of Jefferies LLC and is not registered/qualified as a research analyst with FINRA. This analyst(s) may not be an associated person of Jefferies LLC, a FINRA member firm, and therefore may not be subject to the FINRA Rule 2241 and restrictions on communications with a subject company, public appearances and trading securities held by a research analyst.

**Registration of non-US analysts:** Hiroko Sato is employed by Jefferies (Japan) Limited, a non-US affiliate of Jefferies LLC and is not registered/qualified as a research analyst with FINRA. This analyst(s) may not be an associated person of Jefferies LLC, a FINRA member firm, and therefore may not be subject to the FINRA Rule 2241 and restrictions on communications with a subject company, public appearances and trading securities held by a research analyst.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

### (Article 3(1)e and Article 7 of MAR)

| | |
| --- | --- |
| Recommendation Published | December 20, 2018 , 02:04 ET. |
| Recommendation Distributed | December 20, 2018 , 02:04 ET. |

## Company Specific Disclosures

Steven DeSanctis owns shares of Microsoft Inc. common shares.

Jefferies LLC is acting as financial advisor to DigiCert Inc on the acquisition of the website security and related PKI solutions business of Symantec Corp.

Jefferies Group LLC makes a market in the securities or ADRs of Alarm.com Holdings, Inc.

Jefferies Group LLC makes a market in the securities or ADRs of Apptio, Inc.

Jefferies Group LLC makes a market in the securities or ADRs of Benefitfocus, Inc.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

Jefferies

CONFIDENTIAL    CARB-00002681

# Technology

Software

December 20, 2018

Jefferies Group LLC makes a market in the securities or ADRs of Carbonite, Inc.
Jefferies Group LLC makes a market in the securities or ADRs of Check Point Software Technologies Ltd.
Jefferies Group LLC makes a market in the securities or ADRs of Citrix Systems, Inc.
Jefferies Group LLC makes a market in the securities or ADRs of Commvault Systems.
Jefferies Group LLC makes a market in the securities or ADRs of Tableau Software Inc.
Jefferies Group LLC makes a market in the securities or ADRs of Dropbox, Inc.
Jefferies Group LLC makes a market in the securities or ADRs of Intuit Inc.
Jefferies Group LLC makes a market in the securities or ADRs of MINDBODY Inc.
Jefferies Group LLC makes a market in the securities or ADRs of Mimecast Limited.
Jefferies Group LLC makes a market in the securities or ADRs of Microsoft Corporation.
Jefferies Group LLC makes a market in the securities or ADRs of NICE Ltd.
Jefferies Group LLC makes a market in the securities or ADRs of Nutanix, Inc.
Jefferies Group LLC makes a market in the securities or ADRs of Oracle Corporation.
Jefferies Group LLC makes a market in the securities or ADRs of Paycom Software Inc.
Jefferies Group LLC makes a market in the securities or ADRs of SailPoint Technologies Holdings, Inc.
Jefferies Group LLC makes a market in the securities or ADRs of Smartsheet Inc.
Jefferies Group LLC makes a market in the securities or ADRs of Sophos Ltd.
Jefferies Group LLC makes a market in the securities or ADRs of Splunk.
Jefferies Group LLC makes a market in the securities or ADRs of Symantec Corp.
Jefferies Group LLC makes a market in the securities or ADRs of Atlassian Corp.
Jefferies Group LLC makes a market in the securities or ADRs of Varonis Systems, Inc.
Jefferies Group LLC makes a market in the securities or ADRs of Zuora, Inc.

Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from Apptio, Inc..
Within the past twelve months, Apptio, Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.
Jefferies Group LLC, its affiliates or subsidiaries has acted as a manager or co-manager in the underwriting or placement of securities for Apptio, Inc. or one of its affiliates within the past twelve months.
Jefferies Group LLC, its affiliates or subsidiaries expect to receive or intend to seek compensation for investment banking services from Benefitfocus, Inc. within the next three months.
Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from Benefitfocus, Inc..
Within the past twelve months, Benefitfocus, Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.
Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from Carbonite, Inc..
Within the past twelve months, Carbonite, Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.
Jefferies Group LLC, its affiliates or subsidiaries has acted as a manager or co-manager in the underwriting or placement of securities for Carbonite, Inc. or one of its affiliates within the past twelve months.
Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from Ceridian HCM Holding Inc..
Within the past twelve months, Ceridian HCM Holding Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.
Jefferies Group LLC, its affiliates or subsidiaries has acted as a manager or co-manager in the underwriting or placement of securities for Ceridian HCM Holding Inc. or one of its affiliates within the past twelve months.
Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from Dropbox, Inc..
Within the past twelve months, Dropbox, Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.
Jefferies Group LLC, its affiliates or subsidiaries has acted as a manager or co-manager in the underwriting or placement of securities for Dropbox, Inc. or one of its affiliates within the past twelve months.
Within the past twelve months, Jefferies LLC and/or its affiliates received compensation for products and services other than investment banking services from non-investment banking, securities related compensation for client services it provided to Microsoft Corporation.
Jefferies Group LLC, its affiliates or subsidiaries expect to receive or intend to seek compensation for investment banking services from Nutanix, Inc. within the next three months.
Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from Nutanix, Inc..
Jefferies Group LLC, its affiliates or subsidiaries is acting as a manager or co-manager in the underwriting or placement of securities for Nutanix, Inc. or one of its affiliates.
Within the past twelve months, Nutanix, Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.
Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from RingCentral, Inc..
Within the past twelve months, RingCentral, Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.
Jefferies Group LLC, its affiliates or subsidiaries has acted as a manager or co-manager in the underwriting or placement of securities for RingCentral, Inc. or one of its affiliates within the past twelve months.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

CONFIDENTIAL                                                                                    CARB-00002682

## Technology

Software

December 20, 2018

Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from SailPoint Technologies Holdings, Inc..

Within the past twelve months, SailPoint Technologies Holdings, Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.

Jefferies Group LLC, its affiliates or subsidiaries has acted as a manager or co-manager in the underwriting or placement of securities for SailPoint Technologies Holdings, Inc. or one of its affiliates within the past twelve months.

Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from Smartsheet Inc..

Within the past twelve months, Smartsheet Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.

Jefferies Group LLC, its affiliates or subsidiaries has acted as a manager or co-manager in the underwriting or placement of securities for Smartsheet Inc. or one of its affiliates within the past twelve months.

Jefferies Group LLC, its affiliates or subsidiaries expect to receive or intend to seek compensation for investment banking services from SolarWinds, Inc. within the next three months.

Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from SolarWinds, Inc..

Within the past twelve months, SolarWinds, Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.

Jefferies Group LLC, its affiliates or subsidiaries has acted as a manager or co-manager in the underwriting or placement of securities for SolarWinds, Inc. or one of its affiliates within the past twelve months.

Within the past twelve months, Symantec Corp. has been a client of Jefferies LLC and investment banking services are being or have been provided.

Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from Zuora, Inc..

Within the past twelve months, Zuora, Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.

Jefferies Group LLC, its affiliates or subsidiaries has acted as a manager or co-manager in the underwriting or placement of securities for Zuora, Inc. or one of its affiliates within the past twelve months.

