# EXHIBIT 32

*Corporate Watchdog analyst report*
*1/02/2019*

# Carbonite Inc.

**CARB** (NASDAQ Global) | CIK:1340127 | United States

**Corporate Watchdog Report ™**

Surprisingly painless due diligence

## Key Facts

Business address: **Boston, Massachusetts, United States**

Industry: **Data Processing, Hosting, and Related Services** (NAICS 518210)

SEC filer status: **Accelerated Filer** as of Sep 2018

Index member: **Russell 2000**

Market Cap: **$982m** as of Nov 5, 2018

Annual revenue: **$239m** as of Dec 31, 2017

## Corporate Governance

CEO: **Mohamad Ali** since 2014

CFO: **Anthony Folger** since 2013

1st level

Board Chairman: **Stephen Munford** since 2016

Audit Committee Chair: **Charles Kane**

2nd level

Auditor: **Deloitte & Touche LLP** since 2017

Outside Counsel (most recent): **Jackson Walker LLP
      Williams Morgan PC**

3rd level

SEC Reviewer: **Jan Woo**

4th level

Information in this report is effective Jan 2, 2019 and is taken from the company's public financial and regulatory filings. Latest filing 10-Q filed 11/05/2018. Over 75 accounting and data analysts scrutinize and review crucial information, footnotes, disclosures, etc., from these filings. Material facts are captured and processed using our proprietary methods which identify key risk factors our readers need to know. Each Corporate Watchdog Report represents 30 or more hours of analysis and processing.

Executive compensation data from Shore Group and Intrinio.
Data from Sharadar.
Data from Barchart via Quandl.
Data from Exchange Data International via Quandl.



| | Jan 2, 2019 | Jan 1, 2018 | Jan 1, 2014 |
|---|---|---|---|
| | RECENT PERIOD | HISTORICAL PERIOD | |

10-Q filed on Nov 5, 2018 for period ending Sep 2018

### Reporting Irregularities

| RECENT | | HISTORICAL |
|---|---|---|
| ✓ | Financial Restatements | ✓ |
| ✓ | Late Filings | ✓ |
| ! | Impairments | ✓ |
| ✓ | Changes in Accounting Estimates | ✓ |
| ✓ | Disclosure Controls | ! |
| ✓ | Internal Controls | ✓ |

### Anomalies in the Numbers

| RECENT | | HISTORICAL |
|---|---|---|
| ✓ | Benford's Law | ✓ |
| − | Beneish M-Score | − |
| ✓ | Accounting Disclosure Complexity | ✓ |

### Securities & Exchange Commission Concerns

| RECENT | | HISTORICAL |
|---|---|---|
| ✓ | SEC Letters to Management | ! |
| ✓ | Revenue Recognition | ✓ |
| ✓ | Non-GAAP Measures | ✓ |

### Lawsuits

| RECENT | | HISTORICAL |
|---|---|---|
| ✓ | Significant Litigation | ! |
| ✓ | Class Actions | ✓ |
| ✓ | Securities Law | ✓ |

### External Pressures

| RECENT | | HISTORICAL |
|---|---|---|
| ✓ | Shareholder Activism | ! |

### Management Review

| RECENT | | HISTORICAL |
|---|---|---|
| ✓ | CEO Changes | ! |
| ✓ | CFO Changes | ✓ |

### Auditor Assessment

| RECENT | | HISTORICAL |
|---|---|---|
| ✓ | Auditor Experience | ✓ |
| ✓ | Auditor Tenure | ✓ |
| ✓ | Audit Fees | ! |
| ✓ | Non-Audit Fees | ✓ |



Overview    Reporting Irregularities    Anoma ies in the Numbers    SEC Concerns    Lawsuits    External Pressures    Management Review    Auditor Assessment

## Overview

### Price and Volume History

This graph shows the price and trading history for Carbonite. Warning signs and red flags are marked on the graph according to their disclosure dates.



