# EXHIBIT 33

*Barclays Bank LLC analyst report*
*1/09/2019*

CORE

## BARCLAYS

Equity Research
Technology | U.S. Software
9 January 2019

## Carbonite, Inc.

# Value with Catalysts; Upgrading to Overweight

We are upgrading CARB for three main reasons: (1) we think the perpetual business can stabilize in FY19 and subscription can grow low teens organically; (2) CARB has consolidated the market, and the recent market volatility could allow them to be opportunistic, which has been a catalyst in the past; (3) we like the risk reward here with the stock trading at ~10x FY20 FCF – we maintain our $38 PT. More market data and math on the perpetual business on pages 3-6.

**We think perpetual bookings can stabilize in FY19, and subscription can grow faster than we thought.** Last quarter's guide-down was from perpetual bookings from the Double Take business. We think the perpetual line can stabilize at ~$34M in FY19, which we have adjusted in our model, and arguably has upside because we think this assumes only the maintenance portion of Double Take and little growth in other businesses – more numbers on pages 5-6. We also think Business subscription bookings can grow in the low teens when we annualize Mozy, which is faster than we originally thought, based on market growth in the Data Protection-as-a-service (DPaaS) market.

**Carbonite can be opportunistic on M&A given recent market volatility, enhancing their position as a leading data protection vendor to the SME.** We believe a core part of CARB's strategy is to consolidate the market and become the leading data protection provider to the small-medium enterprise. CARB has done three acquisitions in the space in the last three years, and with its summer follow-on offering, we think recent market conditions could allow CARB to be opportunistic. In the past, these deals have been accretive financially/technically, acting as positive catalysts for the stock in our opinion.

**We like the risk-reward here, with limited downside at 10x FCF.** In the mid $20s, CARB is trading at just under 10x FY20 FCF which we think is a floor for most software companies. With stabilization in bookings, and potential catalysts around market consolidation, we maintain our PT of $38 based on FY20E FCF of 15x.

### CARB: Quarterly and Annual EPS (USD)

| FY Dec | 2017 Actual | 2018 Old | 2018 New | 2018 Cons | 2019 Old | 2019 New | 2019 Cons | Change y/y 2018 | Change y/y 2019 |
|---|---|---|---|---|---|---|---|---|---|
| Q1 | 0.09A | 0.27A | 0.27A | 0.27A | 0.46E | 0.44E | 0.42E | 200% | 63% |
| Q2 | 0.15A | 0.45A | 0.45A | 0.45A | 0.46E | 0.45E | 0.45E | 200% | 0% |
| Q3 | 0.25A | 0.48A | 0.48A | 0.48A | 0.45E | 0.44E | 0.46E | 92% | -8% |
| Q4 | 0.30A | 0.42E | 0.42E | 0.42E | 0.44E | 0.45E | 0.47E | 40% | 7% |
| Year | 0.79A | 1.63E | 1.63E | 1.63E | 1.81E | 1.79E | 1.80E | 106% | 10% |
| P/E | 34.1 | | 16.6 | | | 15.1 | | | |

Source: Barclays Research.
Consensus numbers are from Thomson Reuters received on 08-Jan-2019; 14:35 GMT

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

PLEASE SEE ANALYST CERTIFICATION(S) AND IMPORTANT DISCLOSURES BEGINNING ON PAGE 12.

| Stock Rating | OVERWEIGHT from Equal Weight |
|---|---|
| Industry View | POSITIVE Unchanged |
| Price Target | USD 38.00 Unchanged |

| | |
|---|---|
| Price (08-Jan-2019) | USD 26.96 |
| Potential Upside/Downside | +40.9% |
| Tickers | CARB |

| | |
|---|---|
| Market Cap (USD mn) | 932 |
| Shares Outstanding (mn) | 34.56 |
| Free Float (%) | 94.01 |
| 52 Wk Avg Daily Volume (mn) | 0.4 |
| 52 Wk Avg Daily Value (USD mn) | N/A |
| Dividend Yield (%) | N/A |
| Return on Equity TTM (%) | -2.38 |
| Current BVPS (USD) | 7.90 |

Source: Thomson Reuters

| Price Performance | Exchange-Nasdaq |
|---|---|
| 52 Week range | USD 43.63-20.50 |



*Link to Barclays Live for interactive charting*

**U.S. Software**
**Saket Kalia, CFA**
+1 212 526 8465
saket.kalia@barclays.com
BCI, US

**David Fisher**
+1 212 526 7126
david.fisher@barclays.com
BCI, US

**Andrew Thomas**
+1 212 526 8081
andrew.w.thomas@barclays.com
BCI, US

Completed: 08-Jan-19, 23:54 GMT    Released: 09-Jan-19, 05:10 GMT

Barclays | Carbonite, Inc.

| U.S. Software | Industry View: POSITIVE |
|---|---|
| **Carbonite, Inc. (CARB)** | **Stock Rating: OVERWEIGHT** |

| Income statement ($mn) | 2017A | 2018E | 2019E | 2020E | CAGR |
|---|---|---|---|---|---|
| Revenue | 246 | 304 | 332 | 350 | 12.4% |
| EBITDA (adj) | 31 | 83 | 100 | 113 | 53.8% |
| Operating profit (adj) | 26 | 64 | 76 | 87 | 49.1% |
| Pre-tax income | -18 | -3 | 26 | 36 | N/A |
| Net income (adj) | 23 | 55 | 68 | 78 | 50.6% |
| EPS (adj) ($) | 0.79 | 1.63 | 1.79 | 2.02 | 36.8% |
| Diluted shares (mn) | 27.9 | 33.0 | 37.2 | 37.8 | 10.6% |
| DPS ($) | 0.00 | 0.00 | 0.00 | 0.00 | N/A |

| Margin and return data | | | | | Average |
|---|---|---|---|---|---|
| EBITDA (adj) margin (%) | 12.6 | 27.2 | 30.2 | 32.2 | 25.6 |
| Operating margin (adj) (%) | 10.6 | 21.1 | 23.1 | 24.8 | 19.9 |
| Pre-tax margin (%) | -7.4 | -1.0 | 7.9 | 10.4 | 2.5 |
| Net (adj) margin (%) | 9.3 | 18.2 | 20.6 | 22.3 | 17.6 |
| ROIC (%) | 1.4 | -39.8 | 9.4 | 9.7 | -4.8 |
| ROA (%) | 7.3 | 9.4 | 10.6 | 11.1 | 9.6 |
| ROE (%) | 7.3 | 9.4 | 10.6 | 11.1 | 9.6 |

| Balance sheet and cash flow ($mn) | | | | | CAGR |
|---|---|---|---|---|---|
| Net PP&E | 29 | 33 | 20 | 6 | -42.3% |
| Goodwill | 81 | 155 | 155 | 155 | 24.2% |
| Cash and equivalents | 128 | 219 | 287 | 372 | 42.6% |
| Total assets | 313 | 588 | 642 | 704 | 31.1% |
| Short and long-term debt | 112 | 0 | 0 | 0 | -100.0% |
| Other long-term liabilities | 6 | 6 | 7 | 8 | 12.5% |
| Total liabilities | 275 | 307 | 320 | 333 | 6.7% |
| Net debt/(funds) | -16 | -219 | -287 | -372 | N/A |
| Shareholders' equity | 38 | 282 | 322 | 371 | 113.2% |
| Change in working capital | 12 | -13 | -13 | -7 | N/A |
| Cash flow from operations | 31 | 49 | 79 | 96 | 45.5% |
| Capital expenditure | -17 | -13 | -11 | -12 | N/A |
| Free cash flow | 14 | 37 | 68 | 85 | 82.5% |

