# EXHIBIT 34

*William Blair & Company, LLC analyst report 1/31/2019*

Equity Research
**Technology, Media, and Communications | Enterprise and Cloud Infrastructure**



January 31, 2019

**Jason Ader, CFA**  +1 617 235 7519
jader@williamblair.com

# Carbonite, Inc.

## Model Update

We are updating our Carbonite model to include fiscal 2020 quarterly estimates for revenue and EPS.

| Stock Rating: | | | **Outperform** |
|---|---|---|---|

| Symbol: | | | CARB (NASDAQ) |
|---|---|---|---|
| Price: | | | $28.06 (52-Wk.: $21-$44) |
| Market Value (M): | | | $970 |
| Dividend/Yield: | | | $0.00/0.00% |
| Fiscal Year End: | | | December |

| | | 2018E | 2019E | 2020E |
|---|---|---|---|---|
| **Estimates** | | | | |
| Sales (M) | Q1 | $64.9 | $81.8 | $87.0 |
| | Q2 | $79.8 | $85.0 | $90.0 |
| | Q3 | $79.1 | $84.4 | $94.0 |
| | Q4 | $80.4 | $86.0 | $99.0 |
| | FY | $304.3 | $337.2 | $370.0 |
| EPS | Q1 | $0.27 | $0.39 | $0.41 |
| | Q2 | $0.45 | $0.42 | $0.45 |
| | Q3 | $0.48 | $0.44 | $0.50 |
| | Q4 | $0.42 | $0.47 | $0.55 |
| | FY | $1.63 | $1.72 | $1.92 |
| EBITDA (M) | Q1 | $13.8 | $30.7 | - |
| | Q2 | $22.3 | $32.9 | - |
| | Q3 | $33.0 | $33.6 | - |
| | Q4 | $31.5 | $35.2 | - |
| | FY | $100.6 | $132.4 | $145.9 |
| **Valuation** | | | | |
| EV/Sales | | 3.2x | 2.9x | 2.6x |
| FY P/E | | 17.2x | 16.3x | 14.6x |
| EV/EBITDA | | 9.6x | 7.3x | 6.6x |

**Trading Data (FactSet)**

| Shares Outstanding (M): | 34.6 |
|---|---|
| Float (M): | 32.2 |
| Avg. Daily Volume (90-day): | 459,314 |

**Financial Data (FactSet)**

| Book Value Per Share (MRQ): | $7.11 |
|---|---|
| Return on Equity (TTM): | 3.7% |
| Enterprise Value (M): | $966 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

Carbonite, based in Boston, is the leader in on-demand backup solutions.

**Please refer to important disclosures on pages 6 – 7. Analyst certification is on page 6.**
William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.

