# EXHIBIT 37

*Barclays Bank LLC analyst report*
*2/05/2019*

CORE



Equ ty Research | Instant Ins ghts
5 February 20 9

| | | | |
|---|---|---|---|
| Saket Ka a, CFA | + 2 2 526 8465 | saket.ka a@barc ays.com | BCI, US |
| Dav d F sher | + 2 2 526 7 26 | dav d.f sher@barc ays.com | BCI, US |
| Andrew Thomas | + 2 2 526 808 | andrew.w.thomas@barc ays.com | BCI, US |

Comp eted: 05 Feb  9, 00:42 GMT
Re eased: 05 Feb  9,  2:55 GMT

BARCLAYS CLASSIFICATION: Restr cted - Externa

## Carbonite, Inc.
# FY19 Upfront Drag Could Bottom

**Stock Rating/Industry View:** Overwe ght/Pos t ve
**Price Target:** USD 38.00
**Price (04-Feb-2019):** USD 28.80
**Potential Upside/Downside:** 32%
**Tickers:** CARB

Carbon te reports after the c ose on Thursday 2/7. Not many nvestors are pay ng attent on to CARB after ast quarter's se -off, the d p be ow $1B market cap, and broader market dynam cs. However, we th nk 4Q has a coup e evers of top- ne ups de after ast quarter's reset wh ch cou d be a pos t ve cata yst. Furthermore, wh e we are s ght y be ow the Street on FY19, we th nk the drag from the upfront book ngs we saw n 3Q cou d bottom, sett ng up for a more cons stent FY19. Reca , we upgraded the stock to start the year and recap our thes s be ow.

- **4Q feels beatable on consumer and potentially upfront too.** Reca , FY18 revenue came down by about $3-4M at the m d-po nt as the upfront book ngs bus ness underperformed on ower c ose and renewa rates. Our expectat on s for $7-8M of upfront book ngs n 4Q18, down from $10M n 3Q, and down from $11-13M run-rate n 1H18 as we th nk the Doub e Take bus ness gr nds down most y to ts run-rate ma ntenance. We a so th nk Consumer cou d be another area of potent a ups de as we forecast th s down 15% q/q to be caut ous on churn after CARB's consumer pr ce ncrease ear er n FY18 remember, we took the same v ew ast quarter, and t turned out to be an area of ups de.

- **We think FY19 bookings/revenue guidance will bottom-out on upfront.** L ke a December FY compan es, FY19 gu dance s more mportant than the quarter tse f and we are adm tted y s ght y ower than the street at ~$331M n revenue (street s at $335M). Our v ew s that once Mozy norma zes n 2H19, the subscr pt on book ngs ne can grow ow teens, wh e the upfront ne can norma ze at $8-9M per quarter putt ng those th ngs together, we are th nk ng tota Bus ness book ngs can be ~$235-$240M. We th nk consumer w face a tougher comparab e, but can have s ght y hea th er renewa rates wh ch cou d y e d a f at to down bus ness n FY19. Putt ng these th ngs together, we come to ~$331M n FY19 revenue.

- **Recall, we upgraded the stock to start the year.** Reca , we upgraded CARB to start the year for 3 reasons: (1) we th nk the drag from upfront book ngs w bottom n FY19; (2) we th nk there s further opportun ty to conso date the data protect on ndustry, wh ch has been a pos t ve cata yst n the past; (3) at ~11x FCF, we th nk downs de s re at ve y m ted.

- **Conference Call Details:** 7 February, 5:30PM (EST); **Dial-In:** 877-303-1393 **ID**: 9768609

**Analyst(s) Certification(s):**

I, Saket Ka a, CFA, hereby cert fy (1) that the v ews expressed n th s research report accurate y ref ect my persona v ews about any or a of the subject secur t es or ssuers referred to n th s research report and (2) no part of my compensat on was, s or w be d rect y or nd rect y re ated to the spec f c recommendat ons or v ews expressed n th s research report.

**Important Disclosures:**

Barc ays Cap ta Inc. and/or one of ts aff ates does and seeks to do bus ness w th compan es covered n ts research reports. As a resu t, nvestors shou d be aware that the f rm may have a conf ct of nterest that cou d affect the object v ty of th s report. Investors shou d cons der th s report as on y a s ng e factor n mak ng the r nvestment dec s on.

