# EXHIBIT 40

*Transcript of Carbonite's earnings call*
*2/07/2019*

**S&P Global**
Market Intelligence

# Carbonite, Inc. NasdaqGM:CARB
# FQ4 2018 Earnings Call Transcripts
## Thursday, February 07, 2019 10:30 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ4 2018- | | | -FQ1 2019- | -FY 2018- | | | -FY 2019- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | 0.42 | 0.45 | ▲7.14 | 0.42 | 1.63 | 1.66 | ▲1.84 | 1.80 |
| **Revenue (mm)** | 79.53 | 76.97 | ▼(3.22 %) | 80.46 | 301.79 | 296.41 | ▼(1.78 %) | 333.53 |

Currency: USD
Consensus as of Feb-07-2019 4:30 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2018** | 0.22 | 0.27 | ▲1 22.73 % |
| **FQ2 2018** | 0.43 | 0.45 | ▲2 4.65 % |
| **FQ3 2018** | 0.41 | 0.48 | ▲3 17.07 % |
| **FQ4 2018** | 0.42 | 0.45 | ▲4 7.14 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

1

**Contents**

# Table of Contents

**Call Participants** ......................................................................................... 3

**Presentation** ............................................................................................... 4

**Question and Answer** ................................................................................. 10

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Anthony Folger**
*CFO & Treasurer*

**Jeremiah Sisitsky**
*Vice President of Investor
Relations*

**Mohamad S. Ali**
*President, CEO & Director*

**ANALYSTS**

**Ben Zion Rose**
*Battle Road Research Ltd.*

**Brad Robert Reback**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**Brian Jeffrey Schwartz**
*Oppenheimer & Co. Inc., Research
Division*

**Chad Michael Bennett**
*Craig-Hallum Capital Group LLC,
Research Division*

**Eric Martinuzzi**
*Lake Street Capital Markets, LLC,
Research Division*

**Erik Loren Suppiger**
*JMP Securities LLC, Research
Division*

**Jason Noah Ader**
*William Blair & Company L.L.C.,
Research Division*

**Joseph Anthony Gallo**
*Jefferies LLC, Research Division*

**Matthew George Hedberg**
*RBC Capital Markets, LLC,
Research Division*

**Sarkis Sherbetchyan**
*B. Riley FBR, Inc., Research
Division*

**Timothy Elmer Klasell**
*Northland Capital Markets,
Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to the Carbonite Fourth Quarter 2018 Full Year Financial Results and Webroot Acquisition Conference Call. [Operator Instructions]

I would like to introduce your host for today's conference, Jerry Sisitsky. Sir, you may begin.

**Jeremiah Sisitsky**
*Vice President of Investor Relations*

Thank you, Justin, and good afternoon, everyone. Welcome to our conference call this evening. With me on the call tonight are our President and CEO, Mohamad Ali; and CFO, Anthony Folger. Following their prepared remarks, we're going to open up the line for any of your questions. On the Carbonite website, or the transaction website, which is at carbonitewebroot.transactionannouncement.com, you can find the press releases we issued earlier today, the presentation we will walk through on this call and a link to today's webcast.

I'd like to remind all participants that during this conference call, any forward-looking statements are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. Expressions of future goals, including financial guidance, outlook, anticipated results and similar items, including without limitation, expressions using the terminology may, will, believe, expects, plans, anticipates and expressions which reflect something other than historical facts, are intended to identify forward-looking statements. Forward-looking statements involve a number of risks and uncertainties, including those discussed in our earnings release and presentation today as well as in the Risk Factors section of our Form 10-K, 10-Q and other SEC filings the company releases. Actual results may differ materially from any forward-looking statements due to such risk factors and uncertainties. The company undertakes no obligation to revise or update any forward-looking statements in order to reflect events or circumstances that may arise after this conference call, except as required by law. All the financial figures discussed today are non-GAAP financial measures unless it is stated that the measure is a GAAP number. A reconciliation can be found in our financial results press release, which is available on our IR website.

With that, let me turn the call over to Mohamad.

**Mohamad S. Ali**
*President, CEO & Director*

Thank you, Jerry. Good afternoon, everyone. It's a very exciting day for Carbonite, and we appreciate you joining us on this call. Today, we announced that Carbonite has entered into an agreement to acquire Webroot, creating a leader in data protection and security. On today's call, we will provide an overview of this transformative transaction and discuss why we believe this acquisition will support growth and acceleration of our strategy while creating value for all of our stakeholders. We will also be reviewing our fourth quarter and fiscal year 2018 results, which we announced this afternoon, and our guidance numbers for the first quarter and fiscal year 2019.

By combining Carbonite's leading backup and recovery solutions with Webroot's leading endpoint security solutions, we are creating a new approach to protecting one of today's most vulnerable security risks, endpoints. Webroot secures those endpoints today, and Carbonite can recover those endpoints today. Combined, we can secure the endpoint with the best cloud-based, machine-learning, fiber security product, Webroot, and if infiltrated, we can recover automatically with the best cloud-based backup and recovery product, Carbonite. Secure and recover is a theme you will hear me repeat throughout this call. This is a great acquisition, where both companies target the same end customers with the powerful yet simple solutions those customers increasingly demand. Webroot brings with it a very strong and growing channel of managed service providers, and Carbonite brings a channel of value-added resellers. There are compelling financial benefits today, with a transaction that is immediately accretive, and there are benefits longer term, as this acquisition opens up another high-growth market with a large TAM. In short, this

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

transaction will significantly enhance our ability to execute our strategy and helps us accelerate our vision of making Carbonite the undisputed leader in modern cloud-based data protection, protecting businesses in the face of every threat.

Turning to Slide 6. Here, you can find an overview of the transaction, which is an all-cash deal that is financed with a combination of existing cash on hand and a fully committed term loan. Combined, we will have significant cash flow to finance the debt, and we expect to begin delevering quickly. We expect the transaction to close in the first quarter of 2019, subject to regulatory clearance and other customary closing conditions, at which point, it will be immediately accretive on an earnings and cash flow basis.

