# EXHIBIT 44

*Rosenblatt Securities Inc. analyst report*
*2/08/2019*



Earnings Recap
February 08, 2019

## Carbonite, Inc. (CARB)                                          Neutral

**2019 Organic Growth Looks Challenging + Execution Risk from Webroot Deal. Lowering Rating to Neutral and Price Target to $33**

### Summary

Carbonite reported Q4 results following Thursday's close with revenues and billings roughly inline and EPS a bit ahead. The company also announced the acquisition of Webroot, a $200 million+ player in endpoint security for $618.5 million or around 2.5x sales. While we see the synergy in combining backup/recovery with endpoint we are concerned about the slowing in Carbonite's core business and the crowded nature of the endpoint space. Accordingly, we are lowering our rating to neutral and our target price to $33 to reflect both.

### Results Summary

Carbonite delivered results roughly in line with our estimates, with revenues of $78 million (vs. our estimate of $79.2), and EPS of $0.45 (vs our $0.42 estimate) on better than forecast gross margins as the company wrapped up its west coast data center consolidation. The slight revenue miss was attributed to the back-end loaded nature of the quarter and is supported by the inline billings performance. Overall the consumer business held steady with in line retention and no pricing pressure from the increases earlier this year. All in all, a solid quarter from the company as it crossed the 25 thousand user mark in Mozy migration.

### Webroot Acquisition - The Big Story

The real story on the call was the Webroot acquisition as Carbonite will pay $618.5 million (roughly 2.5x sales) for the endpoint security player. The deal is expected to close very late in the current quarter and is forecast to be accretive to both earnings and cash flow immediately. The company is borrowing $550 million to cover the cost of the deal (and will pay 6.5% interest on the debt) and plans to prioritize the use of cash to de-lever as quickly as possible.

Webroot offers a cloud-based endpoint protection offering that is sold primarily through the MSP channel and, like Carbonite has both end user (60%) and business (40%) customer bases. The company delivered $215 million in revenue in FY18 (June) and is growing "low double digits" with a similar margin and cash flow profile to Carbonite. This transaction fits the profile of the other deals the company has executed over the past few years - adjacent market, complementary go to market and cross-sell potential, touch points for product integration and a reasonable price. While we believe there is a real strategic fit between backup/recovery and endpoint (imagine a self-repairing endpoint machine) we do have some concerns that the endpoint market is crowded and articulating differentiation can be challenging and this closed loop automated repair offering will take time to get to market.

**PRICE: $29.45**
**TARGET: $33.00**

**Marshall Senk**
Director of Research
212.607.3153
msenk@rblt.com

| Changes | Previous | Current |
|---|---|---|
| Rating | Buy | Neutral |
| Price Target | $45.00 | $33.00 |
| Q4 18(A) Rev ($M) | 79.2(E) | 78.0 |
| Q1 19(E) Rev ($M) | 81.1 | 77.2 |
| FY 19(E) Rev ($M) | 341.8 | 495.0 |
| FY 20(E) Rev ($M) | 362.9 | 525.3 |
| Q4 18(A) EPS | 0.42(E) | 0.45 |
| Q1 19(E) EPS | 0.41 | 0.35 |
| FY 19(E) EPS | 1.83 | 4.10 |
| FY 20(E) EPS | 1.85 | 4.76 |

| | |
|---|---|
| Price | $29.45 |
| Rating | Neutral |
| Price Target | $33.00 |
| 52-Week Low | 20.50 |
| 52-Week High | 43.63 |
| Average Daily Volume (MM) | 7.7 |
| Shares Outstanding (MM) | 36.5 |
| Market Cap ($M) | 1,018 |
| Net Debt ($M) | (84) |
| Enterprise Value ($M) | 933 |
| CY Gross Margin | 77.4% |
| CY Operating Margin | 20.9% |



| YEAR | Revenue ($M) | | | | | | EPS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | Ann | EV/Rev | Mar | Jun | Sep | Dec | Ann | P/E |
| 2018A | 64.9 | 79.9 | 79.1 | 78.0 | 301.9 | 3.1x | 0.27 | 0.45 | 0.48 | 0.45 | 1.65 | 17.9x |
| 2019E | 77.2 | 140.4 | 139.8 | 137.5 | 495.0 | 1.9x | 0.35 | 1.26 | 1.27 | 1.22 | 4.10 | 7.2x |
| 2020E | 82.4 | 149.6 | 149.1 | 144.2 | 525.3 | 1.8x | 0.36 | 1.51 | 1.50 | 1.39 | 4.76 | 6.2x |

Please see analyst certification and important disclosures on page 4 of this report.

