# EXHIBIT 46

*Battle Road Research analyst report*
*2/08/2019*



Friday, February 8, 2019

**Carbonite**
*Enters Cybersecurity Market*
*Via Webroot Acquisition*
*Maintaining Buy and $40 Price Target*

Last night **Carbonite (NASDAQ: CARB - $29.30)** announced Q4 results that were ahead of our expectations, along with the $615 million acquisition of privately-held Webroot, a Colorado company focused on endpoint security, including anti-virus protection. The all cash acquisition values Webroot at roughly 2.9x 2018 revenue, a comparative bargain in the cybersecurity sector. The acquisition requires a $550 million term loan, which would normally give us great pause, were it not for Carbonite's demonstrated ability to integrate effectively nearly all of its acquisitions and achieve cost synergies, along with reducing debt. Our preliminary estimate for 2019 calls for revenue of $478 million, and EPS of $2.40, which takes into account the anticipated interest expense and higher tax rate. With this report, we are maintaining our Buy rating and one-year $40 price target on Boston-based Carbonite.

- *Q4 results.* Carbonite's Q4 revenue of $77 million grew 25 percent over last year and matched our forecast for the quarter. EPS of $0.43 was well ahead of our $0.38 estimate, owing to solid operating performance, and benefitting from the addition of Mozy revenue. The company continues to expect weakness from its Double Take perpetual license business, which will reduce the organic rate of growth of Carbonite to roughly nine to 10 percent, rather than the 11 percent top line growth we had been modeling.

- *Webroot.* Consistent with its mission to provide cloud-based data protection to its more than 100,000 customers, who are primarily small businesses, Carbonite announced its not unexpected entry into cyber security, with the acquisition of cloud-based Webroot, which provides endpoint protection, combined with a threat intelligence database that provides insights into malicious threats, drawing upon machine learning. With FY'18 revenue of $215 million, Carbonite is buying the business for less than three times revenue, a bargain in comparison to other cyber security firms, which typically trade at EV/sales multiples of 5-9x trailing 12 month sales.

- *Strategic fit.* Sticking to its core mission to serve both consumers and small businesses, Webroot provides cloud solutions for both segments, thus helping to bolster Carbonite's market position.  Webroot's SMB business, which comprises 40 percent of sales, is growing at 30 percent per year, and will benefit from Carbonite's 8,000-strong reseller channel.

---

Battle Road Research • 114 Waltham Street • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL                                                                 CARB-00004203

**Battle Road Research**
*An Independent Voice*

Carbonite (CARB): Enters Cyber security space, 2/8/19      2

- *Estimates and valuation.* With this report, we are introducing 2019 revenue and EPS estimates of $478 million and $2.40, based on assumptions described later in this report. We are maintaining our one-year price target of $40, which is now based on a 17x EPS multiple assigned to our 2019 EPS estimate.

## Investment Thesis

With trailing 12 month sales of $296 million and a market cap of $1 billion, Carbonite is a pioneer in cloud-based backup and recovery for consumers and small businesses. Over the last few years, Carbonite has expanded its portfolio of products through internal development and acquisition, to address the broader market of data protection. The 2016 acquisition of eVault, a product line carve out from **Seagate Technology (NASDAQ: STX)** was a game changer for Carbonite, in that it added an incremental $50 million in revenue, along with the ability to serve not just small businesses under 100 employees, but a larger slice of the SMB market, reaching up to 500 employees. Significantly, Carbonite paid less than $15 million for the product line. At the beginning of 2017, Carbonite executed a carve-out transaction of Double-Take software, which focuses on high availability, and cloud migration. At the end of Q1, 2018, Carbonite completed the Mozy backup carve-out from Dell Technologies, which adds an estimated $55 million in annual sales.

Last night's acquisition of Webroot, discussed in this report, is by far and away the company's largest deal, and positions Carbonite to capture a portion of the growing market for endpoint security and threat prevention, and positions Carbonite as a player in the cybersecurity space.

