# EXHIBIT 47

*Craig-Hallum Capital Group LLC analyst report 2/08/2019*



## CRAIG-HALLUM
CAPITAL GROUP LLC

**Chad Bennett**
Senior Research Analyst
612-334-6366
chad.bennett@craig-hallum.com

www.craig-hallum.com

| Changes | Previous | Current |
|---|---|---|
| Rating: | - | Buy |
| Fundamental Trend: | - | Improving |
| Price Target: | $40 | $38 |
| FY19E Rev M: | $336.5 | $500.4 |
| FY20E Rev M: | $366.8 | $611.7 |
| FY19E EPS: | $1.90 | $1.70 |
| FY20E EPS: | $2.26 | $2.53 |

| Profile | | |
|---|---|---|
| Price: | | $29.30 |
| 52 Wk Range: | $20.50 | - $43.63 |
| Avg Daily Vol: | | 288K |
| Shares Out M: | | 37.3M |
| Market Cap M: | | $1,093M |
| Insiders Own: | | 6.89% |
| Shares Short: | | 3.3M |
| Tang ble BV/Sh: | | ($0.44) |
| BV/Sh: | | $7.64 |
| Est LT EPS Gr: | | 15% |
| Net Cash/Sh: | | $2.19 |
| Debt $M: | | $118.3M |
| Year Ends: | | Dec |

| Rev (M) | 2018 | 2019E | 2020E |
|---|---|---|---|
| Mar | $64.9 | $77.9 | - |
| Jun | 79.8 | 135.8 | - |
| Sep | 79.1 | 142.4 | - |
| Dec | 78.0 | 144.4 | - |
| FY | $302.0 | $500.4 | $611.7 |

| EPS | 2018 | 2019E | 2020E |
|---|---|---|---|
| Mar | $0.27 | $0.39 | - |
| Jun | 0.45 | 0.34 | - |
| Sep | 0.48 | 0.44 | - |
| Dec | 0.45 | 0.53 | - |
| FY | $1.67 | $1.70 | $2.53 |
| | | | |
| FY P/E | 17.54x | 17.23x | 11.58x |

| Management | |
|---|---|
| CEO | Mohamad Ali |
| CFO | Anthony Folger |

**February 8, 2019**
**Institutional Research**

### Carbonite, Inc.                                    BUY
(CARB – $29.30)                          Price Target: $38

**End Of Year In-Line With Webroot Deal Announced. Maintaining BUY Rating, But Lowering Price Target To $38.**

*CARB is a provider of cloud backup and restore solutions for SMBs and individuals.*

## OUR CALL

The announcement of the largest acquisition in the company's history stole the show on the quarterly results call. CARB has been on the hunt for a security offering to fill a noticeable gap in its portfolio for some time, and Webroot seems to be the perfect fit. The convergence of data back-up and security has been developing for some time and we believe this was a necessary move for the company. Webroot's end-point management security offering fits nicely with CARB's end-point back-up business with no customer or channel overlap. It should be accretive out of the gate layering on over $200 million of recurring cloud subscription revenue. Webroot's business is split between Consumer (60%) and Business (40%), with the business segment growing 30%, and the consumer mid-single digits. The company laid out $20 million in cost synergies to be realized over the next couple years and $50 million of revenue synergies.

While investors may need to digest the size of the acquisition and leverage used to finance the deal, we believe this management team has a proven track record of executing and outperforming on M&A over a number of years. The combination of the company becoming a taxpayer and additional costs related to the debt will more than offset the earnings accretion associated with the acquisition in FY19. However, FY20 will receive a full year of cost synergies and the initial impact of revenue synergies which should drive meaningful earnings power.

We are maintaining our BUY rating and lowering our target to $38 which represents ~15x our FY20 EPS estimate.



## WEBROOT TRANSACTION DETAILS

Webroot quick facts:

- Leading cloud and subscription based threat protection and cybersecurity platform for the consumer and MSP/SMB.

- ~$215M in revs during FY'18 (Jun year-end).

- Growing Business/Consumer segment split of 40/60.

- AI & ML endpoint protection.

The deal is expected to close within Q1'19, and is valued at ~$618.5 million. It will be financed by current cash and ~$550M in fully-committed financing @ ~6.5%. An initial net leverage ratio after the close is expected to be around ~4.3x, and CARB notes a quick de-leverage plan.

The addition of Webroot is expected to be accretive to EBITDA, EPS, and cash flow from the start. Potential synergies of ~$50M towards revenue over the next 5 years, and cost savings of ~$20M during the next 3 years were also noted. We believe Webroot's end-point security technology fills a material product gap for CARB. The end-point back-up and security market is converging, and customers are demanding an all-in one offering. There is no customer or channel overlap, with the potential for material revenue synergies in both channels. Webroot's business segment grew 30% last year with consumer growing 6%. Webroot's GM in the mid-80's, and should be nicely accretive to CARB.

