# EXHIBIT 49

*JMP Securities LLC analyst report
2/08/2019*

**Cybersecurity, Data Management & IT Infrastructure | Estimate Changes**
February 8, 2019



## Carbonite, Inc. (CARB)
Trims 1Q19 Outlook & Acquires Webroot to Combine Cloud Backup with Endpoint Security

**MARKET OUTPERFORM**
Price: $29.30
Price Target: $44.00

### INVESTMENT HIGHLIGHTS

- **We maintain our Market Outperform rating and $44 price target after Carbonite reported 4Q18 results below consensus on revenue, but higher-than-consensus EPS, and guided slightly below consensus for 1Q19, leading the stock to trade down ~7% in the aftermarket.** The company also announced plans to acquire endpoint security vendor Webroot. Carbonite reported EPS of $0.45 (JMP/consensus $0.42) on revenues of $78M (JMP/consensus $80M), and guided to 1Q18 revenues of $77-$78M (prior JMP $78M; consensus $81M). It also reported bookings of $79M (JMP $77M).

- The company reported gross margins of 77.9%, 40 bps above the consensus expectation. It also posted operating margins of 21.7%, 110 bps below consensus.

- Two key points we take away from the call:
  - Webroot is approximately three-quarters the size of Carbonite, and we view the acquisition favorably as the products and target customers fit logically with CARB's business. Carbonite is paying $619M in cash, which represents a valuation of approximately 2.6x CY19 revenues. We view this as an attractive valuation and believe the acquisition will be accretive. The deal is expected to close by the end of 1Q19.
  - 4Q18 revenues were below expectations and management guided 1Q19 and FY19 revenues below consensus due to slower demand in the company's enterprise subscription business. It was the second consecutive quarter the company disappointed on revenues.

- We view CARB shares as undervalued, currently trading in the aftermarket at an EV of 2.7x our CY20E sales estimate, whereas our $44 price target represents 3.7x our CY20E sales, the same valuation as prior to the acquisition, and a discount to peers on a growth-adjusted basis.

**Erik Suppiger**
esuppiger@jmpsecurities.com
(415) 835-3918

**Michael Berg**
mberg@jmpsecurities.com
(415) 835-3914

### MARKET DATA

| | |
|---|---|
| Price | $29.30 |
| 52-Week Range: | $20.50 - $43.63 |
| Shares Out. (M): | 36.5 |
| Market Cap ($M): | $1,069.5 |
| Average Daily Vol. (000): | 389.0 |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $64.9 | $77.6 | $143.6 |
| | 2Q | $79.8 | $137.2 | $146.8 |
| | 3Q | $79.1 | $137.9 | $147.4 |
| | 4Q | $78.0 | $142.5 | $151.4 |
| | **FY** | **$301.9** | **$495.3** | **$589.2** |
| EPS | 1Q | $0.27 | $0.42 | $0.52 |
| | 2Q | $0.45 | $0.42 | $0.56 |
| | 3Q | $0.48 | $0.44 | $0.54 |
| | 4Q | $0.45 | $0.50 | $0.61 |
| | **FY** | **$1.66** | **$1.78** | **$2.22** |
| | P/E | 17.7x | 16.5x | 13.2x |
| Previous FY | | $1.63 | $1.82 | $1.95 |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE





FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.
This report should be read in conjunc ion with important disclosure information, including an attesta ion under Regulation Analyst certification.

**Carbonite, Inc. (CARB)**



### FIGURE 1. Variance Table

| F3Q18 | Guidance*** | JMP Estimates** | Consensus | Actual |
|---|---|---|---|---|
| Billings ($M) | | $77.2 | $75.3 | $78.8 |
| Revenue ($M) | $78.6-$81.6 | $79.9 | $79.9 | $78.0 |
| Gross Margin | | 77.0% | 77.5% | 77.9% |
| Op. Margin | | 23.0% | 22.8% | 21.7% |
| EPS | $0.40-$0.44 | $0.42 | $0.42 | $0.45 |

| F4Q18 | Guidance | JMP Estimates** | Consensus | Guidance vs Consensus* |
|---|---|---|---|---|
| Billings ($M) | | $77.6 | $84.7 | |
| Revenue ($M) | $77.0-$78.0 | $77.5 | $80.7 | -0.7% |
| Gross Margin | | 77.5% | 77.9% | |
| Op. Margin | | 23.8% | 23.0% | |
| EPS | | $0.42 | $0.42 | 0.0% |

