# EXHIBIT 50

*Lake Street Capital Markets analyst report*
*2/08/2019*



INSTITUTIONAL EQUITY RESEARCH | February 8, 2019

# Carbonite, Inc.                    BUY

(CARB – $29.30)                           Price Target:  $39

**Eric Martinuzzi, CFA**
Senior Research Analyst
612-326-1315
eric.martinuzzi@lakestreetcm.com

www.lakestreetcapitalmarkets.com

## Webroot Acquisition Checks All The Boxes.    Legacy Carbonite A Bit Below. Increasing PT to $39.

**We Like The Acquisition** – In our opinion, Webroot checks all the boxes. Carbonite is not only expanding into the attractive cybersecurity market with an offering that should be an easy cross-sell into its SMB and consumer installed base, it is only paying 2.6x EV/2019 revenue for an accretive endpoint security software business that has the following attributes:

1. market leader
2. double-digit growth rate
3. 100% SAAS
4. profitable

**Volatile Markets Favored Carbonite** – We will get more info on the acquisition timeline in a future SEC filing, but we believe the challenging market for equity and high yield debt in Q4 favored Carbonite.  By definition, high yield debt is not cheap, however, we understand the window was virtually shut in November and December 2018 when financial bidders were trying to put their packages together for the asset.  As a profitable, strategic bidder capable of cost and revenue synergies, we believe Carbonite was able to borrow more cheaply and assemble an offer with a higher likelihood of closing.

**Legacy Carbonite Did Not Impress** – As for the quarter and guide, Carbonite admitted the 2019 outlook for legacy Carbonite was below what it expected exiting Q3.  Our 2019 legacy Carbonite growth rate is now 6%, down from our prior 8% forecast. The Consumer segment is a low single-digit grower.  Business Perpetual (~$40M) is a double-digit decliner and Business Subscription is no longer 10% - 15% growth, but now "slightly lower than 10% to 10%."

**Raising Our PT** – Certainly the incremental debt for the transaction raises Carbonite's risk profile.  And certainly, the legacy business needs work.  But our new $39 PT reflects our enthusiasm for the accretive Webroot acquisition.

## HIGHLIGHTS

ï **Quarter, Outlook** – The backend loaded quarter delivered slightly stronger than expected bookings of $78.8M vs. our $75.3M with softer than expected revenue of $78M vs. estimates at $79.9M. AEBITDA was relatively in line with estimates. The company guided FY19 NG Revenue to $488M-$502M with $175M-$180M attributed to the Webroot acquisition. Subtracting the high-end of the expectation for Webroot, FY19 guidance is below consensus at $308M-$322M vs. estimates of $335M.

| | This Quarter | | Next Quarter | | 2019 | |
|---|---|---|---|---|---|---|
| | Actual | Consensus | Guidance | Consensus | Guidance | Consensus |
| Rev, M | $78.0 | $79.9 | $77.0-$78.0 | $80.7 | $488-$502 | $335 |
| AEBITDA, M | $20.8 | $20.7 | $20.0-$21.5 | $21.1 | $129-$134 | $95.1 |

*Source: Carbonite, Thomson EIKON*

### Changes

| Changes | Previous | Current |
|---|---|---|
| Rating: | -- | BUY |
| Price Target: | $36 | $39 |
| FY18A Rev M: | $304 | $302 |
| FY19E Rev M: | $329 | $490 |
| FY18A AEBITDA M: | -- | $77 |
| FY19E AEBITDA M: | $96 | $130 |
| FY18A EPS*: | $1.62 | $1.64 |
| FY19E EPS*: | $1.78 | $1.84 |

