# EXHIBIT 51

*Northland Capital Markets analyst report
2/08/2019*

**NORTHLAND**
CAPITAL MARKETS

# Company Update

02/08/2019

## Market Perform
Price: $29.30
Price Target: $35.00

**Industry**
Cloud and Data Center Software

## Tim Klasell
(612) 851-4972
tklasell@northlandcapitalmarkets.com

### Stock Data

| | |
|---|---|
| 52-Week Range | $20.50/$43.63 |
| Avg. Daily Volume | 388,056 |
| Market Cap. (MM) | $1,014 |
| Shares Out. (MM) | 34.6 |
| Float | 93.1% |
| Cash Per Share | 5.81 |
| Debt-to-Capital | 36.9% |
| Book Value Per Share | $7.11 |
| Dividend Yield | 0.00% |
| Shares Short | 3,318,749 |
| Insider Ownership | 6.9% |
| Institutional Ownership | 110.1% |
| FY End | Dec |
| Source: Factset | |

### Revenue Estimates ($M)

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| 1Q | 59.1A | 64.9A | 77.6E |
| 2Q | 61.1A | 79.9A | 138.0E |
| 3Q | 61.6A | 79.1A | 139.5E |
| 4Q | 62.8A | 78.0A | 140.4E |
| FY | 246.1A | 301.9A | 495.5E |
| P/S | 4.1x | 3.4x | 2.0x |
| Prev CY | -- | 304.0A | 344.6E |

### Non-GAAP EPS Estimates ($)

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| 1Q | 0.09A | 0.27A | 0.44E |
| 2Q | 0.15A | 0.45A | 0.55E |
| 3Q | 0.25A | 0.48A | 0.57E |
| 4Q | 0.30A | 0.45A | 0.60E |
| FY | 0.80A | 1.66A | 2.16E |
| P/E | 36.6x | 17.7x | 13.6x |
| Prev CY | -- | 1.63A | 1.90E |

# Carbonite, Inc. (CARB)
## Soft Q4 and Organic Guide; Big Move Into Security via Webroot Acquisition

### Summary

Q4 bookings were in line but back-end weighted, causing a soft Q4 and organic guide for FY19. The big news though is the accretive acquisition of Webroot for $619mn in cash in a dramatic move into the end-point security market. While the SMB/consumer customer bases nicely overlap, the growing complexity of different channels, market dynamics and operations as well as history (think SYMC and VRTS) give us pause. Remain MP.

### Key Points

**Q4 Results**

Bookings came in at $78.8mn (+4.3% y/y) in-line with consensus $789mn. However, these were more back-end weighted than expected so revenue came in at $78.0mn (+24% y/y), below consensus of $79.9mn, which had come down after last quarters soft results. EBITDA came in at $20.8mn vs the street at $25.7mn. The lower EBITDA was more than offset by better other income so EPS of $0.45 came in ahead of consensus $0.42.

**Guidance**

Q1: Revenue/EBITDA at the midpoint are expected to be $77.5mn/$20.8mn below consensus $80.7mn/$25.0mn. The acquisition is not expected to close until the end of Q1 so the guide is organic

Full Year: Subtracting out $175mn for Webroot, the top-line guide equates to $320mn (5% growth) compared to $335 consensus. This is based on low single digit growth on the consumer side, roughly 10% declines on the perpetual business and high-single digit to 10% growth on business subscriptions. Removing the acquisition's $36.5mn in EBITDA equates to $95mn vs $109mn for the street.

Webroot impact: The acquisition will add $175mn in subscription revenues growing 14% (the trend line for the past few years). This is comprised of $115mn in consumer business growing 6% and $60mn in SMB revenues growing 30%. EBITDA contribution to our model will be $35mn-$38mn over the final 3 quarters of FY19. Given the higher R&D and lower data center cost with security vs storage, Webroot has high gross margins but roughly equal operating margins as CARB.

Webroot's SMB & consumer customer base is very similar to CARB's so the products should technically be applicable to cross selling. While accretive immediately, management is targeting $50mn in additional revenue and $20mn in cost synergies over the next few years.

