# EXHIBIT 52

*Oppenheimer & Co. analyst report
2/08/2019*



# EQUITY RESEARCH

## QUARTERLY UPDATE

February 8, 2019

TECHNOLOGY/SAAS/APPLICATIONS SOFTWARE

Disseminated: February 8, 2019 06:24 EST; Produced: February 8, 2019 06:24 EST

**Stock Rating:**

## PERFORM

| | |
|---|---|
| 12-18 mo. Price Target | NA |
| CARB - NASDAQ | $29.30 |
| 3-5 Yr. EPS Gr. Rate | 20% |
| 52-Wk Range | $43.63-$20.50 |
| Shares Outstanding | 36.5M |
| Float | 19.5M |
| Market Capitalization | $1,012.6M |
| Avg. Daily Trading Volume | 394,575 |
| Dividend/Div Yield | NA/NM |
| Book Value | $7.51 |
| Fiscal Year Ends | Dec |
| 2019E ROE | NA |
| LT Debt | $118.0M |
| Preferred | NA |
| Common Equity | $273M |
| Convertible Available | Yes |

| EPS Diluted | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2017A | 0.09 | 0.15 | 0.25 | 0.30 | 0.79 | NM |
| 2018A | 0.27 | 0.45 | 0.48 | 0.45 | 1.66 | NM |
| Prior (E) | -- | -- | -- | 0.42 | 1.64 | NM |
| 2019E | 0.39 | 0.40 | 0.44 | 0.43 | 1.67 | NM |
| Prior (E) | 0.47 | 0.47 | 0.47 | 0.39 | 1.81 | NM |
| 2020E | 0.43 | 0.46 | 0.55 | 0.59 | 2.03 | NM |
| Prior (E) | 0.53 | 0.52 | 0.49 | 0.40 | 1.95 | NM |

| Revenue ($/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2017A | 59.1 | 61.1 | 63.1 | 62.8 | 246.1 | NM |
| 2018A | 64.9 | 79.9 | 79.1 | 78.0 | 301.9 | NM |
| Prior (E) | -- | -- | -- | 80.0 | 303.9 | NM |
| 2019E | 77.5 | 134.1 | 139.5 | 144.1 | 495.2 | NM |
| Prior (E) | 85.0 | 84.9 | 85.2 | 80.7 | 335.8 | NM |
| 2020E | 147.1 | 149.2 | 154.5 | 160.2 | 610.9 | NM |
| Prior (E) | 91.6 | 91.8 | 90.8 | 87.1 | 361.3 | NM |

**Brian Schwartz**
415-399-5732
brian.schwartz@opco.com

**Koji Ikeda, CFA**
415-399-5730
koji.ikeda@opco.com

**Tyler Page, CFA**
415-399-5767
Tyler.Page@opco.com

# Carbonite, Inc.

## Modest Organic Growth Expectations and More Large-Company M&A Will Overhang the Stock

### SUMMARY

Carbonite's 4Q18 results and guidance missed consensus, consistent with our ratings downgrade on November 2, 2018 at $35.51 and expectations in our 2019 SaaS/ Applications Playbook. The business is struggling under the weight of having to effectively integrate a large company acquisition per annum since 2016, and the Street mis-modeling the business. The Webroot acquisition further increases the business operations complexity. **Bottom Line:** We believe management should have reset Street expectations and focused on achieving growth and operational synergies from the roll-up strategy, rather than paying up to acquire another large company and in a commodity market (endpoint security). With an already complex story further changing and new questions arising about the core business and uses of capital, we reiterate our Perform rating.

### KEY POINTS

- **Mixed 4Q results.** PF total revenue of $78M (+24% y/y) was ~$1.9M below the consensus estimate. PF EPS of $0.45 was $0.03 above the consensus. Adj. EBITDA of $20.8M (+60% y/y) was ~$4.9M below consensus. **We revise our estimates for results and guidance.**

- **Soft 1Q guidance.** PF total revenue guidance of $76.5-77.5M (+18% to +19% y/y) is below the $80.7M consensus. Adjusted EBITDA guidance is $20.0-21.5M (+61% to +73% y/y) and is below the consensus of $25.0M.

- **2019 guidance with Webroot.** Please note the consensus estimates are not comparable since they do not include Webroot. PF total revenue guidance is $488.0-502.0M (+62% to +66% y/y, +3% to +7% ex-Webroot, we estimate) versus the $339M consensus. Adjusted EBITDA guidance is $129.0-134.0M (+69% to +75% y/y, with ~$48M contribution from Webroot), versus the $109M consensus.

- **Positives:** 1) 4Q total business bookings grew 35% y/y to $54.9M, and accelerated from +33% in 3Q; 2) deferred revenue grew 21% y/y to ~$151M, the fastest growth since 2013, partially owing to back-end loaded deal activity in 4Q; 3) 4Q adjusted FCF of $17.1M (+76% y/y) was ~$4.3M above consensus; and 4) completed the West Coast data center consolidation in 4Q.

- **Negatives:** 1) Another quarter of sloppy results and soft guidance. This raises concerns about the core business, model predictability, and achieving synergies from the roll-up strategy; 2) we estimate the implied 2019 organic growth guidance (ex-Webroot) is mid-single digits; 3) eliminating the bookings metric which decreases the transparency; and 4) bought a commodity business with consumers representing ~60% of the revenue mix.

### Stock Price Performance



1 Year Price History for CARB

### Company Description

Carbonite is a leading provider of online backup solutions for consumers and small- and medium-sized businesses (SMBs).

