# EXHIBIT 53

*William Blair & Company, LLC analyst report
2/08/2019*

Equity Research
**Technology, Media, and Communications | Enterprise and Cloud Infrastructure**



February 8, 2019

**Jason Ader, CFA** +1 617 235 7519
jader@williamblair.com

**Sebastien Naji** +1 212 245 6508
SNaji@williamblair.com

# Carbonite, Inc.

## Game-Changing Acquisition of Webroot Overshadows Soft Fourth-Quarter Results and Outlook

**What You Need to Know:** Carbonite reported soft results in its fiscal fourth quarter, missing revenue consensus by roughly $1.9 million, though beating both bookings consensus by $2.6 million (due mainly to better maintenance renewals on legacy software) and non-GAAP EPS consensus by $0.03. The big news was the announced acquisition of endpoint security firm Webroot in a transaction valued at $618.5 million, Carbonite's largest transaction to date by far. Carbonite management touted the acquisition as taking advantage of a market opportunity to provide a comprehensive solution for small businesses that ensures security at their endpoints through enhanced prevention services in addition to backup and data recovery (what Carbonite terms "Secure and Recover").

We generally like this deal, with the positives outweighing the negatives. Positives we see include: 1) natural strategic synergy between data protection and endpoint security, especially with respect to use-cases like ransomware; 2) the two companies serve similar customer bases (consumer and SMB) and have complementary routes to market (Webroot through MSPs and Carbonite through VARs); 3) Webroot has a 100% cloud-based, subscription model that will broaden Carbonite's TAM into the high-growth security space and accelerate Carbonite's goal of reaching $1 billion in revenue; 4) the asset was available at a very attractive price—we estimate Carbonite paid roughly 2.5 times enterprise-value-to-sales and 9 times enterprise-value-to-EBITDA; and 5) Webroot was highly profitable and the deal is immediately accretive, excluding any cost or revenue synergies.

Negatives we see include: 1) the acquisition will increase Carbonite's consumer exposure (Webroot's revenue mix is 60%/40% consumer/SMB), which likely lowers its combined retention rate; 2) post-closing, Carbonite will have a net leverage ratio above four times and net debt of around $600 million (the deal was financed primarily with a $550 million term loan); and 3) execution risk around integrating a much larger asset (500-plus people) than Carbonite is used to acquiring. We note that in its fiscal year 2018 (ending in June 2018), Webroot reported $215 million in revenue with 14% growth.

Management expects the acquisition to close at the end of the first quarter of 2019 and sees the potential for $50 million in revenue synergies over the next five years, as well as $20 million in cost synergies over the next three years. A key aspect of revenue synergy will be the ability to cross-leverage distribution channels, partnerships, and customers.

Carbonite, based in Boston, is the leader in on-demand backup solutions.

**Stock Rating:** **Outperform**

| | | | |
|---|---|---|---|
| Symbol: | | | CARB (NASDAQ) |
| Price: | | | $29.30 (52-Wk.: $21-$44) |
| Market Value (M): | | | $1,013 |
| Dividend/Yield: | | | $0.00/0.00% |
| Fiscal Year End: | | | December |

| | | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| **Estimates** | | | | |
| Sales (M) | Q1 | $64.9 | $77.5 | - |
| | Q2 | $79.8 | $135.0 | - |
| | Q3 | $79.1 | $140.0 | - |
| | Q4 | $78.0 | $143.0 | - |
| | FY | $301.9 | $495.5 | $598.0 |
| EPS | Q1 | $0.27 | $0.37 | - |
| | Q2 | $0.45 | $0.43 | - |
| | Q3 | $0.48 | $0.47 | - |
| | Q4 | $0.45 | $0.50 | - |
| | FY | $1.64 | $1.77 | $2.14 |
| EBITDA (M) | Q1 | $12.3 | $20.5 | - |
| | Q2 | $20.7 | $35.1 | - |
| | Q3 | $23.2 | $37.1 | - |
| | Q4 | $30.6 | $38.6 | - |
| | FY | $76.8 | $131.3 | $162.7 |
| **Valuation** | | | | |
| EV/Sales | | 3.0x | 1.8x | 1.5x |
| FY P/E | | 17.9x | 16.6x | 13.7x |
| EV/EBITDA | | 11.8x | 6.9x | 5.6x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 34.6 |
| Float (M): | 32.2 |
| Avg. Daily Volume (90-day): | 441,133 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $7.11 |
| Return on Equity (TTM): | 3.7% |
| Enterprise Value (M): | $907 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

**Please refer to important disclosures on pages 12 – 13. Analyst certification is on page 12.**
William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.

William Blair

For the fourth quarter, revenue grew 23% year-over-year, with continued growth in subscription bookings more than offsetting weak nonsubscription (i.e., perpetual license) bookings. The slight miss on revenue was blamed on a back-end-loaded quarter with a higher percentage of large deals closing late in the quarter. Gross margin in the quarter stepped up to 77.9% as the company benefited from completing its West Coast data center consolidation efforts and experienced little customer churn and a steady retention rate. In addition, while EBITDA missed Street consensus by roughly $4.9 million, free cash flow beat Street estimates by roughly $3.3 million (adjusted free cash flow margin exceeded 20%).

For the first quarter (which excludes any impact from Webroot), management's revenue guidance at the midpoint was roughly $3.2 million below consensus, which speaks to continued softness in the business. Carbonite also provided revenue guidance for 2019 of $495 million at the midpoint, which includes nine months of revenue from Webroot (guided to be $177.5 million at the midpoint). This implies low-single-digit organic revenue growth for Carbonite, which is well below consensus expectations. Baked into this outlook is the expectation of low-single-digit growth in consumer SaaS, a 10% decline in the perpetual business, and high-single-digit growth in business SaaS.

For the full year, management also offered adjusted EBITDA guidance of $131.5 million at the midpoint (roughly 27% margin), which is roughly in line with our prior expectation. Management noted that it is baking in EBITDA margins of approximately 27% for the Webroot business, which is very similar to that of Carbonite.

**Valuation: Reiterate Outperform.** At the after-hours price of $27, Carbonite trades at an enterprise value of roughly 12.1 times our revised calendar 2019 adjusted EBITDA estimate (inclusive of acquisition financing), which we believe continues to represent an attractive risk/reward opportunity. Looking ahead, Carbonite should benefit from a solid demand environment for cloud-based backup/disaster recovery (DR) and endpoint security solutions, growth in its TAM through broader product offerings, and cross-sell/up-sell opportunities within its expanding customer base as a result of the Webroot acquisition and new data protection products. On the bottom line, we expect the company will continue to improve gross and operating margins as a result of cost synergies with Webroot and overall economies of scale in the business.

**The Numbers:**

| Reported Revenue | WB Estimate | Street Consensus |
|---|---|---|
| $78.0 million | $80.4 million | $79.9 million |
| **Reported Non-GAAP EPS** | **WB Estimate** | **Street Consensus** |
| $0.45 | $0.42 | $0.42 |

**First Quarter 2019 Guidance:**

- GAAP revenue of $76.5 million to $77.5 million.

- Non-GAAP revenue of $77.0 million to $78.0 million, compared with the Street estimate of $83.0 million.

- Adjusted EBITDA of $20.0 million to $21.5 million.

