# EXHIBIT 55

*Barclays Bank LLC analyst report*
*3/28/2019*

CORE

**BARCLAYS**

Equity Research
Technology | U.S. Software
28 March 2019

## Carbonite, Inc.

# Webroot Brings Endpoint to Backup, MSP Channel & Immediate Accretion

We reinstate our rating of Carbonite at Overweight with a $30 price target. Three key investment points: (1) we see the strategic rationale to grow the MSP channel, creating a true ransomware product, and de-levering quickly given the combined cash flow generation; (2) FY19 EBITDA guidance makes sense with core CARB + Webroot, and FY20 could be HSD growth with ~27% EBITDA margins; and (3) there is more value here in our view beyond 9x EBITDA and sub 3x EV/S with execution.

**Strategy of deal is to combine backup + endpoint security to offer ransomware solution, grow MSP channel, and combine cash flow to de-lever.** We see three strategic reasons for the deal: (1) endpoint security to block ransomware could be even more powerful with automatic backups; (2) for SMBs/SMEs, the managed service provider (MSP) channel is effectively the outsourced technology organization, which Webroot has built and CARB can now use to cross-sell; (3) the deal is immediately accretive, particularly from a cash flow perspective, which could help de-lever quickly (which is not in our model).

**FY19 EBITDA guide makes sense; we forecast high single-digit organic growth in 2020, with 27% blended EBITDA margins.** We estimate ~$84M in core CARB EBITDA plus ~$48M in Webroot EBITDA (Figure 3) for three quarters, combining for ~$132M, which is in line with the guide. Looking to FY20, we forecast ~8% combined revenue growth, which assumes a decline in perpetual revenue and flat consumer.

**Not the deal we expected initially…but immediate accretion and potential synergies support our OW rating.** This was not the deal we expected when it was announced earlier this year, and were not surprised when the stock de-rated as a result. However, after reviewing the deal more closely, we believe there is a case to be made for cross-selling synergies with the MSP channel, as well as combined products. Furthermore, at less than 10x EBITDA and less than 3x EV/S, we think a couple quarters of execution on integration could help drive more value from here.

### CARB: Quarterly and Annual EPS (USD)

| FY Dec | 2018 Actual | 2019 Old | 2019 New | 2019 Cons | 2020 Old | 2020 New | 2020 Cons | Change y/y 2019 | Change y/y 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Q1 | 0.27A | 0.44E | 0.32E | 0.38E | N/A | 0.53E | 0.46E | 19% | 66% |
| Q2 | 0.45A | 0.45E | 0.48E | 0.43E | N/A | 0.50E | 0.49E | 7% | 4% |
| Q3 | 0.48A | 0.44E | 0.49E | 0.48E | N/A | 0.54E | 0.52E | 2% | 10% |
| Q4 | 0.45A | 0.45E | 0.51E | 0.51E | N/A | 0.58E | 0.57E | 13% | 14% |
| Year | 1.66A | 1.79E | 1.79E | 1.79E | N/A | 2.15E | 2.20E | 8% | 20% |
| P/E | 15.0 | | 13.9 | | | 11.5 | | | |

Source: Barclays Research.
Consensus numbers are from Refinitiv received on 27-Mar-2019; 13:35 GMT

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

PLEASE SEE ANALYST CERTIFICATION(S) AND IMPORTANT DISCLOSURES BEGINNING ON PAGE 10.

| | |
|---|---|
| Stock Rating | **OVERWEIGHT** from Rating Suspended |
| Industry View | **POSITIVE** Unchanged |
| Price Target | **USD 30.00** from N/A |

| | |
|---|---|
| Price (27-Mar-2019) | USD 24.86 |
| Potential Upside/Downside | +20.7% |
| Tickers | CARB |

| | |
|---|---|
| Market Cap (USD mn) | 854 |
| Shares Outstanding (mn) | 34.37 |
| Free Float (%) | 93.80 |
| 52 Wk Avg Daily Volume (mn) | 0.5 |
| 52 Wk Avg Daily Value (USD mn) | N/A |
| Dividend Yield (%) | N/A |
| Return on Equity TTM (%) | 5.12 |
| Current BVPS (USD) | 7.58 |

Source: Refinitiv

| | |
|---|---|
| Price Performance | Exchange-Nasdaq |
| 52 Week range | USD 43.63-21.84 |



*Link to Barclays Live for interactive charting*

**U.S. Software**
**Saket Kalia, CFA**
+1 212 526 8465
saket.kalia@barclays.com
BCI, US

**David Fisher**
+1 212 526 7126
david.fisher@barclays.com
BCI, US

**Andrew Thomas**
+1 212 526 8081
andrew.w.thomas@barclays.com
BCI, US

Completed: 27-Mar-19, 20:58 GMT    Released: 28-Mar-19, 04:10 GMT    Restricted - External

Barclays | Carbonite, Inc.

| U.S. Software | | | | | | Industry View: POSITIVE |
|---|---|---|---|---|---|---|

## Carbonite, Inc. (CARB)

**Stock Rating: OVERWEIGHT**

| Income statement ($mn) | 2018A | 2019E | 2020E | 2021E | CAGR |
|---|---|---|---|---|---|
| Revenue | 302 | 496 | 597 | N/A | N/A |
| EBITDA (adj) | N/A | 132 | 161 | N/A | N/A |
| Operating profit (adj) | 63 | 114 | 141 | N/A | N/A |
| Pre-tax income | -6 | -22 | -19 | N/A | N/A |
| Net income (adj) | 56 | 66 | 80 | N/A | N/A |
| EPS (adj) ($) | 1.66 | 1.79 | 2.15 | N/A | N/A |
| Diluted shares (mn) | 32.9 | 36.6 | 37.2 | N/A | N/A |
| DPS ($) | 0.00 | 0.00 | 0.00 | N/A | N/A |

| Margin and return data | | | | | Average |
|---|---|---|---|---|---|
| EBITDA (adj) margin (%) | 25.5 | 26.6 | 27.0 | N/A | 26.4 |
| Operating margin (adj) (%) | 20.9 | 22.9 | 23.5 | N/A | 22.4 |
| Pre-tax margin (%) | -2.0 | -4.6 | -3.4 | N/A | -3.3 |
| Net (adj) margin (%) | 18.5 | 13.2 | 13.4 | N/A | 15.0 |
| ROIC (%) | -12.1 | 5.0 | 6.0 | N/A | -0.4 |
| ROA (%) | 10.0 | 5.8 | 6.9 | N/A | 7.5 |
| ROE (%) | 10.0 | 5.8 | 6.9 | N/A | 7.5 |

