# EXHIBIT 56

*RBC Capital Markets analyst report
3/31/2019*

EQUITY RESEARCH

 **RBC Capital Markets**

RBC Capital Markets, LLC
**Matthew Hedberg** (Analyst)   **Dan Bergstrom** (Analyst)
(612) 313-1293                  (612) 313-1254
matthew.hedberg@rbccm.com       dan.bergstrom@rbccm.com
**Ross MacMillan** (Analyst)    **Matthew Swanson** (AVP)
(212) 428-7917                  (612) 313-1237
ross.macmillan@rbc.com          matthew.swanson@rbccm.com

March 31, 2019

# Carbonite, Inc

## Updated thoughts following the Webroot close

**Our view:** Following the close of the Webroot acquisition, we believe the SMB combination of endpoint backup & recovery and endpoint security has natural cross-sell as well as cost synergies. While execution remains key, we like that the deal should be accretive immediately as we find valuation attractive. Maintain our Outperform rating & $34 tgt.

### Key points:

**All you need to know:** Carbonite recently announced the close of its $618.5M acquisition of Webroot in a move to expand the product portfolio, accelerating the company's vision of becoming a leading SMB endpoint data protection platform. As a reminder, management expects 9 months of contribution from Webroot this year or non-GAAP revenue between $175-180M. Extrapolating Webroot out for all of 2019, we think the CY/19E EV/S multiple for the transaction was >3x, which should be viewed as an attractive value proposition, in our opinion. The acquisition should be immediately accretive with long-term synergies expected for both revenue and costs, although management has conservatively not assumed any real revenue synergies in the short-term. As with all acquisitions, execution remains key, but we like the potential value creation from the acquisition. Maintain our OP rating and $34 PT.

**Acquisition overview:** Webroot is a provider of SMB and consumer endpoint security solutions utilizing a cloud-based, machine learning driven approach. Webroot utilizes a channel of +14K MSPs targeting a similar SMB customer base to Carbonite (which relies on a network of VARs), which should help alleviate some go-to-market friction and allow for revenue synergies. To us, the combination of Carbonite and Webroot seems complementary, which is reflected in management's expectations of +$50M in revenue synergies over the next 5-years and $20M in cost-synergies over the next 3-years.

**Reviewing our thesis:** We expect the new pro-forma Carbonite will double-down on its strength in the SMB market and efficient "low-touch" go-to-market approach. The expanded TAM should create more cross-sell opportunities for the combined portfolio with an incremental opportunity within both company's install bases. Moving forward, we remain focused on Carbonite's ability to grow revenue through landing new customers as well as the opportunity to accelerate cross-selling through the Carbonite Data Protection Console as we continue to think the company has a unique model for profitable growth in the SMB market.

**Valuation appears attractive:** With Webroot being immediately accretive while bringing additional scale, we view valuation as attractive. CARB trades at 1.7x CY/19E EV/S and 1.4x CY/20E EV/S vs. peers at 6.9x and 5.9x, while our $34 target assumes 2.0x CY/20E EV/S. The combination of this discount with above peer operating margins and the opportunity for accelerating organic growth keeps us positive on Carbonite.

## Outperform

NASDAQ: CARB; USD 24.81

### Price Target USD 34.00

| WHAT'S INSIDE | |
|---|---|
| ☐ Rating/Risk Change | ☐ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 20.00 | 24.81 | 34.00 | 43.00 |
| | ↓19% | | ↑37% | ↑73% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 36.6 | Market Cap (MM): | 908 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 596,545 |

### RBC Estimates

| FY Dec | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| **EPS, Ops Diluted** | 0.79 | 1.66 | 1.75 | 2.10 |
| Prev. | | 1.63 | 1.78 | 1.90 |
| **P/E** | 31.4x | 14.9x | 14.2x | 11.8x |
| **Revenue** | 246.1 | 301.9 | 494.5 | 595.0 |
| Prev. | | 303.9 | 328.0 | 344.4 |

| EPS, Ops Diluted | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018 | 0.27A | 0.45A | 0.48A | 0.45A |
| Prev. | | | | 0.42E |
| 2019 | 0.26E | 0.36E | 0.56E | 0.58E |
| Prev. | 0.43E | 0.44E | 0.45E | 0.46E |
| 2020 | 0.48E | 0.52E | 0.55E | 0.55E |
| Prev. | 0.47E | 0.47E | 0.47E | 0.48E |
| **Revenue** | | | | |
| 2018 | 64.9A | 79.9A | 79.1A | 78.0A |
| Prev. | | | | 80.0E |
| 2019 | 77.5E | 136.0E | 139.0E | 142.0E |
| Prev. | 81.0E | 82.0E | 82.0E | 83.0E |
| 2020 | 145.0E | 147.0E | 150.0E | 153.0E |
| Prev. | 85.1E | 86.1E | 86.1E | 87.2E |

All market data in USD; all financial data in USD; dividends paid in CAD.

