# EXHIBIT 58

*RBC Capital Markets analyst report*
*4/01/2019*



# RBC Capital Markets

**EQUITY RESEARCH**

## U.S. RESEARCH AT A GLANCE
### April 1, 2019
**For Full Comments and Required Non-U.S. Analyst and Conflicts Disclosures, please click on the links below.**

### Price Target Revisions

| | | |
|---|---|---|
| AngloGold Ashanti Limited | Summary | Still questions to answer |
| Gold Fields Limited | Summary | On track for a good year |

### First Glance Notes

| | | |
|---|---|---|
| Rio Tinto PLC | Summary | Lowers iron ore guidance after Cyclone Veronica |

### Company Comments

| | | |
|---|---|---|
| BlackBerry Limited | Summary | Cylance lives up to growth expectations |
| Carbonite, Inc | Summary | Updated thoughts following the Webroot close |
| Monster Beverage Corporation | Summary | Is the Monster Bull Case Over? |
| Square, Inc. | Summary | Tweaking the model cadence |

### Industry Comments

| | | |
|---|---|---|
| Cable/Telecom & Communications Infrastructure 2019.03.29 | Summary | |
| Crypto Topic of the Month: Forks and Code Updates | Summary | |
| Energy Infrastructure Weekly Stats | Summary | |
| Farm Equipment: Weekly news & data harvest | Summary | |
| Global Energy Best Ideas | Summary | |
| H8 Update: Loans Up in 12th Week of 1Q19 | Summary | |
| Insurance Observations | Summary | For the week of April 1st, 2019 |
| Machinery: Commercial Trucks – Engine Share Monthly | Summary | |
| MacKay's Weekly Dose | Summary | PRQR spin-out, SGEN EV data, ALXN pipeline recognition, & more! |
| Midstream Energy - One up on the yield curve | Summary | |
| Mining equipment: Weekly news & data nuggets | Summary | |
| Nexus.One | Summary | Through March 29, 2019 |
| Paper, Packaging & Forest Products | Summary | The Continuous Digester – what we learned last week |
| ! RBC European Utilities Morning Lightbulb | Summary | |
| RBC Flu Tracker | Summary | Flu activity declines sharply in Week 12; all regions remain above baseline |
| RBC International E&P and OFS Daily | Summary | SUBC |

**!** - Action-Oriented Research
**E** - RBC Elements Research
Priced as of prior day's market close, EST (unless otherwise noted).

EQUITY RESEARCH

 **RBC Capital Markets**

| | | |
|---|---|---|
| Road & Spak: Will Recent Chinese gov't actions spark automotive Darwinism? | Summary | |
| **E** Speed of Delivery Wars | Summary | Analyzing Amazon's expansion of same/next-day delivery and its impact on Retail |
| The Full Stack | Summary | |
| WATTS COOKING? Weekly | Summary | Topics: D, SRE, California, pipeline executive order |

**Find our Research at:**
*RBC Insight* (www.rbcinsightresearch.com): RBC's global research destination on the web. Contact your RBC Capital Markets' sales representative to access our global research site, or use our iPad App "RBC Research"
Thomson Reuters (www.thomsononeanalytics.com)
Bloomberg (RBCR GO)
SNL Financial (www.snl.com)
FactSet (www.factset.com)



## RBC Capital Markets

## Price Target Revisions

James Bell (Analyst)
+44 20 7653 4647; james.bell@rbccm.com
Tyler Broda, CFA (Analyst)
+44 20 7653 4866; tyler.broda@rbccm.com
Barbora Baluskova (Associate)
+44 0 20 7029 0875; barbora.baluskova@rbccm.com



| EPS, Adj Diluted | | Prev. |
|---|---|---|
| 2018A | 0.49↓ | 0.61 |
| 2019E | 0.85↓ | 1.27 |
| 2020E | 1.45↓ | 1.52 |
| 2021E | 1.97 | |

All market data in ZAc; all financial data in USD.

James Bell (Analyst)
+44 20 7653 4647; james.bell@rbccm.com
Tyler Broda, CFA (Analyst)
+44 20 7653 4866; tyler.broda@rbccm.com
Barbora Baluskova (Associate)
+44 0 20 7029 0875; barbora.baluskova@rbccm.com



| EPS, Adj Diluted | | Prev. | P/AEPS |
|---|---|---|---|
| 2018A | 0.10↓ | 0.14 | 36.7x |
| 2019E | 0.24↑ | 0.21 | 15.3x |
| 2020E | 0.21↓ | 0.22 | 17.5x |
| 2021E | 0.28 | | 13.1x |

All market data in ZAc; all financial data in ZAR; dividends paid in USD.

## First Glance Notes

Tyler Broda, CFA (Analyst)
+44 20 7653 4866; tyler.broda@rbccm.com
Barbora Baluskova (Associate)
+44 0 20 7029 0875; barbora.baluskova@rbccm.com
James Bell (Analyst)
+44 20 7653 4647; james.bell@rbccm.com

### AngloGold Ashanti Limited(JSE: ANG; 19,159.00; NYSE: AU)
Published April 1 2019 00:15 EDT

| | |
|---|---|
| **Rating:** | **Sector Perform** |
| **Price Target:** | 20,500 ▲ 18,500 |

**Still questions to answer**

ANG is in a good position but we think shares have already somewhat re-rated to reflect this. Three key issues (Obuasi delivery, group strategy and Tanzania risk) mean we continue to prefer peer Gold Fields. Updating for FY18 we reiterate our Sector Perform rating but lift our target price to ZAR205 / US$14.00 based on unchanged 1.2x P/NAV and a higher P/CF multiple of 6x (was 5x).

