# EXHIBIT 61

*B. Riley FBR analyst report*
*4/30/2019*



*Discovery Group*

**Carbonite Inc. (CARB – $24.55\*)**
Technology: Information & Technology Services
**Buy; $40.00 PT; $844.5M Market Cap**
Company Update
Tuesday, April 30, 2019

# 1Q19 Earnings Preview; CARB's Accretive Acquisition of Webroot Remains Underappreciated; Reiterate Buy, $40 PT

Sarkis Sherbetchyan
310-689-5221
ssherbetchyan@brileyfbr.com

### STOCK DATA

| | |
|---|---|
| Market Cap (mil) | $844.5 |
| 52-Week Range | $21.84 – $43.63 |
| 3-Month ADTV | 608,005 |
| Shares Outstanding (mil) | 34.4 |
| Float (%) | 92.4 |
| Short Interest | 3,585,436 |
| Beta | 0.91 |
| Enterprise Val. (mil) | $1,423.8 |
| Fiscal Year-End | December |

### EARNINGS DATA

| EPS (Pro Forma) | 2018A | 2019E | 2020E |
|---|---|---|---|
| 1Q | $0.27 | $0.31 | — |
| 2Q | $0.45 | $0.45 | — |
| 3Q | $0.48 | $0.46 | — |
| 4Q | $0.45 | $0.46 | — |
| FY | $1.66 | $1.68 | $1.78 |
| P/E | 14.8x | 14.6x | 13.8x |

### FINANCIAL DATA

| FY | 2018A | 2019E | 2020E |
|---|---|---|---|
| Rev. (mil) | $301.9 | $492.5 | $560.0 |
| EBITDA (mil) | $76.8 | $129.0 | $151.6 |
| EBITDA % | 25.4% | 26.2% | 27.1% |
| ROE | 5.1% | 0.6% | 7.6% |
| BV/Share | $7.64 | $8.93 | $9.51 |
| EV/Revenue | 2.5x | 2.9x | 2.4x |
| EV/EBITDA | 9.7x | 10.7x | 8.7x |

### BALANCE SHEET DATA

| | 4Q18 |
|---|---|
| Cash & Equivalents | $198.1 |
| Accounts Receivable | $31.6 |
| Accounts Payable | $2.1 |
| Total Debt | $118.3 |
| Shareholders' Equity | $257.2 |

*$ in millions unless otherwise specified. Pro-forma Enterprise Value (incl. Webroot acquisition financing)*

### Summary and Recommendation

Buy-rated Carbonite (CARB; $40 PT) reports 1Q19 results after market close on Thursday, May 2, and will host its quarterly earnings conference call at 5:30pm ET (dial-in: 877-303-1393, ID#: 5474657). Both our and consensus revenue estimates sit near the midpoint of CARB's 1Q outlook. However, our adjusted EBITDA sits at the low-end of guidance compared to the consensus, which exceeds the top-end of management's $20M-$22M outlook. We expect 1Q results in line with guidance and believe there could be noise associated with the close of the Webroot acquisition. Remember, CARB's FY19 outlook calls for non-GAAP revenues of $488M-$502M and adjusted EBITDA of $129M-$134M. The annual guidance includes nine months of contribution from the Webroot acquisition, which was completed near the end of March. CARB's accretive acquisition of Webroot remains underappreciated, in our view, as we believe the transaction creates a data protection and cybersecurity platform, positioning CARB to cross-sell services via a significantly larger MSP channel, all while retaining an attractive financial profile. In that regard, we expect the combined entity to demonstrate sales growth, margin expansion, and robust free cash flow generation, which should enable CARB to rapidly de-lever the balance sheet. With shares trading for multiples of ~2.5x EV/sales and ~9.4x EV/EBITDA based on our FY20 model and pro forma capital structure, which includes acquisition financing, we believe the risk/reward setup is attractive for investors seeking exposure to a predominantly subscription-based revenue model poised to generate adjusted GM% exceeding 80% and adjusted EBITDA% approaching 30%. We therefore reiterate our Buy rating and $40 PT.

