# EXHIBIT 64

*Carbonite's Form 8-K*
*5/02/2019*

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): May 2, 2019**

# CARBONITE, INC.
**(Exact name of registrant as specified in its charter)**

| Delaware | 001-35264 | 33-1111329 |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |

**Two Avenue de Lafayette, Boston, Massachusetts 02111**
**(Address of principal executive offices, including ZIP code)**

**(617) 587-1100**
**(Registrant's telephone number, including area code)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions

☐ Written communications pursuant to Rule 425 under the Securities Act (17 C.F.R. §230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 C.F.R. §230.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 C.F.R. §14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 C.F.R. §13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2).
Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02**       **Results of Operations and Financial Condition**

On May 2, 2019, the Company issued a press release announcing its financial results for the quarter ended March 31, 2019. A copy of the press release is furnished as Exhibit 99.1 to this Current Report on Form 8-K and is incorporated herein by reference.

The information furnished under this Item 2.02, including Exhibit 99.1 incorporated by reference herein, shall not be deemed "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section and shall not be deemed to be incorporated by reference into any filing under the Securities Act of 1933, as amended (the "Securities Act"), or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 7.01**       **Regulation FD Disclosure**

In connection with the issuance of the press release attached hereto as Exhibit 99.1, the Company is holding a public conference call and webcast on May 2, 2019, at 5:30 p.m. ET, during which the Company will provide the investor presentation attached as Exhibit 99.2 to this Current Report. The presentation will also be posted on the investor relations portion of the Company's website.

The information furnished under this Item 7.01, including Exhibit 99.1 and Exhibit 99.2 incorporated by reference herein, shall not be deemed "filed" for purposes of Section 18 of the Exchange Act or otherwise subject to the liabilities of that section and shall not be deemed to be incorporated by reference into any filing under the Securities Act, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01**       **Exhibits**

(d)    Exhibits.

99.1 Press Release, dated May 2, 2019

99.2 Investor Presentation, dated May 2, 2019

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, hereunto duly authorized on May 2, 2019.

CARBONITE, INC.

By:     /s/ Danielle Sheer
Name:   Danielle Sheer
Title:  General Counsel

**Exhibit 99.1**

**Carbonite Announces First Quarter 2019 Financial Results**

**BOSTON, MA - May 2, 2019** - Carbonite, Inc. (NASDAQ: CARB), a global leader in data protection, today announced financial results for the first quarter ended March 31, 2019.

**First Quarter 2019 Highlights:**

- Revenue of $81.2 million increased 27% year-over-year.
- Non-GAAP revenue of $83.0 million increased 28% year-over-year.[1]
- Net income was $2.0 million, compared to net income of $11.9 million in 2018.
- Net income per share was $0.06 (basic and diluted), as compared to $0.42 (basic) and $0.40 (diluted) in 2018.
- Non-GAAP net income per share was $0.45 (basic) and $0.44 (diluted), as compared to $0.29 (basic) and $0.27 (diluted) in 2018.[2]
- Adjusted EBITDA of $24.9 million, or 30% of non-GAAP revenue, compared to $12.3 million, or 19% of non-GAAP revenue in 2018.[3]

"We had a good first quarter and a strong start to 2019, with first quarter revenue and adjusted EBITDA above the high-end of our guidance," said Mohamad Ali, CEO of Carbonite. "We are excited to have closed the Webroot acquisition as planned and started the integration process. Together, these leading solutions will provide robust protection of data, devices and networks for our partners and customers."

The Company uses a variety of operational and financial metrics, including non-GAAP financial measures, to evaluate its performance and financial condition. The accompanying financial data includes additional information regarding these metrics and a reconciliation of non-GAAP financial information to GAAP. The presentation of non-GAAP financial information should not be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.

