# EXHIBIT 65

*Transcript of Carbonite's earnings call
5/02/2019*

**S&P Global**
Market Intelligence

# Carbonite, Inc. NasdaqGM:CARB

# FQ1 2019 Earnings Call Transcripts

## Thursday, May 02, 2019 9:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2019- | | | -FQ2 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.36 | 0.44 | ▲22.22 | 0.43 | 1.78 | 2.16 |
| **Revenue (mm)** | 77.36 | 81.22 | ▲4.99 | 134.28 | 488.58 | 586.51 |

Currency: USD
Consensus as of  May-02-2019 6:55 PM GMT



| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2018** | 0.43 | 0.45 | ▲4.65 % |
| **FQ3 2018** | 0.41 | 0.48 | ▲17.07 % |
| **FQ4 2018** | 0.42 | 0.45 | ▲7.14 % |
| **FQ1 2019** | 0.36 | 0.44 | ▲22.22 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

**Contents**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | .................................................................... | **3** |
| **Presentation** | .................................................................... | **4** |
| **Question and Answer** | .................................................................... | **8** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Anthony Folger**
*CFO & Treasurer*

**Jeremiah Sisitsky**
*Vice President of Investor
Relations*

**Mohamad S. Ali**
*President, CEO & Director*

**ANALYSTS**

**Chad Michael Bennett**
*Craig-Hallum Capital Group LLC,
Research Division*

**Eric Martinuzzi**
*Lake Street Capital Markets, LLC,
Research Division*

**Joseph Anthony Gallo**
*Jefferies LLC, Research Division*

**Matthew George Hedberg**
*RBC Capital Markets, LLC,
Research Division*

**Saket Kalia**
*Barclays Bank PLC, Research
Division*

**Sarkis Sherbetchyan**
*B. Riley FBR, Inc., Research
Division*

**Timothy Elmer Klasell**
*Northland Capital Markets,
Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to the Carbonite First Quarter 2019 Earnings Conference Call. [Operator Instructions]

I would now like to turn the conference over to your host, Mr. Jerry Sisitsky. Sir, you may begin.

**Jeremiah Sisitsky**
*Vice President of Investor Relations*

Great. Thank you, Valerie, and welcome, everyone. With me on the call today are our President and CEO, Mohamad Ali; and CFO, Anthony Folger. Any forward-looking statements in this call are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. Expressions of future goals, including financial guidance, outlook, anticipated results and similar items, including without limitation, expressions using the terminology may, will, believe, expects, plans, anticipates and expressions which reflect something other than historical facts, are intended to identify forward-looking statements. Forward-looking statements involve a number of risks and uncertainties, including those discussed in the Risk Factors sections of our Form 10-K and 10-Q. Actual results may differ materially from any forward-looking statements. And the company undertakes no obligation to revise or update forward-looking statements except as required by law. All the financial figures discussed today are non-GAAP financial measures, unless it is stated that the measure is a GAAP number. A reconciliation can be found in our financial results press release, which is available on our IR website. Also posted to our Investor Relations website is our quarterly financials in an Excel version as well as the slide deck that accompanies our financial results conference call.

With that, I'll turn the call over to Mohamad.

**Mohamad S. Ali**
*President, CEO & Director*

Thank you, Jerry. And welcome, everyone. We've delivered better-than-expected revenues in the first quarter, driven by strong performance of our Carbonite data protection solutions as well as the benefit of having closed the Webroot transaction a few days before the end of the quarter. In addition to delivering better-than-expected revenue, we also exceeded our adjusted EBITDA guidance and reported strong earnings per share and free cash flow.

In the first quarter, we announced and closed the largest transaction to date in the history of Carbonite, acquiring Webroot, a leading cybersecurity platform for approximately $618 million. Combining Webroot and Carbonite will address a top vulnerability for businesses, the endpoint, with a comprehensive approach to protection through cloud-based cybersecurity paired with cloud-based data protection. Webroot significantly increases our addressable market and creates an opportunity to accelerate growth. Our customer bases are similar and in this segment of the market, buyers are the same for backup and recovery and endpoint security. With complementary routes which as we believe they are excellent cross-selling, channel-expansion and market-penetration opportunities. Webroot is a very well-run organization and has a strong team that we are thrilled to welcome to the Carbonite family. We are excited that John Post, formerly Webroot's CFO, is now the General Manager leading the Webroot organization. John's background and history of Webroot makes him a perfect choice to lead this area. Chad Bacher, Senior VP of Products, is also joining my team, and is already contributing to the product roadmap of the combined organization. We have already made progress from an integration perspective, immediately unifying certain back-office functions like our legal and tax teams. While still early in the integration, we are excited about the great conversations we are having and the early progress to date. Employees are energized to be part of the combined team, customers are equally excited and we have an extensive -- and we've had extensive conversations with our partner community, the thousands of VARs and MSPs we collectively partner with, to deliver backup and recovery and endpoint security solutions. Webroot has successfully gone to market with their MSP and RMM relationships. And Carbonite

