# EXHIBIT 67

*RBC Capital Markets analyst report
5/02/2019*

**RBC Capital Markets®**

SPARC

RBC *Insight*

Research

## CARB - Q1/19 First Glance - Good Start to the Year

Sentiment Indicator : **positive**

Produced by Hedberg, Mat hew (RBC Capital Markets, LLC) on Thursday, May 02, 2019, 16:17 PM ET

Disseminated on Thursday, May 02, 2019, 16:20 PM ET

Overall results were impressive vs. consensus and above the high end of guidance with only CFO slightly trailing expectations.  The company noted a good start to the year and that it had started the Webroot integration process. Guidance for Q2/19 was $1M below for revenue at the midpoint while EBITDA was in-line while FY/19 guidance moved higher vs. the previous midpoint, though by slightly less than the Q1/19 beats.  The stock is currently up slightly AMC after being flat on the day.  The conference call starts at 5.30 PM ET at 877.303.1393.

**Q1/19 results:**

- Revenue of $83.0M (+27% y/y) vs. guidance of $77.0-78.0M and RBC/consensus at $77.5M.
- Gross margin of 79.5% vs. 76.1% y/y and RBC/consensus at 78.0%/78.2%.
- Adjusted EBITDA of $24.9M vs. guidance of $20.0-21.5M and RBC/consensus at $20.8M/$20.4M.
- EPS of $0.45 vs. RBC/consensus at $0.26/$0.36.
- CFO of $18.7M vs. RBC/consensus at $18.2M/$19.8M.

**Q2/19 guidance:**

- Revenue of $133-137M ($135M midpoint) vs. RBC/consensus of $136M.
- Adjusted EBITDA of $34-36M ($35M midpoint) vs. RBC/consensus at $34.2M/$34.6M.

**CY/19 guidance:**

- Revenue of $491-505M ($498M midpoint) vs. previous guidance of $488-502M ($495M midpoint) and RBC/consensus at $495M/$494M.
- Gross margin of 80.5-81.5% (81.0% midpoint) vs. previous guidance of 80.5-81.5% (81.0% midpoint) and RBC/consensus at 81.0%/80.9%.
- Adjusted EBITDA of $132-137M ($134.5M midpoint) vs. previous guidance of $129-134M ($131.5M midpoint) and RBC/consensus at $131M.

| Company Name | Exchange | Ticker | Rating | Risk Qualifier | Price Target | Currency | Price | Price Date |
|---|---|---|---|---|---|---|---|---|
| Carbonite, Inc | NASDAQ | CARB US | Outperform | Not Assigned | 34.00 | US Dollar | 24.58 | 02 May 2019 16:20:12 ET |

**RBC Capital Markets, LLC**
**Matthew Hedberg (Analyst)** | (612) 313-1293 | Matthew.Hedberg@rbccm.com
**RBC Capital Markets, LLC**
**Dan Bergstrom (Analyst)** | (612) 313-1254 | dan.bergstrom@rbccm.com
**Matthew Swanson (AVP)** | (612) 313-1237 | matthew.swanson@rbccm.com

Click here for conflict of interest and other disclosures relating to Carbonite, Inc, Matthew Hedberg, Dan Bergstrom These disclosures are also available by sending a written request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7 or an email to rbcinsight@rbccm.com

All rights reserved. This material may not be published, broadcast, rewritten or redistributed in any form. Please click here for legal restrictions and terms of use applicable to this site. Use of this site signifies your agreement to the terms of use.