# EXHIBIT 70

*Craig-Hallum Capital Group LLC analyst report 5/03/2019*



## CRAIG-HALLUM
CAPITAL GROUP LLC

**Chad Bennett**
Senior Research Analyst
612-334-6366
chad.bennett@craig-hallum.com


www.craig-hallum.com

### Carbonite, Inc.                                    BUY
(CARB – $24.58)                          Price Target:  $43

**Q1 Better Than Expected With Incremental Bump In Guidance.  With EPS Power Of Mid $2/Share, CARB Is Too Cheap.  Maintaining BUY Rating, Raising Price Target To $43.**

*CARB is a provider of cloud data protection and security solutions for SMBs and individuals.*

*Carbonite management will be meeting with investors at the Craig-Hallum Institutional Investor Conference on May 29, 2019 in Minneapolis.*

## OUR CALL

After a couple of quarters of execution challenges CARB put up a solid qtr in its core business while in-the-midst of closing the largest acquisition in the company's history.  The quarter did benefit from the Webroot acquisition early which contributed to be beat to the tune of $3.5-$4.0 million in revenue.  That being said, the core CARB subscription business did better than expectations which should be a relief to investors.

We need to remind investors this is a business that just put up 80% GM, 25% OPM, and 30% adj EBITDA margins this qtr.  Going forward we believe the business has earnings power well north of $2/share.  They are now layering on a $200 mill plus of accretive revenue with better growth characteristics than CARB's core business.  While investors may need to digest the size of the acquisition and leverage used to finance the deal, we believe this management team has a proven track record of executing and outperforming on M&A over a number of years.

The prospect of doing north of $600 million in revs and mid-$2/share in earnings in FY20 presents a compelling risk/reward for investors.  Lastly, we would expect the company to de-lever fairly quickly which should re-rate the equity.

FY20 will receive a full year of cost synergies and the initial impact of revenue synergies which should drive meaningful earnings power.

We are reiterated our BUY rating and raising our target to $43 which represents ~17x our FY20 EPS estimate.

| Changes | Previous | Current |
|---|---|---|
| Rating: | - | Buy |
| Fundamental Trend: | - | Improving |
| Price Target: | $38 | $43 |
| FY19E Rev M: | $500.4 | $502.3 |
| FY20E Rev M: | $611.7 | $605.2 |
| FY19E EPS: | $1.70 | $1.92 |
| FY20E EPS: | $2.53 | $2.53 |

| Profile | |
|---|---|
| Price: | $24.58 |
| 52 Wk Range: | $21.84  - $43.63 |
| Avg Daily Vol: | 623K |
| Shares Out M: | 35.3M |
| Market Cap M: | $867.7M |
| Insiders Own: | 6.19% |
| Shares Short: | 3.5M |
| Tang. BV/Sh: | -$20.07 |
| BV/Sh: | $7.46 |
| Est LT EPS Gr: | 15% |
| Net Cash/Sh: | -$11.13 |
| Debt $M: | $645.4M |
| Year Ends: | Dec |

| Rev (M) | 2018 | 2019E | 2020E |
|---|---|---|---|
| Mar | $64.9 | $83.0A | - |
| Jun | 79.8 | 135.7 | - |
| Sep | 79.1 | 140.8 | - |
| Dec | 78.0 | 142.8 | - |
| FY | $302.0 | $502.3 | $605.2 |

| EPS | 2018 | 2019E | 2020E |
|---|---|---|---|
| Mar | $0.27 | $0.44A | - |
| Jun | 0.45 | 0.44 | - |
| Sep | 0.48 | 0.50 | - |
| Dec | 0.45 | 0.55 | - |
| FY | $1.67 | $1.92 | $2.53 |
| | | | |
| FY P/E | 14.7x | 12.8x | 9.7x |

| Management | |
|---|---|
| CEO | Mohamad Ali |
| CFO | Anthony Folger |



## QUARTERLY RESULTS

Results for the first quarter are summarized below:

| | Q1 2019 | | | |
| --- | --- | --- | --- | --- |
| | Actual | CH Est. | Street Est. | Guide |
| Revenue (M) | $82.7 | $77.9 | $78.8 | $77-$78 |
| Adj. EPS | $0.44 | $0.39 | $0.36 | - |

*Source: FactSet, CH, Carbonite*
*in Millions*

- Beat on revenue (up 28% y/y) and adjusted EPS

## GUIDANCE

The company shared Q1'20 and FY'20 guidance of:

