# EXHIBIT 72

*JMP Securities LLC analyst report*
*5/03/2019*

**Cybersecurity & IT Infrastructure | Estimate Changes**
May 3, 2019



| Carbonite, Inc. (CARB) | MARKET OUTPERFORM |
|---|---|
| Solid F1Q19 Fueled by Core Data Protection Business but Management Guides Lower | Price: $24.58<br>Price Target: $44.00 |

## INVESTMENT HIGHLIGHTS

- We maintain our Market Outperform rating and $44 price target after Carbonite reported 1Q19 results above the consensus estimates and guided below consensus for 2Q19, leading the stock to trade up ~10% in the aftermarket.

- The company reported EPS of $0.44 (JMP $0.42; consensus $0.36) on revenues of $83M (JMP/consensus $78M) and guided to 2Q19 revenues of $133-$137M (prior JMP $137M; consensus $136M).

- The Webroot deal closed on March 26th, earlier than anticipated, and contributed $4M of the beat in the quarter. Additionally, 2Q19 will be the first full quarter with Webroot as a part of Carbonite, and is the driver behind the expected pronounced growth for the rest of FY19.

- The company reported gross margins of 79.5%, 130 bps above the consensus expectation. It also posted an operating margin of 25.4%, 390 bps above consensus.

- Management noted its current net leverage is ~3.9x, but it expects to pay down its $550M term loan aggressively and have a net leverage <2x by early FY21.

- Three key points we take away from the call are:

  ○ Carbonite reported a strong 1Q19, beating revenue expectations in the quarter. We believe the beat is primarily due to strength in the core subscription data protection platform. However, $4M of the $5M beat was due to the Webroot acquisition closing earlier than expected.

  ○ The company reported robust GM and OM metrics and raised its FY19 adjusted EBITDA outlook by $3M at the midpoint. We are encouraged by the upside as we believe Carbonite will be able to achieve the high end of its LT margin guide faster than previously expected.

  ○ Last year Carbonite acquired one of its main competitors, Mozy, to expand its customer and partner reach. Management reported that over 80k Mozy customers have transferred over to the Carbonite platform, representing the large majority of the customer base. We believe the successful migration reflects the power of Carbonite's platform.

- We view CARB shares as undervalued, currently trading in the aftermarket at an EV of 2.6x our CY20E sales estimate, whereas our $44 price target represents 3.7x our CY20E sales, a discount to peers on a growth-adjusted basis.

**Erik Suppiger**
esuppiger@jmpsecurities.com
(415) 835-3918

**Michael Berg**
mberg@jmpsecurities.com
(415) 835-3914

### MARKET DATA

| | |
|---|---|
| Price | $24.58 |
| 52-Week Range: | $21.84 - $43.63 |
| Shares Out. (M): | 36.5 |
| Market Cap ($M): | $897.2 |
| Average Daily Vol. (000): | 428.0 |

Source: Thomson Reuters and JMP Securities LLC

| FY DEC | | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $64.9 | $83.0A | $144.5 |
| | 2Q | $79.8 | $136.2 | $147.7 |
| | 3Q | $79.1 | $137.6 | $149.2 |
| | 4Q | $78.0 | $142.4 | $153.2 |
| | FY | $301.9 | $499.2 | $594.7 |
| EPS | 1Q | $0.27 | $0.44A | $0.55 |
| | 2Q | $0.45 | $0.45 | $0.58 |
| | 3Q | $0.48 | $0.46 | $0.58 |
| | 4Q | $0.45 | $0.52 | $0.65 |
| | FY | $1.66 | $1.87 | $2.35 |
| | P/E | 14.8x | 13.1x | 10.5x |
| Previous FY | | NC | $1.78 | $2.22 |

Source: Company reports and JMP Securities LLC

### STOCK PRICE PERFORMANCE



FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.
This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification.

