# EXHIBIT 73

*Lake Street Capital Markets analyst report
5/03/2019*



INSTITUTIONAL EQUITY RESEARCH | May 3, 2019

# Carbonite, Inc.                                            BUY

(CARB – $24.58)                                    Price Target:  $39

**Eric Martinuzzi, CFA**
Senior Research Analyst
612-326-1315
eric.martinuzzi@lakestreetcm.com

www.lakestreetcapitalmarkets.com

## Legacy CARB Business Tracking To Plan. Webroot Acquisition Helps Bump Up 2019.

**First Blush** – The Q1 headline beat was accurate, but a bit misleading. Carbonite estimates it saw about $3.5M - $4.0M of Q1 revenue impact from the Mar 26 close of Webroot.  The Webroot contribution explains the bulk of the Q1 revenue beat as the original guidance included no contribution from Webroot.  The updated full year 2019 guidance captures the extra days' contribution of Webroot, plus a bit of conservatism.

**Offsetting Segments** – Regarding performance vs expectations for the legacy business, the company saw underperformance in business perpetual offset by outperformance in business subscription.

**Growth Rates** – For 2019, Carbonite expects mid-single digit growth overall:

1. <u>Webroot</u> (42% of total revenue) – low double-digit growth rate
2. <u>Legacy CARB</u> (58%) – up low single digits
   a. Consumer – up low single-digits
   b. Business Perpetual – down double-digits, about $40M for the year
   c. Business Subscription - slightly lower than 10% to 10%

## HIGHLIGHTS

ï **Quarter, Outlook** – Q1'19 NG revenue of $83M grew 28% y/y and was ahead of expectations by $5.4M on earlier-than-modeled Webroot close and solid data protection business. AEBITDA of $24.9M was ahead of the $20.6M consensus.  Q2'19 revenue and AEBITDA guidance bracketed estimates as shown in the table below. On Q1 outperformance, management increased FY19 NG revenue guidance to $491M-$505M from $488M-$502M. On the profitability front, FY19 NG gross margin guidance of 80.5%-81.5% was reiterated.  AEBITDA was upped to $132M-$137M, from $129M-$134M.

| | This Quarter | | Next Quarter | | 2019 | |
|---|---|---|---|---|---|---|
| | Actual | Consensus | Guidance | Consensus | Guidance | Consensus |
| Rev, M | $83.0 | $77.6 | $133-$137 | $136.0 | $491-$505 | $495 |
| AEBITDA, M | $24.9 | $20.6 | $34-$36 | $35.2 | $132-$137 | $131.1 |

*Source: Carbonite, Thomson EIKON*

ï **Bye Bye Bookings –** Carbonite chose not to give a bookings metric for Q1. Webroot runs its business from more of an "incremental ARR" perspective and Carbonite is likely to adopt ARR company-wide.

ï **Post-Webroot Mix** – Customer mix is 60% enterprise / 40% consumer for the new Carbonite.

ï **Competition –** The company noted heightened competition from traditional data protection competitors on the server side: Veeam, Barracuda, Datto, and Zerto.  While it will compete as usual in server, Carbonite also feels it has less competition in endpoint and will look to gain share there.

### Changes

| Changes | Previous | Current |
|---|---|---|
| Rating: | -- | BUY |
| Price Target: | -- | $39 |
| FY19E Rev M: | $490 | $495 |
| FY20E Rev M: | -- | $560 |
| FY19E AEBITDA M: | $130 | $134 |
| FY20E AEBITDA M: | -- | $147 |
| FY19E EPS*: | $1.84 | $1.82 |
| FY20E EPS*: | -- | $2.09 |

