# EXHIBIT 78

*Battle Road Research analyst report*
*5/29/2019*



Wednesday, May 29, 2019

## Carbonite
*Maintaining Our Buy Rating*
*Albeit on a Lower Price Target*

We remain enthusiastic about **Carbonite's (NASDAQ: CARB - $24.13)** opportunity to address the market for cloud data protection and cyber security, following the recent acquisition of Webroot. Key swing factors governing Carbonite's success include how quickly the combined company can achieve cross-selling synergies among its customers and channel partners. With this report, we are maintaining our Buy rating, along with a one-year price target of $36, which is below our previous price target of $40.

- *Recent Q1 results.* Carbonite's Q1 revenue of $81 million was well-ahead of our $75 million estimate for the quarter, owing to a slightly better performance from Carbonite's core business, along with a $3.5 million revenue contribution from the Webroot acquisition. The company recorded a 17 percent non-GAAP operating margin by our calculation, which excludes stock-based compensation, and intangibles amortization, a significant improvement over the prior year's 12 percent operating margin.

- *Webroot acquisition completed.* Carbonite recently completed the $620 million, all-cash acquisition of privately-held Webroot, a provider of endpoint protection, network protection, and security awareness training. The business is expected to add roughly $185 million in GAAP revenue in the coming 12 months, and catapults Carbonite into the fast growing cybersecurity market.

- *Integration Plans.* Near term opportunities exist to train and resell Carbonite's internal telesales team on Webroot's security products, as well as selective opportunities for cross-sell through each company's distribution channel. Since Webroot will be run initially as a separate business unit, it may take a while for meaningful cost synergies to be achieved. From a product perspective, Carbonite intends to integrate its data protection software services into Webroot's MSP dashboard, which could be accomplished before the end of next year.

- *Estimates and valuation.* Our GAAP revenue estimates call for $445 million this year, and $510 million next year. Our non-GAAP EPS estimates call for $1.65 this year and $2.00 next year. With this report we are reducing our one-year price target from $40 to $36. Our price target is based on an 18x EPS multiple assigned to our 2020 EPS estimate.

---

Battle Road Research • 5 Militia Drive, Suite 105 • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL                                                                                    CARB-00180574

**Battle Road Research**
*An Independent Voice*

Carbonite (CARB): Company Update, 5/29/19    2

## Investment Thesis

With trailing 12 month sales of $314 million and a market cap of $880 million, Carbonite is a pioneer in cloud-based backup and recovery for consumers and small businesses. Over the last few years Carbonite has expanded its portfolio of products through internal development and acquisition, to address the broader market of data protection. The 2016 acquisition of eVault, a product line carve out from **Seagate Technology (NASDAQ: STX)** was a game changer for Carbonite, which added an incremental $50 million in revenue, along with the ability to serve not just small businesses under 100 employees, but a larger slice of the SMB market, reaching up to 500 employees. Significantly, Carbonite paid less than $15 million for the product line. At the beginning of 2017, Carbonite executed a carve-out transaction of Double-Take software, focused on high availability, and cloud migration. At the end of Q1, 2018, Carbonite completed the Mozy backup carve-out from Dell Technologies, which added an estimated $55 million in annual sales.

The March 2019 acquisition of Webroot is by far and away the company's largest deal, and catapults Carbonite into the growing market for endpoint security and threat prevention, and more than doubles Carbonite addressable market. Under the leadership of CEO Mohamad Ali and CFO Anthony Folger we see four factors which will enable Carbonite to sustain growth over the next few years:

- *Ability to serve larger companies.* Over the last couple of years Carbonite has evolved its small business backup (SMB) product from simple end point backup to a more complete set of products for server and application backup, high availability, and data migration services, which enables it to go upstream to larger enterprises with a more complete product set.

- *Opportunities for cross sell and up-sell.* Through a channel of more than 8,000 resellers, a strong inside salesforce, and now access to Webroot's 14,000-plus MSP channel, Carbonite has the opportunity to cross sell cloud based data protection and cyber security products into a multi-billion dollar market still in the early innings of adoption.

