# EXHIBIT 79

*Bernzott Capital Advisors memorandum re: "Carbonite Inc. (NASDAQ: CARB)" [BERNZOTT-00000015-00000018]*

EXHIBIT

tabbies®

ROSS-04

# Carbonite, Inc. (NASDAQ: CARB)

*June 19, 2019*

| *Headquarters:* | *Boston, MA* | *Founded:* | *1995* |
|---|---|---|---|

| Stock Price | $24.88 | Market Cap. | $870 mil | Enterprise Value | $1.4 bil |
|---|---|---|---|---|---|
| Dividend Yield | N/A | Avg. Vol 3 Mos. | 370,000 | | |

| Sector | Information Technology | Industry | Internet Services and Infrastructure |
|---|---|---|---|

| Fiscal Year (ending 6/30) | Revenue | Revenue Growth | Adj. EBITDA | Adj. EBITDA Margin | EPS | EPS Growth |
|---|---|---|---|---|---|---|
| 2016A | 207 | 51.5% | 34 | 16.5% | 0.60 | 400.0% |
| 2017A | 239 | 15.7% | 39 | 16.2% | 0.79 | 31.7% |
| 2018A | 296 | 23.8% | 77 | 26.0% | 1.66 | 110.1% |
| 2019E | 489 | 65.0% | 132 | 27.0% | 1.81 | 9.0% |
| 2020E | 572 | 17.0% | 160 | 28.0% | 2.07 | 14.4% |

## Profile (Capital IQ):

Carbonite, Inc., together with its subsidiaries, provides backup, disaster recovery, high availability, and workload migration technology solutions in the United States. Its solutions include Carbonite Safe, a cloud backup solution for individuals and businesses that protects customer data from accidental deletions, crashes, ransomware, viruses, and other common threats; and Carbonite Endpoint that protects the data, which resides on an organization's computers, laptops, tablets, and smartphones. The company's solutions also comprise Carbonite Server, an all-in-one server protection solution for physical, virtual, and legacy systems that deploys in an organization's onsite environment and store copies on a local target and direct to the secure Carbonite cloud; Carbonite Availability that keeps critical business systems available on Windows and Linux servers; and Carbonite Recover, a solution that securely replicates critical systems from an organization's primary environment to the cloud. In addition, it offers Carbonite Migrate, which migrates physical, virtual, and cloud workloads over any distance with minimal risk and near-zero downtime; and Carbonite Email Archiving that provides MailStore offerings designed to meet the specific email archiving needs of customers in terms of performance, stability, functionality, and simplicity. The company provides its solutions through distributors, value-added resellers, managed service providers, and global systems integrators.

## Approximate revenue by segment (pro forma)
60%   Business
40%   Consumer

## Investment Thesis:
- *Large customer base:* CARB has >100,000 customers. Webroot (acquired March 26, 2019) has >300,000 customers.

- *Significant recurring revenue:* >90% of the company's revenue is subscription-based. The average contract length is 14 months.

- *Strong customer retention:* Retention rates have averaged 85% over the last five years, which is best-in-class for a consumer and small/medium-sized business ("SMB") focused software company. As CARB builds a unified platform, the company believes that it can get dollar retention >100%

- *Large, growing addressable markets should support growth:* Gartner estimates that the data protection market is ~$15 bil growing at 4% per year. CARB believes that the cloud portion is currently only $1.0 - $1.5 bil (the remainder is on-premise) and is growing at 12% per year. As a point of reference, CARB's business segment generates ~$200 mil in revenue (~$40 mil of which is on-premise) leaving plenty of room for growth. Additionally, according to IDC, corporate

1

BERNZOTT-00000015

endpoint security (the market where Webroot competes) is estimated to be $7.5 bil in 2019 and is growing at nearly 10%. Webroot's business segment grew revenue 30% in FY2018 (year ending June 30, 2018) and is expected to grow at a similar rate in 2019. Revenue for Webroot's business segment in its FY2018 was ~$86 mil.

- *Webroot acquisition could provide meaningful revenue synergies:* CARB primarily sells its products through ~10,000 value-added resellers ("VARs"), while Webroot primarily sells through ~14,000 managed service providers ("MSPs"). Integration efforts include selling Webroot through CARB's VAR partners and CARB through Webroot's MSP partners. The MSP channel is becoming increasingly important as customers buy more SaaS offerings and less hardware. Traditionally, VARs have focused more on selling hardware/maintenance/attached subscriptions; as the purchasing model shifts to more cloud subscriptions, the partners need to adapt to selling more managed offerings as well. MSPs sell both data protection and endpoint security, and are often looked at as a trusted partner, thereby giving CARB the opportunity to sell both products through the same partners. CARB estimates it could generate $50 mil in revenue synergies over the next five years.

- *Unified SaaS platform could drive cross-sell opportunities*: Over the past five years, the company has made a number of acquisitions to build out a suite of products focused on SMBs. CARB is in the process of integrating these point solutions into a unified platform. The current number of products per customer is ~1.1, so there is a meaningful cross-sell opportunity to after the integration has been completed.

- *Excellent margins with room for improvement:* EBITDA margins were 26.0% in 2018 and are expected to be ~27% in 2019. Beyond that, margins should continue to improve as the company gets further benefits from 1) the Mozy migration, 2) synergies from the Webroot acquisition (estimated to be ~$20 mil over the next three years) and 3) as CARB gets additional scale.

- *Diverse customer base:* No customer has accounted for >10% of revenue in any of the past three years.

- *Reasonable capital intensity:* Capex was ~4.4% of revenue in 2018 and is expected to be 4.0% of revenue in 2019 (and going forward).

