# EXHIBIT 80

*Northland Capital Markets analyst report
6/19/2019*



# Company Update

06/19/2019

## Outperform

Price: $23.60
Price Target: $35.00

**Industry**
Cloud and Data Center Software

## Tim Klasell

(612) 851-4972
tklasell@northlandcapitalmarkets.com

## Tyler Wood

(612) 851-5954
twood@northlandcapitalmarkets.com

### Stock Data

| | |
|---|---|
| 52-Week Range | $21.84/$43.63 |
| Avg. Daily Volume | 491,696 |
| Market Cap. (MM) | $812 |
| Shares Out. (MM) | 34.4 |
| Float | 92.2% |
| Cash Per Share | 7.34 |
| Debt-to-Capital | 67.7% |
| Book Value Per Share | $7.64 |
| Dividend Yield | 0.00% |
| Shares Short | 4,702,008 |
| Insider Ownership | 7.8% |
| Institutional Ownership | 104.9% |
| FY End | Dec |
| Source: Factset | |

### Revenue Estimates ($M)

| | 2018 | 2019 | 2020 |
|---|---|---|---|
| 1Q | 64.9A | 83.0A | 141.1E |
| 2Q | 79.9A | 136.4E | 146.0E |
| 3Q | 79.1A | 139.5E | 149.9E |
| 4Q | 78.0A | 140.4E | 151.6E |
| FY | 301.9A | 499.3E | 588.6E |
| P/S | 2.7x | 1.6x | 1.4x |

### Non-GAAP EPS Estimates ($)

| | 2018 | 2019 | 2020 |
|---|---|---|---|
| 1Q | 0.27A | 0.44A | 0.55E |
| 2Q | 0.45A | 0.49E | 0.59E |
| 3Q | 0.48A | 0.54E | 0.65E |
| 4Q | 0.45A | 0.58E | 0.68E |
| FY | 1.66A | 2.05E | 2.47E |
| P/E | 14.2x | 11.5x | 9.6x |

# Carbonite, Inc. (CARB)

## Second Half Setup Looking Good; Upgrading to Outperform

### Summary

After visiting with management we believe Carbonite is set up for a nice second half. We note: the channel overhaul mostly done, Webroot is being run as a separate division - lowering integration risk - with security, the consumer portion should be less of a drag on corporate average growth and the struggling on-prem server replication has diminished to being unimportant. Given our increasing conviction in the numbers and our price target, we are upgrading to Outperform.

### Key Points

**The Pieces Setting Up:** Carbonite has become a multi-product company with storage/backup and security in both the consumer and SMB portions of the market. This has made the story harder to understand and, when combined with the issues of 2H of 2018 and the large Webroot acquisition, driven the stock to trade at a deep discount. While the multi-part of the story will be the new norm, we do think the difficulties of the 2H are behind us and the Webroot acquisition is being absorbed nicely. Our $35 price target is based on 2.5x EV to 2020 sales and a PE of 16x 2020 estimates.

**Core Business**: Last year, the company ran into difficulties as the server replication business (DoubleTake) faltered, we think due to more SMB customers migrating to the cloud, lessening their need for server tools. Additionally, the company had challenges as its SaaS based organization did not fit as well with a transactional based approach. With replication now down to 1% of revs, we think the headwind here is about done while the sales reorg seems to be mostly over.

**Webroot**: While acquiring a security company with heavy consumer focus (about 60% of the overall revs, growing 6%), we note Webroot has a very strong footprint in the MSP market via a solid product and an appropriate discount structure that end-point security incumbents find hard to match. While the leverage of storage into the MSP channel is very appealing, Webroot is being run as a separate division, which reduces the integration risk.

**Consumer**: Consumer accounts for 75% of revenue, with 60% coming from storage, a slowly declining business that produces good margins. With Webroot, security contributes $130mn, which is growing slowly at about 6% and also carries good margins. Blending the two, we think this portion of the business will be flattish and, given the lack of investment by many of the incumbents, will be a steady if unexciting part of the story.

