# EXHIBIT 82

*Bernzott's portfolio appraisal for the Construction Industry and Laborers' Joint Pension Trust [BERNZOTT-00000019]*

**EXHIBIT**

tabbies

_Ross-07_



# Bernzott Capital Advisors
## PORTFOLIO APPRAISAL
### Construction Industry Laborers Joint Pension Trust
### U.S. Small Cap Value
### Principal Financial Group
June 30, 2019

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct. Assets | Cur. Yield |
|---|---|---|---|---|---|---|---|
| **COMMON STOCKS** | | | | | | | |
| 16,550 | Artisan Partners | 39.62 | 655,678.19 | 27.52 | 455,456.00 | 2.6 | 9.9 |
| 12,325 | Bottomline Tech | 29.44 | 362,791.77 | 44.24 | 545,258.00 | 3.1 | 0.0 |
| 32,375 | BrightView | 14.31 | 463,305.89 | 18.71 | 605,736.25 | 3.4 | 0.0 |
| 25,525 | Callaway Golf | 9.50 | 242,484.82 | 17.16 | 438,009.00 | 2.5 | 0.0 |
| 14,025 | Carbonite | 25.64 | 359,603.71 | 26.04 | 365,211.00 | 2.1 | 0.0 |
| 18,750 | Catalent | 23.63 | 443,136.37 | 54.21 | 1,016,437.50 | 5.8 | 0.0 |
| 18,000 | Cinemark | 31.04 | 558,636.47 | 36.10 | 649,800.00 | 3.7 | 4.0 |
| 13,675 | Compass Minerals | 66.78 | 913,199.76 | 54.95 | 751,441.25 | 4.3 | 5.2 |
| 11,850 | Cornerstone OnDemand | 42.77 | 506,808.41 | 57.93 | 686,470.50 | 3.9 | 0.0 |
| 18,750 | Douglas Dynamics | 22.47 | 421,306.77 | 39.79 | 746,062.50 | 4.2 | 2.8 |
| 4,375 | EPAM Systems | 76.52 | 334,779.03 | 173.10 | 757,312.50 | 4.3 | 0.0 |
| 10,925 | ExlService | 57.55 | 628,771.94 | 66.13 | 722,470.25 | 4.1 | 0.0 |
| 8,750 | Generac | 33.78 | 295,552.83 | 69.41 | 607,337.50 | 3.5 | 0.0 |
| 31,375 | Gentex | 13.64 | 428,057.53 | 24.61 | 772,138.75 | 4.4 | 2.0 |
| 12,475 | Hillenbrand | 20.56 | 256,447.70 | 39.57 | 493,635.75 | 2.8 | 2.1 |
| 30,225 | Inovalon | 12.33 | 372,700.68 | 14.51 | 438,564.75 | 2.5 | 0.0 |
| 38,550 | Knowles | 17.58 | 677,591.63 | 18.31 | 705,850.50 | 4.0 | 0.0 |
| 8,350 | LogMeIn | 85.80 | 716,437.41 | 73.68 | 615,228.00 | 3.5 | 1.8 |
| 4,025 | Medpace | 31.58 | 127,114.01 | 65.42 | 263,315.50 | 1.5 | 0.0 |
| 51,000 | Michaels | 17.46 | 890,695.22 | 8.70 | 443,700.00 | 2.5 | 0.0 |
| 43,400 | Mistras | 17.62 | 764,745.46 | 14.37 | 623,658.00 | 3.5 | 0.0 |
| 17,200 | Mobile Mini | 32.49 | 558,760.11 | 30.43 | 523,396.00 | 3.0 | 4.0 |
| 30,450 | O-I Glass | 22.05 | 671,417.88 | 17.27 | 525,871.50 | 3.0 | 1.2 |
| 61,350 | Quotient Technology | 13.52 | 829,288.49 | 10.74 | 658,899.00 | 3.7 | 0.0 |
| 20,375 | Shutterstock | 37.10 | 755,833.57 | 39.19 | 798,496.25 | 4.5 | 0.0 |
| 20,425 | SP Plus | 24.19 | 494,067.43 | 31.93 | 652,170.25 | 3.7 | 0.0 |
| 8,050 | Stericycle | 37.84 | 304,597.51 | 47.75 | 384,387.50 | 2.2 | 0.0 |
| 9,750 | Verint Systems | 40.73 | 397,131.74 | 53.78 | 524,355.00 | 3.0 | 0.0 |
| | | | 14,430,942.32 | | 16,770,669.00 | 95.3 | 1.2 |
| **CASH & EQUIVALENTS** | | | | | | | |
| | Wells Fargo Cash | | 827,917.18 | | 827,917.18 | 4.7 | 0.0 |
| | | | 827,917.18 | | 827,917.18 | 4.7 | 0.0 |
| **TOTAL PORTFOLIO** | | | **15,258,859.50** | | **17,598,586.18** | **100.0** | **1.1** |

Bernzott Capital Advisors urges all clients to compare information reported on our quarter end
appraisal report with the account statement received directly from your custodian.

BERNZOTT-00000019