# EXHIBIT 83

*Northland Capital Markets analyst report
7/01/2019*



# Flash Note

07/01/2019

## Outperform
Price: $26.04
Price Target: $35.00

**Industry**
Cloud and Data Center Software

## Tim Klasell
(612) 851-4972
tklasell@northlandcapitalmarkets.com

## Tyler Wood
(612) 851-5954
twood@northlandcapitalmarkets.com

# Carbonite, Inc. (CARB)
## New CRO On Board, Q2 Guidance Reiterated

### Summary
Maintain our recent upgrade to Outperform as Carbonite brings a new Chief Revenue Officer on board from Citrix which we see as a positive for the Company's shifting focus to the reseller channel. Q2 guidance reiterated - no mention of FY guidance however.

### Key Points
**Added Craig Stilwell**
The new CRO comes over from Citrix, which historically has had a very strong channel program and we think is important for Carbonite as the VAR channel we think doesn't quite fit as well for the Carbonite product line. Additionally, the company promoted Charlie Tomeo, who came over from Webroot, which has been very successful in the MSP reseller channel.

**New Position**
The current sales and marketing teams will stay intact, but will report to Mr. Stilwell.

**Guidance**
The company reiterated Q2 guidance, but did not mention FY guidance. This may spook some investors, but management noted that the release was more about assuring people, especially channel partners, that there is an increased focus on this go to market avenue. We note Mr. Stilwell accepted this offer on June 11th and there was a need to release the material management hire into the market.

**Our Take**
We think this increased focus on the reseller channel will show through in 2020 as it is a bit late to have much effect on 2019. We do believe Webroot is proving to be a successful acquisition and remain comfortable with our recent upgrade.

IMPORTANT DISCLOSURES AND ANALYST CERTIFICATION ON PAGE 2

07/01/2019

## Company Description
Founded in 2003, the company started out as a remote backup service and has expanded into support, collaboration and recently, synchronization for consumers and small businesses. The company is headquartered in Boston, Massachusetts.

## Valuation
Our $35 price target is predicated on a 19.5x P/E multiple based on our FY19 estimates.

## Risks to the achievement of price target
**Competition:** As mentioned above, there are many vendors in this space, where pricing is fairly transparent. That said, Carbonite is a survivor of the online consumer backup space where many tried and failed and has a brand it can leverage into the SMB arena.

**Cloud computing scale:** Carbonite is very dependent on its own data-centers to keep costs low. There are a number of larger cloud computing vendors including, Amazon (Amazon Web Services), Microsoft (Azure) and Rackspace (OpenStack) with very large data centers. Either these vendors directly, or others leveraging these platforms, may be able to offer similar services at lower cost and greater reliability than Carbonite.

**Reliability:** Users and the media are very focused on system up-time for cloud computing vendors and any significant failures by Carbonite to recover data or have a security breach could inhibit demand for its services and hence, ability to drive growth and profitability. We especially note that IT pros are very sensitive around their backup vendors.

***Readers should recognize that the risks outlined above do not represent a comprehensive list of all risk factors that may impact price target achievement.***

## Analyst Certification
I, Tim Klasell, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

I, Tyler Wood, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

## Important disclosures



Rating and Price Target History for: Carbonite, Inc. (CARB) as of 06-28-2019

Created by  BlueMatrix

## Explanation of Ratings:
**Outperform (BUY) –** Outperform the S&P 500 by at least 10%.
**Market Perform (HOLD) –** Perform within 10% above or below the S&P 500.
**Underperform (SELL) –** Underperform the S&P 500 by at least 10%.

Carbonite (CARB)
Page 2 of 4

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

07/01/2019

### Rating Distribution Breakdown as of 07/01/2019

| Rating Category | Count | Percent | IB Serv./ Past 12Mos. | |
| --- | --- | --- | --- | --- |
| | | | Count | Percent |
| Buy [OP] | 163 | 76.89% | 34 | 20.86% |
| Hold [MP] | 40 | 18.87% | 1 | 2.50% |
| Sell [UP] | 9 | 4.25% | 0 | 0.00% |

### Important Disclosure:

The analyst responsible for preparing this research report receives compensation that is based upon various factors including Northland's institutional trading commissions and total revenues which may be generated by Northland's investment banking activities.

Northland Securities makes a market in the subject company's security: CARB

Northland Securities intends to seek compensation for investment banking services from the subject company in the next three months: CARB

### Other Disclosures:

Northland Capital Markets reports will provide short-term commentary, but our ratings are forward looking by at least 12 months, unless otherwise noted, to reflect our financial model expectations. Northland's investment thesis, valuations and ratings are subject to change without notice and the primary analyst should be contacted to ensure that our opinions have not changed since the date of this report.

Information contained herein is based on data obtained from recognized statistical services, issuer reports or communications, or other sources, believed to be reliable. However, we have not verified such information, and we do not make any representations as to its accuracy or completeness. Any statements nonfactual in nature constitute only current opinions, which are subject to change.

Individual investors are advised to carefully consider the risks associated with investments in equity investments, particularly in small cap and micro cap securities. Northland's research universe includes a large proportion of this type of investment. This research report does not take into account the investment objectives, financial needs and risk parameters of individual investors. Individual investors are advised by Northland Securities to discuss their particular financial situation with their investment representative and other professional advisors, prior to acting upon any recommendations in this report.

Past performance is not necessarily an indication of future performance. This report reflects our current opinion. We do not assure future performance. Security prices fluctuate.

Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day.

This document or research report is being distributed on the basis that circulation of Financial Promotions to each person in the United Kingdom to whom it is issued is reasonably believed to be such a person as described in Article 19 (Investment Professionals) of the Financial Services and Markets Act 2000. Persons who do not fall within such description may not act upon the information contained in this report and must return it to the sender immediately.

This document is for the use of intended recipients only and should not be forwarded to any third party.

'Northland Capital Markets' is the trade name for certain capital markets and investment banking services of Northland Securities, Inc., member FINRA/SIPC, registered with MSRB and SEC.

Further information is available upon request.

Northland Securities, Inc.
150 South Fifth Street
Suite 3300
Minneapolis, MN 55402

07/01/2019

Member FINRA/SIPC, Registered with MSRB and SEC.