# EXHIBIT 84

*Corporate Watchdog analyst report*
*7/05/2019*

# Carbonite Inc.

**CARB** (NASDAQ Global) | CIK:1340127 | United States



**Watchdog Report** ™
Public company risk analysis

## ■ Key Facts

Business address: **Boston, Massachusetts, United States**
Industry: **Data Processing, Hosting, and Related Services** (NAICS 518210)
SEC filer status: **Large Accelerated Filer** as of Mar 2019
Index member: **Russell 2000**
Market Cap: **$831m** as of May 10, 2019
Annual revenue: **$296m** as of Dec 31, 2018

## ■ Corporate Governance

CEO: **Mohamad Ali** since 2014
CFO: **Anthony Folger** since 2013

| | 1st level |

Board Chairman: **Stephen Munford** since 2016
Audit Committee Chair: **Charles Kane**

| | 2nd level |

Auditor: **Deloitte & Touche LLP** since 2017
Outside Counsel (most recent): **Foley & Lardner LLP**

| | 3rd level |

SEC Reviewer: **Jan Woo**

| | 4th level |



**How to analyze this company's Watchdog Report? Skip to the last page**

Information in this report is effective Jul 5, 2019 and is taken from the company's public financial and regulatory filings. Latest fi ing 10-Q filed 05/10/2019. Over 75 accounting and data analysts scrutinize and review crucial information, footnotes, disclosures, etc., from these fi ings. Material facts are captured and processed using our proprietary methods which identify key risk factors our readers need to know. Each Watchdog Report represents 30 or more hours of analysis and processing.

Executive compensation data from Shore Group and Intrinio.
Data from Sharadar.
Data from Barchart via Quandl.
Data from Exchange Data International via Quandl.

| | Jul 5, 2019 | Jan 1, 2018 | Jan 1, 2014 |
|---|---|---|---|
| | RECENT PERIOD | HISTORICAL PERIOD | |

10-Q filed on May 10, 2019 for period ending Mar 2019

### Reporting Irregularities

| RECENT | | HISTORICAL |
|---|---|---|
| ✅ | Financial Restatements | ✅ |
| ✅ | Revisions | ✅ |
| ✅ | Out of Period Adjustments | ⚠️ |
| ✅ | Late Filings | ✅ |
| ⚠️ | Impairments | ✅ |
| ✅ | Changes in Accounting Estimates | ✅ |
| ⚠️ | Disclosure Controls | ⚠️ |
| ✅ | Internal Controls | ✅ |

### Anomalies in the Numbers

| RECENT | | HISTORICAL |
|---|---|---|
| ✅ | Benford's Law | ✅ |
| ⊖ | Beneish M-Score | ⊖ |
| ✅ | Accounting Disclosure Complexity | ✅ |

### Securities & Exchange Commission Concerns

| RECENT | | HISTORICAL |
|---|---|---|
| ✅ | SEC Letters to Management | ⚠️ |
| ✅ | Revenue Recognition | ✅ |
| ✅ | Non-GAAP Measures | ✅ |

### Lawsuits

| RECENT | | HISTORICAL |
|---|---|---|
| ✅ | Significant Litigation | ⚠️ |
| ✅ | Class Actions | ✅ |
| ✅ | Securities Law | ✅ |

### External Pressures

| RECENT | | HISTORICAL |
|---|---|---|
| ✅ | Shareholder Activism | ⚠️ |
| ✅ | Cybersecurity | ⚠️ |

### Management Review

| RECENT | | HISTORICAL |
|---|---|---|
| ✅ | CEO Changes | ⚠️ |
| ✅ | CFO Changes | ✅ |
| ⚠️ | Insider Sales | 🔴 |

### Auditor Assessment

| RECENT | | HISTORICAL |
|---|---|---|
| ✅ | Auditor Experience | ✅ |
| ✅ | Auditor Tenure | ✅ |
| ⚠️ | Audit Fees | ⚠️ |
| ✅ | Non-Audit Fees | ✅ |

**Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.   **www.cwdresearch.com** • **info@cwdresearch.com** • (855) 820-6272

Overview    Reporting Irregularities    Anomalies in the Numbers    SEC Concerns    Lawsuits    External Pressures    Management Review    Auditor Assessment

## Overview

### Price and Volume History

This graph shows the price and trading history for Carbonite. Warning signs and red flags are marked on the graph according to their disclosure dates.



| | | | |
|---|---|---|---|
| 1 | May 10, 2019 - Disclosure Controls | 7 | Aug 9, 2016 - Out of Period Adjustments |
| 2 | Mar 12, 2018 - Impairment | 8 | Jan 11, 2016 - SEC letters to management |
| 3 | Nov 21, 2017 - Lawsuit: Realtime Data LLC v. Barracuda Networks Inc | 9 | Jun 30, 2015 - SEC letters to management |
| 4 | Jun 27, 2017 - SEC letters to management | 10 | Mar 10, 2015 - Disclosure Controls |
| 5 | Mar 16, 2017 - Disclosure Controls | 11 | Dec 4, 2014 - Change in CEO |
| 6 | Feb 27, 2017 - Lawsuit: Realtime Data LLC v. Barracuda Networks Inc | | |

**Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com  •  info@cwdresearch.com  •  (855) 820-6272

## Peer Group

Peer groups are used by companies to benchmark executive compensation and performance. Each company identifies its own peer group. Peer groups vary from company to company.