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

## Jefferies

CONFIDENTIAL

CARB-00002683

**Technology**

Software

December 20, 2018

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

- Alarm.com Holdings, Inc. (ALRM: $48.52, BUY)
- Apptio, Inc. (APTI: $37.85, HOLD)
- Atlassian Corp. (TEAM: $81.06, HOLD)
- Benefitfocus, Inc. (BNFT: $49.99, BUY)
- Carbonite, Inc. (CARB: $25.60, BUY)
- Ceridian HCM Holding Inc. (CDAY: $34.36, HOLD)
- Check Point Software Technologies Ltd. (CHKP: $104.36, BUY)
- Citrix Systems, Inc. (CTXS: $105.96, UNDERPERFORM)
- Commvault Systems (CVLT: $58.01, BUY)
- Dropbox, Inc. (DBX: $21.56, BUY)
- Elastic NV (ESTC: $69.65, HOLD)
- Intuit Inc. (INTU: $195.57, BUY)
- Microsoft Corporation (MSFT: $103.69, UNDERPERFORM)
- Mimecast Limited (MIME: $32.84, BUY)
- MINDBODY Inc (MB: $23.70, BUY)
- NICE Ltd. (NICE: $108.85, BUY)
- Nutanix, Inc. (NTNX: $39.99, HOLD)
- Oracle Corporation (ORCL: $46.45, BUY)
- Palo Alto Networks (PANW: $178.99, BUY)
- Paycom Software Inc (PAYC: $123.65, BUY)
- Red Hat (RHT: $175.43, HOLD)
- RingCentral, Inc. (RNG: $80.35, BUY)
- SailPoint Technologies Holdings, Inc. (SAIL: $23.37, BUY)
- Salesforce.com (CRM: $131.16, BUY)
- Smartsheet Inc. (SMAR: $23.34, BUY)
- SolarWinds, Inc. (SWI: $14.00, BUY)
- Sophos Ltd (SOPH LN: p360.00, BUY)
- Splunk (SPLK: $100.32, BUY)
- Symantec Corp. (SYMC: $20.43, HOLD)
- Tableau Software Inc (DATA: $121.95, HOLD)
- Temenos Group AG (TEMN SW: CHF118.40, UNDERPERFORM)
- Varonis Systems, Inc. (VRNS: $53.47, BUY)
- VMware, Inc. (VMW: $156.76, BUY)
- Workday, Inc. (WDAY: $155.69, HOLD)
- Zuora, Inc. (ZUO: $17.52, BUY)

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Distribution of Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. | | JIL Mkt Serv./Past 12 Mos. | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Count | Percent | Count | Percent |
| BUY | 1173 | 56.56% | 93 | 7.93% | 10 | 0.85% |
| HOLD | 772 | 37.22% | 14 | 1.81% | 1 | 0.13% |
| UNDERPERFORM | 129 | 6.22% | 0 | 0.00% | 0 | 0.00% |

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.    **Jefferies**

CONFIDENTIAL    CARB-00002684

## Technology

Software

December 20, 2018

### Other Important Disclosures

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Hibiya Marine Bldg, 3F, 1-5-1 Yuraku-cho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), which is licensed by the Securities and Exchange Board of India as a Merchant Banker (INM000011443), Research Analyst (INH000000701) and a Stock Broker with Bombay Stock Exchange Limited (INB011491033) and National Stock Exchange of India Limited (INB231491037) in the Capital Market Segment; located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East) Mumbai 400 051, India; Tel +91 22 4356 6000.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Jefferies India Private Limited); or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

\* \* \*

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this information is issued solely by JIL and is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Act"), in connection with their consideration of any investment or investment service that is the subject of this document. Any offer or issue that is the subject of this document does not require, and this document is not, a disclosure document or product disclosure statement within the meaning of the Act. JIL is authorised and regulated by the Financial Conduct Authority under the laws of the United Kingdom, which differ from Australian laws. JIL has obtained relief under Australian Securities and Investments Commission Class Order 03/1099, which conditionally exempts it from holding an Australian financial services license under the Act in respect of the provision of certain financial services to wholesale clients. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient,

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.



CONFIDENTIAL                                                                                                    CARB-00002685

**Technology**

Software

December 20, 2018

and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2018 Jefferies Group LLC

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 83 - 88 of this report.

**Jefferies**

CONFIDENTIAL

CARB-00002686