| | | | |
|---|---|---|---|
| 1 | Mar 12, 2018 - Impairment | 6 | Jan 11, 2016 - SEC letters to management |
| 2 | Nov 21, 2017 - Lawsuit: Realtime Data LLC v. Barracuda Networks Inc | 7 | Jun 30, 2015 - SEC letters to management |
| 3 | Jun 27, 2017 - SEC letters to management | 8 | Mar 10, 2015 - Disclosure Controls |
| 4 | Mar 16, 2017 - Disclosure Controls | 9 | Dec 4, 2014 - Change in CEO |
| 5 | Feb 27, 2017 - Lawsuit: Realtime Data LLC v. Barracuda Networks Inc | | |

 **Watchdog Research, Inc.** publishes over 6,000 Corporate Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com · info@cwdresearch.com · (855) 820-6272

## Peer Group

Peer groups are used by companies to benchmark executive compensation and performance. Each company identifies its own peer group. Peer groups vary from company to company.

### Peer Group

| Company | Ticker | Market Cap |
|---|---|---|
| Logmein, Inc. | LOGM | $4.3b |
| Cornerstone OnDemand Inc. | CSOD | $3.05b |
| Stamps.com Inc. | STMP | $3.03b |
| Bottomline Technologies Inc. | EPAY | $2.36b |
| Five9, Inc. | FIVN | $2.26b |
| Varonis Systems Inc. | VRNS | $1.72b |
| SPS Commerce Inc. | SPSC | $1.67b |
| Liveperson Inc. | LPSN | $1.34b |
| Pros Holdings, Inc. | PRO | $1.18b |
| Carbonite Inc. | CARB | $982m |

### Companies Who Named Carbonite as a Peer

| Company | Ticker | Market Cap |
|---|---|---|
| Axon Enterprise, Inc. | AAXN | $2.96b |
| Mimecast Ltd. | MIME | $2.13b |
| Varonis Systems Inc. | VRNS | $1.72b |
| SPS Commerce Inc. | SPSC | $1.67b |
| Mindbody, Inc. | MB | $1.29b |
| Glu Mobile Inc. | GLUU | $1.17b |
| Vocera Communications, Inc. | VCRA | $1.06b |
| Carbonite Inc. | CARB | $982m |
| Quinstreet, Inc. | QNST | $838m |
| Monotype Imaging Holdings Inc. | TYPE | $778m |

## Peer Group Flags

Peer groups are used by companies to benchmark executive compensation and performance. Each company identifies its own peer group. Peer groups vary from company to company.

| | CARB | PEER GROUP FLAGS | | |
|---|---|---|---|---|
| **Reporting Irregularities** | | | | |
| Financial Restatements | ✓ | 9 | | |
| Late Filings | ✓ | 9 | | |
| Impairments | ❗ | 7 | 2 | |
| Changes in Accounting Estimates | ✓ | 6 | 3 | |
| Disclosure Controls | ❗ | | 9 | |
| Internal Controls | ✓ | 9 | | |
| **Anomalies in the Numbers** | | | | |
| Benford's Law | ✓ | 8 | | 1 |
| Beneish M-Score | ⊖ | 2 | | |
| Accounting Disclosure Complexity | ✓ | 9 | | |
| **Securities & Exchange Commission Concerns** | | | | |
| SEC Letters to Management | ❗ | 1 | 8 | |

| | CARB | PEER GROUP FLAGS | | |
|---|---|---|---|---|
| **Lawsuits** | | | | |
| Significant Litigation | ❗ | 5 | | 4 |
| **External Pressures** | | | | |
| Shareholder Activism | ❗ | 8 | 1 | |
| **Management Review** | | | | |
| CEO Changes | ❗ | 7 | 1 | 1 |
| CFO Changes | ✓ | 2 | 7 | |
| **Auditor Assessment** | | | | |
| Auditor Experience | ✓ | 9 | | |
| Auditor Tenure | ✓ | 9 | | |
| Audit Fees | ❗ | 1 | 8 | |
| Non-Audit Fees | ✓ | 7 | 2 | |

 **Watchdog Research, Inc.** publishes over 6,000 Corporate Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com  •  info@cwdresearch.com  •  (855) 820-6272