| Valuation and leverage metrics | | | | | Average |
|---|---|---|---|---|---|
| P/E (adj) (x) | 34.1 | 16.6 | 15.1 | 13.3 | 19.8 |
| EV/sales (x) | 3.2 | 2.6 | 2.4 | 2.2 | 2.6 |
| EV/EBITDA (adj) (x) | 25.2 | 9.4 | 7.8 | 6.9 | 12.4 |
| Equity FCF yield (%) | 1.8 | 4.0 | 6.6 | 8.2 | 5.1 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net debt/EBITDA (adj) (x) | -0.5 | -2.6 | -2.9 | -3.3 | -2.3 |
| Total debt/capital (%) | 74.5 | 0.0 | 0.0 | 0.0 | 18.6 |

| Selected operating metrics ($mn) | | | | | CAGR |
|---|---|---|---|---|---|
| License revenue | 246 | 304 | 332 | 350 | 12.4% |
| Maintenance revenue | -7 | -5 | 0 | 0 | N/A |
| Services revenue | 0 | 0 | 0 | 0 | N/A |
| Deferred revenue | 125 | 145 | 146 | 150 | 6.4% |

Source: Company data, Barclays Research
Note: FY End Dec

| Price (08-Jan-2019) | USD 26.96 |
|---|---|
| **Price Target** | **USD 38.00** |

**Why Overweight?** Our OW rating is for three main reasons: (1) we think the upfront bookings business can stabilize in FY19 and subscription can grow low teens organically (2) CARB has consolidated the market, and the recent market volatility could allow them to be opportunistic, which has been a catalyst in the past (3) we like the risk reward.

| Upside case | USD 47.00 |
|---|---|

Our upside case contemplates Carbonite FCF coming in 10% better than we currently forecast. We assume a ~17x multiple which yields $47.

| Downside case | USD 24.00 |
|---|---|

Our downside case contemplates Carbonite FCF coming in 10% under our current forecast. We assume a ~10x multiple which yields $24.

**Upside/Downside scenarios**

9 January 2019

Barclays | Carbonite, Inc.

## Enterprise Data Protection-as-a-Service is a Large Growing market, where Carbonite is The Largest Provider for SME

**Carbonite competes in the data protection-as-a-service market, which is growing faster than you would think for "boring old backup" because the market is moving to cloud delivery.**

Carbonite competes in the data protection-as-a-service (DPaaS) market, which IDC breaks into three separate markets, including disaster recovery-as-a-service, archive-as-a-service, and backup-as-a-service as we show in the table below. In lay terms, each of these sub-segments backs up data to the cloud, and the differentiation among them has to do with the business needs around this data if it ever needs to be recovered.

The more important takeaway though is that while many of us may say "boring old backup has been around for a while", which is true, the fact is that enterprises are just recently starting to get comfortable backing up data to the cloud (hence the reason they are all "as-a-service" offerings). In fact, IDC cited in its July 2018 report that "90% of organizations plan to utilize cloud as part of their data protection scheme within 12 months...this continued shift towards cloud-based storage will be a major contributor to DPaaS market growth as customers become increasingly comfortable with cloud-based data management and secondary storage solutions."

For this reason, data protection-as-a-service was worth ~$5B in 2017, and IDC expects the market to increase at a 16% CAGR through 2022, creating a favourable backup for Carbonite, in our view.

FIGURE 1

**Worldwide data protection-as-a-service market worth ~$5B in 2017, and growing at 16% CAGR through 2022 ($ in M)**

|  | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2017–22 CAGR |
|---|---|---|---|---|---|---|---|
| Disaster recovery as a service | 2,537.20 | 2,997.70 | 3,527.80 | 4,114.30 | 4,716.80 | 5,371.10 | 16.2 |
| Growth (%) | 20.6 | 18.1 | 17.7 | 16.6 | 14.6 | 13.9 | |
| Archive as a service | 1,601.20 | 1,952.30 | 2,334.10 | 2,745.70 | 3,219.20 | 3,701.50 | 18.2 |
| Growth (%) | 24.9 | 21.9 | 19.6 | 17.6 | 17.2 | 15 | |
| Backup as a service | 663 | 756.6 | 840.8 | 924.1 | 1,002.30 | 1,093.60 | 10.5 |
| Growth (%) | 17.7 | 14.1 | 11.1 | 9.9 | 8.5 | 9.1 | |
| Total | 4,801.40 | 5,706.60 | 6,702.70 | 7,784.10 | 8,938.30 | 10,166.10 | 16.2 |
| Growth (%) | 21.6 | 18.9 | 17.5 | 16.1 | 14.8 | 13.7 | |

Source: IDC

**The data protection market is fragmented with big enterprise vendors at the top – but Carbonite is slowly climbing up to become the largest provider for the SME market**

The data protection market is fragmented, which is why we are able to show 25 vendors in the market share table below. But we would split this market into two high level categories: (1) large enterprise providers, and (2) small-to-medium enterprise providers. The large enterprise providers are the top 5 share owners, like Vertias, IBM, and Dell where the top 5 owned ~62% of the market in 2017. The small-to-medium enterprise (SME) providers are the rest of the tail, like Microsoft, Carbonite, Quest, and others. Carbonite has slowly taken share in this market through both acquisition and organic share gain which brings it to the top of the SME share table in our view.

Strategically, we think Carbonite's strategy is to continue climbing this share table to have a solid position as the main provider to the SME for data protection-as-a-service, basically

Barclays | Carbonite, Inc.

democratizing the technology in our view. We expect it will do this organically and inorganically as we discuss further below.

FIGURE 2

**Data Protection & Recovery Market is fragmented, but Carbonite has gained share, and risen to the level where it is the largest provider for SME's in our opinion**

| | 2015 | 2016 | 2017 |
|---|---|---|---|
| Veritas | 20.2% | 18.8% | 17.6% |
| IBM | 16.1% | 15.1% | 15.1% |
| Dell Inc. | 17.3% | 17.4% | 11.8% |
| Veeam | 5.8% | 7.4% | 9.2% |
| Commvault | 7.2% | 7.4% | 8.3% |
| Microsoft | 3.5% | 3.5% | 3.8% |
| Carbonite | 3.0% | 3.1% | 3.5% |
| Quest Software | | 0.4% | 2.7% |
| j2 Global | 1.4% | 1.7% | 2.0% |
| Acronis | 2.1% | 1.9% | 2.0% |
| Hewlett Packard Enterprise | 4.0% | 3.2% | 1.9% |
| Arcserve | 1.5% | 1.6% | 1.8% |
| CA Technologies | 1.6% | 1.6% | 1.6% |
| Syncsort | 2.0% | 2.0% | 1.5% |
| Barracuda | 1.1% | 1.1% | 1.2% |
| Windstream | 1.0% | 1.0% | 1.0% |
| Micro Focus | | | 1.0% |
| StorageCraft | 0.5% | 0.6% | 0.8% |
| IDERA | 0.6% | 0.6% | 0.7% |
| Druva | 0.5% | 0.6% | 0.7% |
| Vodafone | 0.6% | 0.6% | 0.6% |
| Fujitsu | 0.5% | 0.6% | 0.5% |
| Peak 10 | 0.4% | 0.5% | 0.5% |
| Kaseya | 0.4% | 0.4% | 0.5% |
| Hitachi | 0.4% | 0.4% | 0.4% |
| Other | 8.3% | 8.5% | 9.2% |
| Total | 100.0% | 100.0% | 100.0% |