**Quarterly Earnings Model**
($ in millions, except per-share items)

| December Fiscal Year End | FY 2015A Year | FY 2016A Year | Mar-17A | Jun-17A | Sep-17A | Dec-17A | FY 2017A Year | Mar-18A | Jun-18A | Sep-18A | Dec-18E | FY 2018A Year | Mar-19E | Jun-19E | Sep-19E | Dec-19E | FY 2019E Year | FY 2020E Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consumer Bookings** | 89.7 | 84.8 | 22.0 | 20.9 | 19.5 | 19.4 | 81.8 | 22.0 | 27.0 | 25.3 | 21.9 | 96.2 | 23.5 | 28.9 | 27.1 | 23.5 | 103.0 | 104.0 |
| Sequential Change % | - | - | 9.5% | (5.0%) | (6.7%) | (0.5%) | - | 13.4% | 22.7% | (6.3%) | (13.4%) | - | 7.3% | 23.0% | (6.2%) | (13.3%) | - | - |
| Year over Year Change % | - | - | (3.9%) | (2.3%) | (4.4%) | (3.5%) | -3.5% | 0.0% | 29.2% | 29.7% | 12.9% | 17.6% | 6.8% | 7.0% | 7.1% | 7.3% | 7.1% | 1.0% |
| % of Total | 62% | 41% | 35.4% | 32.7% | 32.7% | 32.2% | 33% | 32.5% | 33.0% | 32.1% | 24.7% | 30% | 26.0% | 32.4% | 31.5% | 24.2% | 28% | 25% |
| **SMB Bookings** | 54.5 | 124.42 | 40.1 | 43.0 | 40.2 | 40.8 | 164.1 | 45.6 | 54.8 | 53.5 | 66.9 | 220.8 | 67.0 | 60.3 | 58.9 | 73.6 | 259.8 | 312.0 |
| Sequential Change % | - | - | 18.3% | 7.2% | (6.5%) | 1.5% | - | 11.8% | 20.2% | (2.4%) | 25.0% | - | 0.1% | (10.0%) | (2.3%) | 25.0% | - | - |
| Year over Year Change % | - | - | 36.4% | 33.1% | 39.5% | 20.4% | 31.9% | 13.7% | 27.4% | 33.1% | 64.0% | 34.6% | 46.9% | 10.0% | 10.1% | 236.1% | 17.7% | 20.1% |
| % of Total | 38% | 59% | 64.6% | 67.3% | 67.3% | 67.8% | 67% | 67.5% | 67.0% | 67.9% | 75.3% | 70% | 74.0% | 67.6% | 68.5% | 75.8% | 72% | 75% |
| **Total Bookings** | 144.2 | 209.22 | 62.1 | 63.9 | 59.7 | 60.2 | 245.9 | 67.6 | 81.8 | 78.8 | 88.8 | 317.0 | 90.5 | 89.2 | 86.0 | 97.1 | 362.8 | 416.0 |
| Sequential Change % | - | - | 15.0% | 2.9% | (6.6%) | 0.8% | - | 12.3% | 21.0% | (3.7%) | 12.7% | - | 35.3% | (1.4%) | (3.6%) | 12.9% | - | - |
| Year over Year Change % | - | 45.1% | 18.7% | 19.0% | 21.3% | 11.5% | 17.5% | 8.9% | 28.0% | 32.0% | 47.5% | 28.9% | 33.9% | 9.0% | 9.1% | 45.1% | 14.4% | 14.7% |
| **GAAP Revenue** | 136.6 | 207.0 | 57.1 | 59.0 | 61.6 | 61.7 | 239.5 | 64.0 | 77.7 | 77.7 | 79.4 | 298.8 | 80.8 | 84.0 | 83.4 | 85.0 | 333.2 | 366.0 |
| Sequential Change % | - | - | 6.8% | 3.4% | 4.4% | 0.1% | - | 3.8% | 21.4% | (0.1%) | 2.2% | - | 1.8% | 4.0% | (0.7%) | 1.9% | - | - |
| Year over Year Change % | - | 51.5% | 18.7% | 10.5% | 18.7% | 15.3% | 15.7% | 12.1% | 31.7% | 26.0% | 28.7% | 24.8% | 26.2% | 8.1% | 7.4% | 7.1% | 11.5% | 9.8% |
| Fair value Adj of Acquired Def Revenue | 0.00 | 2.31 | 1.99 | 2.05 | 1.47 | 1.13 | 6.63 | 0.88 | 2.12 | 1.43 | 1.00 | 5.43 | 1.00 | 1.00 | 1.00 | 1.00 | 4.00 | 4.00 |
| **Non-GAAP Revenue** | 136.6 | 209.3 | 59.1 | 61.1 | 63.1 | 62.8 | 246.1 | 64.9 | 79.9 | 79.1 | 80.4 | 304.3 | 81.8 | 85.0 | 84.4 | 86.0 | 337.2 | 370.0 |
| Sequential Change % | - | - | 9.6% | 3.4% | 3.3% | (0.4%) | - | 9.9% | 23.0% | (0.9%) | 1.6% | - | 26.0% | 3.9% | (0.7%) | 1.9% | - | - |
| Year over Year Change % | - | 53.2% | 21.4% | 12.6% | 20.2% | 16.5% | 17.6% | 9.9% | 30.7% | 25.4% | 28.0% | 23.6% | 26.0% | 6.4% | 6.7% | 7.0% | 10.8% | 9.7% |