Barc ays Research s produced by the Investment Bank of Barc ays Bank PLC and ts aff ates (co ect ve y and each nd v dua y, "Barc ays"). A authors contr but ng to th s research report are Research Ana ysts un ess otherw se nd cated. The pub cat on date at the top of the report ref ects the oca t me where the report was produced and may d ffer from the re ease date prov ded n GMT.

**Availability of Disclosures:**
Where any compan es are the subject of th s research report, for current mportant d sc osures regard ng those compan es p ease refer to https://pub cresearch.barc ays.com or a ternat ve y send a wr tten request to: Barc ays Research Comp ance, 745 Seventh Avenue, 13th F oor, New York, NY 10019 or ca 1-212-526-1072.
The ana ysts respons b e for prepar ng th s research report have rece ved compensat on based upon var ous factors nc ud ng the f rm s tota revenues, a port on of wh ch s generated by nvestment bank ng act v t es, the prof tab ty and revenues of the Markets bus ness and the potent a nterest of the f rm s nvest ng c ents n research w th respect to the asset c ass covered by the ana yst.

Ana ysts regu ar y conduct s te v s ts to v ew the mater a operat ons of covered compan es, but Barc ays po cy proh b ts them from accept ng payment or re mbursement by any covered company of the r trave expenses for such v s ts.

Barc ays Research Department produces var ous types of research nc ud ng, but not m ted to, fundamenta ana ys s, equ ty- nked ana ys s, quant tat ve ana ys s, and trade deas. Recommendat ons conta ned n one type of Barc ays Research may d ffer from those conta ned n other types of Barc ays Research, whether as a resu t of d ffer ng t me hor zons, methodo og es, or otherw se.

In order to access Barc ays Statement regard ng Research D ssem nat on Po c es and Procedures, p ease refer to https://pub cresearch.barcap.com/S/RD.htm. In order to access Barc ays Research Conf ct Management Po cy Statement, p ease refer to: https://pub cresearch.barcap.com/S/CM.htm.

**Risk Disclosure(s)**
Master m ted partnersh ps (MLPs) are pass-through ent t es structured as pub c y sted partnersh ps. For tax purposes, d str but ons to MLP un t ho ders may be treated as a return of pr nc pa . Investors shou d consu t the r own tax adv sors before nvest ng n MLP un ts.

**Mentioned Stocks (Ticker, Date, Price)**

**Carbonite, Inc.** (CARB, 04-Feb-2019, USD 28.80), Overwe ght/Pos t ve, A/CD/CE/D/J/K/L/M

**Valuation Methodology:** Our \$38 pr ce target s based on ~15x our FY20 FCF est mate of ~\$85M.
**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** We see three downs de r sks to our rat ng. F rst, f the perpetua bus ness fa s to stab ze, there w be downs de to est mates n FY19, caus ng the stock to underperform. Second, CARB has made 3 acqu s t ons s nce ate 2015, and f synerg es on both revenue and costs fa to mater a ze as expected, growth cou d s ow. Th rd, Consumer makes up about a th rd of tota book ngs and we are mode ng t to be rough y f at, but f renewa rates decrease, that dec ne cou d acce erate, wh ch wou d negat ve y mpact revenue growth and even more so prof tab ty and cash f ow because of the segment s h gher marg ns.

**Ratings and Price Target History:**
Carbon te, Inc.
Currency=USD



Source: IDC, Barclays Research

| Publication Date | Closing Price | Rating | Adjusted Price Target |
|---|---|---|---|
| 09-Jan-2019 | 28.39 | Overweight | |
| 02-Nov-2018 | 26.97 | | 38.00 |
| 24-Jul-2018 | 36.85 | | 41.00 |
| 12-Jul-2018 | 37.60 | | 38.00 |
| 08-May-2018 | 34.90 | | 34.00 |
| 20-Mar-2018 | 29.40 | Equal Weight | 32.00 |
| 13-Feb-2018 | 21.70 | Rating Suspended | |
| 04-Aug-2017 | 21.15 | | 27.00 |
| 26-Jun-2017 | 23.40 | Equal Weight | 26.00 |

Source: Refinitv, Barclays Research

Historical stock prices and price targets may have been adjusted for stock splits and dividends.

Prices are sourced from Refinitv as of the last available closing price in the relevant trading market, unless another time and source is indicated.