For those of you who aren't familiar with Webroot, it's one of the leading cybersecurity platforms. They target a very similar customer as Carbonite, serving individuals up to small- and medium-sized enterprises. They offer an impressive suite of innovative products, including a next-generation endpoint security offering as well as a powerful threat intelligence solution powered by fifth-generation machine learning. Webroot continuously generates and updates one of the world's most sophisticated threat intelligence databases from millions of connected devices, extracts threat insights through machine learning and leverages that intelligence to protect millions of endpoints. We believe Webroot was one of the very first cybersecurity companies to use machine learning to automatically identify new threats. Today, the company partners with more than 14,000 managed service providers and protects over 300,000 businesses worldwide.

Webroot's business is growing quickly. Its consumer business generates strong profits while successfully serving a large and growing base of customers. Where we see a significant growth opportunity is in Webroot's business segment, which grew non-GAAP revenue approximately 30% in FY 2018, driven by Webroot's strong product portfolio and great go-to-market and channel.

I believe we have some Webroot employees also listening on the call today, and I'd like to express my excitement about welcoming them and the Webroot team to Carbonite when the transaction closes. They have done a wonderful job growing the business, building strong partner relationships and investing in customer success. And we truly believe that there will be great opportunities for advancement within this growing organization.

To step back a bit, we've known Webroot for some time now and have been impressed with their products, go-to-market resources and people. We were first introduced to them several years ago and have followed their success from afar. Their vision aligns with ours, as do their values. They have built a robust channel of managed service providers, and they service a very similar type of customer as we do at Carbonite.

As the security market has evolved, it has become increasingly evident that the endpoint is a top vulnerability. Endpoints contain critical business data and they are constantly moving in and out of the network. Businesses want endpoints protected from all threats, whether that be viruses, ransomware, hardware malfunctions or other unplanned downtime. We are leading this evolution, combining backup data and recovery with sophisticated prevention and detection technology. Secure the endpoint, but if something gets through, recover as quickly as possible, eventually, in a completely automated fashion. With this market opportunity in front of us, this differentiated approach, we felt now was the appropriate time to add endpoint security solutions to our suite of offerings. And Webroot represented the ideal partner to extend Carbonite's long-established vision.

As we've discussed in the past, our growth strategy includes a number of key components, many of which this transaction strengthens. Although we have different products, Carbonite and Webroot look to similar customer bases, with very similar buyers for each solution, creating cross-selling, channel expansion and market penetration opportunities.

As we said at our last Analyst Day, M&A has always been an important part of our strategy. Over the past 5 years, we have made 5 acquisitions that have supported the growth and expansion of our business. We identified a number of ways that we can deploy capital, from enhancing routes to market to expanding the data protection platform, to adding adjacent solutions. Many of these acquisitions were acquiring a specific piece of technology to help build out our platform or increase our efficiencies of scale by adding a large number of customers to our platform. MailStore brought us a strong and growing solution focused on e-

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

mail archiving, with a significant presence in Europe. EVault brought us battle-hardened server backup technology that catalyzed the beginning of our move to serve customers all the way up to small- and mid-sized enterprises. Double-Take brought us server high availability technology and Datacastle advanced our existing endpoint backup technology. These acquisitions, coupled with our organic development, allowed us to create a complete business data protection platform. Mozy, the most recent of these acquisitions, provided us the opportunity for meaningful expense synergies by consolidated -- by consolidating customers onto our highly efficient Carbonite data protection platform. To date, about 25,000 customers have been migrated from the Mozy infrastructure to Carbonite. We remain on pace with our original migration time line and we are confident that over the course of 2019 and beyond, we will be able to realize some very meaningful expense synergies when we fully standardize in Carbonite infrastructure. The Mozy acquisition also brought us a great set of strategic partners. For example, Dell, which is now one of our largest partners, and a relationship we continue to build over time. We intend to integrate Webroot with the same discipline, focus and thoughtfulness that has served us well in prior transactions.

Slide 11 summarizes the compelling strategic rationale behind this transaction. The complementary combination of backup and recovery with cybersecurity technology and threat intelligence creates the opportunity to provide customers with an integrated, easy-to-use, cloud-based offering, powerful and simple, a comprehensive offering from one vendor. Businesses want to secure themselves against cyber attacks and data loss. When customers experience data loss, they want to recover quickly, regardless of the cause. We know this as one of the existing leaders in ransomware protection, recovering more than 12,000 customers from ransomware attacks. We believe this transaction creates the first and only company with a comprehensive ransomware solution for SMBs. We believe a comprehensive solution, one that secures and recovers, will deliver better results for customers. That, combined with the upgrade cycle from legacy antivirus software that we are seeing in the market, creates potential for accelerated growth.

In addition, both Webroot and Carbonite share a consistent go-to-market focus and strategy that enhances the ability to leverage each other's strengths and relationships. Although we have different products, we target the same segment of the market, with very similar buyers for each solution, creating the opportunity for increased scale and market penetration.

Combining Webroot with Carbonite directly aligns with the top 2 needs of MSPs and SMBs we serve today. 84% of them are seeking backup and disaster relief, while 80% are looking for endpoint protection. Perhaps as important, they are increasingly looking to consolidate these offerings through a single console. In fact, 66% of IT professionals are actively consolidating the number of security vendors with whom they conduct business.

As you can see on Slide 13, the competitive landscape today includes a number of key players in data protection and endpoint security. There are many more vendors that target that various areas of the market, some with more complex solutions that are difficult to deploy and use, some with solutions so basic, they don't meet the needs of their target market. With a powerful yet simple offering, Carbonite can deliver a better, more comprehensive solution, serving consumers all the way up to small- and mid-sized enterprises, which represents a large and growing part of the addressable market for cybersecurity solutions. With more than 14,000 managed service providers as customers, and with an estimated 120,000 worldwide, there are lots of exciting opportunities for growth.