Carbonite, Inc.                                                                        February 8, 2019

### Our 2019 Estimates and Underlying Assumptions

The following table lays out our estimates for 2019. Given Webroot is expected to close very late in the first quarter we only include the impact for the balance of the year. This impact includes just shy of $9 million of quarterly incremental interest expense for Q2 through Q4 to reflect the $550 financing.

| | 1Q19E | FY19E |
|---|---|---|
| Revenue ($MM) | 77.2 | 495.0 |
| Prior ($MM) | 81.1 | 341.8 |
| Operating Margin | 19.7% | 35.1% |
| EPS | $0.35 | $4.10 |
| Prior | $0.41 | $1.83 |

*Source: Rosenblatt Securities and Company Reports*

### Key assumptions in our model include:

- Slower growth in the core Carbonite business as we have reduced our top line growth forecast from 11% to 9% reflecting low single-digit growth in consumer (as the business faces more of a headwind from last year's price increase and continued declines in the perpetual business which we forecast to decline 11%. We also have concerns around the pace of ramping for the new Protect service, which we view as the key driver of organic growth for the business. This takes our overall Carbonite base to $331 million for the year.

- We estimate that Webroot will contribute approximately $160 million over the last three quarters of the year.

- We forecast some early cost synergies, particularly in G&A.

### Thoughts on the Stock

We believe the combination of slowing growth in the core business along with some increased execution risk as the company digests a sizable acquisition could make it tough for the stock to advance from these levels until we get a better view into execution. Accordingly, we are lowering our rating to neutral and bringing in our price target to $33. We believe it could take until mid-year or longer for us to get a perspective on where real, organic growth resides for the core business and to begin to get a sense of the timing of revenue synergies with Webroot. We reiterate our confidence in management's ability to meet its bottom line goals over time but do have some concerns on the growth front.