Under the leadership of CEO Mohamad Ali and CFO Anthony Folger we see four factors which will enable Carbonite to sustain growth over the next few years:

- *Ability to serve larger companies.* Over the last couple of years Carbonite has evolved its small business backup (SMB) product from simple end point backup to a more complete set of products for server and application backup, as well as email archiving. With Evault and Double-Take, Carbonite has acquired products and customers as well as a sales channel which enables it to go upstream to larger enterprises.

- *Opportunities for cross sell and up-sell.* Through a channel of more than 8,000 resellers, along with an inside salesforce, Carbonite has the opportunity to cross sell and upsell a portfolio of five products for data protection into a multi-billion dollar market still in the early innings of adoption.

---

Battle Road Research • 114 Waltham Street • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL                                    CARB-00004204

 **Battle Road Research** *An Independent Voice*    Carbonite (CARB): Enters Cyber security space, 2/8/19      3

- *Opportunity for margin expansion.* Through business discipline and operational focus Carbonite has been a consistent free cash flow generator since its IPO seven years ago. We believe that the Carbonite management team can achieve additional leverage by improving operational efficiency.

- *International expansion.* Revenue outside the US accounts for less than 15 percent of sales currently. We expect the company to expand prudently in Europe over the next few years as it adds new channel partners, and localizes products for overseas markets.

Overall, we see Carbonite as a solid company with a bright future ahead. With this report we are reaffirming our Buy rating and one-year price target of $40, which is now based on a 17x EPS growth rate multiple assigned to our 2019 EPS estimate of $2.40.

## Recent Developments

*Q4 Results*

Carbonite's Q4 revenue of $77 million, grew by 25 percent over last year, and was in line with our expectations. EPS of $0.43, utilizing the eight percent tax rate we had modeled, was ahead of our $0.38 estimate. As expected, the company benefitted from the recent Mozy acquisition, which contributed roughly $14 million in revenue in the quarter. Q4 was the third full quarter impact from the Mozy acquisition, which closed at the end of Q1 2018. As a reminder, Mozy added roughly 100,00 consumer customers and 35,000 business customers that range in size from small to mid-sized businesses, as well as larger enterprises that EMC was able to add under its aegis. Importantly, Dell continues to be an important reseller partner, and Carbonite has already begun to cross-sell products to the 2,000 resellers currently selling Mozy.

Non-GAAP gross margin of 77 percent was consistent with our estimate, and grew slightly over the prior year. The company recorded a 24 percent non-GAAP operating margin by our calculation, which excludes stock-based compensation, and intangibles amortization, which was dramatically higher than the prior year's 12 percent operating margin. Overall operating expense growth of 11 percent anticipated last night's acquisition of Webroot. Carbonite repurchased $21.5 million of stock in the quarter at an average share price of $26.55. Carbonite finished the quarter with $198 million in cash, and $144 million in convertible debt, for a net cash position of $54 million.

Carbonite indicated that it continues to see weakness in the $45 million perpetual license and maintenance product line that it acquired from Mozy at the beginning of 2017. Weakness in product sales and accompanying maintenance continue to act as a $10 million revenue headwind this year. Versus three years ago, when consumer backup comprised the overwhelming majority of billings, and the company had only a modest product line offering

---

Battle Road Research • 114 Waltham Street • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL



for small and mid-sized businesses, Carbonite now boasts a portfolio of data protection services, which includes cloud-based end-point backup, server backup, as well as a hybrid appliance solution, which enables customers to achieve on-site backup. In addition, Carbonite provides email archiving, high availability, and cloud migration services. Carbonite recently completed work on a common front-end console, from which customers and channel partners can now access the company's products.

*Webroot Acquisition*

Consistent with its mission to provide cloud-based data protection to its more than 100,000 customers, who are primarily small businesses, Carbonite announced its not unexpected entry into cyber security, with the acquisition of cloud-based Webroot, which provides endpoint protection, combined with a threat intelligence database that provides insights into malicious threats, drawing upon machine learning. With FY'18 revenue of roughly $215 million, Carbonite is buying the business for less than three times revenue, a bargain in comparison to other cyber security firms, which typically trade EV/sales multiples of 5-9x trailing 12 month sales.