We calculate the deal to be very cheap for a growing SaaS security platform @ ~2.5x forward EV/Revs, with Webroot at a ~$245M annualized rev run rate.



Opportunity for Integrated Offering Targeting Broader Market

*Source  Carbonite Inc.*

Management has stated that M&A is a focus, and the Webroot deal should come as no surprise given CARB's history as highlighted below:

---



**February 8, 2019**

## Successful Acquisition and Integration Track Record
M&A continues to be core competency





*Source  Carbonite Inc*

## GUIDANCE

Management announced Q1'19 and FY'19 guidance figures as shown below:

Q1'19: Total revenue of $77.0M-$78.0M, with adjusted EBITDA of $20.0M-$21.5M.

FY'19: Total revenue of $488M-$502M, with adjusted EBITDA of $129.0M-$134.0M. We feel this full year outlook is fairly conservative even with CARB's core growth appearing to slow. The guide implies very nominal Webroot growth.

## INVESTMENT HIGHLIGHTS

Revenue for both the 4th quarter and full year came in slightly below our estimates, while EPS came in slightly above.

|  | Q4'18 A | | FY'18 A | |
|---|---|---|---|---|
|  | Revenue(M) | EPS | Revenue(M) | EPS |
| Actual | $78.0 | $0.45 | $302.0 | $1.67 |
| CH-Previous Est. | $79.8 | $0.43 | $303.6 | $1.65 |
| Previous Consensus Est. | $79.9 | $0.42 | $79.9 | $0.42 |

*Source: Company Reports; FactSet; C-H Estimates*

*EPS figures are non-GAAP*

~$21M in share repurchases, with a mentioned pause to focus on Webroot acquisition and de-leverage plans.

The Mozy integration and growth was in-line with expectations.

---

**Carbonite, Inc.**
**Institutional Research**



## QUARTERLY RESULTS

|  | Actual | Estimate | Comments |
|---|---|---|---|
| Revenues | $78 0 | $79 8 | Subscription growth slowed |
| Gross Margin | 77 9% | 77 3% | |
| OPEX | $43 7 | $43 0 | All 3 categories slightly higher than our estimates |
| Operating Margin | 22 0% | 23 3% | |
| EPS | $0 45 | $0 43 | |

## ESTIMATE CHANGES

Our estimates are changing as shown in the table below. The Webroot acquisition is reflected in both FY'19 & 20 estimates, with the near term EPS growth moderation due to the debt and tax increases.

|  | Q1'19 E | | FY'19 E | | FY'20 E | |
|---|---|---|---|---|---|---|
|  | Revenue(M) | EPS | Revenue(M) | EPS | Revenue(M) | EPS |
| CH-Previous Est. | $77.9 | $0.38 | $336.5 | $1.90 | $366.8 | $2.26 |
| CH-Revised Est. | $77.9 | $0.39 | $500.4 | $1.70 | $611.7 | $2.53 |
| Change in CH Est | $0.0 | $0.01 | $163.9 | ($0.20) | $244.9 | $0.27 |
| Previous Consensus Est. | $80.7 | $0.42 | $334.9 | $1.80 | $356.3 | $1.96 |

*Source: Company Reports; FactSet; C-H Estimates*
*EPS figures are non-GAAP*

## STOCK OPPORTUNITY

We are lowering our price target to $38, which represents ~15x our FY'20 EPS of $2.53.

## RISKS

We believe an investment in CARB involves the following risks:

**Competition**: CARB operates in a rapidly evolving market with a large number of competitors across data protection, disaster recovery, and storage industries. Many of these competitors have greater market presence or greater financial resources. If CARB is unable to compete effectively, financial results could suffer.

**Financial Risk**: If CARB is not able to grow revenues, margins, and profits as quickly as anticipated by the market, or if the company is not able to sustain profitability and positive cash flow, the stock will suffer.

**Technology Risk**: CARB's industry evolves rapidly and their product innovation must keep pace in order to retain and grow their customer base and pricing power. Additionally, new product development must be effective and well-received by customers or financial results will suffer.

**Security Risk:** CARB systems store important customer information; if their systems are breached and the information stolen, company reputation and business may be harmed and/or CARB may be subject to liability.

**Acquisition Risk**: CARB has made acquisitions in the past and may continue to do so in the future. If these acquisitions do not drive financial benefits expected, the stock could suffer.