*Calculated from midpoint
**Prior estimates

Source: JMP Securities LLC and Company Reports

### FIGURE 2. Historical Variance



Source: JMP Securities LLC and Company Reports

**Reduced outlook reflects slow enterprise demand, despite billings upside.** Carbonite reported EPS of $0.45 (JMP/consensus $0.42) on revenues of $78M (JMP/consensus $80M) and guided to 1Q18 revenues of $77-$78M (prior JMP $78M; consensus $81M). While bookings of $79M exceeded our estimate for $77M, management guided to 1Q19 revenues of $77-78M, below consensus of $80M and FY19 implied Carbonite revenue of approximately $317.5M, below consensus of $335M.

Carbonite, Inc. (CARB)



Management noted that 4Q18 revenues were impacted by back-end loaded linearity of orders, and that some large orders closed at the end of the quarter. We believe the linearity of the quarter reflects a slower demand environment than management anticipated, although it was able to find the needed orders at the end. Therefore, given the risk of distraction from the Webroot acquisition and the slower demand environment, we believe management felt it prudent to reduce expectations despite hitting its billings target for the quarter.

## KEY TAKEAWAYS

**Carbonite announced it is acquiring Webroot for $619M in cash and the acquisition is expected to close by the end of 1Q19.** Webroot is a 22-year old privately held company with revenues of $215M in FY18, which ended in June 2018.

### FIGURE 3.  Webroot Overview

>**14,000**
MSP Partners

>**300,000**
protected businesses

**Integrated**
with leading Remote Monitoring and Management ("RMM") vendors

**Company Highlights**
- Approximately $215m in FY 2018 revenue (FY ended June 30, 2018)
- Business (~40%) - Rapidly growing, driven by success with MSP and RMM channels
- Consumer (~60%) - Growing and profitable, driven by direct/online and through retail channel
- 600+ employees
- Global company headquartered in Broomfield, CO

**Competitive Offerings & Advantages**
- Threat intelligence services powered by millions of endpoints
- Endpoint and network protection
- Security awareness training
- Cloud-architected and fully-integrated platform
- Highly-automated and scaled 5th generation machine learning

Source: Company reports

Carbonite financed the acquisition with a $550M term loan at a rate of Libor + 3.75%, which currently translates to 6.5%.

Carbonite, Inc. (CARB)



**FIGURE 4. Transaction Overview**

| | |
|---|---|
| Value | • Transaction valued at approximately $618.5 million |
| Financing | • Financed by:<br>   – $550 million in fully committed term loan financing from Barclays, Citizens Bank, and RBC Capital Markets, LLC<br>   – Existing cash on hand<br>   – Aggressive de-levering plan through strong combined free cash flow |
| Accretive Following Close | • Immediately accretive on an earnings and cash flow basis |
| Timing and Approval | • Expected to close in Q1 2019<br>• Subject to the receipt of regulatory clearance and other customary closing conditions |
| Post-Close Structure | • John Post, Webroot's current Chief Financial Officer, will be taking general management responsibilities for the Webroot business upon the close of the transaction |

*Source: Company Reports*

After the acquisition, Carbonite will have total debt of $694M and cash of $90-100M, resulting in a net leverage ratio of approximately 4.3x, and the company expects to pay down the debt relatively aggressively.

**FIGURE 5. Transaction Synergies**



*Source: Company Reports*

Carbonite, Inc. (CARB)



**We view the acquisition favorably as it provides a strategic product portfolio, as well as complementary channels and customers.** Webroot's endpoint security solution provides endpoint protection and Carbonite's data protection provides back-up. Therefore, a customer using the combined products will be protected against attacks and protected if the attackers breach the endpoint protection, which is inevitable given today's sophisticated threat landscape. In light of the complementary nature of the products, Carbonite's management intends to develop a bundled offering in short order after the acquisition is completed, and it projects potential revenue synergies of $50M.

Both companies are cloud-centric and target the consumer and SMB markets. However, Webroot sells through retail and managed security service providers (MSSPs), whereas Carbonite sells through traditional VARs. Accordingly, we believe Webroot brings a large group of customers to Carbonite with relatively little overlap. We believe one of Webroot's top retail partners is Best Buy and the company has over 300,000 SME customers.