### Profile

| | |
|---|---|
| Price: | $29.30 |
| Shares Out M: | 36.4 |
| Market Cap M: | $1,066 |
| Avg. Daily Vol. | 345,759 |
| Insiders Own | 6% |
| Short Int, M / % of float: | 3.3 / 10% |
| Tan. Book Val./Sh.: | ($0.44) |
| Net Cash /Sh.: | ($16.33) |
| Div / Yield | NA / NA |

| Rev (M) | 2017A | 2018A | 2019E |
|---|---|---|---|
| Mar | $59.1 | $64.9 | $77.5 |
| Jun | $61.1 | $79.9 | $133.4 |
| Sep | $63.1 | $79.1 | $137.4 |
| Dec | $62.8 | $78.0 | $141.4 |
| FY | $246.1 | $301.9 | $489.8 |

| EPS* | 2017A | 2018A | 2019E |
|---|---|---|---|
| Mar | $0.09 | $0.27 | $0.35 |
| Jun | $0.15 | $0.45 | $0.42 |
| Sep | $0.25 | $0.48 | $0.51 |
| Dec | $0.30 | $0.45 | $0.56 |
| FY | $0.79 | $1.64 | $1.84 |

*ex items

| Valuation | 2017A | 2018A | 2019E |
|---|---|---|---|
| EV/Rev | 6.7x | 5.5x | 3.4x |
| P/E | 37x | 18x | 16x |

### Management

| | |
|---|---|
| Ch | Steve Munford |
| P/CEO | Mohamad Ali |
| CFO | Anthony Folger |

### Company Description

Carbonite provides cloud data protection for businesses and consumers.



ï **Webroot Acquisition--What Happened?**  In a competitively-bid transaction, Carbonite announced it will pay $618.5M cash to acquire Webroot, a provider of endpoint data security.  Carbonite expects the acquisition of Webroot to create a best-in-class leader in the data protection market.  Carbonite is already a leader in backup and recovery and now adds Webroot, a leader in cloud-based, endpoint security.  Transaction close is expected in late Q1.

ï **Webroot, By The Numbers** – Per guidance, which assumes a 9-month contribution, Webroot adds an incremental $175M - $180M to Carbonite's 2019 revenue.  On an annualized basis, Webroot is expected to add $237M revenue to Carbonite.  Webroot organic growth rate is 10% to low teens.  Webroot is profitable.  Gross margin exceeds 85%. At a 27% EBITDA margin, we estimate annualized 2019 AEBITDA of $64M.

ï **Pro Forma B/S, Cash Flow –** We assume Carbonite's pro forma balance sheet, post deal close, is $90M cash and $694M debt.  The debt consists of a $550M term loan at 6.5% and a $144M convertible note at 2.5%.  In 2019, we expect $93M FCF, before interest payments, assuming $130M AEBITDA.  After interest payments, all FCF will be aimed at debt reduction.  Carbonite estimates post-deal net leverage of 4.3x, including identified synergies.

ï **Valuation** – The $618.5M purchase price assumes Webroot has net cash of zero on deal close.  We estimate Carbonite is paying 2.6x EV/2019E revenue and 9.7x EV/2019E AEBITDA.  We view the multiples as relatively inexpensive in comparison to other double-digit growth SAAS assets.

ï **Webroot Mix, Go-to-Market** – Webroot customer mix is 40% business, 60% consumer.  Webroot goes to market via managed service providers.  It targets SMB's with less than 1,000 seats.

ï **New Competitors** – With the acquisition of an endpoint security company, Carbonite has some new competitors.  Avast and Sophos are cloud-based endpoint security vendors that also lever artificial intelligence and machine learning.  McAfee and Symantec are competitors, but have roots in signature-based threat protection.

ï **Synergies** – While Carbonite anticipates $20M in cost synergies over the next 3 years, it does not anticipate much in year one.  Future cost synergies will include redundant back office positions and system consolidation.  It believes the better opportunity will be $50M in revenue cross-sell synergies over the next 5 years.

## INVESTMENT THESIS & VALUATION

Investors' understanding of Carbonite's current business may be stuck at a point in time six years ago.  In August 2011, Carbonite IPO'd as a fast-growing consumer online backup company.  Today, annual growth in the consumer business has slowed, but the company is in the process of writing a second chapter of growth by attacking the Business backup market with new products and an expanded channel.  We believe Business bookings will outpace consumer bookings and accelerate earnings growth, expanding the multiple and driving the stock higher.