IMPORTANT DISCLOSURES AND ANALYST CERTIFICATION ON PAGE 4

02/08/2019

Stepping into end-point security: While data protection has been a theme tried in the past with the less than successful VRTS/SYMC merger, we do note that the SMB buyer should be more amenable to a suite vs a best of breed approach than large enterprises. This would favor selling Webroot into CARB's VAR channel than the other way around given Webroot's MSP channel. We also believe the business market is ripe for an upgrade cycle, but the consumer much less so.

Carbonite (CARB)
Page 2 of 6

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

02/08/2019

Case 1:19-cv-11662-LTS    Document 134-51    Filed 06/02/23    Page 4 of 7

Carbonite

Tim Klasell

Income Statement

Northland Capital Markets

(in 000s, except per share data)

612.851.4972

| | Fiscal 2016 | | | | Fiscal 2017 | | | | Fiscal 2018 | | | | Fiscal 2019 | | | | Fiscal Year End | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-16 | Jun-16 | Sep-16 | Dec-16 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | Dec-19 | | | | | |
| | 1Q16A | 2Q16A | 3Q16A | 4Q16A | 1Q17A | 2Q17A | 3Q17A | 4Q17A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 2016A | 2017A | 2018E | 2019E | 2020E |
| Total Revenues | 48,678 | 54,235 | 52,484 | 53,903 | 59,087 | 61,079 | 63,102 | 62,822 | 64,908 | 79,850 | 79,109 | 78,032 | 77,565 | 138,044 | 139,482 | 140,373 | 209,300 | 246,090 | 301,899 | 495,464 | 592,737 |
| Total cost of revenues | 13,677 | 14,938 | 14,613 | 14,020 | 15,480 | 15,803 | 14,924 | 14,092 | 15,508 | 18,316 | 17,091 | 17,221 | 17,064 | 26,228 | 25,804 | 25,267 | 57,248 | 60,299 | 68,136 | 94,364 | 112,620 |
| Gross profit | 35,001 | 39,297 | 37,871 | 39,883 | 43,607 | 45,276 | 48,178 | 48,730 | 49,400 | 61,534 | 62,018 | 60,811 | 60,501 | 111,816 | 113,678 | 115,106 | 152,052 | 185,791 | 233,763 | 401,100 | 480,117 |
| Operating expenses: | | | | | | | | | | | | | | | | | | | | | |
| Research and development | 8,213 | 8,079 | 7,881 | 7,907 | 9,949 | 10,457 | 11,153 | 11,383 | 11,797 | 14,670 | 13,889 | 13,770 | 13,186 | 27,609 | 27,896 | 28,075 | 32,080 | 42,942 | 54,126 | 96,766 | 112,620 |