**For analyst certification and important disclosures, see the Disclosure Appendix.**

Oppenheimer & Co Inc. 85 Broad Street, New York, NY 10004 Tel: 800-221-5588 Fax: 212-667-8229

**Carbonite, Inc.**                                                                                  **CARB (PERFORM) - NA**

### 5-YEAR PRICE PERFORMANCE



Source: Bloomberg

### INVESTMENT THESIS

Carbonite is a leading provider of online backup solutions that is facing a transformational shift in the relationship with technology that increases the severity of data loss, which should accelerate demand for backup solutions over time. Carbonite has organically and inorganically developed a proprietary, efficient and scalable technology solution. Carbonite has multiple growth levers to pull (greenfield marketplace, SMB market penetration, new consumer products, international expansion) to accelerate growth metrics and realize leverage in the model. However, the business is currently facing growth headwinds that will take time to resolve and drive our Perform rating.

### BASE CASE ASSUMPTION

- Good secular demand for technology backup solutions.
- Demonstrates steady operating margin improvements.
- Growth metrics remain above 10%.

### CATALYSTS

- Management will be presenting at industry conferences over the next several months.
- Consistent execution in quarterly reported results.
- Increasing spending trends in the market for SaaS technologies.

### UPSIDE SCENARIO

- Organic revenue growth increases to the mid teens
- Shows a faster pace of operating margin expansion.
- Rapid improvements to customer lifetime values.
- Faster market share gains.

### DOWNSIDE SCENARIO

- Revenue growth slows to below 10%
- Pace of operating margin expansion slows or declines.
- No growth in customer lifetime values.
- Weakening secular demand for technology backup solutions.

## 2019 OpCo Bull/Bear Case

**Exhibit 1: Opco's Bull and bear cases for CARB from our 2019 SaaS/Applications Playbook**

| Carbonite | Bull Case | Bear Case |
|---|---|---|
| **Carbonite**<br>Ticker: CARB<br>Market Cap ($M): $1,000<br>Opco Rating: Perform | * Value-oriented story: Carbonite operates with one of the higher cash and operating margin profiles in our coverage universe<br>* A growing US economy should lead to new SMB business creation<br>* Sector has been experiencing heightened consolidation activity<br>* Strengthened balance sheet in 2018 for accretive M&A activity<br>* Valuation: Cheap stock | * Complex story and business ro l-up: Low buyside sentiment and investor apathy remains<br>* Estimate risks: M&A activity has been masking the true growth rate, and the Street has possibly overshot on the business trajectory. Also the business could be challenged in 2019 to effectively integrate the operations, technology, products, services, and employees from Mozy, Double-Take, Evault, etc.<br>* Highly competitive market that could cause pricing pressures<br>* Less favorable M&A market: Business does not find new growth and/or EPS accretion in 2019 via M&A |

Source: Company reports; Oppenheimer & Co. Inc.

## Other Key Quarterly Metrics

- Total bookings increased 31% y/y to ~$78.8M, compared to +32% last quarter and +11% in 4Q17.

- Business quarterly bookings were ~70% of total bookings, compared to 68% last quarter and 68% in 4Q17.

- Business bookings increased 35% y/y to $54.9M, compared to +33% y/y last quarter and +20% in 4Q17.

- Consumer bookings increased 23% y/y to $23.9M, compared to +30% last quarter and down 4% in 4Q17.

- Deferred revenue grew 21% y/y to $151M, compared to +19% last quarter and +16% in 4Q17.

- Short-term deferred revenue grew 21% y/y to $121.6M, compared to +17% last quarter and +16% in 4Q17.

- Long-term deferred revenue grew 20% y/y to $29.2M, compared to +27% last quarter and +14% in 4Q17.

- Operating cash flow increased ~43% to $19.8M, compared to $17.0M last quarter and $13.9M in 4Q17.

- Adjusted free cash flow increased ~76% to $17.1M, compared to $17.3M last quarter and $9.7M in 4Q17.

- DSOs were 37, compared to 38 days last quarter, and 34 days in 4Q17.

- The company ended the quarter with approximately $198M in cash and $118M in debt, or $2.19 net cash per share.



# 4Q Actual Results vs. Our Estimates

| Carbonite, Inc. | Actual | Opco Est. | |
|---|---|---|---|
| ($ in thousands, except per share) | Q4A Dec-18 | Q4E Dec-18 | Variance |
| Total Revenue | 78,032 | 80,000 | (1,968) |
| Y/Y % Change | 24% | 27% | -3% |
| | | | |
| PF Gross Profit | 60,811 | 62,396 | (1,585) |
| PF Gross Margin | 77.9% | 78.0% | -10 bps |
| | | | |
| PF Operating Expense | | | |
| Sales and Marketing | 21,700 | 21,711 | (11) |
| % of Total Rev | 28% | 27% | 1% |
| Research and Development | 13,770 | 14,306 | (536) |
| % of Total Rev | 18% | 18% | 0% |
| General and Administrative | 8,372 | 8,438 | (66) |
| % of Total Rev | 11% | 11% | 0% |
| Total Costs and Expenses | 61,063 | 62,059 | (996) |
| | | | |
| PF Operating Income | 16,969 | 17,941 | (972) |
| Y/Y % Change | 70% | 79% | N/A |
| PF Operating Margin | 21.7% | 22.4% | -70 bps |
| | | | |
| PF Income Tax Expense (Benefit) | 944 | 673 | 271 |
| Tax Rate | 5.5% | 4 0% | 1 5% |
| | | | |
| PF Net Income | 16,244 | 16,297 | (53) |
| PF EPS | $0.45 | $0.42 | $0.03 |
| GAAP Net Income | 719 | 796 | (77) |
| Y/Y % Change | 50% | 42% | N/A |
| GAAP EPS | $0.02 | $0.02 | $0.00 |
| Y/Y % Change | N/A | N/A | N/A |
| Fully Diluted Shares Outstanding (M) | 36,374 | 38,501 | (2,127) |
| | | | |
| Operating Cash Flow | 19,776 | 10,273 | 9,503 |
| CapEx | (3,205) | (2,683) | (522) |
| Free Cash Flow | 17,138 | 11,590 | 5,548 |