William Blair

**Fiscal Year 2019 Guidance:**

- GAAP revenue of between $468 million and $482 million.

- Non-GAAP revenue of $488 million to $502 million, including $175 million to $180 million for nine months of Webroot (implying approximately $317.5 million on a Carbonite stand-alone basis, compared with the Street estimate of $334.9 million).

- Non-GAAP gross margin between 80.5% and 81.5%.

- Tax rate of 22%.

- Share count of 36.6 million.

- 6.5% interest rate on the $550 million term loan (equating to roughly $9 million on interest expense starting in the second quarter).

- Adjusted EBITDA of $129 million to $134 million.

($ in millions, except per-share items)

| | Current Quarter | | | | | | |
| | F4Q 2018 | | | | | | |
| | Actual | Estimate | Dif. | Street | % of Rev. | Y/Y[1] | Q/Q[1] |
|---|---|---|---|---|---|---|---|
| Total Bookings | 75.4 | 75.4 | 0.0% | 76.2 | 96.6% | 25.2% | (4.3)% |
| **Non-GAAP Revenue** | **78.0** | **80.4** | **(2.4)** | **79.9** | **100.0%** | **24.2%** | **(1.4)%** |
| **Non-GAAP Total Gross Profit** | **60.8** | **62.5** | **(1.7)** | | **77.9%** | **24.8%** | **(1.9)%** |
| **Non-GAAP Gross Margin** | **77.9%** | **77.8%** | **15 bps** | | - | **36 bps** | **(46) bps** |
| Research & Development | 13.8 | 14.5 | (0.7) | | 17.6% | 21.0% | (0.9)% |
| Sales & Marketing | 21.7 | 20.4 | 1.3 | | 27.8% | 7.2% | 6.9% |
| General & Admin | 8.4 | 8.2 | 0.2 | | 10.7% | 17.7% | 1.2% |
| Other GAAP Expenses | 3.9 | 8.2 | (4.3) | | 5.0% | #DIV/0! | (0.1)% |
| **Non-GAAP Operating Income** | **17.0** | **19.4** | **(2.5)** | | **21.7%** | **69.7%** | **(13.3)%** |
| Operating Margin | 21.7% | 24.2% | (243) bps | | - | 583 bps | (299) bps |
| Net Interest Inc. (expense) | 0.2 | (2.7) | 3.0 | | 0.3% | (136.2)% | (121.5)% |
| Non-GAAP Tax rate | 5.5% | 8.0% | (251) bps | | 0.1% | (19.2)% | (16.9)% |
| **Non-GAAP Net Income** | **16.2** | **15.4** | **0.9** | | **20.8%** | **85.5%** | **(6.2)%** |
| Net Margin | 20.8% | 19.1% | 171 bps | | - | 688 bps | (108) bps |
| **Non-GAAP EPS** | **$0.45** | **$0.42** | **$0.03** | **$0.42** | **-** | **49.5%** | **(6.0)%** |
| Non-GAAP Diluted Shares | 36.4 | 37.0 | (0.6) | | - | - | - |

| | Guidance | | | | WB versus Street | | |
| | 1Q 2019 | | | | FY 2019 | | |
| | Guidance | Prior WB Estimate | Prior Street Estimate | | Guidance | Prior WB Estimate | Prior Street Estimate |
|---|---|---|---|---|---|---|---|
| Total Bookings | | 79.5 | 82.8 | | | 339.0 | 338.8 |
| **Total Revenue** | **78.0** | **81.8** | **80.7** | | **495.0** | **337.2** | **334.9** |
| **Gross Margin (Non-GAAP)** | | **78.1%** | **-** | | | **78.6%** | **-** |
| **Non-GAAP EPS** | | **$0.39** | **$0.42** | | | **$1.72** | **$1.80** |

[1] *Represents percentage change except in case of gross, operating and net margins*
[2] *Excludes effects of amortization and "non-recurring" expenses*
Source: Company reports and William Blair & Company, L.L.C. estimates

3 | Jason Ader +1 617 235 7519

William Blair

**Carbonite, Inc.**
**William Blair Estimate Revisions**

|  | 1Q19E new | 1Q19E old | ▲ | 1Q19E Street* |
|---|---|---|---|---|
| **Revenue** | **$77.5** | $81.8 | ($4) | $80.7 |
| Y-Y Change % | **19.4%** | 26.0% | | |
| **EPS*** | **$0.37** | $0.39 | ($0.02) | $0.42 |
| Y-Y Change % | **35.1%** | 43.4% | | |

|  | FY19E new | FY19E old | ▲ | FY19E Street |
|---|---|---|---|---|
| **Revenue** | **$495.5** | $337.2 | $158 | $334.9 |
| Y-Y Change % | **64.1%** | 10.8% | | |
| **EPS*** | **$1.77** | $1.72 | $0.05 | $1.80 |
| Y-Y Change % | **8.1%** | 7.3% | | |

|  | FY20E new | FY20E old | ▲ | FY20E Street |
|---|---|---|---|---|
| **Revenue** | **$598.0** | $370.0 | $228 | $356.3 |
| Y-Y Change % | **20.7%** | 9.7% | | |
| **EPS*** | **$2.14** | $1.92 | $0.22 | $1.96 |
| Y-Y Change % | **20.7%** | 11.2% | | |

\* EPS excludes effects of amortization and "non-recurring" expenses
Source: Company reports, Thomson and William Blair & Co., L.L.C. estimates