| Balance sheet and cash flow ($mn) | | | | | CAGR |
|---|---|---|---|---|---|
| Net PP&E | 34 | 38 | 41 | N/A | N/A |
| Goodwill | 155 | 374 | 374 | N/A | N/A |
| Cash and equivalents | 198 | 192 | 286 | N/A | N/A |
| Total assets | 561 | 1,131 | 1,161 | N/A | N/A |
| Short and long-term debt | 118 | 679 | 685 | N/A | N/A |
| Other long-term liabilities | 5 | 14 | 22 | N/A | N/A |
| Total liabilities | 304 | 875 | 904 | N/A | N/A |
| Net debt/(funds) | -80 | 487 | 399 | N/A | N/A |
| Shareholders' equity | 257 | 256 | 258 | N/A | N/A |
| Change in working capital | -6 | -7 | 11 | N/A | N/A |
| Cash flow from operations | 54 | 80 | 118 | N/A | N/A |
| Capital expenditure | -13 | -22 | -24 | N/A | N/A |
| Free cash flow | 40 | 58 | 94 | N/A | N/A |

| Valuation and leverage metrics | | | | | Average |
|---|---|---|---|---|---|
| P/E (adj) (x) | 15.0 | 13.9 | 11.5 | N/A | 13.5 |
| EV/sales (x) | 2.7 | 1.7 | 1.4 | N/A | 1.9 |
| EV/EBITDA (adj) (x) | N/A | 6.2 | 5.1 | N/A | 5.7 |
| Equity FCF yield (%) | 4.8 | 6.4 | 10.2 | N/A | 7.1 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | N/A | 0.0 |
| Net debt/EBITDA (adj) (x) | N/A | 3.7 | 2.5 | N/A | 3.1 |
| Total debt/capital (%) | 31.5 | 72.6 | 72.7 | N/A | 58.9 |

| Selected operating metrics ($mn) | | | | | CAGR |
|---|---|---|---|---|---|
| License revenue | 302 | 496 | 597 | N/A | N/A |
| Maintenance revenue | -5 | -20 | -20 | N/A | N/A |
| Services revenue | 0 | 0 | 0 | N/A | N/A |
| Deferred revenue | 151 | 146 | 149 | N/A | N/A |

Source: Company data, Barclays Research
Note: FY End Dec

| Price (27-Mar-2019) | USD 24.86 |
|---|---|
| **Price Target** | **USD 30.00** |

**Why Overweight?** Our OW rating reflects the following: (1) we think the upfront bookings business can stabilize in FY19 and subscription can grow low teens organically (2) CARB has consolidated the market, and the recent market volatility could allow it to be opportunistic, which has been a catalyst in the past (3) we like the risk/reward.

| Upside case | USD 40.00 |
|---|---|

Our upside case contemplates Carbonite's EBITDA margins coming in ahead of our forecast and applying a 11-12x multiple on FY20 EBITDA.

| Downside case | USD 20.00 |
|---|---|

Our downside case is based on 7-8x FY20 EBITDA.

**Upside/Downside scenarios**

28 March 2019

2

Barclays | Carbonite, Inc.

## Webroot Overview: Higher Mix of Consumer but Boasts a ~$100M and Growing Next-Gen Endpoint Security Business

The acquisition of Webroot moves Carbonite into the endpoint security business, which is a different area for Carbonite historically. Before diving into the strategy of the deal, we wanted to review Webroot's products and markets. Webroot's primary offering is endpoint security, serving both consumers and SMBs (generally up to 1,000 users). While the consumer segment is larger (~60% of revenue, and grew ~6% last FY), we focus more on the business segment (30% revenue growth last FY), as we believe it is more strategically important.

### Webroot's Business segment competes in the $7.5B corporate endpoint market

Webroot's primary offering is next generation endpoint security. Based on CARB's 4Q earnings presentation, we estimate Webroot's business segment generated ~$86M of revenue in FY18 (ended in June 208), and is expected to grow 30% in FY19, making this a $100M+ revenue business.  As the corporate security perimeter starts to dissipate, endpoint security has become more important. Legacy antivirus (AV) technology based on signatures has become ineffective, and enterprises have invested in next-generation technology based on machine learning, behavioural analysis, and analytics to prevent complex attacks. Over the last year, IDC's estimate of the size and growth rate of this market have increased, given the high interest and success of companies in the space. Corporate endpoint security is estimated to be ~$7.5B in 2019, growing nearly 10%.

**FIGURE 1**

**Endpoint security is a healthy market growing ~10% this year ($ in mn)**

|  | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | CAGR |
|---|---|---|---|---|---|---|---|
| Corporate Endpoint | 6,147 | 6,890 | 7,560 | 8,126 | 8,686 | 9,276 | 8.6% |
| y/y growth |  | 12.1% | 9.7% | 7.5% | 6.9% | 6.8% |  |

Source: IDC

### Webroot focuses on SMB/SMEs with next gen capabilities, and caters to MSPs

Webroot offers a fully cloud based next generation endpoint security platform.  Endpoint is among the most competitive markets in security, with a considerable number of vendors targeting large enterprises. We view Webroot as offering the same technology to SMBs/SMEs that generally have less than 1,000 users. Webroot offers multiple layers of protection using real time behaviour analysis, protection from web threats, and phishing even when the endpoint is offline. Webroot also has the unique capability to undo changes to local drives should malware execute. It can be fully managed remotely from a single integrated console, making it easier to scale and manage for managed service providers (MSPs). Based on IDC data, Webroot has ~1.6% market share in endpoint security, though we note this combines consumer and corporate endpoint.

28 March 2019

Barclays | Carbonite, Inc.

FIGURE 2
**Endpoint Security Market share (%)**

| Vendor | 2016 | 2017 |
|--------|------|------|
| Symantec | 24.0 | 22.0 |
| McAfee | 16.7 | 16.5 |
| Trend Micro | 9.9 | 9.8 |
| Kaspersky Lab | 6.6 | 6.3 |
| Avast Software–AVG | 5.6 | 6.0 |
| ESET | 5.0 | 4.9 |
| Sophos | 3.0 | 3.5 |
| IBM | 2.4 | 2.3 |
| Webroot | 1.6 | 1.6 |
| Other | 25.2 | 27.1 |

Source: IDC

### Consumer is ~$130M business growing low-mid single digits annually; Best Buy/Geek Squad is a major channel here in addition to online sales

As of FY18 (June FY end), Webroots Consumer business made up ~60% of total revenue, which makes this a ~$130M business annually, growing in the low-to-mid single digits. The key product is anti-virus software that many consumers have become accustomed to, and this is primarily sold through the company's online store. Our analysis indicates that Best Buy and its Geek Squad service is also a major channel. The company has described this as a deep partnership, as it is part of the Total Tech Support program and the integration also allows Best Buy to handle renewals.

Based on Webroot's online store, there are three different priced packages, ranging from $29.99 to $59.99 per year, with higher-priced packages offering protection for 5 devices, online storage, and more advanced features. While we don't have a separate breakdown of margins by segment, we believe the consumer business is Webroot's most profitable, and being used to invest in the faster growing business segment.