## RBC Capital Markets

Carbonite, Inc.

### Target/Upside/Downside Scenarios

Exhibit 1: Carbonite, Inc.



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

### Price target/base case

To derive our $34 target, we look to a comparable EV/S analysis backed up by a DCF analysis to credit expanding margins. On an EV/S basis we apply a 2.4x multiple on our 2019E sales of $495M and 2.0x multiple on our 2020E sales of $595M (was 3.5x CY/19 revenue of $328M and 3.3x CY/20 revenue of $344M previously), both of which are a discount to peers. Our reduced multiples reflect potential disruption from the transaction. We believe our target and multiple are warranted due to an improving subscription growth profile, a mix-shift to high growth and more stable SMB customers, and improving margins.

### Upside scenario

Our upside case of $43 is based on revenue growth of 65.8% in 2019, or 200 bps above our base case scenario. To reach this level of growth, we believe there would need to be some combination more SMB traction, higher cross-selling, better new customer additions, an overall better macro environment or additional M&A activity. We believe upside to revenue and margins could point to 3.0x 2019E EV/S.

### Downside scenario

Our downside case of $20 is based on revenue growth of 60.8% in 2019, or 300 bps below our base case scenario. To reach this level of growth, we believe there would need to be a fall-off in tech spending, less success with cross-selling or expanding into new customers, and lower renewal rates. Additionally, with a less attractive growth and margin profile, we believe the stock could receive a lower multiple. We believe downside to revenue and margins could point to 1.4x 2019E EV/S.

### Investment summary
### High-level overview of Carbonite

Founded in 2005, Carbonite provides backup, disaster recovery, high availability and workload migration technology through its Carbonite Data Protection Platform. The platform supports SMBs with scalable global cloud infrastructure. The company also has a consumer business that is optimized for margins and cash flow. Over the past several years, the management team has transformed the business to an SMB provider of data backup and protection solutions from primarily a consumer business through organic investments and strategic M&A. Although our forward estimates do not assume additional M&A, we think additional strategic tuck-in size deals are likely to 1) add new functionality, 2) expand the customer base/consolidate the market, or 3) expand geographically.

### Potential Catalysts

1) cross-sell through the Carbonite Data Protection Console that we believe could increase ARPU 2-3x current spending; 2) additional synergy from Mozy; 3) international expansion which could trend toward 50% vs. 13% today given the addressable market; 4) opportunity around GDPR and an increasing regulatory environment; 5) Code42 partnership with CrashPlan support end of life on October 22, 2018; and 6) potential for additional M&A to increase functionality, expand the customer base or expand geographically.

### Risks

1) The consumer business is highly profitable, but low growth to declining slightly; 2) Pivot to SMB will require continued execution; 3) Operates in rapidly changing and dynamic markets and will need to maintain technology; 4) Public cloud vendors and online storage vendors could replicate services; 5) Additional acquisitions could make calculating organic revenue growth a challenge; 6) International expansion will require additional resources and introduce additional FX risk; 7) Competition in a fragmented market. Although we believe Carbonite is well positioned in the SMB part of the market, there are many bigger vendors in the enterprise market.

 **RBC Capital Markets**

Carbonite, Inc.

## Valuation

To derive our $34 target, we look to a comparable EV/S analysis backed up by a DCF analysis to credit expanding margins. On an EV/S basis we apply a 2.4x multiple on our 2019 sales estimate and a 2.0x multiple on our 2020 sales estimate, both of which are a discount to peers. We believe our price target and multiple are warranted due to an improving subscription growth profile, a mix-shift to high growth and more stable SMB customers, and improving margins offset by potential disruption from the Webroot acquisition. Our price target supports our Outperform rating.

## Risks to rating and price target

Risks to our price target and rating could include changes in the macro environment, moderating IT spending, a slowdown in revenue growth, changes in OEM and channel relationships, or should acceptance of the company's products change relative to new entrants and established competitors.