- We take stock on ANG reiterating our Sector Perform rating but lifting our target to ZAR205 / US$14.00 ADR
- Shares have partly re-rated on hope around changes on strategy from new CEO Kelvin Dushinisky
- Three key company-specific issues mean we continue to prefer peer Gold Fields here
- These include the need for Obuasi delivery, more clarity on group strategy and potential risk in Tanzania

### Gold Fields Limited(JSE: GFI; 5,328.00; NYSE: GFI)
Published April 1 2019 00:15 EDT

| | |
|---|---|
| **Rating:** | **Outperform** |
| **Price Target:** | 6,300 ▲ 5,800 |

**On track for a good year**

Post two years of reinvestment we think GFI is set for a strong 2019. With a FCF inflection now underway and problem asset South Deep de-emphasized we see scope for a re-rating ahead of peers. Updating for FY18 we reiterate our Outperform rating but lift our target price to ZAR63 / US$4.50 based on unchanged 1.2x P/NAV and a higher P/CF multiple of 6x (was 5x).

- We revisit our positive thesis on Gold Fields reiterating our Outperform rating and lifting our target to ZAR63 / US$4.50 ADR
- We see 2019 as being a good year for the group as reinvestment pays off and FCF inflects
- Beyond this we like GFI's jurisdictional mix seeing it as lower risk than peers
- We also see a case for South Deep to be seen as optionality as the group takes the steps to get the asset to breakeven

### Rio Tinto PLC(LSE: RIO; 4,461.00; ASX: RIO)
Published April 1 2019 08:54 EDT

| | |
|---|---|
| **Rating:** | **Underperform** |

**Lowers iron ore guidance after Cyclone Veronica**



# RBC Capital Markets



All market data in GBp; all financial data in USD.

- Today's quantification of the impact from the force majeure at Cape Lambert of 14 mt lost, combined with the ongoing impact from VALE, should help to further underpin iron ore prices in the near-term. Rio Tinto has now guided to the lower end of 338-350mt following the port damage after Cyclone Veronica and a fire earlier in the year. (RBCe 348 mt)
- From an economic perspective, the short-term benefits of value over volume (in this case circumstantial) are increasingly clear. Ignoring minorities, a loss of 14mt would impact 2019 cashflow by $560m. With 338mt still being produced it would only take a ~$1.65/t move to offset this impact completely.
- Although there is very little capacity that could come online from the majors, the potential for higher cost tonnes, in China specifically, to reenter the market is high. India, Russia, West Africa and smaller Western producers are likely to drive supply forecasts up from here. A restart of Vale's Brucutu in the near-term could accelerate this trend.
- Rio Tinto continues to price in the current environment – as high margins, a strong balance sheet and earnings momentum remain attractive for investors. As per the above, despite the continued support for near-term iron ore prices, at 8.8x 2020 EV/EBITDA (using a normalized $60/t iron ore price) we continue to see better value in the space, especially in iron ore exposed Anglo American (Outperform 2,300p) and increasingly BHP (Sector Perform, 1625p).

## Company Comments

**Paul Treiber, CFA (Analyst)**
(416) 842-7811; paul.treiber@rbccm.com
**Boyang Li (Associate)**
(416) 842-8130; boyang.li@rbccm.com



| | Revenue | Prev. |
|---|---|---|
| 2018A | 967.0 | |
| 2019A | 916.3↑ | 908.8 |
| 2020E | 1,152.2↑ | 1,131.5 |
| 2021E | 1,262.1↓ | 1,274.5 |

All values in USD unless otherwise noted.

**BlackBerry Limited** (NYSE: BB; 10.09; TSX: BB)
Published March 29 2019 18:14 EDT

**Rating:** Sector Perform
**Price Target:** 10.00

### Cylance lives up to growth expectations

Amidst concerns that the next-generation endpoint penetration market is decelerating, BlackBerry provided FY20e total revenue guidance and Cylance revenue guidance that largely matched our expectations and the Street on an apples-to-apples basis. Excluding Cylance, core BlackBerry appears similar to prior quarters, with IP licensing delivering near-term upside and other businesses seeing uneven growth. Maintain Sector Perform.

- **Q4 above expectations on IP licensing.** Q4 revenue rose 8% Y/Y to $257MM, above the Street at $241MM and RBC at $249MM. The upside stems from stronger IP licensing revenue, which increased 71% Y/Y to $99MM, above our estimate for $86MM. On higher revenue, adj. EPS was $0.11, ahead of the Street/RBC at $0.06.
- **FY20e revenue outlook essentially in line with expectations.** BlackBerry guided to 23-27% Y/Y total revenue growth FY20e, which implies $1,127-1,164MM FY20e revenue, vs. the Street at $1,162MM. BlackBerry expects Cylance to contribute $213-221MM revenue (non-GAAP), above RBC at $178MM (GAAP including 20% deferred revenue writedown). Excluding the 20% deferred revenue writedown, our non-GAAP revenue estimate for Cylance is $223MM.
- **Cylance near-term profitability lower than expected.** While BlackBerry continues to expect Cylance to be accretive after the first year, Cylance's near-term profitability is lower than expected. Cylance's lower profitability reflects a higher mix of professional services (low margin) and higher opex. Guidance implies Cylance generates -$83MM operating income FY20e, below our previous outlook for -$4MM.
- **Slightly slower growth for core BlackBerry.** BlackBerry anticipates ESS (enterprise software) and BTS (automotive) revenue up 12-16% Y/Y FY20e, with the mid-point slightly below our prior estimate for 16% Y/Y growth. The modest shortfall reflects BTS revenue guided to ~16%, below our prior outlook for 19%. Q4 ESS revenue at $94MM, missed our expectations for $103MM due to delayed

4



## RBC Capital Markets

deals in the government vertical. Positively, BlackBerry saw a return to double-digit billing growth Q4.