### Key Points

- **1Q19 estimates.** We model non-GAAP revenues of $77.5M, adjusted EBITDA of $20.0M, and adjusted EPS of $0.31, compared to the consensus of $77.5M, $22.5M, and $0.36, respectively. CARB's 1Q guidance includes non-GAAP revenues of $77M-$78M and adjusted EBITDA of $20M-$22M. Recall, 1Q19 guidance does not include contribution from the acquisition of Webroot, which CARB completed on March 26.
- **We expect management to update the FY19 outlook.** Our FY19 CARB model assumes non-GAAP revenues of $493M, adjusted EBITDA of $129M, and adjusted EPS of $1.68, while the consensus estimates into the print were $495M, $131M, and $1.78, respectively. Recall, CARB's FY19 outlook calls for non-GAAP revenues of $488M-$502M and adjusted EBITDA of $129M-$134M. The annual guidance includes nine months of contribution from the Webroot acquisition, including non-GAAP revenues of $175M-$180M and adjusted EBITDA of $47M-$49M. Our model contemplates ~$175M of sales contribution and ~$46M of adjusted EBITDA from Webroot. We look for incremental color on CARB's growth and cost synergy expectations, as such we anticipate management to provide an update to guidance.
- **CARB's accretive acquisition of Webroot remains underappreciated, in our view.** Webroot is 100% subscription-based, has grown sales at a double-digit clip, and brings similar P&L profitability to CARB (even though Webroot has a higher GM% profile and R&D spending, as a percent of sales). We estimate Webroot's annualized sales/adjusted EBITDA at ~$240M/$65M, respectively. The transaction also brings over 14K managed service providers (MSPs) and over 300K business relationships to the CARB platform. In that regard, 40% of Webroot's revenues are associated with the business end market, which is driven by rapid growth in the MSP channel, and the balance represents the consumer end market, which is growing, profitable, and driven by direct/online sales channels. Over time we expect CARB to cross-sell solutions through the MSP and VAR channels (with management highlighting ~$50M in sales synergies over the next five years), and for CARB to extract ~$20M of costs by eliminating redundant corporate functions. As such, we believe CARB is well positioned to

Analyst certification and important disclosures can be found on pages 5 - 8 of this report.

This document represents an abbreviated discussion of the subject issuer and should not be used as the sole basis for an investment decision.
Contact your B. Riley FBR representative for complete research concerning the subject issuers, including research briefs and reports.

grow revenues, expand margins, and generate healthy free cash flow, which will enable the company to rapidly de-lever the balance sheet.

CONFIDENTIAL

CARB-00006824

## Valuation

Our PT of $40 reflects an unchanged EV/sales multiple of 4x and an EV/EBITDA multiple of 15x, applied to our new FY19 estimates, plus the projected net debt at the end of 1Q19 to account for the Webroot transaction.

## Risks

**Acquisition/Integration.** The company actively evaluates potential acquisitions as part of its growth strategy. Acquisitions pursued by the company could be dilutive to financial results and result in a difficult, dilutive, or expensive integration.

**Competition.** The industry is highly competitive, and many of the company's competitors have greater resources.

**Economy.** Macroeconomic issues, such as increasing oil and gas prices and a possible drop in consumer spending, could have a negative impact on the company's business.

**Financial results.** The company's business is affected by the general IT spending environment, especially as customers delay purchases of IT equipment.

**Growth plan.** There are many factors that may affect the company's ability to achieve its stated growth objectives.

**Industry change.** The industry is subject to rapid technological change.

**Pricing pressure.** The company's business could be affected by pricing pressure within the market.

**General industry.** The company could miss our estimates and/or its financial guidance.

 