**First Quarter 2019 Results:**

- Revenue for the first quarter was $81.2 million, an increase of 27% from $64.0 million in the first quarter of 2018. Non-GAAP revenue for the first quarter was $83.0 million, an increase of 28% from $64.9 million in the first quarter of 2018.[1]
- Net income for the first quarter was $2.0 million, compared to net income of $11.9 million in the first quarter of 2018. Non-GAAP net income for the first quarter was $15.4 million, compared to non-GAAP net income of $8.1 million in the first quarter of 2018.[2]
- Net income per share for the first quarter was $0.06 (basic and diluted), compared to net income per share of $0.42 (basic) and $0.40 (diluted) in the first quarter of 2018. Non-GAAP net income per share was $0.45 (basic) and $0.44 (diluted) for the first quarter, compared to non-GAAP net income per share of $0.29 (basic) and $0.27 (diluted) in the first quarter of 2018.[2]
- Adjusted EBITDA for the first quarter was $24.9 million, compared to $12.3 million in the first quarter of 2018.[3]
- Gross margin for the first quarter was 74.4%, compared to 71.4% in the first quarter of 2018. Non-GAAP gross margin was 79.5% in the first quarter, compared to 76.1% in the first quarter of 2018.[4]
- Cash flow from operations for the first quarter was $18.7 million, compared to $3.3 million in the first quarter of 2018. Adjusted free cash flow for the first quarter was $19.7 million, compared to $2.4 million in the first quarter of 2018.[5]

---

[1]   Non-GAAP revenue excludes the impact of purchase accounting adjustments for acquisitions.

[2]   Non-GAAP net income and non-GAAP net income per share excludes the impact of purchase accounting adjustments on acquired deferred revenue, amortization expense on intangible assets, stock-based compensation expense, litigation-related expense, restructuring-related expense, acquisition-related expense, non-cash convertible debt interest expense and the income tax effect of non-GAAP adjustments.

[3]   Adjusted EBITDA is calculated by excluding the impact of interest expense, net, income taxes, depreciation, amortization, purchase accounting adjustments on acquired deferred revenue, stock-based compensation expense, litigation-related expense, restructuring-related expense, and acquisition-related expense from net income (loss).

[4]   Non-GAAP gross margin excludes the impact of purchase accounting adjustments on acquired deferred revenue, amortization expense on intangible assets, stock-based compensation expense, and acquisition-related expense.

[5]   Adjusted free cash flow is calculated by subtracting the cash paid for the purchase of property and equipment and adding the payments related to acquisitions, restructuring, and litigation to net cash provided by operating activities.

**Business Outlook**

Based on the information available as of May 2, 2019, Carbonite expects the following for the second quarter and full year of 2019:

Second Quarter 2019:

|  | Current Guidance (5/2/2019) |
| --- | --- |
| GAAP Revenue | $119 - $123 million |
| Non-GAAP Revenue | $133 - $137 million |
| Adjusted EBITDA | $34 - $36 million |

Full Year 2019:

|  | Prior Guidance (2/7/2019) | Current Guidance (5/2/2019) |
| --- | --- | --- |
| GAAP Revenue | $468 - $482 million | $457 - $471 million |
| Non-GAAP Revenue | $488 - $502 million | $491 - $505 million |
| Non-GAAP Gross Margin | 80.5% - 81.5% | 80.5% - 81.5% |
| Adjusted EBITDA | $129 - $134 million | $132 - $137 million |

Carbonite's expectations of adjusted EBITDA for the second quarter and full year of 2019 excludes the impact of interest expense, net, income taxes, depreciation, amortization, purchase accounting adjustments on acquired deferred revenue, stock-based compensation expense, litigation-related expense, restructuring-related expense and acquisition-related expense from net income (loss).

The Company is assuming an effective annual tax rate of 22% and 35.8 million shares outstanding for the full year of 2019.

**Conference Call and Webcast Information**

Carbonite will host a conference call on Thursday, May 2, 2019 at 5:30 p.m. ET to review these results. This call will be webcast live and can be found in the investor relations section of the Company's website at http://investor.carbonite.com. The conference call can also be accessed by dialing (877) 303-1393 in the United States or (315) 625-3228 internationally with the passcode: 5474657.

Following the completion of the call, a recorded replay will be available on the Company's website, http://investor.carbonite.com, under "Events & Presentations".

**Non-GAAP Financial Measures**

To supplement our consolidated financial statements presented in accordance with GAAP, this press release contains non-GAAP financial measures, including non-GAAP revenue, non-GAAP gross margin, non-GAAP net income and non-GAAP net income per share, non-GAAP operating expense, adjusted EBITDA and adjusted free cash flow.