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

successfully executed with a robust network of VAR relationships. Both Carbonite and Webroot partners are enthusiastic at the prospect of having a unified solution that solves a critical customer challenge. And of the simplified experience from working with fewer vendors. Our ongoing analysis indicates that there is not much overlap from a customer and partner perspective, which would suggest over time, a meaningful opportunity for revenue synergies. We are excited to share more details as our integration efforts continue. However, the early feedback and insights from employees, customers and partners has further validated our rationale for the acquisition. The Mozy integration is also going well. We have accomplished much from integration perspective, with the migration to a single endpoint platform going very well. We continue to take a phased approach to the migration. And at this point, more than 80,000 Mozy customers have opted to migrate to the Carbonite platform putting us ahead of our initial migration plan. I remain confident that over the course of 2019 the overwhelming majority of Mozy customers will choose to migrate, setting us up for additional expense synergies in 2020.

In the first quarter, we continued to execute our strategy of shifting resources from direct marketing acquisition spend to invest more behind our growing set of channel partners, and we are starting to see results from our investments in partner recruitment, onboarding, training and enablement. In February, we announced a new reseller partnership with Veritas. This partnership enables Veritas to resell and distribute Carbonite endpoints to their entire customer base worldwide. With our investments in partner events such as our significant presence at Dell Technologies World this week and our planned participation at Microsoft Inspire, we will continue to drive awareness within the partner community and energize our base of partners with events and education. These efforts are yielding early results across the board with a greater number of new partners joining the ecosystem, more active partner participation and educational webinars and surfacing more cross-sell opportunity within customers. During the first quarter, we successfully closed several larger customer transactions and we continue to see large deal momentum in the pipeline, primarily on the data protection side of the business. The ease-of-use and the power of our solutions combined with our award-winning customer service creates an opportunity to serve these larger customers, while we continue to focus on our core end market, which is small and midsized business. I want to take a moment to highlight a few customer case studies as I think there are powerful examples of the value we provide and why a broad range of customers choose Carbonite solutions. In one rural Pennsylvania school district, backup is one of the core IT needs for their school. Teachers rely on shared lesson plans and other documents stored in Windows, file, SQL and exchange servers. Additionally, some students create more resource intensifiers like AutoCAD or Adobe files. And those files are stored on local, physical and virtual servers. Losing any of these critical files will be a problem for the school district. And in their words, "impact student achievements." The IT team for the school district now backup 2 terabytes of the school's most critical data using Carbonite server, configured to save backups both locally and in the cloud. They were up and running fast, and scheduled their initial backup around the school day, with regular backups running in under an hour. They chose Carbonite for the ease of use, and also strong track record and reliability of the company. One professional sports league, that has been a Carbonite customer for years, recently upgraded to the newest version of Carbonite endpoint. On any given day, their laptops may contain critical data like player stats, sponsorship information, contact information for referees or details behind their 1000-plus game schedule. Ease of recovery, global reduplication for encrypted data and remote wipe and device tracking were all key features, making Carbonite endpoint the perfect choice. We have the right product portfolio to serve the broader set of businesses like these 2 great organizations, and we have the incredible product, ease of use that businesses have come to know and expect. Our focus continues to be on bringing all of our products together under the unified data protection platform to continue to deliver great value to the market, and we'll be sure to update everyone as we make progress throughout 2019.

So with that, I'd like to hand it over to Anthony to discuss our financial results and guidance. Anthony?

**Anthony Folger**
*CFO & Treasurer*

Thanks, Mohamad. Thanks, Jerry. Revenue for the first quarter was $83 million, well above the high end of the guidance range that we provided back in February. This overperformance was driven by better-than-expected sales of our Carbonite data protection solutions and the contribution from Webroot, which closed a few days before the end of the quarter. When we examine our data protection business, excluding