**Q2'19 Revenue:** $133M-$137M (vs CH: $135.7M, Street: $136.1M)

**FY'19 Revenue:** $491M-$505M (vs CH: $500.4M, Street: $494.4M)

- Management posted guidance for Q2 and full-year in-line with our estimates and the street
- Full-year guidance tweaked slightly higher from previous guidance of $488M-$502M (given on 2/7)

## ESTIMATE CHANGES

| | Q2 2019 | | | | FY 2019 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Previous | | New | | Previous | | | New | |
| | CH | Street | CH | Guide | CH | Street | Guide | CH | Guide |
| Revenue (M) | $135.8 | $136.1 | $135.7 | $133-$137 | $500.4 | $494.4 | $495.0 | $502.3 | $491-$505 |
| Adj. EPS | $0.34 | $0.43 | $0.44 | - | $1.70 | $1.78 | - | $1.92 | - |

*Source: FactSet, CH, Carbonite*
*in Millions*

- Tweaked revenue up slightly to reflect raise in guidance
- EPS revision reflects better than expected gross and operating margins going forward.

## STOCK OPPORTUNITY

We are raising our price target to $43, which represents ~17x our FY'20 EPS of $2.53.

## RISKS

We believe an investment in CARB involves the following risks:

**Competition**: CARB operates in a rapidly evolving market with a large number of competitors across data protection, disaster recovery, and storage industries. Many of these competitors have greater market presence or greater financial resources. If CARB is unable to compete effectively, financial results could suffer.

**Financial Risk**: If CARB is not able to grow revenues, margins, and profits as quickly as anticipated by the market, or if the company is not able to sustain profitability and positive cash flow, the stock will suffer.

**Technology Risk**: CARB's industry is rapidly evolving and their product innovation must keep pace in order to retain and grow their customer base and pricing power. Additionally,



new product development must be effective and well-received by customers or financial results will suffer.

**Security Risk:** CARB systems store important customer information; if their systems are breached and the information stolen, company reputation and business may be harmed and/or CARB may be subject to liability.

**Acquisition Risk**: CARB has made acquisitions in the past and may continue to do so in the future. If these acquisitions do not drive financial benefits expected, the stock could suffer.



Case 1:19-cv-11662-LTS   Document 134-70   Filed 06/02/23   Page 5 of 7

|  | | | | | | | E | E | E | E | E |
| Non-GAAP Income Statement | FY'16 | FY'17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | FY'18 | Mar-19 | Jun-19 | Sep-19 | Dec-19 | FY'19 | FY'20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adj. Total revenue** | **209,300** | **246,090** | **64,908** | **79,850** | **79,109** | **78,032** | **301,899** | **82,968** | **135,745** | **140,814** | **142,799** | **502,326** | **605,150** |
| Adj. Total cost of revenue | 57,248 | 60,299 | 15,508 | 18,316 | 17,091 | 17,221 | 68,136 | 17,047 | 27,828 | 26,755 | 24,990 | 96,619 | 107,230 |
| **Adj. Gross profit** | **152,052** | **185,791** | **49,400** | **61,534** | **62,018** | **60,811** | **233,763** | **65,921** | **107,917** | **114,059** | **117,809** | **405,706** | **497,920** |
| *Adj. Gross margin* | *72.6%* | *75.5%* | *76.1%* | *77.1%* | *78.4%* | *77.9%* | *77.4%* | *79.5%* | *79.5%* | *81.0%* | *82.5%* | *80.8%* | *82.3%* |
| Adj. Research and development | 32,080 | 42,942 | 11,797 | 14,670 | 13,889 | 13,770 | 54,126 | 14,778 | 27,149 | 27,459 | 28,560 | 97,945 | 116,325 |
| Adj. General and administrative | 30,161 | 30,213 | 8,829 | 8,599 | 8,273 | 8,372 | 34,073 | 9,455 | 14,932 | 14,785 | 13,566 | 52,738 | 57,591 |
| Adj. Sales and marketing | 71,190 | 86,493 | 19,218 | 21,268 | 20,291 | 21,700 | 82,477 | 20,600 | 35,972 | 38,724 | 39,984 | 135,280 | 162,515 |
| **Adj. Total operating expenses** | **133,435** | **159,648** | **39,844** | **44,537** | **42,453** | **43,842** | **170,676** | **44,833** | **78,053** | **80,968** | **82,109** | **285,964** | **336,431** |
| **Adj. Operating income** | **18,617** | **26,143** | **9,556** | **16,997** | **19,565** | **16,969** | **63,087** | **21,088** | **29,864** | **33,091** | **35,700** | **119,743** | **161,489** |
| *Adj. Operating margin* | *8.9%* | *10.6%* | *14.7%* | *21.3%* | *24.7%* | *21.7%* | *20.9%* | *25.4%* | *22.0%* | *23.5%* | *25.0%* | *23.8%* | *26.7%* |
| Interest expense | (122) | (3,013) | (1,058) | (1,862) | (1,262) | (1,034) | (5,216) | (2,299) | - | - | - | (2,299) | - |
| Interest income | - | 581 | 244 | 169 | 390 | 1,074 | 1,877 | 965 | - | - | - | 965 | - |
| Other income, net | 190 | 1,252 | 12 | 183 | (147) | 179 | 227 | 212 | - | - | - | 212 | - |
| Adj. Interest & other income | 68 | (1,180) | (802) | (1,510) | (1,019) | 219 | (3,112) | (1,122) | (9,000) | (9,000) | (9,000) | (28,122) | (36,000) |
| **Adj. EBT** | **18,685** | **24,963** | **8,754** | **15,487** | **18,546** | **17,188** | **59,975** | **19,966** | **20,864** | **24,091** | **26,700** | **91,621** | **125,489** |
| Adj. Income tax expense | 2,259 | 2,130 | 630 | 1,311 | 1,226 | 944 | 4,111 | 4,529 | 4,799 | 5,661 | 6,408 | 21,397 | 31,372 |
| *Adj. Tax rate %* | *12.09%* | *8.53%* | *7.20%* | *8.47%* | *6.61%* | *5.49%* | *6.85%* | *22.68%* | *23.00%* | *23.50%* | *24.00%* | *23.35%* | *25.00%* |
| **Adj. Net income** | **16,426** | **22,833** | **8,124** | **14,176** | **17,320** | **16,244** | **55,864** | **15,437** | **16,065** | **18,430** | **20,292** | **70,224** | **94,116** |
| *Adj. Net margin* | *7.8%* | *9.3%* | *12.5%* | *17.8%* | *21.9%* | *20.8%* | *18.5%* | *18.6%* | *11.8%* | *13.1%* | *14.2%* | *14.0%* | *15.6%* |
| **Adj. EPS - Diluted** | **0.60** | **0.79** | **0.27** | **0.45** | **0.48** | **0.45** | **1.66** | **0.44** | **0.44** | **0.50** | **0.55** | **1.92** | **2.53** |
| Adj. Diluted shares outstanding | 27,491 | 29,079 | 30,044 | 31,718 | 36,454 | 36,374 | 33,648 | 35,294 | 36,724 | 36,924 | 37,124 | 36,517 | 37,249 |