Carbonite, Inc. (CARB)



## FIGURE 1. Variance Table

| F1Q19 | Guidance*** | JMP Estimates** | Consensus | Actual |
|---|---|---|---|---|
| Revenue ($M) | $77.0-$78.0 | $77.6 | $77.6 | $83.0 |
| Gross Margin | | 78.0% | 78.2% | 79.5% |
| Op. Margin | | 22.6% | 21.5% | 25.4% |
| EPS | ~$0.42*** | $0.42 | $0.36 | $0.44 |

| F2Q19 | Guidance | JMP Estimates** | Consensus | Guidance vs Consensus* |
|---|---|---|---|---|
| Billings ($M) | | $138.7 | $138.4 | |
| Revenue ($M) | $133-$137 | $137.2 | $136.0 | -0.7% |
| Gross Margin | | 81.5% | 80.9% | |
| Op. Margin | | 22.1% | 21.8% | |
| EPS | ~$0.42*** | $0.42 | $0.43 | -2.3% |

*Calculated from midpoint

**Prior estimates

*** Implied

Source: JMP Securities LLC and Company Reports

## FIGURE 2. Historical Variance



Source: JMP Securities LLC and Company Reports

**Results recap.** Carbonite reported EPS of $0.44 (JMP $0.42; consensus $0.36) on revenues of $83M (JMP/consensus $78M) and guided to 2Q19 revenues of $133-$137M (prior JMP $137M; consensus $136M). The company reported gross margins of 79.5%, 130 bps above the consensus expectation. It also posted operating margins of 25.4%, 390 bps above consensus. Additionally, management noted its current net leverage is ~3.9x, but it expects to pay down its $550M term loan aggressively and have a net leverage <2x by early FY21

**Carbonite, Inc. (CARB)**



## KEY TAKEAWAYS

**Strong 1Q19 on robust performance from core data protection in enterprise customers.** Carbonite reported a strong top-line quarter in 1Q19, driven primarily by outperformance in its core subscription data protection platform. More specifically, we believe that larger SMB customers are beginning to adopt Carbonite as a platform solution, as management noted that there were some large deal wins in the quarter. Additionally, we think that some of the strength in the subscription business was offset by further weakness in its perpetual business. We believe the robust performance in the core platform demonstrates Carbonite is gaining momentum as a holistic data protection platform for the SMB and small enterprise.

Management said that ~$4M of the $5.5M top-line beat was due to closing the Webroot deal earlier than expected. Despite that, we believe the company is effectively beginning to highlight its ability to be an enterprise platform data protection solution, which bodes well for future growth, and that is before considering the positive impacts we believe the Webroot acquisition will have.

**Margin beat lays groundwork for getting to LT margin targets faster than we anticipated**. Not only did Carbonite beat on the top line, it also exceeded expectations on GM and OM in the quarter, and guided adjusted EBITDA for FY19 $3M higher. More specifically, we believe that the beat in margins is primarily due to improvement in the core Carbonite platform, including improving overall efficiencies, better customer support, and greater cost savings from its internal data center running its platform. We feel that the strength in margins in the quarter suggests Carbonite has been able to integrate Mozy successfully and realize organic margin improvement much better than previously anticipated. Accordingly, we feel that the company will be able to achieve its LT margin targets faster than was expected, which will help expand its multiple.

**Mozy integration progressing faster than expected.** Management noted on the call that its integration with Mozy is progressing much quicker than expected. More specifically, >80k Mozy customers, out of a total of 120K, have transferred over to the Carbonite data protection platform, and management anticipates that the overwhelming majority will have migrated by the end of FY19. We believe this is significant because it suggests that Carbonite has been able to successfully integrate Mozy into its business and it highlights the strength of the Carbonite platform that so many customers shifted so quickly. Additionally, we believe that the faster-than-expected integration will help provide Carbonite with significant up- and cross-sell opportunities in FY20 to accelerate normalized growth. Accordingly, we are incrementally more confident in Carbonite's long-term strategy and its ability to successfully integrate Webroot as it enters its first full quarter with Webroot as part of the business.

Carbonite, Inc. (CARB)