### Profile

| Profile | |
|---|---|
| Price: | $24.58 |
| Shares Out M: | 35.3 |
| Market Cap M: | $868 |
| Avg. Daily Vol. | 568,055 |
| Insiders Own | 6% |
| Short Int, M / % of float: | 3.6 / 11% |
| Tan. Book Val./Sh.: | ($20.07) |
| Net Cash /Sh.: | ($14.83) |
| Div / Yield | NA / NA |

| Rev (M) | 2018A | 2019E | 2020E |
|---|---|---|---|
| Mar | $64.9 | $83.0A | $133.1 |
| Jun | $79.9 | $133.4 | $138.0 |
| Sep | $79.1 | $137.4 | $142.1 |
| Dec | $78.0 | $141.4 | $146.5 |
| FY | $301.9 | $495.3 | $559.6 |

| EPS* | 2018A | 2019E | 2020E |
|---|---|---|---|
| Mar | $0.27 | $0.44A | $0.43 |
| Jun | $0.45 | $0.41 | $0.49 |
| Sep | $0.48 | $0.46 | $0.56 |
| Dec | $0.45 | $0.51 | $0.61 |
| FY | $1.64 | $1.82 | $2.09 |

*ex items

| Valuation | 2018A | 2019E | 2020E |
|---|---|---|---|
| EV/Rev | 4.6x | 2.8x | 2.5x |
| P/E | 15x | 14x | 12x |

### Management

| Management | |
|---|---|
| Ch | Steve Munford |
| P/CEO | Mohamad Ali |
| CFO | Anthony Folger |

### Company Description

Carbonite provides cloud data protection for businesses and consumers.

---

SEE LAST PAGE FOR IMPORTANT DISCLOSURES                                    Page 1 of 4

**LAKE STREET**
CAPITAL MARKETS

May 3, 2019

ï    **Mozy, One Year Later** – Over 80,000 Mozy customers have migrated to the Carbonite platform.  The transaction closed in Mar 2018.

## INVESTMENT THESIS & VALUATION

Carbonite has reinvented itself over the past several years.  It has used its balance sheet and free cash flow to expand beyond just being a provider of consumer endpoint backup.  Today it provides both data protection and security to enterprise while continuing to provide consumer endpoint data protection.  The company has grown by four large acquisitions in the past four years: eVault (Seagate), DoubleTake Software, Mozy (Dell), and Webroot.  The company is tracking to $0.5B in revenue and believes it is only a matter of time before it reaches $1.0B. We believe the company's added scale and ability to generate free cash flow remain underappreciated by investors.

### VALUATION

We rate Carbonite shares BUY with a $39 target. Our price target is a 3.4x multiple on our 2020 revenue estimate. The math works out to 3.4x $560M, minus $524M net debt, divided by 35.3M shares outstanding.

## RISKS

An investment in Carbonite involves the following risks:

ï    **Operational Risk** – Any significant disruption in service or loss of customers' data could damage Carbonite's reputation and harm financial results.

ï    **Privacy Issue** – If the security of customer confidential information stored in Carbonite systems is breached or customer files are otherwise subjected to unauthorized access, Carbonite's reputation and business may be harmed, and the company may be exposed to liability.

ï    **Acquisitions** – Carbonite makes opportunistic acquisitions, such as the 2016 acquisition of EVault, the 2017 acquisition of Double-Take, the 2018 acquisition of Mozy, and the Webroot acquisition expected to close in Q1'19. There can be no assurance acquisitions will be accretive.

ï    **Price Competition** – Demand for cloud backup services is sensitive to price. Some of Carbonite's competitors offer lower-priced—even free—services and the company may be unable to maintain competitive differentiation.