- *Opportunity for margin expansion.* Through business discipline and operational focus Carbonite has been a consistent free cash flow generator since its IPO seven years ago. We believe that the Carbonite management team can achieve additional leverage by improving operational efficiency.

- *International expansion.* Revenue outside the US accounts for less than 15 percent of sales currently. We expect the company to expand prudently in Europe over the next few years as it adds new channel partners, and localizes products for overseas markets.

---

Battle Road Research • 5 Militia Drive, Suite 105 • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL

CARB-00180575



We see Carbonite as a solid company with a bright future ahead. With this report we are reaffirming our Buy rating and one-year price target of $36, which is now based on an 18x EPS growth rate multiple assigned to our 2020 EPS estimate of $2.00.

## Recent Developments

*Q1 Results*

Carbonite's Q1 revenue of $81 million was well-ahead of our $75 million estimate for the quarter, owing to a slightly better performance from Carbonite's core business, along with a $3.5 million revenue contribution from the Webroot acquisition, which closed in late March. As expected, the company benefitted from the recent Mozy acquisition, which contributed roughly $14 million in revenue in the quarter. Q1 was the fourth full quarter impact from Mozy, which added roughly 100,00 consumer customers and 35,000 business customers.

Non-GAAP gross margin of 79 percent was consistent with our estimate, and grew slightly over the prior year. The company recorded a 17 percent non-GAAP operating margin by our calculation, which excludes stock-based compensation and intangibles amortization, a significant improvement over the prior year's 12 percent operating margin. Our G&A expense calculation, importantly, includes what looks to be at least $7 million in investment banking and other fees for closing the Webroot acquisition. We include these costs since Carbonite is a regular, ongoing acquirer of companies, and we see such costs as recurring, rather than one-time in nature.

*Webroot Acquisition Completed*

On March 26th, Carbonite completed the $619 million, all-cash acquisition of privately-held, Webroot, which is focused on endpoint protection, network protection, and security awareness training. The company's threat intelligence database provides insights into malicious threats, utilizing machine learning. Some of Webroot's corporate customers include Cisco, F5 Networks, Citrix, and Aruba. Carbonite acquired the business for about three times revenue, a bargain in comparison to other cyber security firms, which typically trade at EV/sales multiples of 5-9x trailing 12 month sales.

Webroot had been growing at a rate of 10-14 percent over the last few years, and serves both consumers, roughly 60 percent of the business, as well as small businesses, which account for the remainder. The small business portion is growing considerably faster, in the order of 30 percent, while the consumer piece, facing competition from the likes of Symantec and McAfee, is growing at a rate of just six percent. The slower consumer growth rate accounts in no small part for the relatively low multiple to revenue paid for the business.

---

Battle Road Research • 5 Militia Drive, Suite 105 • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL                                                                                   CARB-00180576



That said, the business fits well with Carbonite's hybrid small business and consumer focus. Webroot's gross margin of 85 percent exceeds Carbonite's 79 percent, though our understanding is that Webroot is more R&D intensive than Carbonite, thus presenting the opportunity for cost synergies, once Carbonite gains insight into Webroot's R&D operations. Carbonite announced that John Post, formerly Webroot's CFO, will lead the newly acquired business unit as SVP and general manager.

*Integration Plans*

In the near-term we expect Carbonite to operate Webroot as a separate business unit, and that the company will maintain its brand identity, as evidenced by its separate website. Near term opportunities exist to train and resell Carbonite's internal telesales team on Webroot's security products. On an intermediate term basis, we believe there will be selective opportunities for Carbonite's 8,000 member reseller channel to resell Webroot's products. Similarly, Webroot claims to have over 14,000 managed services providers that manage security and other services on behalf of its customers. With sufficient training, there should be opportunities to sell Carbonite's data protection services through Webroot's channel.

From a cost perspective, we believe that Carbonite is in the process of identifying overlapping headquarter staff functions, but that it will be a while before meaningful synergies are achieved. We believe that there will be ample opportunities for achieving cost synergies, particularly in light of what will likely be a combined R&D to sales ratio of almost 20 percent for the two companies. From a product perspective, Carbonite intends to integrate its data protection software services into Webroot's MSP dashboard, which should be accomplished before the end of next year.