- *Modest share authorization in place:* The company has repurchased $41 mil in stock over the past three years. In Nov. 2018, the Board authorized a $50 mil buyback. As of March 31, 2018, ~$28.5 mil remained available under CARB's share repurchase program. However, share repurchases are likely on hold for the foreseeable future as the company focuses on paying down debt.

- *Experienced management team with solid ownership:* The current CEO (48) has been at the company since December 2014 and owns ~$8 mil of stock. The CFO (46) has been at the company since Jan. 2013 and owns ~$3 mil in stock. Other key executives and Board members collectively own 4.0% of the stock worth ~$30 mil.

- *Sufficient trading liquidity*: The stock trades ~$12 mil in average daily volume.

- *Attractive valuation:* Stock -14% since the Webroot acquisition was announced four months ago and -36% in the last year. Currently trading at 15.0X EV/FCF based on 2020E.

## Risks:

- *Elevated leverage*: CARB's net debt/EBITDA is slightly elevated at 4.3X due to the acquisition of Webroot in March 2019. The company has publicly stated that it is targeting net leverage <2X by early 2021. When we asked the CEO about the company's priority use of free cash flow he told us, "de-lever, de-lever, de-lever."

2

BERNZOTT-00000016

- *On-premise business is in decline*: The company has ~$40 mil in legacy on-premise business (~8% of pro forma revenue) that is declining ~10% per year. If this business deteriorates more rapidly than expected or if customers do not switch to CARB's cloud-based offerings, the company's financial results could be negatively impacted.

- *Disruption in service:* The company's brand, reputation, and ability to attract, retain and serve customers are dependent upon the reliable performance of CARB's websites, network infrastructure and payment systems, and customers' ability to readily access their stored files. Any significant disruption in service could damage CARB's reputation and result in a loss of customers, which would harm the business, financial condition, and operating results.

- *Limited information on competitors*: CARB's industry is very fragmented. CARB's most direct competitors are either private (e.g., Barracuda, Acronis, and Datto) and/or are much larger enterprises where backup/recovery/endpoint security are only a small portion of the competitor's business. Except for commentary from LOGM's management, limited public information is available, which could make it difficult to track competitive intensity now and/or in the future.

- *Acquisition integration*: CARB acquired Mozy in March 2018 and Webroot in March 2019 and is still in the process of integrating both companies. The integrations may prove to be difficult and/or could result in a disproportionate amount of time and attention of management and financial resources. Any difficulties or problems encountered in the integrations could have an adverse effect on CARB's business and financial results.

- *Potential for increased competition:* CARB's solutions are aimed at SMBs and lower mid-market companies, an area that has historically been highly fragmented. Moreover, customers can be price sensitive and technology changes occur over time. The industry could see consolidation and/or competitors may increase their focus on CARB's target market in the future.

- *M&A*: The company has made a number of acquisitions in the past five years and may continue to acquire businesses in the future. There is no assurance that CARB will be able to identify and complete suitable acquisitions. Additionally, acquired businesses may not perform in accordance with expectations. Business judgments concerning the value, strengths/weaknesses of acquired businesses could prove to be incorrect. However, management told us that it does not plan to do meaningful M&A in the short-term (12-24 months).

- *Slightly elevated short interest*: As of June 10, 2018, short interest was 13.7% (compares to an average and median short interest for our portfolio names of 4.2% and 3.0%, respectively).

- *No dividend*: While the company generates a significant amount of cash flow, CARB plans to continue to invest in growth initiatives and has no intention to initiate a dividend for the foreseeable future.

## Valuation:
- *Free Cash Flow (FCF):* CARB trades at 15.0X 2020E EV/FCF.

- *Discounted Cash Flow (DCF):* I used a multi-stage model and calculated Free Cash Flow to the Firm (FCFF) from 2019 to 2028. I project that 2019 revenue will increase by 65%, largely due to the Webroot acquisition. Revenue is expected to increase 18% in 2019, when CARB will get three months of carryover revenue from the Webroot acquisition. Revenue is then expected to grow at 8% per year before tapering off to a long-term growth rate of 3.0%, which compares to the company's long-term financial goal of 6% - 12% revenue growth. I project that adjusted EBITDA margins will increase from 26.0% in 2018 to 27.0% in 2019 (management guidance is 26.9% - 27.1%), expand to 28.0% next year, and then remain flat thereafter. I assumed that capex is in-line with historical levels and will fully offset D&A by 2025. A WACC of 10.0% was used, compared to an actual WACC of 9.3% and a peer group-based WACC of 9.7%. Incorporating these factors, I calculated the following prices:

  - Trigger Price:      $27.00 (current price $24.88); a 30% discount to fair value
  - Fair Value:         $38.00

3

BERNZOTT-00000017

**Conclusion:**
- CARB was identified as a potential investment opportunity earlier this year. We visited with the CEO at the company's headquarters in Boston in Feb. 2019 to learn more about the business, strategy, competitive position, and to gain insight into the Webroot acquisition. After this meeting, along with more extensive research, we concluded that CARB appears to be a high quality company. The company has a strong market position and operates in attractive end markets that should enable robust growth in revenue, earnings, and free cash flow for the foreseeable future. The stock is -14% since the Webroot acquisition, despite the fact that the deal makes sounds strategic sense and despite the fact that CARB paid an excellent price (deal is significantly accretive). I believe that the company will continue to have a strong position in the SMB space within the data backup and endpoint security markets. I believe that the DCF model assumptions are reasonable in terms of both top-line growth and expectations for margins. Overall I believe CARB would be a great addition to our portfolio and I therefore recommend we add CARB to the Small Cap Buy List with the Trigger and Fair Value prices discussed above.

4

BERNZOTT-00000018