**Valuation**: Our $35 price target is based on 2.5x EV/sales and an EPS of 16x our 2020 numbers. Reiterate Outperform.

---

IMPORTANT DISCLOSURES AND ANALYST CERTIFICATION ON PAGE 5

**Exhibit 1: Carbonite Product Line Breakout**

| | | FY18 Rev | % Rev | Growth | Margins | Channel | Product Description | Competitors |
|---|---|---|---|---|---|---|---|---|
| **Backup/Disaster Recovery, Workload Portability** | SMB | $95mn | ~20% | +14% FY18 | Below Segment Avg | VARs, Direct | Endpoint backup, server backup and recovery | Barracuda, Acronis, Datto, Veeam |
| | Consumer | $207mn | ~40% | +27% FY18 Flat Organic | Above Segment Avg | Radio, online | Endpoint backup | DropBox, Microsoft (Onedrive) Apple (iCloud) |
| | Total | $302mn | 55-60% | 23% (~5% Organic) | **Real Data Center Expenses decrease GM, sales leverage improves OM - 19%** | | | |

*Includes $40-$45mn from Mozy Acquisition

| | | FY18 Rev | % Rev | Growth | Margins | Channel | Product Description | Competitors |
|---|---|---|---|---|---|---|---|---|
| **Security (Webroot)** | SMB | ~$85mn | 15-20% | +30% FY18 | Below Segment Avg | MSP and RMM | Threat intelligence, Endpoint , Training | Symantec, Sophos, McAfee, Avast |
| | Consumer | ~$130mn | 25-30% | +6% FY18 | Above Segment Avg | Direct/online and retail (Best Buy) | Endpoint Protection | |
| | Total | $215mn | 40-45% | 14% | **Better GM than backup/recovery business, but higher R&D expenses drive OM closer - 21% OM** | | | |