**Peer Group**

| Company | Ticker | Market Cap |
|---|---|---|
| Logmein, Inc. | LOGM | $4.04b |
| Cornerstone OnDemand Inc. | CSOD | $3.18b |
| Five9, Inc. | FIVN | $3.16b |
| Varonis Systems Inc. | VRNS | $2.15b |
| Bottom ine Technologies Inc. | EPAY | $2b |
| SPS Commerce Inc. | SPSC | $1.92b |
| Liveperson Inc. | LPSN | $1.85b |
| Pros Holdings, Inc. | PRO | $1.71b |
| Carbonite Inc. | CARB | $831m |
| Stamps.com Inc. | STMP | $639m |

**Companies Who Named Carbonite as a Peer**

| Company | Ticker | Market Cap |
|---|---|---|
| MongoDB, Inc. | MDB | $9.4b |
| Axon Enterprise, Inc. | AAXN | $3.95b |
| Mimecast Ltd. | MIME | $2.78b |
| Rapid7, Inc. | RPD | $2.53b |
| Varonis Systems Inc. | VRNS | $2.15b |
| SPS Commerce Inc. | SPSC | $1.92b |
| Shutterstock, Inc. | SSTK | $1.48b |
| Benefitfocus, | BNFT | $1.15b |
| Vocera Communications, Inc. | VCRA | $1.07b |
| Carbonite Inc. | CARB | $831m |

 **Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com  •  info@cwdresearch.com  •  (855) 820-6272

## Peer Flag Comparison

The return to a company's stock is not the only measure of executive performance. Ethics matter, and growth can quickly reverse and gains evaporate if a company's accounting and financial reporting processes are not fundamentally sound and trustworthy. How does Carbonite's accounting quality compare to its peer group?

### Reporting Irregularities

| | CARB | PEER GROUP FLAGS | | |
|---|---|---|---|---|
| Financial Restatements | ✓ | 9 | | |
| Revisions | ✓ | 9 | | |
| Out of Period Adjustments | ⚠ | 8 | 1 | |
| Impairments | ⚠ | 7 | 2 | |
| Changes in Accounting Estimates | ✓ | 6 | 3 | |
| Disclosure Controls | ⚠ | | 9 | |
| Internal Controls | ✓ | 9 | | |

### Anomalies in the Numbers

| | CARB | PEER GROUP FLAGS | | |
|---|---|---|---|---|
| Benford's Law | ✓ | 8 | | 1 |
| Beneish M-Score | ⊖ | 2 | | |
| Accounting Disclosure Complexity | ✓ | 2 | 6 | 1 |

### Securities & Exchange Commission Concerns

| | CARB | PEER GROUP FLAGS | | |
|---|---|---|---|---|
| SEC Letters to Management | ⚠ | 1 | 8 | |
| Revenue Recognition | ✓ | 4 | 5 | |
| Non-GAAP Measures | ✓ | 9 | | |

### Lawsuits

| | CARB | PEER GROUP FLAGS | | |
|---|---|---|---|---|
| Significant Litigation | ⚠ | 5 | | 4 |
| Class Actions | ✓ | 7 | | 2 |
| Securities Law | ✓ | 6 | | 3 |

### External Pressures

| | CARB | PEER GROUP FLAGS | | |
|---|---|---|---|---|
| Shareholder Activism | ⚠ | 8 | 1 | |
| Cybersecurity | ⚠ | 9 | | |

### Management Review

| | CARB | PEER GROUP FLAGS | | |
|---|---|---|---|---|
| CEO Changes | ⚠ | 7 | 1 | 1 |
| CFO Changes | ✓ | 2 | 7 | |
| Insider Sales | ❗ | | 5 | 4 |

### Auditor Assessment

| | CARB | PEER GROUP FLAGS | | |
|---|---|---|---|---|
| Auditor Experience | ✓ | 9 | | |
| Auditor Tenure | ✓ | 8 | 1 | |
| Audit Fees | ⚠ | 3 | 6 | |
| Non-Audit Fees | ✓ | 7 | 2 | |

 **Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.   www.cwdresearch.com • info@cwdresearch.com • (855) 820-6272

Overview   **Reporting Irregularities**   Anomalies in the Numbers   SEC Concerns   Lawsuits   External Pressures   Management Review   Auditor Assessment

## Reporting Irregularities

### ✅ Financial Restatements & Revisions

A financial restatement or revision is a serious event in the financial life of a company. When previous estimates of revenue, earnings, or equity are significantly lowered, financial restatements can have a dramatic impact on the valuation and projected growth of a company.