Overview    **Reporting Irregularities**    Anomalies in the Numbers    SEC Concerns    Lawsuits    External Pressures    Management Review    Auditor Assessment

## Reporting Irregularities

### ✅ Financial Restatements

A financial restatement is a serious event in the financial life of a company. When previous estimates of revenue, earnings, or equity are significantly affected, financial restatements can have a dramatic impact on the valuation of a company.



| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |

**Carbonite has not restated their financials at least since 2014.**

### ✅ Late Filings

Late filings can be significant warning signs. Why didn't the company file its financial report on time? Late filings may signal an impending financial restatement or deeper problems with a company's accounting processes.



| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |

**Carbonite has not filed any late financial statements at least since 2014. All financial statements have been filed on or before the appropriate deadline.**

### ⚠️ Impairments

An impairment is a permanent reduction in the value of an asset.



| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |

**Carbonite has reported 1 impairment on 1 annual report since 2014.**

 **Watchdog Research, Inc.** publishes over 6,000 Corporate Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    **www.cwdresearch.com** · **info@cwdresearch.com** · (855) 820-6272



**DISCLOSURE**

03/12/2018 on SEC Form 10-K

**IMPACT ON PRETAX INCOME**

$1.4m

**IMPAIRMENT**

1. Intangible Assets - Other intangible assets (not goodwill)

## Changes in Accounting Estimates

Some assets and liabilities require accountants to make assumptions about future performance in order to estimate their value. Occasionally, economic conditions cause these assumptions to be revised, resulting in a change in accounting estimates. A change in accounting estimates can have a significant impact on the bottom line and may be used strategically by management to disguise otherwise weak financial results.
The impact of changes in accounting estimates on pretax income are provided when available. If the impact of changes is measured in terms of net income, it is denoted with an asterisk (*).



| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |

**Carbonite has not reported any changes in accounting estimates at least since 2014.**

## Internal and Disclosure Controls

Internal controls are put in place in order to prevent fraud and financial misstatements. A company with ineffective internal controls is said to have a "material weakness." A material weakness is a serious warning sign about a company's accounting quality.

**Disclosure Controls**

| 10-Q | 10-Q | 10-Q | 10-K | 10-Q | 10-Q | 10-Q | 10-K | 10-Q | 10-Q | 10-Q | 10-K | 10-Q | 10-Q | 10-Q | 10-K | 10-Q | 10-Q | 10-Q | |

**Internal Controls of Financial Reporting**

| | | 10-K | | | 10-K | | | 10-K | | | 10-K | | | | |

| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |



**No material weakness. Carbonite reported issues in 2014 and 2016.**

**Management attests that the disclosure controls are effective as of 09/30/2018.**

**The auditor and management attest that internal controls of financial reporting are effective as of 12/31/2017.**

 **Watchdog Research, Inc.** publishes over 6,000 Corporate Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com  ·  info@cwdresearch.com  ·  (855) 820-6272

**DISCLOSURE DATE**

03/16/2017 on SEC Form 10-K

**PERIOD END DATE**

12/31/2016

**AUDITOR ASSESSMENT**

Effective internal controls

**MANAGEMENT ASSESSMENT**

Effective disclosure controls

Effective internal controls

**ISSUES CITED**

Acquisition/integration exclusion or challenges noted

**DISCLOSURE DATE**

03/10/2015 on SEC Form 10-K

**PERIOD END DATE**

12/31/2014

**AUDITOR ASSESSMENT**

Effective internal controls

**MANAGEMENT ASSESSMENT**

Effective disclosure controls

Effective internal controls

**ISSUES CITED**

Acquisition/integration exclusion or challenges noted

 **Watchdog Research, Inc.** publishes over 6,000 Corporate Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com  ·  info@cwdresearch.com  ·  (855) 820-6272

Overview    Reporting Irregularities    **Anomalies in the Numbers**    SEC Concerns    Lawsuits    External Pressures    Management Review    Auditor Assessment

## Anomalies in the Numbers

### ✅ Benford's Law

Benford's Law is used to detect financial manipulation and fraud. When financial statements do not follow Benford's Law, there is reason to suspect problems with the accounting or financial reporting process.