Top 5-6 providers service large enterprise, control ~65% of the market and have lost share in aggregate

Carbonite is at top of list of providers for small-medium-enterprise, who have gained share

Source: IDC; Note: we use market shares for the data protection and recovery software market, which is a sub-component of DPaaS – IDC does not have shares for DPaaS mapped yet, but we think this illustration for the data protection and recovery software market is a good proxy

## We Think Perpetual Bookings are Bottoming, and Subscription Bookings are Doing Better Which is Driving Better Cash Flow – We Adjust our Numbers

**Recall, FY18 bookings guidance came down because of Perpetual bookings in the Double Take business**

Before we dig into our views for FY19, we quickly recap what happened to the business (and consequently the stock) after last quarter's earnings. Specifically, 3Q18 Business bookings came in at $53.5M to our $60M estimate, largely because of lower close rates and

Barclays | Carbonite, Inc.

maintenance churn in the Double Take business. Remember, Carbonite acquired Double Take in 2017, and was estimated to add ~$20-25M in revenue per year. Technologically, the acquisition added a high availability/disaster recovery technology that has now contributed to the new Carbonite Recover product, which again we believe democratizes that technology for the SME. But Double Take itself was a perpetual license and maintenance model, which put them in competition with other on-premise vendors, and ultimately resulted in the 3Q miss and guide-down.

### First, a framework for the perpetual business in FY17 and FY18 – that will help put our FY19 estimates into perspective

In the table below, we estimate the different components of perpetual bookings for Carbonite in FY17 and FY18. Few observations:

- Management noted on the 3Q18 call that Double Take made up about half of the total perpetual bookings in FY17 (so we assumed $25M for FY17) and that it was on track to generate ~$4M bookings per quarter in FY18 (so we estimated $16M for FY18)

- We estimate that Double Take (DT) historically generated ~50% of revenue from maintenance and ~50% from perpetual license. We assume the bigger portion of the drop-off in FY18 came from perpetual license

- We assume Evault and Mailstore historically have been roughly of similar size in FY17 and FY18, with some declines in Evault as some of that business moves to subscription while Mailstore has grown low double digits.

FIGURE 3

**This is how we think about the estimated sub-components of CARB's perpetual bookings, which shows Double Take license was the biggest driver of the drop-off ($ millions)**

|  | FY17 | FY18 |
|---|---|---|
| Est. Total Double Take (DT) | 25.0 | 16.0 |
| Est. DT Maint | 12.5 | 10.7 |
| Est. DT License | 12.5 | 5.3 |
| Est. Evault | 12.5 | 12.3 |
| Est. Mailstore | 12.5 | 13.7 |
| Total perpetual Bookings | 49.9 | 42.0 |

Source: Barclays Research

### We think the perpetual business in FY19 can be ~$34M in bookings, which we estimate incorporates Double Take maintenance only (ie kitchen-sink)

Looking to FY19, we think the perpetual bookings can be ~$34M which is slightly lower than our prior estimate of $38M. The reason we trim is because management talked about a quarterly run-rate of ~$8-9M at our December conference, so we annualize this to get to $34M.

Back of the envelope, we think this estimate basically assumes no new license revenue for Double Take, and flat to down trajectories in the other businesses – all of which seems beatable to us. As we show in the table below, if we assume DT Maintenance renews at ~80% in FY19, if Evault decline accelerates, and Mailstore is flat y/y, the implied DT License revenue is less than $0.5M or nil.

So in our view, a quarterly run-rate of $8-9M is a relatively kitchen-sink number which could be beatable.

Barclays | Carbonite, Inc.

FIGURE 4

**Our FY19 perpetual estimate assumes essentially zero license revenue for Double Take at $34M annually – so this is a kitchen-sink number in our opinion ($ million)**

|                              | FY17E | FY18E | FY19E |
|------------------------------|-------|-------|-------|
| Est. Total Double Take (DT)  | 25.0  | 16.0  | 9.0   |
| Est. DT Maint                | 12.5  | 10.7  | 8.6   |
| Est. DT License              | 12.5  | 5.3   | 0.4   |
| Est. Evault                  | 12.5  | 12.3  | 11.3  |
| Est. Mailstore               | 12.5  | 13.7  | 13.7  |
| Total Perpetual Bookings     | 49.9  | 42.0  | 34.0  |

Source: Barclays Research

## We are however more bullish on organic subscription bookings because of overall growth in DPaaS, broader MSP channel, and cross-sell

Before this upgrade, we estimated that after the Mozy deal annualized in 2Q19, the back half of FY19 would grow high single digits or about 9% on an organic basis. However, we are tweaking that up to 13% growth in 2H19 and 10% growth in FY20 for three reasons:

- While Mozy was an under-performing asset previously, we think it is a business that mirrors Carbonite's core endpoint backup and could benefit from more scale/management

- After looking at the DPaaS estimates from IDC, we think mid-teens growth in the market is encouraging. As a base case, we assume low teens to reflect Carbonite's likely mix of slower growing back-up-as-a-service and faster growing DRaaS

- Carbonite is broadening its managed service provider (MSP) channel, especially after Mozy which can be additive from a bookings perspective.

## Net-net, our bookings stay the same in FY19, and go up slightly in FY20 which is good for FCF – but because more of it is subscription, our revenue goes down in FY19 on ratable revenue-recognition

Putting all these changes together, we are making the following changes to our model:

- FY19 total bookings is flat at ~$333M, though we trimmed ~$4M from perpetual bookings and added ~$4M in subscription bookings

- Because perpetual bookings are immediately recognized as revenue and subscription bookings are ratably recognized, our revenue goes down by ~$2.5M in FY19 which also trims ~$0.02 in EPS

- However, because bookings is equivalent to billings, this has no impact on FCF in FY19

- In addition, because we flatline perpetual bookings in FY20, and benefit from the stacking effect, our FY20 revenue goes up slightly as does our FCF.

Barclays | Carbonite, Inc.

## Carbonite has Rolled up the Industry in the Past, so with Valuations Coming Down and Financing Done this Summer, We Think More Roll-up Could be Possible in 2019

### Carbonite has done three acquisitions in the last three years to consolidate the data protection industry as part of its strategy

We believe a core part of Carbonite's strategy is to consolidate the data protection market in order to become the leading vendor for the small-medium enterprise. We have seen this in the past as we show in the table below, with Carbonite having executed three acquisitions in about three years. We think this strategy is an important investment highlight because these deals have often been accretive financially, and additive to the product portfolio long term.