| GAAP COGS | 36.8 | 57.2 | 15.5 | 15.8 | 14.9 | 14.1 | 60.3 | 15.5 | 18.3 | 17.1 | 17.9 | 68.8 | 17.9 | 18.2 | 17.9 | 18.0 | 72.1 | 79.2 |
| GAAP Gross Margin | 73.1% | 72.3% | 72.9% | 73.2% | 75.8% | 77.2% | 74.8% | 75.8% | 76.4% | 78.0% | 77.5% | 77.0% | 77.8% | 78.3% | 78.5% | 78.8% | 78.4% | 78.4% |
| Non-GAAP Total Cost of Sales | 36.8 | 57.2 | 15.5 | 15.8 | 14.9 | 14.1 | 60.3 | 15.5 | 18.3 | 17.1 | 17.9 | 68.8 | 17.9 | 18.2 | 17.9 | 18.0 | 72.1 | 79.2 |
| Non-GAAP Total Gross Profit | 99.9 | 152.1 | 43.6 | 45.3 | 48.2 | 48.7 | 185.8 | 49.4 | 61.5 | 62.0 | 62.5 | 235.5 | 63.9 | 66.8 | 66.5 | 68.0 | 265.1 | 290.8 |
| **Non-GAAP Gross Margin** | 73.1% | 72.6% | 73.8% | 74.1% | 76.3% | 77.6% | 75.5% | 76.1% | 77.1% | 78.4% | 77.8% | 77.4% | 78.1% | 78.6% | 78.8% | 79.0% | 78.6% | 78.6% |
| **Research & Development** | 26.6 | 32.1 | 9.9 | 10.5 | 11.2 | 11.4 | 42.9 | 11.8 | 14.7 | 13.9 | 14.5 | 54.8 | 15.1 | 15.6 | 15.4 | 15.5 | 61.7 | 66.6 |
| % of sales | 19.5% | 15.3% | 16.8% | 17.1% | 17.7% | 18.1% | 17.4% | 18.2% | 18.4% | 17.6% | 18.0% | 18.0% | 18.5% | 18.4% | 18.3% | 18.0% | 18.3% | 18.0% |
| **Sales & Marketing** | 52.0 | 71.2 | 22.8 | 22.3 | 21.2 | 20.2 | 86.5 | 19.2 | 21.3 | 20.3 | 20.4 | 81.2 | 21.3 | 22.1 | 21.7 | 21.7 | 86.7 | 93.9 |
| % of sales | 38.1% | 34.0% | 38.5% | 36.5% | 33.7% | 32.2% | 35.1% | 29.6% | 26.6% | 25.6% | 25.4% | 26.7% | 26.0% | 26.0% | 25.7% | 25.2% | 25.7% | 25.4% |
| **General & Admin** | 16.5 | 30.2 | 7.9 | 8.0 | 7.3 | 7.1 | 30.2 | 8.8 | 8.6 | 8.3 | 8.2 | 33.9 | 9.0 | 8.9 | 8.4 | 8.5 | 34.9 | 38.1 |
| % of sales | 12.1% | 14.4% | 13.3% | 13.1% | 11.5% | 11.3% | 12.3% | 13.6% | 10.8% | 10.5% | 10.2% | 11.1% | 11.0% | 10.5% | 10.0% | 9.9% | 10.3% | 10.3% |
| **Other GAAP Expenses** | 0.0 | 0.0 | 0.0 | 1.5 | 1.5 | 1.5 | 4.4 | 2.5 | 5.2 | 5.5 | 8.2 | 21.4 | 8.2 | 8.0 | 7.5 | 7.1 | 30.8 | 30.8 |
| **SBC** | 10.5 | 9.6 | 2.8 | 3.2 | 5.6 | 3.5 | 15.1 | 4.7 | 8.4 | 13.2 | 5.0 | 31.3 | 5.0 | 5.0 | 5.0 | 5.0 | 20.0 | 21.9 |
| % of sales | 7.7% | 4.6% | 4.7% | 5.2% | 8.9% | 5.6% | 6.1% | 7.2% | 10.5% | 16.7% | 6.2% | 10.3% | 6.1% | 5.9% | 5.9% | 5.8% | 5.9% | 5.9% |
| **Non-GAAP Operating Expenses** | 95.1 | 133.4 | 40.6 | 40.7 | 39.7 | 38.7 | 159.6 | 39.8 | 44.5 | 42.5 | 43.1 | 169.9 | 45.4 | 46.7 | 45.6 | 45.7 | 183.3 | 198.6 |
| % of sales | 69.6% | 63.8% | 68.6% | 66.6% | 62.9% | 61.6% | 64.9% | 61.4% | 55.8% | 53.7% | 53.6% | 55.8% | 55.5% | 54.9% | 54.0% | 53.1% | 54.4% | 53.7% |
| **GAAP Operating Income** | (21.7) | (2.8) | (6.9) | (4.7) | (1.1) | 0.6 | (12.1) | (2.9) | (0.3) | 4.3 | 1.3 | 2.4 | 0.4 | 2.5 | 3.5 | 5.4 | 11.8 | 27.4 |
| % of sales | - | - | - | - | - | 0.9% | - | - | - | 5.5% | 1.6% | 0.8% | 0.5% | 2.9% | 4.2% | 6.3% | 3.5% | 7.4% |
| **Non-GAAP Operating Income** | 4.6 | 18.6 | 3.0 | 6.0 | 10.0 | 11.5 | 30.6 | 11.1 | 18.6 | 21.2 | 19.4 | 70.3 | 18.5 | 20.1 | 20.9 | 22.3 | 81.8 | 92.2 |
| % of sales | 3.4% | 8.9% | 5.2% | 9.9% | 15.8% | 18.3% | 12.4% | 17.1% | 23.2% | 26.8% | 24.2% | 23.1% | 22.6% | 23.7% | 24.8% | 25.9% | 24.3% | 24.9% |