**Disclosure Legend:**
**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of the issuer in the previous 12 months.
**B:** An employee or non-executive director of Barclays Bank PLC and/or an affiliate is a director of this issuer.
**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by this issuer.
**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by this issuer.
**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.
**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer within the next 3 months.
**FA:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with US regulations.
**FB:** Barclays Bank PLC and/or an affiliate beneficially owns a long position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.
**FC:** Barclays Bank PLC and/or an affiliate beneficially owns a short position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.
**GD:** One of the analysts on the fundamental credit coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.
**GE:** One of the analysts on the fundamental equity coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.
**H:** This issuer beneficially owns more than 5% of any class of common equity securities of Barclays PLC.
**I:** Barclays Bank PLC and/or an affiliate is party to an agreement with this issuer for the provision of financial services to Barclays Bank PLC and/or an affiliate.
**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities of this issuer and/or in any related derivatives.
**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from this issuer within the past 12 months.
**L:** This issuer is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.
**M:** This issuer is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.
**N:** This issuer is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.
**O:** Not in use.
**P:** A partner, director or officer of Barclays Capital Canada Inc. has, during the preceding 12 months, provided services to the subject company for remuneration, other than normal course investment advisory or trade execution services.
**Q:** Barclays Bank PLC and/or an affiliate is a Corporate Broker to this issuer.

**R:** Barclays Capital Canada Inc. and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.
**S:** This issuer is a Corporate Broker to Barclays PLC.
**T:** Barclays Bank PLC and/or an affiliate is providing equity advisory services to this issuer.
**U:** The equity securities of this Canadian issuer include subordinate voting restricted shares.
**V:** The equity securities of this Canadian issuer include non-voting restricted shares.

**Guide to the Barclays Fundamental Equity Research Rating System:**

Our coverage analysts use a relative rating system in which they rate stocks as Overweight, Equal Weight or Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry ("the industry coverage universe"). To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

In addition to the stock rating, we provide industry views which rate the outlook for the industry coverage universe as Positive, Neutral or Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

**Stock Rating**
**Overweight** - The stock is expected to outperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.
**Equal Weight** - The stock is expected to perform in line with the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.
**Underweight** - The stock is expected to underperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.
**Rating Suspended** - The rating and target price have been suspended temporarily due to market events that made coverage impracticable or to comply with applicable regulations and/or firm policies in certain circumstances including where the Investment Bank of Barclays Bank PLC is acting in an advisory capacity in a merger or strategic transaction involving the company.

**Industry View**
**Positive** - Industry coverage universe fundamentals/valuations are improving.
**Neutral** - Industry coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.
**Negative** - Industry coverage universe fundamentals/valuations are deteriorating.

**Distribution of Ratings:**
Barclays Equity Research has 1550 companies under coverage.
46% have been assigned an Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Buy rating; 54% of companies with this rating are investment banking clients of the Firm; 75% of the issuers with this rating have received financial services from the Firm.
37% have been assigned an Equal Weight rating which, for purposes of mandatory regulatory disclosures, is classified as a Hold rating; 47% of companies with this rating are investment banking clients of the Firm; 66% of the issuers with this rating have received financial services from the Firm.
15% have been assigned an Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Sell rating; 33% of companies with this rating are investment banking clients of the Firm; 64% of the issuers with this rating have received financial services from the Firm.

**Guide to the Barclays Research Price Target:**
Each analyst has a single price target on the stocks that they cover. The price target represents that analyst's expectation of where the stock will trade in the next 12 months. Upside/downside scenarios, where provided, represent potential upside/potential downside to each analyst's price target over the same 12-month period.

**Top Picks:**
Barclays Equity Research's "Top Picks" represent the single best alpha-generating investment idea within each industry (as defined by the relevant "industry coverage universe"), taken from among the Overweight-rated stocks within that industry. Barclays Equity Research publishes "Top Picks" reports every quarter and analysts may also publish intra-quarter changes to their Top Picks, as necessary. While analysts may highlight other Overweight-rated stocks in their published research in addition to their Top Pick, there can only be one "Top Pick" for each industry. To view the current list of Top Picks, go to the Top Picks page on Barclays Live (https://live.barcap.com/go/keyword/TopPicks).
To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

**Types of investment recommendations produced by Barclays Equity Research:**
In addition to any ratings assigned under Barclays' formal rating systems, this publication may contain investment recommendations in the form of trade ideas, thematic screens, scorecards or portfolio recommendations that have been produced by analysts within Equity Research. Any such investment recommendations shall remain open until they are subsequently amended, rebalanced or closed in a future research report.