Moving on to Slide 14, both Carbonite and Webroot saw impressive growth throughout FY 2018, with total revenue growth of 23% for Carbonite and 14% for Webroot, both with operating margins around 20%. Today, Webroot is a leader in next-gen endpoint security, serving the market from 1 up to 1,000 endpoints, and we are confident we can sell Carbonite's endpoint backup solution into that install base. There is less distinction between consumers and businesses when it comes to endpoint security. All endpoint devices, whether in the hands of an individual at home or an employee of a small enterprise, are subject to many of the same threats from malware, software errors and hardware failure, and are often the same exact devices. Our solutions secure and recover, respectively, and combined, creates growth and profitability across the entire spectrum of customers we serve.

We expect the transaction to be immediately accretive to earnings and cash flow, following the close of the transaction. At the closing of the transaction, Carbonite's pro forma net leverage is expected to be

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

slightly above 4x. And over the next 3 years, we have identified cost synergies of more than $20 million. Additionally, there is potential for a significant amount of top line synergies over the next 5 years, as we sell Carbonite's solutions through Webroot's channels and Webroot's solution through Carbonite channels, and create combined secure and recover offerings.

Before I turn it over to Anthony to discuss our fourth quarter and full year financial results and guidance, let me put a finer point on why we believe this transaction dramatically accelerates our vision to become the leading data protection company. We are creating a new approach of protecting endpoints, a [ top ] vulnerability, by combining a leader at endpoint backup and recovery with a leader in endpoint security. Our product offerings are highly complementary, which allows us to target a common customer with powerful yet simple solutions. Carbonite's modern cloud-based platform for data protection will pair seamlessly with Webroot's cloud-architected platform to better serve our customers' needs. It meaningfully expands our addressable market by adding a large and growing MSP channel to Carbonite's growing VAR channel. And the transaction is financially compelling, creating a large growing and highly profitable company that will be in a position to quickly delever. This is a great transaction that positions us really well to create value for customers, partners and shareholders.

Now let me turn it over to Anthony to review our financial results.

**Anthony Folger**
*CFO & Treasurer*

Thanks, Mohamad. Thanks, Jerry, and thanks to everyone joining us on the call tonight.

In Q4, we delivered slightly higher bookings compared to what was implied in our last outlook and slightly lower revenue than expected. The primary reason for this dynamic in Q4 of 2018 was a more back-end-loaded quarter than what we expected, with a bigger percentage of larger deals closing very late in the quarter. As a result, revenue was a bit lower than expected, even though bookings came in slightly higher than expected. In addition to solid top line performance, we also exceeded expectations for profitability and free cash flow in the quarter.

The fourth quarter was yet again a quarter of improving gross margins and with non-GAAP gross margin coming in at 77.9%, up 30 basis points over the prior year. With our West Coast data center consolidation project complete during the fourth quarter, we expect to continue to deliver meaningful efficiencies in cost of goods sold.

On a full year basis, we delivered consumer bookings growth of 20% and business bookings growth of 27%, both at the higher end of the guidance ranges we provided. We delivered revenue growth of 23%, putting us just below the low end of our full year range.

Non-GAAP net income per share was $1.66, up 110% year-over-year and ahead of guidance. Non-GAAP gross margin was also at the high end of the guidance range we provided, and adjusted free cash flow was another highlight, coming in at $50.1 million for the year, well above the guidance that we had raised multiple times during the course of 2018.

We drove strong operating cash flow in the fourth quarter, which enabled us to aggressively execute on the share repurchase program that we announced in November, repurchasing approximately $21.5 million worth of stock at an average price of $26.55 per share.

As you'll see on Slide 20 of the investor deck, we delivered $78.8 million in total bookings, up 31% year-over-year. With our previously discussed consumer price increase holding strong and retention rates relatively unchanged, consumer bookings were up 23% year-over-year.

We also saw a seasonal uptick in our business non-subscription bookings, as better-than-expected support and maintenance renewal rates at the end of the quarter positively impacted bookings.

As we move into the new year and begin working through our integration plans for the Webroot business, we plan to report on total revenue and to provide some insight on the components, namely consumer revenue and business revenue. Our goal is to up-level the conversation to the metrics that we're focused

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

on, the ones that Mohamad and I are running the business on, and the ones we're going to use to measure the success of our soon-to-be-combined business. As a result, we expect to focus most on revenue and adjusted EBITDA and over time, we'll consider the potential to add metrics such as ARR or bookings. We'll be sure to update you as our thinking evolves on this.

Moving to Slide 21. Clearly, we've had a successful track record, driving a combination of organic and inorganic revenue growth, with a revenue CAGR of about 20% since 2012, an impressive and repeatable model that has served us well for many years. From a profitability perspective, gross margin efficiencies have been the most significant source of leverage over the past several years and we continue to expect that we'll have some opportunity there.

Sales and marketing has come down as a percentage of revenue and as mentioned on our prior calls, now that we have the product portfolio, there may be opportunities where we can benefit from incremental investments in certain sales and marketing channels to drive some incremental growth.

R&D and has been an area where we've invested faster than the pace of revenue growth, as we've been building out our product portfolio and investing in our unified platform. We expect that much of that investment has been made and through the course of 2019, we'll start to realize some benefit from those investments.

G&A has been and continues to be a source of opportunity for more efficiencies, both on the standalone Carbonite side and when thinking about Carbonite and Webroot together.

Lastly, as I think about our balance sheet, we ended 2018 with $198 million in cash and an outstanding convertible note with a face value of approximately $144 million. At time of closing the Webroot transaction and our new term loan, I expect we'll have between $90 million and $100 million of cash on hand and total debt of approximately $694 million. This equates to a pro forma net leverage ratio slightly more than 4. But with the combination of Carbonite and Webroot, both of which have very strong cash flow characteristics, we believe that we'll quickly delever from this 4x pro forma net leverage level.