## Carbonite Income Statement

| In thousands $ USD except per share data | | | 606 | 606 | 606 | 606 | | 606 | 606 | 606 | 606 | | 606 | 606 | 606 | 606 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar-18 | Jun-18 | Sep-18 | Dec-18 | | Mar-19 | Jun-19 | Sep-19 | Dec-19 | | Mar-20 | Jun-20 | Sep-20 | Dec-20 | |
| Fiscal Year | 2016FY | 2017FY | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018FY | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 2019FYE | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020FYE |
| Total revenues | 209,300 | 246,090 | 64,908 | 79,850 | 79,109 | 78,032 | 301,899 | 77,241 | 140,401 | 139,844 | 137,515 | 495,000 | 82,394 | 149,576 | 149,121 | 144,249 | 525,340 |
| Cost of goods sold: | 57,526 | 60,299 | 15,508 | 18,316 | 17,091 | 17,221 | 68,136 | 16,838 | 30,327 | 29,647 | 28,603 | 105,415 | 17,989 | 32,608 | 32,111 | 30,869 | 113,577 |
| Gross Profit | 152,310 | 185,791 | 49,400 | 61,534 | 62,018 | 60,811 | 233,763 | 60,402 | 110,074 | 110,197 | 108,912 | 389,585 | 64,404 | 116,968 | 117,010 | 113,380 | 411,763 |
| Gross Margin | 72.8% | 75.5% | 76.1% | 77.1% | 78.4% | 77.9% | 77.4% | 78.2% | 78.4% | 78.8% | 79.2% | 78.7% | 78.2% | 78.2% | 78.5% | 78.6% | 78.4% |
| Operating Expenses: | | | | | | | | | | | | | | | | | |
| Research & development | 32,080 | 42,942 | 11,797 | 14,670 | 13,889 | 13,770 | 54,126 | 13,594 | 24,570 | 23,989 | 23,524 | 85,678 | 15,186 | 15,820 | 16,066 | 16,409 | 63,481 |
| Sales & marketing | 60,990 | 86,493 | 19,218 | 21,268 | 20,291 | 21,700 | 82,477 | 23,315 | 24,493 | 24,465 | 24,990 | 97,262 | 24,100 | 25,065 | 25,114 | 25,506 | 99,785 |
| General & administrative | 40,361 | 30,213 | 8,829 | 8,599 | 8,273 | 8,372 | 34,073 | 8,250 | 8,300 | 8,000 | 8,250 | 32,800 | 8,500 | 9,150 | 9,350 | 9,513 | 36,513 |
| Restructuring charges | 5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total operating expenses | 133,436 | 159,648 | 39,844 | 44,537 | 42,453 | 43,842 | 170,676 | 45,159 | 57,363 | 56,454 | 56,763 | 215,739 | 47,786 | 50,035 | 50,530 | 51,427 | 199,778 |
| Operating Income | 18,874 | 26,143 | 9,556 | 16,997 | 19,565 | 16,969 | 63,087 | 15,243 | 52,711 | 53,742 | 52,149 | 173,846 | 16,618 | 66,934 | 66,480 | 61,952 | 211,984 |
| Operating Margin | 9.0% | 10.6% | 14.7% | 21.3% | 24.7% | 21.7% | 20.9% | 19.7% | 37.5% | 38.4% | 37.9% | 35.1% | 20.2% | 44.7% | 44.6% | 42.9% | 40.4% |
| Interest income (expense), net | 68 | (1,022) | (802) | (1,510) | (1,019) | (1,409) | (4,740) | (900) | (900) | (900) | (900) | (3,600) | (900) | (900) | (900) | (900) | (3,600) |
| Income before income taxes | 18,942 | 25,121 | 8,754 | 15,487 | 18,546 | 15,560 | 58,347 | 14,343 | 51,811 | 52,842 | 51,249 | 170,246 | 15,718 | 66,034 | 65,580 | 61,052 | 208,384 |
| Provision for income taxes | 2,216 | 2,288 | 630 | 1,311 | 974 | 430 | 3,345 | 1,147 | 4,145 | 4,227 | 4,100 | 13,620 | 1,572 | 6,603 | 6,558 | 6,105 | 20,838 |
| Tax rate | 0 | 0 | 7% | 8% | 5% | 3% | 0 | 8% | 8% | 8% | 8% | 0 | 10% | 10% | 10% | 10% | 0 |
| Non-GAAP Net Income | 16,726 | 22,833 | 8,124 | 14,176 | 17,572 | 16,244 | 55,002 | 13,196 | 47,666 | 48,615 | 47,149 | 156,626 | 14,147 | 59,430 | 59,022 | 54,947 | 187,546 |
| | | | | | | | 0 | | | | | | | | | | |
| Non-GAAP EPS (Basic) | 0.62 | 0.82 | 0.29 | 0.50 | 0.53 | 0.47 | 1.79 | 0.36 | 1.28 | 1.29 | 1.24 | 4.16 | 0.40 | 1.68 | 1.66 | 1.54 | 5.29 |
| Non-GAAP EPS (Diluted) | 0.61 | 0.79 | 0.27 | 0.45 | 0.48 | 0.45 | 1.65 | 0.35 | 1.26 | 1.27 | 1.22 | 4.10 | 0.36 | 1.51 | 1.50 | 1.39 | 4.76 |
| Basic Shares Outstanding | 27,028 | 27,950 | 28,342 | 28,628 | 32,877 | 34,214 | 31,015 | 36,961 | 37,330 | 37,704 | 38,081 | 37,519 | 35,129 | 35,309 | 35,519 | 35,700 | 35,414 |
| Non-GAAP Diluted Shares Outstanding | 27,467 | 28,590 | 30,044 | 31,718 | 36,454 | 36,374 | 33,648 | 37,715 | 37,973 | 38,232 | 38,490 | 38,102 | 39,033 | 39,232 | 39,466 | 39,667 | 39,349 |

Source  Rosenblatt estimates, Company reports

Case 1:19-cv-11662-LTS   Document 134-44   Filed 06/02/23   Page 4 of 6

Carbonite, Inc.                                                                                          February 8, 2019

## Company Description

Carbonite is a leading provider of cloud backup and recovery solutions targeting the mid market. The company has built out its product family through a series of strategic acquisitions over the past several years and has a proven track record of integration.