Webroot, which has been growing at a rate of 10-14 percent over the last few years, serves both consumers, roughly 60 percent of the business, as well as small businesses, which account for the remainder. The small business portion is growing considerably faster, in the order of 30 percent, while the consumer piece, facing competition from the likes of Symantec and McAfee, is growing at a rate of just six percent, which accounts in part for the reason that Carbonite is paying a relatively low multiple to revenue for the business. That said, the business fits well with Carbonite's hybrid small business and consumer focus. The overall margin structure of Webroot is similar to Carbonite, though Webroot's gross margin of 85 percent exceeds Carbonite's 79 percent. While Webroot is more R&D intensive than Carbonite, we expect management to achieve cost synergies.

**Estimates and Valuation**

For 2019, we are keeping our Q1 estimates of $75 million, which represents 17 percent top line growth. Our topline estimate for 2019 is now $478 million, which takes into account $174 million in incremental revenue for the last three quarters of the year. Taking into account our expectation for intangibles asset amortization of $16 million, and interest expense of $26 million, our new EPS projection is $2.40. We now apply a 22 percent tax rate, considerably higher than the eight percent we had been modeling. We have also applied the new tax rate retrospectively, to enable an apples to apples comparisons against prior quarters. This contrasts with our prior estimate of $1.82 for 2019.

---

Battle Road Research • 114 Waltham Street • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL                                                    CARB-00004206



Post-acquisition, Carbonite's balance sheet is considerably weaker, as it will be left with roughly $90 million in cash on hand, along with $694 million in debt, for a net cash position of a negative $600 million. The company intends to pay down debt with cash generated from operations. For 2019, we project that Carbonite will generate $122 million in EBITDA, which will serve as a starting point. In other areas, Carbonite's balance sheet is more commendable, as accounts receivable days sales outstanding remain a conservative 37 days, at the low end of other companies in the software sector.

Adjusting for the new tax rate of 22 percent, which we apply retrospectively, Carbonite is on track to grow EPS dramatically in 2019, from $1.38 to $2.40. Taking into account Carbonite's propensity to go through acquisition, we are reducing our long term EPS growth rate assumption from 20-25 percent, to 15-20 percent. Applying what we believe to be a reasonable 3-5 year EPS growth expectation of 15-20 percent, we are maintaining our $40 price target, which is now based on a 17x EPS multiple applied to our 2019 EPS estimate.

## Conclusion

Carbonite's Q4 results were in line with our expectations, and demonstrate that the company continues to execute well in its core data protection market. We believe that the $615 million acquisition of privately-held Webroot, a Colorado company focused on endpoint security, will be accretive to the company's vision, as well as EPS for 2019. The new $550 million term loan would normally give us great pause, were it not for Carbonite's demonstrated ability to successfully integrate effectively nearly all of its acquisitions, which have been integral to its growth strategy. Our preliminary estimate for 2019 calls for revenue of $478 million, and EPS of $2.40, which takes into account the anticipated interest expense and higher tax rate. With this report, we are maintaining our Buy rating and one-year $40 price target on Boston-based Carbonite.

*Please note that our last opinion change on Carbonite occurred on October 12, 2017, when we raised our rating from Hold to Buy, at an opening price of $22 per share.*

## About Battle Road Research

Battle Road Research provides fund managers and analysts with an independent voice on technology and consumer stocks. Our research process combines rigorous financial analysis with insights gleaned from industry sources. We present our findings in straight-forward Buy, Hold, or Sell research reports. In addition, we publish *The Battle Road IPO Review,* a monthly screen for new ideas from a universe of more than 200 growth-oriented IPOs of the last ten years. Since our founding in October of 2001 we have refrained from investment banking, company consulting, company-paid reports, and personal investment in the stocks we research.