Case 1:19-cv-11662-LTS   Document 134-47   Filed 06/02/23   Page 6 of 8

| **Income Statement** | Q1 3/31/2018 | Q2 6/30/2018 | Q3 9/30/2018 | Q4 12/31/2018 | **FY'18** | Q1E 3/31/2019 | Q2E 6/30/2019 | Q3E 9/30/2019 | Q4E 12/31/2019 | **FY'19** | **FY'20** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | 64,908 | 79,850 | 79,109 | 78,032 | 301,899 | 77,890 | 135,745 | 142,396 | 144,359 | 500,390 | 611,667 |
| Cost of Revenues | 18,312 | 23,057 | 21,828 | 22,186 | 85,383 | 17,136 | 27,828 | 27,055 | 25,263 | 97,282 | 110,012 |
| **Gross Profit** | 49,400 | 61,534 | 62,018 | 60,811 | 233,763 | 60,754 | 107,917 | 115,341 | 119,096 | 403,108 | 501,655 |
| Research & Development | 11,797 | 14,670 | 13,889 | 13,770 | 54,126 | 13,319 | 27,149 | 27,767 | 28,150 | 96,385 | 105,424 |
| General & Administrative | 8,829 | 8,599 | 8,273 | 8,193 | 33,894 | 8,568 | 14,932 | 14,952 | 13,714 | 52,166 | 58,195 |
| Sales & Marketing | 19,218 | 21,268 | 20,291 | 21,700 | 82,477 | 21,809 | 37,330 | 39,159 | 38,977 | 137,275 | 164,230 |
| Adj. Total OPEX | 39,844 | 44,537 | 42,453 | 43,663 | 170,497 | 43,696 | 79,411 | 81,878 | 80,841 | 285,826 | 327,850 |
| **Income/(Loss) from Operations** | 9,556 | 16,997 | 19,565 | 17,148 | 63,266 | 17,058 | 28,506 | 33,463 | 38,255 | 117,283 | 173,805 |
| Interest & Other | (2,345) | (3,068) | (2,630) | (1,409) | (9,452) | (1,400) | (9,000) | (9,000) | (9,000) | (28,400) | (36,000) |
| Income/(Loss) before Tax | (5,271) | (3,349) | 1,686 | 1,149 | (5,785) | 11,308 | 15,056 | 19,913 | 24,630 | 70,908 | 129,005 |
| Provision (Benefit) for Tax | (17,215) | 2,338 | 1,100 | 430 | (13,347) | 1,365 | 7,127 | 8,366 | 9,564 | 26,421 | 43,451 |
| Net Income/(Loss) | 8,124 | 14,176 | 17,572 | 16,244 | 56,036 | 14,293 | 12,380 | 16,097 | 19,691 | 62,462 | 94,354 |
| **Diluted EPS** | **$0.27** | **$0.45** | **$0.48** | **$0.45** | **$1.67** | **$0.39** | **$0.34** | **$0.44** | **$0.53** | **$1.70** | **$2.53** |
| Diluted S/O | 30,044 | 31,718 | 36,454 | 36,374 | 33,648 | 36,524 | 36,724 | 36,924 | 37,124 | 36,824 | 37,249 |

| % Growth | 3/31/2018 | 6/30/2018 | 9/30/2018 | 12/31/2018 | FY'18 | 3/31/2019 | 6/30/2019 | 9/30/2019 | 12/31/2019 | FY'19 | FY'20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 9 9% | 30.7% | 25.4% | 24.2% | 22.7% | **20.0%** | **70.0%** | **80.0%** | **85.0%** | 65.7% | 22.2% |
| Gross Profit | 13.3% | 35.9% | 28.7% | 24.8% | 25.8% | 23.0% | 75.4% | 86.0% | 95.8% | 72.4% | 24.4% |
| Total OPEX | -1.8% | 9.4% | 7.0% | 12.7% | 6.8% | 9.7% | 78.3% | 92.9% | 85.1% | 67.6% | 14.7% |
| Income/(Loss) from Operations | 213.7% | 271.1% | 129.7% | 71.5% | 142.0% | 78.5% | 67.7% | 71.0% | 123.1% | 85.4% | 48.2% |
| Net Income/(Loss) | 221.2% | 233.3% | 140.9% | 85.5% | 145.4% | 75.9% | -12.7% | -8.4% | 21.2% | 11.5% | 51.1% |