Webroot also offers a threat intelligence service by leveraging the data collected from its installed base of millions of endpoints. The company sells the threat intelligence to approximately 80 OEM partners, which we believe includes Cisco (CSCO, MP) and Palo Alto Networks (PANW, MO, $270 PT).

We also believe Webroot is attractive because the company is relatively profitable. Webroot has gross margins in excess of 80% and operating margins in excess of 19%. And while Carbonite has grown faster on an absolute basis, we believe Webroot is growing faster across its consumer and SMB markets on an organic basis.

**FIGURE 6.  Comparative Financials**

|  | Carbonite FY 2018 Ended 12/31/2018 | Webroot FY 2018 Ended 6/30/2018* |
|---|---|---|
| Consumer | +14% | +6% |
| Business | +27% | +30% |
| **Total Growth** | **+23%** | **+14%** |
| **Operating Margin** | 21% | 19% |

Source: Company Reports

Carbonite, Inc. (CARB)



## FIGURE 7. Income Statement

| FY Ending Dec 31 | FY2017 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | FY2018 | Mar-19E | Jun-19E | Sep-19E | Dec-19E | FY2019E | Mar-20E | Jun-20E | Sep-20E | Dec-20E | FY2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Billings** | $245,864 | $67,588 | $81,786 | $78,795 | $78,871 | $307,040 | $79,265 | $138,714 | $140,795 | $142,907 | $501,682 | $145,051 | $147,226 | $149,435 | $151,676 | $593,388 |
| *QoQ Change* | | *12.3%* | *21.0%* | *-3.7%* | *0.1%* | | *0.5%* | *75.0%* | *1.5%* | *1.5%* | | *1.5%* | *1.5%* | *1.5%* | *1.5%* | |
| *YoY Change* | *17.5%* | *8.8%* | *28.0%* | *32.1%* | *31.1%* | *24.9%* | *17.3%* | *69.6%* | *78.7%* | *81.2%* | *63.4%* | *83.0%* | *6.1%* | *6.1%* | *6.1%* | *18.3%* |
| **Consumer Billings** | 81,747 | 21,988 | 27,000 | 25,300 | 23,925 | 98,213 | 23,303 | 58,103 | 58,684 | 59,271 | 199,361 | 59,864 | 60,462 | 61,067 | 61,677 | 243,070 |
| *QoQ Change* | | *13.9%* | *22.8%* | *-6.3%* | *-5.4%* | | *-2.6%* | *149.3%* | *1.0%* | *1.0%* | | *1.0%* | *1.0%* | *1.0%* | *1.0%* | |
| *YoY Change* | *-3.7%* | *-0.3%* | *29.2%* | *29.7%* | *24.0%* | *20.1%* | *6.0%* | *115.2%* | *132.0%* | *147.7%* | *103.0%* | *156.0%* | *4.1%* | *4.1%* | *4.1%* | *21.9%* |
| **SMB Billings** | 164,117 | 45,600 | 54,786 | 53,495 | 54,946 | 208,827 | 55,962 | 80,611 | 82,111 | 83,636 | 302,321 | 85,187 | 86,764 | 88,368 | 89,999 | 350,318 |
| *QoQ Change* | | *11.6%* | *20.1%* | *-2.4%* | *2.7%* | | *1.8%* | *44.0%* | *1.9%* | *1.9%* | | *1.9%* | *1.9%* | *1.8%* | *1.8%* | |
| *YoY Change* | *32.0%* | *13.8%* | *27.4%* | *33.2%* | *34.4%* | *27.2%* | *22.7%* | *47.1%* | *55.5%* | *52.2%* | *44.8%* | *52.2%* | *7.6%* | *7.6%* | *7.6%* | *15.9%* |
| **Total Revenue** | $246,090 | $64,908 | $79,850 | $79,109 | $78,032 | $301,899 | $77,642 | $137,195 | $137,903 | $142,539 | $495,278 | $143,631 | $146,754 | $147,426 | $151,384 | $589,195 |
| *QoQ Change* | | *3.5%* | *23.0%* | *-0.9%* | *-1.4%* | | *-0.5%* | *76.7%* | *0.5%* | *3.4%* | | *0.8%* | *2.2%* | *0.5%* | *2.7%* | |
| *YoY Change* | *17.6%* | *9.9%* | *30.7%* | *25.4%* | *24.2%* | *22.7%* | *19.6%* | *71.8%* | *74.3%* | *82.7%* | *64.1%* | *85.0%* | *7.0%* | *6.9%* | *6.2%* | *19.0%* |
| **Carbonite Revenue** | $246,090 | $64,908 | $79,850 | $79,109 | $78,032 | $301,899 | $77,642 | $79,195 | $78,403 | $81,539 | $316,778 | $81,131 | $82,754 | $81,926 | $84,384 | $330,195 |
| *QoQ Change* | | *3.5%* | *23.0%* | *-0.9%* | *-1.4%* | | *-0.5%* | *2.0%* | *-1.0%* | *4.0%* | | *-0.5%* | *2.0%* | *-1.0%* | *3.0%* | |
| *YoY Change* | *17.6%* | *9.9%* | *30.7%* | *25.4%* | *24.2%* | *22.7%* | *19.6%* | *-0.8%* | *-0.9%* | *4.5%* | *4.9%* | *4.5%* | *4.5%* | *4.5%* | *3.3%* | *4.2%* |
| **Webroot Revenue (estimate)** | | $64,250 | $65,250 | $66,000 | $66,750 | $222,250 | $57,500 | $58,000 | $59,500 | $61,000 | $178,500 | $62,500 | $64,000 | $65,500 | $67,000 | $259,000 |
| *QoQ Change* | | | | | | | | *0.9%* | *2.6%* | *2.5%* | | *2.5%* | *2.4%* | *2.3%* | *2.3%* | |
| *YoY Change* | | | | | | | | | | | | | *10.3%* | *10.1%* | *9.8%* | |
| **Cost of Revenue** | $60,299 | $15,508 | $18,316 | $17,091 | $17,221 | $68,136 | $17,081 | $25,381 | $25,512 | $26,370 | $94,344 | $26,572 | $27,149 | $27,274 | $28,006 | $109,001 |