### VALUATION

We rate Carbonite shares BUY with a $39 target. Our price target is a 3.6x multiple on our 2020 revenue estimate. The math works out to 3.6x $562M, minus $594M net debt, divided by 36.4M shares outstanding.



February 8, 2019

## RISKS

An investment in Carbonite involves the following risks:

ï   **Operational Risk** – Any significant disruption in service or loss of customers' data could damage Carbonite's reputation and harm financial results.

ï   **Privacy Issue** – If the security of customer confidential information stored in Carbonite systems is breached or customer files are otherwise subjected to unauthorized access, Carbonite's reputation and business may be harmed, and the company may be exposed to liability.

ï   **Acquisitions** – Carbonite makes opportunistic acquisitions, such as the 2016 acquisition of EVault, the 2017 acquisition of Double-Take, the 2018 acquisition of Mozy, and the Webroot acquisition expected to close in Q1'19. There can be no assurance acquisitions will be accretive.

ï   **Price Competition** – Demand for cloud backup services is sensitive to price. Some of Carbonite's competitors offer lower-priced—even free—services and the company may be unable to maintain competitive differentiation.

# FINANCIAL MODEL

**Carbonite, Inc.**

| Fiscal Year Ends Dec | 2016A | Mar17A | Jun17A | Sep17A | Dec17A | 2017A | Mar18A | Jun18A | Sep18A | Dec18A | 2018A | Mar19E | Jun19E | Sep19E | Dec19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *BIZ Bookings* | *124.4* | *$40.1* | *$43.0* | *$40.2* | *$40.2* | *$163.5* | *$45.6* | *$54.8* | *$53.5* | *$54.9* | *208.8* | *$54.0* | *$75.4* | *$78.1* | *$83.5* | *291.1* | *332.6* |
| *Consumer Bookings* | *84.9* | *$22.0* | *$20.9* | *$19.5* | *$19.5* | *$81.9* | *$22.0* | *$27.0* | *$25.3* | *$23.9* | *98.2* | *$23.0* | *$61.0* | *$59.3* | *$57.9* | *201.2* | *235.2* |
| *Total Bookings* | *$209.3* | *$62.1* | *$63.9* | *$59.7* | *$60.2* | *$245.9* | *$67.6* | *$81.8* | *$78.8* | *$78.871* | *$307.0* | *$77.0* | *$136.4* | *$137.4* | *$141.4* | *$492.3* | *$567.8* |
| **Income Statement $M:** | | | | | | | | | | | | | | | | | |
| **NG Revenue** | **$209.300** | **$59.087** | **$61.079** | **$63.102** | **$62.822** | **$246.090** | **$64.908** | **$79.850** | **$79.109** | **$78.032** | **$301.899** | **$77.500** | **$133.444** | **$137.405** | **$141.447** | **$489.796** | **$561.762** |
| Wr-dn of Acqrd Deferred | 2.314 | 1.988 | 2.045 | 1.465 | 1.130 | 6.628 | 0 882 | 2.116 | 1.427 | 1.066 | 5.491 | 0.5 | 0.5 | - | - | 1.000 | 1.000 |
| Revenue | $206.986 | $57.099 | $59.034 | $61.637 | $61.692 | $239.462 | $64 026 | $77.734 | $77.682 | $76.966 | $296.408 | $77.000 | $132.944 | $137.405 | $141.447 | $488.796 | $560.762 |