| General and administrative | 6,107 | 8,373 | 7,581 | 8,100 | 7,856 | 7,974 | 7,273 | 7,110 | 8,829 | 8,599 | 8,273 | 8,372 | 8,532 | 15,185 | 15,343 | 15,441 | 30,161 | 30,213 | 34,073 | 54,501 | 62,193 |
| Sales and marketing | 16,307 | 16,802 | 18,342 | 19,739 | 22,756 | 22,265 | 21,236 | 20,236 | 19,218 | 21,268 | 20,291 | 21,700 | 21,718 | 37,962 | 38,358 | 38,603 | 71,190 | 86,493 | 82,477 | 136,641 | 159,252 |
| Total operating expenses | 30,632 | 33,254 | 33,804 | 35,746 | 40,561 | 40,696 | 39,662 | 38,729 | 39,844 | 44,537 | 42,453 | 43,842 | 43,436 | 80,756 | 81,597 | 82,118 | 133,431 | 159,648 | 170,676 | 287,907 | 334,065 |
| Gain/Loss from operations | 4,369 | 6,043 | 4,067 | 4,137 | 3,046 | 4,580 | 8,516 | 10,001 | 9,556 | 16,997 | 19,565 | 16,969 | 17,064 | 31,060 | 32,081 | 32,988 | 18,621 | 26,143 | 63,087 | 113,193 | 146,052 |
| Total other income expense | (150) | 3 | 155 | 60 | 78 | 300 | (795) | (605) | (802) | (1,510) | (1,019) | 219 | 219 | (8,719) | (8,719) | (8,719) | 68 | (1,022) | (3,112) | (25,937) | (34,874) |
| Pre-Tax Income | 4,219 | 6,046 | 4,222 | 4,197 | 3,124 | 4,880 | 7,721 | 9,396 | 8,754 | 15,487 | 18,546 | 17,188 | 17,283 | 22,341 | 23,362 | 24,269 | 18,689 | 25,121 | 59,975 | 87,256 | 111,178 |
| Provision (benefit) for income taxes | 95 | 838 | 396 | 887 | 595 | 627 | 427 | 639 | 630 | 1,311 | 1,226 | 944 | 1,383 | 1,787 | 1,869 | 1,942 | 2,216 | 2,288 | 4,111 | 6,981 | 8,894 |
| Net Income | 4,124 | 5,208 | 3,826 | 3,310 | 2,529 | 4,253 | 7,294 | 8,757 | 8,124 | 14,176 | 17,320 | 16,244 | 15,901 | 20,554 | 21,493 | 22,328 | 16,473 | 22,833 | 55,864 | 80,276 | 102,284 |
| EBITDA | | | | | | | | | | | | | 20,943 | 36,043 | 36,970 | 37,810 | | | | 131,765 | 178,653 |
| EPS - Non-GAAP | 0.15 | 0.19 | 0.14 | 0.12 | 0.09 | 0.15 | 0.25 | 0.30 | 0.27 | 0.45 | 0.48 | 0.45 | 0.44 | 0.55 | 0.57 | 0.60 | 0.60 | 0.80 | 1.66 | 2.16 | 2.72 |
| Basic and diluted shares | 27,055 | 27,012 | 27,533 | 28,287 | 28,505 | 27,526 | 29,008 | 29,322 | 30,044 | 31,718 | 36,454 | 36,374 | 36,424 | 37,424 | 37,474 | 37,524 | 27,472 | 28,590 | 33,648 | 37,212 | 37,649 |