*Source: Company Reports and Oppenheimer & Co. Inc. Estimates*

**CARB (PERFORM) - NA**

**Carbonite, Inc.**

| Carbonite, Inc. Income Statement ($ in thousands, except per share) | 2017A Q1A Mar-17 | Q2A Jun-17 | Q3A Sep-17 | Q4A Dec-17 | 2018A Q1A Mar-18 | Q2A Jun-18 | Q3A Sep-18 | Q4A Dec-18 | 2019E Q1E Mar-19 | Q2E Jun-19 | Q3E Sep-19 | Q4E Dec-19 | 2020E Q1E Mar-20 | Q2E Jun-20 | Q3E Sep-20 | Q4E Dec-20 | FY 2017A | FY 2018A | FY 2019E | FY 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total PF Revenue | 59,087 | 61,079 | 63,102 | 62,822 | 64,908 | 79,850 | 79,109 | 78,032 | 77,465 | 134,134 | 139,485 | 144,125 | 147,106 | 149,170 | 154,467 | 160,202 | 246,090 | 301,899 | 495,208 | 610,944 |
| Y/Y % Change | 21% | 13% | 20% | 17% | 10% | 31% | 25% | 24% | 19% | 68% | 76% | 85% | 90% | 11% | 11% | 11% | 18% | 23% | 64% | 23% |
| Q/Q % Change | 10% | 3% | 3% | (0%) | 3% | 23% | (1%) | (1%) | (1%) | 73% | 4% | 3% | 2% | 1% | 4% | 4% | | | | |
| Cost of Revenue | 15,480 | 15,803 | 14,924 | 14,092 | 15,508 | 18,316 | 17,091 | 17,221 | 15,880 | 26,156 | 25,805 | 26,663 | 27,215 | 27,596 | 28,190 | 29,237 | 60,299 | 68,136 | 94,504 | 112,238 |
| PF Gross Profit | 43,607 | 45,276 | 48,178 | 48,730 | 49,400 | 61,534 | 62,018 | 60,811 | 61,585 | 107,977 | 113,680 | 117,462 | 119,891 | 121,573 | 126,277 | 130,965 | 185,791 | 233,763 | 400,704 | 498,706 |
| PF Gross Margin | 73.8% | 74.1% | 76.3% | 77.6% | 76.1% | 77.1% | 78.4% | 77.9% | 79.5% | 80.5% | 81.5% | 81.5% | 81.5% | 81.5% | 81.8% | 81.8% | 75.5% | 77.4% | 80.9% | 81.6% |
| **PF Operating Expenses** | | | | | | | | | | | | | | | | | | | | |
| Sales and Marketing | 22,756 | 22,265 | 21,236 | 20,236 | 19,218 | 21,268 | 20,291 | 21,700 | 23,002 | 41,404 | 43,474 | 45,647 | 47,930 | 48,409 | 48,893 | 50,360 | 86,493 | 82,477 | 153,527 | 195,592 |
| % of Total Rev | 39% | 36% | 34% | 32% | 30% | 27% | 26% | 28% | 30% | 31% | 31% | 32% | 33% | 32% | 32% | 31% | 35% | 27% | 31% | 32% |
| Y/Y % Change | 40% | 33% | 16% | 3% | (16%) | (4%) | (4%) | 7% | 20% | 95% | 114% | 110% | 108% | 17% | 12% | 10% | 21% | (5%) | 86% | 27% |
| Research and Development | 9,949 | 10,457 | 11,153 | 11,383 | 11,797 | 14,670 | 13,889 | 13,770 | 14,596 | 25,543 | 26,821 | 28,162 | 28,725 | 29,012 | 29,302 | 30,181 | 42,942 | 54,126 | 95,122 | 117,220 |
| % of Total Rev | 17% | 17% | 18% | 18% | 18% | 18% | 18% | 18% | 19% | 19% | 19% | 20% | 20% | 19% | 19% | 19% | 17% | 18% | 19% | 19% |
| General and Administrative | 7,856 | 7,974 | 7,273 | 7,110 | 8,829 | 8,599 | 8,273 | 8,372 | 8,874 | 13,311 | 13,578 | 14,257 | 14,399 | 14,111 | 14,252 | 14,965 | 30,213 | 34,073 | 50,020 | 57,728 |
| % of Total Rev | 13% | 13% | 12% | 11% | 14% | 11% | 10% | 11% | 11% | 10% | 10% | 10% | 10% | 9% | 9% | 9% | 12% | 11% | 10% | 9% |
| Total PF operating expenses | 40,561 | 40,696 | 39,662 | 38,729 | 39,844 | 44,537 | 42,453 | 43,842 | 46,473 | 80,258 | 83,872 | 88,066 | 91,054 | 91,532 | 92,448 | 95,506 | 159,648 | 170,676 | 298,669 | 370,540 |
| Y/Y % Change | 32% | 22% | 17% | 8% | (2%) | 9% | 7% | 13% | 17% | 80% | 98% | 101% | 96% | 14% | 10% | 8% | 20% | 7% | 75% | 24% |
| PF Operating Income | 3,046 | 4,580 | 8,516 | 10,001 | 9,556 | 16,997 | 19,565 | 16,969 | 15,112 | 27,719 | 29,808 | 29,397 | 28,838 | 30,041 | 33,829 | 35,459 | 26,143 | 63,087 | 102,036 | 128,166 |