**Carbonite Metrics:**



**Carbonite Quarterly Billings Results**

William Blair





William Blair





# William Blair

**Carbonite, Inc.**

**Jason N. Ader, CFA  (617) 235-7519**
**Rating: Outperform**

**Quarterly Earnings Model**
($ in millions, except per-share items)

| December Fiscal Year End | FY 2015A Year | FY 2016A Year | FY 2017A Mar-17A | Jun-17A | Sep-17A | Dec-17A | FY 2017A Year | FY 2018A Mar-18A | Jun-18A | Sep-18A | Dec-18A | FY 2018A Year | FY 2019E Mar-19E | Jun-19E | Sep-19E | Dec-19E | FY 2019E Year | FY 2020E Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GAAP Revenue** | 136.6 | 207.0 | 57.1 | 59.0 | 61.6 | 61.7 | 239.5 | 64.0 | 77.7 | 77.7 | 77.0 | 296.4 | 77.0 | 128.5 | 133.5 | 136.0 | 475.0 | 572.0 |
| Sequential Change % | - | - | 6 8% | 3.4% | 4.4% | 0.1% | - | 3.8% | 21.4% | (0.1%) | (0.9%) | - | 0.0% | 66.9% | 3 9% | 1.9% | - | - |
| Year over Year Change % | | 51.5% | 18.7% | 10 5% | 18.7% | 15.3% | 15.7% | 12.1% | 31.7% | 26.0% | 24.8% | 23 8% | 20.3% | 65.3% | 71.9% | 76.7% | 60 3% | 20.4% |
| Fair value Adj of Acquired Def Revenue | 0.00 | 2.31 | 1.99 | 2.05 | 1.47 | 1.13 | 6.63 | 0.88 | 2.12 | 1.43 | 1.07 | 5.49 | 0.50 | 6.50 | 6 50 | 7.00 | 20.50 | 26.00 |
| **Non-GAAP Revenue** | 136.6 | 209.3 | 59.1 | 61.1 | 63.1 | 62.8 | 246.1 | 64.9 | 79.9 | 79.1 | 78.0 | 301.9 | 77.5 | 135.0 | 140.0 | 143.0 | 495.5 | 598.0 |
| *Sequential Change %* | - | - | 9.6% | 3.4% | 3.3% | (0.4%) | - | 9.9% | 23.0% | (0.9%) | (1.4%) | - | 19.4% | 74.2% | 3.7% | 2.1% | - | - |
| *Year over Year Change %* | | 53.2% | 21.4% | 12.6% | 20.2% | 16.5% | 17.6% | 9.9% | 30.7% | 25.4% | 24.2% | 22.7% | 19.4% | 69.1% | 77.0% | 83.3% | 64.1% | 20.7% |
| GAAP COGS | 36 8 | 57.2 | 15.5 | 15.8 | 14.9 | 14.1 | 60 3 | 15.5 | 18.3 | 17.1 | 17.2 | 68.1 | 17.7 | 25.7 | 25.4 | 25.2 | 93.9 | 108.7 |
| GAAP Gross Margin | 73.1% | 72.3% | 72.9% | 73 2% | 75.8% | 77.2% | 74.8% | 75.8% | 76.4% | 78.0% | 77 6% | 77.0% | 77.0% | 80.0% | 81.0% | 81.5% | 80.2% | 81.0% |
| Non-GAAP Total Cost of Sales | 36 8 | 57.2 | 15.5 | 15.8 | 14.9 | 14.1 | 60 3 | 15.5 | 18.3 | 17.1 | 17.2 | 68.1 | 17.1 | 25.7 | 25 9 | 25.7 | 94.3 | 110.6 |
| Non-GAAP Total Gross Profit | 99 9 | 152.1 | 43.6 | 45.3 | 48.2 | 48.7 | 185.8 | 49.4 | 61.5 | 62 0 | 60.8 | 233.8 | 60.5 | 109.4 | 114.1 | 117.3 | 401.2 | 487.4 |
| **Non-GAAP Gross Margin** | 73.1% | 72.6% | 73.8% | 74.1% | 76.3% | 77.6% | 75.5% | 76.1% | 77.1% | 78.4% | 77.9% | 77.4% | 78.0% | 81.0% | 81.5% | 82.0% | 81.0% | 81.5% |
| | | | | | | | | | | | | | | | | | | |
| **Research & Development** | 26.6 | 32.1 | 9.9 | 10.5 | 11.2 | 11.4 | 42.9 | 11.8 | 14.7 | 13.9 | 13.8 | 54.1 | 14.3 | 28.4 | 29.4 | 30.0 | 102.1 | 125.6 |
| % of sales | 19.5% | 15.3% | 16.8% | 17.1% | 17.7% | 18.1% | 17.4% | 18.2% | 18.4% | 17.6% | 17 6% | 17.9% | 18.5% | 21.0% | 21.0% | 21.0% | 20.6% | 21.0% |
| **Sales & Marketing** | 52.0 | 71.2 | 22.8 | 22.3 | 21.2 | 20.2 | 86.5 | 19.2 | 21.3 | 20.3 | 21.7 | 82.5 | 20.2 | 35.1 | 36.4 | 37.2 | 128.8 | 155.5 |
| % of sales | 38.1% | 34.0% | 38.5% | 36 5% | 33.7% | 32.2% | 35.1% | 29.6% | 26.6% | 25.6% | 27 8% | 27.3% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% |
| **General & Admin** | 16.5 | 30.2 | 7.9 | 8.0 | 7.3 | 7.1 | 30.2 | 8.8 | 8.6 | 8.3 | 8.4 | 34.1 | 8.5 | 16.2 | 16.8 | 17.2 | 58.7 | 67.5 |
| % of sales | 12.1% | 14.4% | 13.3% | 13.1% | 11.5% | 11.3% | 12.3% | 13.6% | 10.8% | 10.5% | 10.7% | 11.3% | 11.0% | 12.0% | 12.0% | 12.0% | 11.8% | 11.3% |
| **Other GAAP Expenses** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.9 | 3.7 | 3.9 | 3.9 | 12.4 | 3.9 | 3.9 | 3.9 | 3.9 | 15.7 | 15.7 |
| **SBC** | 10.5 | 9.6 | 2.8 | 3.2 | 5.6 | 3.5 | 15.1 | 4.7 | 8.4 | 8.9 | 8.1 | 30.0 | 4.7 | 5.4 | 5.6 | 5.7 | 21.4 | 23.9 |
| % of sales | 7.7% | 4.6% | 4.7% | 5.2% | 8.9% | 5.6% | 6.1% | 7.2% | 10.5% | 11.3% | 10 3% | 10.0% | 6.0% | 4.0% | 4 0% | 4.0% | 4.3% | 4.0% |
| **Non-GAAP Operating Expenses** | 95.1 | 133.4 | 40.6 | 40.7 | 39.7 | 38.7 | 159.6 | 39.8 | 44.5 | 42.5 | 43.8 | 170.7 | 43.0 | 79.7 | 82.6 | 84.4 | 289.6 | 348.6 |