## Deal Strategy: Secure/Recover Product Synergy + Immediately Accretive + MSP Channel + Cross-Selling

M&A has been a key part of Carbonite's strategy over the past several years, to grow its business mix and consolidate the data protection market. However, this deal caught many on the Street by surprise, moving into endpoint security and growing its mix of consumer. Stepping back, the acquisition allowed CARB to pick up a nearly $100M/year revenue enterprise business, growing ~30%. In addition, we highlight a few notable benefits: (1) convergence of data protection and security; (2) access to the valuable MSP channel; (3) the deal is immediately accretive, potentially allowing for de-levering; (4) cross-selling opportunities given the overlapping customer segments

### Product Strategy: Data Protection and Endpoint Security Converging; Vision Is Secure + Recover

Carbonite first launched as a consumer focused cloud backup company, before pivoting this product to SMBs, and adding new products to extend to a data protection platform. CARB can back up all aspects of a customer's environment, from on-premise to virtual, and depending on business needs, provide instant failover for mission-critical workloads. One of the drivers in the past few years has been ransomware. Typically, once a system is infected with ransomware, a user either has to pay a 'ransom' to regain access to its IT systems, or restore the most recent backup version available. CARB enables this with granular backup

Barclays | Carbonite, Inc.

data and recently stated that it has had over 12,000 customers call in with ransomware infections and it has a 100% recovery rate.

Webroot, on the other hand, provides endpoint security, protecting endpoints from attacks. However, with attacks growing more sophisticated, it is impossible to stop everything. That is where we believe the combination of Carbonite and Webroot becomes compelling and the ultimate vision for the product synergies. Imagine being a customer of both – in the unfortunate incident that your endpoint is breached or had ransomware installed, the Webroot cloud would detect this, communicate with the Carbonite cloud to automatically recover, and restore that endpoint before it is ever infected, all within a matter of minutes. To us, this is the vision of Secure + Recover that CEO Mohamad Ali spoke about on the most recent conference call.

### Webroot works with 14k MSPs, which is a new channel for CARB – this was an important strategic point for consummating the deal, in our view

CARB primarily sells its products through the ~10k VARs it works with, while Webroot primarily sells through ~14k MSPs. One of the early parts of the integration plan is to start selling Webroot through CARB's VAR partners and CARB through Webroot's MSP partners. In our view, this is a really important part of the deal. Some of CARB's competitors are exclusively focused on the MSP channel, and this is more important as customers buy more SaaS offerings and less hardware. Traditionally, VARs have focused more on selling hardware/maintenance/attached subscriptions, and as the purchasing model shifts to more cloud subscriptions, the partners need to adapt to selling more managed offerings as well. MSPs sell both data protection and endpoint security, and are often looked at as a trusted partner for SMEs, thereby giving Carbonite the opportunity to sell both products through the same partners.

### Deal is immediately accretive, which could allow for quicker de-levering

Similar to some of its past deals, the acquisition of Webroot is immediately accretive to both earnings and cash flow for two reasons: (1) Webroot has profitability similar to Carbonite, with mid-to-high 20% EBITDA margins; and (2) the valuation for the deal at ~3x EV/Sales means the financing costs do not eat all the additional EBITDA gained through the combination. Both entities generate cash flow stand-alone, and so combined, we expect cash generation to grow with the potential of generating nearly $100M in annual FCF, which could then be used to further de-lever.

### Symantec + Veritas comes to mind; Two reasons this deal could be different

One the first things that came to our mind when this deal was announced was the Symantec/Veritas combination in 2004, which in hindsight, proved unsuccessful and therefore begs the question: Why would CARB + Webroot be different? We think there are several reasons.

One of the biggest differences is the target customer.  Symantec and Veritas targeted large enterprise, while CARB and Webroot go after SMBs/SMEs.  In large enterprises, security and storage/backup fall under different departments and is thus purchased by different buyers. There is often not a common buyer until you get up to the CIO, which made deals tougher to close. For Carbonite's target customers, these would be more likely to fall under the same buyer, and CARB notes that the top two products MSPs sell are data protection and endpoint security.

The other key point is product differences. In 2004, when Symantec acquired Veritas, both products were on-premise/perpetual license software, not cloud based like CARB and Webroot. In addition, while SYMC's product was endpoint security, a vast majority of

Veritas' revenue was coming from server backup, not endpoint backup, which gives less synergies between the products.

## Model update: High Single-Digit Growth in FY20 After Lapping Deal with ~27% EBITDA Margins

There are three key guidance points that drive our FY19 forecasts and beyond:

- CARB guided FY19 non-GAAP revenue and adjusted EBITDA ranges of $488-502M and $129-135M, respectively

- 1Q19 revenue and adjusted EBITDA guidance of $175-180M and $20-21.5M, respectively, which does not include Webroot, given the expected close in late 1Q

- Webroot revenue for FY19 of $175-180M

### Metrics are changing, but we still use bookings while in transition

Bookings was the key forward-looking indicator before, and is what drove our model. However, Webroot has a much larger presence with the MSP channel, where business is more often invoiced monthly as opposed to CARB's annual in advanced, making bookings less relevant. Since the acquisition had not closed at the time of guidance, CARB management has yet not decided on the best metrics to evaluate the business, though we would not be surprised if popular metrics like ARR are considered.

Meanwhile, we continue to use bookings as the main driver in our model, split among Business, Consumer and Webroot. For the business segment, we continue to model subscription vs perpetual bookings, and waterfall the subscription business over four quarters. We take the same approach with consumer, waterfalling those bookings over the same duration.

### FY19 Forecast: High teens growth in core CARB subscription bookings, Flat Consumer Bookings and Layering in Webroot

We take the framework described above for the core Carbonite business and layer in $177M in Webroot bookings/revenue over 2Q-4Q for FY19. We describe our assumptions below:

- We forecast business subscription bookings of ~$192M, up 17.5% y/y. This includes ~40% growth y/y in 1Q as the acquisition of Mozy took place in late 1Q18. After we lap that, we think growth normalizes at around ~12% annually.

- Perpetual bookings are the other component of the business segment. While 4Q outperformed, we think the downtrend that started in 3Q will continue, and we forecast $34-35M here for FY19.

- We forecast CARB's consumer business to decline ~1-2% in FY19. Following the acquisition of Mozy, this business peaked from a dollar perspective in 2Q18 at ~$28M in bookings. This fell to $24M in 4Q18 – annualizing this supports our $96-$97M forecast for FY19.

- Lastly, we layer in Webroot revenue and assume bookings is equal to revenue for now. Since Webroot is a growing business, we layer in $56M in revenue in 2Q, and assume it's growing 5-6% q/q, resulting in our ~$177M forecast.