## Company description

Founded in 2005, Carbonite provides backup, disaster recovery, high availability and workload migration technology through their Carbonite Data Protection Platform. The platform supports small and medium size businesses (SMB) with scalable global cloud infrastructure. In addition, they have a consumer business that is optimized for margins and cash flow.

**RBC Capital Markets**

Carbonite, Inc.

| Ticker CARB ($M) unless noted | Mar-17A | Jun-17A | Sep-17A | Dec-17A | Mar-18A | Jun-18A | Sep-18A | Dec-18A | Mar-19E | Jun-19E | Sep-19E | Dec-19E | Mar-20E | Jun-20E | Sep-20E | Dec-20E | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | | | | | | | | | |
| Total revenue | 59.1 | 61.1 | 63.1 | 62.8 | 64.9 | 79.9 | 79.1 | 78.0 | 77.5 | 136.0 | 139.0 | 142.0 | 145.0 | 147.0 | 150.0 | 153.0 | 246.1 | 301.9 | 494.5 | 595.0 |
| Total cost of revenue | 15.5 | 15.8 | 14.9 | 14.1 | 15.5 | 18.3 | 17.1 | 17.2 | 17.1 | 26.1 | 25.7 | 24.9 | 117.5 | 27.9 | 28.5 | 29.1 | 60.3 | 68.1 | 93.7 | 113.1 |
| Gross income | 43.6 | 45.3 | 48.2 | 48.7 | 49.4 | 61.5 | 62.0 | 60.8 | 60.5 | 109.9 | 113.3 | 117.2 | 117.5 | 119.1 | 121.5 | 123.9 | 185.8 | 233.8 | 400.8 | 482.0 |
| Sales and marketing | 22.8 | 22.3 | 21.2 | 20.2 | 19.2 | 21.3 | 20.3 | 21.7 | 20.8 | 40.5 | 37.0 | 39.0 | 41.3 | 41.2 | 41.0 | 42.0 | 86.5 | 82.5 | 137.3 | 165.5 |
| Research and development | 9.9 | 10.5 | 11.2 | 11.4 | 11.8 | 14.7 | 13.9 | 13.8 | 14.3 | 29.0 | 27.0 | 27.0 | 29.0 | 28.7 | 29.3 | 29.8 | 42.9 | 54.1 | 97.3 | 116.8 |
| General and administrative | 7.9 | 8.0 | 7.3 | 7.1 | 8.8 | 8.6 | 8.3 | 8.4 | 9.0 | 15.5 | 15.1 | 16.0 | 16.0 | 16.2 | 16.5 | 16.8 | 30.2 | 34.1 | 55.6 | 65.5 |
| Operating expenses | 40.6 | 40.7 | 39.7 | 38.7 | 39.8 | 44.5 | 42.5 | 43.8 | 44.0 | 85.0 | 79.1 | 82.0 | 86.3 | 86.0 | 86.8 | 88.7 | 159.6 | 170.7 | 290.1 | 347.7 |
| Operating income | 3.0 | 4.6 | 8.5 | 10.0 | 9.6 | 17.0 | 19.6 | 17.0 | 16.5 | 24.9 | 34.2 | 35.1 | 31.2 | 33.1 | 34.8 | 35.2 | 26.1 | 63.1 | 110.6 | 134.2 |
| Other income | 0.1 | 0.1 | (0.8) | (0.6) | (0.8) | (1.5) | (1.0) | 0.2 | (6.0) | (8.0) | (8.0) | (8.0) | (8.0) | (8.0) | (8.0) | (8.0) | (1.2) | (3.1) | (30.0) | (32.0) |
| Pretax income | 3.1 | 4.7 | 7.7 | 9.4 | 8.8 | 15.5 | 18.5 | 17.2 | 10.5 | 16.9 | 26.2 | 27.1 | 23.2 | 25.1 | 26.8 | 27.2 | 25.0 | 60.0 | 80.6 | 102.2 |
| Taxes | 0.6 | 0.5 | 0.4 | 0.6 | 0.6 | 1.3 | 1.2 | 0.9 | 1.0 | 3.7 | 5.8 | 6.0 | 5.1 | 5.5 | 5.9 | 6.0 | 2.1 | 4.1 | 16.5 | 22.5 |
| Net income | 2.5 | 4.3 | 7.3 | 8.8 | 8.1 | 14.2 | 17.3 | 16.2 | 9.4 | 13.2 | 20.4 | 21.2 | 18.1 | 19.6 | 20.9 | 21.3 | 22.8 | 55.9 | 64.2 | 79.8 |
| Earnings per share | $0.09 | $0.15 | $0.25 | $0.30 | $0.27 | $0.45 | $0.48 | $0.45 | $0.26 | $0.36 | $0.56 | $0.58 | $0.48 | $0.52 | $0.55 | $0.55 | $0.79 | $1.66 | $1.75 | $2.10 |