**Matthew Hedberg (Analyst)**
(612) 313-1293; matthew.hedberg@rbccm.com
**Ross MacMillan (Analyst)**
(212) 428-7917; ross.macmillan@rbc.com
**Dan Bergstrom (Analyst)**
(612) 313-1254; dan.bergstrom@rbccm.com
**Matthew Swanson (Associate)**
(612) 313-1237; matthew.swanson@rbccm.com



| EPS, Ops Diluted | | Prev. | | P/E |
|---|---|---|---|---|
| 2017A | 0.79 | | | 31.4x |
| 2018A | 1.66↑ | 1.63 | | 14.9x |
| 2019E | 1.75↓ | 1.78 | | 14.2x |
| 2020E | 2.10↑ | 1.90 | | 11.8x |

All market data in USD; all financial data in USD; dividends paid in CAD.

**Nik Modi (Analyst)**
(212) 905-5993; nik.modi@rbccm.com
**Steven Shemesh (Associate)**
(212) 428-2390; steven.shemesh@rbccm.com
**Russell Miller (Associate)**
(212) 437-9074; russell.miller@rbc.com
**April Lu, CFA (Associate)**
(212) 428-6350; april.lu@rbccm.com



| | Revenue |
|---|---|
| 2018A | 3,807.0 |
| 2019E | 4,243.0 |
| 2020E | 4,801.0 |

All values in USD unless otherwise noted.

## Carbonite, Inc (NASDAQ: CARB; 24.81)
Published March 31 2019 17:32 EDT

**Rating:** Outperform
**Price Target:** 34.00

### Updated thoughts following the Webroot close

Following the close of the Webroot acquisition, we believe the SMB combination of endpoint backup & recovery and endpoint security has natural cross-sell as well as cost synergies. While execution remains key, we like that the deal should be accretive immediately as we find valuation attractive. Maintain our Outperform rating & $34 tgt.

- **All you need to know:** Carbonite recently announced the close of its $618.5M acquisition of Webroot in a move to expand the product portfolio, accelerating the company's vision of becoming a leading SMB endpoint data protection platform. As a reminder, management expects 9 months of contribution from Webroot this year or non-GAAP revenue between $175-180M. Extrapolating Webroot out for all of 2019, we believe the CY/19E EV/S multiple for the transaction was >3x, which should be viewed as an attractive value proposition, in our opinion. The acquisition should be immediately accretive with long-term synergies expected for both revenue and costs, although management has conservatively not assumed any real revenue synergies in the short-term. As with all acquisitions, execution remains key, but we like the potential value creation from the acquisition. Maintain our OP rating and $34 PT.

## Monster Beverage Corporation (NASDAQ: MNST; 54.58)
Published April 1 2019 02:19 EDT

**Rating:** Outperform
**Price Target:** 75.00

### Is the Monster Bull Case Over?

We believe MNST has always been a controversial stock, but it feels like the situation has recently gone to another level due to: 1) the significant growth in Bang Energy, 2) Coca-Cola's decision to extend the Coca-Cola trademark into the energy category, 3) Red Bull not following Monster's price increase, and 4) recent headline noise over lawsuits against Monster's launch of Reign. Within this context, it is not a surprise to us that investors are questioning Monster's ability to grow. However, based on our work on each of these issues, we see no need to alter our long-term bull case on MNST. We still believe the company can compound top-line and EPS in the low-to-mid teens over the next 5 years.

- **Is Monster growth slowing in the near-term?** Yes. As we have previously discussed, we have been modeling a 1Q19 slowdown since last year mainly due to tough comps. Adverse weather (particularly in CA), and poor construction trends (particularly in CA) are additional factors to consider. Importantly, our +6% US sales growth estimate for the March quarter is a 2-year average acceleration from the December quarter.
- **The Bang competitive concern:** Our review of Numerator data (largest household panel in the US) suggests the Bang consumer is more fitness/health focused, whereas the Monster consumer is more into snacking/convenience. Our own channel work provides further evidence that the Bang and Monster consumers have limited overlap.



**RBC Capital Markets**

- **"Reign" copyright lawsuit unlikely to impede Monster's "Reign Total Body Energy" launch:** Monster released a statement indicating that the lawsuit with VPX/Bang would be dismissed and it "will not impede the launch of 'Reign Total Body Fuel' in any way."
- **How big could Reign be?** If Reign were to grow to 35% of Bang's 2018 size, that could add approximately 300 bps to total MNST top-line.
- **KO launching energy drink product in Spain and Hungary.** Two key initial thoughts: 1) red system bottlers across the world remain enthusiastic and supportive of the Monster brand, particularly given the company's consistent innovation pipeline, 2) we believe KO is targeting Red Bull more so than Monster with this launch.

**Daniel R. Perlin, CFA (Analyst)**
(410) 625-6130; daniel.perlin@rbccm.com
**Matt Roswell, CFA (Associate)**
(410) 625-6131; matt.roswell@rbccm.com
**Mark S.F. Mahaney (Analyst)**
(415) 633-8608; mark.mahaney@rbccm.com



| | Revenue | Prev. |
|---|---|---|
| 2017A | 984.0 | |
| 2018A | 1,587.6 | |
| 2019E | 2,244.8 | |
| 2020E | 3,070.8↑ | 2,994.4 |

All values in USD unless otherwise noted.