CONFIDENTIAL                                                                                          CARB-00006825

**Carbonite, Inc. (CARB) Model**
Model ($ in 000s)
B. Riley FBR, Inc.
(310) 966-1444

| | FY '16(A) | FY '17(A) | Q1-Mar(A) | Q2-Jun(A) | Q3-Sep(A) | Q4-Dec(A) | FY '18(A) | Q1-Mar(E) | Q2-Jun(E) | Q3-Sep(E) | Q4-Dec(E) | FY '19(E) | FY '20(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | FY '18(A) | | | | | FY '19(E) | | | |
| Net revenue | 206,986 | 239,462 | 64,026 | 77,734 | 77,682 | 76,966 | 296,408 | 77,000 | 130,833 | 131,833 | 132,833 | 472,500 | 560,000 |
| **Non-GAAP revenue** | 209,300 | 246,090 | 64,908 | 79,850 | 79,109 | 78,032 | 301,899 | 77,500 | 137,333 | 138,333 | 139,333 | 492,500 | 560,000 |
| Cost of goods sold | 60,937 | 70,067 | 18,312 | 23,057 | 21,828 | 22,186 | 85,383 | 21,950 | 31,030 | 31,250 | 31,470 | 115,700 | 125,427 |
| **Gross profit** | 146,049 | 169,395 | 45,714 | 54,677 | 55,854 | 54,780 | 211,025 | 55,050 | 99,803 | 100,583 | 101,363 | 356,800 | 434,573 |
| Acquired deferred revenue adjustment | 2,314 | 6,628 | 882 | 2,116 | 1,427 | 1,066 | 5,491 | 500 | 6,500 | 6,500 | 6,500 | 20,000 | 0 |
| Adjusted Gross profit | 152,052 | 185,791 | 49,400 | 61,534 | 62,018 | 60,811 | 233,763 | 60,450 | 111,203 | 111,983 | 112,763 | 396,400 | 454,173 |
| **Operating expenses** | | | | | | | | | | | | | |
| Adjusted R&D | 32,080 | 42,942 | 11,797 | 14,670 | 13,889 | 13,770 | 54,126 | 13,800 | 26,750 | 26,750 | 26,750 | 94,050 | 105,400 |
| Research and development | 33,298 | 46,160 | 12,519 | 15,719 | 14,914 | 14,315 | 57,467 | 14,600 | 27,550 | 27,550 | 27,550 | 97,250 | 108,600 |
| Adjusted G&A | 30,162 | 30,213 | 8,618 | 7,762 | 7,400 | 7,506 | 31,286 | 8,750 | 15,167 | 15,167 | 15,167 | 54,250 | 60,000 |
| General and administrative | 41,332 | 43,331 | 14,460 | 13,460 | 11,159 | 11,468 | 50,547 | 11,250 | 17,667 | 17,667 | 17,667 | 64,250 | 70,000 |
| Adjusted S&M | 71,190 | 86,493 | 18,490 | 18,453 | 17,240 | 18,644 | 72,827 | 21,700 | 38,453 | 38,733 | 39,013 | 137,900 | 157,173 |
| Sales and marketing | 73,347 | 90,922 | 19,860 | 22,086 | 21,184 | 22,507 | 85,637 | 22,500 | 39,253 | 39,533 | 39,813 | 141,100 | 160,373 |
| Restructuring charges, and other | 857 | 1,047 | 1,801 | 3,693 | 4,281 | 3,932 | 13,707 | 2,300 | 4,200 | 4,200 | 4,200 | 14,900 | 16,800 |
| Total operating expenses | 148,834 | 181,460 | 48,640 | 54,958 | 51,538 | 52,222 | 207,358 | 50,650 | 88,670 | 88,950 | 89,230 | 317,500 | 355,773 |
| Loss from operations | (2,785) | (12,065) | (2,926) | (281) | 4,316 | 2,558 | 3,667 | 4,400 | 11,133 | 11,633 | 12,133 | 39,300 | 78,800 |
| Interest and other income (expense), net | 68 | (5,614) | (2,345) | (3,068) | (2,630) | (1,409) | (9,452) | (2,748) | (11,438) | (11,438) | (11,438) | (37,061) | (45,750) |
| **Loss before income taxes** | (2,717) | (17,679) | (5,271) | (3,349) | 1,686 | 1,149 | (5,785) | 1,652 | (304) | 196 | 696 | 2,239 | 33,050 |
| Provision for income taxes | 1,383 | (13,677) | (17,215) | 2,338 | 1,100 | 430 | (13,347) | 363 | (67) | 43 | 153 | 493 | 7,271 |
| **Net income (loss)** | (4,100) | (4,002) | 11,944 | (5,687) | 586 | 719 | 7,562 | 1,288 | (237) | 153 | 543 | 1,747 | 25,779 |
| | | | | | | | | | | | | | |
| EPS (GAAP) | (0.15) | (0.14) | 0.40 | (0.20) | 0.02 | 0.02 | 0.22 | 0.04 | (0.01) | 0.00 | 0.01 | 0.05 | 0.69 |
| **EPS (adjusted)** | 0.60 | 0.79 | 0.27 | 0.45 | 0.48 | 0.45 | 1.66 | 0.31 | 0.45 | 0.46 | 0.46 | 1.68 | 1.78 |
| Diluted shares outstanding | 27,491 | 29,079 | 30,044 | 31,718 | 36,454 | 36,374 | 33,648 | 36,500 | 36,600 | 36,700 | 36,800 | 36,650 | 37,150 |