The Company believes that these non-GAAP measures of financial results provide useful information to management and investors regarding certain financial and business trends relating to the Company's financial condition and ordinary results of operations. The Company's management uses these non-GAAP measures to compare the Company's performance to that of prior periods and uses these measures in financial reports prepared for management and the Company's board of directors. The Company believes that the use of these non-GAAP financial measures provides an additional tool for investors to use in evaluating ongoing operating results and trends and in comparing the Company's financial measures with other software-as-a-service companies, many of which present similar non-GAAP financial measures to investors.

The Company does not consider these non-GAAP measures in isolation or as an alternative to financial measures determined in accordance with GAAP. The principal limitation of these non-GAAP financial measures is that they exclude significant items that are required by GAAP to be recorded in the Company's financial statements. In addition, they are subject to inherent limitations as they reflect the exercise of judgments by management. The Company urges investors to review the reconciliation of its non-GAAP financial measures to the comparable GAAP financial measures provided in the tables at the end of this press release, and not to rely on any single financial measure to evaluate the Company's business.

With respect to our expectations under "Business Outlook" above, the Company has not reconciled non-GAAP gross margin to gross margin or adjusted EBITDA to net income (loss) in this press release because we do not provide guidance for amortization expense on intangible assets, depreciation expense, stock-based compensation expense, litigation-related expense, income tax expense, restructuring-related expense, interest expense, and acquisition-related expense as we are unable to quantify certain of these amounts that would be required to be included in the GAAP measure without unreasonable efforts. In addition, the Company believes such reconciliations would imply a degree of precision that would be confusing or misleading to investors.

**Cautionary Language Concerning Forward-Looking Statements**

Certain matters discussed in this press release, including under "Business Outlook," have "forward-looking statements" intended to qualify for the safe harbor from liability established by the Private Securities Litigation Reform Act of 1995. These forward-looking statements may generally be identified as such because the context of such statements will include words such as "anticipate," "believe," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "should," "will," "would" or words of similar import. Similarly, statements that describe the Company's future plans, objectives or goals are also forward-looking statements. Such forward-looking statements are subject to risks, uncertainties and other important factors that could cause actual results and the timing of certain events to differ materially from future results expressed or implied by such forward-looking statements. Factors that could cause or contribute to such differences include, but are not limited to, our ability to integrate the Webroot acquisition and other acquisitions into our operations and achieve the expected operational and financial benefits of such acquisitions and the timing of such benefits, our ability to profitably attract new customers and retain existing customers, our dependence on the market for cloud backup services, our ability to manage growth, changes in economic or regulatory conditions or other trends affecting the Internet and the information technology industry, and those discussed in the section titled "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2018 filed with the Securities and Exchange Commission (the "SEC"), which is available on www.sec.gov, and elsewhere in any subsequent periodic or current reports filed by us with the SEC. Except as required by applicable law, we do not undertake any obligation to update our forward-looking statements to reflect future events, new information or circumstances.

**About Carbonite**

Carbonite provides a robust Data Protection Platform for businesses, including backup, disaster recovery, high availability and workload migration technology. The Carbonite Data Protection Platform supports businesses on a global scale with secure cloud infrastructure. To learn more, visit www.carbonite.com and follow us on Twitter at @Carbonite.

Carbonite, Inc. serves customers through three brands: Carbonite data protection, Webroot cybersecurity, and MailStore email archiving.

**Investor Relations Contact:**

Jeremiah Sisitsky
Carbonite
781-928-0713
investor.relations@carbonite.com

**Media Contact:**

Sarah King
Carbonite
617-421-5601
media@carbonite.com

Carbonite, Inc.
Consolidated Statement of Operations (unaudited)
(In thousands, except share and per share amounts)