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the results of Mozy and Webroot, subscription revenues grew slightly ahead of our expectations. This was driven, in part, by success selling into larger customer opportunities, as Mohamad mentioned. Our non-subscription revenues were slightly lower than our expectations and the net result for the quarter was that Carbonite, on a stand-alone basis, grew revenue in the low single-digit range year-over-year. Adjusted EBITDA was $24.9 million or 30% of revenue, $3.4 million above the high end of the guidance range that we provided. Our gross margin was 79.5%, up 340 basis points over the year-ago quarter. This gross margin improvement was driven by efficiencies realized in our data centers, lower customer support costs and the continued benefit from previously inactive pricing impact and adjustments. Research and development spend was $14.8 million or 17.8% of revenue compared to 18.2% of revenue in the year-ago quarter. Sales and marketing spend was $20.6 million or 24.8% of revenue, down 480 basis points from the year-ago quarter. We expect to continue to drive efficiencies across the business. However, sales and marketing is one area where spend may show a sequential increase in the coming quarters, as we invest more behind our partner efforts. G&A spend was $9.5 million or 11.4% of revenue as compared to 13.6% of revenue in the year-ago quarter. And on the bottom line, our Q1 diluted net income per share of $0.44 increased 62% over the year-ago quarter. CapEx for the quarter was $2.8 million or 3.3% of revenue compared to 5.1% of revenue in the year-ago quarter. Webroot historically had more modest CapEx needs than Carbonite, and we generally expect CapEx to trend in the range of 3% to 4% of revenue on a go-forward basis. Our adjusted free cash flow was $19.7 million for the quarter, more than 8x our adjusted free cash flow for the same period last year of $2.4 million. Our Q1 free cash flow performance gives us increased confidence in our ability to quickly delever the company and pay down a substantial portion of our outstanding debt.

During the first quarter, we closed the $550 million term loan, priced at LIBOR plus 375 or approximately 6.3%. The 7-year facility was rated B2B, demand for the debt was quite strong, and we're pleased that the pricing improved from where we initially launched the offering. Principal repayment schedules call for us to repay 1% of the original balance per year. However, it is our intent to pay down outstanding amounts under the loan at a far more aggressive pace. In addition to the term loan, we entered into a new 5-year revolving credit facility of up to $130 million with an interest rate of LIBOR plus 325 or approximately 5.8%. Presently, this facility is undrawn. As a result, we have total indebtedness of $694 million, which includes our $550 million term loan and our $144 million in convertible notes. Keep in mind that our balance sheet will reflect only $645 million of debt, because we've capitalized the debt discount and issuance cost on the term loan and a portion of our convertible notes are reflected in equity. As of March 31, our balance sheet reflects $252 million in cash. However, I would highlight that $124 million of that cash was acquired as part of the Webroot acquisition, and was paid out on April 5. So the cash position on a pro forma basis is approximately $122 million.

Now turning to our outlook. As I think about the growth profile of our data protection business, I continue to expect low single-digit revenue growth in 2019 with growth in subscription revenue, partially offset by a decline in our non-subscription revenue. Consistent with our prior outlook, I expect our endpoint security business to continue growing in the low double digits. Combined that should produce mid-single-digit revenue growth in the near term with the opportunity to accelerate, driven by additional focus on investment in our indirect channels, successful cross-selling and realizing revenue synergies from our combination with Webroot. For the second quarter, we expect GAAP revenue to be in the range of $119 million to $123 million. This includes the impact of purchase accounting adjustments on deferred revenue. Non-GAAP revenue in the range of $133 million to $137 million with the large sequential increase driven by a full quarter of Webroot contribution and adjusted EBITDA in the range of $34 million to $36 million.

For the full year 2019, we are adjusting our guidance upward, in part because the Webroot acquisition closed a few days earlier than initially contemplated in our guidance. We now expect GAAP revenue in the range of $457 million to $471 million, down from our prior guidance. The decrease being entirely driven by a change in purchase accounting for Webroot's deferred revenue. We expect non-GAAP revenue in a range of $491 million to $505 million, which is an increase from our prior guidance of $488 million to $502 million. Non-GAAP gross margin will remain consistent in the range of 80.5% to 81.5%. Adjusted EBITDA in the range of $132 million to $137 million, up from of our prior guidance of $129 million to $134 million. We expect to incur approximately $25 million in cash interest expense this year, associated with term loan and $3.6 million in cash interest expense associated with the convertible notes. For the full year, we

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

expect our effective tax rate on a non-GAAP basis to be approximately 22%, and we're using a weighted average share count of approximately 35.8 million for the full year.

With that, I'd like to open the call up to Q&A.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Saket Kalia of Barclays Capital.

**Saket Kalia**
*Barclays Bank PLC, Research Division*

Maybe Mohamad, starting with you. Realizing it's still very early days on Webroot, can you just talk about some of the anecdotal feedback that you've gotten from their MSP channel on some of the cross-sell opportunities? And maybe just going one level deeper. I know that MSPs have some pretty in-depth dashboards to manage their customers. Clearly, the economics for both you and the MSP partners make sense. But there's a lot of things that have to happen in order for that to take place. So can you talk about how long do you think the MSP channel can be enabled to really start building Carbonite into those dashboards, if that makes sense?