| *Y/Y Growth* | FY'16 | FY'17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | FY'18 | Mar-19 | Jun-19 | Sep-19 | Dec-19 | FY'19 | FY'20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | **17.6%** | **9.9%** | **30.7%** | **25.4%** | **24.2%** | **22.7%** | **27.8%** | **70.0%** | **78.0%** | **83.0%** | **66.4%** | **20.5%** |
| Adj. Total cost of revenue | | 5.3% | 0 2% | 15 9% | 14 5% | 22.2% | 13.0% | 9 9% | 51 9% | 56 5% | 45.1% | 41.8% | 11.0% |
| Adj. Research and development | | 33.9% | 18.6% | 40 3% | 24 5% | 21.0% | 26.0% | 25.3% | 85.1% | 97.7% | 107.4% | 81.0% | 18.8% |
| Adj. General and administrative | | 0.2% | 12.4% | 7.8% | 13.7% | 17.7% | 12.8% | 7.1% | 73 6% | 78.7% | 62.0% | 54.8% | 9.2% |
| Adj. Sales and marketing | | 21.5% | (15 5%) | (4.5%) | (4.4%) | 7.2% | (4.6%) | 7 2% | 69.1% | 90 8% | 84.3% | 64.0% | 20.1% |
| Adj. Total operating expenses | | 19.6% | (1.8%) | 9.4% | 7.0% | 13.2% | 6.9% | 12.5% | 75 3% | 90.7% | 87.3% | 67.5% | 17.6% |
| Bookings | | 17.48% | 8.80% | 27.99% | 32.06% | 31.07% | 24.88% | | | | | | |