**JMP**

## FIGURE 3. Income Statement

| FY Ending Dec 31 | FY2017 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | FY2018 | Mar-19 | Jun-19E | Sep-19E | Dec-19E | FY2019E | Mar-20E | Jun-20E | Sep-20E | Dec-20E | FY2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | $246,090 | $64,908 | $79,850 | $79,109 | $78,032 | $301,899 | $82,968 | $136,233 | $137,596 | $142,412 | $499,209 | $144,548 | $147,728 | $149,205 | $153,234 | $594,715 |
| *QoQ Change* | | 3.3% | 23.0% | -0.9% | -1.4% | | 6.3% | 64.2% | 1.0% | 3.5% | | 1.5% | 2.2% | 1.0% | 2.7% | |
| *YoY Change* | 17.6% | 9.9% | 30.7% | 25.4% | 24.2% | 22.7% | 27.8% | 70.6% | 73.9% | 82.5% | 65.4% | 74.2% | 8.4% | 8.4% | 7.6% | 19.1% |
| **Cost of Revenue** | $60,399 | $15,508 | $18,316 | $17,091 | $17,221 | $68,136 | $17,047 | $25,203 | $25,455 | $26,346 | $94,052 | $26,741 | $27,330 | $27,603 | $28,348 | $110,022 |
| *Pct. Of Total Revenue* | 24.5% | 23.9% | 22.9% | 21.6% | 22.1% | 22.6% | 20.5% | 18.5% | 18.5% | 18.5% | 18.8% | 18.5% | 18.5% | 18.5% | 18.5% | 18.5% |
| **Gross Profit** | $185,791 | $49,400 | $61,534 | $62,018 | $60,811 | $233,763 | $65,921 | $111,030 | $112,141 | $116,065 | $405,157 | $117,806 | $120,398 | $121,602 | $124,885 | $484,692 |
| *Gross Margin* | 75.5% | 76.1% | 77.1% | 78.4% | 77.9% | 77.4% | 79.5% | 81.5% | 81.5% | 81.5% | 81.2% | 81.5% | 81.5% | 81.5% | 81.5% | 81.5% |
| **Sales and Marketing** | $86,493 | $19,218 | $21,268 | $20,291 | $21,700 | $82,477 | $20,600 | $38,600 | $40,100 | $40,850 | $140,150 | $40,850 | $40,850 | $42,350 | $42,350 | $166,400 |
| *Pct. Of Total Revenue* | 35.1% | 29.6% | 26.6% | 25.6% | 27.8% | 27.3% | 24.8% | 28.3% | 29.1% | 28.7% | 28.1% | 28.3% | 27.7% | 28.4% | 27.6% | 28.0% |
| **Research and Development** | $42,942 | $11,797 | $14,670 | $13,889 | $13,770 | $54,126 | $14,778 | $25,278 | $24,778 | $25,278 | $90,112 | $25,278 | $26,478 | $26,678 | $26,878 | $105,312 |
| *Pct. Of Total Revenue* | 17.4% | 18.2% | 18.4% | 17.6% | 17.6% | 17.9% | 17.8% | 18.6% | 18.0% | 17.7% | 18.1% | 17.5% | 17.9% | 17.9% | 17.5% | 17.7% |
| **General and Administrative** | $30,213 | $8,829 | $8,599 | $8,273 | $8,372 | $34,073 | $9,455 | $16,455 | $16,455 | $16,455 | $58,820 | $16,455 | $16,455 | $16,455 | $16,455 | $65,820 |
| *Pct. Of Total Revenue* | 12.3% | 13.6% | 10.8% | 10.5% | 10.7% | 11.3% | 11.4% | 12.1% | 12.0% | 11.6% | 11.8% | 11.4% | 11.1% | 11.0% | 10.7% | 11.1% |
| **Total Operating Expenses** | $159,648 | $39,844 | $44,537 | $42,453 | $43,842 | $170,676 | $44,833 | $80,333 | $81,333 | $82,583 | $289,082 | $82,583 | $83,783 | $85,483 | $85,683 | $337,532 |
| *Pct. Of Total Revenue* | 64.9% | 61.4% | 55.8% | 53.7% | 56.2% | 56.5% | 54.0% | 59.0% | 59.1% | 58.0% | 57.9% | 57.1% | 56.7% | 57.3% | 55.9% | 56.8% |
| **Operating Income** | $26,143 | $9,556 | $16,997 | $19,565 | $16,969 | $63,087 | $21,088 | $30,697 | $30,808 | $33,482 | $116,075 | $35,223 | $36,615 | $36,119 | $39,202 | $147,160 |
| *Operating Margin* | 10.6% | 14.7% | 21.3% | 24.7% | 21.7% | 20.9% | 25.4% | 22.5% | 22.4% | 23.5% | 23.3% | 24.4% | 24.8% | 24.2% | 25.6% | 24.7% |
| Interest and other income (expense) | ($1,180) | ($802) | ($1,510) | ($1,019) | $223 | ($3,108) | ($1,122) | ($10,000) | ($9,600) | ($9,200) | ($29,922) | ($8,800) | ($8,400) | ($8,000) | ($7,600) | ($32,800) |
| **Pre-Tax Earnings** | $24,963 | $8,754 | $15,487 | $18,546 | $17,192 | $59,979 | $19,966 | $20,697 | $21,208 | $24,282 | $86,153 | $26,423 | $28,215 | $28,119 | $31,602 | $114,360 |
| *EBT Margin* | 10.1% | 13.5% | 19.4% | 23.4% | 22.0% | 19.9% | 24.1% | 15.2% | 15.4% | 17.1% | 17.3% | 18.3% | 19.1% | 18.8% | 20.6% | 19.2% |
| (Benefit) provision for income tax | $2,130 | $630 | $1,311 | $1,226 | $948 | $4,115 | $4,529 | $4,553 | $4,666 | $5,342 | $19,090 | $6,606 | $7,054 | $7,030 | $7,901 | $28,590 |
| *Tax Rate* | 8.5% | 7.2% | 8.5% | 6.6% | 5.5% | 6.9% | 22.7% | 22.0% | 22.0% | 22.0% | 22.2% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| **Non-GAAP Net Income** | $22,833 | $8,124 | $14,176 | $17,320 | $16,244 | $55,864 | $15,437 | $16,144 | $16,542 | $18,940 | $67,063 | $19,818 | $21,161 | $21,089 | $23,702 | $85,770 |
| *Net Margin* | 9.3% | 12.5% | 17.8% | 21.9% | 20.8% | 18.5% | 18.6% | 11.9% | 12.0% | 13.3% | 13.4% | 13.7% | 14.3% | 14.1% | 15.5% | 14.4% |
| **Diluted EPS (Recurring)** | $0.79 | $0.27 | $0.45 | $0.48 | $0.45 | $1.66 | $0.44 | $0.45 | $0.46 | $0.52 | $1.87 | $0.55 | $0.58 | $0.58 | $0.65 | $2.35 |
| **Diluted Shares Outstanding** | 28,907 | 30,044 | 31,718 | 36,454 | 36,374 | 33,648 | 35,294 | 35,694 | 35,994 | 36,194 | 35,794 | 36,294 | 36,394 | 36,494 | 36,594 | 36,444 |