---

# FINANCIAL MODEL

## Carbonite, Inc.

| Fiscal Year Ends Dec | 2017A | Mar18A | Jun18A | Sep18A | Dec18A | 2018A | Mar19A | Jun19E | Sep19E | Dec19E | 2019E | Mar20E | Jun20E | Sep20E | Dec20E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement $M:** | | | | | | | | | | | | | | | | |
| **NG Revenue** | $246.090 | $64.908 | $79.850 | $79.109 | $78.032 | $301.899 | $82.968 | $133.444 | $137.405 | $141.447 | $495.264 | $133.094 | $137.971 | $142.091 | $146.460 | $559.616 |
| Wr-dn of Acqrd Deferred | 6.628 | 0.882 | 2.116 | 1.427 | 1.066 | 5.491 | 1.8 | 0.5 | - | - | 2.253 | 0.5 | 0.5 | - | - | 1.000 |
| Revenue | $239.462 | $64.026 | $77.734 | $77.682 | $76.966 | $296.408 | $81.215 | $132.944 | $137.405 | $141.447 | $493.011 | $132.594 | $137.471 | $142.091 | $146.460 | $558.616 |
| Adj Cost of Rev | 60.299 | 15.508 | 18.316 | 17.091 | 17.221 | 68.136 | 17.047 | 26.022 | 25.420 | 26.168 | 94.656 | 25.953 | 26.904 | 26.287 | 27.095 | 106.240 |
| **Adj Gross Profit** | 185.791 | $49.400 | $61.534 | $62.018 | $60.811 | 233.763 | $65.921 | $107.422 | $111.985 | $115.279 | 400.608 | $107.141 | $111.066 | $115.804 | $119.365 | 453.376 |
| *Adj Gross Margin* | *75.5%* | *76.1%* | *77.1%* | *78.4%* | *77.9%* | *77.4%* | *79.5%* | *80.5%* | *81.5%* | *81.5%* | *80.9%* | *80.5%* | *80.5%* | *81.5%* | *81.5%* | *81.0%* |
| Adj R&D | 42.942 | 11.797 | 14.670 | 13.889 | 13.770 | 54.126 | 14.778 | 25.578 | 25.578 | 25.578 | 91.512 | 26.601 | 26.601 | 26.601 | 26.601 | 106.404 |
| Adj G&A | 30.213 | 8.829 | 8.599 | 8.273 | 8.372 | 34.073 | 9.455 | 12.455 | 12.455 | 12.455 | 46.820 | 12.705 | 12.705 | 12.705 | 12.705 | 50.820 |
| Adj S&M | 86.493 | 19.218 | 21.268 | 20.291 | 21.700 | 82.477 | 20.600 | 40.959 | 43.828 | 44.823 | 150.211 | 39.042 | 40.473 | 41.682 | 42.963 | 164.160 |
| Adj Total Operating Exp | 159.648 | 39.844 | 44.537 | 42.453 | 43.842 | 170.676 | 44.833 | 78.992 | 81.861 | 82.856 | 288.543 | 78.349 | 79.779 | 80.988 | 82.269 | 321.385 |
| **Adj Operating Income** | 26.143 | $9.556 | $16.997 | $19.565 | $16.969 | 63.087 | $21.088 | $28.430 | $30.124 | $32.423 | 112.065 | $28.792 | $31.287 | $34.817 | $37.095 | 131.991 |
| *Adj Operating Margin* | 10.6% | *14.7%* | *21.3%* | *24.7%* | *21.7%* | 20.9% | *25.4%* | *21.3%* | *21.9%* | *22.9%* | 22.6% | *21.6%* | *22.7%* | *24.5%* | *25.3%* | 23.6% |
| Int (exp) & other (exp) | (1.180) | (0.802) | (1.510) | (1.019) | (1.409) | **(4.740)** | (2.834) | (9.600) | (9.000) | (8.700) | **(30.134)** | (8.400) | (8.100) | (7.800) | (7.500) | **(31.800)** |
| **Adj Net Income** | 22.833 | 8.124 | 14.176 | 17.320 | 16.244 | 55.864 | 15.437 | 14.688 | 16.477 | 18.504 | 65.105 | 15.906 | 18.086 | 21.073 | 23.084 | 78.149 |
| **EPS, cont ops** | ($0.14) | $0.40 | ($0.18) | $0.02 | $0.02 | $0.22 | $0.06 | $0.21 | $0.25 | $0.31 | $0.83 | $0.23 | $0.29 | $0.37 | $0.42 | $1.31 |
| **adj EPS** | $0.79 | $0.27 | $0.45 | $0.48 | $0.45 | $1.64 | $0.44 | $0.41 | $0.46 | $0.51 | $1.82 | $0.43 | $0.49 | $0.56 | $0.61 | $2.09 |