## Estimates and Valuation

Upon our review of Carbonite's first quarter results, and gaining better insight into the financial impact on Carbonite's revenue and earnings model, we are utilizing a GAAP revenue estimate of $445 million for 2019, which takes into account the incremental $134 million of GAAP revenue which we expect Webroot to provide for the final three quarters of 2019. For the year, we expect Carbonite to report an 80 percent gross margin, along with a non-GAAP operating margin of 24 percent. Our model excludes stock-based compensation, adds back amortization of intangibles, but does not omit M&A expenses, as we view such expenses as recurring costs for Carbonite, which undertakes at least one acquisition per year. Taking into account our expectations for a 22 percent tax rate, our EPS estimate is $1.65 for 2019.

For 2020, we are utilizing a GAAP revenue estimate of $510 million, which takes into account a full four quarters of Webroot contribution. For the year, we expect Carbonite to report an 80 percent gross margin, along with a non-GAAP operating margin of 26 percent. Our model

Battle Road Research • 5 Militia Drive, Suite 105 • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL                                                                      CARB-00180577

 **Battle Road Research**
*An Independent Voice*

Carbonite (CARB): Company Update, 5/29/19      5

excludes stock-based compensation, adds back amortization of intangibles, but does not omit M&A expenses. Taking into account our expectation for a 22 percent tax rate, our EPS estimate for 2020 is $2.00

Post-acquisition, Carbonite has roughly $130 million in cash, and $645 million in long term debt, for a net cash position of a negative $515 million. Undeniably a consequence of the considerable debt taken out to execute the Webroot acquisition, Carbonite has a decisively diminished balance sheet, though we believe the company has the capacity to generate $120 million annually in EBITDA, prior to paying down an estimated $30 million in annual interest payments.

Applying what we believe to be a reasonable 3-5 year EPS growth expectation of 15-20 percent, we are now utilizing a one-year price target of $36, which is based on the midpoint of that range applied to our 2020 EPS estimate of $2.00. This is lower than our previous price target of $40.

## Conclusion

Overall, we remain enthusiastic about Carbonite's opportunity to address the market for cloud data protection and cyber security, following the recent acquisition of Webroot. Key swing factors governing Carbonite's success include how quickly the combined company can achieve cross-selling synergies among its customers and channel partners. With this report, we are maintaining our Buy rating, along with a one-year price target of $36, which is below our previous price target of $40.

*Please note that our last opinion change on Carbonite occurred on October 12, 2017, when we raised our rating from Hold to Buy, at an opening price of $22 per share.*

## About Battle Road Research

Battle Road Research provides fund managers and analysts with an independent voice on technology and consumer stocks. Our research process combines rigorous financial analysis with insights gleaned from industry sources. We present our findings in straight-forward Buy, Hold, or Sell research reports. In addition, we publish *The Battle Road IPO Review*, a monthly screen for new ideas from a universe of more than 200 growth-oriented IPOs of the last ten years. Since our founding in October of 2001 we have refrained from investment banking, company consulting, company-paid reports, and personal investment in the stocks we research.

Battle Road Research • 5 Militia Drive, Suite 105 • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

 **Battle Road Research**
*An Independent Voice*

Carbonite (CARB): Company Update, 5/29/19    6

## Battle Road Research Disclaimer

The factual information in this report is from sources we believe to be reliable, but we do not guarantee its accuracy or completeness. Any forward-looking statements contained in, or that form the basis for this report may vary significantly from what actually happens because of the uncertainties inherent in seeking to project future events. Battle Road Research, and its employees and agents, make no guarantees or warranties regarding the performance of any security listed in this report. From our inception in October of 2001 Battle Road has refrained from investment banking, company paid reports, and investment in the stocks that we research. © May, 2019. Battle Road Research All Rights Reserved. *Reproduction of this report without the expressed written consent of Battle Road Research is prohibited.*