6/18/2019

Tim Klasell     612-851-4972

## Data Center and Internet Software

| Symbol | Current Price | Shares Out. | Mkt Cap ($ mn) | Sales ($mn) LTM | Sales Growth | | | | EV/S | | | P/E | | EV/FCF | | FCF Margin | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CY17 | CY18 | CY19 | CY20 | CY18 | CY19 | CY20 | CY19 | CY20 | CY19 | CY20 | CY19 | CY20 |
| AGYS | $22.18 | 24 | 521 | 141 | 5.8% | 10.2% | 13.6% | 15.1% | 3.4x | 3.0x | 2.6x | N/A | N/A | N/A | N/A | -4.0% | 1.0% |
| CARB | $23.60 | 34 | 813 | 314 | 16.4% | 25.0% | N/A | 17.6% | 4.2x | 2.6x | 2.2x | 12.6x | 10.6x | 14.9x | 14.2x | 17.1% | 15.3% |
| CLDR | $5.75 | 269 | 1,546 | 720 | 41.3% | 19.6% | N/A | 15.3% | 1.4x | 1.3x | 1.1x | N/A | N/A | N/A | 38.0x | -10.1% | 2.9% |
| LOGM | $71.01 | 50 | 3,538 | 1,232 | N/A | 17.9% | 4.2% | 5.0% | 3.0x | 2.9x | 2.7x | 14.2x | 14.6x | 10.2x | 10.8x | 28.0% | 25.2% |
| PFPT | $111.63 | 57 | 6,571 | 757 | 37.2% | 39.1% | 22.3% | 21.6% | 8.7x | 7.1x | 5.9x | N/A | 56.3x | 30.4x | 23.4x | 23.5% | 25.1% |
| PRO | $63.45 | 38 | 2,403 | 205 | 10.1% | 16.7% | 22.5% | 14.3% | 12.3x | 10.0x | 8.8x | N/A | N/A | N/A | N/A | 0.8% | 4.3% |
| MIME | $46.85 | 63 | 2,928 | 340 | 28.8% | 33.5% | 24.1% | 21.3% | 9.0x | 7.3x | 6.0x | N/A | N/A | 82.5x | 47.0x | 8.8% | 12.7% |
| NOW | $282.64 | 192 | 55,624 | 2,809 | 39.0% | 35.0% | 32.2% | 28.1% | 20.6x | 15.6x | 12.2x | 89.2x | 66.4x | 55.5x | 42.3x | 28.1% | 28.7% |
| SAIL | $19.37 | 90 | 1,751 | 261 | 40.6% | 35.0% | 11.2% | 17.8% | 6.8x | 6.1x | 5.2x | N/A | N/A | N/A | N/A | 0.2% | 3.9% |
| SPSC | $106.21 | 18 | 1,903 | 256 | 14.1% | 12.5% | 11.2% | 9.4% | 7.0x | 6.3x | 5.8x | 48.0x | 42.1x | 36.1x | 31.4x | 17.5% | 18.4% |
| SREV | $0.98 | 93 | 227 | 235 | -5.4% | -0.3% | -6.2% | 2.9% | .3x | .3x | .3x | N/A | N/A | N/A | N/A | N/A | N/A |
| SPLK | $120.08 | 150 | 18,012 | 1,916 | 33.8% | 41.9% | 25.6% | 21.3% | 9.5x | 7.6x | 6.3x | 67.0x | 52.3x | N/A | 39.7x | 7.5% | 15.7% |