Financial restatements are always accompanied by a disclosure that their previous financial reports can no longer be re ied upon. A revision is a change to a company's financials that is not accompanied by such a disclosure.

| ✅ No Restatements |
| ✅ No Revisions |



2014     2015     2016     2017     2018     2019

**Carbonite has not restated their financials at least since 2014.**

**Carbonite has not revised their financials at least since 2014.**

### ⚠️ Out of Period Adjustments

An adjustment or "out-of-period adjustment" is a one-time accounting entry that is intended to correct immaterial errors from previous reporting periods. Adjustments have a one-time impact on earnings when they are reported and indicate the existence accounting errors in previous financial reports. Analysts should pay close attention to the nature and magnitude of adjustments. The frequent use of adjustments may signal deeper issues with a company's accounting and financial reporting.



2014     2015     2016     2017     2018     2019

**Carbonite made one adjustment to their financials for 04/01/2016 - 06/30/2016 on 08/09/2016. The adjustment had negative effect on their financial condition.**



| DISCLOSURE | Ⓐ |
| --- | --- |
| 08/09/2016 via SEC form 10-Q ↗ | |
| TYPE | Qualitative |
| ADJUSTMENT PERIOD | 04/01/2016 - 06/30/2016 |
| IMPACT | Negative |
| CHANGE IN INCOME | $-520k |
| REGULATORY INVESTIGATION | No |
| BOARD APPROVAL | Not Disclosed |

 **Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.   **www.cwdresearch.com** • **info@cwdresearch.com** • (855) 820-6272

## ✅ Late Filings

Late filings can be significant warning signs. Why didn't the company file its financial report on time? Late filings may signal an impending financial restatement or deeper problems with a company's accounting processes.



| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |

**Carbonite has not filed any late financial statements at least since 2014. All financial statements have been filed on or before the appropriate deadline.**

## ⚠️ Impairments

An impairment is a permanent reduction in the value of an asset.



| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |

**Carbonite has reported 1 impairment on 1 annual report since 2014.**



**DISCLOSURE**    (A)

03/12/2018 on SEC Form 10-K ☐

**IMPACT ON PRETAX INCOME**

$1.4m

**IMPAIRMENT**

1. Intangible Assets - Other intangible assets (not goodwill)

## ✅ Changes in Accounting Estimates

Some assets and liabilities require accountants to make assumptions about future performance in order to estimate their value. Occasionally, economic conditions cause these assumptions to be revised, resulting in a change in accounting estimates. A change in accounting estimates can have a significant impact on the bottom line and may be used strategically by management to disguise otherwise weak financial results.
The impact of changes in accounting estimates on pretax income are provided when available. If the impact of changes is measured in terms of net income, it is denoted with an asterisk (*).



| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |

**Carbonite has not reported any changes in accounting estimates at least since 2014.**

 **Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    **www.cwdresearch.com** • **info@cwdresearch.com** • (855) 820-6272

## ⚠ Internal and Disclosure Controls

Internal controls are put in place in order to prevent fraud and financial misstatements. A company with ineffective internal controls is said to have a "material weakness." A material weakness is a serious warning sign about a company's accounting qua ity.

**Disclosure Controls**



| 10-Q | 10-Q | 10-Q | 10-K | 10-Q | 10-Q | 10-Q | 10-K | 10-Q | 10-Q | 10-Q | 10-K | 10-Q | 10-Q | 10-Q | 10-K | 10-Q | 10-Q | 10-Q | 10-K | 10-Q |

**Internal Controls of Financial Reporting**

| | 10-K | | | 10-K | | | 10-K | | | 10-K | | | 10-K | |

| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |

**No material weakness. Carbonite reported issues in 2014, 2016 and 2019.**

**Management attests that the disclosure controls are effective as of 03/31/2019.**

**The auditor and management attest that internal controls of financial reporting are effective as of 12/31/2018.**

| DISCLOSURE DATE | DISCLOSURE DATE | DISCLOSURE DATE |
|---|---|---|
| 05/10/2019 on SEC Form 10-Q ⧉ | 03/16/2017 on SEC Form 10-K ⧉ | 03/10/2015 on SEC Form 10-K ⧉ |
| **PERIOD END DATE** | **PERIOD END DATE** | **PERIOD END DATE** |
| 03/31/2019 | 12/31/2016 | 12/31/2014 |
| **MANAGEMENT ASSESSMENT** | **AUDITOR ASSESSMENT** | **AUDITOR ASSESSMENT** |
| Effective disclosure controls | Effective internal controls | Effective internal controls |
| **ISSUES CITED** | **MANAGEMENT ASSESSMENT** | **MANAGEMENT ASSESSMENT** |
| Various Issues | Effective disclosure controls | Effective disclosure controls |
| | Effective internal controls | Effective internal controls |
| | **ISSUES CITED** | **ISSUES CITED** |
| | Acquisition/integration exclusion or challenges noted | Acquisition/integration exclusion or challenges noted |

**Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com • info@cwdresearch.com • (855) 820-6272

Overview    Reporting Irregularities    **Anomalies in the Numbers**    SEC Concerns    Lawsuits    External Pressures    Management Review    Auditor Assessment

## Anomalies in the Numbers

 **Benford's Law**

Benford's Law is used to detect financial manipulation and fraud. When financial statements do not follow Benford's Law, there is reason to suspect problems with the accounting or financial reporting process.