Numbers generated by natural processes conform to Benford's Law.

All of Carbonite's financial statements conform to Benford's Law. Carbonite is at low risk for financial manipulation or fraud.

### ✅ Accounting Disclosure Complexity

Companies committed to transparency make their reports easier for investors to understand and compare. By contrast, a high degree of Accounting Disclosure Complexity makes it difficult to measure executive performance and the company's financial health. Accounting Disclosure Complexity may also be used to obfuscate serious accounting problems and other issues.



Carbonite's highest level of accounting disclosure complexity was in the 10th percentile in 2017.



**Watchdog Research, Inc.** publishes over 6,000 Corporate Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com  •  info@cwdresearch.com  •  (855) 820-6272

Overview    Reporting Irregularities    Anomalies in the Numbers    **SEC Concerns**    Lawsuits    External Pressures    Management Review    Auditor Assessment

**Securities & Exchange Commission Concerns**

### ✅ SEC Letters to Management

Regulators at the Securities and Exchange Commission (SEC) review each company's financial reporting. When the SEC has questions about a company's filing, they will write letters to the company asking for clarification about different accounting issues.

✅ **Revenue Recognition**
✅ **Non-GAAP Measures**



**Carbonite has had 3 conversations with the SEC since 2014.**

| | | | |
|---|---|---|---|
| **FROM** | Ⓐ | **FROM** | Ⓑ |
| Jan Woo (SEC) | | Kathleen Col ins (SEC) | |
| **TO** | | **TO** | |
| Mohamad Ali | | Mohamad Ali | |
| **DISSEMINATION DATE** | 06/27/2017 | **DISSEMINATION DATE** | 01/11/2016 |
| **LETTERS** | 2 | **LETTERS** | 4 |
| **FIRST LETTER** | 04/28/2017 ⊡ | **FIRST LETTER** | 11/03/2015 ⊡ |
| **LAST LETTER** | 05/02/2017 | **LAST LETTER** | 12/10/2015 |
| **ISSUES CITED** | | **ISSUES CITED** | |
| Request to accelerate or expedite registration | | Capitalization of expenditures issues | |
| | | Commitments, contingencies, and related disclosure issues | |
| | | Foreign affiliate or subsidiary issues | |
| | | Research and development accounting and disclosure issues | |
| | | Tax expense, benefit, deferral, or other issues | |





**FROM**

David L Orlic (SEC)

**TO**

Mohamad Ali

**DISSEMINATION DATE**    06/30/2015

**LETTERS**    1

**LETTER DATE**    05/06/2015

**ISSUES CITED**

Various Issues

 **Watchdog Research, Inc.** publishes over 6,000 Corporate Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    **www.cwdresearch.com** · **info@cwdresearch.com** · (855) 820-6272



Overview    Reporting Irregularities    Anomalies in the Numbers    SEC Concerns    **Lawsuits**    External Pressures    Management Review    Auditor Assessment

## Lawsuits

### ✅ Significant Litigation

Is the company involved in any lawsuits? This part of the Corporate Report summarizes recent and ongoing litigation that may have a significant impact on your investment.



✅ **0 Class Actions**

✅ **0 Securities Lawsuits**

**Carbonite was named in 3 significant lawsuits. The most recent lawsuit is "Realtime Data LLC v. Barracuda Networks Inc" that began on 11/21/2017 and ended on 09/20/2018.**

| Name | Type | Start Date | End Date | Claim |
|---|---|---|---|---|
| Realtime Data LLC v. Barracuda Networks Inc | Patent Law | 11/21/2017 | 09/20/2018 | undisclosed |
| Realtime Data LLC v. Barracuda Networks Inc | Patent Law | 02/27/2017 | 11/16/2017 | undisclosed |
| Oasis Research LLC v. Adrive LLC et al | Patent Law | 08/30/2010 | 11/06/2015 | undisclosed |