FIGURE 5

**Carbonite has done three acquisitions in the last three years**

| Acquired Asset | Month/Year |
|---|---|
| Evault | December 2015 |
| Double Take | January 2017 |
| Mozy | February 2018 |

Source: Barclays Research

### The company also raised primary proceeds this past summer, with one potential use being acquisitions

Recall, in July 2018, Carbonite issued follow-on shares to help de-lever the balance sheet and build cash for potential acquisitions. Specifically, they raised ~$199M in primary proceeds, of which ~$80M was used to pay down revolving debt, leaving a net of ~$120M in cash on the balance sheet. The prospectus called out this $80M de-levering in the use of proceeds section, as well as general corporate purposes, including acquisitions which we have not seen yet since the Mozy deal in February 2018.

### We believe with more volatile financial markets, and fragmented industry, Carbonite can be opportunistic, which has proved to be a positive catalyst in the past

We think the volatility in the financial markets and falling valuations in some areas of software could be an opportunity for Carbonite when it comes to M&A activity. Recall, management has noted on prior calls that their corporate development pipeline looks healthy, which we think speaks to the opportunity for M&A (which again is part of their stated strategy). As we showed in the market share table above, there is a long tail of providers in this space that could be additive to Carbonite's portfolio from a financial and technology perspective. Furthermore, we have seen Carbonite bring better margin structures and more scale to these acquired assets often resulting in accretion, and thus positive outcomes for the stock – we show this in the chart below.

Barclays | Carbonite, Inc.

FIGURE 6

**M&A has been a positive catalyst in the past 3 years (share price performance indexed to 100)**



Source: Barclays Research, Refinitiv

## We think Consumer can be Flattish After Consolidation in the Space

### Carbonite has diversified away from the Consumer business in the past, but recent market consolidation we think has helped

We believe one key goal of this management team is to grow the mix of bookings from businesses, and reduce the mix of bookings from consumer we believe because of the higher lifetime value of business customers. Carbonite has executed on that strategy as we show in the chart below, with the Consumer bookings mix declining from ~40% in 2016 to less than 30% by our estimates in FY19.

But one item we did not expect in 2018 was the slightly healthier market dynamic in the consumer backup space. Specifically, with Code 42 exiting the market and making Carbonite the exclusive referral partner, this eliminated one competitor. In addition, while Mozy had a larger enterprise business, it also had a smaller consumer business which was also a Carbonite competitor. So these two deals helped consolidate the market, which we think created a slightly healthier competitive backdrop in 2018, allowing Carbonite to raise prices in the Consumer segment with relatively good inelasticity so far.

Barclays | Carbonite, Inc.

FIGURE 7

**Through organic growth and M&A, CARB has continued to grow its business mix**



Source: Company Reports & Barclays Research

### Because of this, we believe FY19 revenue could be flattish rather than down as we have seen in prior years

With a healthier market dynamic and slightly higher pricing for Carbonite, we think the outlook for Consumer can be closer to flattish in FY19 rather than flat to down as we have seen in prior years. Specifically, if we look back at FY17 guidance to start the year, Consumer bookings were expected to be flat to down 10% y/y, and they ended down about 4% y/y. With less competitors to choose from and good inelasticity of demand, we would not be surprised to see this business be closer to flattish in FY19 versus flat to down 10% in prior years.

## We Like that There is FCF to Anchor Valuation, and Downside Looks Limited at 10-11x FY20 FCF

### In a choppy market, we think EV/FCF valuation could weather any storm better than EV/S

Academically, we think about EV/FCF multiples as proxies for discounted cash flow (DCF) based valuation, so CARB (and other stocks) could hold its valuation through a potential downturn/bear market at these levels. This is in contrast to stocks where EV/Sales based valuation could probably be more fragile in market downturns.

### At $26-27, CARB is trading at 10-11x FY20 FCF which is where we have seen this bottom in the past - our price target of $38 assumes a market multiple of ~15x FY20 FCF

At current levels, we estimate CARB is trading at ~12-13x FY19 FCF and 10-11x FY20 FCF. As we show in the graph below, CARB's EV/FCF has found support at ~10x in the past. To be fair, we are basing this off FY20 valuation and the graph below is based off outyear cash flow or in this case FY19 – but if our FY20 number is right, then we would argue by the end of FY19, the stock has limited downside potential.

Looking forward, if we stabilize perpetual estimates and perhaps continue to consolidate the market, we wonder if those catalysts can allow for a re-rating. Specifically, our $38 price target argues for a 15x FY20 EV/FCF multiple, which is a discount to market multiples and a discount to where CARB has traded over the last two years.

Barclays | Carbonite, Inc.

FIGURE 8
**CARB EV/FCF in FY1 (x)**



Source: Refinitiv

## We like the risk reward

Building on our commentary above, we think if our FY20 FCF of ~$85M is correct, then the downside multiple by the end of FY19 is ~10x which is where we're trading in the mid to high $20s. However, on the upside, the stock has traded at an average of ~20x over the last three years, and if we are able to stabilize estimates, show teens growth in the Business subscriptions line, and perhaps continue consolidating the market, we think this can be a catalyst for re-rating. We show our upside/downside scenarios in the table below.

FIGURE 9
**We like the upside/downside on CARB ($M except per share amount)**

|                        | Base    | Down    | Up      |
|------------------------|---------|---------|---------|
| Diluted Shares         | 37.8    | 37.8    | 37.8    |
| Stock Price            | $38.00  | $24.00  | $47.00  |
| Market Cap             | 1,436   | 907     | 1,777   |
| 4Q19 Cash              | 287     | 287     | 287     |
| 4Q19 Convert face value| 144     | 144     | 144     |
| EV                     | 1,293   | 764     | 1,634   |
| FY19 FCF - Est         | 68      | 68      | 68      |
| FY20 FCF - Est         | 85      | 77      | 94      |
| EV/FY19 FCF            | 19x     | 11x     | 24x     |
| EV/FY20 FCF            | 15x     | 10x     | 17x     |

Source: Barclays Research

## Valuation

Our $38 price target is based on ~15x our FY20 FCF estimate of ~$85M (vs. ~$83M prior).