| Year over Year Change % | #DIV/0! | 301.0% | (30.3%) | 0.0% | 145.7% | 177.8% | 64.3% | 264.4% | 206.9% | 111.9% | 69.2% | 129.8% | 66.4% | 8.4% | (1.3%) | 14.8% | 16.4% | 12.8% |
| **Net Interest Inc. (expense)** | 0.1 | 0.1 | 0.1 | (1.3) | (2.3) | (2.1) | (5.6) | (2.3) | (3.1) | (2.6) | (2.7) | (10.8) | (2.7) | (2.7) | (2.7) | (2.7) | (11.0) | (11.0) |
| % of sales | 0.1% | 0.0% | 0.1% | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **EBT & Unusual Items** | (21.5) | (2.7) | (6.8) | (6.0) | (3.4) | (1.5) | (17.7) # | (5.3) | (3.3) | 1.7 | (1.6) | (8.5) | (2.5) | (0.3) | 0.8 | 2.7 | 0.7 | 16.4 |
| % of sales | - | - | - | - | - | - | - | - | - | 2.1% | - | - | - | - | 0.9% | 3.1% | 0.2% | 4.4% |
| **Unusual items** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| % of sales | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **GAAP Earnings before Taxes** | (21.5) | (2.7) | (6.8) | (6.0) | (3.4) | (1.5) | (17.7) | (5.3) | (3.3) | 1.7 | (1.6) | (8.5) | (2.5) | (0.3) | 0.8 | 2.7 | 0.7 | 16.4 |
| % of sales | - | - | - | - | - | - | - | - | - | 2.1% | - | - | - | - | 0.9% | 3.1% | 0.2% | 4.4% |
| **GAAP Tax expense (benefit)** | 0.1 | 1.4 | (14.4) | 0.4 | 0.2 | 0.1 | (13.7) | (17.2) | 2.3 | 1.1 | - | (13.8) | 0.2 | (0.0) | 0.1 | 0.2 | 0.5 | 1.3 |
| GAAP Tax rate | 74% | 12% | 19% | 10% | 6% | 7% | 10% | 7% | 8% | 7% | 8% | 8% | 8% | 8% | 8% | 8% | 8% | 8% |
| **Non-GAAP Tax expense (benefit)** | 1.6 | 2.2 | 0.6 | 0.5 | 0.4 | 0.6 | 2.1 | 0.6 | 1.3 | 1.2 | 1.3 | 4.5 | 1.3 | 1.4 | 1.5 | 1.6 | 5.7 | 6.5 |
| Non-GAAP Tax rate | 33% | 12% | 19% | 10% | 6% | 7% | 9% | 7% | 8% | 7% | 8% | 8% | 8% | 8% | 8% | 8% | 8% | 8% |
| **GAAP Net Income** | (21.6) | (4.1) | 7.6 | (6.4) | (3.6) | (1.6) | (4.0) | 11.9 | (5.7) | 0.6 | (1.6) | 5.2 | (2.7) | (0.2) | 0.7 | 2.5 | 0.2 | 15.1 |
| % of sales | - | - | 12.9% | - | - | - | - | 18.4% | - | 0.7% | - | 1.7% | - | - | 0.8% | 2.9% | 0.1% | 4.1% |
| **Non-GAAP Net Income** | 3.2 | 16.5 | 2.5 | 4.3 | 7.3 | 8.8 | 22.8 | 8.1 | 14.2 | 17.3 | 15.4 | 55.0 | 14.5 | 16.0 | 16.7 | 18.0 | 65.1 | 74.8 |
| % of sales | 2.4% | 7.9% | 4.3% | 7.0% | 11.6% | 13.9% | 9.3% | 12.5% | 17.8% | 21.9% | 19.1% | 18.1% | 17.7% | 18.8% | 19.8% | 20.9% | 19.3% | 20.2% |
| Year over Year Change % | - | - | - | - | - | - | - | 49% | - | - | - | - | - | - | 16% | - | - | - |
| **Non-GAAP EPS** | 0.12 | 0.60 | 0.09 | 0.15 | 0.25 | 0.30 | 0.79 | 0.27 | 0.45 | 0.48 | 0.42 | 1.61 | 0.39 | 0.42 | 0.44 | 0.47 | 1.72 | 1.92 |
| Year over Year Change % | #DIV/0! | 409.6% | (41.8%) | (23.4%) | 80.9% | 155.2% | 30.8% | 204.8% | 202.6% | 88.9% | 39.0% | 104.4% | 43.4% | (5.0%) | (7.3%) | 13.5% | 7.3% | 11.2% |
| Shares Out (Mil.) - basic | 27.2 | 27.0 | 27.8 | 27.5 | 27.8 | 28.0 | 27.8 | 28.3 | 28.6 | 32.9 | 35.0 | 31.2 | 35.3 | 35.6 | 35.9 | 36.2 | 35.8 | 37.0 |
| Non-GAAP Diluted Shares | 27.3 | 27.5 | 28.5 | 28.8 | 29.0 | 29.3 | 28.9 | 30.0 | 31.7 | 36.5 | 37.0 | 33.8 | 37.3 | 37.6 | 37.9 | 38.2 | 37.8 | 39.0 |