**Disclosure of other investment recommendations produced by Barclays Equity Research:**
Barclays Equity Research may have published other investment recommendations in respect of the same securities/instruments recommended in this research report during the preceding 12 months. To view all investment recommendations published by Barclays Equity Research in the preceding 12 months please refer to https://live.barcap.com/go/research/Recommendations.

**Legal entities involved in producing Barclays Research:**
Barc ays Bank PLC (Barc ays, UK)
Barc ays Cap ta Inc. (BCI, US)
Barc ays Bank Ire and P c, Frankfurt Branch (BBI, Frankfurt)
Barc ays Secur t es Japan L m ted (BSJL, Japan)
Barc ays Bank PLC, Hong Kong branch (Barc ays Bank, Hong Kong)
Barc ays Cap ta Canada Inc. (BCCI, Canada)
Barc ays Bank Mex co, S.A. (BBMX, Mex co)
Barc ays Secur t es (Ind a) Pr vate L m ted (BSIPL, Ind a)
Barc ays Bank PLC, Ind a branch (Barc ays Bank, Ind a)
Barc ays Bank PLC, S ngapore branch (Barc ays Bank, S ngapore)

**Disclaimer:**

Th s pub cat on has been produced by Barc ays Research Department n the Investment Bank of Barc ays Bank PLC and/or one or more of ts aff ates (co ect ve y and each nd v dua y, "Barc ays"). It has been d str buted by one or more Barc ays aff ated ega ent t es sted be ow. It s prov ded to our c ents for nformat on purposes on y, and Barc ays makes no express or mp ed warrant es, and express y d sc a ms a warrant es of merchantab ty or f tness for a part cu ar purpose or use w th respect to any data nc uded n th s pub cat on. To the extent that th s pub cat on states on the front page that t s ntended for nst tut ona nvestors and s not subject to a of the ndependence and d sc osure standards app cab e to debt research reports prepared for reta nvestors under U.S. FINRA Ru e 2242, t s an " nst tut ona debt research report" and d str but on to reta nvestors s str ct y proh b ted. Barc ays a so d str butes such nst tut ona debt research reports to var ous ssuers, med a, regu atory and academ c organ sat ons for the r own nterna nformat ona news gather ng, regu atory or academ c purposes and not for the purpose of mak ng nvestment dec s ons regard ng any debt secur t es. Med a organ sat ons are proh b ted from re-pub sh ng any op n on or recommendat on concern ng a debt ssuer or debt secur ty conta ned n any Barc ays nst tut ona debt research report. Any such rec p ents that do not want to cont nue rece v ng Barc ays nst tut ona debt research reports shou d contact debtresearch@barc ays.com. Barc ays w not treat unauthor zed rec p ents of th s report as ts c ents and accepts no ab ty for use by them of the contents wh ch may not be su tab e for the r persona use. Pr ces shown are nd cat ve and Barc ays s not offer ng to buy or se or so c t ng offers to buy or se any f nanc a nstrument.

W thout m t ng any of the forego ng and to the extent perm tted by aw, n no event sha Barc ays, nor any aff ate, nor any of the r respect ve off cers, d rectors, partners, or emp oyees have any ab ty for (a) any spec a, pun t ve, nd rect, or consequent a damages; or (b) any ost prof ts, ost revenue, oss of ant c pated sav ngs or oss of opportun ty or other f nanc a oss, even f not f ed of the poss b ty of such damages, ar s ng from any use of th s pub cat on or ts contents.

Other than d sc osures re at ng to Barc ays, the nformat on conta ned n th s pub cat on has been obta ned from sources that Barc ays Research be eves to be re ab e, but Barc ays does not represent or warrant that t s accurate or comp ete. Barc ays s not respons b e for, and makes no warrant es whatsoever as to, the nformat on or op n ons conta ned n any wr tten, e ectron c, aud o or v deo presentat ons of th rd part es that are access b e v a a d rect hyper nk n th s pub cat on or v a a hyper nk to a th rd-party web s te ('Th rd-Party Content'). Any such Th rd-Party Content has not been adopted or endorsed by Barc ays, does not represent the v ews or op n ons of Barc ays, and s not ncorporated by reference nto th s pub cat on. Th rd-Party Content s prov ded for nformat on purposes on y and Barc ays has not ndependent y ver f ed ts accuracy or comp eteness.