As we think about the first quarter of 2019, we're not modeling any impact from Webroot, as we expect the transaction to close very late in the first quarter. So for Q1 2019, we expect GAAP revenue in the range of $76.5 million to $77.5 million, non-GAAP revenue in the range of $77 million to $78 million and adjusted EBITDA in the range of $20 million to $21.5 million.

For the full year, we expect approximately 9 months of contribution from Webroot, which equates to non-GAAP revenue of between $175 million and $180 million, with an adjusted EBITDA margin of approximately 27%, which is very similar to that of Carbonite. Again, these amounts are contemplated in our full year 2019 guidance. So all in, we expect GAAP revenue in the range of $468 million to $482 million, non-GAAP revenue in the range of $488 million to $502 million, non-GAAP gross margin in the range of 80.5% to 81.5% and adjusted EBITDA in the range of $129 million to $134 million.

For the combined company, we're assuming a tax rate of 22% and 36.6 million shares outstanding. We're assuming an annual interest rate of approximately 6.5% on our new term loan, which we expect to price at approximately L plus 3.75%. This is in addition to the cash and noncash interest expense associated with our existing convertible note for the full year 2019.

Heading into 2019, we've clearly adjusted the metrics that we provide. And as I'm sure everyone can appreciate, our motivation is to align to the metrics we expect to manage to internally, and to provide a more transparent and comparable view into our operations, considering the impact the Webroot acquisition is expected to have on our combined effective tax rate and the amount of interest we'll pay annually.

In closing, I hope you'll all agree that this is an incredibly exciting and transformative acquisition for Carbonite. Many investors will recall our comments from Analyst Day approximately 16 months ago about getting to $1 billion in revenue and this acquisition clearly puts us on that path. We have a strong and consistent track record of driving both organic and inorganic growth while increasing profitability. We've been very successful acquiring and integrating businesses and have delivered real value over several years by executing against our strategy, and it's one that we'll continue to pursue.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

With that, I'd like to open the call up to Q&A.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And our first question is going to come from Matt Hedberg from RBC Capital Markets.

**Matthew George Hedberg**
*RBC Capital Markets, LLC, Research Division*

One question, maybe I'll have a multipart question kind of somewhat related here. But just sort of curious, from the transaction, what kind of enterprise customer overlap is there today? And then I'm sort of curious, was Webroot's business, was that 100% subscription-based?

**Mohamad S. Ali**
*President, CEO & Director*

Yes, Matt, this is Mohamad. So yes, it's 100% subscription-based. I mean, it is a great business. We've known this business for 2 years now, and we spent a fair amount of time with them. So it's all subscription. And in terms of the business customers, as I mentioned earlier, they have 300,000 businesses customers. Just to give you a sense as to how that relates to us, we have just over 100,000 business customers. We believe that for the most part, they're separate sets of customers. And a key reason for that is that most of these 300,000 business customers buy through MSPs, managed service providers, of which Webroot works with about 14,000 of them. Whereas most of our 100,000 business customers buy through VARs, and we have several thousand VARs. And so we believe that these channels to a very similar type of customer, are quite complementary, and we should be able to sell the Webroot product through our VAR channel, through our very large VAR channel, and the Carbonite product through the Webroot MSP channel. Does that help?

**Matthew George Hedberg**
*RBC Capital Markets, LLC, Research Division*

That's super helpful. And actually, as a related question, when you think about the $50 million of revenue synergies over a 5-year period, can you put a little bit more color on that? I mean, I assume it's a lot of cross-selling, but I'm wondering is there any sort of product integration. You guys have the single console today. I mean, is there any sort of longer-term assumptions around integration that could help that number?

**Mohamad S. Ali**
*President, CEO & Director*

So I will answer briefly and then turn it over to Anthony. Yes, I think that there are multiple phases to this. In the beginning, I think we can just cross-sell the products that we have. But there is a tremendous opportunity to combine the products. I mean, imagine a product that not only secured your endpoints, but if a -- if something gets through, automatically recovers it by going back to an older version of your environment, or older version of the affected files. Nobody does this today. We have the opportunity to create a whole new way of securing and recovering. And so I actually think there is tremendous upside in the revenue synergies. Anthony, you want to add to that?

**Anthony Folger**
*CFO & Treasurer*

No, I think you're spot on, Mohamad. I think the real opportunity, while we both have large install bases: We're well north of 100,000; Webroot is about 300,000 protected businesses. The complementary nature of our routes to market, them being very strong with MSPs and us with VARs, I think if we can sort of even starting with marketing bundles and eventually working into real integrated solutions with products like Mohamad described, there's an opportunity in the install base, and I think there is a big opportunity in terms of net new customers that we can bring into the business.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

And our next question is going to come from John DiFucci from Jefferies.

**Joseph Anthony Gallo**
*Jefferies LLC, Research Division*

This is Joe on for John. Congrats on the acquisition. I just wanted to focus on the core business for my questions. You guys had a strong quarter on the bottom line, but were short again on the top line. I appreciate the color on the large deals being more back-end-loaded, but the guide was also at least a little bit below what we were expecting. Has anything changed in the business to kind of make it more difficult to forecast?

**Anthony Folger**
*CFO & Treasurer*

No -- and this is Anthony, thanks, Joe. I don't think -- I wouldn't say there's anything that makes it more difficult to forecast. We've certainly seen more of a mix on larger deals. And I think in the fourth quarter for sure, we saw more deals later in the quarter. I think those would be the 2 elements that we've -- that have started to evolve and certainly were prevalent in the fourth quarter.

**Joseph Anthony Gallo**
*Jefferies LLC, Research Division*

Okay. And then if I subtract the $175 million for Webroot from the midpoint of your non-GAAP guidance, I come up a little bit short of where the Street was. But that's fine. I'm just trying to parse through how to get there, like, on an organic basis from Carbonite. I know you don't want to talk about bookings anymore, but is 5% for consumer and maybe double digits for business about correct? And then what is the implied perpetual business expectation in that number?