## Valuation Summary

Our $33 price target reflects a price/sales multiple of 2.2x which we believe fairly captures the risk of a slowing core business and the integration of a sizable new organization and the entry into a new tangential market.

## Risks

Risks include acquisition integration, changes in the competitive environment and disruption in the broader macro environment

## Required Disclosures

I, Marshall Senk, attest that the views expressed in this research report accurately reflect my personal views about the subject matter, security, or issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

The material prepared by me employs appropriate expertise, and I believe that it fairly and accurately represents the subject matter reported upon and is not misleading. I accept no liability for any loss resulting from the use of the material presented in this report, except that this disclaimer of liability does not apply to the extent that such disclaimer may be prohibited by specific statutes, laws or regulations. This report is not to be relied upon in substitution for the exercise of independent judgment. I may have issued and may in the future issue, other reports that are inconsistent with, and which reach different conclusions than the information presented in this report. Those reports reflect the different assumptions, views, and analytical methods of the analysts who prepared them at that time and I assume no obligation to ensure that any other reports on the same subject matter addressed herein are brought to the attention of any recipient of this report.

**Ownership & Material Conflicts of Interest:** Rosenblatt Securities, Inc. expects to receive Investment Banking revenues from Carbonite, Inc. (CARB.O) in the next three months. Rosenblatt Securities, Inc. co-managed a public offering of securities for CARB.O in the past 12 months.

**Compensation:** The research analyst who authored this report (the "Analyst") does not receive compensation based on Rosenblatt Securities, Inc.'s investment banking revenues or from CARB.O and has not done so for the past twelve months. Rosenblatt Securities, Inc. does have an investment banking relationship with CARB.O. As such, Rosenblatt Securities, Inc. has received compensation for investment banking activities in the past twelve months and does expect to receive compensation for investment banking activities in the next 3 months. Rosenblatt Securities, Inc. does not have a consulting or other revenue-generating relationship with CARB.O in the last twelve months.

**Position as Officer/Director:** The Analyst does not serve as an officer, director, or advisory board member of CARB.O. The same is true for members of the Analyst's household.

4

Carbonite, Inc.                                                                    February 8, 2019



**Carbonite, Inc. Rating History as of 02/06/2019**
powered by BlueMatrix

**Explanation of Equity Research Ratings:** Rosenblatt Securities, Inc. uses the following ratings system: Buy [We believe this stock will outperform relative to other companies in its industry over the following 12 months.] Sell [We believe this stock will underperform relative to other companies in its industry over the following 12 months.] Neutral [We believe that this stock's performance will be in line with the average return of others in its industry over the following 12 months.]

| Distribution of Ratings/IB Services | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY | 40 | 66.67 | 1 | 2.50 |
| NEUTRAL | 16 | 26.67 | 0 | 0 |
| SELL | 4 | 6.67 | 0 | 0 |

**Market Making:** Rosenblatt Securities, Inc. does not make markets in any securities.

**Other Disclosures**: All the views expressed in the research report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers and no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations, valuations, or views expressed by the research analyst in the research report.

The information contained in this report is not a complete analysis of every material fact with respect to any company. industry or security and is not an offer or solicitation to buy or sell any security. Although opinions and estimates expressed in this report reflect the current judgment of Rosenblatt Securities, Inc., the information upon which such opinions and estimates are based is not necessarily updated on a regular basis.

Estimates are not reviewed on a regular basis. In addition, opinions and estimates are subject to change without notice. Each investor must make its own determination of the appropriateness of an investment in any securities referred to herein based on any legal, tax and accounting considerations applicable to such investor and its own investment strategy.

By virtue of this publication, Rosenblatt Securities, Inc. or their employees shall not be responsible for any investment decision. Rosenblatt Securities, Inc. from time to time may perform corporate finance services for companies mentioned in this report and may occasionally possess material, nonpublic information regarding such companies.

This information is not used in the preparation of the opinions and estimates contained in this report. Facts and the other information contained in this report have been obtained from public sources considered reliable but are not guaranteed in any way. This report may not be reproduced, distributed, or published without the prior consent of Rosenblatt Securities, Inc. Copyright © 2019. All rights reserved by Rosenblatt Securities, Inc..