Battle Road Research • 114 Waltham Street • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL                                                                                          CARB-00004207

 **Battle Road Research**
An Independent Voice

Carbonite (CARB): Enters Cyber security space, 2/8/19        6

**Battle Road Research Disclaimer**

The factual information in this report is from sources we believe to be reliable, but we do not guarantee its accuracy or completeness. Any forward-looking statements contained in, or that form the basis for this report may vary significantly from what actually happens because of the uncertainties inherent in seeking to project future events. Battle Road Research, and its employees and agents, make no guarantees or warranties regarding the performance of any security listed in this report. From our inception in October of 2001 Battle Road has refrained from investment banking, company paid reports, and investment in the stocks that we research. © February, 2019. Battle Road Research All Rights Reserved. *Reproduction of this report without the expressed written consent of Battle Road Research is prohibited.*

Battle Road Research • 114 Waltham Street • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL                                                                CARB-00004208

# Carbonite

($ millions, except EPS and %)

**Battle Road Research**
(781) 863-2300
www.Battleroad.com

**Assumptions:**
1. We exclude SBC and intangibles amort.
2. We tax earnings at 8%.

| | 2017 (A) | | | | | 2018 (A) | | | | | 2019 (E) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Year | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Year | Mar-19 | Jun-19 | Sep-19 | Dec-19 | Year |
| NET REVENUES | 57.1 | 59.0 | 61.6 | 61.7 | 239.5 | 64.0 | 77.7 | 77.7 | 77.0 | 296.4 | 75.0 | 133.0 | 135.0 | 135.0 | 478.0 |
| Cost of revenues | 14.1 | 15.9 | 15.1 | 14.6 | 59.7 | 13.7 | 18.3 | 17.1 | 17.6 | 66.7 | 15.8 | 26.6 | 27.0 | 27.0 | 96.4 |
| GROSS PROFIT | 43.0 | 43.1 | 46.5 | 47.1 | 179.8 | 50.4 | 59.4 | 60.6 | 59.3 | 229.7 | 59.3 | 106.4 | 108.0 | 108.0 | 381.7 |
| Research and develop. | 10.0 | 10.5 | 12.2 | 11.5 | 44.2 | 11.8 | 14.7 | 13.9 | 13.8 | 54.2 | 14.3 | 22.6 | 21.6 | 21.6 | 80.1 |
| Sales and marketing | 23.1 | 22.8 | 22.0 | 21.0 | 89.0 | 19.3 | 21.3 | 20.3 | 21.7 | 82.6 | 22.5 | 37.2 | 35.8 | 36.5 | 132.0 |
| General and admin. | 10.9 | 9.1 | 7.9 | 7.6 | 35.5 | 12.3 | 11.0 | 8.5 | 9.0 | 40.9 | 8.3 | 13.3 | 13.5 | 12.2 | 47.2 |
| Total Op. Exp. | 44.1 | 42.5 | 42.2 | 40.0 | 168.7 | 43.4 | 46.9 | 42.7 | 44.5 | 177.6 | 45.0 | 73.2 | 70.9 | 70.2 | 259.2 |
| OPERATING INCOME | -1.1 | 0.7 | 4.4 | 7.1 | 11.0 | 6.9 | 12.5 | 17.9 | 14.8 | 52.1 | 14.3 | 33.3 | 37.1 | 37.8 | 122.4 |