| % of Revenues | 3/31/2018 | 6/30/2018 | 9/30/2018 | 12/31/2018 | FY'18 | 3/31/2019 | 6/30/2019 | 9/30/2019 | 12/31/2019 | FY'19 | FY'20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost of Revenues | 28.2% | 28.9% | 27.6% | 28.4% | 28.3% | 22.0% | 20.5% | 19.0% | 17.5% | 19.4% | 18.0% |
| Gross Profit | 76.1% | 77.1% | 78.4% | 77.9% | 77.4% | **78.0%** | **79.5%** | **81.0%** | **82.5%** | 80.6% | 82.0% |
| Adj. Research & Development | 18.2% | 18.4% | 17.6% | 17.6% | 17.9% | **17.1%** | **20.0%** | **19.5%** | **19.5%** | 19.3% | 17.2% |
| Adj. General & Administrative | 13.6% | 10.8% | 10.5% | 10.5% | 11.2% | **11.0%** | **11.0%** | **10.5%** | **9.5%** | 10.4% | 9 5% |
| Adj. Sales & Marketing | 29.6% | 26.6% | 25.6% | 27.8% | 27.3% | **28.0%** | **27.5%** | **27.5%** | **27.0%** | 27.4% | 26.8% |
| Total OPEX | 61.4% | 55.8% | 53.7% | 56.0% | 56.5% | 56.1% | 58.5% | 57.5% | 56.0% | 57.1% | 53.6% |
| Income/(Loss) from Operations | 14.7% | 21.3% | 24.7% | 22.0% | 21.0% | 21.9% | 21.0% | 23.5% | 26.5% | 23.4% | 28.4% |
| Net Income/(Loss) | 12.5% | 17.8% | 22.2% | 20.8% | 18.6% | 18.4% | 9 1% | 11.3% | 13.6% | 12.5% | 15.4% |



Case 1:19-cv-11662-LTS    Document 134-47    Filed 06/02/23    Page 7 of 8

| Balance Sheet | 3/31/2018 | 6/30/2018 | 9/30/2018 | 12/31/2018 | FY18 |
|---|---|---|---|---|---|
| Cash & Equivalents | 71,009 | 70,982 | 200,981 | 198,087 | 198,087 |
| A/R | 31,159 | 32,078 | 32,582 | 31,569 | 31,569 |
| Prepaid Expense & Other | 8,680 | 10,620 | 10,059 | 10,409 | 10,409 |
| Total Current Assets | 110,848 | 113,680 | 243,622 | 240,065 | 240,065 |
| PP&E | 38,622 | 36,587 | 35,436 | 34,101 | 34,101 |
| Other Assets | 10,844 | 12,337 | 13,072 | 13,876 | 13,876 |
| Acquired Intangibles | 138,595 | 134,770 | 126,501 | 117,963 | 117,963 |
| Goodwill | 157,215 | 155,341 | 155,258 | 155,086 | 155,086 |
| **Total Assets** | **456,124** | **452,715** | **573,889** | **561,091** | **561,091** |
| A/P | 9,561 | 5,820 | 4,074 | 2,114 | 2,114 |
| Accrued Expense | 25,165 | 28,911 | 25,246 | 27,464 | 27,464 |
| Short Term Debt | | | 116,640 | | 0 |
| Current Deferred Revenue | 116,859 | 121,032 | 121,270 | 121,553 | 121,553 |
| Total Current Liabilities | 151,585 | 155,763 | 267,230 | 151,131 | 151,131 |
| Long-Term Deferred Revenue | 27,467 | 27,682 | 28,044 | 29,151 | 29,151 |
| Long-Term Debt | 203,398 | 194,992 | | 118,305 | 118,305 |
| Other LT Liabilities | 6,230 | 5,876 | 5,686 | 5,294 | 5,294 |
| **Total Liabilities** | **388,680** | **384,313** | **300,960** | **303,881** | **303,881** |
| Total Equity | 67,444 | 68,402 | 272,929 | 257,210 | 257,210 |
| **Liabilities & Equity** | **456,124** | **452,715** | **573,889** | **561,091** | **561,091** |



**February 8, 2019**

## REQUIRED DISCLOSURES



*Source: FactSet*

Initiate:  March 16, 2017 – Rating: Buy – Price Target: $30
May 8, 2018 – Rating: Buy – Price Target: $40
August 3, 2018 – Rating: Buy – Price Target: $45
November 2, 2018 – Rating Buy – Price Target: $40
February 8, 2019- Rating Buy – Price Target: $38

**Ratings definitions:**
**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price.  **Hold** rated stocks generally have twelve month price targets near the current price.  **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**
**Improving** means growth rates of key business metrics are generally accelerating.  **Stable** means growth rates of key business metrics are generally steady.  **Mixed** means growth rates of some key business metrics are positive but others are negative.  **Declining** means growth rates of key business metrics are generally decelerating.

**Ratings Distribution (12/31/2018)**

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 77% | 18% |
| Hold | 22% | 2% |
| Sell | 1% | 0% |
| Total | 100% | 14% |

**Information about valuation methods and risks can be found in the "STOCK OPPORTUNITY" and "RISKS" sections, respectively, of this report.**

CHLM makes a market in this security.

CHLM has managed or co-managed an offering of securities for the subject company in the last 12 months.  CHLM has received investment banking revenue from the subject company in the last 12 months.  CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business.  Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may affect transactions as principal or agent in the securities mentioned herein.  The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, Chad Bennett, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer.  No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.