| *Pct. Of Total Revenue* | *24.5%* | *23.9%* | *22.9%* | *21.6%* | *22.1%* | *22.6%* | *22.0%* | *18.5%* | *18.5%* | *18.5%* | *19.0%* | *18.5%* | *18.5%* | *18.5%* | *18.5%* | *18.5%* |
| **Gross Profit** | $185,791 | $49,400 | $61,534 | $79,109 | $60,811 | $233,763 | $60,561 | $111,814 | $112,391 | $116,169 | $400,934 | $117,059 | $119,604 | $120,152 | $123,378 | $480,194 |
| *Gross Margin* | *75.5%* | *76.1%* | *77.1%* | *78.4%* | *77.9%* | *77.4%* | *78.0%* | *81.5%* | *81.5%* | *81.5%* | *81.0%* | *81.5%* | *81.5%* | *81.5%* | *81.5%* | *81.5%* |
| **Sales and Marketing** | $86,493 | $19,218 | $21,268 | $20,291 | $21,700 | $82,477 | $21,900 | $39,900 | $41,400 | $42,150 | $145,350 | $42,150 | $42,150 | $43,650 | $43,650 | $171,600 |
| *Pct. Of Total Revenue* | *35.1%* | *29.6%* | *26.6%* | *25.6%* | *27.8%* | *27.3%* | *28.2%* | *29.1%* | *30.0%* | *29.6%* | *29.3%* | *29.3%* | *28.7%* | *29.6%* | *28.8%* | *29.1%* |
| **Research and Development** | $42,942 | $11,797 | $14,670 | $13,889 | $13,770 | $54,126 | $12,770 | $26,270 | $24,270 | $25,070 | $88,380 | $25,070 | $26,270 | $26,470 | $26,670 | $104,480 |
| *Pct. Of Total Revenue* | *17.4%* | *18.2%* | *18.4%* | *17.6%* | *17.6%* | *17.9%* | *16.4%* | *19.1%* | *17.6%* | *17.6%* | *17.8%* | *17.5%* | *17.9%* | *18.0%* | *17.6%* | *17.7%* |
| **General and Administrative** | $30,213 | $8,829 | $8,599 | $8,273 | $8,372 | $34,073 | $8,372 | $15,372 | $15,372 | $15,372 | $54,488 | $15,372 | $15,372 | $15,372 | $15,372 | $61,488 |
| *Pct. Of Total Revenue* | *12.3%* | *13.6%* | *10.8%* | *10.5%* | *10.7%* | *11.3%* | *10.8%* | *11.2%* | *11.1%* | *10.8%* | *11.0%* | *10.7%* | *10.5%* | *10.4%* | *10.2%* | *10.4%* |
| **Total Operating Expenses** | $159,648 | $39,844 | $44,537 | $42,453 | $43,842 | $170,676 | $43,042 | $81,542 | $81,042 | $82,592 | $288,218 | $82,592 | $83,792 | $85,492 | $85,692 | $337,568 |
| *Pct. Of Total Revenue* | *64.9%* | *61.4%* | *55.8%* | *53.7%* | *56.2%* | *56.5%* | *55.4%* | *59.4%* | *58.8%* | *57.9%* | *58.2%* | *57.5%* | *57.1%* | *58.0%* | *56.6%* | *57.3%* |
| **Operating Income** | $26,143 | $9,556 | $16,997 | $19,565 | $16,969 | $63,087 | $17,519 | $30,272 | $31,349 | $33,577 | $112,716 | $34,467 | $35,812 | $34,660 | $37,686 | $143,626 |
| *Operating Margin* | *10.6%* | *14.7%* | *21.3%* | *24.7%* | *21.7%* | *20.9%* | *22.6%* | *22.1%* | *22.7%* | *23.6%* | *22.8%* | *24.0%* | *24.4%* | *23.5%* | *24.9%* | *24.2%* |
| **Interest and other income (expense)** | ($1,180) | ($802) | ($1,510) | ($1,019) | $223 | ($3,108) | ($900) | ($10,000) | ($9,600) | ($9,200) | ($29,700) | ($8,800) | ($8,400) | ($8,000) | ($7,600) | ($32,800) |
| **Pre-Tax Earnings** | $24,963 | $8,754 | $15,487 | $18,546 | $17,192 | $59,979 | $16,619 | $20,272 | $21,749 | $24,377 | $83,016 | $25,667 | $27,412 | $26,660 | $30,086 | $109,826 |
| *EBT Margin* | *10.1%* | *13.5%* | *19.4%* | *23.4%* | *22.0%* | *19.9%* | *21.4%* | *14.8%* | *15.8%* | *17.1%* | *16.8%* | *17.0%* | *18.7%* | *18.1%* | *19.9%* | *18.0%* |
| **(Benefit) provision for income tax** | $2,130 | $630 | $1,311 | $1,226 | $948 | $4,115 | $1,329 | $5,068 | $5,437 | $6,094 | $17,929 | $6,417 | $6,853 | $6,665 | $7,521 | $27,457 |
| *Tax Rate* | *8.5%* | *7.2%* | *8.5%* | *6.6%* | *5.5%* | *6.0%* | *8.0%* | *25.0%* | *25.0%* | *25.0%* | *21.6%* | *25.0%* | *25.0%* | *25.0%* | *25.0%* | *25.0%* |
| **Non-GAAP Net Income** | $22,833 | $8,124 | $14,176 | $17,320 | $16,244 | $55,864 | $15,289 | $15,204 | $16,312 | $18,283 | $65,087 | $19,251 | $20,559 | $19,995 | $22,564 | $82,370 |
| *Net Margin* | *9.3%* | *12.5%* | *17.8%* | *21.9%* | *20.8%* | *18.5%* | *19.7%* | *11.1%* | *11.8%* | *12.8%* | *13.1%* | *13.4%* | *14.0%* | *13.6%* | *14.9%* | *14.0%* |
| **Diluted EPS (Recurring)** | $0.79 | $0.27 | $0.45 | $0.48 | $0.45 | $1.66 | $0.42 | $0.42 | $0.44 | $0.50 | $1.78 | $0.52 | $0.56 | $0.54 | $0.61 | $2.22 |
| **Diluted Shares Outstanding** | 28,907 | 30,044 | 31,718 | 36,454 | 36,374 | 33,648 | 36,474 | 36,574 | 36,674 | 36,774 | 36,624 | 36,874 | 36,974 | 37,074 | 37,174 | 37,024 |