| Adj Cost of Rev | 57.248 | 15.480 | 15.803 | 14.924 | 14 092 | 60 299 | 15 508 | 18.316 | 17.091 | 17.221 | 68.136 | 17.050 | 26.022 | 25.420 | 26.168 | 94.659 | 106.658 |
| **Adj Gross Profit** | **152.052** | **$43.607** | **$45.276** | **$48.178** | **$48.730** | **185.791** | **$49.400** | **$61.534** | **$62.018** | **$60.811** | **233.763** | **$60.450** | **$107.422** | **$111.985** | **$115.279** | **395.137** | **455.104** |
| *Adj Gross Margin* | *72.6%* | *73.8%* | *74.1%* | *76.3%* | *77.6%* | *75.5%* | *76.1%* | *77.1%* | *78.4%* | *77.9%* | *77.4%* | *78.0%* | *80.5%* | *81.5%* | *81.5%* | *80.7%* | *81.0%* |
| Adj R&D | 32.080 | 9.949 | 10.457 | 11.153 | 11 383 | 42 942 | 11.797 | 14.670 | 13.889 | 13.770 | 54.126 | 14.167 | 25.967 | 25.967 | 25.967 | 92 067 | 108 022 |
| Adj G&A | 30.161 | 7.856 | 7.974 | 7.273 | 7.110 | 30 213 | 8 829 | 8.599 | 8.273 | 8.372 | 34.073 | 8.523 | 11.523 | 11.523 | 11.523 | 43 092 | 47 092 |
| Adj S&M | 71.190 | 22.756 | 22.265 | 21.236 | 20 236 | 86.493 | 19 218 | 21.268 | 20.291 | 21.700 | 82.477 | 20.900 | 40.425 | 41.328 | 42.250 | 144 903 | 164.790 |
| Adj Total Operating Exp | 133.431 | 40.561 | 40.696 | 39.662 | 38.729 | 159.648 | 39 844 | 44.537 | 42.453 | 43.842 | 170.676 | 43.590 | 77.915 | 78.818 | 79.740 | 280 063 | 319 904 |
| **Adj Operating Income** | **18.621** | **$3.046** | **$4.580** | **$8.516** | **$10.001** | **26.143** | **$9.556** | **$16.997** | **$19.565** | **$16.969** | **63.087** | **$16.860** | **$29.507** | **$33.167** | **$35.540** | **115.074** | **135.200** |
| *Adj Operating Margin* | *8.9%* | *5.2%* | *7.5%* | *13.5%* | *15.9%* | *10.6%* | *14.7%* | *21.3%* | *24.7%* | *21.7%* | *20.9%* | *21.8%* | *22.1%* | *24.1%* | *25.1%* | *23.5%* | *24.1%* |
| Int (exp) & other (exp) | **0.068** | 0.078 | 0.142 | (0.795) | (0.605) | **(1.180)** | (0 802) | (1.510) | (1.019) | (1.409) | **(4.740)** | (0.900) | (9.800) | (9.300) | (8.800) | **(28.800)** | **(30.200)** |
| **Adj Net Income** | 16.430 | 2.529 | 4.253 | 7.294 | 8.757 | 22.833 | 8.124 | 14.176 | 17.320 | 16.244 | 55.864 | 12.449 | 15.372 | 18.616 | 20.857 | 67.294 | 81.900 |
| **EPS, cont ops** | ($0.15) | $0.27 | ($0.23) | ($0.13) | ($0.06) | ($0.14) | $0.40 | ($0.18) | $0.02 | $0.02 | $0.22 | $0.14 | $0.22 | $0.31 | $0.36 | $1.04 | $1.38 |
| **adj EPS** | $0.60 | $0.09 | $0.15 | $0.25 | $0.30 | $0.79 | $0.27 | $0.45 | $0.48 | $0.45 | $1.64 | $0.35 | $0.42 | $0.51 | $0.56 | $1.84 | $2.14 |
| Diluted shares outst | 27.5 | 28.5 | 28 8 | 29 0 | 29.3 | 29.1 | 30.0 | 31.7 | 36.5 | 36.4 | **34.0** | 36.0 | 36.4 | 36 8 | 37 2 | 36.6 | 38.2 |
| **Adj. EBITDA** | **($4.100)** | **$9.383** | **$5.128** | **$11.341** | **$13.033** | **$38.885** | **$21.171** | **$11.999** | **$23.036** | **$20.828** | **$77.034** | **$20.560** | **$33.207** | **$36.867** | **$39.240** | **$129.874** | **$150.000** |