| 1Q19 | | Guidance (Low) | Guidance (High) |
|---|---|---|---|
| Total Revenue | | $77,000 | $78,000 |
| Adjusted EBITDA | | $20,000 | $21,500 |

| FY19 | | Guidance (Low) | Guidance (High) |
|---|---|---|---|
| Total Revenue | | $488,000 | $502,000 |
| Non-GAAP gross margin | | 80.5% | 81.5% |
| Adjusted EBITDA | | $129,000 | $134,000 |
| Source: Company filings and NCM estimates | | | |

Source: Company filings and NCM

| Common Size | Mar-16 | Jun-16 | Sep-16 | Dec-16 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | Dec-19 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q16A | 2Q16A | 3Q16A | 4Q16A | 1Q17A | 2Q17A | 3Q17A | 4Q17A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 2016A | 2017A | 2018E | 2019E | 2020E |
| Total Gross Margin: | 71.9% | 72.5% | 72.2% | 74.0% | 73.8% | 74.1% | 76.3% | 77.6% | 76.1% | 77.1% | 78.4% | 77.9% | 78.0% | 81.0% | 81.5% | 82.0% | 72.6% | 75.5% | 77.4% | 81.0% | 81.0% |
| R&D | 16.9% | 14.9% | 15.0% | 14.7% | 16.8% | 17.1% | 17.7% | 18.1% | 18.2% | 18.4% | 17.6% | 17.6% | 17.0% | 20.0% | 20.0% | 20.0% | 15.3% | 17.4% | 17.9% | 19.5% | 19.0% |
| G&A | 12.5% | 15.4% | 14.4% | 15.0% | 13.3% | 13.1% | 11.5% | 11.3% | 13.6% | 10.8% | 10.5% | 10.7% | 11.0% | 11.0% | 11.0% | 11.0% | 14.4% | 12.3% | 11.3% | 11.0% | 10.5% |
| S&M | 33.5% | 31.0% | 34.9% | 36.6% | 38.5% | 36.5% | 33.7% | 32.2% | 29.6% | 26.6% | 25.6% | 27.8% | 28.0% | 27.5% | 27.5% | 27.5% | 34.0% | 35.1% | 27.3% | 27.6% | 26.9% |
| Lease exit charge | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Operating margin | 9.0% | 11.1% | 7.7% | 7.7% | 5.2% | 7.5% | 13.5% | 15.9% | 14.7% | 21.3% | 24.7% | 21.7% | 22.0% | 37.4% | 39.4% | 41.0% | 8.9% | 10.6% | 20.9% | 22.8% | 24.6% |
| Tax Rate | 2.3% | 13.9% | 9.4% | 21.1% | 19.0% | 12.8% | 5.5% | 6.8% | 7.2% | 8.5% | 6.6% | 5.5% | 8.0% | 8.0% | 8.0% | 8.0% | 11.9% | 9.1% | 6.9% | 8.0% | 8.0% |
| Net Margin | 8.5% | 9.6% | 7% | 6% | 4.3% | 7.0% | 12% | 14% | 12.5% | 17.8% | 22% | 21% | 20% | 25% | 26% | 28% | 7.9% | 9.3% | 18.5% | 16.2% | 17.3% |
| Stock based comp as % of Rev | 4.8% | 4.0% | 4% | 4% | 4.7% | 5.0% | 5% | 6% | 6.3% | 5.6% | 6% | 7% | 8% | 8% | 9% | 10% | 4.3% | 5.2% | 6.3% | 5.6% | 6.8% |
| Y-Y % Change | | | | | | | | | | | | | | | | | | | | | |
| Bookings | 42.0% | 50.4% | 44.1% | 40.8% | 18.7% | 19.0% | 21.2% | 11.4% | 8.8% | 28.0% | 3.1% | 4.3% | 0.3% | (14.6%) | 15.7% | 18.0% | 44.2% | 17.5% | 11.3% | -100.0% | N/A |
| Revenue | 47.4% | 59.6% | 51.9% | 53.7% | 21.4% | 12.6% | 20.2% | 16.5% | 9.9% | 30.7% | 25.4% | 24.2% | 19.5% | 4.0% | 3.0% | 3.0% | 53.2% | 17.6% | 22.7% | 64.1% | 19.6% |
| R&D | 24.4% | 15.9% | 16.5% | 26.8% | 21.1% | 29.4% | 41.5% | 44.0% | 18.6% | 40.3% | 24.5% | 21.0% | 11.8% | 88.2% | 100.9% | 103.9% | 21% | 34% | 26% | 79% | 16% |
| S&M | 42.4% | 101.5% | 102.1% | 88.2% | 28.6% | (4.8%) | (4.1%) | (12.2%) | 12.4% | 7.8% | 13.7% | 17.7% | (3.4%) | 76.6% | 85.5% | 84.4% | 83% | 0% | 13% | 60% | 14% |
| G&A | 18.7% | 25.1% | 48.1% | 58.5% | 39.5% | 32.5% | 15.8% | 2.5% | (15.5%) | (4.5%) | (4.4%) | 7.2% | 13.0% | 78.5% | 89.0% | 77.9% | 37% | 21% | -5% | 66% | 17% |
| Total operating expenses | 24.4% | 35.4% | 47.6% | 54.6% | 32.4% | 22.4% | 17.3% | 8.3% | (1.8%) | 9.4% | 7.0% | 13.2% | 9.0% | 81.3% | 92.2% | 87.3% | 40% | 20% | 7% | 69% | 16% |
| Q-Q % Change | | | | | | | | | | | | | | | | | | | | | |

Source: Company filings and NCM

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402

Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

02/08/2019

## Company Description
Founded in 2003, the company started out as a remote backup service and has expanded into support, collaboration and recently, synchronization for consumers and small businesses. The company is headquartered in Boston, Massachusetts.