| Y/Y % Change | (30%) | (24%) | 109% | 142% | 214% | 271% | 130% | 70% | 58% | 63% | 52% | 73% | 91% | 8% | 13% | 21% | 40% | 141% | 62% | 26% |
| PF Operating Margin | 5.2% | 7.5% | 13.5% | 15.9% | 14.7% | 21.3% | 24.7% | 21.7% | 19.5% | 20.7% | 21.4% | 20.4% | 19.6% | 20.1% | 21.9% | 22.1% | 10.6% | 20.9% | 20.6% | 21.0% |
| Non-Cash Items/Stock Comp./Other | (9,919) | (9,233) | (9,610) | (9,446) | (12,482) | (17,278) | (15,249) | (14,411) | (16,200) | (32,843) | (33,129) | (33,275) | (34,045) | (34,160) | (34,453) | (34,773) | (38,208) | (59,420) | (115,447) | (137,430) |
| GAAP Operating Margin | (3.1%) | (2.1%) | 4.0% | 5.9% | 3.8% | 5.4% | 8.0% | 5.6% | 2.7% | (0.1%) | 1.2% | 0.8% | 0.2% | 0.9% | 3.2% | 3.9% | 1.3% | 5.8% | 1.0% | 2.1% |
| Total Other Income | 77 | (1,324) | (2,272) | (2,096) | (2,345) | (3,068) | (2,630) | (1,409) | (1,672) | (10,437) | (10,328) | (10,211) | (9,478) | (9,110) | (8,531) | (8,112) | (5,615) | (9,452) | (32,647) | (35,231) |
| GAAP Pre-Tax Income | (6,796) | (5,977) | (3,366) | (1,541) | (5,271) | (3,349) | 1,686 | 1,149 | (2,759) | (15,561) | (13,649) | (14,089) | (14,685) | (13,229) | (9,154) | (7,426) | (17,680) | (5,785) | (46,059) | (44,495) |
| GAAP Income tax expenses | (14,390) | 403 | 237 | 73 | (17,215) | 2,338 | 1,100 | 430 | (607) | (3,423) | (3,003) | (3,100) | (3,231) | (2,910) | (2,014) | (1,634) | (13,677) | (13,347) | (10,133) | (9,789) |
| GAAP Net Income | 7,594 | (6,380) | (3,603) | (1,614) | 11,944 | (5,687) | 586 | 719 | (2,152) | (12,138) | (10,646) | (10,990) | (11,454) | (10,319) | (7,140) | (5,792) | (4,003) | 7,562 | (35,926) | (34,706) |
| PF Net Income | 2,529 | 4,253 | 7,294 | 8,757 | 8,124 | 14,176 | 17,320 | 16,244 | 14,262 | 14,767 | 16,481 | 16,252 | 16,388 | 17,613 | 21,019 | 22,617 | 22,833 | 55,864 | 61,762 | 77,638 |
| PF EPS | $0.09 | $0.15 | $0.25 | $0.30 | $0.27 | $0.45 | $0.48 | $0.45 | $0.39 | $0.40 | $0.44 | $0.43 | $0.43 | $0.46 | $0.55 | $0.59 | $0.79 | $1.66 | $1.67 | $2.03 |
| Y/Y % Change | (41%) | (23%) | 81% | 155% | 205% | 203% | 89% | 50% | 44% | (11%) | (7%) | (3%) | 12% | 16% | 24% | 35% | 32% | 110% | 0% | 22% |
| GAAP EPS | $0.27 | ($0.23) | ($0.13) | ($0.06) | $0.40 | ($0.20) | $0.02 | $0.02 | ($0.06) | ($0.36) | ($0.31) | ($0.32) | ($0.33) | ($0.29) | ($0.20) | ($0.16) | ($0.14) | $0.22 | ($1.05) | ($0.99) |
| Y/Y % Change | N/A | N/A | N/A | (134%) | 49% | 14% | N/A | N/A | N/A | (80%) | N/A | N/A | (417%) | 18% | 35% | 49% | 5% | N/A | N/A | 6% |
| Fully Diluted Shares Outstanding (000s) | 28,505 | 28,793 | 29,008 | 29,322 | 30,044 | 31,718 | 36,454 | 36,374 | 36,647 | 36,922 | 37,199 | 37,478 | 37,759 | 38,042 | 38,327 | 38,615 | 28,907 | 33,648 | 37,061 | 38,186 |
| Adj. EBITDA | 8,414 | 8,591 | 11,341 | 13,033 | 12,407 | 20,121 | 23,036 | 20,828 | 20,488 | 34,938 | 38,180 | 38,790 | 37,089 | 38,782 | 43,852 | 46,683 | 47,874 | 76,392 | 132,396 | 166,406 |
| Adj. EBITDA margin (%) | 14.2% | 14.1% | 18.0% | 20.7% | 19.1% | 25.2% | 29.1% | 26.7% | 26.4% | 26.0% | 27.4% | 26.9% | 25.2% | 26.0% | 28.4% | 29.1% | 19.5% | 25.3% | 26.7% | 27.2% |
| Adj. EBITDA/Share | $0.30 | $0.41 | $0.41 | $0.47 | $0.44 | $0.70 | $0.70 | $0.61 | $0.61 | $1.03 | $1.12 | $1.12 | $1.07 | $1.11 | $1.24 | $1.31 | $1.72 | $2.46 | $3.88 | $4.73 |