| % of sales | 69.6% | 63.8% | 68.6% | 66 6% | 62.9% | 61.6% | 64.9% | 61.4% | 55.8% | 53.7% | 56 2% | 56.5% | 55.5% | 59.0% | 59.0% | 59.0% | 58.5% | 58.3% |
| | | | | | | | | | | | | | | | | | | |
| **GAAP Operating Income** | (21.7) | (2.8) | (6.9) | (4.7) | (1.1) | 0.6 | (12.1) | (2.9) | (0.3) | 4.3 | 2.6 | 3.7 | 7.7 | 13.8 | 16.0 | 16.8 | 54.4 | 75.1 |
| % of sales | - | - | - | - | - | 0.9% | - | - | - | 5 5% | 3.3% | 1.2% | 9.9% | 10.2% | 11.4% | 11.8% | 11.0% | 12.6% |
| **Non-GAAP Operating Income** | 4.6 | 18.6 | 3.0 | 4.6 | 8.5 | 10.0 | 26.1 | 9.6 | 17.0 | 19.6 | 17.0 | 63.1 | 17.4 | 29.7 | 31.5 | 32.9 | 111.5 | 138.8 |
| % of sales | 3.4% | 8.9% | 5 2% | 7.5% | 13.5% | 15.9% | 10.6% | 14.7% | 21.3% | 24.7% | 21.7% | 20.9% | 22.5% | 22.0% | 22.5% | 23.0% | 22.5% | 23.2% |
| Year over Year Change % | #DIV/0! | 301.0% | (30.3%) | (24 2%) | 109.4% | 141.7% | 40.4% | 213.7% | 271.1% | 129.7% | 69.7% | 141.3% | 82.5% | 74.7% | 61.0% | 93.8% | 76 8% | 24.4% |
| | | | | | | | | | | | | | | | | | | |
| **Net Interest Inc. (expense)** | 0.1 | 0.1 | 0.1 | 0.1 | (0.8) | (0.6) | (1.2) | (0.8) | (1.5) | (1.0) | 0.2 | (3.1) | (0.4) | (9.3) | (9.3) | (9.3) | (28.3) | (37.3) |
| % of sales | 0.1% | 0.0% | 0.1% | 0.2% | - | - | - | - | - | - | 0.3% | - | - | - | - | - | - | - |
| **EBT & Unusual Items** | (21.5) | (2.7) | (6.8) | (4.5) | (1.9) | (0.1) | (13.2) | (3.7) | (1.8) | 3.3 | 2.8 | 0.6 | 7.5 | 4.5 | 6.7 | 7.5 | 26.2 | 37.8 |
| % of sales | - | - | - | - | - | - | - | - | - | 4 2% | 3.6% | 0.2% | 9.7% | 3.3% | 4 8% | 5.2% | 5.3% | 6 3% |
| **Unusual items** | 0.0 | 0.0 | 0.0 | -0.6 | -1.5 | (1.4) | -3.5 | (1.5) | -1.4 | -1.8 | -1.4 | -6.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| % of sales | 0 0% | 0.0% | 0.0% | - | - | - | - | - | - | - | - | - | 0.0% | 0.0% | 0 0% | 0.0% | 0.0% | 0 0% |
| **GAAP Earnings before Taxes** | (21.5) | (2.7) | (6.8) | (5.1) | (3.4) | (1.4) | (16.7) | (5.3) | (3.2) | 1.5 | 1.3 | (5.6) | 7.5 | 4.5 | 6.7 | 7.5 | 26.2 | 37.8 |
| % of sales | - | - | - | - | - | - | - | - | - | 1 9% | 1.7% | - | 9.7% | 3.3% | 4 8% | 5.2% | 5.3% | 6 3% |
| **GAAP Tax expense (benefit)** | 0.1 | 1.4 | (14.4) | 0.4 | 0.2 | 0.1 | (13.7) | (17.2) | 2.3 | 1.1 | 0.4 | (13.3) | 1.7 | 1 0 | 1.5 | 1.7 | 5.8 | 8.3 |
| GAAP Tax rate | 74% | 12% | 19% | 10% | 6% | 7% | 10% | 7% | 8% | 7% | 5% | 7% | 22% | 22% | 22% | 22% | 22% | 22% |
| **Non-GAAP Tax expense (benefit)** | 1.6 | 2.2 | 0.6 | 0.5 | 0.4 | 0.6 | 2.1 | 0.6 | 1.3 | 1.2 | 0.9 | 4.1 | 3.8 | 4.5 | 4.9 | 5.2 | 18.3 | 22.3 |
| Non-GAAP Tax rate | 33% | 12% | 19% | 10% | 6% | 7% | 9% | 7% | 8% | 7% | 5% | 7% | 22% | 22% | 22% | 22% | 22% | 22% |
| | | | | | | | | | | | | | | | | | | |
| **GAAP Net Income** | (21.6) | (4.1) | 7.6 | (5.5) | (3.7) | (1.5) | (3.0) | 12.0 | (5.5) | 0.4 | 0.9 | 7.8 | 5.9 | 3.5 | 5.2 | 5.9 | 20.5 | 29.5 |
| % of sales | - | - | 12.9% | - | - | - | - | 18.4% | - | 0 6% | 1.2% | 2.6% | 7.6% | 2.6% | 3.7% | 4.1% | 4.1% | 4 9% |
| | | | | | | | | | | | | | | | | | | |
| **Non-GAAP Net Income** | 3.2 | 16.5 | 2.5 | 4.3 | 7.3 | 8.8 | 22.8 | 8.1 | 14.2 | 17.3 | 16.2 | 55.9 | 13.3 | 15.9 | 17.3 | 18.4 | 64.9 | 79.2 |
| % of sales | 2.4% | 7.9% | 4.3% | 7.0% | 11.6% | 13.9% | 9 3% | 12.5% | 17.8% | 21.9% | 20 8% | 18.5% | 17.2% | 11.8% | 12.4% | 12.9% | 13.1% | 13.2% |
| | | | | | | | | | | | | | | | | | | |
| **GAAP EPS** | (0.79) | (0.15) | 0.27 | (0.20) | (0.13) | (0.05) | (0.11) | 0.40 | (0.19) | 0.01 | 0.02 | 0.24 | 0.16 | 0.10 | 0.14 | 0.16 | 0.56 | 0.80 |
| Year over Year Change % | | | | | | | | 49% | | | | | -60% | - | 1082% | 545% | 130.5% | 42.6% |
| **Non-GAAP EPS** | 0.12 | 0.60 | 0.09 | 0.15 | 0.25 | 0.30 | 0.79 | 0.27 | 0.45 | 0.48 | 0.45 | 1.64 | 0.37 | 0.43 | 0.47 | 0.50 | 1.77 | 2.14 |
| Year over Year Change % | #DIV/0! | 409.6% | (41.8%) | (23.4%) | 80.9% | 155.2% | 30.8% | 204.8% | 202.6% | 88.9% | 49.5% | 108.4% | 35.1% | (2.8%) | (0.7%) | 11.9% | 8.1% | 20.7% |
| | | | | | | | | | | | | | | | | | | |
| Non-GAAP Diluted Shares | 27 3 | 27.5 | 28 5 | 28.8 | 29.0 | 29.3 | 28 9 | 30.0 | 31.7 | 36.5 | 36.4 | 33.6 | 36.5 | 36.6 | 36.7 | 36 8 | 36.6 | 37.0 |