### ~$130M in FY19 EBITDA equates to ~$80-85M from core CARB + $45-50M from Webroot for 3 quarters

We reference the figure below for this section as a way to sanity check FY19 EBITDA guidance. Recall, management estimated $175-$180M in Webroot revenue in the three quarters during FY19 at ~27% EBITDA margin, equated to ~$48M as we show below. If we

Barclays | Carbonite, Inc.

deduct this from the total combined EBITDA guidance for FY19 of $129-$132M, we reach roughly $84M in EBITDA from core Carbonite pre-acquisition, which represents a 26% EBITDA margin and is comparable to the FY18 margin of 25.5%. In other words, we think this year's EBITDA guidance passes the "smell" test based on its sub-components.

FIGURE 3
**Dissecting FY19 EBITDA – Core CARB + Webroot ($ in millions)**

|  | Core CARB | Webroot for 3 quarters | Total Combined for FY19 |
|---|---|---|---|
| Est. Revenue | 319.0 | 177 | 496.0 |
| Est. EBITDA | 84.2 | 47.8 | 132.0 |
| Implied EBITDA Margin % | 26% | 27% | 27% |

Source: Barclays Research

### New debt adds ~$9M in quarterly interest expense, bringing our EPS to $1.79

Carbonite is financing the acquisition with ~$550M in new debt, at an estimated ~6.5% rate. This will add ~$9M to quarterly interest expense, starting in 2Q. CARB guided to a 22% tax rate, and taking all these pieces together, we reach $1.79 in EPS for FY19.

### FY20 outlook: High single-digit revenue growth once we lap acquisition with expanding margins

We use the same framework to forecast FY20, looking at the growth between business subscription, perpetual, consumer and Webroot. Once we lap the Webroot deal in 2Q20, growth should normalize to ~8% annually by our estimates, with expanding margins. We describe the components of this below:

- We forecast 10% growth in business subscription bookings, and the perpetual business to be relatively flat at ~$34-35M.

- We forecast consumer bookings to be flat at ~$97M.

- We forecast ~$258M in Webroot bookings for FY20 – this represents nearly 46% from the $177M for 9 months in FY19. If we were to annualize the FY19 Webroot guidance, this would normalize to ~9% growth.

- CARB estimated ~$20M of synergies in the first three years. We assume a portion of these start to get realized in FY20, and we see EBITDA margins expanding to ~27%.

- Taking this all together, we arrive at FY20 EPS of $2.15.

## Valuation

Our price target of $30 is based on 10x CY20 EBITDA of $162M. This multiple would be the cheapest of the relevant comparables, in our view, and in line with LogMeIn, despite Carbonite's faster growth profile. This would also represent an EV/S of 2.7x for FY20, which would also be the lowest in the comp set, reflecting the inherent risk in a big acquisition, and a larger consumer business.

FIGURE 1

**Carbonite Non-GAAP Income Statement ($ in M)**

| | FY 2016 | FY 2017 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | FY 2018 | Mar-19E | Jun-19E | Sep-19E | Dec-19E | FY 2019E | FY 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | 209.3 | 246.1 | 64.9 | 79.9 | 79.1 | 78.0 | 301.9 | 77.6 | 135.7 | 139.1 | 143.6 | 496.0 | 597.1 |
| y/y Change | 53.2% | 17.6% | 9.9% | 30.7% | 25.4% | 24.2% | 22.7% | 19.6% | 70.0% | 75.8% | 84.0% | 64.3% | 20.4% |
| | | | | | | | | | | | | | |
| **Total Cost of Goods Sold** | 57.2 | 60.3 | 15.5 | 18.3 | 17.1 | 17.2 | 68.1 | 17.1 | 25.8 | 26.4 | 25.8 | 95.1 | 111.7 |
| | | | | | | | | | | | | | |
| **Gross Profit** | 152.1 | 185.8 | 49.4 | 61.5 | 62.0 | 60.8 | 233.8 | 60.6 | 109.9 | 112.7 | 117.7 | 400.9 | 485.5 |
| **Gross Margin %** | 72.6% | 75.5% | 76.1% | 77.1% | 78.4% | 77.9% | 77.4% | 78.0% | 81.0% | 81.0% | 82.0% | 80.8% | 81.3% |
| | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | |
| Sales & Marketing | 71.2 | 86.5 | 19.2 | 21.3 | 20.3 | 21.7 | 82.5 | 22.5 | 38.0 | 39.2 | 42.2 | 142.0 | 171.5 |
| % of Revenue | 34.0% | 35.1% | 29.6% | 26.6% | 25.6% | 27.8% | 27.3% | 29.0% | 28.0% | 28.2% | 29.4% | 28.6% | 28.7% |
| Research & Development | 32.1 | 42.9 | 11.8 | 14.7 | 13.9 | 13.8 | 54.1 | 14.0 | 25.0 | 25.9 | 26.7 | 91.5 | 110.1 |
| % of Revenue | 15.3% | 17.4% | 18.2% | 18.4% | 17.6% | 17.6% | 17.9% | 18.0% | 18.4% | 18.6% | 18.6% | 18.5% | 18.4% |
| General & Administrative | 30.2 | 30.2 | 8.8 | 8.6 | 8.3 | 8.4 | 34.1 | 8.5 | 14.9 | 15.0 | 15.4 | 53.9 | 63.3 |
| % of Revenue | 14.4% | 12.3% | 13.6% | 10.8% | 10.5% | 10.7% | 11.3% | 11.0% | 11.0% | 10.8% | 10.7% | 10.9% | 10.6% |
| **Total Operating Expenses** | 133.4 | 159.6 | 39.8 | 44.5 | 42.5 | 43.8 | 170.7 | 45.0 | 77.9 | 80.1 | 84.3 | 287.3 | 345.0 |
| | | | | | | | | | | | | | |
| **Total Expenses** | 190.7 | 219.9 | 55.4 | 62.9 | 59.5 | 61.1 | 238.8 | 62.1 | 103.7 | 106.5 | 110.1 | 382.5 | 456.6 |
| y/y Change | 44.5% | 15.3% | -1.2% | 11.2% | 9.1% | 15.6% | 8.6% | 12.2% | 65.0% | 78.9% | 80.4% | 60.2% | 19.4% |
| | | | | | | | | | | | | | |
| **Operating Income** | 18.6 | 26.1 | 9.6 | 17.0 | 19.6 | 17.0 | 63.1 | 15.5 | 32.0 | 32.5 | 33.5 | 113.6 | 140.5 |
| **Operating Margin %** | 8.9% | 10.6% | 14.7% | 21.3% | 24.7% | 21.7% | 20.9% | 20.0% | 23.6% | 23.4% | 23.3% | 22.9% | 23.5% |
| | | | | | | | | | | | | | |
| **EBITDA** | 28.3 | 38.9 | 12.3 | 20.9 | 23.0 | 20.8 | 77.0 | 21.3 | 36.1 | 36.8 | 37.9 | 132.0 | 161.5 |
| **% Margin** | 0.1 | 15.8% | 18.9% | 26.2% | 29.1% | 26.7% | 25.5% | 27.5% | 26.6% | 26.4% | 26.4% | 26.6% | 27.0% |
| | | | | | | | | | | | | | |
| **Total Other Income/(Expense)** | 0.1 | (1.0) | (0.8) | (1.5) | (1.0) | 0.2 | (3.1) | (0.6) | (9.6) | (9.6) | (9.6) | (29.5) | (38.2) |
| | | | | | | | | | | | | | |
| **Pretax Income** | 18.7 | 25.2 | 8.8 | 15.5 | 18.5 | 17.2 | 60.0 | 14.9 | 22.5 | 22.9 | 23.8 | 84.1 | 102.3 |
| Pretax Margin % | 8.9% | 10.2% | 13.5% | 19.4% | 23.4% | 22.0% | 19.9% | 19.2% | 16.5% | 16.5% | 16.6% | 17.0% | 17.1% |
| | | | | | | | | | | | | | |
| Income Taxes Expense/(Benefit) | 2.259 | 2.1 | 0.6 | 1.3 | 1.2 | 0.9 | 4.1 | 3.3 | 4.9 | 5.0 | 5.2 | 18.5 | 22.5 |
| Tax Rate | 12.1% | 8.5% | 7.2% | 8.5% | 6.6% | 5.5% | 6.9% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% |
| | | | | | | | | | | | | | |
| **Non-GAAP Net Income** | 16.4 | 23.0 | 8.1 | 14.2 | 17.3 | 16.244 | 55.9 | 11.6 | 17.5 | 17.9 | 18.6 | 65.6 | 79.8 |
| Net Margin | 7.8% | 9.4% | 12.5% | 17.8% | 21.9% | 20.8% | 18.5% | 15.0% | 12.9% | 12.8% | 12.9% | 13.2% | 13.4% |
| | | | | | | | | | | | | | |
| **EPS-Diluted** | $ 0.60 | $0.80 | $0.27 | $0.45 | $0.48 | $0.45 | $1.66 | $0.32 | $0.48 | $0.49 | $0.51 | $1.79 | $2.15 |
| Diluted Shares Outstanding (in MM) | 27.5 | 28.9 | 30.0 | 31.7 | 36.5 | 36.4 | 33.6 | 36.5 | 36.6 | 36.6 | 36.7 | 36.6 | 37.1 |
| y/y Change | 4.041 | 33.3% | 182.2% | 202.6% | 88.9% | 49.5% | 108.3% | 17.7% | 7.2% | 2.6% | 13.3% | 7.9% | 20.1% |