| Diluted shares outstanding | 28.5 | 28.8 | 29.0 | 29.3 | 30.0 | 31.7 | 36.5 | 36.4 | 36.5 | 36.6 | 36.7 | 36.8 | 37.3 | 37.8 | 38.3 | 38.8 | 28.9 | 33.6 | 36.6 | 38.0 |
| **KEY METRICS** | | | | | | | | | | | | | | | | | | | | |
| Consumer revenue | 19.5 | 20.2 | 20.8 | 20.7 | 21.2 | 24.6 | 24.9 | 25.3 | 24.1 | 41.6 | 41.8 | 42.0 | 42.2 | 42.0 | 42.1 | 42.2 | 81.2 | 96.1 | 149.5 | 168.5 |
| Business revenue | 39.6 | 40.9 | 42.3 | 42.1 | 43.7 | 55.2 | 52.8 | 54.7 | 53.4 | 94.4 | 97.2 | 100.0 | 102.8 | 105.0 | 107.9 | 110.8 | 164.9 | 206.4 | 345.0 | 426.5 |
| DSO | 33 | 35 | 33 | 32 | 43 | 36 | 37 | 36 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | | | | |
| Cash | 41.8 | 125.1 | 119.4 | 128.2 | 71.0 | 71.0 | 201.0 | 198.1 | 194.4 | 193.8 | 195.9 | 201.7 | 201.0 | 207.1 | 209.6 | 214.5 | 128.2 | 198.1 | 201.7 | 214.5 |
| Cash per share | $1.47 | $4.34 | $4.12 | $4.37 | $2.36 | $2.24 | $5.51 | $5.45 | $5.33 | $5.30 | $5.34 | $5.48 | $5.39 | $5.48 | $5.48 | $5.53 | $4.37 | $5.45 | $5.48 | $5.53 |
| Deferred revenue | 121.9 | 127.0 | 125.7 | 124.5 | 144.3 | 148.7 | 149.3 | 150.7 | 153.7 | 156.8 | 158.4 | 159.9 | 163.1 | 166.4 | 168.1 | 169.8 | 124.5 | 150.7 | 159.9 | 169.8 |
| Billings | 62.1 | 63.9 | 59.7 | 60.2 | 67.6 | 81.8 | 78.8 | 81.4 | 79.4 | 138.1 | 139.6 | 142.6 | 147.2 | 149.3 | 150.7 | 153.7 | 245.9 | 309.5 | 499.7 | 600.8 |
| Cash flow from operations | 7.6 | 3.0 | 6.9 | 13.9 | 3.3 | 13.6 | 17.0 | 19.8 | 18.2 | 23.6 | 26.2 | 30.0 | 23.8 | 30.6 | 27.1 | 29.5 | 31.3 | 53.6 | 98.1 | 110.9 |
| Cash flow per share | $0.27 | $0.10 | $0.24 | $0.47 | $0.11 | $0.43 | $0.47 | $0.54 | $0.50 | $0.64 | $0.72 | $0.82 | $0.64 | $0.81 | $0.71 | $0.76 | NA | $1.55 | $2.68 | $2.92 |
| Capital expenditures | (6.6) | (3.5) | (1.9) | (5.4) | (3.3) | (4.5) | (2.1) | (3.2) | (2.7) | (4.8) | (4.9) | (5.0) | (5.1) | (5.1) | (5.3) | (5.4) | (17.4) | (13.1) | (17.3) | (20.8) |
| Free cash flow | 1.0 | (0.5) | 5.0 | 8.5 | 0.0 | 9.0 | 14.8 | 16.6 | 15.5 | 18.8 | 21.4 | 25.1 | 18.7 | 25.4 | 21.8 | 24.2 | 14.0 | 40.5 | 80.8 | 90.1 |
| Free cash flow per share | $0.03 | ($0.02) | $0.17 | $0.29 | $0.00 | $0.29 | $0.41 | $0.46 | $0.43 | $0.51 | $0.58 | $0.68 | $0.50 | $0.67 | $0.57 | $0.62 | NA | $1.20 | $2.21 | $2.37 |
| Free cash flow margin | 1.7% | -0.8% | 7.9% | 13.5% | 0.0% | 11.3% | 18.8% | 21.2% | 20.0% | 13.8% | 15.4% | 17.7% | 12.9% | 17.3% | 14.5% | 15.8% | 5.7% | 13.4% | 16.3% | 15.1% |
| **PERCENT OF REVENUE** | | | | | | | | | | | | | | | | | | | | |
| Gross income | 73.8% | 74.1% | 76.3% | 77.6% | 76.1% | 77.1% | 78.4% | 77.9% | 78.0% | 80.8% | 81.5% | 82.5% | 81.0% | 81.0% | 81.0% | 81.0% | 75.5% | 77.4% | 81.0% | 81.0% |