## Square, Inc. (NYSE: SQ; 74.26)
Published March 29 2019 15:18 EDT

**Rating:**        **Outperform**
**Price Target:**    88.00

**Tweaking the model cadence**

We are taking this opportunity to fine tune our earnings model, specifically the quarterly cadence of our EBITDA margins.

- **Model adjustments.** We are lowering our Q2/19 EBITDA estimate to ~$97M from $114M to reflect what is a more consistent spending pattern relative to FY18's sequential cadence, which suggests a ~600BPS sequential EBITDA margin expansion from Q1 to Q2 vs. our prior estimate of ~1000BPS. We are redistributing the ~$17M reduction in Q2/19, to Q3/19 & Q4/19, such that our FY19 adjusted EBITDA remains unchanged at $407M or an ~18% margin.
- **Additional model adjustments.** Similar to FY19's quarterly sequential cadence, we are lowering our Q2/20 adjusted EBITDA to $142M from $170M and redistributing the $28M over Q3/20 & Q4/20, resulting in no change to our FY20 adjusted EBITDA estimate of $645M. We did however slightly increase our adjusted net revenues for FY20 to $3.07B from $2.99B, representing ~37% y/y growth, up from our original estimate of 33% y/y, as we believe subscription based revenues will ramp faster than our original forecast.
- **Still in growth mode vs. a compounder.** We believe SQ remains in growth mode, as the company balances a fine line between reinvestments into new products & innovation, such as the ecosystem for Cash App, Cash Card, and most recently SQ Card for small business. As such, we continue to believe that absolute EBITDA & revenue growth will take precedence over flowing through over performance in margins.

## Industry Comments

**Jonathan Atkin (Analyst)**
(415) 633-8589; jonathan.atkin@rbccm.com

**Bora Lee (Analyst)**
(212) 618-7823; bora.lee@rbccm.com

**Kutgun Maral, CFA (Analyst)**
(212) 437-9151; kutgun.maral@rbccm.com

All values in USD unless otherwise noted.

**Mitch Steves (Analyst)**
(415) 633-8535; mitch.steves@rbccm.com

All values in USD unless otherwise noted.

### Cable/Telecom & Communications Infrastructure 2019.03.29

Published March 29 2019 22:00 EDT

- weekly news and sector financial/operating metrics

### Crypto Topic of the Month: Forks and Code Updates

Published March 31 2019 18:28 EDT

- **The Takeaway:** Currently, if a developer is working on a specific code base, the decision to update the product is decided by the company and its product management team. For example, if Microsoft excel needs to be updated to a



## RBC Capital Markets

2020 version, it would go through a "soft fork" where the operating system improves upon the prior version which is compatible with all prior versions of excel. Negatively, if there is contention on updates for the software, there is no solution to try two versions. With crypto currencies and the code base associated with it, this is now possible through a "hard fork". *Instead of choosing between one version or another, the developers can split and work on two different versions with the same starting point.* While this leads to two different blockchains, the result is the ability to test two different technologies concurrently. *Net Net: the ability to fork the code base likely leads to more efficient technologies long-term as developers/coders can now test all of their ideas with the same starting point if there is contention over the correct way to improve the protocol.*

Robert Kwan, CFA (Analyst)
(604) 257-7611; robert.kwan@rbccm.com

Nelson Ng, CFA (Analyst)
(604) 257-7617; nelson.ng@rbccm.com

Maurice Choy (Analyst)
(604) 257-7632; maurice.choy@rbccm.com

Trevor Bryan, CFA (Associate)
(604) 257-7383; trevor.bryan@rbccm.com

Matthew McKellar, CFA (Associate)
(604) 257-7064; matthew.mckellar@rbccm.com

### Energy Infrastructure Weekly Stats

Published March 29 2019 16:22 EDT

- Valuation tables, power price and frac spread data, relative price performance, and ex-dividend dates.

Seth Weber (Analyst)
(212) 618-7545; seth.weber@rbccm.com

Brendan Shea (Associate)
(212) 301-1601; brendan.shea@rbccm.com

All values in USD unless otherwise noted.

### Farm Equipment: Weekly news & data harvest

Published March 31 2019 12:30 EDT

- Highlights from RBC's weekly Ag note include: USDA's Prospective Planting report, USDA's grain stocks report, South may have early corn planting but delayed in Midwest, Congress added Midwest to federal disaster relief, China purchased 1.5mt US soybeans, Brazil soybean sales down y/y, Argentina soybean harvest less than 2% complete, China importers unwilling to purchase Canada canola, Fonterra milk prod +4%, Meadow Foods to reduce milk price, TITN ag sales +9% y/y, Raven Industries Applied Tech sales -4% y/y, Zimbabwe grain millers cut wheat crop est, Cargill earnings, Suedzucker earnings

Kurt Hallead (Analyst)
(512) 708-6356; kurt.hallead@rbccm.com

Biraj Borkhataria, CFA (Analyst)
+44 20 7029 7556; biraj.borkhataria@rbccm.com

Scott Hanold (Analyst)
(512) 708-6354; scott.hanold@rbccm.com

Robert Kwan, CFA (Analyst)
(604) 257-7611; robert.kwan@rbccm.com

Greg Pardy, CFA (Analyst)
(416) 842-7848; greg.pardy@rbccm.com

Shailender Randhawa, CFA (Analyst)
(403) 299-6576; shailender.randhawa@rbccm.com

TJ Schultz, CFA (Analyst)
(512) 708-6385; tj.schultz@rbccm.com

Elvira Scotto, CFA (Analyst)
(212) 905-5957; elvira.scotto@rbccm.com

Shelby Tucker, CFA (Analyst)
(212) 428-6462; shelby.tucker@rbccm.com

Al Stanton (Analyst)

### Global Energy Best Ideas

Published April 1 2019 00:45 EDT

- In March, the RBC Global Energy Best Ideas List was up 1.8% compared to the S&P Global Energy Sector ETF up 1.0%. Since its inception in February 2013, the RBC Global Energy Best Ideas List is up 24.2% compared to the S&P Global Energy Sector ETF at 5.7%.