| | | | | | | | | | | | | | |
| Depreciation and amortization | 15,869 | 21,731 | 6,077 | 11,686 | 11,859 | 12,164 | 41,786 | 10,600 | 13,700 | 13,700 | 13,700 | 51,700 | 54,800 |
| EBITDA | 13,084 | 9,666 | 3,151 | 11,405 | 16,175 | 14,722 | 45,453 | 15,000 | 24,833 | 25,333 | 25,833 | 91,000 | 133,600 |
| **Adjusted EBITDA** | 30,615 | 37,603 | 12,269 | 20,706 | 23,183 | 20,649 | 76,807 | 20,000 | 35,833 | 36,333 | 36,833 | 129,000 | 151,600 |
| Capital expenditures | 7,792 | 17,351 | 3,288 | 4,507 | 2,132 | 3,205 | 13,132 | 3,250 | 4,250 | 4,500 | 4,500 | 16,500 | 20,000 |
| **Adjusted EPS reconciliation** | | | | | | | | | | | | | |
| Net loss | (4,100) | (4,002) | 11,944 | (5,687) | 586 | 719 | 7,562 | 1,288 | (237) | 153 | 543 | 1,747 | 25,779 |
| Add: | | | | | | | | | | | | | |
| Amortization of intangibles | 3,870 | 10,271 | 3,364 | 7,977 | 8,241 | 8,484 | 28,066 | 6,800 | 8,700 | 8,700 | 8,700 | 32,900 | 34,800 |
| Stock-based compensation expense | 8,900 | 12,742 | 3,737 | 4,741 | 4,983 | 4,146 | 17,607 | 4,500 | 4,500 | 4,500 | 4,500 | 18,000 | 18,000 |
| Litigation-related expense | 1 | 374 | 17 | 46 | 22 | 7 | 92 | 0 | 0 | 0 | 0 | 0 | 0 |
| Restructuring-related expense | 852 | 1,399 | 862 | 41 | 357 | 10 | 1,270 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquisition-related expense | 5,464 | 6,794 | 3,620 | 2,357 | 219 | 698 | 6,894 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fair value adj. of acquired deferred revs. | 2,314 | 6,628 | 882 | 2,116 | 1,427 | 1,066 | 5,491 | 500 | 6,500 | 6,500 | 6,500 | 20,000 | 0 |
| Hostile takeover-related expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-cash convertible debt interest expense | 0 | 4,434 | 1,543 | 1,558 | 1,611 | 1,628 | 6,340 | 1,600 | 1,600 | 1,600 | 1,600 | 6,400 | 6,400 |
| CEO transition expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less: income tax effect of adjustments | 876 | 15,807 | 17,845 | (1,027) | 126 | 514 | 17,458 | 3,231 | 4,634 | 4,720 | 4,805 | 17,390 | 18,695 |
| **Non-GAAP net income** | 16,425 | 22,833 | 8,124 | 14,176 | 17,320 | 16,244 | 55,864 | 11,457 | 16,429 | 16,733 | 17,037 | 61,656 | 66,284 |
| | | | | | | | | | | | | | |
| **Common size** | | | | | | | | | | | | | |
| Adjusted Gross margin | 72.6% | 75.5% | 76.1% | 77.1% | 78.4% | 77.9% | 77.4% | 78.0% | 81.0% | 81.0% | 80.9% | 80.5% | 81.1% |
| Adjusted Research and Development | 15.3% | 17.4% | 18.2% | 18.4% | 17.6% | 17.6% | 17.9% | 17.8% | 19.5% | 19.3% | 19.2% | 19.1% | 18.8% |
| Adjusted General and administrative | 14.4% | 12.3% | 13.3% | 9.7% | 9.4% | 9.6% | 10.4% | 11.3% | 11.0% | 11.0% | 10.9% | 11.0% | 10.7% |
| Adjusted Sales and marketing | 34.0% | 35.1% | 28.5% | 23.1% | 21.8% | 23.9% | 24.1% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.1% |
| Operating margin | -1.3% | -5.0% | -4.6% | -0.4% | 5.6% | 3.3% | 1.2% | 5.7% | 8.5% | 8.8% | 9.1% | 8.3% | 14.1% |
| Net income margin | -2.0% | -1.7% | 18.7% | -7.3% | 0.8% | 0.9% | 2.6% | 1.7% | -0.2% | 0.1% | 0.4% | 0.4% | 4.6% |
| Adjusted net income margin | 7.8% | 9.3% | 12.5% | 17.8% | 21.9% | 20.8% | 18.5% | 14.8% | 12.0% | 12.1% | 12.2% | 12.5% | 11.8% |
| EBITDA margin | 6.3% | 4.0% | 4.9% | 14.7% | 20.8% | 19.1% | 15.3% | 19.5% | 19.0% | 19.2% | 19.4% | 19.3% | 23.9% |
| **Adjusted EBITDA margin** | 14.6% | 15.3% | 18.9% | 25.9% | 29.3% | 26.5% | 25.4% | 25.8% | 26.1% | 26.3% | 26.4% | 26.2% | 27.1% |
| Tax rate | -50.9% | 77.4% | 326.6% | -69.8% | 65.2% | 37.4% | 230.7% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% |
| | | | | | | | | | | | | | |