| | | Three Months Ended March 31, | | |
| --- | --- | --- | --- | --- |
| | | 2019 | | 2018 |
| Revenue: | | | | |
| Services | $ | 71,503 | $ | 54,574 |
| Product | | 9,712 | | 9,452 |
| Total revenue | | 81,215 | | 64,026 |
| Cost of revenue: | | | | |
| Services | | 17,102 | | 15,330 |
| Product | | 383 | | 557 |
| Amortization of intangible assets | | 3,294 | | 2,425 |
| Total cost of revenue | | 20,779 | | 18,312 |
| Gross profit | | 60,436 | | 45,714 |
| Operating expenses: | | | | |
| Research and development | | 15,807 | | 12,519 |
| General and administrative | | 20,989 | | 14,460 |
| Sales and marketing | | 21,765 | | 19,860 |
| Amortization of intangible assets | | 4,300 | | 939 |
| Restructuring charges | | - | | 862 |
| Total operating expenses | | 62,861 | | 48,640 |
| Loss from operations | | (2,425) | | (2,926) |
| Interest expense | | (4,011) | | (2,601) |
| Interest income | | 965 | | 244 |
| Other income (expense), net | | 212 | | 12 |
| Loss before income taxes | | (5,259) | | (5,271) |
| Benefit for income taxes | | (7,262) | | (17,215) |
| Net income | $ | 2,003 | $ | 11,944 |
| Net income per share: | | | | |
| Basic | $ | 0.06 | $ | 0.42 |
| Diluted | $ | 0.06 | $ | 0.40 |
| Weighted-average shares outstanding: | | | | |
| Basic | | 34,164,957 | | 28,341,633 |
| Diluted | | 35,294,015 | | 30,043,783 |

Carbonite, Inc.
Consolidated Balance Sheets (unaudited)
(In thousands)

|  | March 31, 2019 | December 31, 2018 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 252,602 | $ 198,087 |
| Trade accounts receivable, net | 50,501 | 31,569 |
| Prepaid expenses and other current assets | 30,742 | 10,409 |
| Total current assets | 333,845 | 240,065 |
| Property and equipment, net | 45,446 | 34,101 |
| Right-of-use lease assets | 55,204 | - |
| Other assets | 26,273 | 13,876 |
| Acquired intangible assets, net | 430,297 | 117,963 |
| Goodwill | 541,230 | 155,086 |
| Total assets | $ 1,432,295 | $ 561,091 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities | | |
| Accounts payable | $ 4,942 | $ 2,114 |
| Accrued compensation | 154,145 | 11,620 |
| Accrued expenses and other current liabilities | 47,583 | 15,844 |
| Current portion of deferred revenue | 172,432 | 121,553 |
| Total current liabilities | 379,102 | 151,131 |
| Long-term debt | 645,371 | 118,305 |
| Long-term lease liabilities | 51,798 | - |
| Deferred revenue, net of current portion | 42,418 | 29,151 |
| Other long-term liabilities | 50,423 | 5,294 |
| Total liabilities | 1,169,112 | 303,881 |
| Stockholders' equity | | |
| Common stock | 372 | 366 |
| Additional paid-in capital | 455,971 | 451,618 |
| Treasury stock, at cost | (49,276) | (48,522) |
| Accumulated other comprehensive income | 2,015 | 1,650 |
| Accumulated deficit | (145,899) | (147,902) |
| Total stockholders' equity | 263,183 | 257,210 |
| Total liabilities and stockholders' equity | $ 1,432,295 | $ 561,091 |

Carbonite, Inc.
Consolidated Statement of Cash Flows (unaudited)
(In thousands)

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| **Operating activities** | | |
| Net income | $ 2,003 | $ 11,944 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 11,149 | 6,077 |
| Amortization of right-of-use lease assets | 1,291 | - |
| Amortization of deferred costs | 647 | 424 |
| (Gain) loss on disposal of equipment | (36) | 58 |
| Impairment of capitalized software | - | 653 |
| Stock-based compensation expense | 4,205 | 3,737 |
| Benefit for deferred income taxes | (7,318) | (17,662) |
| Non-cash interest expense related to amortization of debt discount | 1,712 | 1,543 |
| Other non-cash items, net | 1 | 66 |
| Changes in assets and liabilities, net of acquisition: | | |
| Accounts receivable | (356) | (4,616) |
| Prepaid expenses and other current assets | (5,430) | 86 |
| Other assets | 123 | (2,211) |
| Accounts payable | (870) | (4,214) |
| Accrued expenses and other current liabilities | 7,349 | 3,016 |
| Other long-term liabilities | (1,388) | 252 |
| Deferred revenue | 5,662 | 4,138 |
| Net cash provided by operating activities | 18,744 | 3,291 |
| **Investing activities** | | |
| Purchases of property and equipment | (2,758) | (3,288) |
| Proceeds from sale of property and equipment and businesses | 51 | 330 |
| Proceeds from maturities of derivatives | 6 | - |
| Purchases of derivatives | (6) | (1,403) |
| Payment for intangibles | - | (1,250) |
| Payment for acquisition, net of cash acquired[1] | (489,640) | (144,603) |
| Net cash used in investing activities | (492,347) | (150,214) |
| **Financing activities** | | |
| Proceeds from exercise of stock options | 130 | 726 |
| Payments of withholding taxes in connection with restricted stock unit vesting | (754) | (550) |
| Proceeds from long-term borrowings, net of debt issuance costs | 531,893 | 88,984 |
| Net cash provided by financing activities | 531,269 | 89,160 |
| Effect of currency exchange rate changes on cash | (463) | 541 |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 57,203 | (57,222) |
| Cash, cash equivalents and restricted cash, beginning of period | 198,087 | 128,231 |
| Cash, cash equivalents and restricted cash, end of period[1] | $ 255,290 | $ 71,009 |