**Mohamad S. Ali**
*President, CEO & Director*

Yes. Great question. I mean it's one of the very, very exciting parts of this acquisition, right? So they have -- as you know, they have 14,000 MSPs that use the Webroot product for security. They have the #1 endpoint security addition with the MSP community, which is a total of 120,000 MSPs and they have 14,000. Carbonite never really invested in the tooling to participate in this community. And in 2018, we built a set of APIs for all of our products. And then in 2019, as you know, our intent was to use those APIs, integrate all the products together under the data -- the Carbonite data protection console. But the other thing that it allows us to do is integrate them with the RMMs, which are these dashboards that the MSPs use. So we're starting that work. The combined Webroot and Carbonite teams are kicking off an initiative to integrate the Carbonite product into the dashboards. That's going to take some time. I don't expect that we're going to be able to have that integration complete until 2020, right? So it's going to be at least 12 months. And then we'll be able to start selling to the community. So it's a very exciting opportunity, but we do have to do the work to get there. Now in terms of anecdotally, it's been a lot of fun actually. I personally, over LinkedIn and other sort of social media been reached -- have reached out to a number of MSPs. And one of them -- and apparently -- and these MSPs group sort of hangout in communities and there's one MSP in particular, that is an MSP and also part of a community of 3,000 MSPs. And he actually is deciding when to get in his car in Connecticut and drive to Boston and visit me. And he was actually wonderful. I'm very exciting about -- including Carbonite in his solution set. And I guess his message to me was that there is much interest in his community of 3,000. We've also had the RMM vendors reach out to us to -- to start working with us to integrate. So it is clearly an easier -- clearly an opportunity but it will take a little bit of time for us to do or to take advantage of that. Is that helpful?

**Saket Kalia**
*Barclays Bank PLC, Research Division*

Got it. That's really helpful. Yes. That's really helpful, Mohamad. Maybe if I could squeeze another one in for you, Anthony. If we think about the core Carbonite business, right? So -- excluding Webroot, particularly the business subscription bookings. I know we're not breaking out that reporting yet. But it felt like we exited last quarter with, what I'll just call, some general softness, which it felt like the team really tried to incorporate into the 2019 outlook. Again, this is just on the core Carbonite kind of business subscription business. And so the question is now that you had another quarter under your belt, any revised thoughts just on a postmortem on sort of that core performance last quarter? And the follow-up to that is, have you sort of thought about the general environment in your 2019 guide, if that make sense?

**Anthony Folger**
*CFO & Treasurer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Yes. Thanks, Saket. It's a good question. And I think we -- as we continue to sort of evaluate the business and look at our performance, we did put a lot of products in the market last year. A new DRaaS offering, the Carbonite Server virtual edition, new data protection console, the new version of our endpoint products, there was a lot that we did. As we got into the back half of the year, we certainly saw challenges in our non-subscription business. But I think we just also had execution challenges with our subscription business. And part of it was just processing all of these products and being able to effectively drive demand and close deals. And I think we saw a little improvement, I think Q1 was a little bit better than what we had expected coming in on the subscription side. But on the non-subscription side, it was actually a little wider than we would've expected. So net-net, I think that core Carbonite business segment is kind of where it was in Q4. And we really did not consider taking that number up for 2019, as we thought about our guide. So I guess I would say, as we look out for the remainder of 2019, the inputs on the core Carbonite side are probably the same as they were a quarter ago when we gave our initial guide.

**Operator**

Our next question comes from Chad Bennett of Craig-Hallum.

**Chad Michael Bennett**
*Craig-Hallum Capital Group LLC, Research Division*

So, Anthony, is there any way that you can, I guess, just actually give us the contribution from Webroot in the quarter since we didn't really expect anything coming in?

**Anthony Folger**
*CFO & Treasurer*

Yes. It was, I would say, $3.5 million to $4 million, Chad, in that range, from a non-GAAP revenue perspective.

**Chad Michael Bennett**
*Craig-Hallum Capital Group LLC, Research Division*

Got it. Perfect. And then just in terms of how you characterized the growth rates of the core Carb business and then your endpoint security business and then combined them at a mid-single-digit growth rate. I guess, have your expectations on the Webroot business changed, obviously, now that you own it and have 3 more months just in terms of doing the work behind the scenes and then owning it for a grand total of maybe a little over a month. That business, I think, was $215 million annually at least as of the end of June. But the segments of the business, the enterprise piece was growing like 30% and then the consumer piece, I think, was mid-single digits. I guess, has your thoughts about that type of mix in growth rate changed for that Webroot piece?

**Anthony Folger**
*CFO & Treasurer*

Chad, I think we're still consistent with our expectations for Webroot. I think we would sort of carryforward what we have communicated previously in terms of the makeup and the growth rates in the business. There hasn't been any surprises, post close. I think to Mohamad's point, we're really encouraged with the team. It's an exceptional team. I think there's a lot of like-minded people in terms of how they manage their business. And so I think that the team has just executed very well on a lot of fronts, but especially in that MSP channel and their SMB business overall. And I think we're pretty upbeat and pretty optimistic on the deal still. I think we're really upbeat on the opportunity we have to drive synergies through the channels. And I think we're still consistent with how we thought of the business and how we came to our outlook for the year.