Case 1:19-cv-11662-LTS    Document 134-70    Filed 06/02/23    Page 6 of 7

| Balance Sheet | FY'16 | FY'17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | FY'18 | Mar-19 |
|---|---|---|---|---|---|---|---|---|
| Cash & equivalents | 59,287 | 128,231 | 71,009 | 70,982 | 200,981 | 198,087 | 198,087 | 252,602 |
| Accounts receivable | 16,639 | 22,219 | 31,159 | 32,078 | 32,582 | 31,569 | 31,569 | 50,501 |
| Prepaid expenses and other current | 7,325 | 6,823 | 8,680 | 10,620 | 10,059 | 10,409 | 10,409 | 30,742 |
| **Total Current Assets** | 83,251 | 157,273 | 110,848 | 113,680 | 243,622 | 240,065 | 240,065 | 333,845 |
| Property and equipment, net | 23,872 | 28,790 | 38,622 | 36,587 | 35,436 | 34,101 | 34,101 | 45,446 |
| Right of use lease assets | - | - | - | - | - | - | - | 55,204 |
| Other assets | 157 | 804 | 10,844 | 12,337 | 13,072 | 13,876 | 13,876 | 26,273 |
| Acquired intangible assets | 13,751 | 44,994 | 138,595 | 134,770 | 126,501 | 117,963 | 117,963 | 430,297 |
| Goodwill | 23,728 | 80,958 | 157,215 | 155,341 | 155,258 | 155,086 | 155,086 | 541,230 |
| **Total Assets** | 144,759 | 312,819 | 456,124 | 452,715 | 573,889 | 561,091 | 561,091 | 1,432,295 |
| Accounts payable | 5,819 | 10,842 | 9,561 | 5,820 | 4,074 | 2,114 | 2,114 | 4,942 |
| Accrued compensation | - | - | - | 9,989 | 9,398 | 11,620 | 11,620 | 154,145 |
| Accrued expenses & other | 19,768 | 21,675 | 25,165 | 18,922 | 15,848 | 15,844 | 15,844 | 47,583 |
| Short-term debt | - | - | - | - | 116,640 | - | - | - |
| Accrued treasury share repurchase | - | - | - | - | - | - | - | - |
| Current portion of deferred revenue | 86,311 | 100,241 | 116,859 | 121,032 | 121,270 | 121,553 | 121,553 | 172,432 |
| **Total Current Liabilities** | 111,898 | 132,758 | 151,585 | 155,763 | 267,230 | 151,131 | 151,131 | 379,102 |
| Long-term debt | - | 111,819 | 203,398 | 194,992 | - | 118,305 | 118,305 | 645,371 |
| Long-term lease liabilities | - | - | - | - | - | - | - | 51,798 |
| Deferred revenue, net of current | 21,280 | - | 27,467 | 27,682 | 28,044 | 29,151 | 29,151 | 42,418 |
| Other liabilities | 5,747 | 5,704 | 6,230 | 5,876 | 5,686 | 5,294 | 5,294 | 50,423 |
| **Total Liabilities** | 138,925 | 250,281 | 388,680 | 384,313 | 300,960 | 303,881 | 303,881 | 1,169,112 |
| Total Stockholders' Equity | 5,834 | 62,538 | 67,444 | 68,402 | 272,929 | 257,210 | 257,210 | 263,183 |
| **Total Liabilities & Equity** | 144,759 | 312,819 | 456,124 | 452,715 | 573,889 | 561,091 | 561,091 | 1,432,295 |

**Carbonite, Inc.**
**Institutional Research**



**May 3, 2019**

## REQUIRED DISCLOSURES



*Source: FactSet*

Initiate:  March 16, 2017 – Rating: Buy – Price Target: $30
May 8, 2018 – Rating: Buy – Price Target: $40
August 3, 2018 – Rating: Buy – Price Target: $45
November 2, 2018 – Rating Buy – Price Target: $40
February 8, 2019– Rating Buy – Price Target: $38
May 3, 2019 – Rating Buy – Price Target $43

**Ratings definitions:**
**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price.  **Hold** rated stocks generally have twelve month price targets near the current price.  **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**
**Improving** means growth rates of key business metrics are generally accelerating.  **Stable** means growth rates of key business metrics are generally steady.  **Mixed** means growth rates of some key business metrics are positive but others are negative.  **Declining** means growth rates of key business metrics are generally decelerating.

**Ratings Distribution (3/31/2019)**

| Rating | % Of Companies Covered | Investment Banking Relationships | % With Investment Banking Relationships |
|---|---|---|---|
| Buy | 75% | 32 | 15% |
| Hold | 24% | 0 | 0% |
| Sell | 1% | 0 | 0% |
| Total | 100% | 32 | 12% |

**Information about valuation methods and risks can be found in the "STOCK OPPORTUNITY" and "RISKS" sections, respectively, of this report.**

CHLM makes a market in this security.

CHLM has managed or co-managed an offering of securities for the subject company in the last 12 months.  CHLM has received investment banking revenue from the subject company in the last 12 months.  CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business.  Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may affect transactions as principal or agent in the securities mentioned herein.  The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, Chad Bennett, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer.  No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.