**Balance Sheet Items**

| | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Mar-19 |
|---|---|---|---|---|---|
| A/R DSOs | 44 | 37 | 38 | 37 | 56 |
| Cash/Share | $2.36 | $2.24 | $5.51 | $5.45 | $7.16 |
| Working Capital | (40,737) | (42,083) | (23,608) | 88,934 | (45,257) |
| | | | | | |
| Cash and Cash Equivalents | 71,009 | 70,982 | 200,981 | 198,087 | 252,602 |
| Accounts Receivable | 31,159 | 32,078 | 32,582 | 31,569 | 50,501 |
| Total Current Assets | 110,848 | 113,680 | 243,622 | 240,065 | 333,845 |
| Net PP&E | 38,622 | 36,587 | 35,436 | 34,101 | 45,446 |
| Total Assets | 456,124 | 452,715 | 573,889 | 561,091 | 1,432,295 |
| Accounts Payable | 9,561 | 5,820 | 4,074 | 2,114 | 4,942 |
| ST Deferred Revenue | 116,859 | 121,032 | 116,640 | 121,553 | 172,432 |
| Total Current Liabilities | 151,585 | 155,763 | 267,230 | 151,131 | 379,102 |
| LT Deferred Revenue | 27,467 | 27,682 | 28,044 | 29,151 | 42,418 |
| LT Debt | 203,398 | 194,992 | 0 | 118,305 | 645,371 |
| Total Liabilities | 388,680 | 384,313 | 300,960 | 303,881 | 1,169,112 |

*Source: JMP Securities LLC and Company Reports*

Carbonite, Inc. (CARB)



## FIGURE 4.  Adjusted EBITDA

| FY Ending Dec 31 | FY2017 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | FY2018 | Mar-19 | Jun-19E | Sep-19E | Dec-19E | FY2019E | Mar-20E | Jun-20E | Sep-20E | Dec-20E | FY2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operating Income | $26,143 | $9,556 | $16,997 | $19,565 | $16,969 | $63,087 | $21,088 | $30,697 | $30,808 | $33,482 | $116,075 | $35,223 | $36,615 | $36,119 | $39,202 | $147,160 |
| Dep & Amrt | 21,731 | $6,077 | $11,686 | $11,859 | $12,164 | $41,786 | $11,149 | $11,249 | $11,349 | $11,449 | $45,196 | $11,549 | $11,649 | $11,749 | $11,849 | $46,796 |
| Adjustments | -$9,019 | -$3,352 | -$7,794 | -$8,388 | -$8,305 | -$27,839 | -$7,382 | -$6,382 | -$5,632 | -$5,632 | -$25,028 | -$6,250 | -$6,250 | -$6,250 | -$6,250 | -$25,000 |
| Adjusted EBITDA | $38,855 | $12,281 | $20,889 | $23,036 | $20,828 | $77,034 | $24,855 | $35,564 | $36,525 | $39,299 | $136,243 | $40,522 | $42,014 | $41,618 | $44,801 | $168,956 |