| Diluted shares outst | 29.1 | 30.0 | 31.7 | 36.5 | 36.4 | **34.0** | 35.3 | 35.6 | 36.0 | 36.4 | **35.8** | 36.8 | 37.2 | 37.6 | 38.0 | **37.4** |
| **Adj. EBITDA** | $38.885 | $21.171 | $11.999 | $23.036 | $20.828 | $77.034 | $24.855 | $34.486 | $36.180 | $38.479 | $134.000 | $32.492 | $34.987 | $38.517 | $40.795 | $146.791 |
| *Adj EBITDA %* | *15.8%* | *32.6%* | *15.0%* | *29.1%* | *26.7%* | *25.5%* | *30.0%* | *25.8%* | *26.3%* | *27.2%* | *27.1%* | *24.4%* | *25.4%* | *27.1%* | *27.9%* | *26.2%* |
| **Margin Analysis:** | | | | | | | | | | | | | | | | |
| Adj Gross Margin | **75.5%** | 76.1% | 77.1% | 78.4% | 77.9% | **77.4%** | 79.5% | 80.5% | 81.5% | 81.5% | **80.9%** | 80.5% | 80.5% | 81.5% | 81.5% | **81.0%** |
| Adj R&D | **17.4%** | 18.2% | 18.4% | 17.6% | 17.6% | **17.9%** | 17.8% | 19.2% | 18.6% | 18.1% | **18.5%** | 20.0% | 19.3% | 18.7% | 18.2% | **19.0%** |
| Adj G&A | **12.3%** | 13.6% | 10.8% | 10.5% | 10.7% | **11.3%** | 11.4% | 9.3% | 9.1% | 8.8% | **9.5%** | 9.5% | 9.2% | 8.9% | 8.7% | **9.1%** |
| Adj S&M | **35.1%** | 29.6% | 26.6% | 25.6% | 27.8% | **27.3%** | 24.8% | 30.7% | 31.9% | 31.7% | **30.3%** | 29.3% | 29.3% | 29.3% | 29.3% | **29.3%** |
| Adj Op Margin | **10.6%** | 14.7% | 21.3% | 24.7% | 21.7% | **20.9%** | 25.4% | 21.3% | 21.9% | 22.9% | **22.6%** | 21.6% | 22.7% | 24.5% | 25.3% | **23.6%** |
| | 8.5% | | | | | | | | | | | | | | | |
| **Revenue Change (Yr/Yr):** | | | | | | | | | | | | | | | | |
| Total Revenue | **18%** | 10% | 31% | 25% | 24% | **23%** | 28% | 67% | 74% | 81% | **64%** | 60% | 3% | 3% | 4% | **13%** |
| *Subscrip BIZ bookings* | | *18%* | *48%* | *59%* | *47%* | | *37%* | | | | | | | | | |
| *BIZ bookings* | *31%* | *14%* | *27%* | *33%* | *37%* | *28%* | *20%* | *38%* | *46%* | *52%* | *40%* | *46%* | *6%* | *6%* | *6%* | *14%* |
| *Consumer bookings* | *-4%* | *0%* | *29%* | *30%* | *23%* | *20%* | *9%* | *126%* | *134%* | *142%* | *106%* | *134%* | *0%* | *0%* | *0%* | *16%* |
| Total Bookings | **17%** | 9% | 28% | 32% | 31% | **25%** | 116% | 67% | 74% | 79% | **83%** | -7% | 3% | 3% | 4% | **1%** |
| Organic Bookings | | | | | | 8% - 9% | | | | | | | | | | |
| **BIZ Bookings % of Total** | | | | | | | | | | | | | | | | |
| | **67%** | 67% | 67% | 68% | 70% | **68%** | 38% | 55% | 57% | 59% | **52%** | 59% | 57% | 58% | 60% | **59%** |
| | | | | | | | | Pro-Forma | | | | | | | | |
| **Bal Sheet/Cash Flow $M:** | | | | | | | | | | | | | | | | |
| Cash | | 71 | 71 | 201 | 198 | | 253 | 122 | | | | | | | | |
| Debt | | 203 | 195 | 117 | 118 | | 645 | 645 | | | | | | | | |
| Net Cash | | ($132) | ($124) | $84 | $80 | | ($393) | ($524) | | | | | | | | |
| DSO | | 43 | 36 | 37 | 36 | | 55 | | | | | | | | | |
| CFO | 31.3 | 3.3 | 13.6 | 17.0 | 19.8 | 31.3 | 18.7 | | | | | | | | | |
| Cap ex | (17.4) | (3.3) | (4.5) | (2.1) | (3.2) | (17.4) | (2.8) | | | | | | | | | |
| FCF | 14.0 | 0.0 | 9.0 | 14.8 | 16.6 | 14.0 | 16.0 | | | | | | | | | |