Battle Road Research • 5 Militia Drive, Suite 105 • Lexington, MA • 781-863-2300
Visit Us on the web at www.Battleroad.com and www.Battleroadiporeview.com
*Please see important disclosure on page 6 of this report*

CONFIDENTIAL
CARB-00180579

# Carbonite

($ millions, except EPS and %)

**Battle Road Research**
(781) 863-2300
www.Battleroad.com

**Assumptions:**
1. We exclude SBC and intangibles amort.
2. We apply a 22 percent tax rate.

| | 2017 (A) | 2018 (A) Mar-18 | Jun-18 | Sep-18 | Dec-18 | Year | (A) Mar-19 | 2019 (E) Jun-19 | Sep-19 | Dec-19 | Year | 2020 (E) Mar-20 | Jun-20 | Sep-20 | Dec-20 | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NET REVENUES | 239.5 | 64.0 | 77.7 | 77.7 | 77.0 | 296.4 | 81.2 | 119.7 | 122.7 | 121.6 | 445.3 | 117.8 | 129.3 | 132.6 | 130.1 | 509.7 |
| Cost of revenues | 59.7 | 13.7 | 18.3 | 17.1 | 17.6 | 66.7 | 17.1 | 23.9 | 24.5 | 24.3 | 89.9 | 23.6 | 25.9 | 26.5 | 26.0 | 101.9 |
| GROSS PROFIT | 179.8 | 50.4 | 59.4 | 60.6 | 59.3 | 229.7 | 64.2 | 95.8 | 98.2 | 97.3 | 355.4 | 94.2 | 103.4 | 106.0 | 104.1 | 407.8 |
| Research and develop. | 44.2 | 11.8 | 14.7 | 13.9 | 13.8 | 54.2 | 14.9 | 22.7 | 23.3 | 23.1 | 84.0 | 23.0 | 23.3 | 23.2 | 23.4 | 92.9 |
| Sales and marketing | 89.0 | 19.3 | 21.3 | 20.3 | 21.7 | 82.6 | 20.9 | 32.3 | 33.1 | 32.8 | 119.2 | 34.2 | 36.2 | 36.5 | 36.4 | 143.2 |
| General and admin. | 35.5 | 12.3 | 11.0 | 8.5 | 9.0 | 40.9 | 19.0 | 14.4 | 14.7 | 14.6 | 62.7 | 15.3 | 14.2 | 14.6 | 13.0 | 57.1 |
| Total Op. Exp. | 168.7 | 43.4 | 46.9 | 42.7 | 44.5 | 177.6 | 54.8 | 69.4 | 71.2 | 70.5 | 265.9 | 72.4 | 73.7 | 74.2 | 72.9 | 293.2 |
| OPERATING INCOME | 11.0 | 6.9 | 12.5 | 17.9 | 14.8 | 52.1 | 9.4 | 26.3 | 27.0 | 26.8 | 89.5 | 21.8 | 29.7 | 31.8 | 31.2 | 114.6 |
| Adj for intangibles amortization | -5.0 | -0.9 | -3.7 | -3.9 | -3.9 | -12.5 | -4.3 | -4.0 | -4.0 | -4.0 | -16.3 | -4.0 | -4.0 | -4.0 | -4.0 | -16.0 |
| Adjusted Operating Income | 16.0 | 7.9 | 16.1 | 21.8 | 18.7 | 64.6 | 13.7 | 30.3 | 31.0 | 30.8 | 105.8 | 25.8 | 33.7 | 35.8 | 35.2 | 130.6 |
| Int./other inc. (expense) | -0.2 | -0.8 | -1.5 | -1.0 | -1.6 | -4.9 | -2.8 | -9.0 | -9.0 | -9.0 | -29.8 | -9.0 | -9.0 | -9.0 | -9.0 | -36.0 |
| Income before taxes | 15.8 | 7.1 | 14.7 | 20.8 | 17.1 | 59.7 | 10.8 | 21.3 | 22.0 | 21.8 | 75.9 | 16.8 | 24.7 | 26.8 | 26.2 | 94.6 |