| SSTI | $40.90 | 13 | 532 | 37 | 53.3% | 46.2% | 29.3% | 35.4% | 14.8x | 11.5x | 8.5x | 81.8x | 57.6x | N/A | N/A | 10.0% | 9.2% |
| STMP | $40.64 | 17 | 704 | 589 | 28.7% | 25.2% | -9.2% | 6.6% | 1.2x | 1.3x | 1.2x | 9.5x | 8.1x | N/A | N/A | N/A | N/A |
| TYL | $221.06 | 38 | 8,476 | 961 | 11.2% | 11.3% | 16.1% | 10.3% | 8.8x | 7.6x | 6.9x | 41.8x | 37.5x | 38.6x | 30.7x | 19.5% | 22.3% |
| WIX | $160.00 | 60 | 9,568 | 640 | 46.7% | 41.8% | 26.2% | 27.2% | 15.3x | 12.1x | 9.5x | N/A | N/A | 74.6x | 51.2x | 16.2% | 18.6% |
| ZIXI | $9.70 | 75 | 728 | 83 | 9.2% | 7.3% | N/A | 22.4% | 4.0x | 3.4x | 3.4x | 27.5x | 24.3x | 29.0x | N/A | 14.5% | N/A |
| MDB | $166.36 | 55 | 9,183 | 306 | 55.1% | 68.5% | 48.5% | 29.7% | 34.9x | 23.5x | 18.1x | N/A | N/A | N/A | N/A | -8.9% | -2.9% |
| AYX | $106.36 | 62 | 6,594 | 279 | 53.0% | 77.0% | 54.9% | 32.8% | 27.6x | 17.8x | 13.4x | N/A | N/A | N/A | N/A | 6.5% | 9.1% |
| TEAM | $129.55 | 115 | 14,899 | 1,094 | 39.4% | 39.6% | 32.5% | 26.6% | 13.5x | 10.2x | 8.1x | N/A | N/A | 33.4x | 23.9x | 30.5% | 33.7% |
| OKTA | $128.73 | 112 | 14,418 | 441 | 69.9% | 53.6% | 37.2% | 29.8% | 35.8x | 26.1x | 20.1x | N/A | N/A | N/A | N/A | 1.9% | 6.3% |
| DATA | $164.43 | 77 | 12,647 | 1,192 | 6.1% | 19.0% | 31.3% | 19.7% | 11.4x | 8.7x | 7.2x | 96.2x | N/A | 94.1x | 49.2x | 9.2% | 14.7% |
| TLND | $40.22 | 43 | 1,729 | 215 | 40.2% | 37.5% | 21.7% | 20.1% | 8.5x | 7.0x | 5.8x | N/A | N/A | N/A | N/A | -3.3% | 1.5% |
| PVTL | $11.29 | 266 | 3,003 | 687 | 22.4% | 29.2% | 15.7% | 17.2% | 3.5x | 3.0x | 2.6x | N/A | N/A | N/A | 51.2x | 1.7% | 5.0% |
| DOCU | $53.51 | 170 | 9,097 | 759 | 35.9% | 35.2% | 31.3% | 24.4% | 12.8x | 9.7x | 7.8x | N/A | N/A | N/A | N/A | 5.9% | 8.7% |
| Average | | | | | 31.6% | 32.0% | 23.0% | 19.9% | 11.7x | 8.7x | 7.0x | 48.8x | 37.0x | 45.4x | 34.8x | 10.2% | 13.2% |
| Median | | | | | 35.9% | 34.2% | 24.1% | 20.7% | 9.3x | 7.4x | 6.1x | 44.9x | 39.8x | 36.1x | 38.0x | 9.0% | 12.7% |