Numbers generated by natural processes conform to Benford's Law.

All of Carbonite's financial statements conform to Benford's Law. Carbonite is at low risk for financial manipulation or fraud.

 **Accounting Disclosure Complexity**

Companies committed to transparency make their reports easier for investors to understand and compare. By contrast, a high degree of Accounting Disclosure Complexity makes it difficult to measure executive performance and the company's financial health. Accounting Disclosure Complexity may also be used to obfuscate serious accounting problems and other issues.



Carbonite's highest level of accounting disclosure complexity was in the 6th decile in 2018.

 **Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com  •  info@cwdresearch.com  •  (855) 820-6272



Overview    Reporting Irregularities    Anomalies in the Numbers    **SEC Concerns**    Lawsuits    External Pressures    Management Review    Auditor Assessment

**Securities & Exchange Commission Concerns**

✅ **SEC Letters to Management**

Regulators at the Securities and Exchange Commission (SEC) review each company's financial reporting. When the SEC has questions about a company's filing, they will write letters to the company asking for clarification about different accounting issues.

✅ Revenue Recognition
✅ Non-GAAP Measures



**Carbonite has had 3 conversations with the SEC since 2014.**

| | A | | B |
|---|---|---|---|
| **FROM** | | **FROM** | |
| Jan Woo (SEC) | | Kathleen Collins (SEC) | |
| **TO** | | **TO** | |
| Mohamad Ali | | Mohamad Ali | |
| **DISSEMINATION DATE** | 06/27/2017 | **DISSEMINATION DATE** | 01/11/2016 |
| **LETTERS** | 2 | **LETTERS** | 4 |
| **FIRST LETTER** | 04/28/2017 ⬀ | **FIRST LETTER** | 11/03/2015 ⬀ |
| **LAST LETTER** | 05/02/2017 | **LAST LETTER** | 12/10/2015 |
| **ISSUES CITED** | | **ISSUES CITED** | |
| Request to accelerate or expedite registration | | Capita ization of expenditures issues | |
| | | Commitments, contingencies, and related disclosure issues | |
| | | Foreign affiliate or subsidiary issues | |
| | | Research and development accounting and disclosure issues | |
| | | Tax expense, benefit, deferral, or other issues | |



**Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    **www.cwdresearch.com** • **info@cwdresearch.com** • (855) 820-6272



**FROM**

David L Or ic (SEC)

**TO**

Mohamad Ali

**DISSEMINATION DATE**                                  06/30/2015

**LETTERS**                                                       1

**LETTER DATE**                                      05/06/2015 ⬀

**ISSUES CITED**

Various Issues


**Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    **www.cwdresearch.com** • **info@cwdresearch.com** • (855) 820-6272

Overview    Reporting Irregularities    Anomalies in the Numbers    SEC Concerns    **Lawsuits**    External Pressures    Management Review    Auditor Assessment

## Lawsuits

 **Significant Litigation**

Is the company involved in any lawsuits? This part of the Report summarizes recent and ongoing litigation that may have a significant impact on your investment.



✓ **0 Class Actions**
✓ **0 Securities Lawsuits**

**Carbonite was named in 3 significant lawsuits. The most recent lawsuit is "Realtime Data LLC v. Barracuda Networks Inc" that began on 11/21/2017 and ended on 09/20/2018.**

| Name | Type | Start Date | End Date | Claim |
|------|------|-----------|----------|-------|
| Realtime Data LLC v. Barracuda Networks Inc | Patent Law | 11/21/2017 | 09/20/2018 | undisclosed |
| Realtime Data LLC v. Barracuda Networks Inc | Patent Law | 02/27/2017 | 11/16/2017 | undisclosed |
| Oasis Research LLC v. Adrive LLC et al | Patent Law | 08/30/2010 | 11/06/2015 | undisclosed |

 **Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com  •  info@cwdresearch.com  •  (855) 820-6272

Overview    Reporting Irregularities    Anoma ies in the Numbers    SEC Concerns    Lawsuits    **External Pressures**    Management Review    Auditor Assessment

## External Pressures

### ✅ Shareholder Activism

An activist shareholder uses his ownership stake to influence management and affect the strategy and direction of the company. While these shareholders contribute to oversight and may push for better financial performance or even a change in leadership, they may also pursue social, political, or environmental goals that can adversely affect a company's operations and profitabi ity. Note that activist shareholders identified here may no longer be current shareholders.