 **Watchdog Research, Inc.** publishes over 6,000 Corporate Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis. www.cwdresearch.com • info@cwdresearch.com • (855) 820-6272

Overview    Reporting Irregularities    Anomalies in the Numbers    SEC Concerns    Lawsuits    **External Pressures**    Management Review    Auditor Assessment

## External Pressures

### ✓ Shareholder Activism

An activist shareholder uses his ownership stake to influence management and affect the strategy and direction of the company. While these shareholders contribute to oversight and may push for better financial performance or even a change in leadership, they may also pursue social, political, or environmental goals that can adversely affect a company's operations and profitability. Note that activist shareholders identified here may no longer be current shareholders.



2014    2015    2016    2017    2018    2019

**Carbonite last reported activist shareholders on 12/02/2016. Activist shareholders reported concerns with management on 04/02/2015.**

| ACTIVE SHAREHOLDER (A) | ACTIVE SHAREHOLDER (B) | ACTIVE SHAREHOLDER (C) |
|---|---|---|
| CROSSLINK CAPITAL INC | CROSSLINK CAPITAL INC | CROSSLINK CAPITAL INC |
| **DISCLOSURE** | **DISCLOSURE** | **DISCLOSURE** |
| 12/02/2016 on SEC Form SC 13D/A | 09/19/2016 on SEC Form SC 13D/A | 09/19/2016 on SEC Form SC 13D/A |
| **REASONS** | **REASONS** | **REASONS** |
| Not applicable, no change or no intent stated | Investment purposes | Investment purposes |
| | Transaction (Securities, Warrants, Options, Debt, Bonds etc) | Transaction (Securities, Warrants, Options, Debt, Bonds etc) |

| ACTIVE SHAREHOLDER (D) | ACTIVE SHAREHOLDER (E) | ACTIVE SHAREHOLDER (F) |
|---|---|---|
| Menlo Ventures X L P | Menlo Ventures X L P | J2 GLOBAL, INC. |
| **DISCLOSURE** | **DISCLOSURE** | **DISCLOSURE** |
| 09/02/2016 on SEC Form SC 13D/A | 08/24/2016 on SEC Form SC 13D/A | 07/21/2016 on SEC Form SC 13D/A |
| **REASONS** | **REASONS** | **REASONS** |
| Disposed of investment | Disposed of investment | Not applicable, no change or no intent stated |



**Watchdog Research, Inc.** publishes over 6,000 Corporate Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.   www.cwdresearch.com • info@cwdresearch.com • (855) 820-6272

**ACTIVE SHAREHOLDER**

Menlo Ventures X L P

**DISCLOSURE**

06/17/2016 on SEC Form SC 13D/A ⌐

**REASONS**

Transaction (Securities, Warrants, Options, Debt, Bonds etc)

**ACTIVE SHAREHOLDER**

J2 GLOBAL, INC.

**DISCLOSURE**

06/09/2016 on SEC Form SC 13D/A ⌐

**REASONS**

Not applicable, no change or no intent stated

**ACTIVE SHAREHOLDER**

J2 GLOBAL, INC.

**DISCLOSURE**

06/01/2016 on SEC Form SC 13D/A ⌐

**REASONS**

Not applicable, no change or no intent stated

**ACTIVE SHAREHOLDER**

J2 GLOBAL, INC.

**DISCLOSURE**

02/11/2016 on SEC Form SC 13D/A ⌐

**REASONS**

Not applicable, no change or no intent stated

**ACTIVE SHAREHOLDER**

J2 GLOBAL, INC.

**DISCLOSURE**

07/17/2015 on SEC Form SC 13D/A ⌐

**REASONS**

Investment purposes

Intends to sell or reduce stake

**ACTIVE SHAREHOLDER**

J2 GLOBAL, INC.

**DISCLOSURE**

04/02/2015 on SEC Form SC 13D/A ⌐

**REASONS**

Held discussions with management

**ACTIVE SHAREHOLDER**

J2 GLOBAL, INC.