FIGURE 10

**CARB Non-GAAP Income Statement ($ million except per share numbers)**

| | FY 2016 | FY 2017 | Mar-18 | Jun-18 | Sep-18 | Dec-18E | FY 2018E | Mar-19E | Jun-19E | Sep-19E | Dec-19E | FY 2019E | FY 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 209.3 | 246.1 | 64.9 | 79.9 | 79.1 | 80.1 | 304.0 | 79.9 | 82.1 | 83.2 | 86.3 | 331.5 | 349.6 |
| y/y Change | 53.2% | 17.6% | 9.9% | 30.7% | 25.4% | 27.6% | 23.5% | 23.2% | 2.9% | 5.1% | 7.7% | 9.1% | 5.5% |
| Total Cost of Goods Sold | 57.2 | 60.3 | 15.5 | 18.3 | 17.1 | 18.9 | 69.8 | 17.7 | 18.0 | 18.5 | 18.9 | 73.1 | 74.1 |
| Gross Profit | 152.1 | 185.8 | 49.4 | 61.5 | 62.0 | 61.2 | 234.2 | 62.2 | 64.1 | 64.7 | 67.4 | 258.4 | 275.5 |
| Gross Margin % | 72.6% | 75.5% | 76.1% | 77.1% | 78.4% | 76.4% | 77.0% | 77.8% | 78.1% | 77.8% | 78.1% | 78.0% | 78.8% |
| Operating Expenses | | | | | | | | | | | | | |
| Sales & Marketing | 71.2 | 86.5 | 19.2 | 21.3 | 20.3 | 21.0 | 81.8 | 21.2 | 22.2 | 22.8 | 24.5 | 90.7 | 94.8 |
| % of Revenue | 34.0% | 35.1% | 29.6% | 26.6% | 25.6% | 26.2% | 26.9% | 26.5% | 27.0% | 27.4% | 28.4% | 27.3% | 27.1% |
| Research & Development | 32.1 | 42.9 | 11.8 | 14.7 | 13.9 | 14.0 | 54.4 | 14.0 | 14.4 | 14.5 | 14.8 | 57.7 | 58.9 |
| % of Revenue | 15.3% | 17.4% | 18.2% | 18.4% | 17.6% | 17.5% | 17.9% | 17.5% | 17.5% | 17.4% | 17.2% | 17.4% | 16.8% |
| General & Administrative | 30.2 | 30.2 | 8.8 | 8.6 | 8.3 | 8.2 | 33.9 | 8.1 | 8.3 | 8.5 | 8.8 | 33.7 | 35.1 |
| % of Revenue | 14.4% | 12.3% | 13.6% | 10.8% | 10.5% | 10.2% | 11.1% | 10.1% | 10.1% | 10.2% | 10.2% | 10.2% | 10.0% |
| Total Operating Expenses | 133.4 | 159.6 | 39.8 | 44.5 | 42.5 | 43.2 | 170.0 | 43.3 | 44.8 | 45.7 | 48.1 | 182.0 | 188.8 |
| Total Expenses | 190.7 | 219.9 | 55.4 | 62.9 | 59.5 | 62.1 | 239.9 | 61.0 | 62.8 | 64.2 | 67.0 | 255.1 | 262.9 |
| y/y Change | 44.5% | 15.3% | -1.2% | 11.2% | 9.1% | 17.6% | 9.1% | 10.2% | 0.0% | 7.8% | 7.9% | 6.3% | 3.1% |
| Operating Income | 18.6 | 26.1 | 9.6 | 17.0 | 19.6 | 18.0 | 64.1 | 18.9 | 19.3 | 19.0 | 19.2 | 76.5 | 86.7 |
| Operating Margin % | 8.9% | 10.6% | 14.7% | 21.3% | 24.7% | 22.5% | 21.1% | 23.7% | 23.5% | 22.8% | 22.3% | 23.1% | 24.8% |
| EBITDA | 28.3 | 31.0 | 12.3 | 22.2 | 25.7 | 22.6 | 82.8 | 24.7 | 25.2 | 25.0 | 25.4 | 100.1 | 112.6 |
| % Margin | 0.1 | 12.6% | 19.0% | 27.9% | 32.5% | 28.2% | 27.2% | 30.8% | 30.6% | 30.0% | 29.4% | 30.2% | 32.2% |
| Total Other Income/(Expense) | 0.1 | (1.2) | (0.8) | (1.5) | (1.0) | (0.6) | (4.0) | (0.6) | (0.6) | (0.6) | (0.6) | (2.4) | (2.0) |
| Pretax Income | 18.7 | 25.0 | 8.8 | 15.5 | 18.5 | 17.4 | 60.2 | 18.3 | 18.7 | 18.4 | 18.7 | 74.1 | 84.8 |
| Pretax Margin % | 8.9% | 10.1% | 13.5% | 19.4% | 23.4% | 21.7% | 19.8% | 22.9% | 22.8% | 22.1% | 21.7% | 22.3% | 24.2% |
| Income Taxes Expense/(Benefit) | 2.259 | 2.1 | 0.6 | 1.3 | 1.2 | 1.7 | 4.8 | 1.5 | 1.5 | 1.5 | 1.5 | 5.9 | 6.8 |
| Tax Rate | 12.1% | 8.5% | 7.2% | 8.5% | 6.6% | 9.5% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| Non-GAAP Net Income | 16.4 | 22.8 | 8.1 | 14.2 | 17.3 | 15.7 | 55.3 | 16.9 | 17.2 | 16.9 | 17.2 | 68.2 | 78.0 |
| Net Margin | 7.8% | 9.3% | 12.5% | 17.8% | 21.9% | 19.6% | 18.2% | 21.1% | 20.9% | 20.3% | 19.9% | 20.6% | 22.3% |
| EPS-Diluted | $ 0.60 | $0.79 | $0.27 | $0.45 | $0.48 | $0.42 | $1.63 | $0.44 | $0.45 | $0.44 | $0.45 | $1.79 | $2.02 |
| Diluted Shares Outstanding (in MM) | 27.5 | 28.9 | 30.0 | 31.7 | 36.5 | 37.8 | 34.0 | 37.9 | 38.0 | 38.1 | 38.2 | 38.1 | 38.5 |
| y/y Change | 4.041 | 32.1% | 204.8% | 202.6% | 88.9% | 39.2% | 106.0% | 64.5% | 1.2% | -6.6% | 8.3% | 10.1% | 13.0% |

Source: Barclays Research estimates, Company Info

9 January 2019

Barclays | Carbonite, Inc.

## ANALYST(S) CERTIFICATION(S):

I, Saket Kalia, CFA, hereby certify (1) that the views expressed in this research report accurately reflect my personal views about any or all of the subject securities or issuers referred to in this research report and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.

## IMPORTANT DISCLOSURES

Barclays Research is produced by the Investment Bank of Barclays Bank PLC and its affiliates (collectively and each individually, "Barclays"). All authors contributing to this research report are Research Analysts unless otherwise indicated. The publication date at the top of the report reflects the local time where the report was produced and may differ from the release date provided in GMT.

**Availability of Disclosures:**

Where any companies are the subject of this research report, for current important disclosures regarding those companies please refer to https://publicresearch.barclays.com or alternatively send a written request to: Barclays Research Compliance, 745 Seventh Avenue, 13th Floor, New York, NY 10019 or call +1-212-526-1072.

The analysts responsible for preparing this research report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities, the profitability and revenues of the Markets business and the potential interest of the firm's investing clients in research with respect to the asset class covered by the analyst.

Analysts regularly conduct site visits to view the material operations of covered companies, but Barclays policy prohibits them from accepting payment or reimbursement by any covered company of their travel expenses for such visits.

Barclays Research Department produces various types of research including, but not limited to, fundamental analysis, equity-linked analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of Barclays Research may differ from those contained in other types of Barclays Research, whether as a result of differing time horizons, methodologies, or otherwise.

In order to access Barclays Statement regarding Research Dissemination Policies and Procedures, please refer to https://publicresearch.barcap.com/S/RD.htm. In order to access Barclays Research Conflict Management Policy Statement, please refer to: https://publicresearch.barcap.com/S/CM.htm.

**Primary Stocks (Ticker, Date, Price)**

**Carbonite, Inc.** (CARB, 08-Jan-2019, USD 26.96), Overweight/Positive, A/CD/CE/D/J/K/L/M

Prices are sourced from Refinitiv as of the last available closing price in the relevant trading market, unless another time and source is indicated.