Source: Company reports and William Blair & Company, L.L.C. estimates

William Blair

*Profitability Metrics*

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-GAAP Operating Income** | 4.6 | **18.6** | **3.0** | **6.0** | **10.0** | **11.5** | **30.6** | **11.1** | **18.6** | **21.2** | **19.4** | **70.3** | **18.5** | **20.1** | **20.9** | **22.3** | **81.8** | **92.2** |
| Depreciation & Amortization | - | **15.9** | 4.9 | 5.5 | 5.6 | 5.7 | **21.7** | 6.1 | 11.7 | 11.9 | 12.1 | **41.7** | 12.3 | 12.8 | 12.7 | 12.9 | **50.6** | **53.7** |
| *% of Rev* | *0.0%* | *7.6%* | *8.3%* | *9.0%* | *8.9%* | *9.1%* | *8.8%* | *9.4%* | *14.6%* | *15.0%* | *15.0%* | *13.7%* | *15.0%* | *15.0%* | *15.0%* | *15.0%* | *15.0%* | *14.5%* |
| **Non-GAAP EBITDA** | **4.6** | **34.5** | **7.9** | **11.6** | **15.6** | **17.2** | **52.3** | **17.2** | **30.2** | **33.0** | **31.5** | **112.0** | **30.7** | **32.9** | **33.6** | **35.2** | **132.4** | **145.9** |
| *% of sales* | *3.4%* | *16.5%* | *13.4%* | *18.9%* | *24.8%* | *27.4%* | *21.3%* | *26.5%* | *37.9%* | *41.8%* | *39.2%* | *36.8%* | *37.6%* | *38.7%* | *39.8%* | *40.9%* | *39.3%* | *39.4%* |
| SBC | - | **8.9** | 2.8 | 3.2 | 3.3 | 3.5 | **12.7** | 3.7 | - | 9.7 | 5.0 | **18.4** | 5.0 | 8.5 | 8.4 | 8.6 | **30.5** | **37.0** |
| *% of Rev* | *0.0%* | *4.3%* | *4.7%* | *5.2%* | *5.2%* | *5.6%* | *5.2%* | *5.8%* | *0.0%* | *12.3%* | *6.2%* | *6.1%* | *6.1%* | *10.0%* | *10.0%* | *10.0%* | *9.1%* | *10.0%* |
| **EBITDA (Inc. SBC)** | **4.6** | **25.6** | **5.2** | **8.4** | **12.4** | **13.7** | **39.6** | **13.4** | **30.2** | **23.3** | **26.5** | **93.5** | **25.7** | **24.4** | **25.1** | **26.6** | **101.8** | **108.9** |
| *% of sales* | *3.4%* | *12.2%* | *8.7%* | *13.7%* | *19.6%* | *21.7%* | *16.1%* | *20.7%* | *37.9%* | *29.5%* | *33.0%* | *30.7%* | *31.5%* | *28.7%* | *29.8%* | *30.9%* | *30.2%* | *29.4%* |
| | | | | | | | | | | | | | | | | | | |
| **Cash From Operating Activities** | **(21.6)** | **14.4** | **7.7** | **2.9** | **6.7** | **14.1** | **31.3** | **3.3** | **8.8** | **21.7** | **19.1** | **52.9** | **24.3** | **22.9** | **18.1** | **21.1** | **86.4** | **115.4** |
| CapEx | - | (7.8) | (6.6) | (2.9) | (1.9) | (6.0) | (17.4) | (3.3) | (4.5) | (2.1) | (3.2) | (13.1) | (3.7) | (3.8) | (3.8) | (3.9) | (15.2) | (16.7) |
| *% of Rev* | *0.0%* | *3.7%* | *11.1%* | *4.8%* | *3.0%* | *9.5%* | *7.1%* | *5.1%* | *5.6%* | *2.7%* | *4.0%* | *4.3%* | *4.5%* | *4.5%* | *4.5%* | *4.5%* | *4.5%* | *4.5%* |
| **Free Cash Flow** | **(21.6)** | **6.6** | **1.1** | **(0.0)** | **4.8** | **8.1** | **14.0** | **0.0** | **4.3** | **19.6** | **15.9** | **39.8** | **20.6** | **19.1** | **14.3** | **17.2** | **71.2** | **98.8** |
| *% of sales* | *(15.8)%* | *3.1%* | *1.9%* | *(0.1)%* | *7.6%* | *12.9%* | *5.7%* | *0.0%* | *5.4%* | *24.7%* | *19.8%* | *13.1%* | *25.2%* | *22.5%* | *16.9%* | *20.0%* | *21.1%* | *26.7%* |
| SBC | - | **8.9** | 2.8 | 3.2 | 3.3 | 3.5 | **12.7** | 3.7 | - | 9.7 | 5.0 | **18.4** | 5.0 | 5.0 | 5.0 | 5.0 | **20.0** | **21.9** |
| *% of Rev* | *0.0%* | *4.3%* | *4.7%* | *5.2%* | *5.2%* | *5.6%* | *5.2%* | *5.8%* | *0.0%* | *12.3%* | *6.2%* | *6.1%* | *6.1%* | *5.9%* | *5.9%* | *5.8%* | *5.9%* | *5.9%* |
| **FCF (Inc. SBC)** | **(21.6)** | **(2.3)** | **(1.6)** | **(3.2)** | **1.5** | **4.6** | **1.2** | **(3.7)** | **4.3** | **9.8** | **10.9** | **21.3** | **15.6** | **14.1** | **9.3** | **12.2** | **51.2** | **76.8** |
| *% of sales* | *(15.8)%* | *(1.1)%* | *(2.8)%* | *(5.3)%* | *2.4%* | *7.3%* | *0.5%* | *(5.8)%* | *5.4%* | *12.4%* | *13.6%* | *7.0%* | *19.1%* | *16.6%* | *11.0%* | *14.2%* | *15.2%* | *20.8%* |