The v ews n th s pub cat on are so e y and exc us ve y those of the author ng ana yst(s) and are subject to change, and Barc ays Research has no ob gat on to update ts op n ons or the nformat on n th s pub cat on. Un ess otherw se d sc osed here n, the ana ysts who authored th s report have not rece ved any compensat on from the subject compan es n the past 12 months. If th s pub cat on conta ns recommendat ons, they are genera recommendat ons that were prepared ndependent y of any other nterests, nc ud ng those of Barc ays and/or ts aff ates, and/or the subject compan es. Th s pub cat on does not conta n persona nvestment recommendat ons or nvestment adv ce or take nto account the nd v dua f nanc a c rcumstances or nvestment object ves of the c ents who rece ve t. The secur t es and other nvestments d scussed here n may not be su tab e for a nvestors. Barc ays s not a f duc ary to any rec p ent of th s pub cat on. Investors must ndependent y eva uate the mer ts and r sks of the nvestments d scussed here n, consu t any ndependent adv sors they be eve necessary, and exerc se ndependent judgment w th regard to any nvestment dec s on. The va ue of and ncome from any nvestment may f uctuate from day to day as a resu t of changes n re evant econom c markets ( nc ud ng changes n market qu d ty). The nformat on here n s not ntended to pred ct actua resu ts, wh ch may d ffer substant a y from those ref ected. Past performance s not necessar y nd cat ve of future resu ts. The nformat on prov ded does not const tute a f nanc a benchmark and shou d not be used as a subm ss on or contr but on of nput data for the purposes of determ n ng a f nanc a benchmark.

Th s document s be ng d str buted (1) on y by or w th the approva of an author sed person (Barc ays Bank PLC) or (2) to, and s d rected at (a) persons n the Un ted K ngdom hav ng profess ona exper ence n matters re at ng to nvestments and who fa w th n the def n t on of " nvestment profess ona s" n Art c e 19(5) of the F nanc a Serv ces and Markets Act 2000 (F nanc a Promot on) Order 2005 (the "Order"); or (b) h gh net worth compan es, un ncorporated assoc at ons and partnersh ps and trustees of h gh va ue trusts as descr bed n Art c e 49(2) of the Order; or (c) other persons to whom t may otherw se awfu y be commun cated (a such persons be ng "Re evant Persons"). Any nvestment or nvestment act v ty to wh ch th s commun cat on re ates s on y ava ab e to and w on y be engaged n w th Re evant Persons. Any other persons who rece ve th s commun cat on shou d not re y on or act upon t. Barc ays Bank PLC s author sed by the Prudent a Regu at on Author ty and regu ated by the F nanc a Conduct Author ty and the Prudent a Regu at on Author ty and s a member of the London Stock Exchange.

The Investment Bank of Barc ays Bank PLC undertakes U.S. secur t es bus ness n the name of ts who y owned subs d ary Barc ays Cap ta Inc., a FINRA and SIPC member. Barc ays Cap ta Inc., a U.S. reg stered broker/dea er, s d str but ng th s mater a n the Un ted States and, n connect on therew th accepts respons b ty for ts contents. Any U.S. person w sh ng to effect a transact on n any secur ty d scussed here n shou d do so on y by contact ng a representat ve of Barc ays Cap ta Inc. n the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons shou d contact and execute transact ons through a Barc ays Bank PLC branch or aff ate n the r home jur sd ct on

un ess  oca  regu at ons perm t otherw se.

Barc ays Bank PLC, Par s Branch (reg stered  n France under Par s RCS number 381 066 281)  s regu ated by the Autor té des marchés f nanc ers and the Autor té de contrô e prudent e . Reg stered off ce 34/36 Avenue de Fr ed and 75008 Par s.

Th s mater a  s d str buted  n Canada by Barc ays Cap ta  Canada Inc., a reg stered  nvestment dea er, a Dea er Member of IIROC (www.  roc.ca), and a Member of the Canad an Investor Protect on Fund (CIPF).