**Anthony Folger**
*CFO & Treasurer*

Yes, so I think as we sort of looked at the guide, I think we've got some low single-digit expectations on consumer growth. I think we've got an expectation that the perpetual business will continue to decline and so maybe there is a 10%-or-so decline on that line of business. And I think what that's going to net out is, on the Carbonite business subscription line, you're likely to be at 10% or slightly lower than 10% when you sort of strip out the Webroot contribution. That's what's baked into the outlook.

**Joseph Anthony Gallo**
*Jefferies LLC, Research Division*

Okay. That's really helpful, I appreciate that. And if I could get one quick one in, just on the retention rate, what was the quarterly retention rate for you guys this quarter? And then given Webroot is more legacy endpoint security that's typically a little bit lower, especially in the consumer side, do you have a retention rate for them?

**Anthony Folger**
*CFO & Treasurer*

Yes, for us on the business side, we're about 90% in terms of our dollar retention. The consumer side, because of the price increase, is still running well north of 90%, not quite at the 100%, but sort of mid-90s. And when it comes to Webroot, I think what we have seen is a net retention rate that is, I don't want to get too granular on it, we're still getting our arms around the business, but a net retention rate that is, let's say, 5 to 7 points better than ours on the business side, and in some cases, maybe even higher than that. And you're right, on the consumer side, you may have a dollar retention rate more around 80%, high 70s to 80.

**Mohamad S. Ali**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, Joe, I want to clarify something. So one of the things that we were very, very impressed with, with Webroot was actually their technology. And you mentioned the word legacy endpoint security, I don't think it's that at all. Webroot was actually one of the very first companies that started using a cloud-based threat intelligence approach to an artificial intelligence way of identifying threats that they didn't know about. And they started doing this in 2011. And just to give you a sense, CrowdStrike was started in 2012, right? So they started doing this before most -- if you were look at the top 10 endpoint security companies, I think before almost any of them. And they've actually built out a sizable business in sort of the SMB world. And Gartner doesn't write about SMB, so you don't really see this stuff. But from a technology point of view, I mean, I believe that they are comparable to some of the best and modern endpoint security companies out there. And you hear this term EDR, right? And so modern EDR, which for enterprises, is a lot of, sort of, alerts that somebody has to watch. What Webroot's done is it started automating some of the responses to those alerts. And one of those automated response could actually be when you combine it with Carbonite. It could actually be to recover the endpoint to replace the, sort of, infected files with the files from an hour ago that weren't. And we actually do that today at Carbonite. When a customer calls in and says they've been infected with ransomware, we help them do that. And so we've actually had over 12,000 customers call in to our contact center saying, "I've been infected with ransomware," and we help them do that manually. With Webroot and this cloud-based, sort of, automated EDR approach that they're taking, we can combine that with what we're doing at Carbonite and have something that SMBs can consume, which is not enterprise-grade EDR, but SMB-grade automated EDR. That's where we're going with this, and it's actually super exciting.

**Operator**

Our next question is going to come from Ben Rose from Battle Road Research.

**Ben Zion Rose**
*Battle Road Research Ltd.*

Just wanted to start with what percentage of the Webroot business is cloud-based?

**Mohamad S. Ali**
*President, CEO & Director*

100%.

**Ben Zion Rose**
*Battle Road Research Ltd.*

Sorry. And just kind of a follow-up to that, what is the typical length of a customer contract on the business side?

**Mohamad S. Ali**
*President, CEO & Director*

So it's 100% cloud based. It's 100% subscription. It all uses machine learning and artificial intelligence. It is a really great business. So I'll stop there and let Anthony answer the other question.

**Anthony Folger**
*CFO & Treasurer*

Yes, Ben, on the contract term, it is varied within their base. And because they've got a much heavier concentration of managed service providers, there tends to be a lot more month-to-month. So monthly recurring revenue becomes, I think, much more of an important metric than, say, bookings. And that's, in terms of the guide that we're talking about and our focus on revenue, I mentioned adding metrics as we go, potentially ARR or others, that's really the driver behind it, as I think we're starting to see a lot more focus on MSP. Clearly, the Webroot team is focused on the MSP channel and is executing very well. And so that tends to be a sort of monthly billing cycle with those managed service providers.

**Ben Zion Rose**
*Battle Road Research Ltd.*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. And sorry, just a follow-up question for Mohamad. There's been, obviously, tremendous growth in the endpoint security market on the business side in the last couple of years, and just it looks like there are quite a few additional players that maybe weren't on the slide, such as Palo Alto Networks and companies like Carbon Black. And there are lots of companies talking about threat intelligence. So maybe just to kind of repeat, or maybe not so much repeat, but perhaps elaborate a little bit on the differentiator for Webroot so that we can just better understand the differentiation.

**Mohamad S. Ali**
*President, CEO & Director*

Sure, yes, yes. No, Ben, actually, thank you for giving me that opportunity. So if you look at companies like Carbon Black and Cylance and CrowdStrike, they focus on the enterprise and they are -- I think several of them are -- utilize the machine learning and AI approaches. Some of the more traditional endpoint security companies use the sort of list of signatures, right? These list of signatures don't really work well anymore. So you really have to have an AI and ML approach to this. These large -- these companies that focus on the enterprise, one of the things that they have is they also generate a massive quantity of alerts. And so if you're Citibank, you have somebody sitting there and can watch all these alerts, and they're great products. If you're a small business, you really don't know what to do with all these alerts. So what you need is an AI and machine learning-based endpoint security product, which Webroot was one of the original creators of, but you need it to handle those alerts in sort of an automated fashion. And so that's what Webroot has been doing. And I mean, they've done a really great job at it. That's why their business segment is growing at 30%. I mean, it's a fabulous business. And what we realized and what they realized, was that in cases -- if you have a great product like Webroot that's going to catch a lot of these viruses and so forth, but whenever there is a case that it doesn't, like if there is a ransomware, a phishing attack, where if somebody, it's a human being that causes it to get through, because they accept the phishing attack and it's on your computer, really, the best way, and in some cases, the only way to recover is with a product like Carbonite. And by putting these together for a small business, you can effectively have what we're going to start calling automated EDR. It just happens. It just does it for you. You don't need a SOC. You don't need a whole bunch of people sitting there. And so I think that's the -- one of the key differences between some of these new players that you hear about out there, like CrowdStrike and Cylance and so forth, and Webroot. Does that help, Ben?