| Adj for intangibles amortizatior | -0.5 | -0.5 | -3.4 | -0.6 | -5.0 | -0.9 | -3.7 | -3.9 | -3.9 | -12.5 | -4.0 | -4.0 | -4.0 | -4.0 | -16.0 |
| Adjusted Operating Income | -0.6 | 1.2 | 7.8 | 7.6 | 16.0 | 7.9 | 16.1 | 21.8 | 18.7 | 64.6 | 18.3 | 37.3 | 41.1 | 41.8 | 138.4 |
| Int./other  inc. (expense) | 0.1 | 0.1 | 0.2 | -0.6 | -0.2 | -0.8 | -1.5 | -1.0 | -1.6 | -4.9 | -1.0 | -9.0 | -8.0 | -8.0 | -26.0 |
| Income before taxes | -0.5 | 1.3 | 8.0 | 7.0 | 15.8 | 7.1 | 14.7 | 20.8 | 17.1 | 59.7 | 17.3 | 28.3 | 33.1 | 33.8 | 112.4 |
| Income Tax Expense | -0.1 | 0.3 | 1.8 | 1.5 | 3.5 | 1.6 | 3.2 | 4.6 | 3.8 | 13.1 | 3.8 | 6.2 | 7.3 | 7.4 | 24.7 |
| NET INCOME | -0.4 | 1.0 | 6.2 | 5.5 | 12.3 | 5.5 | 11.4 | 16.2 | 13.4 | 46.6 | 13.5 | 22.0 | 25.8 | 26.4 | 87.7 |
| Avg. shares outstanding | 28.5 | 28.8 | 27.8 | 28.0 | 28.3 | 30.0 | 31.7 | 36.5 | 36.4 | 33.6 | 36.0 | 36.6 | 36.8 | 37.0 | 36.6 |
| EPS (Fully taxed) | -0.01 | 0.04 | 0.22 | 0.20 | 0.44 | 0.18 | 0.36 | 0.45 | 0.37 | 1.38 | 0.37 | 0.60 | 0.70 | 0.71 | 2.40 |
| **Yr-to-Yr % Change** | | | | | | | | | | | | | | | |
| Revenues | 18.7% | 10.5% | 18.7% | 15.3% | 15.7% | 12.1% | 31.7% | 26.0% | 24.8% | 23.8% | 17.1% | 71.1% | 73.8% | 75.4% | 61.3% |
| Operating expense | 26.2% | 24.4% | 23.5% | 10.9% | 21.1% | -1.4% | 10.6% | 1.2% | 11.3% | 5.3% | 3.6% | 55.8% | 66.0% | 57.6% | 46.0% |
| EPS | NM | -86.1% | 5.1% | -6.8% | -27.5% | NM | NM | 99.4% | 87.2% | 217.8% | 103.3% | 66.9% | 57.7% | 93.9% | 73.2% |
| Sequential Growth | | | | | | | | | | | | | | | |
| Total Revenues | 6.8% | 3.4% | 4.4% | 0.1% | | 3.8% | 21.4% | -0.1% | -0.9% | | -2.5% | 77.3% | 1.5% | 0.0% | |
| **As a % of Sales** | | | | | | | | | | | | | | | |
| Gross profit | 75.3% | 73.0% | 75.5% | 76.4% | 75.1% | 78.7% | 76.4% | 78.0% | 77.1% | 77.5% | 79.0% | 80.0% | 80.0% | 80.0% | 79.8% |
| Research and develop. | 17.5% | 17.8% | 19.8% | 18.6% | 18.5% | 18.5% | 18.9% | 17.9% | 17.9% | 18.3% | 19.0% | 17.0% | 16.0% | 16.0% | 16.7% |
| Sales and marketing | 40.5% | 38.7% | 35.8% | 34.1% | 37.2% | 30.1% | 27.4% | 26.1% | 28.2% | 27.9% | 30.0% | 28.0% | 26.5% | 27.0% | 27.6% |
| General and admin. | 19.1% | 15.4% | 12.9% | 12.3% | 14.8% | 19.3% | 14.1% | 10.9% | 11.8% | 13.8% | 11.0% | 10.0% | 10.0% | 9.0% | 9.9% |
| Operating margin | -1.1% | 2.0% | 12.7% | 12.4% | 6.7% | 12.3% | 20.7% | 28.1% | 24.3% | 21.8% | 24.3% | 28.0% | 30.5% | 31.0% | 29.0% |
| Income before taxes | -0.9% | 2.2% | 12.9% | 11.4% | 6.6% | 11.1% | 18.9% | 26.8% | 22.3% | 20.1% | 23.0% | 21.2% | 24.5% | 25.0% | 23.5% |
| Tax Rate | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% |
| Net income | -0.7% | 1.8% | 10.1% | 8.9% | 5.1% | 8.6% | 14.7% | 20.9% | 17.4% | 15.7% | 17.9% | 16.6% | 19.1% | 19.5% | 18.3% |