| Balance Sheet Items | | | | |
|---|---|---|---|---|
| | Mar-18 | Jun-18 | Sep-18 | Dec-18 |
| A/R DSOs | 44 | 37 | 38 | 37 |
| Cash/Share | $2.36 | $2.24 | $5.51 | $3.45 |
| Working Capital | (40,737) | (42,083) | (23,608) | 88,934 |
| | | | | |
| Cash and Cash Equivalents | 71,009 | 70,982 | 200,981 | 198,087 |
| Accounts Receivable | 31,159 | 32,078 | 32,582 | 31,569 |
| Total Current Assets | 110,848 | 113,680 | 243,622 | 240,065 |
| Net PP&E | 38,622 | 36,587 | 35,436 | 34,101 |
| Total Assets | 456,124 | 452,715 | 573,889 | 561,091 |
| Accounts Payable | 9,561 | 5,820 | 4,074 | 2,114 |
| ST Deferred Revenue | 116,859 | 121,032 | 116,640 | 121,553 |
| Total Current Liabilities | 151,585 | 155,763 | 267,230 | 151,131 |
| LT Deferred Revenue | 27,467 | 27,682 | 28,044 | 29,151 |
| LT Debt | 203,398 | 194,992 | 0 | 118,305 |
| Total Liabilities | 388,680 | 384,313 | 300,960 | 303,881 |