| *Adj EBITDA %* | | *15.9%* | *8.4%* | *18.0%* | *20.7%* | *15.8%* | *32.6%* | *15.0%* | *29.1%* | *26.7%* | *25.5%* | *26.5%* | *24.9%* | *26.8%* | *27.7%* | *26.5%* | *26.7%* |
| **Margin Analysis:** | | | | | | | | | | | | | | | | | |
| Adj Gross Margin | **72.6%** | 73.8% | 74.1% | 76.3% | 77.6% | **75.5%** | 76.1% | 77.1% | 78.4% | 77.9% | **77.4%** | 78.0% | 80.5% | 81.5% | 81.5% | **80.7%** | **81.0%** |
| Adj R&D | **15.3%** | 16.8% | 17.1% | 17.7% | 18.1% | **17.4%** | 18.2% | 18.4% | 17.6% | 17.6% | **17.9%** | 18.3% | 19.5% | 18.9% | 18.4% | **18.8%** | **19.2%** |
| Adj G&A | **14.4%** | 13.3% | 13.1% | 11.5% | 11.3% | **12.3%** | 13.6% | 10.8% | 10.5% | 10.7% | **11.3%** | 11.0% | 8.6% | 8.4% | 8.1% | **8.8%** | **8.4%** |
| Adj S&M | **34.0%** | 38.5% | 36.5% | 33.7% | 32.2% | **35.1%** | 29.6% | 26.6% | 25.6% | 27.8% | **27.3%** | 27.0% | 30.3% | 30.1% | 29.9% | **29.6%** | **29.3%** |
| Adj Op Margin | **8.9%** | 5.2% | 7.5% | 13.5% | 15.9% | **10.6%** | 14.7% | 21.3% | 24.7% | 21.7% | **20.9%** | 21.8% | 22.1% | 24.1% | 25.1% | **23.5%** | **24.1%** |
| | | | | | | 6.8% | | | | | | | | | | | |
| | | | | | | **8.5%** | | | | | | | | | | | |
| **Revenue Change (Yr/Yr):** | | | | | | | | | | | | | | | | | |
| Total Revenue | **53%** | 21% | 13% | 20% | 17% | **18%** | 10% | 31% | 25% | 24% | **23%** | 19% | 67% | 74% | 81% | **62%** | **15%** |
| *Subscrip BIZ bookings* | | | 20% | 18% | 15% | | 18% | 48% | 59% | 47% | | | | | | | |
| *BIZ bookings* | *128%* | *36%* | *33%* | *40%* | *19%* | *31%* | *14%* | *27%* | *33%* | *37%* | *28%* | *18%* | *38%* | *46%* | *52%* | *39%* | *14%* |
| *Consumer bookings* | *-5%* | *-4%* | *-2%* | *-5%* | *-3%* | *-4%* | *0%* | *29%* | *30%* | *23%* | *20%* | *5%* | *126%* | *134%* | *142%* | *105%* | *17%* |
| Total Bookings | **45%** | 19% | 19% | 21% | 11% | **17%** | 9% | 28% | 32% | 31% | **25%** | 14% | 67% | 74% | 79% | **60%** | **15%** |
| Organic Bookings | **17%** | | | | | | | | | | **8% - 9%** | | | | | | |
| **BIZ Bookings % of Total** | | | | | | | | | | | | | | | | | |
| | **59%** | 65% | 67% | 67% | 67% | **67%** | 67% | 67% | 68% | 70% | **68%** | 70% | 55% | 57% | 59% | **59%** | **59%** |
| **Bal Sheet/Cash Flow $M:** | | | | | | | | | | | | | Pro-Forma | | | | |
| Cash | | 42 | 125 | 119 | 128 | | 71 | 71 | 201 | 198 | | | 100 | | | | |
| Debt | | 39 | 109 | 110 | 112 | | 203 | 195 | 117 | 118 | | | 694 | | | | |
| Net Cash | | $3 | $16 | $9 | $16 | | ($132) | ($124) | $84 | $80 | | | ($594) | | | | |
| DSO | | 33 | 35 | 33 | 32 | | 43 | 36 | 37 | 36 | | | | | | | |
| CFO | 14.4 | 7.7 | 2.9 | 6.9 | 13.9 | **31.3** | 3.3 | 13.6 | 17.0 | 19.8 | **31.3** | | | | | | |
| Cap ex | (7.8) | (6.6) | (3.5) | (1.9) | (5.4) | **(17.4)** | (3.3) | (4.5) | (2.1) | (3.2) | **(17.4)** | | | | | | |
| FCF | 6.6 | 1.1 | (0.6) | 5.0 | 8.5 | **14.0** | 0.0 | 9.0 | 14.8 | 16.6 | **14.0** | | | | | | |