## Valuation
Our $35 price target is predicated on a 19.5x P/E multiple based on our FY19 estimates.

## Risks to the achievement of price target
**Competition:** As mentioned above, there are many vendors in this space, where pricing is fairly transparent. That said, Carbonite is a survivor of the online consumer backup space where many tried and failed and has a brand it can leverage into the SMB arena.

**Cloud computing scale:** Carbonite is very dependent on its own data-centers to keep costs low. There are a number of larger cloud computing vendors including, Amazon (Amazon Web Services), Microsoft (Azure) and Rackspace (OpenStack) with very large data centers. Either these vendors directly, or others leveraging these platforms, may be able to offer similar services at lower cost and greater reliability than Carbonite.

**Reliability:** Users and the media are very focused on system up-time for cloud computing vendors and any significant failures by Carbonite to recover data or have a security breach could inhibit demand for its services and hence, ability to drive growth and profitability. We especially note that IT pros are very sensitive around their backup vendors.

*Readers should recognize that the risks outlined above do not represent a comprehensive list of all risk factors that may impact price target achievement.*

## Analyst Certification
I, Tim Klasell, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

## Important disclosures



**Rating and Price Target History for: Carbonite, Inc. (CARB) as of 02-07-2019**

Created by BlueMatrix

## Explanation of Ratings:
**Outperform (BUY) –** Outperform the S&P 500 by at least 10%.
**Market Perform (HOLD) –** Perform within 10% above or below the S&P 500.
**Underperform (SELL) –** Underperform the S&P 500 by at least 10%.

Carbonite (CARB)
Page 4 of 6

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

02/08/2019

### Rating Distribution Breakdown as of 02/08/2019

| Rating Category | Count | Percent | IB Serv./ Past 12Mos. Count | Percent |
|---|---|---|---|---|
| Buy [OP] | 159 | 76.81% | 32 | 20.13% |
| Hold [MP] | 40 | 19.32% | 3 | 7.50% |
| Sell [UP] | 8 | 3.86% | 0 | 0.00% |

### Important Disclosure:

The analyst responsible for preparing this research report receives compensation that is based upon various factors including Northland's institutional trading commissions and total revenues which may be generated by Northland's investment banking activities.

Northland Securities makes a market in the subject company's security: CARB

Northland Securities intends to seek compensation for investment banking services from the subject company in the next three months: CARB

### Other Disclosures:

Northland Capital Markets reports will provide short-term commentary, but our ratings are forward looking by at least 12 months, unless otherwise noted, to reflect our financial model expectations. Northland's investment thesis, valuations and ratings are subject to change without notice and the primary analyst should be contacted to ensure that our opinions have not changed since the date of this report.

Information contained herein is based on data obtained from recognized statistical services, issuer reports or communications, or other sources, believed to be reliable. However, we have not verified such information, and we do not make any representations as to its accuracy or completeness. Any statements nonfactual in nature constitute only current opinions, which are subject to change.

Individual investors are advised to carefully consider the risks associated with investments in equity investments, particularly in small cap and micro cap securities. Northland's research universe includes a large proportion of this type of investment. This research report does not take into account the investment objectives, financial needs and risk parameters of individual investors. Individual investors are advised by Northland Securities to discuss their particular financial situation with their investment representative and other professional advisors, prior to acting upon any recommendations in this report.

Past performance is not necessarily an indication of future performance. This report reflects our current opinion. We do not assure future performance. Security prices fluctuate.

Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day.

This document or research report is being distributed on the basis that circulation of Financial Promotions to each person in the United Kingdom to whom it is issued is reasonably believed to be such a person as described in Article 19 (Investment Professionals) of the Financial Services and Markets Act 2000. Persons who do not fall within such description may not act upon the information contained in this report and must return it to the sender immediately.

This document is for the use of intended recipients only and should not be forwarded to any third party.

'Northland Capital Markets' is the trade name for certain capital markets and investment banking services of Northland Securities, Inc., member FINRA/SIPC, registered with MSRB and SEC.

Further information is available upon request.

Northland Securities, Inc.
150 South Fifth Street
Suite 3300
Minneapolis, MN 55402

02/08/2019

Member FINRA/SIPC, Registered with MSRB and SEC.