**Management Guidance**

| | Q1A Mar-17 | Q1A Mar-18 | Q1E Mar-19 | FY 2017A | FY 2018A | FY 2019E |
|---|---|---|---|---|---|---|
| Revenue ($M) | 51.3-55.3 / 55.1-59.1 | 61.7-63.7 / 63-65 | 76.5-77.5 / 77.0-78.0 | 239.2-241.2 / 246.3-248.3 | 297-300 / 302.5-305.5 | |
| Non-GAAP Revenue ($M) | | | | | | 468-482 / 488-502 |
| PF Gross Margin | | | | | | |
| PF EPS ($) | 0.06-0.08 | 0.20-0.24 | | 0.76-0.80 | 1.61-1.65 | |
| PF Diluted Shares Outstanding (M) | 28.8 | 29.7 | 20.0-21.5 | 29.1 | 34.0 | |
| Adjusted EBITDA | | 31.2 / 0.34-0.38 | | 16-20 | 0.40-0.44 / 37.3 | 129-134 |
| Adjusted FCF ($M) | | | | | 43-46 | |

Source: Company Reports and Oppenheimer & Co. Inc. Estimates



Case 1:19-cv-11662-LTS   Document 134-52   Filed 06/02/23   Page 7 of 11

| Carbonite, Inc. Balance Sheet ($ 000s) | Q1A Mar-17 | Q2A Jun-17 | Q3A Sep-17 | Q4A Dec-17 | Q1A Mar-18 | Q2A Jun-18 | Q3A Sep-18 | Q4A Dec-18 |
|---|---|---|---|---|---|---|---|---|
| **Current Assets:** | | | | | | | | |
| Cash and Equivalents | 41,813 | 125,099 | 119,425 | 128,231 | 71,009 | 70,982 | 200,981 | 198,087 |
| Accounts Receivable, net | 21,876 | 23,505 | 23,364 | 22,219 | 31,159 | 32,078 | 32,582 | 31,569 |
| Prepaid Expenses & Other Current Assets | 7,637 | 7,850 | 6,745 | 6,823 | 8,680 | 10,620 | 10,059 | 10,409 |
| **Total Current Assets** | 71,326 | 156,454 | 149,534 | 157,273 | 110,848 | 113,680 | 243,622 | 240,065 |
| **Long-term Assets:** | | | | | | | | |
| PP&E | 27,829 | 27,798 | 29,681 | 28,790 | 38,622 | 36,587 | 35,436 | 34,101 |
| Other Assets | 1,132 | 348 | 432 | 804 | 10,844 | 12,337 | 13,072 | 13,876 |
| Intangible Assets, Net | 48,205 | 45,924 | 46,799 | 44,994 | 138,595 | 134,770 | 126,501 | 117,963 |
| Goodwill | 73,580 | 74,082 | 80,756 | 80,958 | 157,215 | 155,341 | 155,258 | 155,086 |
| **Total Assets** | 222,072 | 304,606 | 307,202 | 312,819 | 456,124 | 452,715 | 573,889 | 561,091 |
| **Current Liabilities:** | | | | | | | | |
| Accounts Payable | 9,472 | 6,021 | 9,402 | 10,842 | 9,561 | 5,820 | 4,074 | 2,114 |
| Accrued Expenses | 21,841 | 20,631 | 20,373 | 21,675 | 25,165 | 28,911 | 25,246 | 11,620 |
| Accrued Treasury Share Repurchase | 14,964 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Current Portion of Deferred Revenue | 98,323 | 102,224 | 103,687 | 100,241 | 116,859 | 121,032 | 121,270 | 121,553 |
| **Total Current Liabilities** | 144,600 | 128,876 | 133,462 | 132,758 | 151,585 | 155,763 | 267,230 | 135,287 |
| **Long-term Liabilities:** | | | | | | | | |
| Long Term Debt, Net of Current | 39,063 | 108,782 | 110,294 | 111,819 | 203,398 | 194,992 | 0 | 118,305 |
| Other LT Liabilities | 6,170 | 6,186 | 6,034 | 5,704 | 6,230 | 5,876 | 5,686 | 5,294 |
| Deferred Revenue, Net of Current | 23,544 | 24,756 | 22,018 | 24,273 | 27,467 | 27,682 | 28,044 | 29,151 |
| **Total Liabilities** | 213,377 | 268,600 | 271,808 | 274,554 | 388,680 | 384,313 | 300,960 | 288,037 |
| **Total Shareholders' Equity** | 8,695 | 36,006 | 35,394 | 38,265 | 67,444 | 68,402 | 272,929 | 273,054 |
| **Total Liabilities and Equity** | 222,072 | 304,606 | 307,202 | 312,819 | 456,124 | 452,715 | 573,889 | 561,091 |

| Net Cash and Ratios | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total Cash** | 41,813 | 125,099 | 119,425 | 128,231 | 71,009 | 70,982 | 200,981 | 198,087 |
| Total Debt | 39,063 | 108,782 | 110,294 | 111,819 | 203,398 | 194,992 | 116,640 | 118,305 |
| Net Cash | 2,750 | 16,317 | 9,131 | 16,412 | (132,389) | (124,010) | 84,341 | 79,782 |
| Days Sales Outstanding | 32 | 34 | 36 | 34 | 34 | 36 | 38 | 37 |
| Net Cash / Share | $0.10 | $0.57 | $0.31 | $0.56 | ($4.41) | ($3.91) | $2.31 | $2.19 |