Source: Company reports and William Blair & Company, L.L.C. estimates

## William Blair

| December Fiscal Year End | FY 2015A Year | FY 2016A Year | FY 2017A Mar-17A | Jun-17A | Sep-17A | Dec-17A | FY 2017A Year | FY 2018A Mar-18A | Jun-18A | Sep-18A | Dec-18A | FY 2018A Year | FY 2019E Mar-19E | Jun-19E | Sep-19E | Dec-19E | FY 2019E Year | FY 2020E Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Profitability Metrics* | | | | | | | | | | | | | | | | | | |
| **Non-GAAP Operating Income** | 4.6 | 18.6 | 3.0 | 4.6 | 8.5 | 10.0 | 26.1 | 9.6 | 17.0 | 19.6 | 17.0 | 63.1 | 17.4 | 29.7 | 31.5 | 32.9 | 111.5 | 138.8 |
| Depreciation | - | 15.9 | 2.8 | 2.9 | 2.9 | 2.9 | 11.5 | 2.7 | 3.7 | 3.6 | 3.7 | 13.7 | 3.1 | 5.4 | 5.6 | 5.7 | 19.8 | 23.9 |
| *% of Rev* | *0.0%* | *7.6%* | *4.8%* | *4.7%* | *4.6%* | *4.6%* | *4.7%* | *4.2%* | *4.6%* | *4.6%* | *4.7%* | *4.5%* | *4.0%* | *4.0%* | *4.0%* | *4.0%* | *4.0%* | *4.0%* |
| **Adjusted Non-GAAP EBITDA** | 4.6 | 34.5 | 5.9 | 7.4 | 11.4 | 12.9 | 37.6 | 12.3 | 20.7 | 23.2 | 20.6 | 76.8 | 20.5 | 35.1 | 37.1 | 38.6 | 131.3 | 162.7 |
| *% of sales* | *3.4%* | *16.5%* | *9.9%* | *12.2%* | *18.1%* | *20.6%* | *15.3%* | *18.9%* | *25.9%* | *29.3%* | *26.5%* | *25.4%* | *26.5%* | *26.0%* | *26.5%* | *27.0%* | *26.5%* | *27.2%* |
| SBC | - | 8.9 | 2.8 | 3.2 | 3.3 | 3.5 | 12.7 | 3.7 | - | 9.7 | 4.1 | 17.6 | 4.7 | 5.4 | 5.6 | 5.7 | 21.4 | 23.9 |
| *% of Rev* | *0.0%* | *4.3%* | *4.7%* | *5.2%* | *5.2%* | *5.6%* | *5.2%* | *5.8%* | *0.0%* | *12.3%* | *5.3%* | *5.8%* | *6.0%* | *4.0%* | *4.0%* | *4.0%* | *4.3%* | *4.0%* |
| **EBITDA (Inc. SBC)** | 4.6 | 25.6 | 3.1 | 4.2 | 8.2 | 9.4 | 24.9 | 8.5 | 20.7 | 13.5 | 16.5 | 59.2 | 15.9 | 29.7 | 31.5 | 32.9 | 110.0 | 138.8 |
| *% of sales* | *3.4%* | *12.2%* | *5.2%* | *6.9%* | *12.9%* | *14.9%* | *10.1%* | *13.1%* | *25.9%* | *17.0%* | *21.1%* | *19.6%* | *20.5%* | *22.0%* | *22.5%* | *23.0%* | *22.2%* | *23.2%* |
| | | | | | | | | | | | | | | | | | | |
| **Cash From Operating Activities** | (21.6) | 14.4 | 7.7 | 3.8 | 6.6 | 14.2 | 32.3 | 3.3 | 9.0 | 21.6 | 20.0 | 53.8 | 29.8 | 24.4 | 19.1 | 27.3 | 100.6 | 110.9 |
| CapEx | - | (7.8) | (6 6) | (2.9) | (1.9) | (6.0) | (17.4) | (3.3) | (4.5) | (2.1) | (3.2) | (13.1) | (2.7) | (3.4) | (2.8) | (3.6) | (12.5) | (15.0) |
| *% of Rev* | *0.0%* | *3.7%* | *11.1%* | *4.8%* | *3.0%* | *9.5%* | *7.1%* | *5.1%* | *5.6%* | *2.7%* | *4.1%* | *4.3%* | *3.5%* | *2.5%* | *2.0%* | *2.5%* | *2.5%* | *2.5%* |
| **Free Cash Flow** | (21.6) | 6.6 | 1.1 | 0.9 | 4.7 | 8.2 | 15.0 | 0.0 | 4.5 | 19.4 | 16.8 | 40.7 | 27.1 | 21.0 | 16.3 | 23.7 | 88.1 | 95.9 |
| *% of sales* | *(15.8)%* | *3.1%* | *1.9%* | *1.4%* | *7.5%* | *13.1%* | *6.1%* | *0.0%* | *5.6%* | *24.5%* | *21.5%* | *13.5%* | *34.9%* | *15.6%* | *11.6%* | *16.6%* | *17.8%* | *16.0%* |
| SBC | - | 8.9 | 2.8 | 3.2 | 3.3 | 3.5 | 12.7 | 3.7 | - | 9.7 | 4.1 | 17.6 | 4.7 | 5.4 | 5.6 | 5.7 | 21.4 | 23.9 |
| *% of Rev* | *0.0%* | *4.3%* | *4.7%* | *5.2%* | *5.2%* | *5.6%* | *5.2%* | *5.8%* | *0.0%* | *12.3%* | *5.3%* | *5.8%* | *6.0%* | *4.0%* | *4.0%* | *4.0%* | *4.3%* | *4.0%* |
| **FCF (Inc. SBC)** | (21.6) | (2.3) | (1.6) | (2.3) | 1.5 | 4.7 | 2.2 | (3.7) | 4.5 | 9.7 | 12.6 | 23.1 | 22.4 | 15.6 | 10.7 | 18.0 | 66.7 | 72.0 |
| *% of sales* | *(15.8)%* | *(1.1)%* | *(2.8)%* | *(3.8)%* | *2.3%* | *7.5%* | *0.9%* | *(5.7)%* | *5.6%* | *12.3%* | *16.2%* | *7.6%* | *28.9%* | *11.6%* | *7.6%* | *12.6%* | *13.5%* | *12.0%* |