Source: Barclays Research

Case 1:19-cv-11662-LTS   Document 134-55   Filed 06/02/23   Page 9 of 17

Barclays | Carbonite, Inc.

Barclays | Carbonite, Inc.

**ANALYST(S) CERTIFICATION(S):**

I, Saket Kalia, CFA, hereby certify (1) that the views expressed in this research report accurately reflect my personal views about any or all of the subject securities or issuers referred to in this research report and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.

**IMPORTANT DISCLOSURES**

Barclays Research is produced by the Investment Bank of Barclays Bank PLC and its affiliates (collectively and each individually, "Barclays"). All authors contributing to this research report are Research Analysts unless otherwise indicated. The publication date at the top of the report reflects the local time where the report was produced and may differ from the release date provided in GMT.

**Availability of Disclosures:**

Where any companies are the subject of this research report, for current important disclosures regarding those companies please refer to https://publicresearch.barclays.com or alternatively send a written request to: Barclays Research Compliance, 745 Seventh Avenue, 13th Floor, New York, NY 10019 or call +1-212-526-1072.

The analysts responsible for preparing this research report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities, the profitability and revenues of the Markets business and the potential interest of the firm's investing clients in research with respect to the asset class covered by the analyst.

Analysts regularly conduct site visits to view the material operations of covered companies, but Barclays policy prohibits them from accepting payment or reimbursement by any covered company of their travel expenses for such visits.

Barclays Research Department produces various types of research including, but not limited to, fundamental analysis, equity-linked analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of Barclays Research may differ from those contained in other types of Barclays Research, whether as a result of differing time horizons, methodologies, or otherwise.

In order to access Barclays Statement regarding Research Dissemination Policies and Procedures, please refer to https://publicresearch.barcap.com/S/RD.htm. In order to access Barclays Research Conflict Management Policy Statement, please refer to: https://publicresearch.barcap.com/S/CM.htm.

**Primary Stocks (Ticker, Date, Price)**

**Carbonite, Inc.** (CARB, 27-Mar-2019, USD 24.86), Overweight/Positive, A/CD/CE/D/E/J/K/L/M

Prices are sourced from Refinitiv as of the last available closing price in the relevant trading market, unless another time and source is indicated.

**Disclosure Legend:**

**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of the issuer in the previous 12 months.

**B:** An employee or non-executive director of Barclays Bank PLC and/or an affiliate is a director of this issuer.

**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by this issuer.

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by this issuer.

**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer within the next 3 months.

**FA:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with US regulations.

**FB:** Barclays Bank PLC and/or an affiliate beneficially owns a long position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**FC:** Barclays Bank PLC and/or an affiliate beneficially owns a short position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**GD:** One of the analysts on the fundamental credit coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.

**GE:** One of the analysts on the fundamental equity coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.

**H:** This issuer beneficially owns more than 5% of any class of common equity securities of Barclays PLC.

**I:** Barclays Bank PLC and/or an affiliate is party to an agreement with this issuer for the provision of financial services to Barclays Bank PLC and/or an affiliate.

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities of this issuer and/or in any related derivatives.

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from this issuer within the past 12 months.

**L:** This issuer is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.

Barclays | Carbonite, Inc.

**IMPORTANT DISCLOSURES CONTINUED**

**M:** This issuer is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.

**N:** This issuer is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.

**O:** Not in use.

**P:** A partner, director or officer of Barclays Capital Canada Inc. has, during the preceding 12 months, provided services to the subject company for remuneration, other than normal course investment advisory or trade execution services.

**Q:** Barclays Bank PLC and/or an affiliate is a Corporate Broker to this issuer.

**R:** Barclays Capital Canada Inc. and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**S:** This issuer is a Corporate Broker to Barclays PLC.

**T:** Barclays Bank PLC and/or an affiliate is providing equity advisory services to this issuer.

**U:** The equity securities of this Canadian issuer include subordinate voting restricted shares.

**V:** The equity securities of this Canadian issuer include non-voting restricted shares.

**Risk Disclosure(s)**

Master limited partnerships (MLPs) are pass-through entities structured as publicly listed partnerships. For tax purposes, distributions to MLP unit holders may be treated as a return of principal. Investors should consult their own tax advisors before investing in MLP units.