| Research and development | 16.8% | 17.1% | 17.7% | 18.1% | 18.2% | 18.4% | 17.6% | 17.6% | 18.4% | 21.3% | 19.4% | 19.0% | 20.0% | 19.5% | 19.5% | 19.5% | 17.4% | 17.9% | 19.7% | 19.6% |
| Sales and marketing | 38.5% | 36.5% | 33.7% | 32.2% | 29.6% | 26.6% | 25.6% | 27.8% | 26.8% | 29.8% | 26.6% | 27.5% | 28.5% | 28.0% | 27.3% | 27.5% | 35.1% | 27.3% | 27.8% | 27.8% |
| General and administrative | 13.3% | 13.1% | 11.5% | 11.3% | 13.6% | 10.8% | 10.5% | 10.7% | 11.6% | 11.4% | 10.9% | 11.3% | 11.0% | 11.0% | 11.0% | 11.0% | 12.3% | 11.3% | 11.2% | 11.0% |
| Operating income | 5.2% | 7.5% | 13.5% | 15.9% | 14.7% | 21.3% | 24.7% | 21.7% | 21.2% | 18.3% | 24.6% | 24.7% | 21.5% | 22.5% | 23.2% | 23.0% | 10.6% | 20.9% | 22.4% | 22.6% |
| Taxes | 19.0% | 9.9% | 5.5% | 6.8% | 7.2% | 8.5% | 6.6% | 5.5% | 10.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 8.5% | 6.9% | 20.4% | 22.0% |
| Net income | 4.3% | 7.0% | 11.6% | 13.9% | 12.5% | 17.8% | 21.9% | 20.8% | 12.1% | 9.7% | 14.7% | 14.9% | 12.5% | 13.3% | 13.9% | 13.9% | 9.3% | 18.5% | 13.0% | 13.4% |
| **GROWTH Y/Y** | | | | | | | | | | | | | | | | | | | | |
| Total revenue | 21.4% | 12.6% | 20.2% | 16.5% | 9.9% | 30.7% | 25.4% | 24.2% | 19.4% | 70.3% | 75.7% | 82.0% | 87.1% | 8.1% | 7.9% | 7.7% | NA | 22.7% | 63.8% | 20.3% |
| Gross income | 24.6% | 15.2% | 27.2% | 22.2% | 13.3% | 35.9% | 28.7% | 24.8% | 22.4% | 78.6% | 82.7% | 92.6% | 94.3% | 8.4% | 7.3% | 5.8% | NA | 25.8% | 71.4% | 20.3% |
| Operating income | -30.4% | -24.2% | 109.4% | 141.7% | 213.7% | 271.1% | 129.7% | 69.7% | 72.1% | 46.3% | 74.8% | 107.1% | 89.5% | 33.0% | 1.6% | 0.3% | NA | 141.3% | 75.4% | 21.3% |
| EPS | -41.1% | -23.4% | 80.9% | 155.2% | 204.8% | 202.6% | 88.9% | 49.5% | -4.6% | -19.5% | 17.3% | 28.9% | 88.1% | 44.0% | -2.2% | -4.8% | NA | 111.1% | 5.5% | 19.7% |
| Deferred revenue | 10.9% | 15.4% | 17.0% | NA | 18.4% | 17.1% | 18.8% | 21.0% | 6.5% | -5.4% | 6.1% | 6.1% | 6.1% | 6.1% | 6.1% | 6.1% | NA | 21.0% | 6.1% | 6.1% |
| Bookings | NA | NA | 21.2% | NA | 8.8% | 28.0% | 32.1% | 35.2% | 17.5% | 68.8% | 77.1% | 75.3% | 85.3% | 8.0% | 8.0% | 7.8% | NA | 25.9% | 61.4% | 20.2% |
| Cash flow from operations | NA | -40.9% | 36.9% | 41.5% | -56.5% | NM | 146.0% | 42.6% | NM | 74.0% | 54.6% | 51.9% | 30.3% | 29.6% | 3.2% | -1.6% | NA | 71.1% | 83.0% | 13.1% |
| Free cash flow | NA | NA | 20.9% | 22.0% | -99.7% | NM | 197.1% | 95.9% | NM | 108.0% | 44.1% | 51.3% | 20.4% | 35.0% | 2.1% | -3.5% | NA | 189.9% | 99.6% | 11.5% |
| **GROWTH Q/Q** | | | | | | | | | | | | | | | | | | | | |
| Total revenue | 9.6% | 3.4% | 3.3% | -0.4% | 3.3% | 23.0% | -0.9% | -1.4% | -0.7% | 75.5% | 2.2% | 2.2% | 2.1% | 1.4% | 2.0% | 2.0% | | | | |
| Deferred revenue | NA | 4.2% | -1.0% | -0.9% | 15.9% | 3.0% | 0.4% | 0.9% | 2.0% | 2.0% | 1.0% | 1.0% | 2.0% | 2.0% | 1.0% | 1.0% | | | | |