7

 **RBC Capital Markets**

+44 131 222 3638; al.stanton@rbccm.com

All values in USD unless otherwise noted.

**Gerard Cassidy (Analyst)**
(207) 780-1554; gerard.cassidy@rbccm.com

**Steven Duong (Analyst)**
(207) 780-1554; steven.duong@rbccm.com

**John Hearn, CFA (Associate)**
(617) 722-4881; john.hearn@rbccm.com

**Matthew Deschesne, CFA (Associate)**
(207) 780-1554; matthew.deschesne@rbc.com

**Jon G. Arfstrom (Analyst)**
(612) 373-1785; jon.arfstrom@rbccm.com

**Karl Shepard, CFA (Associate)**
(612) 371-2709; karl.shepard@rbccm.com

**Billy Young, CFA (Associate)**
(212) 602-5248; billy.young@rbccm.com

All values in USD unless otherwise noted.

## H8 Update: Loans Up in 12th Week of 1Q19

Published March 29 2019 13:49 EDT

**Weekly industry loans up:** Non-seasonally adjusted loans were up +0.3% on a week-over-week (w/w) basis ending March 20, 2019, and up +5.8% on a year-over-year (y/y) basis with the following trends:
- Commercial and Industrial (C&I): +0.9% w/w and +10.8% y/y.
- Consumer: -0.2% w/w and +5.3% y/y.
- Commercial Real Estate: +0.1% w/w and +4.7% y/y.
- Residential Real Estate: +0.3% w/w and +3.6% y/y.
- Home Equity: -0.3% w/w and -7.9% y/y.
- All Other: +0.6% w/w and +6.6% y/y.

**Mark A. Dwelle, CFA (Analyst)**
(804) 782-4008; mark.dwelle@rbccm.com

**Kenneth S. Lee (Analyst)**
(212) 905-5995; kenneth.s.lee@rbccm.com

**Scott Heleniak (Associate)**
(804) 782-4006; scott.heleniak@rbccm.com

**Rowland Mayor (Associate)**
(804) 782-4003; rowland.mayor@rbccm.com

All values in USD unless otherwise noted.

## Insurance Observations

Published April 1 2019 00:45 EDT

**For the week of April 1st, 2019**

- **What we like and why we like it:** We comment on the characteristics that we look at when we think about insurance companies. A strong balance sheet and consistent capital management are pretty obvious. We also like companies that have a thoughtful approach to growth, multiple earnings steams and a solid record of investment management. We explain our thinking (and drop names of favorites) along with our view on what makes a good insurance management.
- **A closer look at combined ratios by company:** We look at key components of 2018 underwriting results by company. The obvious observation is that combined ratio improvement was widespread with all but two companies reporting better y/y underwriting margins last year. While it is no big shocker that cat losses weighed on combined ratios again last year, core underwriting margins and reserve releases showed improvements. Should cat losses return to more normalized (or below average) levels in 2019, that would provide a nice a boost to industry wide underwriting margins (Q1 cat losses look fairly light from what we can see now).
- **NOAA Sees Elevated Flood Risk this Spring:** The NOAA has released their spring weather outlook. The conclusions of the report were that there is elevated risk elevated flooding in 2/3rds of the lower 48 states, with 25 states at risk for "major or moderate flooding". We recap key parts of the report and note that forecasts for above average rainfall in California could be good news for the fire plagued state.

**Seth Weber (Analyst)**
(212) 618-7545; seth.weber@rbccm.com

**Brendan Shea (Associate)**
(212) 301-1601; brendan.shea@rbccm.com

All values in USD unless otherwise noted.

## Machinery: Commercial Trucks – Engine Share Monthly

Published March 31 2019 18:32 EDT

- Ward's truck engine data (factory shipments) for February reported March 29 after the close showed that Class 8 Group 2 market share for SP-rated Cummins expanded m/m and y/y. Else, SP-rated PACCAR's internal Class 8 share increased m/m and y/y while SP-rated Navistar's internal Class 8 and Class 7 share performance declined.
- Cummins: Class 8 Group 2 engine share of 38.4% was +690bps from January and +730bps y/y. Feb market share puts YTD at 34.8%, versus CMI's 32–34% guide for 2019.

 **RBC Capital Markets**

- PACCAR: Total Class 8 engine shipment market share of 11.7% increased 50bps m/m but -110bps y/y.
- Navistar: Total Class 8 engine shipment market share of 3.1% expanded 10bps m/m but contracted 70bps y/y.

**Kennen MacKay, Ph.D. (Analyst)**
(212) 905-5980; kennen.mackay@rbccm.com

**Bikram Singh, MBBS (Associate)**
(212) 658-6152; bikram.singh@rbccm.com

**Justin Burns, CFA (Associate)**
(212) 858-6021; justin.burns@rbccm.com

All values in USD unless otherwise noted.