| **Growth Y-O-Y** | | | | | | | | | | | | | |
| Non-GAAP sales | 53.2% | 17.6% | 9.9% | 30.7% | 25.4% | 24.2% | 22.7% | 19.4% | 72.0% | 74.9% | 78.6% | 63.1% | 13.7% |
| Operating income | -86.5% | 335.7% | -56.3% | -122.4% | -702.2% | 738.6% | -176.9% | -330.5% | -5153.9% | 230.5% | 429.4% | 1229.5% | 194.8% |
| Adjusted net income | 535.4% | 39.0% | 221.2% | 233.3% | 137.5% | 85.5% | 144.7% | 41.0% | 15.9% | -3.4% | 4.9% | 10.4% | 7.5% |
| Adjusted EBITDA | 116.0% | 22.8% | 109.6% | 178.6% | 103.2% | 59.9% | 104.3% | 63.0% | 73.1% | 56.7% | 78.4% | 68.0% | 17.5% |
| | | | | | | | | | | | | | |
| **Selected balance sheet data** | | | | | | | | | | | | | |
| Cash and marketable securities | 59,287 | 128,231 | 71,009 | 70,982 | 200,981 | 198,087 | 198,087 | 142,125 | 159,918 | 177,851 | 196,174 | 196,174 | 270,793 |
| Accounts receivable | 16,639 | 22,219 | 31,159 | 32,078 | 32,582 | 31,569 | 31,569 | 32,511 | 52,333 | 51,269 | 51,657 | 51,657 | 55,222 |
| Current portion of deferred revenue | 86,311 | 100,241 | 116,859 | 121,032 | 121,270 | 121,553 | 121,553 | 129,038 | 216,300 | 217,875 | 219,450 | 219,450 | 223,651 |
| Deferred revenue, net of current portion | 21,280 | 24,273 | 27,467 | 27,682 | 28,044 | 29,151 | 29,151 | 14,338 | 24,033 | 24,208 | 24,383 | 24,383 | 24,850 |
| Accounts payable | 5,819 | 10,842 | 9,561 | 9,989 | 9,398 | 2,114 | 2,114 | 9,756 | 13,791 | 12,153 | 12,238 | 12,238 | 12,366 |
| Current portion of long-term debt | 0 | 0 | 0 | 0 | 116,640 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Long term debt excluding current portion | 0 | 111,819 | 203,398 | 194,992 | 0 | 118,305 | 118,305 | 669,905 | 671,505 | 673,105 | 674,705 | 674,705 | 681,105 |
| Stockholder's equity | 5,834 | 38,265 | 67,444 | 68,402 | 245,819 | 257,210 | 257,210 | 326,998 | 326,761 | 326,914 | 327,457 | 327,457 | 353,236 |
| | | | | | | | | | | | | | |
| **Market share price** | 24.55 | 24.55 | 24.55 | 24.55 | 24.55 | 24.55 | 24.55 | 24.55 | 24.55 | 24.55 | 24.55 | 24.55 | 24.55 |
| Net cash per share | 2.16 | 0.56 | (4.41) | (3.91) | 2.31 | 2.19 | 2.37 | (14.46) | (13.98) | (13.49) | (13.00) | (13.06) | (11.04) |
| Book value per share | 0.21 | 1.32 | 2.24 | 2.16 | 6.74 | 7.07 | 7.64 | 8.96 | 8.93 | 8.91 | 8.90 | 8.93 | 9.51 |
| Tangible book value per share | (1.15) | (3.02) | (7.60) | (6.99) | (0.99) | (0.44) | (0.47) | 1.48 | 1.47 | 1.47 | 1.48 | 1.48 | 2.16 |
| | | | | | | | | | | | | | |
| Market cap | 674,906 | 713,892 | 737,575 | 778,683 | 894,957 | 892,985 | 826,050 | 896,075 | 898,530 | 900,985 | 903,440 | 899,758 | 912,033 |
| Net debt (cash) | (59,287) | (16,412) | 132,389 | 124,010 | (84,341) | (79,782) | (79,782) | 527,780 | 511,587 | 495,254 | 478,531 | 478,531 | 410,312 |
| Enterprise value | 615,619 | 697,480 | 869,964 | 902,693 | 810,616 | 813,203 | 746,268 | 1,423,855 | 1,410,117 | 1,396,239 | 1,381,971 | 1,378,289 | 1,322,345 |
| | | | | | | | | | | | | | |
| **EV/Sales (LTM)** | 3.0x | 2.9x | 3.5x | 3.4x | 2.9x | 2.7x | 2.5x | 4.6x | 3.9x | 3.4x | 2.9x | 2.9x | 2.4x |
| Price/Earnings (LTM) | -164.6x | -178.4x | -1091.5x | 2307.0x | 157.0x | 104.6x | 109.2x | -192.5x | 379.7x | 465.5x | 514.4x | 515.1x | 35.4x |
| Price/Adjusted Earnings | 41.1x | 31.3x | 25.4x | 19.4x | 16.5x | 15.0x | 14.8x | 14.6x | 14.6x | 14.7x | 14.6x | 14.6x | 13.8x |
| EV/EBITDA (LTM) ratio | 47.1x | 72.2x | 58.8x | 35.6x | 21.9x | 17.9x | 16.4x | 24.8x | 19.9x | 17.5x | 15.2x | 15.1x | 9.9x |
| **EV/Adjusted EBITDA (LTM) ratio** | 20.1x | 18.5x | 19.8x | 15.8x | 11.7x | 10.6x | 9.7x | 16.8x | 14.1x | 12.4x | 10.7x | 10.7x | 8.7x |