(1) The payment for acquisition is net of $126.9 million of cash acquired, which includes $2.7 million of restricted cash that is included in the other assets section of the consolidated balance sheet.

Carbonite, Inc.
Reconciliation of GAAP to Non-GAAP Measures (unaudited)
(In thousands, except share and per share amounts)

Reconciliation of GAAP Revenue to Non-GAAP Revenue

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | 2019 | 2018 |
| GAAP revenue | $ 81,215 | $ 64,026 |
| Add: | | |
| Fair value adjustment of acquired deferred revenue | 1,753 | 882 |
| Non-GAAP revenue | $ 82,968 | $ 64,908 |

Reconciliation of GAAP Gross Margin to Non-GAAP Gross Margin

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | 2019 | 2018 |
| Gross profit | $ 60,436 | $ 45,714 |
| Gross margin | 74.4% | 71.4% |
| Add: | | |
| Fair value adjustment of acquired deferred revenue | 1,753 | 882 |
| Amortization of intangibles | 3,294 | 2,425 |
| Stock-based compensation expense | 424 | 325 |
| Acquisition-related expense | 14 | 54 |
| Non-GAAP gross profit | $ 65,921 | $ 49,400 |
| Non-GAAP gross margin | 79.5% | 76.1% |

Reconciliation of GAAP Net Income and Net Income per Share to Non-GAAP Net Income and Net Income per Share

| | | Three Months Ended March 31, | | |
| --- | --- | --- | --- | --- |
| | | 2019 | | 2018 |
| GAAP net income | $ | 2,003 | $ | 11,944 |
| Add: | | | | |
| Fair value adjustment of acquired deferred revenue | | 1,753 | | 882 |
| Amortization of intangibles | | 7,594 | | 3,364 |
| Stock-based compensation expense | | 4,205 | | 3,737 |
| Litigation-related expense | | 98 | | 17 |
| Restructuring-related expense | | - | | 862 |
| Acquisition-related expense | | 9,863 | | 3,620 |
| Non-cash debt interest expense | | 1,712 | | 1,543 |
| Less: | | | | |
| Income tax effect of non-GAAP adjustments | | 11,791 | | 17,845 |
| Non-GAAP net income | $ | 15,437 | $ | 8,124 |
| GAAP net income per share: | | | | |
| Basic | $ | 0.06 | $ | 0.42 |
| Diluted | $ | 0.06 | $ | 0.40 |
| Non-GAAP net income per share: | | | | |
| Basic | $ | 0.45 | $ | 0.29 |
| Diluted | $ | 0.44 | $ | 0.27 |
| GAAP weighted-average shares outstanding: | | | | |
| Basic | | 34,164,957 | | 28,341,633 |
| Diluted | | 35,294,015 | | 30,043,783 |
| Non-GAAP weighted-average shares outstanding: | | | | |
| Basic | | 34,164,957 | | 28,341,633 |
| Diluted | | 35,294,015 | | 30,043,783 |