**Chad Michael Bennett**
*Craig-Hallum Capital Group LLC, Research Division*

So you haven't seen any real deceleration in -- from what we were thinking previously? Is that safe to say?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Anthony Folger**
*CFO & Treasurer*

Yes. I think that's safe to say.

**Operator**

Our next question comes from John DiFucci of Jefferies.

**Joseph Anthony Gallo**
*Jefferies LLC, Research Division*

This is Joe on for John. If I do the math based on $4 million in Webroot, you still beat by $1.5 million in the quarter which is great. But then it feels like you've guided down about $1 million for the core Carbonite business for the year. I just want to be crystal clear, you kind of touched on it already, but is that all the perpetual business based off the softness here? And I think you had talked, Anthony, last quarter about it being down about 10% for the year. Is that still an approximately great way to think about it for 2019?

**Anthony Folger**
*CFO & Treasurer*

Yes. It's a good question, Joe, and I think quick answer is, yes. It's largely driven by our outlook on the perpetual side. It was down in Q1, probably more like 14% as opposed to 10%. So it was down a little bit more, which -- it has an impact. I mean it's not core for us anymore. It's a much smaller piece of the overall business. At this point, on a combined basis, it's going to be well below 10%. But still, those bookings float a revenue immediately in the quarter. And so to the extent we see any gyrations there, it does have an impact. I would say, yes, the -- I don't know that we necessarily look at the Carbonite business and wanted to guide it down. I think we try to keep our thought process the same as it was when we guided for the year. We may have built in a little bit of conservatism as we sort of looked out and thought about we've got a lot going on with Webroot, we're still transitioning Mozy customers onto the Carbonite platform and all those things. So maybe a little bit of conservatism but still looking at kind of a single-digit growth on the Carbonite side.

**Joseph Anthony Gallo**
*Jefferies LLC, Research Division*

Okay, that's great. Thank you for the color there. And then just as a follow up, I think last quarter you had said you want to get to know Webroot a little bit better. But just how to think about, one, the core Carbonite platform retention rates and also the Webroot ones, now that you've gotten another quarter under your belts there? And then have we seen any cross-seller dollar net retention increases already?

**Anthony Folger**
*CFO & Treasurer*

Yes -- no, no cross-seller or net dollar retention increases.

**Mohamad S. Ali**
*President, CEO & Director*

It's only been a few weeks.

**Anthony Folger**
*CFO & Treasurer*

Yes. We only have 5 days in the quarter, so it would have been magical if there was. But we did -- I'll be honest with you, we did hit the ground quickly, and we have started campaigns in the month of April. And so we intend to get moving as quickly as possible with cross-sell between Carbonite and Webroot, and I think we're encouraged. As it relates to retention rates, on the Carbonite side, we continue to hold pretty steady from a customer retention rate. We're still, call it, 86%, 87% on business side and probably close to 90% on the consumer side. The dollar retention rates for Carbonite are probably still in that low 90s.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And I think from a Webroot perspective, in particular on the business side, we do see probably consistent customer retention and better dollar retention. I think overall dollar retention on the business side is going to be north of 100%, largely because of the MSP channel and the land-and-expand model, which is another reason why we really love that model. And then on the consumer side for Webroot, I think the net retention rates are more in the low 80% range, which for a consumer security player that's doing a lot of business through retail, I think those are actually pretty solid net retention rates. So we've gotten to know them a bit better, but I think they, like all other things that we've found with the team over there, they're pretty disciplined around retention, pretty focused, and I think they've done a good job managing the business.

### Mohamad S. Ali
*President, CEO & Director*

Yes. And Joe, one thing I should mention is that if you're either a Carbonite customer today or a Webroot customer today, you may have already gotten the cross-sell email. I know I've gotten 2 of them. And if you have -- you haven't yet, and you're -- if you're a customer of 1 of the 2, you're likely get one. And I just want encourage everyone who gets one of those, to click and buy.

### Operator

Our next question comes from Matt Hedberg of RBC Capital Markets.

### Matthew George Hedberg
*RBC Capital Markets, LLC, Research Division*

It's really good to hear the success on large deals on the data protection side. I would imagine some of that's due to the unified data protection platform. But I guess can you put a finer point on sort of the success there and maybe sort of how you think about the pipeline of these larger deals? And because I imagine some of the sales cycles can be little bit longer there. But just a little bit more color on sort of how you're thinking about that side of your business.