*Source: JMP Securities LLC and Company Reports*

## FIGURE 5.  Revenue Breakout

| FY Ending Dec 31 | FY2014 | FY2015 | Mar-16 | Jun-16 | Sep-16 | Dec-16 | FY2016 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | FY2017 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | FY2018 | Mar-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | $122,620 | $136,616 | $48,678 | $54,235 | $52,484 | $53,903 | $209,300 | $59,087 | $61,079 | $63,102 | $62,822 | $246,090 | $64,908 | $79,850 | $79,109 | $78,032 | $301,899 | $82,968 |
| QoQ Change | | | 39% | 11% | -3% | 3% | | 10% | 3% | 3% | 0% | | 3% | 23% | -1% | -1% | | 6% |
| YoY Change | | 11% | 47% | 60% | 52% | 54% | 53% | 21% | 13% | 20% | 17% | 18% | 10% | 31% | 25% | 24% | 23% | 28% |

*Source: JMP Securities LLC and Company Reports*

**Carbonite, Inc. (CARB)**



## Company Description

Carbonite sells its data protection solutions into two distinct markets: consumer and SMB (small and medium-sized businesses). Carbonite has transformed itself into a leading provider of cloud-based data protection services for the SMB data protection market, a $10B market that has been severely disrupted. The company primarily targets cloud-based data protection, which is benefiting from several trends, including the rise of ransomware, the trend toward cloud, and the increasing need to reduce data center costs. With a focus on smaller businesses, we believe Carbonite is particularly well positioned, as we think momentum in cloud data protection will remain concentrated to the mid-market and below for the next couple years.

## Investment Risks

Public cloud competition. The trend toward hyperscale public clouds such AWS and Microsoft Azure is in full swing, as evidenced by the substantial revenues these businesses have amassed over the last few years. We think backup will continue to be a popular use case as SMBs and enterprises migrate more workloads to public cloud services, creating a formidable competitive threat to Carbonite.

Traditional competition. We believe the markets in which Carbonite competes are highly competitive. In the SMB space, there are several vendors targeting cloud backup and disaster recovery, making the market highly competitive. Carbonite is forced to compete with large vendors, such as EMC and Veritas, that serve a broad spectrum of customers, as well as established vendors that target the mid-size and small business customer, such as Barracuda Networks and Veeam. In addition, Carbonite competes directly with innovative and nimble startups, such as Zerto.

Sub-scale vendor in space ripe for consolidation. We believe the SMB and enterprise storage space will consolidate as enterprises seek to minimize the number of vendors managed. Particularly as enterprises move to hybrid cloud architectures, where the utilization of both on-premise and public cloud infrastructure exaggerate complexity, we believe there will be a need for more cohesion across infrastructure types, leading to vendor consolidation. Accordingly, we think there is a risk that Carbonite will struggle as a sub-scale vendor as SMBs and enterprises alike gravitate toward larger, all-in-one vendors.

Integration risk. While Carbonite has shown an ability to integrate acquisitions (e.g., EVault), part of our investment thesis is that the company will continue to realize synergies from the acquisitions, as well as other acquisitions, such as Double-Take Software. As with any acquisition, there are integration risks, particularly when the strategy includes cutting headcount and other costs out of the target organization. While we expect management to continue to execute well with integrating acquisitions, we acknowledge there is integration risk associated with Carbonite's previous acquisitions, as well as future acquisitions.

Execution risk with new management in place. While we view a refreshed management team as a key positive for the company, we acknowledge there is always risk associated with a new team. With four of the six management team members joining in 2016 or later, there is still a risk of execution challenges, potentially brought on by clashing management styles, or a lack of cohesion around the vision of the company.