Case 1:19-cv-11662-LTS   Document 134-73   Filed 06/02/23   Page 4 of 5



May 3, 2019

## IMPORTANT DISCLOSURES



Source: Thomson EIKON

February 5, 2016– Rating: BUY - Price Target: $12
May 3, 2016– Rating: BUY - Price Target: $13
August 2, 2016– Rating: BUY - Price Target: $16
November 4, 2016– Rating: BUY - Price Target: $18
February 1, 2017– Rating: BUY - Price Target: $20
February 10, 2017– Rating: BUY - Price Target: $21
February 28, 2017– Rating: BUY - Price Target: $23
August 4, 2017– Rating: BUY - Price Target: $25
February 14, 2018– Rating: BUY - Price Target: $27
May 8, 2018– Rating: BUY - Price Target: $34
August 3, 2018– Rating: BUY - Price Target: $37
November 2, 2018– Rating: BUY - Price Target: $36
February 8, 2019 – Rating: BUY - Price Target: $39

## RATINGS DEFINITION

**BUY** rated stocks are expected to generate greater than 10% returns during the next 12 months. **HOLD** rated stocks are expected to generate returns of 0% to 10% during the next 12 months. **SELL** rated stocks are expected to generate negative returns over the next 12 months and generally do not have a price target.

**Information on our valuation methodology and risks can be found in the "Investment Thesis & Valuation" and "Risks" sections.**

## RATINGS DISTRIBUTION

(as of March 1, 2019)

| Rating | All Covered Companies (%) | Investment Banking Clients (%) |
|---|---|---|
| BUY | 89.5% | 21.3% |
| HOLD | 10.5% | 0.0% |
| SELL | 0.0% | 0.0% |

## RESEARCH DISCLOSURES

Lake Street Capital Markets, or its affiliates, intends to seek or expects to receive compensation for investment banking services from the subject issuer in the next three months. During the past twelve months the subject company was a client of Lake Street and received investment banking services. During the past twelve months, Lake Street received investment banking compensation from the subject company. The authoring analysts who are responsible for the preparation of this investment research are eligible for compensation based on the total revenue and general profitability of Lake Street Capital Markets, which includes investment banking revenue. However, such authoring analyst will not receive compensation that is directly based on or linked to specific investment banking transactions.

## ANALYST CERTIFICATION – REGULATION AC

Each authoring analyst of Lake Street Capital Markets whose name appears on the front page of this investment research hereby certifies that (1) the recommendations and opinions expressed in this investment research accurately reflect the authoring analyst's personal, independent, and objective views about any and all of the subject investments or issuers discussed herein; and (2) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analysts.

## OTHER DISCLOSURES

This investment research is intended for informational purposes only and does not constitute an offer or solicitation to buy or sell securities referenced herein in any jurisdiction where such would be prohibited. Although the information and statements of fact contained in this investment research have been obtained from sources we believe to be reliable, including statistical services and issuer statements & reports, its accuracy and completeness cannot be guaranteed. The securities discussed and any recommendations made herein may not be suitable for all investors depending on their specific financial position or investment objectives. This investment research and any opinions, recommendations, and estimates contained here represent Lake Street Capital Market's judgment as of the date of this report and are subject to change without notice. Lake Street Capital Markets may effect transactions as a principal or agent in the securities mentioned herein. Additional information available on request. Member FINRA / SIPC. This report may not be reproduced, distributed, or published without the prior consent of Lake Street Capital Markets, LLC. All rights reserved.