| Income Tax Expense | 3.5 | 1.6 | 3.2 | 4.6 | 3.8 | 13.1 | 2.4 | 4.7 | 4.8 | 4.8 | 16.7 | 3.7 | 5.4 | 5.9 | 5.8 | 20.8 |
| NET INCOME | 12.3 | 5.5 | 11.4 | 16.2 | 13.4 | 46.6 | 8.5 | 16.6 | 17.2 | 17.0 | 59.2 | 13.1 | 19.3 | 20.9 | 20.5 | 73.8 |
| Avg. shares outstanding | 28.3 | 30.0 | 31.7 | 36.5 | 36.4 | 33.6 | 35.3 | 35.8 | 36.0 | 36.2 | 35.8 | 36.5 | 36.7 | 36.9 | 37.1 | 36.8 |
| EPS (Fully taxed) | 0.44 | 0.18 | 0.36 | 0.45 | 0.37 | 1.38 | 0.24 | 0.46 | 0.48 | 0.47 | 1.65 | 0.36 | 0.53 | 0.57 | 0.55 | 2.00 |
| **Yr-to-Yr % Change** | | | | | | | | | | | | | | | | |
| Revenues | 15.7% | 12.1% | 31.7% | 26.0% | 24.8% | 23.8% | 26.8% | 54.0% | 58.0% | 58.0% | 50.2% | 45.0% | 8.0% | 8.0% | 7.0% | 14.5% |
| Operating expense | 21.1% | -1.4% | 10.6% | 1.2% | 11.3% | 5.3% | 26.1% | 47.9% | 66.8% | 58.4% | 49.7% | 32.2% | 6.1% | 4.3% | 3.3% | 10.3% |
| EPS | -27.5% | NM | NM | 99.4% | 87.2% | 217.8% | 30.3% | 28.9% | 7.1% | 27.6% | 19.5% | 49.8% | 13.1% | 18.9% | 17.6% | 21.2% |
| Sequential Growth | | | | | | | | | | | | | | | | |
| Total Revenues | | 3.8% | 21.4% | -0.1% | -0.9% | | 5.5% | 47.4% | 2.5% | -0.9% | | -3.2% | 9.8% | 2.5% | -1.8% | |
| **As a % of Sales** | | | | | | | | | | | | | | | | |
| Gross profit | 75.1% | 78.7% | 76.4% | 78.0% | 77.1% | 77.5% | 79.0% | 80.0% | 80.0% | 80.0% | 79.8% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% |
| Research and develop. | 18.5% | 18.5% | 18.9% | 17.9% | 17.9% | 18.3% | 18.3% | 19.0% | 19.0% | 19.0% | 18.9% | 19.5% | 18.0% | 17.5% | 18.0% | 18.2% |
| Sales and marketing | 37.2% | 30.1% | 27.4% | 26.1% | 28.2% | 27.9% | 25.7% | 27.0% | 27.0% | 27.0% | 26.8% | 29.0% | 28.0% | 27.5% | 28.0% | 28.1% |
| General and admin. | 14.8% | 19.3% | 14.1% | 10.9% | 11.8% | 13.8% | 23.4% | 12.0% | 12.0% | 12.0% | 14.1% | 13.0% | 11.0% | 11.0% | 10.0% | 11.2% |
| Operating margin | 6.7% | 12.3% | 20.7% | 28.1% | 24.3% | 21.8% | 16.8% | 25.3% | 25.3% | 25.3% | 23.8% | 21.9% | 26.1% | 27.0% | 27.1% | 25.6% |
| Income before taxes | 6.6% | 11.1% | 18.9% | 26.8% | 22.3% | 20.1% | 13.3% | 17.8% | 17.9% | 17.9% | 17.1% | 14.3% | 19.1% | 20.2% | 20.2% | 18.6% |
| Tax Rate | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% |
| Net income | 5.1% | 8.6% | 14.7% | 20.9% | 17.4% | 15.7% | 10.4% | 13.9% | 14.0% | 14.0% | 13.3% | 11.1% | 14.9% | 15.8% | 15.7% | 14.5% |

Note: Fiscal Year Ends December 31.