*Source: Factset and Northland Estimates*

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

Case 1:19-cv-11662-LTS     Document 134-80     Filed 06/02/23     Page 4 of 8

06/19/2019

Tim Klasell
Northland Capital Markets
612.851.4972

Carbonite
Income Statement
(in 000s, except per share data)

| | Fiscal 2016 | | | | Fiscal 2017 | | | | Fiscal 2018 | | | | Fiscal 2019 | | | | Fiscal 2020 | | | | Fiscal Year End | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-16 | Jun-16 | Sep-16 | Dec-16 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | Dec-19 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | | | | | |
| | 1Q16A | 2Q16A | 3Q16A | 4Q16A | 1Q17A | 2Q17A | 3Q17A | 4Q17A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2016A | 2017A | 2018E | 2019E | 2020E |
| Total Revenues | 48,678 | 54,235 | 52,484 | 53,903 | 59,087 | 61,079 | 63,102 | 62,822 | 64,908 | 79,850 | 79,109 | 78,032 | 82,968 | 136,447 | 139,482 | 140,373 | 141,046 | 145,998 | 149,943 | 151,603 | 209,300 | 246,090 | 301,899 | 499,270 | 588,590 |
| Total cost of revenues | 13,677 | 14,938 | 14,613 | 14,020 | 15,480 | 15,803 | 14,924 | 14,092 | 15,508 | 18,316 | 17,091 | 17,221 | 17,047 | 27,972 | 27,896 | 26,671 | 27,504 | 28,470 | 29,239 | 29,563 | 57,248 | 60,299 | 68,136 | 99,586 | 114,775 |
| Gross profit | 35,001 | 39,297 | 37,871 | 39,883 | 43,607 | 45,276 | 48,178 | 48,730 | 49,400 | 61,534 | 62,018 | 60,811 | 65,921 | 108,475 | 111,586 | 113,702 | 113,542 | 117,529 | 120,704 | 122,040 | 152,052 | 185,791 | 233,763 | 399,684 | 473,815 |
| Operating expenses | | | | | | | | | | | | | | | | | | | | | | | | | |
| Research and development | 8,213 | 8,079 | 7,881 | 7,907 | 9,949 | 10,457 | 11,153 | 11,383 | 11,797 | 14,670 | 13,889 | 13,770 | 14,778 | 27,289 | 27,896 | 28,075 | 28,209 | 29,200 | 29,989 | 29,563 | 32,080 | 42,942 | 54,126 | 98,038 | 116,960 |
| General and administrative | 6,107 | 8,373 | 7,581 | 8,100 | 7,856 | 7,974 | 7,273 | 7,110 | 8,829 | 8,599 | 8,273 | 8,372 | 9,455 | 15,009 | 15,343 | 15,441 | 15,515 | 16,060 | 14,994 | 15,160 | 30,161 | 30,213 | 34,073 | 55,248 | 61,729 |
| Sales and marketing | 16,307 | 16,802 | 18,342 | 19,739 | 22,756 | 22,265 | 21,236 | 20,236 | 19,218 | 21,268 | 20,291 | 21,700 | 20,600 | 36,841 | 36,963 | 37,199 | 38,082 | 38,690 | 39,735 | 40,175 | 71,190 | 86,493 | 82,477 | 131,602 | 156,682 |
| Total operating expenses | 30,632 | 33,254 | 33,804 | 35,746 | 40,561 | 40,696 | 39,662 | 38,729 | 39,844 | 44,537 | 42,453 | 43,842 | 44,833 | 79,139 | 80,202 | 80,714 | 81,806 | 83,949 | 84,718 | 84,898 | 133,431 | 159,648 | 170,676 | 284,889 | 335,371 |
| Gain/Loss from operations | 4,369 | 6,043 | 4,067 | 4,137 | 3,046 | 4,580 | 8,516 | 10,001 | 9,556 | 16,997 | 19,565 | 16,969 | 21,088 | 29,336 | 31,384 | 32,988 | 31,735 | 33,580 | 35,986 | 37,143 | 18,621 | 26,143 | 63,087 | 114,795 | 138,444 |
| Total other income expense | (150) | 3 | 155 | 60 | 78 | 300 | (795) | (605) | (802) | (1,510) | (1,019) | 219 | (1,122) | (10,060) | (10,060) | (10,060) | (10,060) | (10,060) | (10,060) | (10,060) | 68 | (1,022) | (3,112) | (31,301) | (40,238) |
| Pre-Tax Income | 4,219 | 6,046 | 4,222 | 4,197 | 3,124 | 4,880 | 7,721 | 9,396 | 8,754 | 15,487 | 18,546 | 17,188 | 19,966 | 19,277 | 21,324 | 22,928 | 21,676 | 23,520 | 25,927 | 27,083 | 18,689 | 25,121 | 59,975 | 83,495 | 98,206 |
| Provision (benefit) for income taxes | 95 | 838 | 396 | 887 | 595 | 627 | 427 | 639 | 630 | 1,311 | 1,226 | 944 | 4,529 | 1,542 | 1,706 | 1,834 | 1,734 | 1,882 | 2,074 | 2,167 | 2,216 | 2,288 | 4,111 | 9,611 | 7,856 |
| Net Income | 4,124 | 5,208 | 3,826 | 3,310 | 2,529 | 4,253 | 7,294 | 8,757 | 8,124 | 14,176 | 17,320 | 16,244 | 15,437 | 17,734 | 19,618 | 21,094 | 19,942 | 21,638 | 23,853 | 24,917 | 16,473 | 22,833 | 55,864 | 73,883 | 90,349 |
| EBITDA | | | | | | | | | | | | | 24,900 | 35,852 | 37,087 | 37,810 | 38,788 | 40,880 | 43,484 | 44,723 | | | | 135,649 | 167,873 |
| EPS - Non-GAAP | 0.15 | 0.19 | 0.14 | 0.12 | 0.09 | 0.15 | 0.25 | 0.30 | 0.27 | 0.45 | 0.48 | 0.45 | 0.44 | 0.49 | 0.54 | 0.58 | 0.55 | 0.59 | 0.65 | 0.68 | 0.60 | 0.80 | 1.66 | 2.05 | 2.47 |
| Basic and diluted shares | 27,055 | 27,012 | 27,533 | 28,287 | 28,505 | 27,526 | 29,008 | 29,322 | 30,044 | 31,718 | 36,454 | 36,374 | 35,294 | 36,294 | 36,344 | 36,394 | 36,444 | 36,494 | 36,544 | 36,594 | 27,472 | 28,590 | 33,648 | 36,082 | 36,519 |