**Carbonite last reported activist shareholders on 12/02/2016. Activist shareholders reported concerns with management on 04/02/2015.**

| | | |
|---|---|---|
| **ACTIVE SHAREHOLDER** (A) | **ACTIVE SHAREHOLDER** (B) | **ACTIVE SHAREHOLDER** (C) |
| CROSSLINK CAPITAL INC | CROSSLINK CAPITAL INC | CROSSLINK CAPITAL INC |
| **DISCLOSURE** | **DISCLOSURE** | **DISCLOSURE** |
| 12/02/2016 on SEC Form SC 13D/A ⬈ | 09/19/2016 on SEC Form SC 13D/A ⬈ | 09/19/2016 on SEC Form SC 13D/A ⬈ |
| **REASONS** | **REASONS** | **REASONS** |
| Not applicable, no change or no intent stated | Investment purposes | Investment purposes |
| | Transaction (Securities, Warrants, Options, Debt, Bonds etc) | Transaction (Securities, Warrants, Options, Debt, Bonds etc) |
| **ACTIVE SHAREHOLDER** (D) | **ACTIVE SHAREHOLDER** (E) | **ACTIVE SHAREHOLDER** (F) |
| Menlo Ventures X L P | Menlo Ventures X L P | J2 GLOBAL, INC. |
| **DISCLOSURE** | **DISCLOSURE** | **DISCLOSURE** |
| 09/02/2016 on SEC Form SC 13D/A ⬈ | 08/24/2016 on SEC Form SC 13D/A ⬈ | 07/21/2016 on SEC Form SC 13D/A ⬈ |
| **REASONS** | **REASONS** | **REASONS** |
| Disposed of investment | Disposed of investment | Not app icable, no change or no intent stated |

 **Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    **www.cwdresearch.com** • **info@cwdresearch.com** • (855) 820-6272

**ACTIVE SHAREHOLDER**

Menlo Ventures X L P

**DISCLOSURE**

06/17/2016 on SEC Form SC 13D/A

**REASONS**

Transaction (Securities, Warrants, Options, Debt, Bonds etc)

**ACTIVE SHAREHOLDER**

J2 GLOBAL, INC.

**DISCLOSURE**

06/09/2016 on SEC Form SC 13D/A

**REASONS**

Not applicable, no change or no intent stated

**ACTIVE SHAREHOLDER**

J2 GLOBAL, INC.

**DISCLOSURE**

06/01/2016 on SEC Form SC 13D/A

**REASONS**

Not app icable, no change or no intent stated

**ACTIVE SHAREHOLDER**

J2 GLOBAL, INC.

**DISCLOSURE**

02/11/2016 on SEC Form SC 13D/A

**REASONS**

Not applicable, no change or no intent stated

**ACTIVE SHAREHOLDER**

J2 GLOBAL, INC.

**DISCLOSURE**

07/17/2015 on SEC Form SC 13D/A

**REASONS**

Investment purposes

Intends to sell or reduce stake

**ACTIVE SHAREHOLDER**

J2 GLOBAL, INC.

**DISCLOSURE**

04/02/2015 on SEC Form SC 13D/A

**REASONS**

Held discussions with management

**ACTIVE SHAREHOLDER**

J2 GLOBAL, INC.

**DISCLOSURE**

03/04/2015 on SEC Form SC 13D/A

**REASONS**

Intent to change or nominate the board of directors

**ACTIVE SHAREHOLDER**

Discovery Group I, LLC

**DISCLOSURE**

02/26/2015 on SEC Form SC 13D/A

**REASONS**

Not applicable, no change or no intent stated

**ACTIVE SHAREHOLDER**

Discovery Group I, LLC

**DISCLOSURE**

02/02/2015 on SEC Form SC 13D/A

**REASONS**

Not app icable, no change or no intent stated

**ACTIVE SHAREHOLDER**

Discovery Group I, LLC

**DISCLOSURE**

12/30/2014 on SEC Form SC 13D/A

**REASONS**

Not applicable, no change or no intent stated

**ACTIVE SHAREHOLDER**

J2 GLOBAL, INC.

**DISCLOSURE**

12/11/2014 on SEC Form SC 13D/A

**REASONS**

Not applicable, no change or no intent stated

**ACTIVE SHAREHOLDER**

Discovery Group I, LLC

**DISCLOSURE**

12/04/2014 on SEC Form SC 13D/A

**REASONS**

Suggested to management strategy

Potential merger or acquisition discussed

 **Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    **www.cwdresearch.com** • **info@cwdresearch.com** • (855) 820-6272

| ACTIVE SHAREHOLDER | S | ACTIVE SHAREHOLDER | T | ACTIVE SHAREHOLDER | U |
|---|---|---|---|---|---|
| **J2 GLOBAL, INC.** | | Discovery Group I, LLC | | Discovery Group I, LLC | |
| **DISCLOSURE** | | **DISCLOSURE** | | **DISCLOSURE** | |
| 12/03/2014 on SEC Form SC 13D/A | | 02/28/2014 on SEC Form SC 13D/A | | 02/07/2014 on SEC Form SC 13D | |
| **REASONS** | | **REASONS** | | **REASONS** | |
| Merger or acquisition agreement | | Not applicable, no change or no intent stated | | Investment purposes | |