**DISCLOSURE**

03/04/2015 on SEC Form SC 13D/A ⌐

**REASONS**

Intent to change or nominate the board of directors

**ACTIVE SHAREHOLDER**

Discovery Group I, LLC

**DISCLOSURE**

02/26/2015 on SEC Form SC 13D/A ⌐

**REASONS**

Not applicable, no change or no intent stated

**ACTIVE SHAREHOLDER**

Discovery Group I, LLC

**DISCLOSURE**

02/02/2015 on SEC Form SC 13D/A ⌐

**REASONS**

Not applicable, no change or no intent stated

**ACTIVE SHAREHOLDER**

Discovery Group I, LLC

**DISCLOSURE**

12/30/2014 on SEC Form SC 13D/A ⌐

**REASONS**

Not applicable, no change or no intent stated

**ACTIVE SHAREHOLDER**

J2 GLOBAL, INC.

**DISCLOSURE**

12/11/2014 on SEC Form SC 13D/A ⌐

**REASONS**

Not applicable, no change or no intent stated

**ACTIVE SHAREHOLDER**

Discovery Group I, LLC

**DISCLOSURE**

12/04/2014 on SEC Form SC 13D/A ⌐

**REASONS**

Suggested to management strategy

Potential merger or acquisition discussed

 **Watchdog Research, Inc.** publishes over 6,000 Corporate Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    **www.cwdresearch.com** • **info@cwdresearch.com** • (855) 820-6272

**ACTIVE SHAREHOLDER**

J2 GLOBAL, INC.

**DISCLOSURE**

12/03/2014 on SEC Form SC 13D/A ⌇

**REASONS**

Merger or acquisition agreement

**ACTIVE SHAREHOLDER**

Discovery Group I, LLC

**DISCLOSURE**

02/28/2014 on SEC Form SC 13D/A ⌇

**REASONS**

Not applicable, no change or no intent stated

**ACTIVE SHAREHOLDER** U

Discovery Group I, LLC

**DISCLOSURE**

02/07/2014 on SEC Form SC 13D ⌇

**REASONS**

Investment purposes

 **Watchdog Research, Inc.** publishes over 6,000 Corporate Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    **www.cwdresearch.com** • **info@cwdresearch.com** • (855) 820-6272

Overview    Reporting Irregularities    Anomalies in the Numbers    SEC Concerns    Lawsuits    External Pressures    **Management Review**    Auditor Assessment

## Management Review

### ✅ Management Turnover

Investors should always pay attention to CEO and CFO changes. These two officers are responsible for a company's performance and financial reporting. Why did they depart? There are many possible answers to this question, not all of them good.

**⚠ Reported CEO Changes**

⬆ **Mohamad Ali**  President / CEO / Director
Appointed effective: 12/03/2014 ( 8-K ☐ on 12/04/2014)

⬇ **David Friend**  President / CEO
Resigned effective: 12/03/2014 ( 8-K ☐ on 12/04/2014)
Position Change within Company

**✅ Reported CFO Changes**

Carbonite has not reported a CFO change at least since 2014.

 **Watchdog Research, Inc.** publishes over 6,000 Corporate Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    **www.cwdresearch.com** • **info@cwdresearch.com** • (855) 820-6272

Overview     Reporting Irregularities     Anoma ies in the Numbers     SEC Concerns     Lawsuits     External Pressures     Management Review     **Auditor Assessment**

## Auditor Assessment

### ✅ Auditor Experience

How much experience does the auditor have in this industry? This graph shows the average number of audits of the largest auditors in this industry in the last five years (based on our population). The current auditor is marked with an arrow.



Current auditor is Deloitte & Touche LLP.

Auditors with relatively little industry experience may be more likely to make mistakes. Auditors that do more audits tend to have greater industry expertise.

### ✅ Auditor Tenure

How long have they had the same auditor? This graph shows a histogram of the number of companies in the industry (from our population) and the corresponding auditor tenure. Current auditor tenure for Carbonite is marked with an arrow.



Deloitte & Touche LLP has been Carbonite's auditor for the last 2 years.