**Disclosure Legend:**

**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of the issuer in the previous 12 months.

**B:** An employee or non-executive director of Barclays Bank PLC and/or an affiliate is a director of this issuer.

**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by this issuer.

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by this issuer.

**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer within the next 3 months.

**FA:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with US regulations.

**FB:** Barclays Bank PLC and/or an affiliate beneficially owns a long position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**FC:** Barclays Bank PLC and/or an affiliate beneficially owns a short position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**GD:** One of the analysts on the fundamental credit coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.

**GE:** One of the analysts on the fundamental equity coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.

**H:** This issuer beneficially owns more than 5% of any class of common equity securities of Barclays PLC.

**I:** Barclays Bank PLC and/or an affiliate is party to an agreement with this issuer for the provision of financial services to Barclays Bank PLC and/or an affiliate.

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities of this issuer and/or in any related derivatives.

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from this issuer within the past 12 months.

**L:** This issuer is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.

Barclays | Carbonite, Inc.

**IMPORTANT DISCLOSURES CONTINUED**

**M:** This issuer is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.

**N:** This issuer is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.

**O:** Not in use.

**P:** A partner, director or officer of Barclays Capital Canada Inc. has, during the preceding 12 months, provided services to the subject company for remuneration, other than normal course investment advisory or trade execution services.

**Q:** Barclays Bank PLC and/or an affiliate is a Corporate Broker to this issuer.

**R:** Barclays Capital Canada Inc. and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**S:** This issuer is a Corporate Broker to Barclays PLC.

**T:** Barclays Bank PLC and/or an affiliate is providing equity advisory services to this issuer.

**U:** The equity securities of this Canadian issuer include subordinate voting restricted shares.

**V:** The equity securities of this Canadian issuer include non-voting restricted shares.

**Risk Disclosure(s)**

Master limited partnerships (MLPs) are pass-through entities structured as publicly listed partnerships. For tax purposes, distributions to MLP unit holders may be treated as a return of principal. Investors should consult their own tax advisors before investing in MLP units.

**Guide to the Barclays Fundamental Equity Research Rating System:**

Our coverage analysts use a relative rating system in which they rate stocks as Overweight, Equal Weight or Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry (the "industry coverage universe").

In addition to the stock rating, we provide industry views which rate the outlook for the industry coverage universe as Positive, Neutral or Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

**Stock Rating**

**Overweight** - The stock is expected to outperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Equal Weight** - The stock is expected to perform in line with the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Underweight** - The stock is expected to underperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Rating Suspended** - The rating and target price have been suspended temporarily due to market events that made coverage impracticable or to comply with applicable regulations and/or firm policies in certain circumstances including where the Investment Bank of Barclays Bank PLC is acting in an advisory capacity in a merger or strategic transaction involving the company.

**Industry View**

**Positive** - industry coverage universe fundamentals/valuations are improving.

**Neutral** - industry coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.

**Negative** - industry coverage universe fundamentals/valuations are deteriorating.

Below is the list of companies that constitute the "industry coverage universe":

**U.S. Software**

| | | |
|---|---|---|
| Adobe Inc. (ADBE) | Anaplan, Inc. (PLAN) | Ansys, Inc. (ANSS) |
| Appian Corporation (APPN) | Apptio, Inc. (APTI) | Autodesk Inc. (ADSK) |
| Avaya Holdings Corp (AVYA) | Carbonite, Inc. (CARB) | Ceridian HCM Holding Inc. (CDAY) |
| Check Point Software Technologies Ltd. (CHKP) | Citrix Systems (CTXS) | Cornerstone OnDemand Inc. (CSOD) |
| Coupa Software Inc. (COUP) | CyberArk Software (CYBR) | Elastic N.V. (ESTC) |
| Ellie Mae Inc. (ELLI) | FireEye (FEYE) | Five9, Inc. (FIVN) |
| Fortinet, Inc. (FTNT) | Intuit Inc. (INTU) | LogMeIn, Inc. (LOGM) |
| Microsoft Corp. (MSFT) | Mimecast Ltd. (MIME) | MobileIron, Inc. (MOBL) |
| MongoDB, Inc. (MDB) | Nuance Communications, Inc. (NUAN) | Oracle Corp. (ORCL) |
| Palo Alto Networks (PANW) | Paycom (PAYC) | Pivotal Software, Inc. (PVTL) |
| Pluralsight, Inc. (PS) | PTC Inc. (PTC) | Rapid7 (RPD) |

Barclays | Carbonite, Inc.

**IMPORTANT DISCLOSURES CONTINUED**

| | | |
|---|---|---|
| Red Hat Inc. (RHT) | Salesforce.com Inc. (CRM) | SAP SE (SAP) |
| SecureWorks (SCWX) | ServiceNow, Inc. (NOW) | SolarWinds Corporation (SWI) |
| Splunk Inc. (SPLK) | Symantec Corp. (SYMC) | Tableau Software, Inc. (DATA) |
| Talend S.A. (TLND) | Teradata Corp. (TDC) | Varonis Systems, Inc. (VRNS) |
| VMware Inc. (VMW) | Workday Inc. (WDAY) | Zscaler, Inc. (ZS) |

**Distribution of Ratings:**

Barclays Equity Research has 1540 companies under coverage.

46% have been assigned an Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Buy rating  55% of companies with this rating are investment banking clients of the Firm  76% of the issuers with this rating have received financial services from the Firm.

38% have been assigned an Equal Weight rating which, for purposes of mandatory regulatory disclosures, is classified as a Hold rating  46% of companies with this rating are investment banking clients of the Firm  67% of the issuers with this rating have received financial services from the Firm.

14% have been assigned an Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Sell rating  34% of companies with this rating are investment banking clients of the Firm  66% of the issuers with this rating have received financial services from the Firm.

**Guide to the Barclays Research Price Target:**

Each analyst has a single price target on the stocks that they cover. The price target represents that analyst's expectation of where the stock will trade in the next 12 months. Upside/downside scenarios, where provided, represent potential upside/potential downside to each analyst's price target over the same 12-month period.

**Top Picks:**

Barclays Equity Research's "Top Picks" represent the single best alpha-generating investment idea within each industry (as defined by the relevant "industry coverage universe"), taken from among the Overweight-rated stocks within that industry. Barclays Equity Research publishes "Top Picks" reports every quarter and analysts may also publish intra-quarter changes to their Top Picks, as necessary. While analysts may highlight other Overweight-rated stocks in their published research in addition to their Top Pick, there can only be one "Top Pick" for each industry. To view the current list of Top Picks, go to the Top Picks page on Barclays Live (https://live.barcap.com/go/keyword/TopPicks).

To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

**Types of investment recommendations produced by Barclays Equity Research:**

In addition to any ratings assigned under Barclays' formal rating systems, this publication may contain investment recommendations in the form of trade ideas, thematic screens, scorecards or portfolio recommendations that have been produced by analysts within Equity Research. Any such investment recommendations shall remain open until they are subsequently amended, rebalanced or closed in a future research report.