Source: Company reports and William Blair & Company, L.L.C. estimates

3 | Jason Ader +1 617 235 7519

**Balance Sheet Model**

| December Fiscal Year End (dollars in millions) | FY 2016A | | | | FY 2017A | | | | FY 2018A | | | | FY 2019E | | | | FY 2020E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-16A | Jun-16A | Sep-16A | Dec-16A | Mar-17A | Jun-17A | Sep-17A | Dec-17A | Mar-18A | Jun-18A | Sep-18A | Dec-18E | Mar-19E | Jun-19E | Sep-19E | Dec-19E | Mar-20E | Jun-20E | Sep-20E | Dec-20E |
| **Assets:** | | | | | | | | | | | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 41.0 | 43.2 | 49.1 | 59.2 | 41.8 | 125.1 | 119.4 | 128.2 | 71.0 | 71.0 | 201.0 | 217.1 | 237.9 | 257.2 | 271.6 | 289.0 | 315.0 | 339.0 | 361.2 | 388.6 |
| Short-term investments | 1.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounts receivable, net | 12.7 | 17.2 | 17.0 | 16.6 | 21.9 | 23.5 | 23.4 | 22.2 | 31.2 | 32.1 | 32.6 | 32.2 | 31.8 | 34.0 | 33.8 | 34.4 | 34.8 | 36.0 | 37.6 | 39.6 |
| Deferred tax assets | | | | | | | | | - | - | - | - | - | - | - | - | | | | |
| Prepaid Expenses and other current assets | 10.6 | 7.6 | 7.1 | 7.5 | 7.6 | 7.9 | 6.7 | 6.8 | 8.7 | 10.6 | 10.1 | 10.3 | 10.3 | 10.4 | 10.5 | 10.5 | 10.6 | 10.7 | 10.8 | 10.9 |
| **Total Current Assets** | 65.4 | 68.0 | 73.2 | 83.3 | 71.3 | 156.5 | 149.5 | 157.3 | 110.8 | 113.7 | 243.6 | 259.5 | 280.0 | 301.5 | 315.8 | 334.0 | 360.4 | 385.7 | 409.6 | 439.0 |
| Property and equipment, net | 26.4 | 24.9 | 22.6 | 23.9 | 27.8 | 27.8 | 29.7 | 28.8 | 38.6 | 36.6 | 35.4 | 37.4 | 38.4 | 38.4 | 39.4 | 40.4 | 41.4 | 41.4 | 42.4 | 43.4 |
| Acquired Intangible Assets | 17.1 | 16.0 | 15.1 | 13.8 | 48.2 | 45.9 | 46.8 | 45.0 | 138.6 | 134.8 | 126.5 | 126.5 | 126.5 | 126.5 | 126.5 | 126.5 | 126.5 | 126.5 | 126.5 | 126.5 |
| Goodwill | 23.6 | 24.3 | 24.5 | 23.7 | 73.6 | 74.1 | 80.8 | 81.0 | 157.2 | 155.3 | 155.3 | 155.3 | 155.3 | 155.3 | 155.3 | 155.3 | 155.3 | 155.3 | 155.3 | 155.3 |
| Other assets | 0.2 | 0.2 | 0.1 | 0.2 | 1.1 | 0.3 | 0.4 | 0.8 | 10.8 | 12.3 | 13.1 | 13.1 | 13.1 | 13.1 | 13.1 | 13.1 | 13.1 | 13.1 | 13.1 | 13.1 |
| **Total Assets** | 132.7 | 133.4 | 135.4 | 144.8 | 221.1 | 304.6 | 307.2 | 312.8 | 456.1 | 452.7 | 573.9 | 591.8 | 613.2 | 634.8 | 650.1 | 669.2 | 696.7 | 721.9 | 746.9 | 777.3 |
| **Liabilities and Equity:** | | | | | | | | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | | | | | | | | |
| Accounts Payable | 5.1 | 3.6 | 2.9 | 5.8 | 9.5 | 6.0 | 9.4 | 10.8 | 9.6 | 5.8 | 4.1 | 7.9 | 8.0 | 8.1 | 8.0 | 8.0 | 8.5 | 8.6 | 8.9 | 9.2 |
| Accrued liabilities | 16.5 | 16.0 | 18.1 | 19.8 | 21.8 | 20.6 | 20.4 | 21.7 | 25.2 | 28.9 | 25.2 | 25.2 | 25.2 | 25.2 | 25.2 | 25.2 | 25.2 | 25.2 | 25.2 | 25.2 |
| ST Debt | - | - | - | - | - | - | - | - | - | - | 116.6 | 116.6 | 116.6 | 116.6 | 116.6 | 116.6 | 116.6 | 116.6 | 116.6 | 116.6 |
| Deferred Revenue | 89.8 | 88.4 | 86.9 | 86.3 | 98.3 | 102.2 | 103.7 | 100.2 | 116.9 | 121.0 | 121.3 | 119.3 | 127.3 | 129.3 | 129.3 | 126.3 | 135.3 | 139.3 | 139.3 | 136.3 |
| Other current liabilities | - | - | - | - | 15.0 | - | - | - | - | - | - | - | | | | | | | | |