A  Barc ays research reports are d str buted to  nst tut ona   nvestors  n Japan by Barc ays Secur t es Japan L m ted. Barc ays Secur t es Japan L m ted  s a jo nt-stock company  ncorporated  n Japan w th reg stered off ce of 6-10-1 Roppong , M nato-ku, Tokyo 106-6131, Japan. It  s a subs d ary of Barc ays Bank PLC and a reg stered f nanc a  nstruments f rm regu ated by the F nanc a Serv ces Agency of Japan. Reg stered Number: Kanto Za mukyokucho (k nsho) No. 143.

Barc ays Bank PLC, Hong Kong Branch  s d str but ng th s mater a  n Hong Kong as an author sed  nst tut on regu ated by the Hong Kong Monetary Author ty. Reg stered Off ce: 41/F, Cheung Kong Center, 2 Queen s Road Centra , Hong Kong.

A  Ind an secur t es-re ated research and other equ ty research produced by Barc ays' Investment Bank are d str buted  n Ind a by Barc ays Secur t es (Ind a) Pr vate L m ted (BSIPL). BSIPL  s a company  ncorporated under the Compan es Act, 1956 hav ng CIN U67120MH2006PTC161063. BSIPL  s reg stered and regu ated by the Secur t es and Exchange Board of Ind a (SEBI) as a Research Ana yst: INH000001519; Portfo o Manager INP000002585; Stock Broker/Trad ng and C ear ng Member: Nat ona  Stock Exchange of Ind a L m ted (NSE) Cap ta  Market INB231292732, NSE Futures & Opt ons INF231292732, NSE Currency der vat ves INE231450334, Bombay Stock Exchange L m ted (BSE) Cap ta  Market INB011292738, BSE Futures & Opt ons INF011292738; Depos tory Part c pant (DP) w th the Nat ona  Secur t es & Depos tor es L m ted (NSDL): DP ID: IN-DP-NSDL-299-2008; Investment Adv ser: INA000000391. The reg stered off ce of BSIPL  s at 208, Ceejay House, Sh vsagar Estate, Dr. A. Besant Road, Wor , Mumba   400 018, Ind a. Te ephone No:  91 2267196000. Fax number:  91 22 67196100. Any other reports produced by Barc ays' Investment Bank are d str buted  n Ind a by Barc ays Bank PLC, Ind a Branch, an assoc ate of BSIPL  n Ind a that  s reg stered w th Reserve Bank of Ind a (RBI) as a Bank ng Company under the prov s ons of The Bank ng Regu at on Act, 1949 (Regn No BOM43) and reg stered w th SEBI as Merchant Banker (Regn No INM000002129) and a so as Banker to the Issue (Regn No INBI00000950). Barc ays Investments and Loans (Ind a) L m ted, reg stered w th RBI as Non Bank ng F nanc a  Company (Regn No RBI CoR-07-00258), and Barc ays Wea th Trustees (Ind a) Pr vate L m ted, reg stered w th Reg strar of Compan es (CIN U93000MH2008PTC188438), are assoc ates of BSIPL  n Ind a that are not author sed to d str bute any reports produced by Barc ays' Investment Bank.

Barc ays Bank PLC d str butes th s mater a  n Germany.

Th s mater a  s d str buted  n Mex co by Barc ays Bank Mex co, S.A.

Noth ng here n shou d be cons dered  nvestment adv ce as def ned  n the Israe  Regu at on of Investment Adv sory, Investment Market ng and Portfo o Management Law, 1995 ("Adv sory Law"). Th s document  s be ng made to e g b e c ents (as def ned under the Adv sory Law) on y. Barc ays Israe  branch prev ous y he d an  nvestment market ng  cense w th the Israe  Secur t es Author ty but  t cance ed such  cense on 30/11/2014 as  t so e y prov des  ts serv ces to e g b e c ents pursuant to ava ab e exempt ons under the Adv sory Law, therefore a  cense w th the Israe  Secur t es Author ty  s not requ red. Accord ng y, Barc ays does not ma nta n an  nsurance coverage pursuant to the Adv sory Law.

Barc ays Bank PLC  n the Duba  Internat ona  F nanc a  Centre (Reg stered No. 0060)  s regu ated by the Duba  F nanc a  Serv ces Author ty (DFSA). Pr nc pa  p ace of bus ness  n the Duba  Internat ona  F nanc a  Centre: The Gate V age, Bu d ng 4, Leve  4, PO Box 506504, Duba , Un ted Arab Em rates. Barc ays Bank PLC-DIFC Branch, may on y undertake the f nanc a  serv ces act v t es that fa  w th n the scope of  ts ex st ng DFSA  cence. Re ated f nanc a  products or serv ces are on y ava ab e to Profess ona  C ents, as def ned by the Duba  F nanc a  Serv ces Author ty.