**Ben Zion Rose**
*Battle Road Research Ltd.*

Yes, that is very helpful.

**Operator**

Our next question is going to come from Erik Suppiger from JMP securities.

**Erik Loren Suppiger**
*JMP Securities LLC, Research Division*

First off, on the Webroot business, I think they had a sizable retail presence and some OEMs. Will you be able to leverage either of those channels very effectively with the traditional Carbonite products?

**Mohamad S. Ali**
*President, CEO & Director*

We think so, Erik. We will have to -- in some of these synergy announcements that we've done, we haven't assumed that at all. We focus on the direct consumers and the businesses behind the MSPs. Those are kind of the core of it. But I think you're right, there is actually a tremendous opportunity on both of those fronts. And I think one of the things that is really, really special about Webroot is this OEM business that you mentioned, right? So they have about 80 partners, and you can view these partners as, like an example would be a networking box. And I won't say any names here, but you can kind of pick a network, your favorite networking box, and there are about 80 of these OEM partners who license Webroot's threat intelligence database and effectively connect it to that box. So when that router sees, say, a questionable URL, it flags it. And that technology actually comes from Webroot. And through those relationships with

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

those 80 OEM networks, those routers and switches and so forth are connected to millions upon millions of endpoints out there, and there is sort of a feedback loop which then makes the Webroot threat intelligence database even smarter. So at this point, we haven't built any Carbonite synergies associated with those types of partners. There could be. But when we just look at the core customers outside of the OEM and retail, we see a tremendous amount of synergies just in that, and retail and OEM could be additional.

**Erik Loren Suppiger**
*JMP Securities LLC, Research Division*

Okay. And then, Anthony, can you just clarify a little bit more why the -- it looks like the Carbonite guidance, the guidance implies a lower fiscal '19 estimate for revenues for Carbonite, standalone?

**Anthony Folger**
*CFO & Treasurer*

Yes, sure, Erik. I think we -- the expected contribution from Webroot is $175 million to $180 million. And so I think as we -- if you remove that from the overall guide, I think you end up with something that's sort of mid- to high-single digits in terms of a growth rate. And I mentioned there's an assumption there from a revenue standpoint that we'll see low single-digit growth on consumer. We will see sort of a continued decline in the perpetual business and that the business subscription line will be closer to the low end of our range. We had been talking about 10% to 15%. We can be at the low or slightly below that. And I think that's sort of what's baked into the outlook for 2019 and how we arrived at the numbers.

**Erik Loren Suppiger**
*JMP Securities LLC, Research Division*

Is -- did the outlook for the business subscription, is that incrementally down from where we were 3 months ago, when you reported the September quarter?

**Anthony Folger**
*CFO & Treasurer*

Yes, I think it's down slightly from where things had been at that point.

**Operator**

Our next question comes from Eric Martinuzzi from Lake Street.

**Eric Martinuzzi**
*Lake Street Capital Markets, LLC, Research Division*

Yes, I wanted to try and back into a valuation here. I know you've given us 9 months of contribution for Webroot. If I do my math on that, I'm coming up with around $237 million for Webroot on a 12 months basis. And then I wanted to delve into that $618.5 million acquisition price. Are we talking kind of a net cash 0 there? Are you assuming any debt? I just wanted to be able to do the simple math of $618.5 million divided by $237 million equals 2.6, EV to rev.

**Anthony Folger**
*CFO & Treasurer*

Yes, that's the calculus we're doing, Eric. And the deal is ultimately a cash-free, debt-free deal.

**Eric Martinuzzi**
*Lake Street Capital Markets, LLC, Research Division*

Okay. And then one more, if I could. The percent -- the combined business now, the percent recurring versus non-recurring, I can't recall, your perpetual business, I want to say it was like $40 million or $50 million. Is that correct for a 2019 assumption?

**Anthony Folger**
*CFO & Treasurer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Yes, I think roughly, that $40 million range is probably where things shake out. Keep in mind, on the perpetual side, a portion of that is maintenance and support, probably as much as 60%. And so I think the reality on nonrecurring as we move forward with our soon-to-be-combined business will be -- it'll be nominal in terms of what's nonrecurring.

**Operator**

Next question comes from Brian Schwartz from Oppenheimer.

**Brian Jeffrey Schwartz**
*Oppenheimer & Co. Inc., Research Division*

I just want to circle back again on kind of your answer on the downtick of kind of the pace of the subscription growth for the core business. Maybe I'll kind of try to get at it in another way. Are you achieving the revenue synergies that you were expecting with Mozy or with some of the prior acquisitions?

**Anthony Folger**
*CFO & Treasurer*

Yes, Brian, that's a -- it's a good question. And yes, I think, Mozy, from a -- in terms of what it delivered in 2018, I think was largely on plan. We still are completing the customer migrations, but we have migrated more than 25,000 customers onto our platform at this point. So I think the rate and pace of the customer transitions has accelerated. And so I think we've seen Mozy perform pretty well from an integration perspective.

**Brian Jeffrey Schwartz**
*Oppenheimer & Co. Inc., Research Division*

Is there anything that you can kind of help us parse on kind of what's going on with the core business of the downtick? I'm just confused that you talk about the bookings outperforming the pace here in Q4 but yet, the year guide is below where the Street was expecting there. It's not like these invoices are more than 12 months. It's just kind of a head-scratcher. I think we're all trying to figure out what's the driver of kind of what looks to be a downtick in the core business.