Note: Fiscal Year Ends December 31.

CONFIDENTIAL

# Carbonite

*Balance Sheet*

($ in millions, except Key Ratios)

**Battle Road Research**

(781) 863-2300

**www.Battleroad.com**

## Assets:

| | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 |
|---|---|---|---|---|---|---|---|---|
| Cash + Cash Equiv | 41.8 | 125.1 | 119.4 | 128.2 | 71.0 | 71.0 | 201.0 | 198.1 |
| Accounts Receivable | 21.9 | 23.5 | 23.4 | 22.2 | 31.2 | 32.1 | 32.6 | 31.6 |
| Prepaid Expenses | 7.6 | 7.9 | 6.7 | 6.8 | 8.7 | 10.6 | 10.1 | 10.4 |
| Total Current Assets | 71.3 | 156.5 | 149.5 | 157.3 | 110.8 | 113.7 | 243.6 | 240.1 |
| Property and equipment | 27.8 | 27.8 | 29.7 | 28.8 | 38.6 | 36.6 | 35.4 | 34.1 |
| Acquired Intangibles & goodwi | 121.8 | 120.0 | 127.6 | 126.0 | 295.8 | 290.1 | 281.8 | 273.1 |
| Other Assets | 1.1 | 0.3 | 0.4 | 0.8 | 10.8 | 12.3 | 13.1 | 13.9 |
| **Total Assets** | 222.1 | 304.6 | 307.2 | 312.8 | 456.1 | 452.7 | 573.9 | 561.1 |

## Liabilities:

| | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 |
|---|---|---|---|---|---|---|---|---|
| Accounts payable | 9.5 | 6.0 | 9.4 | 10.8 | 9.6 | 5.8 | 4.1 | 2.1 |
| Accrued expenses | 21.8 | 20.6 | 20.4 | 21.7 | 25.2 | 28.9 | 25.2 | 27.5 |
| Accrued Treasury share repurch | 15.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Short-term debt | | | | | | | 116.6 | 0.0 |
| Deferred Revenues | 98.3 | 102.2 | 103.7 | 100.2 | 116.9 | 121.0 | 121.3 | 121.6 |
| Total Current Liabilities | 144.6 | 128.9 | 133.5 | 132.8 | 151.6 | 155.8 | 267.2 | 151.1 |
| Deferred Rev., net of current | 23.5 | 24.8 | 22.0 | 24.3 | 27.5 | 27.7 | 28.0 | 29.2 |
| Long-term debt | 39.1 | 108.8 | 110.3 | 111.8 | 203.4 | 195.0 | 0.0 | 118.3 |
| Other long term liabil. | 6.2 | 6.2 | 6.0 | 5.7 | 6.2 | 5.9 | 5.7 | 5.3 |
| **Total  Liabilities** | 213.4 | 268.6 | 271.8 | 274.6 | 388.7 | 384.3 | 301.0 | 303.9 |
| Shareholders' Equity | 8.7 | 36.0 | 35.4 | 38.3 | 67.4 | 68.4 | 272.9 | 257.2 |
| **Total Liabi.  & Equity** | 222.1 | 304.6 | 307.2 | 312.8 | 456.1 | 452.7 | 573.9 | 561.1 |

## Key Assumptions and Ratios:

| | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 |
|---|---|---|---|---|---|---|---|---|
| Current Ratio | 0.5 | 1.2 | 1.1 | 1.2 | 0.7 | 0.7 | 0.9 | 1.6 |
| Cash as % of Tang. Assets | 19% | 41% | 39% | 41% | 16% | 16% | 35% | 35% |
| Accounts Receivable DSO | 34 | 36 | 34 | 32 | 44 | 37 | 38 | 37 |
| Cash and Securities/Share | $1.54 | $4.34 | $4.30 | $4.61 | $2.51 | $2.24 | $5.51 | $5.43 |
| Increase in Deferred Rev | 13.3% | 4.2% | -1.0% | -0.9% | 15.9% | 3.0% | 0.4% | 0.9% |

2/7/19

CONFIDENTIAL

CARB-00004210



Battle Road Research provides fund managers and analysts with an independent voice on technology and consumer stocks. Our research process combines rigorous financial analysis with insights gleaned from industry sources. We present our findings in straight-forward Buy, Hold, or Sell research reports. In addition, we publish *The Battle Road IPO Review,* a monthly screen for new ideas from a universe of more than 200 growth-oriented IPOs of the last ten years.

Since our founding in October, 2001 we have refrained from investment banking, company consulting, company-paid reports, and personal investment in the stocks we research. *Visit us on the web at www.battleroad.com & www.battleroadipodreview.com.*

**Battle Road Research • 114 Waltham Street • Lexington, MA • 781-863-2300**

CONFIDENTIAL

CARB-00004211