*Source: JMP Securities LLC and Company Reports*

Carbonite, Inc. (CARB)

## FIGURE 8.  Revenue Breakout

| FY Ending Dec 31 | FY2014 | FY2015 | Mar-16 | Jun-16 | Sep-16 | Dec-16 | FY2016 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | FY2017 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | FY2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Bookings** | $128,184 | $144,106 | $52,315 | $53,693 | $49,238 | $54,038 | $209,284 | $62,122 | $63,900 | $59,665 | $60,177 | $245,864 | $67,588 | $81,786 | $78,795 | $78,871 | $307,040 |
| | | | | | | | | | | | | | | | | | |
| **Total Revenue** | $122,620 | $136,616 | $48,678 | $54,235 | $52,484 | $53,903 | $209,300 | $59,087 | $61,079 | $63,102 | $62,822 | $246,090 | $64,908 | $79,850 | $79,109 | $78,032 | $301,899 |
| *QoQ Change* | | | 39% | 11% | -3% | 3% | | 10% | 3% | 3% | 0% | | 3% | 23% | -1% | -1% | |
| *YoY Change* | | 11% | 47% | 60% | 52% | 54% | 53% | 21% | 13% | 20% | 17% | 18% | 10% | 31% | 25% | 24% | 23% |
| | | | | | | | | | | | | | | | | | |
| **Bookings Breakout** | | | | | | | | | | | | | | | | | |
| **Consumer** | | 89,635 | 22,950 | 21,398 | 20,426 | 20,138 | 84,912 | 22,047 | 20,900 | 19,500 | 19,300 | 81,747 | 21,988 | 27,000 | 25,300 | 23,925 | 98,213 |
| *QoQ Change* | | | | -7% | -5% | -1% | | 9% | -5% | -7% | -1% | | 14% | 23% | -6% | -5% | |
| *YoY Change* | | | | | | | -5% | -4% | -2% | -5% | -4% | -4% | 0% | 29% | 30% | | 20% |
| *Pct. Of Total Bookings* | | 62% | 69% | 39% | 39% | 37% | 41% | 35% | 34% | 31% | 31% | 33% | 33% | 34% | 32% | 31% | 32% |
| | | | | | | | | | | | | | | | | | |
| **SMB** | | 54,471 | 29,365 | 32,295 | 28,812 | 33,900 | 124,372 | 40,075 | 43,000 | 40,165 | 40,877 | 164,117 | 45,600 | 54,786 | 53,495 | 54,946 | 208,827 |
| *QoQ Change* | | | | 10% | -11% | 18% | | 18% | 7% | -7% | 2% | | 12% | 20% | -2% | 3% | |
| *YoY Change* | | | | | | | 128% | 36% | 33% | 39% | 21% | 32% | 14% | 27% | 33% | 70% | 27% |
| *Pct. Of Total Bookings* | | 38% | 56% | 60% | 59% | 63% | 59% | 65% | 67% | 67% | 68% | 67% | 67% | 67% | 68% | | 68% |
| *Subscription* | | | 24,300 | 24,500 | 23,400 | 26,100 | 98,300 | 27,300 | 29,300 | 27,600 | 30,000 | 114,200 | 32,200 | 43,400 | 43,900 | 44,200 | 163,700 |
| *QoQ Change* | | | | 1% | -4% | 12% | | 5% | 7% | -6% | 9% | | -72% | 35% | 1% | 1% | |
| *YoY Change* | | | | | | | | 12% | 20% | 18% | 15% | 16% | 18% | 48% | 59% | 47% | 43% |
| *Pct. Of SMB bookings* | | | 83% | 76% | 81% | 77% | 79% | 68% | 68% | 69% | 73% | 70% | 71% | 79% | 82% | 80% | 78% |
| *Non-subscription* | | | 5,065 | 7,795 | 5,412 | 7,800 | 26,072 | 12,775 | 13,700 | 12,565 | 10,877 | 49,917 | 13,400 | 11,386 | 9,595 | 10,746 | 45,127 |
| *QoQ Change* | | | | 54% | -31% | 44% | | 64% | 7% | -8% | -13% | | -73% | -15% | -16% | 12% | |
| *YoY Change* | | | | | | | | 152% | 76% | 132% | 39% | 91% | 5% | -17% | -24% | -1% | -10% |
| *Pct. Of SMB bookings* | | | 17% | 24% | 19% | 23% | 21% | 32% | 32% | 31% | 27% | 30% | 29% | 21% | 18% | 20% | 22% |