Case 1:19-cv-11662-LTS   Document 134-50   Filed 06/02/23   Page 5 of 6



February 8, 2019

## IMPORTANT DISCLOSURES



February 5, 2016– Rating: BUY - Price Target: $12
May 3, 2016– Rating: BUY - Price Target: $13
August 2, 2016– Rating: BUY - Price Target: $16
November 4, 2016– Rating: BUY - Price Target: $18
February 1, 2017– Rating: BUY - Price Target: $20
February 10, 2017– Rating: BUY - Price Target: $21
February 28, 2017– Rating: BUY - Price Target: $23
August 4, 2017– Rating: BUY - Price Target: $25
February 14, 2018– Rating: BUY - Price Target: $27
May 8, 2018– Rating: BUY - Price Target: $34
August 3, 2018– Rating: BUY - Price Target: $37
November 2, 2018– Rating: BUY - Price Target: $36
February 8, 2019– Rating: BUY - Price Target: $39

*Source: Thomson EIKON*

## RATINGS DEFINITION

**BUY** rated stocks are expected to generate greater than 10% returns during the next 12 months. **HOLD** rated stocks are expected to generate returns of 0% to 10% during the next 12 months. **SELL** rated stocks are expected to generate negative returns over the next 12 months and generally do not have a price target.

**Information on our valuation methodology and risks can be found in the "Investment Thesis & Valuation" and "Risks" sections.**

## RATINGS DISTRIBUTION

(as of December 2, 2018)

| Rating | All Covered Companies (%) | Investment Banking Clients (%) |
|--------|---------------------------|--------------------------------|
| BUY    | 92.9%                     | 20.0%                          |
| HOLD   | 7.1%                      | 0.0%                           |
| SELL   | 0.0%                      | 0.0%                           |

## RESEARCH DISCLOSURES

Lake Street Capital Markets, or its affiliates, intends to seek or expects to receive compensation for investment banking services from the subject issuer in the next three months. During the past twelve months the subject company was a client of Lake Street and received investment banking services. During the past twelve months, Lake Street received investment banking compensation from the subject company. The authoring analysts who are responsible for the preparation of this investment research are eligible for compensation based on the total revenue and general profitability of Lake Street Capital Markets, which includes investment banking revenue. However, such authoring analyst will not receive compensation that is directly based on or linked to specific investment banking transactions.

## ANALYST CERTIFICATION – REGULATION AC

Each authoring analyst of Lake Street Capital Markets whose name appears on the front page of this investment research hereby certifies that (1) the recommendations and opinions expressed in this investment research accurately reflect the authoring analyst's personal, independent, and objective views about any and all of the subject investments or issuers discussed herein; and (2) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analysts.

## OTHER DISCLOSURES

This investment research is intended for informational purposes only and does not constitute an offer or solicitation to buy or sell securities referenced herein in any jurisdiction where such would be prohibited. Although the information and statements of fact contained in this investment research have been obtained from sources we believe to be reliable, including statistical services and issuer statements & reports, its accuracy and completeness cannot be guaranteed. The securities discussed and any recommendations made herein may not be suitable for all investors depending on their specific financial position or investment objectives. This investment research and any opinions, recommendations, and estimates contained here represent Lake Street Capital Market's judgment as of the date of this report and are subject to change without notice. Lake Street Capital Markets may effect transactions as a principal or agent in the securities mentioned herein. Additional information available on request. Member FINRA / SIPC. This report may not be reproduced, distributed, or published without the prior consent of Lake Street Capital Markets, LLC. All rights reserved.