| Deferred Revenue & Billings Analysis | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total Deferred Revenue** | 121,867 | 126,980 | 125,705 | 124,514 | 144,326 | 148,714 | 149,314 | 150,704 |
| Deferred Revenue Q/Q Change | 14,276 | 5,113 | (1,275) | (1,191) | 19,812 | 4,388 | 600 | 1,390 |
| Q/Q % Change | 13% | 4% | -1% | -1% | 16% | 3% | 0% | 1% |
| Y/Y % Change | 11% | 15% | 17% | 16% | 18% | 17% | 19% | 21% |
| Deferred Rev/ Total Rev. | 206% | 208% | 199% | 198% | 222% | 186% | 189% | 193% |
| Short-term Deferred Revenue Y/Y % Change | 9% | 16% | 16% | 16% | 19% | 18% | 17% | 21% |
| Long-term Deferred Revenue Y/Y % Change | 17% | 14% | 7% | 14% | 17% | 12% | 27% | 20% |
| Billings | 62,122 | 63,900 | 59,665 | 59,469 | 82,558 | 82,076 | 77,547 | 77,260 |
| Q/Q % Change | 15% | 3% | -7% | 0% | 39% | -1% | -6% | 0% |
| Y/Y % Change | 19% | 19% | 21% | 10% | 33% | 28% | 30% | 30% |
| LTM Billings/FTM Revenue | 87% | 85% | 84% | 81% | 84% | 77% | 70% | 65% |

| Carbonite, Inc. Cash Flow Model ($ 000s) | Q1A Mar-17 | Q2A Jun-17 | Q3A Sep-17 | Q4A Dec-17 | Q1A Mar-18 | Q2A Jun-18 | Q3A Sep-18 | Q4A Dec-18 | Q1E Mar-19 | Q2E Jun-19 | Q3E Sep-19 | Q4E Dec-19 | Q1E Mar-20 | Q2E Jun-20 | Q3E Sep-20 | Q4E Dec-20 | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash From Operations** | 7,696 | 2,872 | 6,898 | 13,864 | 3,291 | 13,555 | 16,968 | 19,776 | 18,437 | 28,490 | 30,310 | 33,017 | 26,198 | 27,820 | 32,244 | 34,945 | 31,330 | 53,590 | 110,255 | 121,206 |
| OCF per Share | $0.27 | $0.10 | $0.24 | $0.47 | $0.11 | $0.43 | $0.47 | $0.54 | $0.50 | $0.77 | $0.81 | $0.88 | $0.69 | $0.73 | $0.84 | $0.90 | $1.08 | $1.59 | $2.97 | $3.17 |
| Y/Y Change % | N/A | -44% | 37% | 26% | -57% | 372% | 146% | 43% | 460% | 110% | 79% | 67% | 42% | -2% | 6% | 6% | 118% | 71% | 106% | 10% |
| LTM Total | 28,827 | 26,615 | 28,476 | 31,330 | 26,925 | 37,608 | 47,678 | 53,590 | 68,736 | 83,671 | 97,013 | 110,255 | 118,015 | 117,345 | 119,279 | 121,206 | | | | |
| LTM Y/Y Change % | 650% | 437% | 256% | 118% | -7% | 41% | 67% | 71% | 155% | 122% | 103% | 106% | 72% | 40% | 23% | 10% | | | | |
| LTM total cash from operations per share | $1.01 | $0.92 | $0.98 | $1.07 | $0.90 | $1.19 | $1.31 | $1.47 | $1.88 | $2.27 | $2.61 | $2.94 | $3.13 | $3.08 | $3.11 | $3.14 | | | | |
| **CapEx** | (6,568) | (3,471) | (1,905) | (5,407) | (3,288) | (4,507) | (2,132) | (3,205) | (3,873) | (6,707) | (6,974) | (7,206) | (7,355) | (7,458) | (7,723) | (8,010) | (17,351) | (13,132) | (24,760) | (28,242) |
| LTM Total | (12,436) | (15,022) | (16,021) | (17,351) | (14,071) | (15,107) | (15,334) | (13,132) | (13,717) | (15,917) | (20,759) | (24,760) | (28,242) | (28,994) | (29,743) | (30,547) | | | | |
| LTM Y/Y % Change | 49% | 97% | 3% | 123% | 13% | 1% | -4% | -24% | -3% | 5% | 35% | 89% | 106% | 82% | 43% | 23% | 123% | -24% | 89% | 106% |
| CapEx as % of revenue | 11% | 6% | 3% | 9% | 5% | 6% | 3% | 4% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 7% | 4% | 5% | 5% |
| **Adjusted Free Cash Flow** | 2,390 | 2,097 | 6,015 | 9,731 | 2,442 | 13,275 | 17,251 | 17,138 | 14,564 | 21,783 | 23,336 | 25,811 | 18,842 | 20,362 | 24,521 | 26,935 | 20,233 | 50,106 | 85,494 | 90,659 |
| FCF per Share | $0.08 | $0.07 | $0.21 | $0.33 | $0.08 | $0.42 | $0.47 | $0.47 | $0.40 | $0.59 | $0.63 | $0.69 | $0.50 | $0.54 | $0.64 | $0.70 | $0.81 | $1.95 | $3.24 | $3.38 |
| Y/Y Change % | N/A | -71% | 33% | 40% | 2% | 533% | 187% | 76% | 496% | 64% | 35% | 51% | 29% | -7% | 5% | 4% | 11% | 148% | 71% | 44% |
| Adj. FCF margin | 4% | 3% | 10% | 15% | 4% | 17% | 22% | 22% | 19% | 16% | 17% | 18% | 13% | 14% | 16% | 17% | 8% | 17% | 17% | 15% |
| LTM Total | 21,102 | 15,941 | 17,432 | 20,233 | 20,285 | 31,463 | 42,699 | 50,106 | 62,228 | 70,736 | 76,821 | 85,494 | 89,773 | 88,351 | 89,536 | 90,659 | | | | |
| LTM Y/Y Change % | 89% | 5% | -5% | 11% | -4% | 97% | 145% | 148% | 207% | 125% | 80% | 71% | 44% | 25% | 17% | 6% | | | | |
| LTM total free cash flow per share | $0.74 | $0.55 | $0.60 | $0.69 | $0.68 | $0.99 | $1.17 | $1.38 | $1.70 | $1.92 | $2.07 | $2.28 | $2.38 | $2.32 | $2.34 | $2.35 | | | | |