Source: Company reports and William Blair & Company, L.L.C. estimates

8 | Jason Ader +1 617 235 7519

## William Blair

**Carbonite, Inc.**

Balance Sheet Model

**Jason N. Ader, CFA  (617) 235-7519**

Rating: Outperform

| December Fiscal Year End | FY 2016A | | | | FY 2017A | | | | FY 2018A | | | | FY 2019E | | | | FY 2020E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (dollars in millions) | Mar-16A | Jun-16A | Sep-16A | Dec-16A | Mar-17A | Jun-17A | Sep-17A | Dec-17A | Mar-18A | Jun-18A | Sep-18A | Dec-18A | Mar-19E | Jun-19E | Sep-19E | Dec-19E | Mar-20E | Jun-20E | Sep-20E | Dec-20E |
| **Assets** | | | | | | | | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 41.0 | 43 2 | 49.1 | 59.2 | 41.8 | 125.1 | 119.4 | 128.2 | 71.0 | 71 0 | 201.0 | 198.1 | 106.8 | 127.9 | 144 3 | 168.2 | 194.5 | 218.0 | 237 3 | 264.6 |
| Short-term investments | 1 0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounts receivable, net | 12.7 | 17 2 | 17.0 | 16.6 | 21.9 | 23 5 | 23.4 | 22.2 | 31.2 | 32.1 | 32.6 | 31.6 | 31 9 | 34.5 | 35.8 | 36 5 | 37.1 | 37.8 | 38.6 | 39.4 |
| Deferred tax assets | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid Expenses and other current assets | 10.6 | 7.6 | 7.1 | 7.5 | 7 6 | 7.9 | 6.7 | 6.8 | 8.7 | 10 6 | 10.1 | 10.4 | 10.4 | 10.5 | 10.6 | 10.7 | 10 8 | 10.8 | 10.9 | 11 0 |
| **Total Current Assets** | **65.4** | **68.0** | **73.2** | **83.3** | **71.3** | **156.5** | **149.5** | **157.3** | **110.8** | **113.7** | **243.6** | **240.1** | **149.1** | **172.9** | **190.7** | **215.4** | **242.3** | **266.6** | **286.9** | **315.0** |
| Property and equipment, net | 26.4 | 24 9 | 22.6 | 23.9 | 27.8 | 27 8 | 29.7 | 28.8 | 38.6 | 36 6 | 35.4 | 34.1 | 35.1 | 35.1 | 36.1 | 37.1 | 38.1 | 38.1 | 39.1 | 40.1 |
| Acquired Intangible Assets | 17.1 | 16 0 | 15.1 | 13.8 | 48.2 | 45 9 | 46.8 | 45.0 | 138 6 | 134.8 | 126.5 | 118.0 | 118.0 | 118.0 | 118 0 | 118.0 | 118.0 | 118.0 | 118 0 | 118.0 |
| Goodwill | 23.6 | 24 3 | 24.5 | 23.7 | 73.6 | 74.1 | 80.8 | 81.0 | 157 2 | 155.3 | 155.3 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 |
| Other assets | 0 2 | 0.2 | 0.1 | 0.2 | 1.1 | 0.3 | 0.4 | 0.8 | 10.8 | 12 3 | 13.1 | 13.9 | 13 9 | 13.9 | 13.9 | 13 9 | 13 9 | 13.9 | 13.9 | 13 9 |
| **Total Assets** | **132.7** | **133.4** | **135.4** | **144.8** | **222.1** | **304.6** | **307.2** | **312.8** | **456.1** | **452.7** | **573.9** | **561.1** | **471.1** | **495.0** | **513.7** | **539.4** | **567.4** | **591.7** | **612.9** | **642.0** |
| **Liabilities and Equity** | | | | | | | | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | | | | | | | | |
| Accounts Payable | 5.1 | 3.6 | 2.9 | 5.8 | 9 5 | 6.0 | 9.4 | 10.8 | 9 6 | 5.8 | 4.1 | 2.1 | 5.7 | 8.6 | 8 6 | 8.6 | 8.9 | 9.1 | 9 3 | 9.5 |
| Accrued liabilities | 16.5 | 16 0 | 18.1 | 19.8 | 21.8 | 20 6 | 20.4 | 21.7 | 25.2 | 28 9 | 25.2 | 27.5 | 27 5 | 27.5 | 27.5 | 27 5 | 27 5 | 27.5 | 27.5 | 27 5 |
| ST Debt | - | - | - | - | - | - | - | - | - | - | 116.6 | | - | - | - | - | - | - | - | - |
| Deferred Revenue | 89.8 | 88.4 | 86.9 | 86.3 | 98.3 | 102.2 | 103.7 | 100.2 | 116 9 | 121.0 | 121.3 | 121.6 | 126.6 | 131.6 | 131 6 | 131.6 | 138.6 | 143.6 | 143 6 | 143.6 |
| Other current liabilities | - | - | - | - | 15.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Current Liabilities** | **111.431** | **108.0** | **107.8** | **111.9** | **144.6** | **128.9** | **133.5** | **132.8** | **151.6** | **155.8** | **267.2** | **151.1** | **159.7** | **167.6** | **167.7** | **167.6** | **175.0** | **180.1** | **180.3** | **180.5** |
| Deferred revenue, less current portion | 20.1 | 21.7 | 20 6 | 21.3 | 23.5 | 24 8 | 22.0 | 24.3 | 27.5 | 27.7 | 28.0 | 29.2 | 33 2 | 34.2 | 34.2 | 36 2 | 41 2 | 41.2 | 41.2 | 43 2 |
| Long-term debt | - | - | - | - | 39.1 | 108.8 | 110.3 | 111.8 | 203.4 | 195.0 | - | 118.3 | 668.3 | 668.3 | 668 3 | 668.3 | 668.3 | 668.3 | 668 3 | 668.3 |
| Deferred tax liabilities, net | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other long-term liabilities | 6 0 | 5.8 | 5.6 | 5.7 | 6 2 | 6.2 | 6.0 | 5.7 | 6 2 | 5.9 | 5.7 | 5.3 | 5.3 | 5.3 | 5 3 | 5.3 | 5.3 | 5.3 | 5 3 | 5.3 |
| Owners' Equity | (4.8) | (2.1) | 1.4 | 5.8 | 8.7 | 36.0 | 35.4 | 38.3 | 67.4 | 68.4 | 272.9 | 257.2 | (395.3) | (380.4) | (361.7) | (337.9) | (322.3) | (303.2) | (282.2) | (255.3) |
| **Total Liabilities and Equity** | **132.7** | **133.4** | **135.4** | **144.8** | **222.1** | **304.6** | **307.2** | **312.8** | **456.1** | **452.7** | **573.9** | **561.1** | **471.1** | **495.0** | **513.7** | **539.4** | **567.4** | **591.7** | **612.9** | **642.0** |
| **Metrics** | | | | | | | | | | | | | | | | | | | | |
| ROA (GAAP) | (28.3)% | 3.5% | 0.3% | (1.9)% | 16.6% | (8.3)% | (4.8)% | (1.9)% | 12.4% | (4.8)% | 0.3% | 0.6% | 4.6% | 2.9% | 4.1% | 4.4% | 4.7% | 4.8% | 5.1% | 5.3% |
| ROE (GAAP) | 785.3% | (135.6)% | (136.5)% | (73.9)% | 418.2% | (97.8)% | (41.1)% | (16.2)% | 90.5% | (32.4)% | 1.0% | 1.4% | (34.0)% | (3.6)% | (5.6)% | (6.7)% | (7.9)% | (8.8)% | (10.5)% | (12.5)% |
| Quick Ratio | 0.5 | 0.6 | 0.6 | 0.7 | 0.4 | 1.2 | 1.1 | 1.1 | 0.7 | 0.7 | 0.9 | 1.5 | 0.9 | 1.0 | 1.1 | 1.2 | 1.3 | 1.4 | 1.5 | 1.7 |
| Current Ratio | 0.6 | 0.6 | 0.7 | 0.7 | 0.5 | 1.2 | 1.1 | 1.2 | 0.7 | 0.7 | 0.9 | 1.6 | 0.9 | 1.0 | 1.1 | 1.3 | 1.4 | 1.5 | 1.6 | 1.7 |
| DSO | 23.6 | 24.8 | 29.3 | 28.1 | 29.3 | 33.4 | 33.4 | 32.7 | 37.0 | 35.6 | 36.8 | 37.0 | 37.0 | 23.0 | 23.0 | 23.0 | 23.0 | 23.0 | 23.0 | 23.0 |
| Average DSO (trailing 2Q's) | 23.6 | 24.8 | 29.3 | 28.1 | 29.3 | 33.4 | 33.4 | 32.7 | 37.0 | 35.6 | 36.8 | 37.0 | 36.8 | 22.1 | 22.6 | 22.8 | 22.8 | 22.8 | 22.8 | 22.8 |
| Net Cash/Share | $1.55 | $1.60 | $1.78 | $2.09 | $0.10 | $0.57 | $0 31 | $0.56 | ($4.41) | ($3.91) | $2 31 | $2.19 | ($15.40) | ($14.78) | ($14.29) | ($13.60) | ($12.85) | ($12.18) | ($11.62) | ($10.86) |
| Tangible Book Value | ($0.18) | ($0.08) | $0 05 | $0.21 | $0.31 | $1.25 | $1 22 | $1.30 | $2.24 | $2.16 | $7.49 | $7.07 | ($10.84) | ($10.40) | ($9.86) | ($9.19) | ($8.74) | ($8.20) | ($7.61) | ($6 87) |