**Guide to the Barclays Fundamental Equity Research Rating System:**

Our coverage analysts use a relative rating system in which they rate stocks as Overweight, Equal Weight or Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry (the "industry coverage universe").

In addition to the stock rating, we provide industry views which rate the outlook for the industry coverage universe as Positive, Neutral or Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

**Stock Rating**

**Overweight** - The stock is expected to outperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Equal Weight** - The stock is expected to perform in line with the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Underweight** - The stock is expected to underperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Rating Suspended** - The rating and target price have been suspended temporarily due to market events that made coverage impracticable or to comply with applicable regulations and/or firm policies in certain circumstances including where the Investment Bank of Barclays Bank PLC is acting in an advisory capacity in a merger or strategic transaction involving the company.

**Industry View**

**Positive** - industry coverage universe fundamentals/valuations are improving.

**Neutral** - industry coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.

**Negative** - industry coverage universe fundamentals/valuations are deteriorating.

Below is the list of companies that constitute the "industry coverage universe":

**U.S. Software**

| | | |
|---|---|---|
| Adobe Inc. (ADBE) | Anaplan, Inc. (PLAN) | Ansys, Inc. (ANSS) |
| Appian Corporation (APPN) | Autodesk Inc. (ADSK) | Avaya Holdings Corp (AVYA) |
| Carbonite, Inc. (CARB) | Ceridian HCM Holding Inc. (CDAY) | Check Point Software Technologies Ltd. (CHKP) |
| Citrix Systems (CTXS) | Cloudera, Inc. (CLDR) | Cornerstone OnDemand Inc. (CSOD) |
| Coupa Software Inc. (COUP) | CyberArk Software (CYBR) | Elastic N.V. (ESTC) |
| Ellie Mae Inc. (ELLI) | FireEye (FEYE) | Five9, Inc. (FIVN) |
| Fortinet, Inc. (FTNT) | Intuit Inc. (INTU) | LivePerson, Inc. (LPSN) |
| LogMeIn, Inc. (LOGM) | Microsoft Corp. (MSFT) | Mimecast Ltd. (MIME) |
| MobileIron, Inc. (MOBL) | MongoDB, Inc. (MDB) | Nuance Communications, Inc. (NUAN) |
| Oracle Corp. (ORCL) | Palo Alto Networks (PANW) | Paycom (PAYC) |
| Pivotal Software, Inc. (PVTL) | Pluralsight, Inc. (PS) | PTC Inc. (PTC) |

Barclays | Carbonite, Inc.

**IMPORTANT DISCLOSURES CONTINUED**

| | | |
|---|---|---|
| Rapid7 (RPD) | Red Hat Inc. (RHT) | Salesforce.com Inc. (CRM) |
| SAP SE (SAP) | SecureWorks (SCWX) | ServiceNow, Inc. (NOW) |
| SolarWinds Corporation (SWI) | Splunk Inc. (SPLK) | Symantec Corp. (SYMC) |
| Tableau Software, Inc. (DATA) | Talend S.A. (TLND) | Teradata Corp. (TDC) |
| Varonis Systems, Inc. (VRNS) | Veeva Systems Inc. (VEEV) | VMware Inc. (VMW) |
| Workday Inc. (WDAY) | Zscaler, Inc. (ZS) | |

**Distribution of Ratings:**

Barclays Equity Research has 1556 companies under coverage.

45% have been assigned an Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Buy rating  53% of companies with this rating are investment banking clients of the Firm  75% of the issuers with this rating have received financial services from the Firm.

38% have been assigned an Equal Weight rating which, for purposes of mandatory regulatory disclosures, is classified as a Hold rating  45% of companies with this rating are investment banking clients of the Firm  66% of the issuers with this rating have received financial services from the Firm.

15% have been assigned an Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Sell rating  31% of companies with this rating are investment banking clients of the Firm  63% of the issuers with this rating have received financial services from the Firm.

**Guide to the Barclays Research Price Target:**

Each analyst has a single price target on the stocks that they cover. The price target represents that analyst's expectation of where the stock will trade in the next 12 months. Upside/downside scenarios, where provided, represent potential upside/potential downside to each analyst's price target over the same 12-month period.

**Top Picks:**

Barclays Equity Research's "Top Picks" represent the single best alpha-generating investment idea within each industry (as defined by the relevant "industry coverage universe"), taken from among the Overweight-rated stocks within that industry. Barclays Equity Research publishes "Top Picks" reports every quarter and analysts may also publish intra-quarter changes to their Top Picks, as necessary. While analysts may highlight other Overweight-rated stocks in their published research in addition to their Top Pick, there can only be one "Top Pick" for each industry. To view the current list of Top Picks, go to the Top Picks page on Barclays Live (https://live.barcap.com/go/keyword/TopPicks).

To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

**Types of investment recommendations produced by Barclays Equity Research:**

In addition to any ratings assigned under Barclays' formal rating systems, this publication may contain investment recommendations in the form of trade ideas, thematic screens, scorecards or portfolio recommendations that have been produced by analysts within Equity Research. Any such investment recommendations shall remain open until they are subsequently amended, rebalanced or closed in a future research report.

**Disclosure of other investment recommendations produced by Barclays Equity Research:**

Barclays Equity Research may have published other investment recommendations in respect of the same securities/instruments recommended in this research report during the preceding 12 months. To view all investment recommendations published by Barclays Equity Research in the preceding 12 months please refer to *https://live.barcap.com/go/research/Recommendations*.

**Legal entities involved in producing Barclays Research:**

Barclays Bank PLC (Barclays, UK)

Barclays Capital Inc. (BCI, US)

Barclays Bank Ireland PLC, Frankfurt Branch (BBI, Frankfurt)

Barclays Bank Ireland PLC, Paris Branch (BBI, Paris)

Barclays Bank Ireland PLC, Milan Branch (BBI, Milan)

Barclays Securities Japan Limited (BSJL, Japan)

Barclays Bank PLC, Hong Kong branch (Barclays Bank, Hong Kong)

Barclays Capital Canada Inc. (BCCI, Canada)

Barclays Bank Mexico, S.A. (BBMX, Mexico)

Barclays Securities (India) Private Limited (BSIPL, India)

Barclays Bank PLC, India branch (Barclays Bank, India)

Barclays Bank PLC, Singapore branch (Barclays Bank, Singapore)

Barclays | Carbonite, Inc.