Source: Company Reports and RBC Capital Markets estimates

March 31, 2019

Matthew Hedberg, (612) 313-1293; matthew.hedberg@rbccm.com

4

 **RBC Capital Markets**

Carbonite, Inc.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for Carbonite, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from Carbonite, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates expects to receive or intends to seek compensation for investment banking services from Carbonite, Inc. in the next three months.

RBC Capital Markets, LLC makes a market in the securities of Carbonite, Inc..

RBC Capital Markets is currently providing Carbonite, Inc. with investment banking services.

RBC Capital Markets has provided Carbonite, Inc. with investment banking services in the past 12 months.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Top Pick (TP):** Represents analyst's best idea in the sector; expected to provide significant absolute total return over 12 months with a favorable risk-reward ratio.

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.



Carbonite, Inc.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Top Pick/ Outperform, Sector Perform, and Underperform most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| | Distribution of ratings | | | |
| :--- | :---: | :---: | :---: | :---: |
| | RBC Capital Markets, Equity Research | | | |
| | As of 31-Dec-2018 | | | |
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [Top Pick & Outperform] | 876 | 54.92 | 234 | 26.71 |
| HOLD [Sector Perform] | 642 | 40.25 | 111 | 17.29 |
| SELL [Underperform] | 77 | 4.83 | 7 | 9.09 |





Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12), and former lists called the Guided Portfolio: Large Cap (RL 7), the Guided Portfolio: Midcap 111 (RL 9), and the Guided Portfolio: Global Equity (U.S.) (RL 11). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at https://www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**Carbonite, Inc.**

**Valuation**

To derive our $34 target, we look to a comparable EV/S analysis backed up by a DCF analysis to credit expanding margins. On an EV/S basis we apply a 2.4x multiple on our 2019 sales estimate and a 2.0x multiple on our 2020 sales estimate, both of which are

March 31, 2019                                                    **Matthew Hedberg,** (612) 313-1293; matthew.hedberg@rbccm.com   6



Carbonite, Inc.

a discount to peers. We believe our price target and multiple are warranted due to an improving subscription growth profile, a mix-shift to high growth and more stable SMB customers, and improving margins offset by potential disruption from the Webroot acquisition. Our price target supports our Outperform rating.

**Risks to rating and price target**

Risks to our price target and rating could include changes in the macro environment, moderating IT spending, a slowdown in revenue growth, changes in OEM and channel relationships, or should acceptance of the company's products change relative to new entrants and established competitors.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

 **RBC Capital Markets**

Carbonite, Inc.

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC Capital Markets.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.
**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.
**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.
**To German Residents:**
This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).
**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.
**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission ( SFC'), RBC Investment Services (Asia) Limited and RBC Investment Management (Asia) Limited, both entities are regulated by the SFC. Financial Services provided to Australia: Financial services may be provided in Australia in accordance with applicable law. Financial services provided by the Royal Bank of Canada, Hong Kong Branch are provided pursuant to the Royal Bank of Canada's Australian Financial Services Licence ('AFSL') (No. 246521.)
**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.
**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association ("JSDA").

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2019 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2019 - Member Canadian Investor Protection Fund

 **RBC Capital Markets**

Carbonite, Inc.

Copyright © RBC Europe Limited 2019
Copyright © Royal Bank of Canada 2019
All rights reserved