## MacKay's Weekly Dose

Published March 31 2019 22:06 EDT

**PRQR spin-out, SGEN EV data, ALXN pipeline recognition, & more!**

- **The Week in Review:** Our biotech coverage universe ended the week up +1.4% (vs +3.3% for the NBI and +1.2% for the S&P500) and is up +25.0% YTD 2019 (vs +15.4% for the NBI and +13.1% for the S&P500). Notably, PRQR ended the week down -7.5% after the announcement of the spin-out of QR-313 asset for dystrophic epidermolysis bullosa (DEB).

**Key Notes / Events of the Week:**

- We increased our **ALXN** (+3.8% for the week; +38.8% YTD) PT by +$21/sh to $186/sh, giving credit to pipeline assets (ALXN1840 for Wilson disease and ALXN1830 for gMG and WAIHA) and two potential blockbuster neurology indications (ALS and MS) for Ultomiris (see note here).
- **SGEN** (-1.0% for the week; +29.3% YTD) announced better-than-expected positive results (44% ORR; n=128) from the phase 2 study of enfortumab vedotin in 3rd line (3L) metastatic/advanced urothelial cancer patients (mUC). We increased our PT by +$2/sh to $89/sh on de-risking of EV in 3L mUC setting, potentially reaching $1.4B in WW sales despite a sell-the-news reaction SGEN (4.5% on 3/28) given short-term concern MRK's KEYNOTE-204 readout may be the next catalyst for the stock and add headline risk (see First Glance note and PT raise note).

**Elvira Scotto, CFA (Analyst)**
(212) 905-5957; elvira.scotto@rbccm.com

**TJ Schultz, CFA (Analyst)**
(512) 708-6385; tj.schultz@rbccm.com

**Rahil Jiwan (Associate)**
(512) 708-6384; rahil.jiwan@rbccm.com

## Midstream Energy - One up on the yield curve

Published March 31 2019 18:52 EDT

- In the past, when we reviewed AMZ performance vs changes in interest rates, we analyzed performance of the AMZ relative to changes in the 10-year Treasury. However, given the recent yield curve inversion (based on the 3-month and 10-year tenors), this week we review the reaction of the AMZ to the largest daily movements in the slope of the yield curve (10-year Treasury Note yield less the 3-month T-Bill yield; when the curve steepened and flattened) since the inception of the index.
- We found that in general, on the days that the curve flattened sharply, the AMZ slightly outperformed the S&P, while the AMZ underperformed the broader market when the curve steepened. We found this to be true across time horizons since the inception of the index.

**Seth Weber (Analyst)**
(212) 618-7545; seth.weber@rbccm.com

**Brendan Shea (Associate)**
(212) 301-1601; brendan.shea@rbccm.com

All values in USD unless otherwise noted.

## Mining equipment: Weekly news & data nuggets

Published March 31 2019 12:30 EDT

- Highlights from RBC's weekly mining note include: China increased coal mining capacity, copper supply near 11-yr low, US power sector coal inventories -20% y/y, Vale earnings, Vale ordered to close 13 more dams, Rio Tinto halted ops due to cyclone, Codelco to implement AI in its mines, Peru gov't intervened to end blockade at Las Bambas, China coking coal imports from AU -21%, Codelco to increase El Teniente copper prod, Ivanhoe considering expanding Kamo-Kakula, MOD Resources to move forward with dev plans at T3

**Nik Modi (Analyst)**
(212) 905-5993; nik.modi@rbccm.com

**Russell Miller (Associate)**
(212) 437-9074; russell.miller@rbc.com

## Nexus.One

Published March 29 2019 22:00 EDT

**Through March 29, 2019**

 **RBC Capital Markets**

Steven Shemesh (Associate)
(212) 428-2390; steven.shemesh@rbccm.com

April Lu, CFA (Associate)
(212) 428-6350; april.lu@rbccm.com

All values in USD unless otherwise noted.

- HPC: Unilever PLC has named Sunny Jain to be the new president of its personal care and beauty unit. Kroger reported February quarter identical sales without fuel up 1.9%, up 1.8% for FY18. According to The Observer, P&G CFO Jon Moeller is hinting that P&G may be forced to move some of its operations overseas in order to compete and avoid handing over an extra two or three percent of its foreign earnings annually, because of the $100M minimum tax-known as the Global Intangible Low Taxed Income tax (GILTI). Ulta Beauty reported February quarter comparable sales up 9.4%, driven by 7.1% transaction growth and 2.3% growth in average ticket.
- Beverages: The Federal Arbitration Board declared the ongoing strike by 700 Coca-Cola workers in Matamoros "illegal" and alleges that the Union of laborers and industrial workers of the Maquiladora Industry never presented the appropriate documents to initiate strike proceedings at Coca-Cola. Coca-Cola Canada introduces more than 20 beverages in compact and re-sealable 250 ml bottle offering products such as Coca-Cola, Coca-Cola Zero sugar, Diet Coke and sprite.
- Tobacco: British American Tobacco is working with the Malaysian government on laws related to e-cigarettes as more smokers shift to alternative smoking options. Reynolds American Inc. implemented tighter restrictions around the sale of its Vuse vapor products online, limiting online sales to a maximum of $80 a week per customer and three devices per quarter, in addition to its existing age verification system.

Paul C. Quinn (Analyst)
(604) 257-7048; paul.c.quinn@rbccm.com

All values in USD unless otherwise noted.