*Including changes in inventory, A/R, and A/P

CONFIDENTIAL

CARB-00006826

*Closing price of last trading day immediately prior to the date of this publication unless otherwise indicated.

## Important Information

**This report is prepared by B. Riley FBR, Inc. ("B. Riley FBR" or the "Firm") and may be distributed by B. Riley Wealth Management, Inc. (BRWM) as a third-party research report under FINRA Rule 2241.**

B. Riley FBR and BRWM are broker-dealers registered with the SEC and are members of FINRA, SIPC, and the NASDAQ Stock Market. The principal business address of each of B. Riley FBR and BRWM is:

11100 Santa Monica Blvd., Suite 800, Los Angeles, CA 90025

40 S. Main Street, Suite 1800, Memphis, TN 38103

B. Riley FBR and BRWM are affiliated companies. The relationship between B. Riley FBR and BRWM is a factor considered by BRWM when deciding to distribute each other's research.

## Company-Specific Disclosures

B. Riley FBR, or any of its affiliates, has managed or co-managed a public offering of securities for Carbonite Inc. and has received compensation for investment banking services from Carbonite Inc. in the past 12 months.

B. Riley FBR, or any of its affiliates, has received compensation for investment banking services from Carbonite Inc. in the past 12 months.

Carbonite Inc. currently is, or within the past 12 months was, a client of B. Riley FBR. The services provided were Investment Banking Services.

B. Riley FBR acts as a market maker or liquidity provider for Carbonite Inc.'s securities.

For up-to-date B. Riley FBR company disclosures, please click on the following link or paste the URL in a web browser: www.brileyfbr.com/legal/disclosures.

## General Disclosures

**Information about the Research Analyst Responsible for this report:**

The primary analyst(s) covering the issuer(s), Sarkis Sherbetchyan, certifies (certify) that the views expressed herein accurately reflect the analyst's personal views as to the subject securities and issuers and further certifies that no part of such analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the analyst in the report. The analyst(s) responsible for this research report has received and is eligible to receive compensation, including bonus compensation, based on B. Riley FBR's overall operating revenues, including revenues generated by its investment banking activities.