Reconciliation of GAAP Operating Expense to Non-GAAP Operating Expense

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | | 2019 | | 2018 |
| Research and development | $ | 15,807 | $ | 12,519 |
| Less: | | | | |
| Stock-based compensation expense | | 946 | | 687 |
| Acquisition-related expense | | 83 | | 35 |
| Non-GAAP research and development | $ | 14,778 | $ | 11,797 |
| | | | | |
| General and administrative | $ | 20,989 | $ | 14,460 |
| Less: | | | | |
| Stock-based compensation expense | | 1,958 | | 2,124 |
| Litigation-related expense | | 98 | | 17 |
| Acquisition-related expense | | 9,478 | | 3,490 |
| Non-GAAP general and administrative | $ | 9,455 | $ | 8,829 |
| | | | | |
| Sales and marketing | $ | 21,765 | $ | 19,860 |
| Less: | | | | |
| Stock-based compensation expense | | 877 | | 601 |
| Acquisition-related expense | | 288 | | 41 |
| Non-GAAP sales and marketing | $ | 20,600 | $ | 19,218 |
| | | | | |
| Amortization of intangible assets | $ | 4,300 | $ | 939 |
| Less: | | | | |
| Amortization of intangible assets | | 4,300 | | 939 |
| Non-GAAP amortization of intangible assets | $ | - | $ | - |
| | | | | |
| Restructuring charges | $ | - | $ | 862 |
| Less: | | | | |
| Restructuring-related expense | | - | | 862 |
| Non-GAAP restructuring charges | $ | - | $ | - |

Calculation of Adjusted Free Cash Flow

|  | | Three Months Ended March 31, | | |
| --- | --- | --- | --- | --- |
|  | | 2019 | | 2018 |
| Net cash provided by operating activities | $ | 18,744 | $ | 3,291 |
| Subtract: | | | | |
| Purchases of property and equipment | | 2,758 | | 3,288 |
| Free cash flow | | 15,986 | | 3 |
|  | | | | |
| Add: | | | | |
| Acquisition-related payments | | 3,685 | | 1,647 |
| Restructuring-related payments | | - | | 665 |
| Litigation-related payments | | - | | 127 |
| Adjusted free cash flow | $ | 19,671 | $ | 2,442 |

Reconciliation of EBITDA and Adjusted EBITDA to Net Income

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Net income | $ 2,003 | $ 11,944 |
| Adjustments: | | |
| Interest expense, net | 3,046 | 2,357 |
| Income tax benefit | (7,262) | (17,215) |
| Depreciation and amortization | 11,149 | 6,077 |
| EBITDA | 8,936 | 3,163 |
| | | |
| Adjustments to EBITDA: | | |
| Fair value adjustment of acquired deferred revenue | 1,753 | 882 |
| Stock-based compensation expense | 4,205 | 3,737 |
| Litigation-related expense | 98 | 17 |
| Restructuring-related expense | - | 862 |
| Acquisition-related expense | 9,863 | 3,620 |
| Adjusted EBITDA | $ 24,855 | $ 12,281 |



# Carbonite Financial Results
## Q1 2019

May 2, 2019

---

# Safe Harbor Statement

Certain matters discussed in these slides and accompanying oral presentation have "forward-looking statements" intended to qualify for the safe harbor from liability established by the Private Securities Litigation Reform Act of 1995. These forward-looking statements may generally be identified as such because the context of such statements will include words such as "anticipate," "believe," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "should, " "will," "would" or words of similar import. Similarly, statements that describe the Company's future plans, objectives or goals are also forward-looking statements. Such forward-looking statements are subject to risks, uncertainties and other important factors that could cause actual results and the timing of certain events to differ materially from future results expressed or implied by such forward-looking statements. Factors that could cause or contribute to such differences include, but are not limited to, our ability to integrate the Webroot Inc. acquisition or other acquisitions into our operations and achieve the expected operational and financial benefits of such acquisitions and the timing of such benefit, our ability to profitably attract new customers and retain existing customers, our dependence on the market for cloud backup services, our ability to manage growth, changes in economic or regulatory conditions or other trends affecting the Internet and the information technology industry, and those discussed in the section titled "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2018 filed with the Securities and Exchange Commission (the "SEC"), which is available on www.sec.gov, and elsewhere in any subsequent periodic or current reports filed by us with the SEC. Except as required by applicable law, we do not undertake any obligation to update our forward-looking statements to reflect future events, new information or circumstances.