### Mohamad S. Ali
*President, CEO & Director*

Yes, I'll tell you a little bit, and then Anthony can add to it. So actually, these larger deals are Carbonite endpoint deals typically. As Anthony mentioned, last year we launched a new endpoint product. And this endpoint product gives us scalability beyond anything that we had before. The product that we had previously really was a fit for a company up to 25 employees. Beyond that, there were scalability issues and mostly deployment and manageability issues. It wasn't built for large-scale centralized management mostly. This new product that we have out there, I mean has these excellent features up and down, right, and sort of has everything that you need. And this product, it does core backup, it does ransomware protection. It does legal hold. If you lose the device, you can locate it on a map. If you lose the device, you can remotely wipe it. So it's really a full-feature product, and it can scale to a business of up to 2 million customers. It's extremely, extremely scalable. It's globally deployable. So if you're a business with operations in 50 countries, it can be deployed. And so what we've seen is that some of these newer partners that we've brought on board like Dell and some of the other ones that have access to a customer set that ranges from the SME to the enterprise, they are bringing to us these -- some of these larger deals. And they're exciting, and we're using the same product to fulfill those deals. But you're right. I mean those do have longer sales cycles, and we put a small team in place to work those longer sales cycle deals. But at the end of the day, though, the products that we have, our focus is really on the SME market. And I think with this particular product, it does scale up and down, and we do have a channel that can sell it. So it's exciting in that regard. Does that answer the question?

### Matthew George Hedberg
*RBC Capital Markets, LLC, Research Division*

Yes, it does. Yes. And then maybe as a somewhat related question, you mentioned channel partners a couple of times in your answer. Given Webroot's focus more on the MSP side and you guys have a channel focus, you highlighted additional partner investments you guys are making. I think you've even

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

highlighted Veritas. How do you kind of think about, from a spending perspective, the balance between leveraging MSP, sort of a business that you're still trying to probably get your arms around, but also sort of investing in channel? I mean is there sort of like a trade-off of how to balance the 2?

**Anthony Folger**
*CFO & Treasurer*

Yes, and great question. So at the high level, you can think about Webroot as having a channel of 14,000 MSPs and Carbonite having a channel of 10,000 VARs or resellers, and some of them happen to be very big like a Dell or a CDW or a Veritas, and some of them are very small. So we continue, on the data protection side, the Carbonite side to invest in those channel partners because we're seeing good returns from those channel partners, especially now that we have the new portfolio of products, and in 2019 we will be unifying them under the console. So now that we have the portfolio, we're putting the dollars to enable the partners. One of the things -- in Q4, I think one of the things that happened in Q4 was that we had a lot of new products but we probably didn't spend enough to enable the partners. And now, we are investing behind those partners so they are enabled. And we are seeing the pipeline build quite nicely around those partners. But those are not MSP partners, right? That's sort of the -- I call them all VARs of some sort or the other. Once we have -- now those VARs are actually interested in selling Webroot. And so the enablement that we're doing behind those partners on the data protection product will be extensible to enabling them to sell Webroot security product, right? And Webroot has multiple security products. It has the endpoint security, but it also has security awareness training, DNS, they have Wi-Fi. So they have 4 products there that could -- at the right time, could go into the VAR portfolio. And then on the flip side, as we enable Carbonite endpoint and Carbonite Server, integrate that with the RMM dashboard, the MSPs will start being able to the sell that in 2020. So the investment that we're making on the channel partners on the data protection side is important for the new products that we brought to market but will also pay dividends once we enable them on the Webroot products.

**Operator**

Our next question comes from Eric Martinuzzi of Lake Street Capital.

**Eric Martinuzzi**
*Lake Street Capital Markets, LLC, Research Division*

Yes, a question on the competitive landscape, and specifically on the data protection side. Just wondering, as you enter the year here, it will be typical for your competitors -- and I'm talking the Barracudas and the Dattos and the Zertos of the world to also be investing and trying to gain channel mind share. Have you seen anything early in 2019 that sees maybe heightened levels of aggression from competitors on the data protection side?

**Mohamad S. Ali**
*President, CEO & Director*

Yes. So let me break the data protection market into 2 categories: endpoint and server. I think on endpoint, we're very, very strong, and I think we've risen really sort of the top of the competitive set there. And we're also -- I think we also have more -- most resources to pursue that market. On the server side, it is much, much more competitive. They are -- the folks you mentioned, I'll add one to that, Veeam. Right, Veeam is very, very successful. And I think everyone is -- and the ones you mentioned, right, Datto's growing very fast, Zerto's growing very fast, Veeam is growing very fast, Barracuda's growing. So clearly, there is a growing -- and there's a market opportunity, and these folks are taking advantage of it. And they're investing in the channel. So the competitive dynamic exists. We focus on our differentiation, right? So we're direct to cloud. I think we're really the only one here that is a meaningful competitor with respect to direct to cloud data. But we have a more solid portfolio that spans everything from endpoint to server, and then within server, on backup to high availability to the cloud. So there -- so we have some meaningful differentiation, and that's a big part of how we're engaging and how we're enabling and how we're training the partner set. But yes, I mean I sort of -- I'm starting to look at this in terms of the endpoint opportunity, which I think, we are very, very well positioned. We're -- I would consider us as kind

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

of a leader in that category, and then in the server market, which has all the competitive dynamics that you just described.