**Carbonite, Inc. (CARB)**



## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Erik Suppiger and Michael Berg

**JMP Securities Disclosures:**

JMP Securities currently makes a market in the security of Carbonite, Inc.

JMP Securities was manager or co-manager of a public offering of securities for Carbonite, Inc. (CARB) in the past 12 months, and received compensation for doing so.

JMP Securities expects to receive OR intends to seek compensation for investment banking services from Carbonite, Inc. in the next 3 months.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of May 3, 2019)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 245 | 58.06% | Buy | 245 | 58.06% | 67 | 27.35% |
| MARKET PERFORM | Hold | 141 | 33.41% | Hold | 141 | 33.41% | 24 | 17.02% |
| MARKET UNDERPERFORM | Sell | 4 | 0.95% | Sell | 4 | 0.95% | 0 | 0% |
| COVERAGE IN TRANSITION | | 31 | 7.35% | | 31 | 7.35% | 6 | 19.35% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 422 | 100% | | 422 | 100% | 97 | 22.99% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.



Rating and Price Target History for: Carbonite, Inc. (CARB) as of 05-02-2019

Created by: BlueMatrix

**Carbonite, Inc. (CARB)**



**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2019. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

**Carbonite, Inc. (CARB)**



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

---

## RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |

**Commercial & Specialty Finance**
| | |
|---|---|
| Christopher York | (415) 835-8965 |
| Thomas Wenk | (415) 835-8962 |

**Consumer Finance**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Jeff Zhang, CFA | (415) 835-8948 |

**Financial Processing & Outsourcing**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Jeff Zhang, CFA | (415) 835-8948 |

**Insurance**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Karol Chmiel | (312) 768-1786 |

**Investment Banks & Brokers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
| | |
|---|---|
| Steven C. DeLaney | (212) 906-3517 |
| Chris Muller | (212) 906-3559 |
| Trevor Cranston, CFA | (415) 869-4431 |
| Mikhail Goberman | (212) 906-3543 |

### HEALTHCARE

**Biopharma**
| | |
|---|---|
| Donald Ellis, PharmD | (212) 906-3507 |
| Naz bur Rahman | (212) 906-3519 |

**Biotechnology**
| | |
|---|---|
| Liisa A. Bayko | (312) 768-1785 |
| Jonathan Wolleben | (312) 768-1788 |
| Neil Panchal, MD | (312) 768-1795 |
| Jason N. Butler, PhD | (212) 906-3505 |
| Roy Buchanan | (212) 906-3509 |

**Healthcare Services & Facilities**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Jonathan Freed | (415) 835-8908 |

**Medical Devices & Supplies**
| | |
|---|---|
| David Turkaly | (212) 906-3563 |
| Daniel W. Stauder | (212) 906-3535 |

### REAL ESTATE

**Housing & Land Development**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Aaron Hecht | (415) 835-3963 |
| Doug Hansen | (415) 835-8934 |

**Property Services**
| | |
|---|---|
| Mitch Germain | (212) 906-3546 |
| Corey DeVito | (212) 906-3525 |

**Residential Services**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |

**REITs: Healthcare & Specialty**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Jonathan Freed | (415) 835-8908 |

**REITs: Diversified, Industrial, Office, & Retail**
| | |
|---|---|
| Mitch Germain | (212) 906-3546 |
| Corey DeVito | (212) 906-3525 |

**REITs: Residential**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |

### TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**
| | |
|---|---|
| Joseph Osha | (415) 835-8998 |
| Hilary Cauley | (415) 835-8996 |

**Cybersecurity & IT Infrastructure**
| | |
|---|---|
| Erik Suppiger | (415) 835-3918 |
| Michael Berg | (415) 835-3914 |

**Internet & Digital Media**
| | |
|---|---|
| Ronald V. Josey III | (212) 906-3528 |
| Samuel Dimond | (415) 835-8916 |
| David Yueh | (415) 835-3957 |

**Software**
| | |
|---|---|
| Patrick Walravens | (415) 835-8943 |
| Joe Goodwin | (415) 869-4477 |
| Mark Chan | (415) 835-8930 |
| Joey Marincek | (415) 869-4418 |

---

## ADDITIONAL CONTACTS

**Thomas R. Wright**
**Director of Equities**
(212) 906-3599

**Charles Sweeney**
**Director of Sales & Trading**
(212) 906-3573

**600 Montgomery Street, Suite 1100**
San Francisco, CA 94111
www.jmpsecurities.com