5/28/19

CONFIDENTIAL

CARB-00180580

# Carbonite

*Balance Sheet*

($ in millions, except Key Ratios)

**Battle Road Research**

(781) 863-2300

**www.Battleroad.com**

|  | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Mar-19 |
|---|---|---|---|---|---|
| **Assets:** | | | | | |
| Cash + Cash Equiv | 71.0 | 71.0 | 201.0 | 198.1 | 252.6 |
| Accounts Receivable | 31.2 | 32.1 | 32.6 | 31.6 | 50.5 |
| Prepaid Expenses | 8.7 | 10.6 | 10.1 | 10.4 | 30.7 |
| Total Current Assets | 110.8 | 113.7 | 243.6 | 240.1 | 333.8 |
| Property and equipment | 38.6 | 36.6 | 35.4 | 34.1 | 45.4 |
| Right of use lease assets | | | | | 55.2 |
| Acquired intangibles | 295.8 | 290.1 | 281.8 | 118.0 | 430.3 |
| Goodwill | | | | 155.1 | 541.2 |
| Other Assets | 10.8 | 12.3 | 13.1 | 13.9 | 26.3 |
| **Total Assets** | 456.1 | 452.7 | 573.9 | 561.1 | 1432.3 |
| | | | | | |
| **Liabilities:** | | | | | |
| Accounts payable | 9.6 | 5.8 | 4.1 | 2.1 | 4.9 |
| Accrued compensation | | | | 11.6 | 154.1 |
| Accrued expenses & other C.L. | 25.2 | 28.9 | 25.2 | 15.8 | 47.6 |
| Short-term debt | | | 116.6 | 0.0 | 0.0 |
| Deferred Revenues | 116.9 | 121.0 | 121.3 | 121.6 | 172.4 |
| Total Current Liabilities | 151.6 | 155.8 | 267.2 | 151.1 | 379.1 |
| Deferred Rev., net of current | 27.5 | 27.7 | 28.0 | 29.2 | 42.4 |
| Long-term debt | 203.4 | 195.0 | 0.0 | 118.3 | 645.4 |
| Long-term lesae liab. | | | | | 51.8 |
| Other long term liabil. | 6.2 | 5.9 | 5.7 | 5.3 | 50.4 |
| **Total  Liabilities** | 388.7 | 384.3 | 301.0 | 303.9 | 1169.1 |
| Shareholders' Equity | 67.4 | 68.4 | 272.9 | 257.2 | 263.2 |
| **Total Liabi.  & Equity** | 456.1 | 452.7 | 573.9 | 561.1 | 1432.3 |

## Key Assumptions and Ratios:

|  | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Mar-19 |
|---|---|---|---|---|---|
| Current Ratio | 0.7 | 0.7 | 0.9 | 1.6 | 0.9 |
| Cash as % of Tang. Assets | 16% | 16% | 35% | 35% | 18% |
| Accounts Receivable DSO | 44 | 37 | 38 | 37 | 56 |
| Cash and Securities/Share | $2.51 | $2.24 | $5.51 | $5.43 | $7.51 |
| Debt/Equity | 302% | 285% | 43% | 46% | 245% |
| Seq. Increase in Deferred Rev | 15.9% | 3.0% | 0.4% | 0.9% | 42.6% |

5/28/19

CONFIDENTIAL

CARB-00180581



Battle Road Research provides fund managers and analysts with an independent voice on technology and consumer stocks. Our research process combines rigorous financial analysis with insights gleaned from industry sources. We present our findings in straight-forward Buy, Hold, or Sell research reports. In addition, we publish *The Battle Road IPO Review,* a monthly screen for new ideas from a universe of more than 200 growth-oriented IPOs of the last ten years.

Since our founding in October, 2001 we have refrained from investment banking, company consulting, company-paid reports, and personal investment in the stocks we research. *Visit us on the web at www.battleroad.com & www.battleroadiporeview.com.*

**Battle Road Research • 5 Militia Drive, Suite 105 • Lexington, MA • 781-863-2300**

CONFIDENTIAL                                                                                      CARB-00180582