| 2Q19 | Guidance (Low) | Guidance (High) |
|---|---|---|
| Total Revenue | $133,000 | $137,000 |
| Adjusted EBITDA | $34,000 | $36,000 |

| FY19 | Guidance (Low) | Guidance (High) |
|---|---|---|
| Total Revenue | $491,000 | $505,000 |
| Non-GAAP gross margin | 80.5% | 81.5% |
| Adjusted EBITDA | $132,000 | $137,000 |
| Source: Company filings and NCM estimates | | |

Source  Company filings and NCM

| Common Size | Mar-16 | Jun-16 | Sep-16 | Dec-16 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | Dec-19 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q16A | 2Q16A | 3Q16A | 4Q16A | 1Q17A | 2Q17A | 3Q17A | 4Q17A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2016A | 2017A | 2018E | 2019E | 2020E |
| Total Gross Margin: | 71.9% | 72.5% | 72.2% | 74.0% | 73.8% | 74.1% | 76.3% | 77.6% | 76.1% | 77.1% | 78.4% | 77.9% | 79.5% | 79.5% | 80.0% | 81.0% | 80.5% | 80.5% | 80.5% | 80.5% | 72.6% | 75.5% | 77.4% | 80.1% | 80.5% |
| R&D | 16.9% | 14.9% | 15.0% | 14.7% | 16.8% | 17.1% | 17.7% | 18.1% | 18.2% | 18.4% | 17.6% | 17.6% | 17.8% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 19.5% | 15.3% | 17.4% | 17.9% | 19.6% | 19.9% |
| G&A | 12.5% | 15.4% | 14.4% | 15.0% | 13.3% | 13.1% | 11.5% | 11.3% | 13.6% | 10.8% | 10.5% | 10.7% | 11.4% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 10.0% | 10.0% | 14.4% | 12.3% | 11.3% | 11.1% | 10.5% |
| S&M | 33.5% | 31.0% | 34.9% | 36.6% | 38.5% | 36.5% | 33.7% | 32.2% | 29.6% | 26.6% | 25.6% | 27.8% | 24.8% | 27.0% | 26.5% | 26.5% | 27.0% | 26.5% | 26.5% | 26.5% | 34.0% | 35.1% | 27.3% | 26.4% | 26.6% |
| Lease exit charge | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Operating margin | 9.0% | 11.1% | 7.7% | 7.7% | 5.2% | 7.5% | 13.5% | 15.9% | 14.7% | 21.3% | 24.7% | 21.7% | 25.4% | 36.0% | 38.5% | 41.0% | 22.5% | 23.0% | 24.0% | 24.5% | 8.9% | 10.6% | 20.9% | 23.0% | 23.5% |
| Tax Rate | 2.3% | 13.9% | 9.4% | 21.1% | 19.0% | 12.8% | 5.5% | 6.8% | 7.2% | 8.5% | 6.6% | 5.5% | 22.7% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 11.9% | 9.1% | 6.9% | 11.5% | 8.0% |
| Net Margin | 8.5% | 9.6% | 7% | 6% | 4.3% | 7.0% | 12% | 14% | 12.5% | 17.8% | 22% | 21% | 19% | 22% | 24% | 26% | 14% | 15% | 16% | 16% | 7.9% | 9.3% | 18.5% | 14.8% | 15.4% |
| Stock based comp as % of Rev | 4.8% | 4.0% | 4% | 4% | 4.7% | 5.0% | 5% | 6% | 6.3% | 5.6% | 6% | 7% | 5% | 6% | 6% | 7% | 4% | 5% | 5% | 5% | 4.3% | 5.2% | 6.3% | 3.9% | 4.9% |
| Y-Y % Change | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bookings | 42.0% | 50.4% | 44.1% | 40.8% | 18.7% | 19.0% | 21.2% | 11.4% | 8.8% | 28.0% | 3.1% | 4.3% | 115.1% | 83.1% | 148.2% | 153.1% | 18.0% | 18.0% | 18.0% | 18.0% | 44.2% | 17.5% | 11.3% | 100.0% | N/A |
| Revenue | 47.4% | 59.6% | 51.9% | 53.7% | 21.4% | 12.6% | 20.2% | 16.5% | 9.9% | 30.7% | 25.4% | 24.2% | 22.0% | 2.0% | 3.0% | 3.0% | 70.0% | 7.0% | 7.5% | 8.0% | 53.2% | 17.6% | 22.7% | 65.4% | 17.9% |
| R&D | 24.4% | 15.9% | 16.5% | 26.8% | 21.1% | 29.4% | 41.5% | 44.0% | 18.6% | 40.3% | 24.5% | 21.0% | 25.3% | 86.0% | 100.9% | 103.9% | 90.9% | 7.0% | 7.5% | 5.3% | 21% | 34% | 26% | 81% | 19% |
| S&M | 42.4% | 101.5% | 102.1% | 88.2% | 28.6% | (4.8%) | (4.1%) | (12.2%) | 12.4% | 7.8% | 13.7% | 17.7% | 7.1% | 74.5% | 85.5% | 84.4% | 64.1% | 7.0% | (2.3%) | (1.8%) | 83% | 0% | 13% | 62% | 12% |
| G&A | 18.7% | 25.1% | 48.1% | 58.5% | 39.5% | 32.5% | 15.8% | 2.5% | (15.5%) | (4.5%) | (4.4%) | 7.2% | 7.2% | 73.2% | 82.2% | 71.4% | 84.9% | 5.0% | 7.5% | 8.0% | 37% | 21% | -5% | 60% | 19% |
| Total operating expenses | 24.4% | 35.4% | 47.6% | 54.6% | 32.4% | 22.4% | 17.3% | 8.3% | (1.8%) | 9.4% | 7.0% | 13.2% | 12.5% | 77.7% | 88.9% | 84.1% | 82.5% | 6.1% | 5.6% | 5.2% | 40% | 20% | 7% | 67% | 18% |
| Q-Q % Change | | | | | | | | | | | | | | | | | | | | | | | | | |

Source  Company filings and NCM

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

06/19/2019

## Company Description

Founded in 2003, the company started out as a remote backup service and has expanded into support, collaboration and recently, synchronization for consumers and small businesses. The company is headquartered in Boston, Massachusetts.