## ✔ Cybersecurity

Cybersecurity is an area of increasing concern for many companies. A breach of confidential personal or financial data brings bad press, customer backlash and loss of goodwill, and substantial exposure to class actions. The SEC issued guidance in 2018 indicating cybersecurity risks should be treated ike all other economic and business risks in regard to internal controls, financial reporting, and public disclosures.



| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |

**Carbonite made a disclosure related to cybersecurity and data breaches on 01/01/0021.**

| Disclosure Date | Date of breach | Description | Source |
|---|---|---|---|
| 01/01/0021 | - | Personal records | Carbonite |

 **Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    **www.cwdresearch.com** • **info@cwdresearch.com** • (855) 820-6272

Overview    Reporting Irregularities    Anoma ies in the Numbers    SEC Concerns    Lawsuits    External Pressures    **Management Review**    Auditor Assessment

## Management Review

### ✅ Management Turnover

Investors should always pay attention to CEO and CFO changes. These two officers are responsible for a company's performance and financial reporting. Why did they depart? There are many possible answers to this question, not all of them good.

⚠️ **Reported CEO Changes**

↑ **Mohamad Ali**  President / CEO / Director
Appointed effective: 12/03/2014 (8-K ☑ on 12/04/2014)

↓ **David Friend**  President / CEO
Resigned effective: 12/03/2014 (8-K ☑ on 12/04/2014)
Position Change within Company

✅ **Reported CFO Changes**

Carbonite has not reported a CFO change at least since 2014.

### ⚠️ Insider Sales

What are the CEO and CFO doing? Do they have confidence in the company, or are they unloading their shares? A large sale of stock is a big warning sign and may indicate a lack of confidence in the future prospects of the company. These two officers know more about the company than you do, and if they think it is a good time to sell, maybe you should too.

**There are significant insider sales from the company's officers.**

**Here are the significant insider sales for the CEO:**



**Here are the significant insider sales for the CFO:**

 **Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com  •  info@cwdresearch.com  •  (855) 820-6272



**Here are the significant insider sales for Carbonite:**

| Date | Owner | Title | Shares sold | Value | Holdings | % Sold | |
|------|-------|-------|-------------|-------|----------|--------|---|
| 06/05/2019 | FOLGER ANTHONY | Chief Financial Officer | 32,315.0 | $738k | 236,315.0 | 12.0% | ⚠ |
| 06/05/2018 | FOLGER ANTHONY | Chief Financial Officer | 31,175.0 | $1.19m | 236,246.0 | 11.6% | ⚠ |
| 01/07/2016 | ALI MOHAMAD | CEO and President | 55,130.0 | $512k | 404,870.0 | 11.9% | ⚠ |
| 12/09/2014 | FOLGER ANTHONY | Chief Financial Officer | 50,000.0 | $740k | 20,315.0 | 71.1% | ❗ |

**Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com  •  info@cwdresearch.com  •  (855) 820-6272

Overview    Reporting Irregularities    Anoma ies in the Numbers    SEC Concerns    Lawsuits    External Pressures    Management Review    **Auditor Assessment**

## Auditor Assessment

### ✅ Auditor Experience

How much experience does the auditor have in this industry? This graph shows the average number of audits of the largest auditors in this industry in the last five years (based on our population). The current auditor is marked with an arrow.



Current auditor is Deloitte & Touche LLP.

Auditors with relatively little industry experience may be more ikely to make mistakes. Auditors that do more audits tend to have greater industry expertise.

### ✅ Auditor Tenure

How long have they had the same auditor? This graph shows a histogram of the number of companies in the industry (from our population) and the corresponding auditor tenure. Current auditor tenure for Carbonite is marked with an arrow.



Deloitte & Touche LLP has been Carbonite's auditor for the last 2 years.

Mistakes may be more common in the early years of an auditor's tenure as they gain knowledge of a company's accounting po icies and processes. On the other hand, there is some concern that a lengthy tenure may make auditors too "cozy" with the company and reluctant to report on issues or problems.

 **Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com  •  info@cwdresearch.com  •  (855) 820-6272

Overview    Reporting Irregularities    Anoma ies in the Numbers    SEC Concerns    Lawsuits    External Pressures    Management Review    **Auditor Assessment**

## Auditor Assessment

### ⚠️ Audit Fees

Audit fees are fees paid to the auditor for the audit and services related to the audit. This graph compares recent audit fees to the rest of the industry based on audit fee to revenue ratios (or audit fees to asset ratios for financial companies).



— 75th percentile  — Audit Fees  — 25th percentile

**MOST RECENT AUDIT FEES**

$2.04m  ▲ 93.89%

**AUDIT FEES TO REVENUE RATIO**

0.69%

Carbonite's audit fees increased by 93.89% from last year. Carbonite's most recent audit fees are relatively high.

High audit fees create incentives that undermine auditor independence. On the other hand, low audit fees may result in a lower qua ity audit.

### ✅ Non-Audit Fees

Non-audit fees are fees paid to the auditor for the services unrelated to the audit.



— 30% Fee Ratio  — Total Non-Audit Fees

**MOST RECENT NON-AUDIT FEES**

$0  ▲ 0.00%

**NON-AUDIT FEES TO AUDIT FEES RATIO**

0.00%

Carbonite's most recent non-audit fees are in the normal range.