Mistakes may be more common in the early years of an auditor's tenure as they gain knowledge of a company's accounting po icies and processes. On the other hand, there is some concern that a lengthy tenure may make auditors too "cozy" with the company and reluctant to report on issues or problems.

 **Watchdog Research, Inc.** publishes over 6,000 Corporate Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    **www.cwdresearch.com** • **info@cwdresearch.com** • (855) 820-6272

Overview    Reporting Irregularities    Anoma ies in the Numbers    SEC Concerns    Lawsuits    External Pressures    Management Review    **Auditor Assessment**

## Auditor Assessment

### ✅ Audit Fees

Audit fees are fees paid to the auditor for the audit and services related to the audit. This graph compares recent audit fees to the rest of the industry based on audit fee to revenue ratios (or audit fees to asset ratios for financial companies).



— 75th percentile    — Audit Fees    — 25th percentile

**MOST RECENT AUDIT FEES**

$1.05m  ▾ -71.10%

**AUDIT FEES TO REVENUE RATIO**

0.44%

Carbonite's audit fees decreased by -71.10% from last year. Carbonite's most recent audit fees are in the normal range.

High audit fees create incentives that undermine auditor independence. On the other hand, low audit fees may result in a lower quality audit.

### ✅ Non-Audit Fees

Non-audit fees are fees paid to the auditor for the services unrelated to the audit.



— 30% Fee Ratio    — Total Non-Audit Fees

**MOST RECENT NON-AUDIT FEES**

$0  ▾ -100.00%

**NON-AUDIT FEES TO AUDIT FEES RATIO**

0.00%

Carbonite's most recent non-audit fees are in the normal range.

Relatively high non-audit fees create incentives that undermine the auditor's objectivity and are often used as a proxy measure of auditor independence.



**Watchdog Research, Inc.** publishes over 6,000 Corporate Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    **www.cwdresearch.com** • **info@cwdresearch.com** • (855) 820-6272

Overview    Reporting Irregularities    Anomalies in the Numbers    SEC Concerns    Lawsuits    External Pressures    Management Review    Auditor Assessment

## Appendix

## Appendix A. SEC Letters to Management

**A** Conversation disseminated on 06/27/2017                                    2 ✉
FROM: Jan Woo (SEC)        TO: Mohamad Ali                                        LETTERS

| ISSUES CITED | LETTERS | RELATED FILINGS |
|---|---|---|
| ■ Request to accelerate or expedite registration | dated 04/28/2017 | S-3 04/24/2017 |
| | dated 05/02/2017 | |

**B** Conversation disseminated on 01/11/2016                                    4 ✉
FROM: Kathleen Col ins (SEC)        TO: Mohamad Ali                               LETTERS

| ISSUES CITED | LETTERS | RELATED FILINGS |
|---|---|---|
| ■ Capitalization of expenditures issues | dated 11/03/2015 | 10-K 03/10/2015 |
| ■ Commitments, contingencies, and related disclosure issues | dated 11/13/2015 | |
| ■ Foreign affiliate or subsidiary issues | dated 12/01/2015 | |
| ■ Research and development accounting and disclosure issues | dated 12/10/2015 | |
| ■ Tax expense, benefit, deferral, or other issues | | |
| ■ Request to identify, disclose, or explain legal matters or issues | | |
| ■ Change in tax rate disclosure issues | | |
| ■ Results of operations discussion (MD&A) | | |

**C** Conversation disseminated on 06/30/2015                                    1 ✉
FROM: David L Orlic (SEC)        TO: Mohamad Ali                                  LETTERS

| | LETTERS | RELATED FILINGS |
|---|---|---|
| | dated 05/06/2015 | PREC14A 05/01/2015 |

## Appendix B. Significant Litigation

**Realtime Data LLC v. Barracuda Networks Inc**
Case began on 11/21/2017

On February 27, 2017, Realtime Data LLC filed a lawsuit against Barracuda Networks Inc. in the United States District Court for the Eastern District of Texas, Tyler Division, alleging that certain of Barracuda Networks' products infringe U.S. patent numbers 9,054,728, 7,415,530, 9,116,908 and 8,717,204. On June 2, 2017, Barracuda Networks filed a motion to dismiss for improper venue and on September 22, 2017, Barracuda Networks filed a motion to transfer venue of the action from the Eastern District of Texas to the Northern District of Ca ifornia. On October 24, 2017, the Court granted Barracuda Networks' motion and transferred the lawsuit to the Northern District of Ca ifornia. On September 20, 2018, the court granted Realtime Data's motion to dismiss.