**Disclosure of other investment recommendations produced by Barclays Equity Research:**

Barclays Equity Research may have published other investment recommendations in respect of the same securities/instruments recommended in this research report during the preceding 12 months. To view all investment recommendations published by Barclays Equity Research in the preceding 12 months please refer to *https://live.barcap.com/go/research/Recommendations*.

**Legal entities involved in producing Barclays Research:**

Barclays Bank PLC (Barclays, UK)

Barclays Capital Inc. (BCI, US)

Barclays Bank Ireland Plc, Frankfurt Branch (BBI, Frankfurt)

Barclays Securities Japan Limited (BSJL, Japan)

Barclays Bank PLC, Hong Kong branch (Barclays Bank, Hong Kong)

Barclays Capital Canada Inc. (BCCI, Canada)

Barclays Bank Mexico, S.A. (BBMX, Mexico)

Barclays Securities (India) Private Limited (BSIPL, India)

Barclays Bank PLC, India branch (Barclays Bank, India)

Barclays Bank PLC, Singapore branch (Barclays Bank, Singapore)

Barclays | Carbonite, Inc.

**IMPORTANT DISCLOSURES CONTINUED**

## Carbonite, Inc. (CARB / CARB)

USD 26.96 (08-Jan-2019)

| | Stock Rating | Industry View |
|---|---|---|
| | **OVERWEIGHT** | **POSITIVE** |

**Rating and Price Target Chart - USD (as of 08-Jan-2019)**

**Currency=USD**



| Publication Date | Closing Price | Rating | Adjusted Price Target |
|---|---|---|---|
| 02-Nov-2018 | 26.97 | | 38.00 |
| 24-Jul-2018 | 36.85 | | 41.00 |
| 12-Jul-2018 | 37.60 | | 38.00 |
| 08-May-2018 | 34.90 | | 34.00 |
| 20-Mar-2018 | 29.40 | Equal Weight | 32.00 |
| 13-Feb-2018 | 21.70 | Rating Suspended | |
| 04-Aug-2017 | 21.15 | | 27.00 |
| 26-Jun-2017 | 23.40 | Equal Weight | 26.00 |

Source: Refinitiv, Barclays Research

Historical stock prices and price targets may have been adjusted for stock splits and dividends.

— Closing Price   ▲ Target Price   ● Rating Change

Source: IDC, Barclays Research

*Link to Barclays Live for interactive charting*

**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of Carbonite, Inc. in the previous 12 months.

**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by Carbonite, Inc..

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by Carbonite, Inc..

**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from Carbonite, Inc. in the past 12 months.

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities by Carbonite, Inc. and/or in any related derivatives.

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from Carbonite, Inc. within the past 12 months.

**L:** Carbonite, Inc. is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.

**M:** Carbonite, Inc. is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.

**Valuation Methodology:** Our $38 price target is based on ~15x our FY20 FCF estimate of ~$85M.

**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** We see three downside risks to our rating. First, if the perpetual business fails to stabilize, there will be downside to estimates in FY19, causing the stock to underperform. Second, CARB has made 3 acquisitions since late 2015, and if synergies on both revenue and costs fail to materialize as expected, growth could slow. Third, Consumer makes up about a third of total bookings and we are modelling it to be roughly flat, but if renewal rates decrease, that decline could accelerate, which would negatively impact revenue growth and even more so profitability and cash flow because of the segment's higher margins.

DISCLAIMER:

This publication has been produced by Barclays Research Department in the Investment Bank of Barclays Bank PLC and/or one or more of its affiliates (collectively and each individually, "Barclays"). It has been distributed by one or more Barclays affiliated legal entities listed below. It is provided to our clients for information purposes only, and Barclays makes no express or implied warranties, and expressly disclaims all warranties of merchantability or fitness for a particular purpose or use with respect to any data included in this publication. To the extent that this publication states on the front page that it is intended for institutional investors and is not subject to all of the independence and disclosure standards applicable to debt research reports prepared for retail investors under U.S. FINRA Rule 2242, it is an "institutional debt research report" and distribution to retail investors is strictly prohibited. Barclays also distributes such institutional debt research reports to various issuers, media, regulatory and academic organisations for their own internal informational news gathering, regulatory or academic purposes and not for the purpose of making investment decisions regarding any debt securities. Media organisations are prohibited from re-publishing any opinion or recommendation concerning a debt issuer or debt security contained in any Barclays institutional debt research report. Any such recipients that do not want to continue receiving Barclays institutional debt research reports should contact debtresearch@barclays.com. Barclays will not treat unauthorized recipients of this report as its clients and accepts no liability for use by them of the contents which may not be suitable for their personal use. Prices shown are indicative and Barclays is not offering to buy or sell or soliciting offers to buy or sell any financial instrument.

Without limiting any of the foregoing and to the extent permitted by law, in no event shall Barclays, nor any affiliate, nor any of their respective officers, directors, partners, or employees have any liability for (a) any special, punitive, indirect, or consequential damages  or (b) any lost profits, lost revenue, loss of anticipated savings or loss of opportunity or other financial loss, even if notified of the possibility of such damages, arising from any use of this publication or its contents.

Other than disclosures relating to Barclays, the information contained in this publication has been obtained from sources that Barclays Research believes to be reliable, but Barclays does not represent or warrant that it is accurate or complete. Barclays is not responsible for, and makes no warranties whatsoever as to, the information or opinions contained in any written, electronic, audio or video presentations of third parties that are accessible via a direct hyperlink in this publication or via a hyperlink to a third-party web site ('Third-Party Content'). Any such Third-Party Content has not been adopted or endorsed by Barclays, does not represent the views or opinions of Barclays, and is not incorporated by reference into this publication. Third-Party Content is provided for information purposes only and Barclays has not independently verified its accuracy or completeness.

The views in this publication are solely and exclusively those of the authoring analyst(s) and are subject to change, and Barclays Research has no obligation to update its opinions or the information in this publication. Unless otherwise disclosed herein, the analysts who authored this report have not received any compensation from the subject companies in the past 12 months. If this publication contains recommendations, they are general recommendations that were prepared independently of any other interests, including those of Barclays and/or its affiliates, and/or the subject companies. This publication does not contain personal investment recommendations or investment advice or take into account the individual financial circumstances or investment objectives of the clients who receive it. The securities and other investments discussed herein may not be suitable for all investors. Barclays is not a fiduciary to any recipient of this publication. Investors must independently evaluate the merits and risks of the investments discussed herein, consult any independent advisors they believe necessary, and exercise independent judgment with regard to any investment decision. The value of and income from any investment may fluctuate from day to day as a result of changes in relevant economic markets (including changes in market liquidity). The information herein is not intended to predict actual results, which may differ substantially from those reflected. Past performance is not necessarily indicative of future results. The information provided does not constitute a financial benchmark and should not be used as a submission or contribution of input data for the purposes of determining a financial benchmark.

This document is being distributed (1) only by or with the approval of an authorised person (Barclays Bank PLC) or (2) to, and is directed at (a) persons in the United Kingdom having professional experience in matters relating to investments and who fall within the definition of "investment professionals" in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order")  or (b) high net worth companies, unincorporated associations and partnerships and trustees of high value trusts as described in Article 49(2) of the Order  or (c) other persons to whom it may otherwise lawfully be communicated (all such persons being "Relevant Persons"). Any investment or investment activity to which this communication relates is only available to and will only be engaged in with Relevant Persons. Any other persons who receive this communication should not rely on or act upon it. Barclays Bank PLC is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange.