| **Total Current Liabilities** | 111.431 | 108.0 | 107.8 | 111.9 | 144.6 | 128.9 | 133.5 | 132.8 | 151.6 | 155.8 | 267.2 | 269.1 | 277.1 | 279.3 | 279.1 | 276.2 | 285.7 | 289.8 | 290.1 | 287.4 |
| Deferred revenue, less current portion | 20.1 | 21.7 | 20.6 | 21.3 | 23.5 | 24.8 | 22.0 | 24.3 | 27.5 | 27.7 | 28.0 | 30.0 | 32.0 | 33.0 | 33.0 | 36.0 | 38.0 | 40.0 | 40.0 | 44.0 |
| Long-term debt | - | - | - | - | 39.1 | 108.8 | 110.3 | 111.8 | 203.4 | 195.0 | - | - | - | - | - | - | - | - | - | - |
| Deferred tax liabilities, net | | | | | | | | | - | - | - | - | - | - | - | - | | | | |
| Other long-term liabilities | 6.0 | 5.8 | 5.6 | 5.7 | 6.2 | 6.2 | 6.0 | 5.7 | 6.2 | 5.9 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 |
| **Owners' Equity** | (4.8) | (2.1) | 1.4 | 5.8 | 8.7 | 36.0 | 35.4 | 38.3 | 67.4 | 68.4 | 272.9 | 286.9 | 298.4 | 316.8 | 332.2 | 351.3 | 367.3 | 386.5 | 411.1 | 440.2 |
| **Total Liabilities and Equity** | 132.7 | 133.4 | 135.4 | 144.8 | 221.1 | 304.6 | 307.2 | 312.8 | 456.1 | 452.7 | 573.9 | 591.8 | 613.2 | 634.8 | 650.1 | 669.2 | 696.7 | 721.9 | 746.9 | 777.3 |
| **Metrics** | | | | | | | | | | | | | | | | | | | | |
| ROA (GAAP) | (28.3)% | 3.5% | 0.3% | (1.9)% | 16.6% | (9.7)% | (4.7)% | (2.1)% | 12.4% | (5.0)% | 0.5% | (1.1)% | (1.8)% | (0.2)% | 0.4% | 1.5% | (0.1)% | 1.2% | 2.8% | 4.3% |
| ROE (GAAP) | 785.3% | (135.6)% | (136.5)% | (73.9)% | 418.2% | (114.2)% | (40.4)% | (17.5)% | 90.4% | (33.5)% | 1.4% | (2.3)% | (3.7)% | (0.3)% | 0.9% | 2.9% | (0.2)% | 2.2% | 5.1% | 7.6% |
| ROA (non-GAAP) | 24.9% | 15.7% | 11.4% | 9.5% | 5.5% | 6.5% | 9.5% | 11.3% | 8.5% | 12.5% | 13.5% | 10.5% | 9.6% | 10.2% | 10.4% | 10.9% | 9.2% | 9.9% | 10.7% | 11.4% |
| ROE (non-GAAP) | (689.6)% | (608.7)% | ######## | 364.3% | 139.3% | 76.1% | 81.7% | 95.1% | 61.5% | 83.5% | 40.6% | 21.9% | 19.8% | 20.8% | 20.6% | 21.1% | 17.5% | 18.6% | 19.8% | 20.5% |
| Quick Ratio | 0.5 | 0.6 | 0.6 | 0.7 | 0.4 | 1.2 | 1.1 | 1.1 | 0.7 | 0.7 | 0.9 | 0.9 | 1.0 | 1.0 | 1.1 | 1.2 | 1.2 | 1.3 | 1.4 | 1.5 |
| Current Ratio | 0.6 | 0.6 | 0.7 | 0.7 | 0.5 | 1.2 | 1.1 | 1.2 | 0.7 | 0.7 | 0.9 | 1.0 | 1.0 | 1.1 | 1.1 | 1.2 | 1.3 | 1.3 | 1.4 | 1.5 |
| DSO | 23.6 | 24.8 | 29.3 | 28.1 | 29.3 | 33.4 | 33.4 | 32.7 | 37.0 | 35.6 | 36.8 | 36.0 | 35.0 | 36.0 | 36.0 | 36.0 | 36.0 | 36.0 | 36.0 | 36.0 |
| Average DSO (trailing 2Q's) | 23.6 | 24.8 | 29.3 | 28.1 | 29.3 | 33.4 | 33.4 | 32.7 | 37.0 | 35.6 | 36.8 | 36.2 | 35.2 | 34.8 | 36.1 | 35.7 | 35.8 | 35.4 | 35.2 | 35.1 |
| Net Cash/Share | $1.55 | $1.60 | $1.78 | $2.09 | $0.10 | $0.57 | $0.31 | $0.56 | ($4.41) | ($3.91) | $2.31 | $2.71 | $3.25 | $3.74 | $4.09 | $4.51 | $5.15 | $5.73 | $6.26 | $6.90 |
| Balance Sheet Cash | 42.0 | 43.2 | 49.1 | 59.2 | 41.8 | 125.1 | 119.4 | 128.2 | 71.0 | 71.0 | 201.0 | 217.1 | 237.9 | 257.2 | 271.6 | 289.0 | 315.0 | 339.0 | 361.2 | 388.6 |
| Shares | 27.1 | 27.0 | 27.5 | 28.3 | 28.5 | 28.8 | 29.0 | 29.3 | 30.0 | 31.7 | 36.5 | 37.0 | 37.3 | 37.6 | 37.9 | 38.2 | 38.5 | 38.8 | 39.1 | 39.4 |
| Tangible Book Value | ($0.18) | ($0.08) | $0.05 | $0.21 | $0.31 | $1.25 | $1.22 | $1.30 | $2.24 | $2.16 | $7.49 | $7.75 | $8.00 | $8.43 | $8.77 | $9.20 | $9.54 | $9.96 | $10.51 | $11.17 |