Barc ays Bank PLC  n the UAE  s regu ated by the Centra  Bank of the UAE and  s  censed to conduct bus ness act v t es as a branch of a commerc a  bank  ncorporated outs de the UAE  n Duba  (L cence No.: 13/1844/2008, Reg stered Off ce: Bu d ng No. 6, Burj Duba Bus ness Hub, She kh Zayed Road, Duba  C ty) and Abu Dhab  (L cence No.: 13/952/2008, Reg stered Off ce: A  Jaz ra Towers, Hamdan Street, PO Box 2734, Abu Dhab ).

Barc ays Bank PLC  n the Qatar F nanc a  Centre (Reg stered No. 00018)  s author sed by the Qatar F nanc a  Centre Regu atory Author ty (QFCRA). Barc ays Bank PLC-QFC Branch may on y undertake the regu ated act v t es that fa  w th n the scope of  ts ex st ng QFCRA  cence. Pr nc pa  p ace of bus ness  n Qatar: Qatar F nanc a  Centre, Off ce 1002, 10th F oor, QFC Tower, D p omat c Area, West Bay, PO Box 15891, Doha, Qatar. Re ated f nanc a  products or serv ces are on y ava ab e to Bus ness Customers as def ned by the Qatar F nanc a  Centre Regu atory Author ty.

Th s mater a  s d str buted  n the UAE ( nc ud ng the Duba  Internat ona  F nanc a  Centre) and Qatar by Barc ays Bank PLC.

Th s mater a  s not  ntended for  nvestors who are not Qua  f ed Investors accord ng to the  aws of the Russ an Federat on as  t m ght conta n  nformat on about or descr pt on of the features of f nanc a  nstruments not adm tted for pub c offer ng and/or c rcu at on  n the Russ an Federat on and thus not e g b e for non-Qua  f ed Investors. If you are not a Qua  f ed Investor accord ng to the  aws of the Russ an Federat on, p ease d spose of any copy of th s mater a  n your possess on.

Th s mater a  s d str buted  n S ngapore by the S ngapore branch of Barc ays Bank PLC, a bank  censed  n S ngapore by the Monetary Author ty of S ngapore. For matters  n connect on w th th s report, rec p ents  n S ngapore may contact the S ngapore branch of Barc ays Bank PLC, whose reg stered address  s 10 Mar na Bou evard, #23-01 Mar na Bay F nanc a  Centre Tower 2, S ngapore 018983.

Th s mater a  s d str buted to persons  n Austra a by e ther Barc ays Bank PLC, Barc ays Cap ta  Inc., Barc ays Cap ta  Secur t es L m ted or Barc ays Cap ta  As a L m ted. None of Barc ays Bank PLC, nor any of the other referenced Barc ays group ent t es, ho d an Austra an f nanc a  serv ces  cence and  nstead they each re y on an exempt on from the requ rement to ho d such a  cence. Th s mater a  s  ntended to on y be d str buted to "who esa e c ents" as def ned by the Austra an Corporat ons Act 2001.

IRS C rcu ar 230 Prepared Mater a s D sc a mer: Barc ays does not prov de tax adv ce and noth ng conta ned here n shou d be construed to be tax adv ce. P ease be adv sed that any d scuss on of U.S. tax matters conta ned here n ( nc ud ng any attachments) ( )  s not  ntended or wr tten to be used, and cannot be used, by you for the purpose of avo d ng U.S. tax-re ated pena t es; and ( )  was wr tten to support the promot on or market ng of the transact ons or other matters addressed here n. Accord ng y, you shou d seek adv ce based on your part cu ar c rcumstances from an  ndependent tax adv sor.

© Copyr ght Barc ays Bank PLC (2019). A  r ghts reserved. No part of th s pub cat on may be reproduced or red str buted  n any manner w thout the pr or wr tten perm ss on of Barc ays. Barc ays Bank PLC  s reg stered  n Eng and No. 1026167. Reg stered off ce 1 Church  P ace, London, E14 5HP. Add t ona  nformat on regard ng th s pub cat on w  be furn shed upon request.