**Anthony Folger**
*CFO & Treasurer*

Yes, so I think one of the things I mentioned was, from a seasonal perspective, we saw better maintenance renewal activity in the fourth quarter. And that's sort of on the perpetual side. So we saw that maintenance renewal come in slightly better than we expected. And so from a total bookings perspective, I think we shook out on the business side probably a little bit better than where we planned. And we did see some larger subscription deals come in more towards the end of the quarter. But I think it was really that dynamic that drove the upside from a total business booking standpoint.

**Brian Jeffrey Schwartz**
*Oppenheimer & Co. Inc., Research Division*

And then I just have one question on Webroot, because I'm not too familiar with the business. What percentage of the business is endpoint security versus network security?

**Mohamad S. Ali**
*President, CEO & Director*

Most of it is endpoint security. The networking business is a smaller proportion. But in some ways, Brian, one of the exciting things about this is that the OEM business, the networking business that I talked about, really gives Webroot a significant advantage in that it provides an incredible amount of threat intelligence to feed Webroot's threat intelligence database, which then allows it to have a far superior endpoint security capability. And so I mean, we can look it up and figure out the exact numbers, but the bulk of the business is endpoint security.

**Anthony Folger**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*CFO & Treasurer*

I was just going to say, Brian, sorry, to put a number on it. No, north of 80% is endpoint security.

**Brian Jeffrey Schwartz**
*Oppenheimer & Co. Inc., Research Division*

That's helpful. Maybe just last one I had. Should we assume that maybe the stock buybacks are now on hold, considering the Webroot acquisition?

**Mohamad S. Ali**
*President, CEO & Director*

I would assume so, but I would defer to our CFO.

**Anthony Folger**
*CFO & Treasurer*

Yes, no, I think that's a good assumption. I think we're going to be focused on integrating the businesses and delevering as we go through 2019.

**Operator**

Our next question comes from Tim Klasell from Northland Securities.

**Timothy Elmer Klasell**
*Northland Capital Markets, Research Division*

Yes, 2 quick questions. First has to do with the margin structures of MSPs versus VARs. As you start to do the cross-selling, is there any real difference as far as the incremental margin of a sale through one channel to the other?

**Anthony Folger**
*CFO & Treasurer*

Yes, I guess, Tim, they're really 2 fundamentally different channels. And so from an overall margin structure, I think there's probably not going to be a dramatic difference in margin. But they -- the 2 channels tend to operate somewhat differently, where the VAR channel looks almost more like our legacy direct business and that MSP channel, you're really dealing with the MSP as your customer. There could be thousands of businesses behind each MSP, and they're aggregating services and billing them out monthly. And so it ends up looking like a different model and a different set of transactions, but I think at the end of the day, from a margin standpoint, we're not going to end up in a very different place.

**Timothy Elmer Klasell**
*Northland Capital Markets, Research Division*

Okay, good, that's helpful. And then you mentioned, I think in one of the slides, you had $20 million in cost synergies over the next 3 years. Can you -- obviously, you've identified a few areas. Maybe you can sort of share with us, I don't know, data centers or what have you, where some of those costs will come from.

**Anthony Folger**
*CFO & Treasurer*

Yes, sure. So I think the interesting part of the deal is that both companies have got very similar profitability profiles in terms of EBITDA and cash flow. So both very profitable in driving good free cash flow conversion. I think with some incremental synergies, we're really going to be focused on redundancy in some of the corporate areas. So that could be back-office, G&A-type functions, where we'll ultimately have redundant systems. As we start to consolidate, there will be software savings and redundancies to go along with that. So it's largely corporate functions, back-office, G&A and system consolidation work.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our next question comes from Jason Ader from William Blair.

**Jason Noah Ader**
*William Blair & Company L.L.C., Research Division*

Could you -- Anthony, could you give us the calendar '18 Webroot revenue for the calendar year?

**Anthony Folger**
*CFO & Treasurer*

Yes, I don't know that we've got that for disclosure right now. They were a June 30th year-end company. And so we've been running some -- running our models based on certain assumptions, but I think we -- ultimately, we're going to have to file audited financials and stub period financials for the business in the next 75 days. So I think we'll be able to give you finer detail as we get closer to that filing.

**Jason Noah Ader**
*William Blair & Company L.L.C., Research Division*

Okay. Was the growth rate for the calendar year similar to the growth rate for the fiscal year?

**Anthony Folger**
*CFO & Treasurer*

Yes, I think it was roughly similar. The business, overall, has been double-digit growth, low double-digit.

**Jason Noah Ader**
*William Blair & Company L.L.C., Research Division*

Okay. And has that been the case for the last several years? Just trying to get a sense of the revenue growth trajectory, let's say, for the last 3 fiscal years.

**Anthony Folger**
*CFO & Treasurer*

Yes, I think for the last 3 fiscal years, I think it's been at least at that level.

**Jason Noah Ader**
*William Blair & Company L.L.C., Research Division*

Okay, perfect. And then last one for me, just for modeling purposes, Anthony, what should we be modeling for other income and expense for fiscal '19?

**Anthony Folger**
*CFO & Treasurer*

Yes, that's -- yes, so from a tax perspective, I think we've got it in at roughly 22%. In terms of the interest, we've got a $550 million term loan that we'll close on at the end of March and roughly 6.5% per year on that $550 million. That'll be what the incremental below-the-line items are as part of the deal. So for '19, you'll pick up 3 quarters of that interest expense.

**Operator**

Our next question comes from Chad Bennett from Craig-Hallum.

**Chad Michael Bennett**
*Craig-Hallum Capital Group LLC, Research Division*

So just maybe a clarification for Anthony regarding Mozy revenue contribution last year. So I think when you guided for that transaction, you kind of talked about mid-50s, maybe $55 million in revenues. So you're effectively saying that was where it ended up in the year?

**Anthony Folger**
*CFO & Treasurer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, that was bookings. So on a bookings standpoint, I think we were $50 million, low 50's type of a number.