Source: JMP Securities LLC and Company Reports

JMP

**Carbonite, Inc. (CARB)**



## Company Description

Carbonite sells its data protection solutions into two distinct markets: consumer and SMB (small and medium-sized businesses). Carbonite has transformed itself into a leading provider of cloud-based data protection services for the SMB data protection market, a $10B market that has been severely disrupted. The company primarily targets cloud-based data protection, which is benefiting from several trends, including the rise of ransomware, the trend toward cloud, and the increasing need to reduce data center costs. With a focus on smaller businesses, we believe Carbonite is particularly well positioned, as we think momentum in cloud data protection will remain concentrated to the mid-market and below for the next couple years.

## Investment Risks

Public cloud competition. The trend toward hyperscale public clouds such AWS and Microsoft Azure is in full swing, as evidenced by the substantial revenues these businesses have amassed over the last few years. We think backup will continue to be a popular use case as SMBs and enterprises migrate more workloads to public cloud services, creating a formidable competitive threat to Carbonite.

Traditional competition. We believe the markets in which Carbonite competes are highly competitive. In the SMB space, there are several vendors targeting cloud backup and disaster recovery, making the market highly competitive. Carbonite is forced to compete with large vendors, such as EMC and Veritas, that serve a broad spectrum of customers, as well as established vendors that target the mid-size and small business customer, such as Barracuda Networks and Veeam. In addition, Carbonite competes directly with innovative and nimble startups, such as Zerto.

Sub-scale vendor in space ripe for consolidation. We believe the SMB and enterprise storage space will consolidate as enterprises seek to minimize the number of vendors managed. Particularly as enterprises move to hybrid cloud architectures, where the utilization of both on-premise and public cloud infrastructure exaggerate complexity, we believe there will be a need for more cohesion across infrastructure types, leading to vendor consolidation. Accordingly, we think there is a risk that Carbonite will struggle as a sub-scale vendor as SMBs and enterprises alike gravitate toward larger, all-in-one vendors.

Integration risk. While Carbonite has shown an ability to integrate acquisitions (e.g., EVault), part of our investment thesis is that the company will continue to realize synergies from the acquisitions, as well as other acquisitions, such as Double-Take Software. As with any acquisition, there are integration risks, particularly when the strategy includes cutting headcount and other costs out of the target organization. While we expect management to continue to execute well with integrating acquisitions, we acknowledge there is integration risk associated with Carbonite's previous acquisitions, as well as future acquisitions.

Execution risk with new management in place. While we view a refreshed management team as a key positive for the company, we acknowledge there is always risk associated with a new team. With four of the six management team members joining in 2016 or later, there is still a risk of execution challenges, potentially brought on by clashing management styles, or a lack of cohesion around the vision of the company.

**Carbonite, Inc. (CARB)**



## JMP FACTS AND DISCLOSURES

### Analyst Certification:

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Erik Suppiger and Michael Berg

### JMP Securities Disclosures:

JMP Securities currently makes a market in the securities of Carbonite, Inc., Cisco Systems, Inc. and Palo Alto Networks, Inc.

JMP Securities was manager or co-manager of a public offering of securities for Carbonite, Inc. (CARB) in the past 12 months, and received compensation for doing so.

JMP Securities expects to receive OR intends to seek compensation for investment banking services from Carbonite, Inc., Cisco Systems, Inc. and Palo Alto Networks, Inc. in the next 3 months.