Source: Company Reports and Oppenheimer & Co. Inc. Estimates



**CARB (PERFORM) - NA**

**Carbonite, Inc.**

| Carbonite, Inc. Metrics | Q1A Mar-15 | Q2A Jun-15 | Q3A Sep-15 | Q4A Dec-15 | Q1A Mar-16 | Q2A Jun-16 | Q3A Sep-16 | Q4A Dec-16 | Q1A Mar-17 | Q2A Jun-17 | Q3A Sep-17 | Q4A Dec-17 | Q1A Mar-18 | Q2A Jun-18 | Q3A Sep-18 | Q4A Dec-18 | Q1E Mar-19 | Q2E Jun-19 | Q3E Sep-19 | Q4E Dec-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customers and Bookings** | | | | | | | | | | | | | | | | | | | | |
| **Bookings ($M)** | 36.9 | 35.7 | 34.2 | 37.4 | 52.3 | 53.7 | 49.2 | 54.0 | 62.1 | 63.9 | 59.7 | 60.2 | 67.6 | 81.8 | 78.8 | 78.8 | | | | |
| Y/Y Change % | 13% | 17% | 12% | 8% | 42% | 50% | 44% | 45% | 19% | 19% | 21% | 11% | 9% | 28% | 32% | 31% | | | | |
| **Total Business Bookings (SMB, $M)** | 13.1 | 13.1 | 12.5 | 15.8 | 29.4 | 32.3 | 28.8 | 33.8 | 40.1 | 43.0 | 40.2 | 40.7 | 45.6 | 54.8 | 53.5 | 54.9 | | | | |
| Y/Y Change % | 42% | 44% | 31% | 27% | 124% | 147% | 131% | 114% | 36% | 33% | 40% | 20% | 14% | 27% | 33% | 35% | | | | |
| Q/Q Change % | 6% | 0% | (5%) | 27% | 86% | 10% | (11%) | 17% | 18% | 7% | (6%) | 1% | 12% | 20% | (2%) | 3% | | | | |
| **Business Bookings Mix** | 36% | 37% | 36% | 42% | 56% | 60% | 59% | 63% | 65% | 67% | 67% | 68% | 67% | 67% | 68% | 70% | | | | |
| **Subscriptions Business Bookings (SMB, $M)** | | | | | 24.3 | 24.5 | 23.4 | 26.1 | 27.3 | 29.3 | 27.6 | 30.0 | 32.2 | 43.4 | 43.9 | 44.2 | | | | |
| Y/Y Change % | | | | | | | | | 12% | 20% | 18% | 15% | 18% | 48% | 59% | 47% | | | | |
| Q/Q Change % | | | | | | 1% | (4%) | 12% | 5% | 7% | (6%) | 9% | 7% | 35% | 1% | 1% | | | | |
| % of total Business bookings | | | | | 83% | 76% | 81% | 77% | 68% | 68% | 69% | 74% | 71% | 79% | 82% | 81% | | | | |
| % of total bookings | | | | | 46% | 46% | 48% | 48% | 44% | 46% | 46% | 50% | 48% | 53% | 56% | 56% | | | | |
| **Non-Subscriptions Business Bookings (SMB, $M)** | | | | | 5.1 | 7.8 | 5.4 | 7.7 | 12.8 | 13.7 | 12.6 | 10.7 | 13.4 | 11.4 | 9.6 | 10.7 | | | | |
| Y/Y Change % | | | | | | | | | 150% | 75% | 133% | 39% | 5% | (17%) | (24%) | (0%) | | | | |
| Q/Q Change % | | | | | 17% | 53% | (31%) | 43% | 65% | 7% | (8%) | (15%) | 24% | (15%) | (16%) | 11% | | | | |
| % of total Business bookings | | | | | 17% | 24% | 19% | 23% | 32% | 32% | 31% | 26% | 29% | 21% | 18% | 19% | | | | |
| % of total bookings | | | | | 10% | 15% | 11% | 14% | 21% | 21% | 21% | 18% | 20% | 14% | 12% | 14% | | | | |
| **Consumer Bookings ($M)** | 23.8 | 22.6 | 21.7 | 21.6 | 22.9 | 21.4 | 20.4 | 20.2 | 22.0 | 20.9 | 19.5 | 19.4 | 22.0 | 27.0 | 25.3 | 23.9 | | | | |
| Y/Y Change % | 2% | 5% | 3% | (2%) | (4%) | (5%) | (6%) | (6%) | (4%) | (2%) | (5%) | (4%) | 0% | 29% | 30% | 23% | | | | |
| Q/Q Change % | 8% | (5%) | 3% | (1%) | 6% | (7%) | (4%) | (1%) | 9% | (5%) | (7%) | (0%) | 13% | 23% | (6%) | (6%) | | | | |
| % of total bookings | 64% | 63% | 64% | 58% | 44% | 40% | 41% | 37% | 35% | 33% | 33% | 32% | 33% | 33% | 32% | 30% | | | | |
| **Retention and Renewal** | | | | | | | | | | | | | | | | | | | | |
| Renewal Rate | 81% | 82% | 83% | 82% | 84% | 85% | 83% | 84% | 85% | 85% | 86% | 85% | 83% | 83% | 84% | | | | | |
| Annual Retention Rate | 83% | 83% | 84% | 84% | 85% | 86% | 86% | 86% | 86% | 86% | 86% | 87% | 87% | 86% | 86% | | | | | |
| Quarterly Retention Rate | 96-97% | 96-97% | 96-97% | 96-97% | 96-97% | 96-97% | 96-97% | | | | | | | | | | | | | |
| **Employees & Resellers** | | | | | | | | | | | | | | | | | | | | |
| Resellers | 6,487 | 7,000 | 7,700 | 8,200 | 8,700 | 9,000 | No longer given | | | | | | | | | | | | | |
| Absolute Q/Q change in resellers | 687 | 513 | 700 | 500 | 500 | 300 | | | | | | | | | | | | | | |
| Y/Y Change % | 38% | 40% | 43% | 41% | 34% | 29% | | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | | | |
| Advertising Costs ($M, in S&M) | 4.0 | 4.0 | 3.6 | 3.5 | 4.1 | 4.0 | 4.7 | 5.1 | 5.0 | 4.4 | 3.8 | 3.2 | 3.3 | | | | | | | |
| Y/Y Change % | -26% | -26% | -6% | 2% | 2% | 0% | 30% | 47% | 23% | 11% | -18% | -38% | -33% | | | | | | | |
| Annual Advertising Costs ($M, in S&M) | | | | FY15 15.0 | | | | FY16 17.8 | | | | FY17 16.4 | | | | | | | | |
| Y/Y Change % | | | | -16% | | | | 19% | | | | -8% | | | | | | | | |
| **Organic Growth** | | | | | | | | | | | | | | | | | | | | |
| **Total Revenue ($ M)** | 33.0 | 34.0 | 34.6 | 35.1 | 48.7 | 54.2 | 52.5 | 53.9 | 59.1 | 61.1 | 63.1 | 62.8 | 64.9 | 79.9 | 79.1 | 78.0 | 77.5 | 134.1 | 139.5 | 144.1 |
| Less: acquired but unanniversaried revenue: | | | | | | | | | | | | | | | | | | | | |
| Zmanda | 1.0 | 1.0 | 1.0 | 1.0 | | | | | | | | | | | | | | | | |
| MailStore | | | | | 13.0 | 18.0 | 16.0 | 18.0 | | | | | | | | | | | | |
| Rebit | | | | | | | | | | | | | | | | | | | | |
| Evault | | | | | | | | | 4.0 | 6.1 | 10.0 | 6.7 | | | | | | | | |
| Double-Take Software | | | | | | | | | | | | | 1.9 | 14.2 | 14.2 | 14.2 | 12.0 | | | |
| Mozy | | | | | | | | | | | | | | | | | | 58.0 | 60.0 | 62.0 |
| Webroot | | | | | | | | | | | | | | | | | | | | |
| **Total est. organic revenue ($ M)** | 32.0 | 33.0 | 33.6 | 34.1 | 35.7 | 36.2 | 36.5 | 35.9 | 59.1 | 61.1 | 63.1 | 62.8 | 63.0 | 65.7 | 64.9 | 63.9 | 65.5 | 76.1 | 79.5 | 82.1 |
| CARB Est. Organic Rev Growth | 10% | 9% | 7% | 7% | 8% | 7% | 6% | 2% | 21% | 13% | 20% | 17% | 7% | 8% | 3% | 2% | 1% | -5% | 0% | 5% |
| *TTM Organic Growth Rate* | *12%* | *11%* | *9%* | *8%* | *8%* | *7%* | *7%* | *6%* | *10%* | *12%* | *15%* | *18%* | *14%* | *12%* | *8%* | *5%* | *3%* | *0%* | *-1%* | *0%* |