Source: Company reports and William Blair & Company, L.L.C. estimates

## William Blair

**Carbonite, Inc.**

**Jason N. Ader, CFA  (617) 235-7519**

Cash Flow Model

Rating: Outperform

| March Fiscal Year End (dollars in millions) | FY 2016A | | | | FY 2017A | | | | FY 2018A | | | | FY 2019E | | | | FY 2020E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-16A | Jun-16A | Sep-16A | Dec-16A | Mar-17A | Jun-17A | Sep-17A | Dec-17A | Mar-18A | Jun-18A | Sep-18A | Dec-18A | Mar-19E | Jun-19E | Sep-19E | Dec-19E | Mar-20E | Jun-20E | Sep-20E | Dec-20E |
| **Cash Flow from Operations** | | | | | | | | | | | | | | | | | | | | |
| **Net income** | (4.7) | 1.2 | 0.1 | (0.7) | 7.6 | (5.5) | (3.7) | (1.5) | 12.0 | (5.5) | 0.4 | 0.9 | 5.9 | 3.5 | 5.2 | 5.9 | 6.5 | 6.9 | 7.7 | 8.4 |
| *Adjusts. to reconcile net income (loss) to net cash* | | | | | | | | | | | | | | | | | | | | |
| Depreciation | 4 3 | 4.0 | 3.8 | 3.6 | 2 8 | 2.9 | 2.9 | 2.9 | 2.7 | 3.7 | 3.6 | 3.7 | 3.1 | 5.4 | 5 6 | 5.7 | 5.8 | 5.9 | 6 0 | 6.2 |
| Amortization of Intangibles | - | - | - | - | 2.1 | 2.7 | 2.8 | 2.8 | 3.4 | 8.0 | 8.2 | 8.5 | 3.9 | 3.9 | 3 9 | 3.9 | - | 3.9 | 3 9 | 3.9 |
| Stock-based compensation expense | 2 3 | 2.2 | 2.1 | 2.3 | 2 8 | 3.2 | 3.3 | 3.5 | 3.7 | - | 9.7 | 4.1 | 4.7 | 5.4 | 5 6 | 5.7 | 5.8 | 5.9 | 6 0 | 6.2 |
| Other | 1 6 | (0.8) | (0.1) | 0.1 | (0.4) | (0.8) | (11.3) | 1.5 | (14.9) | 3.2 | 2.2 | 1.7 | | | | 5.0 | | | | 5.0 |
| Deferred income taxes | | | | | | | | | | | | | | | | | | | | |
| Equity loss in affiliate | | | | | | | | | | | | | | | | | | | | |
| Amortization of deferred commisions cost | | | | | | | | | | | | | | | | | | | | |
| **Simple Cash Flow** | **3.5** | **6.6** | **6.0** | **5.4** | **14.9** | **2.4** | **(6.1)** | **9.2** | **6.9** | **9.4** | **24.3** | **18.9** | **17.5** | **18.2** | **20.3** | **26.2** | **18.1** | **22.7** | **23.7** | **29.6** |
| **Chg. Current Accounts** | | | | | | | | | | | | | | | | | | | | |
| [Source (Use) of Funds] | | | | | | | | | | | | | | | | | | | | |
| Accounts Receivable | (9.7) | (3.7) | 0.2 | (0 2) | 1 2 | (1.3) | 0.6 | 1.3 | (4 6) | (1.8) | (0.6) | 1.0 | (0.3) | (2.6) | (1 3) | (0.8) | (0.5) | (0.8) | (0 8) | (0.8) |
| Prepaid expenses and other current assets | (5.4) | 3.4 | 0.2 | 0.3 | (0 2) | 0.2 | 1.0 | (0.6) | 0.1 | (1.6) | (0.7) | (1.4) | (0.0) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) |
| Other assets | (0 0) | 0.0 | 0.1 | (0.1) | (0 9) | 0.8 | (0.1) | (0.4) | (2 2) | (1.6) | (0.9) | (0 6) | - | - | - | - | - | - | - | - |
| Accounts Payable | (2 5) | (1.6) | (1.1) | 3.0 | 3 3 | (2.7) | (0.3) | 4.7 | (4 2) | 0.3 | (1.9) | (1 5) | 3.6 | 2.9 | 0.1 | (0.1) | 0.4 | 0.2 | 0 2 | 0.2 |
| Accrued Expenses | 3 5 | 0.3 | 2.5 | 1.9 | (0.7) | (1.7) | 0.2 | 1.2 | 3 0 | (0.5) | 0.8 | 2.3 | - | - | - | - | - | - | - | - |
| Other Liabilities | (0.4) | (0.1) | (0.2) | 0.1 | (14.9) | 1.6 | 13.2 | 0.2 | 0 3 | (0.2) | (0.1) | (0 2) | - | - | - | - | - | - | - | - |
| Deferred revenue | 4 2 | 0.3 | (2.7) | 0.5 | 5.1 | 4.5 | (2.0) | (1.4) | 4.1 | 5.0 | 0.7 | 1.6 | 9.0 | 6.0 | - | 2.0 | 12 0 | 5.0 | - | 2.0 |
| **Net Current Chg.** | **(10.3)** | **(1.5)** | **(1.0)** | **5.6** | **(7.2)** | **1.3** | **12.7** | **5.0** | **(3.5)** | **(0.4)** | **(2.7)** | **1.1** | **12.2** | **6.1** | **(1.3)** | **1.1** | **11.8** | **4.3** | **(0.7)** | **1.3** |
| **Net Cash from Operations** | **(6.8)** | **5.1** | **5.0** | **11.0** | **7.7** | **3.8** | **6.6** | **14.2** | **3.3** | **9.0** | **21.6** | **20.0** | **29.8** | **24.4** | **19.1** | **27.3** | **29.9** | **27.0** | **23.0** | **31.0** |
| **Cash flows from Investing** | | | | | | | | | | | | | | | | | | | | |
| [Source (Use) of Funds] | | | | | | | | | | | | | | | | | | | | |
| Purchase of property and equipment | (1 9) | (0.9) | (0.9) | (4.1) | (6 6) | (2.9) | (1.9) | (6 0) | (3 3) | (4.5) | (2.1) | (3 2) | (2.7) | (3.4) | (2 8) | (3.6) | (3.6) | (3.7) | (3 8) | (3.9) |
| Proceeds from maturity of short-term investments | - | (0.5) | 1.7 | 2.2 | 0.4 | (2.4) | 2.4 | 0.2 | (1.4) | 1.7 | 0.9 | 2.8 | - | | | | | | | |
| Payment of Acquisitions | - | - | - | - | (59.7) | (0.5) | - | (9 6) | (144 6) | 0.0 | - | - | (618.5) | | | | | | | |
| Other | (11.5) | (0.1) | (1.5) | 0.0 | (0.1) | 0.4 | (13.5) | 8.2 | (0 9) | 0.2 | (4.4) | (1.2) | (50.0) | - | - | - | - | - | - | - |
| **Net Cash from Investing** | **(13.5)** | **(1.4)** | **(0.7)** | **(1.9)** | **(66.0)** | **(5.4)** | **(13.0)** | **(7.2)** | **(150.2)** | **(2.6)** | **(5.6)** | **(1.6)** | **(671.2)** | **(3.4)** | **(2.8)** | **(3.6)** | **(3.6)** | **(3.7)** | **(3.8)** | **(3.9)** |
| **Cash flows from Financing** | | | | | | | | | | | | | | | | | | | | |
| [Source (Use) of Funds] | | | | | | | | | | | | | | | | | | | | |
| Proceeds from issuance convertible preferred stock | - | - | - | - | - | 177.8 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from exercise of stock options | 0 3 | 0.1 | 1.6 | 1.5 | 2.4 | 0.9 | 0.8 | 0.8 | 0.7 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Proceeds from exercise of warrants | - | - | - | - | 39.1 | (78 3) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from Long Term Borrowings | - | - | - | - | - | - | - | - | 89.0 | (0.9) | - | - | 550.0 | | | | | | | |
| Payment of Long-Term Borrowings | - | - | - | - | - | - | - | - | - | (10 0) | (80.0) | - | - | - | - | - | - | - | - | - |
| Issuance of common stock | (3 2) | (1.4) | (0.1) | (0 2) | (0 5) | (15.4) | (0.5) | 0.5 | (0 6) | 0.6 | 198.3 | (20.9) | | | | | | | | |
| **Net Cash from Financing** | **(2.9)** | **(1.3)** | **1.5** | **1.3** | **41.0** | **(92.8)** | **0.3** | **1.3** | **89.2** | **(10.1)** | **118.5** | **(20.7)** | **550.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** |
| Effects of exchange rate - changes in cash | 0 2 | (0.1) | 0.1 | (0.4) | 0 0 | 0.8 | 0.6 | 0.3 | 0 5 | (0.8) | 0.1 | (0 3) | - | - | - | - | - | - | - | - |
| **Net increase (decrease) in cash and equivalents** | **(22.9)** | **2.2** | **5.9** | **10.0** | **(17.3)** | **83.3** | **(5.7)** | **8.8** | **(57.2)** | **(0.0)** | **130.0** | **(2.9)** | **(91.3)** | **21.1** | **16.4** | **23.9** | **26.4** | **23.4** | **19.4** | **27.2** |
| **Cash and equivalents at beginning of period** | **63.9** | **41.0** | **43.2** | **49.1** | **59.2** | **41.8** | **125.1** | **119.4** | **128.2** | **71.0** | **71.0** | **201.0** | **198.1** | **106.8** | **127.9** | **144.3** | **168.2** | **194.5** | **218.0** | **237.3** |
| **Cash and equivalents at end of period** | **41.0** | **43.2** | **49.1** | **59.2** | **41.8** | **125.1** | **119.4** | **128.2** | **71.0** | **71.0** | **201.0** | **198.1** | **106.8** | **127.9** | **144.3** | **168.2** | **194.5** | **218.0** | **237.3** | **264.6** |