**IMPORTANT DISCLOSURES CONTINUED**

## Carbonite, Inc. (CARB / CARB)

**USD 24.86 (27-Mar-2019)**

| | Stock Rating | Industry View |
|---|---|---|
| | **OVERWEIGHT** | **POSITIVE** |

**Rating and Price Target Chart - USD (as of 27-Mar-2019)**    **Currency=USD**



| Publication Date | Closing Price | Rating | Adjusted Price Target |
|---|---|---|---|
| 07-Feb-2019 | 29.30 | Rating Suspended | |
| 09-Jan-2019 | 28.39 | Overweight | |
| 02-Nov-2018 | 26.97 | | 38.00 |
| 24-Jul-2018 | 36.85 | | 41.00 |
| 12-Jul-2018 | 37.60 | | 38.00 |
| 08-May-2018 | 34.90 | | 34.00 |
| 20-Mar-2018 | 29.40 | Equal Weight | 32.00 |
| 13-Feb-2018 | 21.70 | Rating Suspended | |
| 04-Aug-2017 | 21.15 | | 27.00 |
| 26-Jun-2017 | 23.40 | Equal Weight | 26.00 |

Source: Refinitiv, Barclays Research

Historical stock prices and price targets may have been adjusted for stock splits and dividends.

Source: IDC, Barclays Research

*Link to Barclays Live for interactive charting*

**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of Carbonite, Inc. in the previous 12 months.

**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by Carbonite, Inc..

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by Carbonite, Inc..

**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from Carbonite, Inc. in the past 12 months.

**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from Carbonite, Inc. within the next 3 months.

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities by Carbonite, Inc. and/or in any related derivatives.

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from Carbonite, Inc. within the past 12 months.

**L:** Carbonite, Inc. is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.

**M:** Carbonite, Inc. is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.

**Valuation Methodology:** Our $30 price target is based on ~10x CY20 EBITDA which also represents ~2.7x Sales.

**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** There are three key risk in our view. First, the acquisition of Webroot is the largest in CARBs history, and expands the company into new markets like endpoint security where it has not historically competed. If this deals does not result in projected revenue or expense synergies, shares could underperform. Second, CARB financed the acquisition with debt, increasing its leverage. If the business does not generate the projected cash flow, this added leverage could pose a risk. Third, this is a competitive market, and if CARB cant grow its market share, shares could underperform.

**DISCLAIMER:**

This publication has been produced by Barclays Research Department in the Investment Bank of Barclays Bank PLC and/or one or more of its affiliates (collectively and each individually, "Barclays"). It has been prepared for institutional investors only and not for retail investors. It has been distributed by one or more Barclays affiliated legal entities listed below. It is provided to our clients for information purposes only, and Barclays makes no express or implied warranties, and expressly disclaims all warranties of merchantability or fitness for a particular purpose or use with respect to any data included in this publication. To the extent that this publication states on the front page that it is intended for institutional investors and is not subject to all of the independence and disclosure standards applicable to debt research reports prepared for retail investors under U.S. FINRA Rule 2242, it is an "institutional debt research report" and distribution to retail investors is strictly prohibited. Barclays also distributes such institutional debt research reports to various issuers, media, regulatory and academic organisations for their own internal informational news gathering, regulatory or academic purposes and not for the purpose of making investment decisions regarding any debt securities. Media organisations are prohibited from re-publishing any opinion or recommendation concerning a debt issuer or debt security contained in any Barclays institutional debt research report. Any such recipients that do not want to continue receiving Barclays institutional debt research reports should contact debtresearch@barclays.com. Barclays will not treat unauthorized recipients of this report as its clients and accepts no liability for use by them of the contents which may not be suitable for their personal use. Prices shown are indicative and Barclays is not offering to buy or sell or soliciting offers to buy or sell any financial instrument.

Without limiting any of the foregoing and to the extent permitted by law, in no event shall Barclays, nor any affiliate, nor any of their respective officers, directors, partners, or employees have any liability for (a) any special, punitive, indirect, or consequential damages or (b) any lost profits, lost revenue, loss of anticipated savings or loss of opportunity or other financial loss, even if notified of the possibility of such damages, arising from any use of this publication or its contents.

Other than disclosures relating to Barclays, the information contained in this publication has been obtained from sources that Barclays Research believes to be reliable, but Barclays does not represent or warrant that it is accurate or complete. Barclays is not responsible for, and makes no warranties whatsoever as to, the information or opinions contained in any written, electronic, audio or video presentations of third parties that are accessible via a direct hyperlink in this publication or via a hyperlink to a third-party web site ('Third-Party Content'). Any such Third-Party Content has not been adopted or endorsed by Barclays, does not represent the views or opinions of Barclays, and is not incorporated by reference into this publication. Third-Party Content is provided for information purposes only and Barclays has not independently verified its accuracy or completeness.

The views in this publication are solely and exclusively those of the authoring analyst(s) and are subject to change, and Barclays Research has no obligation to update its opinions or the information in this publication. Unless otherwise disclosed herein, the analysts who authored this report have not received any compensation from the subject companies in the past 12 months. If this publication contains recommendations, they are general recommendations that were prepared independently of any other interests, including those of Barclays and/or its affiliates, and/or the subject companies. This publication does not contain personal investment recommendations or investment advice or take into account the individual financial circumstances or investment objectives of the clients who receive it. The securities and other investments discussed herein may not be suitable for all investors. Barclays is not a fiduciary to any recipient of this publication. Investors must independently evaluate the merits and risks of the investments discussed herein, consult any independent advisors they believe necessary, and exercise independent judgment with regard to any investment decision. The value of and income from any investment may fluctuate from day to day as a result of changes in relevant economic markets (including changes in market liquidity). The information herein is not intended to predict actual results, which may differ substantially from those reflected. Past performance is not necessarily indicative of future results. The information provided does not constitute a financial benchmark and should not be used as a submission or contribution of input data for the purposes of determining a financial benchmark.

United Kingdom: This document is being distributed (1) only by or with the approval of an authorised person (Barclays Bank PLC) or (2) to, and is directed at (a) persons in the United Kingdom having professional experience in matters relating to investments and who fall within the definition of "investment professionals" in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order") or (b) high net worth companies, unincorporated associations and partnerships and trustees of high value trusts as described in Article 49(2) of the Order or (c) other persons to whom it may otherwise lawfully be communicated (all such persons being "Relevant Persons"). Any investment or investment activity to which this communication relates is only available to and will only be engaged in with Relevant Persons. Any other persons who receive this communication should not rely on or act upon it. Barclays Bank PLC is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange.

European Economic Area: This material is being distributed to any "Authorised User" located in a Restricted EEA Country by Barclays Bank Ireland PLC. The Restricted EEA Countries are Finland, Austria, Luxembourg, Portugal, Liechtenstein, Iceland, Slovenia, Malta, Lithuania, Slovakia, Hungary, Romania and Bulgaria. For any other "Authorised User" located in a country of the European Economic Area, this material is being distributed by Barclays Bank PLC. Barclays Bank Ireland PLC is a bank authorised by the Central Bank of Ireland whose registered office is at 1 Molesworth Street, Dublin 2, Ireland. Barclays Bank PLC is not registered in France with the Autorité des marches financiers or the Autorité de contrôle prudentiel.