## Paper, Packaging & Forest Products

Published April 1 2019 01:43 EDT

### The Continuous Digester – what we learned last week

- **US Housing starts pull back in February -** Starts came in at 1.162MM SAAR below consensus estimates of 1.210MM. While this headline number is disappointing, in the release the US Census Bureau revised the January start number up to 1.273MM (from 1.230MM).
- **Don't fear, lower mortgage rates are here -** Subsequent to the weaker-than-expected housing start number, US mortgage rates posted the biggest one-week decline in a decade to 4.06% (30 year FRM). Levels this low haven't been seen since January of 2018 when housing starts were >1.3MM SAAR. It is unlikely we will see such a stark rise in starts, however, lower financing costs may draw the incremental home buyer into the market.
- **Cascades continues to simplify its business; shut Trois-Rivières facility in Quebec -** CAS will stop the manufacturing of felt backing for flooring at the plant in Trois-Rivières (expected to close July 1, 2019). As Specialty Products make up <5% of RBCe 2019 EBITDA and the felt-backing operations are only a small subset of this segment, the overarching impact is minimal. However, this headline exposure coupled with CAS shutting any other unprofitable specialty products business facilities, investors may begin to re-rate CAS at true packaging multiple. CAS trades at 5.2x 2019E EBITDA, a ~20% discount to peer average of 6.7x.

Research RBCCM European Utilities
RBCEuropeanUtilities@rbccm.com

John Musk (Analyst)
+44 20 7029 0856; john.musk@rbccm.com

Fernando Garcia (Analyst)
+44 20 7029 0267; fernando.garcia@rbccm.com

Olly Jeffery (Analyst)
+44 20 7429 8472; olly.jeffery@rbccm.com

Alexander Wheeler (Analyst)
+44 20 7653 4481; alexander.wheeler@rbccm.com

All values in GBP unless otherwise noted.

## RBC European Utilities Morning Lightbulb

Published April 1 2019 07:59 EDT

- **John Laing - Upgrade to Outperform on international opportunity**
- **Final framework for Italy's gas transmission 5th regulatory period published, in line with consultation**
- **EDF completes acquisition of French solar player Luxel**

 **RBC Capital Markets**

**Frank G. Morgan, CFA (Analyst)**
(615) 372-1331; frank.morgan@rbccm.com

**Anton Hie (Associate)**
(615) 372-1321; anton.hie@rbccm.com

**Ben Hendrix (Associate)**
(615) 372-1323; ben.hendrix@rbccm.com

All values in USD unless otherwise noted.

### RBC Flu Tracker

Published March 31 2019 11:34 EDT

**Flu activity declines sharply in Week 12; all regions remain above baseline**

- **Flu activity declines sharply in Week 12; all regions remain above baseline**
- According to the CDC's Weekly U.S. Influenza Surveillance Report, nationwide during the week ended March 23 (Week 12 of the 2018-19 flu season), 3.8% of patient visits were due to influenza-like illness (ILI), versus the national baseline of 2.2%.
- All ten of the CDC's surveillance regions reported levels of ILI activity above their region-specific baselines during the week, consistent with the prior week.
- Based on mortality surveillance data available on March 28 from the National Center for Health Statistics (NCHS), the portion of deaths during the week ending March 16 (week 11 of the flu season) attributed to pneumonia and influenza was 7.4%, up 30 bps from the prior week and 20 bps above the epidemic threshold level for Week 11.

**Victoria McCulloch, CA (Analyst)**
+44 131 222 4909; victoria.mcculloch@rbccm.com

**Al Stanton (Analyst)**
+44 131 222 3638; al.stanton@rbccm.com

**Adam Naughton (Associate)**
+44 131 222 3695; adam.naughton@rbccm.com

All values in USD unless otherwise noted.

### RBC International E&P and OFS Daily

Published April 1 2019 07:27 EDT

**SUBC**

- Global Energy Best Ideas; Subsea 7 (SUBC.OL): Contract wins with Shell and Saudi Aramco; Mime Petroleum starts to build a position offshore Norway

**Joseph Spak, CFA (Analyst)**
(212) 428-2364; joseph.spak@rbccm.com

**A.J. Ribakove (Associate)**
(212) 428-3050; adam.ribakove@rbccm.com

All values in USD unless otherwise noted.

### Road & Spak: Will Recent Chinese gov't actions spark automotive Darwinism?

Published March 31 2019 12:30 EDT

- Earlier this month, the Chinese government announced the VAT for most manufactured goods (including autos) would be cut from 16% to 13%. The VAT cut is effective starting in April. Since the VAT cut was announced, automakers such as Daimler and BMW announced price cuts that we estimate are in the 2-3% range, and we wouldn't be surprised to see more automakers cut price. The price cuts aren't surprising given weak recent demand in China (CPCA reports first 3 weeks of March retail -19% y/y bringing QTD to -12% y/y). However, this additional price cut may not yield meaningful incremental volume considering incentives (weaker pricing) are already high. However, the price cuts are likely to put further margin/earnings pressure on automakers in China. This may help weed out weaker players. Recall, our view remains that the Chinese government is unlikely to take meaningful auto specific stimulus as they may want to force industry rationalization/consolidation. At the very least, we expect the government to settle broader trade with the US, before even thinking about auto specific stimulus.