**Information about B. Riley FBR's Conflicts Management Policy:**

B. Riley FBR's Research conflicts management policy is available at: https://brileyfbr.com/conflicts-management-policy/

**Information about investment banking:**

In the normal course of its business, B. Riley FBR, or any of their affiliates seek to perform investment banking and other services for various companies and to receive compensation in connection with such services. As such, investors should assume that B. Riley FBR, or any of their affiliates intend to seek investment banking or other business relationships with the companies covered in their research reports.

**Information about our recommendations, holdings and investment decisions:**

The information and rating(s) included in this report represent the long-term view as described more fully below. The analyst may have different views regarding short-term trading strategies with respect to the stocks covered by the rating(s), options on such stocks, and/or other securities or financial instruments issued by the company, and such views may be made available to all

CONFIDENTIAL

CARB-00006827

or some of our clients from time to time. Our brokers also may make recommendations to their clients, and our affiliates may make investment decisions that are contrary to the recommendations contained in this research report. Such recommendations or investment decisions may be based on the particular investment strategies, risk tolerances, and other investment factors of that particular client or affiliate. From time to time, B. Riley FBR its affiliated entities, or their respective directors, officers, employees, or members of their immediate families may have a long or short position in the securities or other financial instruments mentioned in this report.

We provide to certain customers on request specialized research products or services that focus on covered stocks from a particular perspective. These products or services include, but are not limited to, compilations, reviews, and analysis that may use different research methodologies or focus on the prospects for individual stocks as compared to other covered stocks or over differing time horizons or under assumed market events or conditions. Readers should be aware that we may issue investment research on the subject companies from a technical perspective and/or include in this report discussions about options on stocks covered in this report and/or other securities or financial instruments issued by the company. These analyses are different from fundamental analysis, and the conclusions reached may differ. Technical research and the discussions concerning options and other securities and financial instruments issued by the company do not represent a rating or coverage of any discussed issuer(s). The disclosures concerning distribution of ratings and price charts refer to fundamental research and do not include reference to technical recommendations or discussions concerning options and other securities and financial instruments issued by the company.

Our analysts' short-term views, recommendations by our brokers, views contained in products and services provided to customers on an individualized basis, and\or strategies, analysis, or decisions made by B. Riley FBR or its affiliates and their respective directors, officers, employees, or members of their immediate families may be different from those published by the analyst in this report and could impact the price of the securities mentioned in this report.

**Information about our rating system:**

B. Riley FBR uses the following three-tiered rating system for securities covered in their research reports:

- **Buy**: We generally expect "Buy" rated stocks to have an above-average risk-adjusted total return over the next 12 months. We recommend that investors buy the securities at the current valuation.
- **Neutral:** We generally believe "Neutral" rated stocks will have an average risk-adjusted total return over the next 12 months.
- **Sell:** We generally expect "Sell" rated stocks to have a below-average risk-adjusted total return over the next 12 months. We recommend that investors reduce their positions until the valuation or fundamentals become more compelling.

B. Riley & Co., LLC and FBR Capital Markets & Co. (before the merger of the broker dealers) adopted this rating system on August 9, 2017. A description of the prior ratings system for each Firm can be found at http://www.brileyfbr.com/fbr-ratings-system-from-1072002-to-882017/.

| Rating | B. Riley FBR Research Distribution [1] | B. Riley FBR Banking Services in the past 12 months[1] |
|---|---|---|
| BUY [Buy] | 74.73% | 27.41% |
| HOLD [Neutral] | 24.62% | 12.39% |
| SELL [Sell] | 0.65% | 0.00% |

(1) As of midnight on the business day immediately prior to the date of this publication.