This presentation contains non-GAAP financial measures including, but not limited to, non-GAAP Revenue, non-GAAP Gross Margin, non-GAAP Net Income and non-GAAP Net Income Per Share, Adjusted EBITDA and Adjusted Free Cash Flow. A reconciliation to GAAP can be found in the financial schedules included in our most recent earnings press release located on Carbonite's website, http://investor.carbonite.com, in the Company's filings or with the SEC at www.sec.gov. The presentation of non-GAAP financial information should not be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.



# Conference Call Details

| | |
|---|---|
| **What:** | Carbonite Q1 2019 Financial Results Conference Call |
| **When:** | Thursday, May 2nd, 2019 |
| **Time:** | 5:30 p.m. ET |
| **Live Call:** | 877-303-1393 (U.S.) |
| | 315-625-3228 (International) |
| **Conference ID:** | 5474657 |
| **Live / Recorded Webcast:** | http://investor.carbonite.com |

**CARBONITE** 3

## Summary Results

- Delivered strong financial results

- Announced acquisition of Webroot (2/7/2019)

  – Creates a <u>comprehensive approach</u> to protecting endpoints: <u>a top vulnerability</u>

  – Combines a leader in <u>endpoint backup and recovery</u> with a leader in <u>endpoint security</u>

  – Cross-selling, channel expansion and market penetration opportunities

- Closed acquisition of Webroot (3/26/2019)

- Closed $550 million term loan and new $130 million revolving credit facility

- Mozy integration and customer migration going well

 **CARBONITE**● 4

## Mozy Integration and Customer Migration

- Pace of Mozy customer migrations accelerating

- More than 80,000 customers chose to migrate to Carbonite infrastructure





# Summary Q1 2019 Financial Results

| | Q1 2019 Outlook (2/7/2019) | Q1 2019 Results |
|---|---|---|
| GAAP Revenue | $76.5 M - $77.5 M | $81.2 M (+27% YoY) |
| Non-GAAP Revenue | $77 M - $78 M | $83.0 M (+28% YoY) |
| GAAP Net Income Per Share (Diluted) | *Not guided* | $0.06 (-85%) |
| Non-GAAP Net Income Per Share (Diluted) | *Not guided* | $0.44 (+63%) |
| Non-GAAP Gross Margin | *Not guided* | 79.5% (+340 Bps YoY) |
| Adjusted EBITDA | $20.0 M - $21.5 M | $24.9 (+102% YoY) |
| Adjusted Free Cash Flow | *Not guided* | $19.7 M (+706% YoY) |

*With respect to expectations under "Outlook" above, the Company has not reconciled non-GAAP net income per share to net income per share because we do not provide guidance for stock-based compensation expense, litigation-related expense, restructuring-related expense, acquisition-related expense, amortization expense on intangible assets and the income tax effect of non-GAAP adjustments as we are unable to quantify certain of these amounts that would be required to be included in the GAAP measure without unreasonable efforts. In addition, the Company believes such reconciliations would imply a degree of precision that would be confusing or misleading to investors.

Source: SEC Filings; For a full reconciliation of GAAP to non-GAAP, please visit the investor relations portion of the Carbonite web site – investor.carbonite.com

CARBONITE   6

## Quarterly Non-GAAP Revenue Growth



Approximate, may not foot due to rounding.  Source: SEC Filings and company estimates; For a full reconciliation
of GAAP to non-GAAP, please visit the investor relations portion of the Carbonite web site – investor.carbonite.com

**CARBONITE** 7

# Driving Operating Leverage
*(% of non-GAAP revenue)*

### Non-GAAP Gross Margin



### Non-GAAP Sales & Marketing



### Non-GAAP Research & Development



### Non-GAAP General & Administrative



Source: SEC Filings; For a full reconciliation of GAAP to non-GAAP, please visit the investor
relations portion of the Carbonite web site – investor.carbonite.com

**CARBONITE**   8

# Summary Debt Financing (March 2019)

### Current net leverage* of ~3.9X, Target < 2X by early 2021

| **$550 M term loan B** | **$130 M revolving credit facility** |
|---|---|
| – Seven-year facility | – Five-year facility |
| – Interest rate of ~6.3% (L+375) | – Interest rate of ~5.8% (L+325) |
| – Annual principal repayments of 1% of original principal amount | – No outstanding borrowings as of March 31, 2019 |
| – Expectation is to use significant amount of free cash flow to pay down outstanding loan balance | |