**Eric Martinuzzi**
*Lake Street Capital Markets, LLC, Research Division*

Understand. So I mean as far as where you're spending your attention, is that a comment to say, "Hey, let's point some of the channel support, channel investment at the lower-hanging opportunity." Maybe a midyear course correction type of comment, is that what you meant?

**Mohamad S. Ali**
*President, CEO & Director*

Yes. I mean we have to sort of fix the places to put our dollars that are going to have the highest return on investment. I think it's pretty -- on the endpoint side, it's much clearer. And we're actually seeing some quite nice returns on that. And then on the server side, just like we've always done, right? We sort of segment the marketplace and determine where we are strong, where others are strong, and then we invest behind where we are strong.

**Operator**

Our next question comes from Sarkis Sherbetchyan of B. Riley FBR.

**Sarkis Sherbetchyan**
*B. Riley FBR, Inc., Research Division*

So just kind of looking at the outlook here. I know we're going to get a full quarter of Webroot. Just trying to understand if we kind of try to break apart the revenue and maybe even some of the OpEx expectations to get to EBITDA, just from Webroot?

**Anthony Folger**
*CFO & Treasurer*

Yes. Hey, Sarkis. So I think Webroot's business, as far as sort of our history of ownership, the business continues to run at probably a 26%, 27%, 28% EBITDA margin, and that's really what's factored into our outlook. We saw, I think, better-than-expected profitability on the Carbonite side this quarter, which certainly was positive. I think we also signaled that we may continue to invest in sales and marketing to sort of get our growth rates up on the Carbonite side. But Webroot really has been pretty consistent with their margin profile. I guess I would think of it as a gross margin business in the mid- to high-80% range. And in EBITDA margin business, that's going to be 26%, 27%. I think over time, both Carbonite and Webroot are going to see improvements certainly at the EBITDA line, but I think it will be fairly gradual through '19 and '20.

**Sarkis Sherbetchyan**
*B. Riley FBR, Inc., Research Division*

Good, that's helpful and seems to be consistent with what you communicated during the acquisition call. And then I guess if I can kind of think through just the cost synergies communicated previously, I believe the number was about $20 million. Can you remind us the time line to get the cost synergies?

**Anthony Folger**
*CFO & Treasurer*

Yes. We had communicated just north of $30 million, and I think that was over a 4-year period. So I would expect we're going to see synergies really coming from some of the back office work that we will consolidate. And so we need to get some of our system consolidations done, and that takes a little bit of time. So we didn't have really an aggressive cost synergy assumption in 2019. They'll really start to show up more in 2020 and sort of scale up in the back half of 2020. And I really do think that a lot of this comes from unifying systems in a lot of the business applications that we use internally and being able to take

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

cost out of the business that way. So I think we still expect to hit that synergy plan. Again, no surprises post-close. I think the business is what we thought and we're pretty encouraged.

**Operator**

Our next question comes from Michael Berg of JMP Securities.

**Unknown Analyst**

On for Erik Suppiger here. Real quickly on the billing front. Are you guys not going to provide billing metrics anymore?

**Anthony Folger**
*CFO & Treasurer*

Yes. I think that was part of the challenge. Obviously, folks will be able to calc the billings numbers. But we use bookings really as a -- as part of our guide, and it was a little bit more integral on the Carbonite side. Webroot really is a business that runs on annual recurring revenue. And so ARR is their key metric, and it's going to take us a little bit of time to unify. But I would expect that on a consolidated basis, we move towards ARR as opposed to bookings. I think it's just going to be more -- a more useful metric for our business. And so I think there will be some disclosure on bookings and billings in our actuals. And I think folks will be able to roll that. But it's not something that we're really going to guide on or focus on, on a go-forward basis just because the Webroot business doesn't really use bookings or billings as a sort of a predictive metric or use it really to evaluate performance of the business. And so it just wasn't something that on a consolidated basis we could put out with any sort of comfort or conviction as a result.

**Unknown Analyst**

Okay. On that same note, how would I calculate the billings for the quarter, if I'm trying to do like deferred revenue calculations? I see -- if I look at the balance sheet, it clearly looks like that the earlier closing, the Webroot acquisition impacted deferred revenues quite a bit. Should I just use the billings calculation or deferred revenue -- by the simple change in deferred revenue? Or is there some adjustments you'll make?

**Anthony Folger**
*CFO & Treasurer*

Yes. You've got the back out the acquired deferred revenue. And I think that may be a little bit more evident in our Q when we file.

**Unknown Analyst**

Okay. Okay. Well, then I will take out the billings from our model.

**Operator**

Our next question comes from Tim Klasell of Northland Securities.