## Valuation

Our $35 price target is predicated on a 19.5x P/E multiple based on our FY19 estimates.

## Risks to the achievement of price target

**Competition:** As mentioned above, there are many vendors in this space, where pricing is fairly transparent. That said, Carbonite is a survivor of the online consumer backup space where many tried and failed and has a brand it can leverage into the SMB arena.

**Cloud computing scale:** Carbonite is very dependent on its own data-centers to keep costs low. There are a number of larger cloud computing vendors including, Amazon (Amazon Web Services), Microsoft (Azure) and Rackspace (OpenStack) with very large data centers. Either these vendors directly, or others leveraging these platforms, may be able to offer similar services at lower cost and greater reliability than Carbonite.

**Reliability:** Users and the media are very focused on system up-time for cloud computing vendors and any significant failures by Carbonite to recover data or have a security breach could inhibit demand for its services and hence, ability to drive growth and profitability. We especially note that IT pros are very sensitive around their backup vendors.

*Readers should recognize that the risks outlined above do not represent a comprehensive list of all risk factors that may impact price target achievement.*

## Analyst Certification

I, Tim Klasell, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

I, Tyler Wood, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

## Important disclosures



Rating and Price Target History for: Carbonite, Inc. (CARB) as of 06-17-2019

Created by BlueMatrix

## Explanation of Ratings:

**Outperform (BUY) –** Outperform the S&P 500 by at least 10%.

**Market Perform (HOLD) –** Perform within 10% above or below the S&P 500.

**Underperform (SELL) –** Underperform the S&P 500 by at least 10%.

Carbonite (CARB)
Page 5 of 7

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

06/19/2019

### Rating Distribution Breakdown as of 06/19/2019

| Rating Category | Count | Percent | IB Serv./ Past 12Mos. Count | Percent |
|---|---|---|---|---|
| Buy [OP] | 157 | 74.76% | 36 | 22.93% |
| Hold [MP] | 44 | 20.95% | 2 | 4.55% |
| Sell [UP] | 9 | 4.29% | 0 | 0.00% |

### Important Disclosure:

The analyst responsible for preparing this research report receives compensation that is based upon various factors including Northland's institutional trading commissions and total revenues which may be generated by Northland's investment banking activities.

Northland Securities makes a market in the subject company's security: CARB

Northland Securities intends to seek compensation for investment banking services from the subject company in the next three months: CARB

### Other Disclosures:

Northland Capital Markets reports will provide short-term commentary, but our ratings are forward looking by at least 12 months, unless otherwise noted, to reflect our financial model expectations. Northland's investment thesis, valuations and ratings are subject to change without notice and the primary analyst should be contacted to ensure that our opinions have not changed since the date of this report.

Information contained herein is based on data obtained from recognized statistical services, issuer reports or communications, or other sources, believed to be reliable. However, we have not verified such information, and we do not make any representations as to its accuracy or completeness. Any statements nonfactual in nature constitute only current opinions, which are subject to change.

Individual investors are advised to carefully consider the risks associated with investments in equity investments, particularly in small cap and micro cap securities. Northland's research universe includes a large proportion of this type of investment. This research report does not take into account the investment objectives, financial needs and risk parameters of individual investors. Individual investors are advised by Northland Securities to discuss their particular financial situation with their investment representative and other professional advisors, prior to acting upon any recommendations in this report.

Past performance is not necessarily an indication of future performance. This report reflects our current opinion. We do not assure future performance. Security prices fluctuate.

Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day.

This document or research report is being distributed on the basis that circulation of Financial Promotions to each person in the United Kingdom to whom it is issued is reasonably believed to be such a person as described in Article 19 (Investment Professionals) of the Financial Services and Markets Act 2000. Persons who do not fall within such description may not act upon the information contained in this report and must return it to the sender immediately.

This document is for the use of intended recipients only and should not be forwarded to any third party.

'Northland Capital Markets' is the trade name for certain capital markets and investment banking services of Northland Securities, Inc., member FINRA/SIPC, registered with MSRB and SEC.

Further information is available upon request.

Northland Securities, Inc.
150 South Fifth Street
Suite 3300
Minneapolis, MN 55402

06/19/2019

Member FINRA/SIPC, Registered with MSRB and SEC.