Relatively high non-audit fees create incentives that undermine the auditor's objectivity and are often used as a proxy measure of auditor independence.

 **Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com  •  info@cwdresearch.com  •  (855) 820-6272

Overview    Reporting Irregularities    Anomalies in the Numbers    SEC Concerns    Lawsuits    External Pressures    Management Review    Auditor Assessment

**Appendix**

## Appendix A. SEC Letters to Management

**Ⓐ** **Conversation disseminated on 06/27/2017**                                       2 ✉
      **FROM:** Jan Woo (SEC)       **TO:** Mohamad A i              LETTERS

| ISSUES CITED | LETTERS | RELATED FILINGS |
|---|---|---|
| ▪ Request to accelerate or expedite registration | dated 04/28/2017<br>dated 05/02/2017 | S-3 04/24/2017 |

**Ⓑ** **Conversation disseminated on 01/11/2016**                                       4 ✉
      **FROM:** Kathleen Collins (SEC)       **TO:** Mohamad A i              LETTERS

| ISSUES CITED | LETTERS | RELATED FILINGS |
|---|---|---|
| ▪ Capitalization of expenditures issues<br>▪ Commitments, contingencies, and related disclosure issues<br>▪ Foreign affiliate or subsidiary issues<br>▪ Research and development accounting and disclosure issues<br>▪ Tax expense, benefit, deferral, or other issues<br>▪ Request to identify, disclose, or explain legal matters or issues<br>▪ Change in tax rate disclosure issues<br>▪ Results of operations discussion (MD&A) | dated 11/03/2015<br>dated 11/13/2015<br>dated 12/01/2015<br>dated 12/10/2015 | 10-K 03/10/2015 |

**Ⓒ** **Conversation disseminated on 06/30/2015**                                       1 ✉
      **FROM:** David L Or ic (SEC)       **TO:** Mohamad Ali              LETTERS

| LETTERS | RELATED FILINGS |
|---|---|
| dated 05/06/2015 | PREC14A 05/01/2015 |

 **Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    www.cwdresearch.com  •  info@cwdresearch.com  •  (855) 820-6272

## Appendix B. Significant Litigation

**Realtime Data LLC v. Barracuda Networks Inc**
Case began on 11/21/2017

On February 27, 2017, Realtime Data LLC filed a lawsuit against Barracuda Networks Inc. in the United States District Court for the Eastern District of Texas, Tyler Division, alleging that certain of Barracuda Networks' products infringe U.S. patent numbers 9,054,728, 7,415,530, 9,116,908 and 8,717,204. On June 2, 2017, Barracuda Networks filed a motion to dismiss for improper venue and on September 22, 2017, Barracuda Networks filed a motion to transfer venue of the action from the Eastern District of Texas to the Northern District of California. On October 24, 2017, the Court granted Barracuda Networks' motion and transferred the lawsuit to the Northern District of California. On September 20, 2018, the court granted Realtime Data's motion to dismiss.

**Realtime Data LLC v. Barracuda Networks Inc**
Case began on 02/27/2017

In February 27, 2017, Realtime Data LLC filed a lawsuit against Barracuda Networks Inc in the United States District Court for the Eastern District of Texas, Tyler Division, alleging that certain of Barracuda Networks' products infringe U.S. patent numbers 9,054,728, 7,415,530, 9,116,908 and 8,717,204. Barracuda Networks responded to the complaint on April 24, 2017. On June 2, 2017, Barracuda Networks filed a motion to dismiss for improper venue and on September 22, 2017, Barracuda Networks filed a motion to transfer venue of the action from the Eastern District of Texas to the Northern District of California. On October 24, 2017, the Court granted Barracuda Networks' motion and transferred the lawsuit to the Northern District of California.

**Oasis Research LLC v. Adrive LLC et al**
Case began on 08/30/2010

On August 31, 2010, Oasis Research, LLC (☞Oasis₥) filed a complaint (Cause No. 4:10-CV-435, United States District Court for the Eastern District of Texas) alleging that the defendants▢ products infringe certain United States patents allegedly owned by Oasis. This lawsuit alleges that defendants are infringing four patents, including United States Patent Nos. 5,771,354, 5,901,228, 6,411,943 and 7,080,051 by designing and selling products and services related to online backup and storage services. Oasis is seeking unspecified damages for past and continuing or future infringement.

 **Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    **www.cwdresearch.com** • **info@cwdresearch.com** • (855) 820-6272

## About Watchdog Research, Inc.

Watchdog Research, Inc. is an independent research provider and publisher of Watchdog Reports. Watchdog Reports identify red flags, issues, and other anomalies in financial reporting. Our reports contain warning signs, red flags, material disclosures, and peer analysis for use in valuation, risk analysis, due di igence research, and idea generation.

Watchdog Reports are designed to assist investment professionals fulfill their fiduciary or suitabi ity obligations and to help investors, executives, board members, regulators and educators learn what they need to know about pub icly traded companies.