**Watchdog Research, Inc.** publishes over 6,000 Corporate Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com  ·  info@cwdresearch.com  ·  (855) 820-6272

**Realtime Data LLC v. Barracuda Networks Inc**
Case began on 02/27/2017

In February 27, 2017, Realtime Data LLC filed a lawsuit against Barracuda Networks Inc in the United States District Court for the Eastern District of Texas, Tyler Division, alleging that certain of Barracuda Networks' products infringe U.S. patent numbers 9,054,728, 7,415,530, 9,116,908 and 8,717,204. Barracuda Networks responded to the complaint on April 24, 2017. On June 2, 2017, Barracuda Networks filed a motion to dismiss for improper venue and on September 22, 2017, Barracuda Networks filed a motion to transfer venue of the action from the Eastern District of Texas to the Northern District of California. On October 24, 2017, the Court granted Barracuda Networks' motion and transferred the lawsuit to the Northern District of California.

**Oasis Research LLC v. Adrive LLC et al**
Case began on 08/30/2010

On August 31, 2010, Oasis Research, LLC ("Oasis") filed a complaint (Cause No. 4:10-CV-435, United States District Court for the Eastern District of Texas) alleging that the defendants' products infringe certain United States patents allegedly owned by Oasis. This lawsuit alleges that defendants are infringing four patents, including United States Patent Nos. 5,771,354, 5,901,228, 6,411,943 and 7,080,051 by designing and selling products and services related to online backup and storage services. Oasis is seeking unspecified damages for past and continuing or future infringement.

 **Watchdog Research, Inc.** publishes over 6,000 Corporate Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com • info@cwdresearch.com • (855) 820-6272

## About Watchdog Research, Inc.

Watchdog Research, Inc. is an independent research provider and pub isher of Watchdog Reports. Watchdog Reports identify red flags, issues, and other anoma ies in financial reporting. Our reports contain warning signs, red flags, material disclosures, and peer analysis for use in valuation, risk analysis, due diligence research, and idea generation.

Watchdog Reports are designed to assist investment professionals fu fill their fiduciary or suitability ob igations and to help investors, executives, board members, regulators and educators learn what they need to know about publicly traded companies.

The company is headquartered in Naples, FL. Watchdog Research, Inc. utilizes over 75 specialists and analysts to provide accurate and timely information to our readers.



**Watchdog Research, Inc.**
780 5th Ave S
Suite #200
Naples, FL 34102

info@cwdresearch.com
(855) 820-6272
www.cwdresearch.com

#### Our management team is:

CEO: Brian Lawe. Brian has been part of the corporate staff at The New York Times Company and IBM. He has created and operated several technology companies including MyStoreCredit, OnPage Ideas and HelloCampus. He holds an MBA from Harvard Business School and a BBA from Texas Christian University. He and his wife have four children and live in the Naples, FL area. One son is deployed with the US Marine Corps in Afghanistan.

CTO: Radu Cugut. Radu has led the award-winning technology team that developed the Corporate Watchdog Report and services. He, his wife and son split their time between his home in Naples, FL and his home in Timisoara, Romania where he oversees five talented development professionals. Radu has a bachelors in Computer Science and a masters in Banking and Financial Information Systems, both from the West University of Timisoara.

Chief Content Officer: Joseph Burke, Ph.D. is responsible for the content development, analysis, and quality control for the Corporate Watchdog Report. He also edits the blog and directs our custom research. Joseph worked previously as a professor of economics at Ave Maria University. He received his Ph.D. from the University of Wisconsin-Madison and resides with his family in the Naples area.