The Investment Bank of Barclays Bank PLC undertakes U.S. securities business in the name of its wholly owned subsidiary Barclays Capital Inc., a FINRA and SIPC member. Barclays Capital Inc., a U.S. registered broker/dealer, is distributing this material in the United States and, in connection therewith accepts responsibility for its contents. Any U.S. person wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Barclays Capital Inc. in the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise.

Barclays Bank PLC, Paris Branch (registered in France under Paris RCS number 381 066 281) is regulated by the Autorité des marchés financiers and the Autorité de contrôle prudentiel. Registered office 34/36 Avenue de Friedland 75008 Paris.

This material is distributed in Canada by Barclays Capital Canada Inc., a registered investment dealer, a Dealer Member of IIROC (www.iiroc.ca), and a Member of the Canadian Investor Protection Fund (CIPF).

All Barclays research reports are distributed to institutional investors in Japan by Barclays Securities Japan Limited. Barclays Securities Japan Limited is a joint-stock company incorporated in Japan with registered office of 6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan. It is a subsidiary of Barclays Bank PLC and a registered financial instruments firm regulated by the Financial Services Agency of Japan. Registered Number: Kanto Zaimukyokucho (kinsho) No. 143.

Barclays Bank PLC, Hong Kong Branch is distributing this material in Hong Kong as an authorised institution regulated by the Hong Kong Monetary Authority. Registered Office: 41/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

All Indian securities-related research and other equity research produced by Barclays' Investment Bank are distributed in India by Barclays Securities (India) Private Limited (BSIPL). BSIPL is a company incorporated under the Companies Act, 1956 having CIN U67120MH2006PTC161063. BSIPL is registered and regulated by the Securities and Exchange Board of India (SEBI) as a Research Analyst: INH000001519 Portfolio Manager INP000002585 Stock Broker/Trading and Clearing Member: National Stock Exchange of India Limited (NSE) Capital Market INB231292732, NSE Futures & Options INF231292732, NSE Currency derivatives INE231450334, Bombay Stock Exchange Limited (BSE) Capital Market INB011292738, BSE Futures & Options

INF011292738  Depository Participant (DP) with the National Securities & Depositories Limited (NSDL): DP ID: IN-DP-NSDL-299-2008  Investment Adviser: INA000000391. The registered office of BSIPL is at 208, Ceejay House, Shivsagar Estate, Dr. A. Besant Road, Worli, Mumbai – 400 018, India. Telephone No: +91 2267196000. Fax number: +91 22 67196100. Any other reports produced by Barclays' Investment Bank are distributed in India by Barclays Bank PLC, India Branch, an associate of BSIPL in India that is registered with Reserve Bank of India (RBI) as a Banking Company under the provisions of The Banking Regulation Act, 1949 (Regn No BOM43) and registered with SEBI as Merchant Banker (Regn No INM000002129) and also as Banker to the Issue (Regn No INBI00000950). Barclays Investments and Loans (India) Limited, registered with RBI as Non Banking Financial Company (Regn No RBI CoR-07-00258), and Barclays Wealth Trustees (India) Private Limited, registered with Registrar of Companies (CIN U93000MH2008PTC188438), are associates of BSIPL in India that are not authorised to distribute any reports produced by Barclays' Investment Bank.

Barclays Bank PLC distributes this material in Germany.

This material is distributed in Mexico by Barclays Bank Mexico, S.A.

Nothing herein should be considered investment advice as defined in the Israeli Regulation of Investment Advisory, Investment Marketing and Portfolio Management Law, 1995 ("Advisory Law"). This document is being made to eligible clients (as defined under the Advisory Law) only. Barclays Israeli branch previously held an investment marketing license with the Israel Securities Authority but it cancelled such license on 30/11/2014 as it solely provides its services to eligible clients pursuant to available exemptions under the Advisory Law, therefore a license with the Israel Securities Authority is not required. Accordingly, Barclays does not maintain an insurance coverage pursuant to the Advisory Law.

Barclays Bank PLC in the Dubai International Financial Centre (Registered No. 0060) is regulated by the Dubai Financial Services Authority (DFSA). Principal place of business in the Dubai International Financial Centre: The Gate Village, Building 4, Level 4, PO Box 506504, Dubai, United Arab Emirates. Barclays Bank PLC-DIFC Branch, may only undertake the financial services activities that fall within the scope of its existing DFSA licence. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority.

Barclays Bank PLC in the UAE is regulated by the Central Bank of the UAE and is licensed to conduct business activities as a branch of a commercial bank incorporated outside the UAE in Dubai (Licence No.: 13/1844/2008, Registered Office: Building No. 6, Burj Dubai Business Hub, Sheikh Zayed Road, Dubai City) and Abu Dhabi (Licence No.: 13/952/2008, Registered Office: Al Jazira Towers, Hamdan Street, PO Box 2734, Abu Dhabi).

Barclays Bank PLC in the Qatar Financial Centre (Registered No. 00018) is authorised by the Qatar Financial Centre Regulatory Authority (QFCRA). Barclays Bank PLC-QFC Branch may only undertake the regulated activities that fall within the scope of its existing QFCRA licence. Principal place of business in Qatar: Qatar Financial Centre, Office 1002, 10th Floor, QFC Tower, Diplomatic Area, West Bay, PO Box 15891, Doha, Qatar. Related financial products or services are only available to Business Customers as defined by the Qatar Financial Centre Regulatory Authority.

This material is distributed in the UAE (including the Dubai International Financial Centre) and Qatar by Barclays Bank PLC.

This material is not intended for investors who are not Qualified Investors according to the laws of the Russian Federation as it might contain information about or description of the features of financial instruments not admitted for public offering and/or circulation in the Russian Federation and thus not eligible for non-Qualified Investors. If you are not a Qualified Investor according to the laws of the Russian Federation, please dispose of any copy of this material in your possession.

This material is distributed in Singapore by the Singapore branch of Barclays Bank PLC, a bank licensed in Singapore by the Monetary Authority of Singapore. For matters in connection with this report, recipients in Singapore may contact the Singapore branch of Barclays Bank PLC, whose registered address is 10 Marina Boulevard, #23-01 Marina Bay Financial Centre Tower 2, Singapore 018983.

This material is distributed to persons in Australia by either Barclays Bank PLC, Barclays Capital Inc., Barclays Capital Securities Limited or Barclays Capital Asia Limited. None of Barclays Bank PLC, nor any of the other referenced Barclays group entities, hold an Australian financial services licence and instead they each rely on an exemption from the requirement to hold such a licence. This material is intended to only be distributed to "wholesale clients" as defined by the Australian Corporations Act 2001.

IRS Circular 230 Prepared Materials Disclaimer: Barclays does not provide tax advice and nothing contained herein should be construed to be tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related penalties  and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

© Copyright Barclays Bank PLC (2019). All rights reserved. No part of this publication may be reproduced or redistributed in any manner without the prior written permission of Barclays. Barclays Bank PLC is registered in England No. 1026167. Registered office 1 Churchill Place, London, E14 5HP. Additional information regarding this publication will be furnished upon request.