Source: Company reports and William Blair & Company, L.L.C. estimates

## William Blair

**Cash Flow Model**

| March Fiscal Year End (dollars in millions) | FY 2016A Mar-16A | Jun-16A | Sep-16A | Dec-16A | FY 2017A Mar-17A | Jun-17A | Sep-17A | Dec-17A | FY 2018A Mar-18A | Jun-18A | Sep-18A | Dec-18E | FY 2019E Mar-19E | Jun-19E | Sep-19E | Dec-19E | FY 2020E Mar-20E | Jun-20E | Sep-20E | Dec-20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow from Operations** | | | | | | | | | | | | | | | | | | | | |
| **Net income** | (4.7) | 1.2 | 0.1 | (0.7) | 7.6 | (6.4) | (3.6) | (1.6) | 11.9 | (5.7) | 0.6 | (1.6) | (2.7) | (0.2) | 0.7 | 2.5 | (0.2) | 2.1 | 5.1 | 8.1 |
| *Adjusts. to reconcile net income (loss) to net cash* | | | | | | | | | | | | | | | | | | | | |
| Depreciation and Amoritization | 4.3 | 4.0 | 3.8 | 3.6 | 4.9 | 5.5 | 5.6 | 5.7 | 2.7 | 3.7 | 11.9 | 12.1 | 12.3 | 12.8 | 12.7 | 12.9 | 12.6 | 13.1 | 13.6 | 14.4 |
| Amortization of Intangibles | - | - | - | - | - | - | - | - | 3.4 | 8.0 | - | | | | | | | | | |
| Stock-based compensation expense | 2.3 | 2.2 | 2.1 | 2.3 | 2.8 | 3.2 | 3.3 | 3.5 | 3.7 | - | 9.7 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.3 | 5.3 | 5.5 | 5.7 |
| Other | 1.6 | (0.8) | (0.1) | 0.1 | (0.4) | (0.8) | (11.3) | 1.5 | (14.9) | 3.2 | 2.2 | | | | | | | | | |
| **Simple Cash Flow** | 3.5 | 6.6 | 6.0 | 5.4 | 14.9 | 1.5 | (6.0) | 9.1 | 6.8 | 9.2 | 24.4 | 15.4 | 14.5 | 17.5 | 18.3 | 20.3 | 17.7 | 20.4 | 24.3 | 28.2 |
| **Chg. Current Accounts** | | | | | | | | | | | | | | | | | | | | |
| [Source (Use) of Funds] | | | | | | | | | | | | | | | | | | | | |
| Accounts Receivable | (9.7) | (3.7) | 0.2 | (0.2) | 1.2 | (1.3) | 0.6 | 1.3 | (4.6) | (1.8) | (0.6) | (0.4) | (0.3) | 2.2 | (0.2) | 0.6 | 0.4 | 1.2 | 1.6 | 2.0 |
| Prepaid expenses and other current assets | (5.4) | 3.4 | 0.2 | 0.3 | (0.2) | 0.2 | 1.0 | (0.6) | 0.1 | (1.6) | (0.7) | 0.2 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Other assets | (0.0) | 0.0 | 0.1 | (0.1) | (0.9) | 0.8 | (0.1) | (0.4) | (2.2) | (1.6) | (0.9) | - | - | - | - | - | - | - | - | - |
| Accounts Payable | (2.5) | (1.6) | (1.1) | 3.0 | 3.3 | (2.7) | (0.3) | 4.7 | (4.2) | 0.3 | (1.9) | 3.9 | 0.0 | 0.1 | (0.1) | 0.0 | 0.5 | 0.1 | 0.3 | 0.3 |
| Accrued Expenses | 3.5 | 0.3 | 2.5 | 1.9 | (0.7) | (1.7) | 0.2 | 1.2 | 3.0 | (0.5) | 0.8 | - | - | - | - | - | - | - | - | - |
| Other Liabilities | (0.4) | (0.1) | (0.2) | 0.1 | (14.9) | 1.6 | 13.2 | 0.2 | 0.3 | (0.2) | (0.1) | - | - | - | - | - | - | - | - | - |
| Deferred revenue | 4.2 | 0.3 | (2.7) | 0.5 | 5.1 | 4.5 | (2.0) | (1.4) | 4.1 | 5.0 | 0.7 | 0.0 | 10.0 | 3.0 | - | - | 11.0 | 6.0 | - | 1.0 |
| **Net Current Chg.** | (10.3) | (1.5) | (1.0) | 5.6 | (7.2) | 1.3 | 12.7 | 5.0 | (3.5) | (0.4) | (2.7) | 3.7 | 9.7 | 5.4 | (0.3) | 0.8 | 12.0 | 7.4 | 2.0 | 3.4 |
| **Net Cash from Operations** | (6.8) | 5.1 | 5.0 | 11.0 | 7.7 | 2.9 | 6.7 | 14.1 | 3.3 | 8.8 | 21.7 | 19.1 | 24.3 | 22.9 | 18.1 | 21.1 | 29.7 | 27.8 | 26.3 | 31.6 |
| **Cash flows from Investing** | | | | | | | | | | | | | | | | | | | | |
| [Source (Use) of Funds] | | | | | | | | | | | | | | | | | | | | |
| Purchase of property and equipment | (1.9) | (0.9) | (0.9) | (4.1) | (6.6) | (2.9) | (1.9) | (6.0) | (3.3) | (4.5) | (2.1) | (3.2) | (3.7) | (3.8) | (3.8) | (3.9) | (3.9) | (4.1) | (4.2) | (4.5) |
| Proceeds from maturity of short-term investments | - | (0.5) | 1.7 | 2.2 | 0.4 | (2.4) | 2.4 | 0.2 | (1.4) | 1.7 | 0.9 | | - | | | | | | | |
| Payment of Acquistions | - | - | - | - | (59.7) | (0.5) | - | (9.6) | (144.6) | 0.0 | - | | - | | | | | | | |
| Other | (11.5) | (0.1) | (1.5) | 0.0 | (0.1) | 0.4 | (13.5) | 8.2 | (0.9) | 0.2 | (4.4) | | - | | | | | | | |
| **Net Cash from Investing** | (13.5) | (1.4) | (0.7) | (1.9) | (66.0) | (5.4) | (13.0) | (7.2) | (150.2) | (2.6) | (5.6) | (3.2) | (3.7) | (3.8) | (3.8) | (3.9) | (3.9) | (4.1) | (4.2) | (4.5) |
| **Cash flows from Financing** | | | | | | | | | | | | | | | | | | | | |
| [Source (Use) of Funds] | | | | | | | | | | | | | | | | | | | | |
| Proceeds from issuance convertible preferred stock | - | - | - | - | - | 177.8 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from exercise of stock options | 0.3 | 0.1 | 1.6 | 1.5 | 2.4 | 0.9 | 0.8 | 0.8 | 0.7 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Proceeds from exercise of warrants | - | - | - | - | 39.1 | (78.3) | - | - | - | 0.2 | - | - | - | - | - | - | - | - | - | - |
| Proceeds from Long Term Borrowings | - | - | - | - | - | - | - | - | 89.0 | (0.9) | - | - | - | - | - | - | - | - | - | - |
| Payment of Long-Term Borrowings | - | - | - | - | - | - | - | - | - | (10.0) | (80.0) | - | - | - | - | - | - | - | - | - |
| Issuance of common stock | (3.2) | (1.4) | (0.1) | (0.2) | (0.5) | (15.4) | (0.5) | 0.5 | (0.6) | 0.6 | 198.3 | | | | | | | | | |
| **Net Cash from Financing** | (2.9) | (1.3) | 1.5 | 1.3 | 41.0 | (92.8) | 0.3 | 1.3 | 89.2 | (10.1) | 118.5 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Effects of exchange rate - changes in cash | 0.2 | (0.1) | 0.1 | (0.4) | 0.0 | 0.8 | 0.6 | 0.3 | 0.5 | (0.8) | 0.1 | - | - | - | - | - | - | - | - | - |
| Net increase (decrease) in cash and equivalents | (22.9) | 2.2 | 5.9 | 10.0 | (17.3) | 83.3 | (5.7) | 8.8 | (57.2) | (0.0) | 130.0 | 16.1 | 20.8 | 19.3 | 14.5 | 17.4 | 26.0 | 24.0 | 22.2 | 27.4 |
| Cash and equivalents at beginning of period | 63.9 | 41.0 | 43.2 | 49.1 | 59.2 | 41.8 | 125.1 | 119.4 | 128.2 | 71.0 | 71.0 | 201.0 | 217.1 | 237.9 | 257.2 | 271.6 | 289.0 | 315.0 | 339.0 | 361.2 |
| Cash and equivalents at end of period | 41.0 | 43.2 | 49.1 | 59.2 | 41.8 | 125.1 | 119.4 | 128.2 | 71.0 | 71.0 | 201.0 | 217.1 | 237.9 | 257.2 | 271.6 | 289.0 | 315.0 | 339.0 | 361.2 | 388.6 |

Source: Company reports and William Blair & Company, L.L.C. estimates

5 | Jason Ader +1 617 235 7519

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate was a manager or co-manager of a public offering of equity securities for Carbonite, Inc. within the prior 12 months.

William Blair or an affiliate is a market maker in the security of Carbonite, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Carbonite, Inc. or an affiliate within the next three months.

William Blair or an affiliate received compensation for investment banking services or non-investment-banking services from Carbonite, Inc. within the last 12 months. Carbonite, Inc. is or was, within the last 12 months, an investment banking client of William Blair & Company and/or one or more of its affiliates.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Carbonite, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Jason Ader attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 25014.90
S&P 500: 2681.05
NASDAQ: 7183.08





**Carbonite, Inc. Rating History as of 01/30/2019**
powered by: BlueMatrix

OP:Outperform Mkt:Market Perform UP:Under Perform NR:Not Rated I:Initiation of Coverage D:Dropped Coverage

Source: FactSet & Willaim Blair

Additional information is available upon request.

**Current Rating Distribution (as of January 31, 2019):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 67 | Outperform (Buy) | 20 |
| Market Perform (Hold) | 32 | Market Perform (Hold) | 7 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2019, William Blair & Company, L.L.C. All rights reserved.