**Chad Michael Bennett**
*Craig-Hallum Capital Group LLC, Research Division*

Okay. I don't believe -- again, thinking back to when you guided for that, you weren't baking in really much of any revenue synergies in that number. So I guess, have we realized much revenue synergies from that transaction? Is that still ahead of us? And then the '19 guidance that you gave, obviously backing out Webroot, there's a couple of things. I mean, you still -- I think you closed Mozy kind of mid-February, maybe late February. So you get kind of 1.5 months of that revenue kind of layered onto the core business. And then if you look at Webroot, I think in your presentation, their June 30 fiscal year-end, it was about $215 million. So the $175 million for 9 months doesn't imply a lot of growth on that $215 million for Webroot, looking forward a year. Just can you comment on all of that?

**Anthony Folger**
*CFO & Treasurer*

Yes, sure. So I think with Mozy, as I mentioned, we're still in the process of transitioning customers over. I think we've made really good progress on it, and we're north of 25,000 customers transitioned. I think we can start to drive some top line synergy with that. But we have been, I would say, conservative in terms of baking any of that into our model. So it's really not baked into our 2019 model. And as it relates to the Webroot business, like I said, they were, as I sort of look at their numbers, call them roughly a double-digit growth business, so low double digits, 10 to low teens is where they've been historically. I think from an outlook standpoint, we would expect something similar. And so we do have to convert from fiscal June to a calendar year-end. But there's really not a lot that's going to, I think, drive a dramatically different change in our outlook for that business. We may be conservative in terms of our assumption as we bring that business over, and there's a lot of integration work to do. But that's effectively what's baked into our outlook.

**Operator**

Our next question comes from Sarkis Sherbetchyan from B. Riley FBR, Inc.

**Sarkis Sherbetchyan**
*B. Riley FBR, Inc., Research Division*

So pretty big acquisition. Obviously, the leverage ratio you mentioned is going to be a little over 4x net. Does that assumes the cost synergy of $20 million or it doesn't?

**Anthony Folger**
*CFO & Treasurer*

No, not of $20 million. I think that is just the year 1 synergies that we've identified, which are fairly nominal, in all honesty.

**Sarkis Sherbetchyan**
*B. Riley FBR, Inc., Research Division*

Understood. And if I think about kind of the expense allocation between R&D, G&A and sales and marketing for Webroot, is it fairly comparable to your existing structure? Or is there any kind of material delta that we should think about baking in?

**Anthony Folger**
*CFO & Treasurer*

Yes, the -- I would think the delta, the primary delta would be in R&D. I think, generally, you're going to see probably R&D as a percentage of revenue of north of 20% for Webroot, maybe 21%, 22% type range. And I think we understand why and think it's appropriate in terms of the space. I think the other side of that coin is that from a gross margin perspective, they come in with a higher gross margin, probably 85%

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

or better, sort of out of the gate. And so they're able to drive a better gross margin. They've got a slightly higher OpEx burden because of R&D. But when you sort of get down to the operating income line and the adjusted EBITDA line, you end up in the same place.

**Sarkis Sherbetchyan**
*B. Riley FBR, Inc., Research Division*

That's helpful. And if we were to think about just kind of your financial algorithm of getting about 100 to 150 basis points of operating leverage, would you still expect that for kind of core Carbonite, excluding Webroot, for fiscal '19?

**Anthony Folger**
*CFO & Treasurer*

Yes, we would still be expecting some margin expansion at the gross margin line. We've -- like I mentioned, we completed the West Coast data center consolidation, which is great to get behind us in the fourth quarter. So we certainly see some efficiency going forward.

**Operator**

Our next question comes from Brad Reback from Stifel.

**Brad Robert Reback**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Mohamad, maybe a quick question for you. Obviously, software multiples are pretty robust. You've in essence stolen this asset at less than 3x revs, given the growth rate and the profitability. How did that happen?

**Mohamad S. Ali**
*President, CEO & Director*

I'm not sure how exactly to respond to that. So this is a great asset. And as I've mentioned earlier, there's some things unique about the asset that fits us extremely well, and I think it's tough for other buyers. So first of all, I view this as a premium asset with premium technology. It's 100% cloud. It's 100% recurring, SaaS. And the thing that fits so well with us is that this business has a consumer side and it has a business segment. And similar to us, we have a consumer side and a business segment. As a result, we can get synergies from both halves. Whereas if somebody is buying this and only has a business segment, they can only get synergies from one half of the business and vice versa. So it actually put us in a quite unique position to get a -- to get great economics on this deal. And as a result, we're very excited about driving both parts of the business. And as you know, Brad, I mean, we try to be very disciplined with the dollars that we put to work out there and we look for transactions that brings tremendous value to our shareholders and we think that this unique situation, where Webroot looks so similar to us, is a kind of an unusual case that allows us to get great value because of this particular fit. Does that help?

**Brad Robert Reback**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

That does. Was it a competitive process?

**Mohamad S. Ali**
*President, CEO & Director*

Yes, it was.

**Brad Robert Reback**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

And was this VC-owned?

**Mohamad S. Ali**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes.

**Operator**

I'm showing no further questions. I would now like to turn the call back to Mohamad Ali for any further remarks.

**Mohamad S. Ali**
*President, CEO & Director*

Great, thank you. Well, I hope you can all tell I am very excited about this transaction and thrilled to get to work executing on making this transaction an overwhelming success. Let me leave you with a few parting thoughts. We have a strong and growing data protection business. This acquisition makes a lot of strategic and financial sense. It opens us up to a target -- to target an even larger addressable market and the combination of data protection and endpoint security will produce better and differentiated outcomes for our customers. Also, we are well-positioned to drive continued growth and profitability with a business -- with a run-rate of -- that will generate more than $500 million of non-GAAP revenue and more than $130 million in adjusted EBITDA in 2019, with strong and growing free cash flow. So hopefully, you can see why I'm excited.

So with that, thank you, and good night to everyone.

**Operator**
Ladies and gentlemen, thank you for participating in today's conference. This concludes today's program. You may all disconnect. And everyone, have a great day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**CARBONITE, INC. FQ4 2018 EARNINGS CALL | FEB 07, 2019**

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

21