### JMP Securities Investment Opinion Definitions:

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of February 8, 2019)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 244 | 58.10% | Buy | 244 | 58.10% | 66 | 27.05% |
| MARKET PERFORM | Hold | 139 | 33.10% | Hold | 139 | 33.10% | 22 | 15.83% |
| MARKET UNDERPERFORM | Sell | 5 | 1.19% | Sell | 5 | 1.19% | 0 | 0% |
| COVERAGE IN TRANSITION | | 31 | 7.38% | | 31 | 7.38% | 7 | 22.58% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 420 | 100% | | 420 | 100% | 95 | 22.62% |

### Stock Price Chart of Rating and Target Price Changes:

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.



Rating and Price Target History for: Carbonite, Inc. (CARB) as of 02-07-2019

Created by: BlueMatrix



Rating and Price Target History for: Cisco Systems, Inc. (CSCO) as of 02-07-2019

Created by: BlueMatrix

**Carbonite, Inc. (CARB)**





**Rating and Price Target History for: Palo Alto Networks, Inc. (PANW) as of 02-07-2019**

Created by: BlueMatrix

**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2019. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

**Carbonite, Inc. (CARB)**



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

## RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |

**Commercial & Specialty Finance**
| | |
|---|---|
| Christopher York | (415) 835-8965 |
| Thomas Wenk | (415) 835-8962 |

**Consumer Finance**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Jeff Zhang, CFA | (415) 835-8948 |

**Financial Processing & Outsourcing**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Jeff Zhang, CFA | (415) 835-8948 |

**Insurance**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Karol Chmiel | (312) 768-1786 |

**Investment Banks & Brokers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
| | |
|---|---|
| Steven C. DeLaney | (212) 906-3517 |
| Chris Muller | (212) 906-3559 |
| Trevor Cranston, CFA | (415) 869-4431 |
| Mikhail Goberman | (212) 906-3543 |

### HEALTHCARE

**Biopharma**
| | |
|---|---|
| Donald Ellis, PharmD | (212) 906-3507 |
| Naz bur Rahman | (212) 906-3519 |

**Biotechnology**
| | |
|---|---|
| Liisa A. Bayko | (312) 768-1785 |
| Jonathan Wolleben | (312) 768-1788 |
| Neil Panchal, MD | (312) 768-1795 |
| Jason N. Butler, PhD | (212) 906-3505 |
| Roy Buchanan | (212) 906-3509 |

**Healthcare Services & Facilities**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Jonathan Freed | (415) 835-8908 |

**Medical Devices & Supplies**
| | |
|---|---|
| David Turkaly | (212) 906-3563 |
| Daniel W. Stauder | (212) 906-3535 |

### REAL ESTATE

**Housing & Land Development**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Aaron Hecht | (415) 835-3963 |
| Doug Hansen | (415) 835-8934 |

**Property Services**
| | |
|---|---|
| Mitch Germain | (212) 906-3546 |
| Corey DeVito | (212) 906-3525 |

**Residential Services**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |

**REITs: Healthcare & Specialty**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Jonathan Freed | (415) 835-8908 |

**REITs: Diversified, Industrial, Office, & Retail**
| | |
|---|---|
| Mitch Germain | (212) 906-3546 |
| Corey DeVito | (212) 906-3525 |

**REITs: Residential**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |

### TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**
| | |
|---|---|
| Joseph Osha | (415) 835-8998 |
| Hilary Cauley | (415) 835-8996 |

**Cybersecurity, Data Management & IT Infrastructure**
| | |
|---|---|
| Erik Suppiger | (415) 835-3918 |
| Michael Berg | (415) 835-3914 |

**Internet & Digital Media**
| | |
|---|---|
| Ronald V. Josey III | (212) 906-3528 |
| David Yueh | (415) 835-3957 |

**Software**
| | |
|---|---|
| Patrick Walravens | (415) 835-8943 |
| Mathew Spencer | (415) 835-8930 |
| Joe Goodwin | (415) 869-4477 |
| Peter Lowry | (415) 869-4418 |

---

## ADDITIONAL CONTACTS

| | | |
|---|---|---|
| **Thomas R. Wright** | **Charles Sweeney** | **600 Montgomery Street, Suite 1100** |
| **Director of Equities** | **Director of Sales & Trading** | San Francisco, CA 94111 |
| (212) 906-3599 | (212) 906-3573 | www.jmpsecurities.com |