*Source: Company Reports and Oppenheimer & Co. Inc. Estimates*



OPPENHEIMER

Carbonite, Inc.                                                                                    **CARB (PERFORM) - NA**

# Disclosure Appendix

**Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.



All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

---

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

 

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

| Distribution of Ratings/IB Services Firmwide | | | | |
|---|---|---|---|---|
| | | | IB Serv/Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| OUTPERFORM [O] | 372 | 65 84 | 170 | 45.70 |
| PERFORM [P] | 192 | 33 98 | 65 | 33 85 |
| UNDERPERFORM [U] | 1 | 0.18 | 0 | 0 00 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

Note: Stocks trading under $5 can be considered speculative and appropriate for risk tolerant investors.

**Additional Information Available**

Please log on to http://www.opco.com or write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

## Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc. transacts business on all principal exchanges and is a member of SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor. Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report. Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc. All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice. Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser. This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third



**Carbonite, Inc.**                                                                                                                  **CARB (PERFORM) - NA**

party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This research is distributed in the UK and elsewhere throughout Europe, as third party research by Oppenheimer Europe Ltd, which is authorized and regulated by the Financial Conduct Authority (FCA). This research is for information purposes only and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research is for distribution only to persons who are eligible counterparties or professional clients. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. In particular, this material is not for distribution to, and should not be relied upon by, retail clients, as defined under the rules of the FCA. Neither the FCA's protection rules nor compensation scheme may be applied. https://opco2.bluematrix.com/sellside/MAR.action

**Distribution in Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by Oppenheimer Investments Asia Limited (OIAL) to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. OIAL, an affiliate of Oppenheimer & Co. Inc., is regulated by the Securities and Futures Commission for the conduct of dealing in securities and advising on securities. For professional investors in Hong Kong, please contact researchasia@opco.com for all matters and queries relating to this report. This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2019.