Source: Company reports and William Blair & Company, L.L.C. estimates

**William Blair**

**Carbonite, Inc.**
Jason N. Ader, CFA  (617) 235-7519
Rating: Outperform

**Revenue Breakdown Model**

| December Fiscal Year End (dollars in millions) | FY2015A Mar-15A | Jun-15A | Sep-15A | Dec-15A | FY2015A Year | FY2016A Mar-16A | Jun-16A | Sep-16A | Dec-16A | FY2016A Year | FY 2017A Mar-17A | Jun-17A | Sep-17A | Dec-17A | FY 2017A Year | FY 2018A Mar-18A | Jun-18A | Sep-18A | Dec-18A | FY 2018A Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue Source** | | | | | | | | | | | | | | | | | | | | |
| **Consumer Bookings** | 23.8 | 22.6 | 21.7 | 21.6 | 89.7 | 22.9 | 21.4 | 20.4 | 20.1 | 84.8 | 22.0 | 20.9 | 19.5 | 19.4 | 81.8 | 22.0 | 27.0 | 25.3 | 23.9 | 98.2 |
| % of total sales | 72.1% | 66.5% | 62.8% | 61.6% | 65.7% | 47.0% | 39.5% | 38.9% | 37.3% | 40.5% | 37.2% | 34.2% | 30.9% | 30.9% | 33.2% | 33.9% | 33.8% | 32.0% | 30.6% | 32.5% |
| Sequential Change % | | (5.0%) | (4.0%) | (0.5%) | | 6.0% | (6.6%) | (4.7%) | (1.5%) | | 9.5% | (5.0%) | (6.7%) | (0.5%) | | 13.4% | 22.7% | (6.3%) | (5.5%) | |
| Year over Year Change % | | | | | 0.0% | (3.8%) | (5.3%) | (6.0%) | (6.9%) | (5.5%) | (3.9%) | (2.3%) | (4.4%) | (3.5%) | (3.5%) | 0.0% | 29.2% | 29.7% | 23.2% | 20.0% |
| **SMB Bookings** | 13.1 | 13.1 | 12.5 | 15.8 | 54.5 | 29.4 | 32.3 | 28.8 | 33.9 | 124.4 | 40.1 | 43.0 | 40.2 | 40.8 | 164.1 | 45.6 | 54.8 | 53.5 | 54.9 | 208.8 |
| % of total sales | 39.7% | 38.6% | 36.2% | 45.1% | 39.9% | 60.4% | 59.6% | 54.9% | 62.9% | 59.4% | 67.9% | 70.4% | 63.7% | 64.9% | 66.7% | 70.3% | 68.6% | 67.6% | 70.4% | 69.2% |
| Sequential Change % | | 0.0% | (4.6%) | 26.4% | | 86.1% | 9.9% | (10.8%) | 17.6% | | 18.3% | 7.2% | (6.5%) | 1.5% | | 11.8% | 20.2% | (2.4%) | 2.6% | |
| Year over Year Change % | | | | | 0.0% | 124.4% | 146.6% | 130.6% | 114.6% | 128.3% | 36.4% | 33.1% | 39.5% | 20.4% | 31.9% | 13.7% | 27.4% | 33.1% | 34.6% | 27.2% |
| **Total Bookings** | 36.9 | 35.7 | 34.2 | 37.4 | 144.2 | 52.3 | 53.7 | 49.2 | 54.0 | 209.2 | 62.1 | 63.9 | 59.7 | 60.2 | 245.9 | 67.6 | 81.8 | 78.8 | 78.8 | 307.0 |
| % of total sales | | | | | 105.6% | 107.4% | 99.0% | 93.8% | 100.2% | 100.0% | 105.1% | 104.6% | 94.6% | 95.8% | 99.9% | 104.1% | 102.4% | 99.6% | 101.0% | 101.7% |
| Sequential Change % | | (3.3%) | (4.2%) | 9.4% | | 39.8% | 2.7% | (8.3%) | 9.7% | | 15.0% | 2.9% | (6.6%) | 0.8% | | 12.3% | 21.0% | (3.7%) | 0.0% | |
| Year over Year Change % | | | | | 0.0% | 41.7% | 50.4% | 43.9% | 44.4% | 45.1% | 18.7% | 19.0% | 21.3% | 11.5% | 17.5% | 8.9% | 28.0% | 32.0% | 30.9% | 24.8% |

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate was a manager or co-manager of a public offering of equity securities for Carbonite, Inc. within the prior 12 months.

William Blair or an affiliate is a market maker in the security of Carbonite, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Carbonite, Inc. or an affiliate within the next three months.

William Blair or an affiliate received compensation for investment banking services or non-investment-banking services from Carbonite, Inc. within the last 12 months. Carbonite, Inc. is or was, within the last 12 months, an investment banking client of William Blair & Company and/or one or more of its affiliates.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Carbonite, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Jason Ader attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 25169.50
S&P 500: 2706.05
NASDAQ: 7288.35

**Carbonite, Inc. Rating History as of 02/07/2019**
powered by: BlueMatrix



Source: FactSet & Willaim Blair

Additional information is available upon request.

**Current Rating Distribution (as of February 8, 2019):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 67 | Outperform (Buy) | 20 |
| Market Perform (Hold) | 32 | Market Perform (Hold) | 7 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2019, William Blair & Company, L.L.C. All rights reserved.