Americas: The Investment Bank of Barclays Bank PLC undertakes U.S. securities business in the name of its wholly owned subsidiary Barclays Capital Inc., a FINRA and SIPC member. Barclays Capital Inc., a U.S. registered broker/dealer, is distributing this material in the United States and, in connection therewith accepts responsibility for its contents. Any U.S. person wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Barclays Capital Inc. in the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise.

This material is distributed in Canada by Barclays Capital Canada Inc., a registered investment dealer, a Dealer Member of IIROC (www.iiroc.ca), and a Member of the Canadian Investor Protection Fund (CIPF).

This material is distributed in Mexico by Barclays Bank Mexico, S.A.

Japan: This material is being distributed to institutional investors in Japan by Barclays Securities Japan Limited. Barclays Securities Japan Limited is a joint-stock company incorporated in Japan with registered office of 6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan. It is a subsidiary of Barclays Bank PLC and a registered financial instruments firm regulated by the Financial Services Agency of Japan. Registered Number: Kanto Zaimukyokucho (kinsho) No. 143.

Asia Pacific (excluding Japan): Barclays Bank PLC, Hong Kong Branch is distributing this material in Hong Kong as an authorised institution regulated by the Hong Kong Monetary Authority. Registered Office: 41/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

All Indian securities-related research and other equity research produced by Barclays' Investment Bank are distributed in India by Barclays Securities (India)

Private Limited (BSIPL). BSIPL is a company incorporated under the Companies Act, 1956 having CIN U67120MH2006PTC161063. BSIPL is registered and regulated by the Securities and Exchange Board of India (SEBI) as a Research Analyst: INH000001519 Portfolio Manager INP000002585 Stock Broker/Trading and Clearing Member: National Stock Exchange of India Limited (NSE) Capital Market INB231292732, NSE Futures & Options INF231292732, NSE Currency derivatives INE231450334, Bombay Stock Exchange Limited (BSE) Capital Market INB011292738, BSE Futures & Options INF011292738 Depository Participant (DP) with the National Securities & Depositories Limited (NSDL): DP ID: IN-DP-NSDL-299-2008 Investment Adviser: INA000000391. The registered office of BSIPL is at 208, Ceejay House, Shivsagar Estate, Dr. A. Besant Road, Worli, Mumbai – 400 018, India. Telephone No: +91 2267196000. Fax number: +91 22 67196100. Any other reports produced by Barclays' Investment Bank are distributed in India by Barclays Bank PLC, India Branch, an associate of BSIPL in India that is registered with Reserve Bank of India (RBI) as a Banking Company under the provisions of The Banking Regulation Act, 1949 (Regn No BOM43) and registered with SEBI as Merchant Banker (Regn No INM000002129) and also as Banker to the Issue (Regn No INBI00000950). Barclays Investments and Loans (India) Limited, registered with RBI as Non Banking Financial Company (Regn No RBI CoR-07-00258), and Barclays Wealth Trustees (India) Private Limited, registered with Registrar of Companies (CIN U93000MH2008PTC188438), are associates of BSIPL in India that are not authorised to distribute any reports produced by Barclays' Investment Bank.

This material is distributed in Singapore by the Singapore branch of Barclays Bank PLC, a bank licensed in Singapore by the Monetary Authority of Singapore. For matters in connection with this material, recipients in Singapore may contact the Singapore branch of Barclays Bank PLC, whose registered address is 10 Marina Boulevard, #23-01 Marina Bay Financial Centre Tower 2, Singapore 018983.

This material is distributed to persons in Australia by Barclays Bank PLC. None of Barclays Bank PLC, nor any other Barclays group entity, holds an Australian financial services licence and instead relies on an exemption from the requirement to hold such a licence. This material is intended to only be distributed to "wholesale clients" as defined by the Australian Corporations Act 2001.

Middle East:  Nothing herein should be considered investment advice as defined in the Israeli Regulation of Investment Advisory, Investment Marketing and Portfolio Management Law, 1995 ("Advisory Law"). This document is being made to eligible clients (as defined under the Advisory Law) only. Barclays Israeli branch previously held an investment marketing license with the Israel Securities Authority but it cancelled such license on 30/11/2014 as it solely provides its services to eligible clients pursuant to available exemptions under the Advisory Law, therefore a license with the Israel Securities Authority is not required. Accordingly, Barclays does not maintain an insurance coverage pursuant to the Advisory Law.

This material is distributed in the United Arab Emirates (including the Dubai International Financial Centre) and Qatar by Barclays Bank PLC. Barclays Bank PLC in the Dubai International Financial Centre (Registered No. 0060) is regulated by the Dubai Financial Services Authority (DFSA). Principal place of business in the Dubai International Financial Centre: The Gate Village, Building 4, Level 4, PO Box 506504, Dubai, United Arab Emirates. Barclays Bank PLC-DIFC Branch, may only undertake the financial services activities that fall within the scope of its existing DFSA licence. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority. Barclays Bank PLC in the UAE is regulated by the Central Bank of the UAE and is licensed to conduct business activities as a branch of a commercial bank incorporated outside the UAE in Dubai (Licence No.: 13/1844/2008, Registered Office: Building No. 6, Burj Dubai Business Hub, Sheikh Zayed Road, Dubai City) and Abu Dhabi (Licence No.: 13/952/2008, Registered Office: Al Jazira Towers, Hamdan Street, PO Box 2734, Abu Dhabi). Barclays Bank PLC in the Qatar Financial Centre (Registered No. 00018) is authorised by the Qatar Financial Centre Regulatory Authority (QFCRA). Barclays Bank PLC-QFC Branch may only undertake the regulated activities that fall within the scope of its existing QFCRA licence. Principal place of business in Qatar: Qatar Financial Centre, Office 1002, 10th Floor, QFC Tower, Diplomatic Area, West Bay, PO Box 15891, Doha, Qatar. Related financial products or services are only available to Business Customers as defined by the Qatar Financial Centre Regulatory Authority.

Russia:  This material is not intended for investors who are not Qualified Investors according to the laws of the Russian Federation as it might contain information about or description of the features of financial instruments not admitted for public offering and/or circulation in the Russian Federation and thus not eligible for non-Qualified Investors. If you are not a Qualified Investor according to the laws of the Russian Federation, please dispose of any copy of this material in your possession.

IRS Circular 230 Prepared Materials Disclaimer: Barclays does not provide tax advice and nothing contained herein should be construed to be tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related penalties  and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

© Copyright Barclays Bank PLC (2019). All rights reserved. No part of this publication may be reproduced or redistributed in any manner without the prior written permission of Barclays. Barclays Bank PLC is registered in England No. 1026167. Registered office 1 Churchill Place, London, E14 5HP. Additional information regarding this publication will be furnished upon request.