**Scot Ciccarelli, CFA (Analyst)**
(212) 428-6402; scot.ciccarelli@rbccm.com

**Mark S.F. Mahaney (Analyst)**
(415) 633-8608; mark.mahaney@rbccm.com

**Beth Reed (Associate)**
(212) 428-6966; beth.reed@rbccm.com

**Shweta Khajuria, CFA (Associate)**
(415) 633-8631; shweta.khajuria@rbccm.com

**Gustavo Gonzalez (Associate)**
(212) 428-3064; gustavo.gonzalez@rbccm.com

### Speed of Delivery Wars

Published March 26 2019 00:45 EDT

**Analyzing Amazon's expansion of same/next-day delivery and its impact on Retail**

- **Our RBC Elements team scanned over 40,000 zip codes across 5 time frames to analyze Amazon's expansion of same-day and next-day delivery capabilities.** While Amazon has offered 2-day delivery (of select products) through their Prime program since 2005, it started to provide same-day and next-day delivery in 2014. Then Amazon massively accelerated its distribution infrastructure over the following 4 years, including 35%-40% growth in both 2016 and 2017. For context, over the last 4 years, Amazon added almost 2x the amount of distribution space

 **RBC Capital Markets**

that Home Depot *owns*. This expansion has enabled the company to grow its same-day and next-day delivery capabilities at an exponential rate over the last 4 years. While store-level distribution still provides consumers with the fastest acquisition of a product, Amazon's growth of same-day and next-day delivery capabilities continues to reduce this historical competitive barrier vs. traditional bricks and mortar retailers. We believe that retailers can still compete against Amazon in today's environment. However, unless these companies operate in sectors characterized by the attributes we highlight above or have unique pricing traits (Costco or dollar stores), then retailers will likely be forced to follow the Best Buy Blueprint to remain competitive. Such changes include investing meaningfully in price, experience and in building their omni-channel capabilities. However, these investments have also translated to substantial declines in operating profit for even the most successful retail competitors.

---

**Ross MacMillan (Analyst)**
(212) 428-7917; ross.macmillan@rbc.com

**Matthew Hedberg (Analyst)**
(612) 313-1293; matthew.hedberg@rbccm.com

**Robert Simmons (Associate)**
(212) 905-5973; robert.simmons@rbccm.com

**Yaoxian Chew (Associate)**
(212) 858-8331; yaoxian.chew@rbccm.com

**Dan Bergstrom (Analyst)**
(612) 313-1254; dan.bergstrom@rbccm.com

**Matthew Swanson (Associate)**
(612) 313-1237; matthew.swanson@rbccm.com

**Eric Nielsen (Associate)**
(415) 633-8621; eric.nielsen@rbccm.com

All values in USD unless otherwise noted.

### The Full Stack

Published March 31 2019 22:02 EDT

- In the upcoming week we will host meetings with **COUP**'s management and meet with investors in Texas and the South East.
- In our **Pic of the Week,** we highlight the extension of the Open Data Initiative (ODI) beyond primary partners of Microsoft, Adobe and SAP. While the initiative is ambitious and arguably is an effort to displace Salesforce.com's dominance in customer relationship management and digital transformation, the big question is whether this triumvirate can succeed when so many historically (e.g. Sun-Veritas-Oracle or EMC-Cisco-VMW) have failed.
- We recap on last week's events including **ADBE**'s Summit, **BNFT**'s One Place user conference and **ADSK**'s analyst day.

---

**Shelby Tucker, CFA (Analyst)**
(212) 428-6462; shelby.tucker@rbc.com

**Lee Anne Hagel (Associate)**
(212) 428-5442; leeanne.hagel@rbccm.com

**Wojciech Majerczak (Associate)**
(212) 905-5811; wojciech.majerczak@rbccm.com

All values in USD unless otherwise noted.

### WATTS COOKING? Weekly

Published March 31 2019 18:21 EDT

**Topics: D, SRE, California, pipeline executive order**

- A couple of California developments have caught our attention. First, Governor Newsom sent a letter to PG&E's interim CEO lamenting that the new Board will be comprised of "hedge fund financiers, out-of-state executives, and others with little or no experience in California...". Aside from being an overreach by a political figure on who best represents the interest of shareholders in our view, it creates a potential problem for PG&E on how to work with the government to reach a reasonable solution to address the adverse effect of inverse condemnation going forward. We believe that some of the solutions being contemplated include setting up a wildfire fund and allowing for timely securitization.
- Separately, President Picker of the California Public Utilities Commission (CPUC) released a scoping memo detailing, among others, the next step for establishing the stress test for the 2017 wildfires. Two points that we found interesting. One, President Picker has established an aggressive timetable. He expects Staff to draft its recommendation for stress test by April 5, followed by a workshop on April 10, and final reply comments by April 26. Two, his scoping memo clearly states that this stress test is only for the 2017 wildfires. Unfortunately, the largest fire is from 2018 (Camp Fire). He believes that a legislative directive is needed for the stress test to be applied to fires other than 2017. With CalFire's exoneration of PCG for the 2017 Tubbs Fire, the need for a stress test is less pressing.

---



## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC Capital Markets.

**Additional information is available on request.**

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.
**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.
**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.
**To German Residents:**
This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).
**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.
**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission ( SFC'), RBC Investment Services (Asia) Limited and RBC Investment Management (Asia) Limited, both entities are regulated by the SFC. Financial Services provided to Australia: Financial services may be provided in Australia in accordance with applicable law. Financial services provided by the Royal Bank of Canada, Hong Kong Branch are provided pursuant to the Royal Bank of Canada's Australian Financial Services Licence ('AFSL') (No. 246521.)
**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.
**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association ("JSDA").



® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2019 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2019 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2019
Copyright © Royal Bank of Canada 2019
All rights reserved

14