**General Information about B. Riley FBR Research:**

Additional information on the securities mentioned in this report is available upon request. This report is based on data obtained from sources we believe to be reliable but is not guaranteed as to accuracy and does not purport to be complete. Opinions are as of the date of the report unless labeled otherwise and are subject to change without notice. Updates may be provided based on developments and events and as otherwise appropriate. Updates may be restricted based on regulatory requirements or other considerations. Consequently, there should be no assumption that updates will be made. B. Riley FBR or any of their affiliates disclaim any warranty of any kind, whether express or implied, as to any matter whatsoever relating to this research report and any analysis, discussion, or trade ideas contained herein. This research report is provided on an "as is" basis for use

CONFIDENTIAL

CARB-00006828

at your own risk, and B. Riley FBR or any of their affiliates are not liable for any damages or injury resulting from use of this information. This report should not be construed as advice designed to meet the particular investment needs of any investor or as an offer or solicitation to buy or sell the securities or financial instruments mentioned herein, and any opinions expressed herein are subject to change. Some or all of the securities and financial instruments discussed in this report may be speculative, high risk, and unsuitable or inappropriate for many investors. B. Riley FBR or any of their affiliates make no representation as to the suitability or appropriateness of these securities or financial instruments for individual investors. Investors must make their own determination, either alone or in consultation with their own advisors, as to the suitability or appropriateness of such investments based upon factors including their investment objectives, financial position, liquidity needs, tax status, and level of risk tolerance. These securities and financial instruments may be sold to or purchased from customers or others by B. Riley FBR or any of their affiliates acting as principal or agent.

Securities and financial instruments issued by foreign companies and/or issued overseas may involve certain risks, including differences in accounting, reporting, and registration, as well as foreign currency, economic, and political risks.

This report and the securities and financial instruments discussed herein may not be eligible for distribution or sale in all jurisdictions and/or to all types of investors. This report is provided for information purposes only and does not represent an offer or solicitation in any jurisdiction where such offer would be prohibited. Commentary regarding the future direction of financial markets is illustrative and is not intended to predict actual results, which may differ substantially from the opinions expressed herein.

B. Riley FBR utilizes a tiered approach to service its clients. The services provided by B. Riley FBR's research analysts to clients vary based upon a variety of factors, including, but not limited to, client preferences and the extent of a client's total relationship with the Firm. B. Riley FBR does not provide any of the Firm's clients with access to unpublished research opinions. B. Riley FBR provides clients across all tiers equal access to research reports.

**Paired Trade Disclaimer**

From time to time, B. Riley FBR Research Analysts will offer short-term trading ideas, including identifying a paired trade. In a paired trade, an investor buys the securities of one company and sells the securities of another company. The idea to buy the securities of one company and sell the securities of the other company is based on the expected short-term price move or relative value between the two companies mentioned in the paired trade, not between the companies and any other companies. In contrast, the recommendations in a Research Analyst's published report reflect the Research Analyst's views on a company over the long term (i.e., the next 12 months) relative to other companies covered by the Research Analyst. The trade idea in a paired trade is unrelated to the Research Analyst's long-term view of the companies as expressed in the Research Analyst's most recently published research report. A paired trade idea to sell a company that is rated as Neutral or higher, or to buy a security that is rated Neutral or lower, is not inconsistent because the call to sell or buy the company is relative to the other company mentioned in the paired trade over the short term; it is not a long-term view relative to other companies covered by the Research Analyst.

**Important information for B. Riley FBR Clients with French Addresses and Potential Investors:**

Addresses and potential investors based in France expressly acknowledge that they have not been subject to any kind of solicitation by B. Riley FBR or its affiliates, as defined under Article L.341-1 and seq. of the French Monetary and Financial code.

The above analyses have not been prepared in the context of a public offering of financial instruments in France within the meaning of Article L.411-1 and seq. of the French Monetary and Financial code and shall not be deemed to be drawn up for the purpose of providing investment services as defined under Article L.321-1 and seq. of the French Monetary and Financial code. In this respect, the above analyses shall not be qualified as personalized investment advice related to financial instruments under French law and shall, therefore, not be deemed to be qualified as investment advice provided by B. Riley FBR or its affiliates.

Addresses and potential investors based in France may initiate the first contact with B. Riley FBR in order to get additional information on financial analyses and services provided by the latter. By doing so, addresses and potential investors based in France expressly acknowledge that the banking and financial solicitation regime as defined under Article L.341-1 and seq. of the French Monetary and Financial code shall not be applicable.

**Information for Clients of B. Riley FBR:**

This publication has been approved by B. Riley FBR which accepts responsibility for its contents and its distribution to our clients.

CONFIDENTIAL

CARB-00006829

Any B. Riley FBR client who receives this research and wishes to effect a transaction in the securities or financial instruments discussed should contact and place orders with a B. Riley FBR Sales representative.

Copyright 2019 B. Riley FBR, Inc.



 

CONFIDENTIAL

CARB-00006830