*Net leverage calculated as total debt less proforma cash on hand divided by the midpoint of the FY adjusted EBITDA guidance

 **CARBONITE** 9

## Balance Sheet

|  | 3/31/2019 | Webroot post close cash settlement (4/5/2019) | Proforma |
|---|---|---|---|
| Cash and cash equivalents | $252.6 M | $130.8 M | $121.8 M |
| Accrued compensation | $154.1 M | ($130.8M) | $23.3 M |
| Total current liabilities | $379.1 M | ($130.8 M) | $248.3 M |

Cash and cash equivalents include approximately $124M of cash acquired in connection with the 3/26 acquisition of Webroot.

The 4/5 payment above reflects the post close settlement of payments due to Webroot option holders. Working capital adjustments will impact the final purchase price.

 **CARBONITE** 10

## Capital Allocation Strategy



- Strong balance sheet
  - Minimum target cash balance $75 million
  - Accelerated term loan pay-down
  - Net leverage target < 2x by early 2021



- Growth and operating initiatives
  - Strategic acquisitions
  - Investment in operating efficiencies



- Return capital to shareholders
  - Share repurchases: $50 million authorized and $28.5 million available

Primary focus



**CARBONITE** 11

# Business Outlook (as of May 2, 2019)*

| | Q2 2019 Outlook (5/2/2019) | | FY 2019 Outlook (2/7/2019) | FY 2019 Outlook (5/2/2019) |
|---|---|---|---|---|
| GAAP Revenue | $119 M - $123 M | | $468 M – $482 M | $457 M – $471 M |
| Deferred Revenue Haircut Assumption | $14 M | | $20 M | $34 M |
| Non-GAAP Revenue | $133 M - $137 M | | $488 M – $502 M | $491 M – $505 M |
| Non-GAAP Gross Margin | *Not guided* | | 80.5% – 81.5% | 80.5% – 81.5% |
| Adjusted EBITDA | $34 M - $36 M | | $129 M – $134 M | $132 M – $137 M |

*With respect to our expectations under "Outlook" above, the Company has not reconciled non-GAAP gross margin to gross margin or adjusted EBITDA to net income (loss) in this press release because we do not provide guidance for amortization expense on intangible assets, depreciation expense, stock-based compensation expense, litigation-related expense, income tax expense, restructuring-related expense, interest expense, and acquisition-related expense as we are unable to quantify certain of these amounts that would be required to be included in the GAAP measure without unreasonable efforts. In addition, the Company believes such reconciliations would imply a degree of precision that would be confusing or misleading to investors

Source: SEC Filings; For a full reconciliation of GAAP to non-GAAP, please visit the investor relations portion of the Carbonite web site – investor.carbonite.com

 **CARBONITE** 12

## Financial Highlights



CARBONITE● 13

# Definitions of non-GAAP measures

- **Non-GAAP revenue**: Excludes the impact of purchase accounting adjustments for acquisitions.

- **Non-GAAP gross margin**: Excludes the impact of purchase accounting adjustments on acquired deferred revenue, amortization expense on intangible assets, stock-based compensation expense, and acquisition-related expense.

- **Non-GAAP net income and non-GAAP net income per share**: Excludes the impact of purchase accounting adjustments on acquired deferred revenue, amortization expense on intangible assets, stock-based compensation expense, litigation-related expense, restructuring-related expense, acquisition-related expense, non-cash convertible debt interest expense and the income tax effect of non-GAAP adjustments.

- **Adjusted EBITDA:** Excludes the impact of interest expense, net, income taxes, depreciation, amortization, purchase accounting adjustments on acquired deferred revenue, stock-based compensation expense, litigation-related expense, restructuring-related expense, intangible asset impairment charges, and acquisition-related expense from net income (loss).

- **Adjusted free cash flow**: Calculated by subtracting the cash paid for the purchase of property and equipment and adding the payments related to acquisitions, restructuring, and litigation from net cash provided by operating activities.

Source: SEC Filings; For a full reconciliation of GAAP to non-GAAP, please visit the investor relations portion of the Carbonite web site – investor.carbonite.com

**CARBONITE** 14