**Timothy Elmer Klasell**
*Northland Capital Markets, Research Division*

Just a couple of them here. First, sorry, I got on here too late. But on the consumer side on the data protection, how did that do? And I think Mohamad, you hit a little bit earlier on doing some cross-selling there with Webroot. But are you concerned about -- Mozy's now part of Carbonite, and now, we want to sell you Webroot. Are you concerned about any sort of churn or confusion in the customer base?

**Mohamad S. Ali**
*President, CEO & Director*

Sure. And Tim, just let me make sure I understand the question. Are we concerned about churn on the Carbonite side or is it Webroot side?

**Timothy Elmer Klasell**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Northland Capital Markets, Research Division*

On the Carbonite side, on the data protection side. So the traditional...

**Mohamad S. Ali**
*President, CEO & Director*

Okay. Yes, I mean that consumer base is very, very sticky. I think we might have mentioned that last year we had done a price increase and we saw almost no attrition. So it's a very sticky customer base. We've also had a tremendous amount of success, I think just a remarkable success with migrating Mozy customers to Carbonite. I mentioned over 80,000 have already migrated. And a lot of those are consumer customers, and so we expect similar stickiness with those customers. And with that joined customer base on the data protection side, it's an even larger base for us to sell Webroot into and vice versa. So I'll tell you that consumer business, when I joined about 4 years ago, were about $100 million in revenues in 2014, right, a little over that. They were about $500 million combined. But that consumer business was the bulk of the business. And I remember on these calls, Tim, you might have been on these calls, there was always a question on what's happening in that business. That consumer business has just been remarkably predictable over the 4-plus years I've been here. And I expect that consumer business will be equally predictable going forward. And there may be some interesting opportunities now as we cross-sell Webroot in Carbonite into that consumer base.

**Timothy Elmer Klasell**
*Northland Capital Markets, Research Division*

Okay, great. Great. And then with selling the Carbonite data protection into the MSP arena, clearly they have been using something. I haven't gotten a read on one large competitor out there. Who -- as you sell into that, who is your #1 competitor that the MSPs are using? And particularly on the endpoint? And what do you think will be able to attract to get them to switch over to using Carbonite?

**Mohamad S. Ali**
*President, CEO & Director*

Yes. Actually, on that -- the MSP is very, very fragmented as to what they use. On the endpoint side, there really is no standard. And we feel that once we integrate our endpoint, given the strong, strong position we have on endpoint, we are the largest endpoint provider -- backup provider today, and it's a very, very attractive product, we should be able to make good progress there. We do have to integrate it, and that's going to take some time. So we won't be able to start selling that until 2020. On the server side, as some of the folks previously mentioned -- are there. You've got Veeam. You've got Datto. I mean Datto is particularly strong in the MSP channel, but again, very, very fragmented. There are a lot of server backup customers -- providers, and so we will be one of the several in that pool. Having said that, there is, I think real opportunity for us to, number one, differentiate on our feature, differentiate on our direct-to-cloud, differentiate on the fact that we have endpoint and server, and differentiate on the fact that we can combine this with the security products they're buying from Webroot, which are endpoint security, security awareness training and DNS security. And so there is a meaningful propensity by the MSPs to try to reduce vendors. And there was a study that -- I think we may have included a couple of charts from the study in last call that in the case that -- the #1 and #2 things that MSPs are buying and providing to their customers are endpoint secure -- security, primarily endpoint, but some server, and backup recovery. And they're looking to buy as many of the things on their list from as few vendors as possible. So we think on the server side, there is really a meaningful opportunity. And then at the endpoint side, there is a particularly strong opportunity.

**Operator**

I'm showing no further questions at this time. I'd like to turn the conference back over to Mohamad Ali for any closing remarks.

**Mohamad S. Ali**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Great. Well, thank you.

And in closing, we want to thank everyone. And I do want to share that it's been quite the 4 years that I've been here. When I joined the company in 2014, our revenues were just over $100 million, $123 million, in particular. Now we expect to do substantially more revenue in the second quarter of 2019, just 1 quarter that we did in all of 2014. It's been quite a transformation for the company, and we've effectively grown 5x. And there's been a lot of changes.

I have to thank everybody in the company for everything we've done for these 4 years, and more to come over the next 4.

So we continue to focus on building a great business that will withstand the test of time. We're doing this by continuing to deliver meaningful value to our customers and our partners and expanding the portfolio of solutions that we offer. I'm even more confident in our long-term prospects today than when I first joined the company, and I'm confident we're on the right path as we drive towards $1 billion in revenue in the years to come.

So with that, thank you, and good night.

**Operator**
Thank you. Ladies and gentlemen, this does conclude today's conference. Thank you for your participation, and have a wonderful day. You may all disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**CARBONITE, INC. FQ1 2019 EARNINGS CALL | MAY 02, 2019**

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.