The company is headquartered in Naples, FL. Watchdog Research, Inc. utilizes over 75 specialists and analysts to provide accurate and timely information to our readers.

### Our management team is:

CEO: Brian Lawe. Brian has been part of the corporate staff at The New York Times Company and IBM. He has created and operated several technology companies including MyStoreCredit, OnPage Ideas and HelloCampus. He holds an MBA from Harvard Business School and a BBA from Texas Christian University. He and his wife have four children and ive in the Naples, FL area. One son is deployed with the US Marine Corps in Afghanistan.

CTO: Radu Cugut. Radu has led the award-winning technology team that developed the Watchdog Report and services. He, his wife and son sp it their time between his home in Naples, FL and his home in Timisoara, Romania where he oversees five talented development professionals. Radu has a bachelors in Computer Science and a masters in Banking and Financial Information Systems, both from the West University of Timisoara.

Chief Content Officer: Joseph Burke, Ph.D. is responsible for the content development, analysis, and quality control for the Watchdog Report. He also edits the blog and directs our custom research. Joseph worked previously as a professor of economics at Ave Maria University. He received his Ph.D. from the University of Wisconsin-Madison and resides with his family in the Naples area.



**Watchdog Research, Inc.**
780 5th Ave S
Suite #200
Naples, FL 34102

info@cwdresearch.com
(855) 820-6272
www.cwdresearch.com



# How to analyze a company's Watchdog Report

If you walk into a doctor's office complaining about a pain in your left shoulder, your doctor's training kicks-in and he will immediately begin assessing your age and physical appearance, checking your vital signs and asking you a very specific series of questions about your symptoms. After just a few brief moments of assessing you, the doctor will either begin life-saving intervention or simply hand you an ice pack for your sore arm after a workout.

**Like that doctor, we assume you are reading our Watchdog Report because you want to quickly assess the health of the company you are analyzing. You want to know if the company is undergoing any major problems or is simply displaying minor issues. Here is how to get your answer:**

**BEFORE YOU START**

Make sure you have a basic understanding of the company. Know its market cap, the size of its revenues, profits and assets and liabilities. Review any major news related to the financials of the company and its management team.

**STEP 1**    ⏱ 10 SEC

Scan down the right side of the first page of the company's report, paying attention to the 'RECENT' column to find the latest yellow and red flags.

**STEP 2**    ⏱ 2 SEC

When you see a red or yellow flag, click the title next to the flag and you will instantly jump to that section of the company's report.

**STEP 3**    ⏱ 60 SEC

Read that section's head ine, the timeline and review the specific issue high ighted for the company's red or yellow flag.

**STEP 4**    ⏱ 3 M N

Each section will usually have a link to the original fi ing or legal summary for the issue. Click that ink. If it takes you to a SEC Edgar page, review the original filing. **HINT:** Use your browser's "find" button to search for a key word or number related to the issue as shown on the Watchdog Report.

**STEP 5**    ⏱ 15 SEC

Review the stock price movement chart on page two of the report. If you check the report on ine, you can adjust the timeline to a narrow time. The stock movement chart will overlay each of the red and yellow flags to stock price changes. Make note of those red and yellow flags around major stock price dec ines. These issues are worth reviewing in detail.

**STEP 6**    ⏱ 1 M N

Before continuing, it is worth comparing the company to its peers. Go to the third page of the report and compare the red and yellow flags for the company (first column) to the number of companies with red and yellow flags from your company's peer group. Is the company an outlier with a red or yellow flag in an area that other peers have only green? If so, the outlying issues are also worth reviewing in detail.

**STEP 7**    ⏱ 5 MIN

Repeat steps 2-4 for each red or yellow flag. At the end of this process, you'll have a good idea of the core issues the company has reported.

**STEP 8**    ⏱ 5 MIN

Now comes the creative, but hard part. Like a doctor trying to understand what might be wrong with a patient, you must now use your judgment, past knowledge and the insights you gathered in the prior steps to develop your own view of how serious the issues are facing the company.

If you see a consistent pattern of delays, accounting irregularities, management turnover, legal troubles, the company is clearly in trouble. Use the peer group analysis step above to see why your company may be different than its peers. Think of the various issues as connected. It seems passé but a bad management team is going to be bad in multiple ways. The challenge is to find the thread that runs through all the issues to understand any management failures.

When you find a pattern of unusual accounting moves, it is almost always tied to management protecting their own interests over investors. You should also consider what particular forces in the industry are affecting the company more than its peers. If you can assess that, try to think about how a company's management might "adjust" the financial disclosures to mask the weakness. It helps to think ike a detective here. Everyone is entitled to a presumption of innocence, but if management was trying to hide something, how might they go about doing so?

This step is where we leave you with our 6,000+ Watchdog Reports. Good luck with your analysis!

 **Watchdog Research, Inc.** publishes over 6,000 Watchdog Reports, offers custom research analysis on financial disclosures and offers underlying data feeds for custom analysis.    **www.cwdresearch.com** • **info@cwdresearch.com** • (855) 820-6272