# EXHIBIT 89

*Barclays Bank LLC analyst report
7/24/2019*

 **BARCLAYS**

Equ ty Research | Instant Ins ghts

24 Ju y 20 9

| Saket Ka a, CFA | + 2 2 526 8465 | saket.ka a@barc ays.com | BCI, US | Comp eted: 23 Ju 9, 2 :42 GMT |
| Andrew Thomas | + 2 2 526 808 | andrew.w.thomas@barc ays.com | BCI, US | Re eased: 24 Ju 9, 04: 0 GMT |

## Carbonite, Inc.

**Stock Rating/Industry View:** Overwe ght/Pos t ve
**Price Target:** USD 32.00
**Price (23-Jul-2019):** USD 23.99
**Potential Upside/Downside:** 33%
**Tickers:** CARB

### Won't Re-rate in One Quarter, but Like Value; First Full Quarter of Webroot

The story w th Carbon te th s year s more cons stent resu ts cou d dr ve a re-rat ng for a stock trad ng at ~8x EBITDA and ~2x EV/Sa es, and we expect th s quarter to be another proof po nt for that thes s when CARB reports tomorrow after the c ose. Th s s the f rst fu quarter of Webroot, wh ch w add $55-60M n quarter y revenue and $10-15M n quarter y EBITDA, show ng the accret on of the dea . The stock has been vo at e ke the rest of the market s nce 5/2 earn ngs, but we see support at $23-24, and wonder f another quarter of execut on cou d bump up that support eve .

- **First full quarter of Webroot - we are modelling $56M in Webroot revenue and $79M in core Carbonite revenue (both matter).** Reca , Webroot c osed ate dur ng 1Q, add ng ~$3M n quarter y revenue so 2Q19 w be the f rst fu quarter of Webroot revenue wh ch we forecast at $56M. Reca , when Carbon te acqu red Webroot, t gu ded to $175-$180M n acqu red non-GAAP revenue for the 9 months t wou d own the bus ness th s year, or about $55-60M per quarter, hence our $56M est mate. For core Carbon te, we are mode ng $79M n revenue or rough y f at y/y, wh ch ref ects (1) app ng the Mozy dea ; and (2) the ast quarter of tough compares on the upfront perpetua cense bus ness.

- **Webroot is EBITDA accretive, so modelling ~$35M this quarter, with better gross margins but higher R&D intensity.** Reca , Webroot was a prof tab e bus ness on a stand-a one bas s, actua y very comparab e to the EBITDA marg ns for core Carbon te. So w th the fu quarter of acqu red revenue, we a so get a fu quarter of acqu red EBITDA wh ch s why we are at $35M, up from $25M ast quarter. It s worth not ng that Webroot had a better gross marg n prof e than Carbon te, so we expect b ended gross marg ns to go up th s quarter. But Webroot a so was more R&D ntens ve (not surpr s ng for secur ty), and hence we expect R&D as percent of tota revenue to go up.

- **Feels like stock is finding support ~$23-24, so we wonder if more consistent results helps this break out.** The stock has been vo at e ke most of the market s nce t reported earn ngs n ear y May. But we not ced that the stock often bounced at $23 nd cat ng some support n our v ew. Fundamenta y, we th nk management was prudent n sett ng FY19 gu de off a so d 1Q, so we wonder f another quarter cou d bump up that support eve .

- **Conference Call Details:** Thursday, Ju y 25 5:30 PM EST; **Dial-In:** (877) 303-1393; **ID:** 8188460

Restr cted - Externa

**Analyst(s) Certification(s):**

I, Saket Ka a, CFA, hereby cert fy (1) that the v ews expressed n th s research report accurate y ref ect my persona v ews about any or a of the subject secur t es or ssuers referred to n th s research report and (2) no part of my compensat on was, s or w be d rect y or nd rect y re ated to the spec f c recommendat ons or v ews expressed n th s research report.

**Important Disclosures:**

Barc ays Cap ta Inc. and/or one of ts aff ates does and seeks to do bus ness w th compan es covered n ts research reports. As a resu t, nvestors shou d be aware that the f rm may have a conf ct of nterest that cou d affect the object v ty of th s report. Investors shou d cons der th s report as on y a s ng e factor n mak ng the r nvestment dec s on.

Barc ays Research s produced by the Investment Bank of Barc ays Bank PLC and ts aff ates (co ect ve y and each nd v dua y, "Barc ays"). A authors contr but ng to th s research report are Research Ana ysts un ess otherw se nd cated. The pub cat on date at the top of the report ref ects the oca t me where the report was produced and may d ffer from the re ease date prov ded n GMT.

**Availability of Disclosures:**

Where any compan es are the subject of th s research report, for current mportant d sc osures regard ng those compan es p ease

refer to https://pub cresearch.barc ays.com or a ternat ve y send a wr tten request to: Barc ays Research Comp ance, 745 Seventh Avenue, 13th F oor, New York, NY 10019 or ca  1-212-526-1072.

The ana ysts respons b e for prepar ng th s research report have rece ved compensat on based upon var ous factors nc ud ng the f rm s tota revenues, a port on of wh ch s generated by nvestment bank ng act v t es, the prof tab ty and revenues of the Markets bus ness and the potent a nterest of the f rm s nvest ng c ents n research w th respect to the asset c ass covered by the ana yst.

Ana ysts regu ar y conduct s te v s ts to v ew the mater a operat ons of covered compan es, but Barc ays po cy proh b ts them from accept ng payment or re mbursement by any covered company of the r trave expenses for such v s ts.

Barc ays Research Department produces var ous types of research nc ud ng, but not m ted to, fundamenta ana ys s, equ ty- nked ana ys s, quant tat ve ana ys s, and trade deas. Recommendat ons conta ned n one type of Barc ays Research may d ffer from those conta ned n other types of Barc ays Research, whether as a resu t of d ffer ng t me hor zons, methodo og es, or otherw se.

In order to access Barc ays Statement regard ng Research D ssem nat on Po c es and Procedures, p ease refer to https://pub cresearch.barcap.com/S/RD.htm. In order to access Barc ays Research Conf ct Management Po cy Statement, p ease refer to: https://pub cresearch.barcap.com/S/CM.htm.

**Risk Disclosure(s)**

Master m ted partnersh ps (MLPs) are pass-through ent t es structured as pub c y sted partnersh ps. For tax purposes, d str but ons to MLP un t ho ders may be treated as a return of pr nc pa . Investors shou d consu t the r own tax adv sors before nvest ng n MLP un ts.

**Mentioned Stocks (Ticker, Date, Price)**

**Carbonite, Inc.** (CARB, 23-Ju -2019, USD 23.99), Overwe ght/Pos t ve, CD/CE/D/E/J/K/L/M

**Valuation Methodology:** Our ~$32 pr ce target s based on ~10x CY20 EBITDA wh ch a so represents ~2.7x Sa es.
**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** There are three key r sk n our v ew. F rst, the acqu s t on of Webroot s the argest n CARBs h story, and expands the company nto new markets ke endpo nt secur ty where t has not h stor ca y competed. If th s dea s does not resu t n projected revenue or expense synerg es, shares cou d underperform. Second, CARB f nanced the acqu s t on w th debt, ncreas ng ts everage. If the bus ness does not generate the projected cash f ow, th s added everage cou d pose a r sk. Th rd, th s s a compet t ve market, and f CARB cant grow ts market share, shares cou d underperform.

**Ratings and Price Target History:**
Carbon te, Inc.
Currency=USD



Source: IDC, Barc ays Research

| Publication Date | Closing Price | Rating | Adjusted Price Target |
|---|---|---|---|
| 03-May-2019 | 25.56 | | 32.00 |

| 28-Mar-2019 | 24.44 | Overwe ght | 30.00 |
|---|---|---|---|
| 07-Feb-2019 | 29.30 | Rat ng Suspended | |
| 09-Jan-2019 | 28.39 | Overwe ght | |
| 02-Nov-2018 | 26.97 | | 38.00 |
| 24-Ju -2018 | 36.85 | | 41.00 |
| 12-Ju -2018 | 37.60 | | 38.00 |
| 08-May-2018 | 34.90 | | 34.00 |
| 20-Mar-2018 | 29.40 | Equa We ght | 32.00 |
| 13-Feb-2018 | 21.70 | Rat ng Suspended | |
| 04-Aug-2017 | 21.15 | | 27.00 |
| 26-Jun-2017 | 23.40 | Equa We ght | 26.00 |

Source: Ref n t v, Barc ays Research

H stor ca  stock pr ces and pr ce targets may have been adjusted for stock sp ts and d v dends.

Pr ces are sourced from Ref n t v as of the  ast ava  ab e c os ng pr ce  n the re evant trad ng market, un ess another t me and source
 s  nd cated.

**Disclosure Legend:**
**A:** Barc ays Bank PLC and/or an aff  ate has been  ead manager or co- ead manager of a pub c y d sc osed offer of secur t es of the
 ssuer  n the prev ous 12 months.
**B:** An emp oyee or non-execut ve d rector of Barc ays PLC s a d rector of th s ssuer.
**CD:** Barc ays Bank PLC and/or an aff  ate  s a market-maker  n debt secur t es  ssued by th s  ssuer.
**CE:** Barc ays Bank PLC and/or an aff  ate  s a market-maker  n equ ty secur t es  ssued by th s  ssuer.
**D:** Barc ays Bank PLC and/or an aff  ate has rece ved compensat on for  nvestment bank ng serv ces from th s  ssuer  n the past 12
months.
**E:** Barc ays Bank PLC and/or an aff  ate expects to rece ve or  ntends to seek compensat on for  nvestment bank ng serv ces from
th s  ssuer w th n the next 3 months.
**FA:** Barc ays Bank PLC and/or an aff  ate benef c a y owns 1% or more of a c ass of equ ty secur t es of th s  ssuer, as ca cu ated  n
accordance w th US regu at ons.
**FB:** Barc ays Bank PLC and/or an aff  ate benef c a y owns a  ong pos t on of more than 0.5% of a c ass of equ ty secur t es of th s
 ssuer, as ca cu ated  n accordance w th EU regu at ons.
**FC:** Barc ays Bank PLC and/or an aff  ate benef c a y owns a short pos t on of more than 0.5% of a c ass of equ ty secur t es of th s
 ssuer, as ca cu ated  n accordance w th EU regu at ons.
**GD:** One of the ana ysts on the fundamenta  cred t coverage team (or a member of h s or her househo d) has a f nanc a  nterest  n
the debt or equ ty secur t es of th s  ssuer.
**GE:** One of the ana ysts on the fundamenta  equ ty coverage team (or a member of h s or her househo d) has a f nanc a  nterest  n
the debt or equ ty secur t es of th s  ssuer.
**H:** Th s  ssuer benef c a y owns more than 5% of any c ass of common equ ty secur t es of Barc ays PLC.
**I:** Barc ays Bank PLC and/or an aff  ate  s party to an agreement w th th s  ssuer for the prov s on of f nanc a  serv ces to Barc ays
Bank PLC and/or an aff  ate.
**J:** Barc ays Bank PLC and/or an aff  ate  s a   qu d ty prov der and/or trades regu ar y  n the secur t es of th s  ssuer and/or  n any
re ated der vat ves.
**K:** Barc ays Bank PLC and/or an aff  ate has rece ved non- nvestment bank ng re ated compensat on ( nc ud ng compensat on for
brokerage serv ces,  f app  cab e) from th s  ssuer w th n the past 12 months.
**L:** Th s  ssuer  s, or dur ng the past 12 months has been, an  nvestment bank ng c  ent of Barc ays Bank PLC and/or an aff  ate.
**M:** Th s  ssuer  s, or dur ng the past 12 months has been, a non- nvestment bank ng c  ent (secur t es re ated serv ces) of Barc ays
Bank PLC and/or an aff  ate.
**N:** Th s  ssuer  s, or dur ng the past 12 months has been, a non- nvestment bank ng c  ent (non-secur t es re ated serv ces) of
Barc ays Bank PLC and/or an aff  ate.
**O:** Not  n use.
**P:** A partner, d rector or off cer of Barc ays Cap ta  Canada Inc. has, dur ng the preced ng 12 months, prov ded serv ces to the subject
company for remunerat on, other than norma  course  nvestment adv sory or trade execut on serv ces.
**Q:** Barc ays Bank PLC and/or an aff  ate  s a Corporate Broker to th s  ssuer.
**R:** Barc ays Cap ta  Canada Inc. and/or an aff  ate has rece ved compensat on for  nvestment bank ng serv ces from th s  ssuer  n the
past 12 months.
**S:** Th s  ssuer  s a Corporate Broker to Barc ays PLC.
**T:** Barc ays Bank PLC and/or an aff  ate  s prov d ng equ ty adv sory serv ces to th s  ssuer.
**U:** The equ ty secur t es of th s Canad an  ssuer  nc ude subord nate vot ng restr cted shares.
**V:** The equ ty secur t es of th s Canad an  ssuer  nc ude non-vot ng restr cted shares.

**Guide to the Barclays Fundamental Equity Research Rating System:**

Our coverage ana ysts use a re at ve rat ng system  n wh ch they rate stocks as Overwe ght, Equa  We ght or Underwe ght (see
def n t ons be ow) re at ve to other compan es covered by the ana yst or a team of ana ysts that are deemed to be  n the same
 ndustry ("the  ndustry coverage un verse"). To see a   st of compan es that compr se a part cu ar  ndustry coverage un verse, p ease
go to https://pub cresearch.barc ays.com.

In add t on to the stock rat ng, we prov de  ndustry v ews wh ch rate the out ook for the  ndustry coverage un verse as Pos t ve,
Neutra  or Negat ve (see def n t ons be ow). A rat ng system us ng terms such as buy, ho d and se   s not the equ va ent of our rat ng
system. Investors shou d carefu y read the ent re research report  nc ud ng the def n t ons of a   rat ngs and not  nfer  ts contents
from rat ngs a one.

**Stock Rating**
**Overweight** - The stock  s expected to outperform the unwe ghted expected tota  return of the  ndustry coverage un verse over a
12-month  nvestment hor zon.
**Equal Weight** - The stock  s expected to perform  n  ne w th the unwe ghted expected tota  return of the  ndustry coverage un verse
over a 12-month  nvestment hor zon.
**Underweight** - The stock  s expected to underperform the unwe ghted expected tota  return of the  ndustry coverage un verse over
a 12-month  nvestment hor zon.

**Rating Suspended** - The rat ng and target pr ce have been suspended temporar y due to market events that made coverage mpract cab e or to comp y w th app cab e regu at ons and/or f rm po c es n certa n c rcumstances nc ud ng where the Investment Bank of Barc ays Bank PLC s act ng n an adv sory capac ty n a merger or strateg c transact on nvo v ng the company.

**Industry View**

**Positive** - ndustry coverage un verse fundamenta s/va uat ons are mprov ng.

**Neutral** - ndustry coverage un verse fundamenta s/va uat ons are steady, ne ther mprov ng nor deter orat ng.

**Negative** - ndustry coverage un verse fundamenta s/va uat ons are deter orat ng.

**Distribution of Ratings:**

Barc ays Equ ty Research has 1510 compan es under coverage.

44% have been ass gned an Overwe ght rat ng wh ch, for purposes of mandatory regu atory d sc osures, s c ass f ed as a Buy rat ng; 54% of compan es w th th s rat ng are nvestment bank ng c ents of the F rm; 76% of the ssuers w th th s rat ng have rece ved f nanc a serv ces from the F rm.

38% have been ass gned an Equa We ght rat ng wh ch, for purposes of mandatory regu atory d sc osures, s c ass f ed as a Ho d rat ng; 48% of compan es w th th s rat ng are nvestment bank ng c ents of the F rm; 67% of the ssuers w th th s rat ng have rece ved f nanc a serv ces from the F rm.

15% have been ass gned an Underwe ght rat ng wh ch, for purposes of mandatory regu atory d sc osures, s c ass f ed as a Se rat ng; 35% of compan es w th th s rat ng are nvestment bank ng c ents of the F rm; 65% of the ssuers w th th s rat ng have rece ved f nanc a serv ces from the F rm.

**Guide to the Barclays Research Price Target:**

Each ana yst has a s ng e pr ce target on the stocks that they cover. The pr ce target represents that ana yst s expectat on of where the stock w trade n the next 12 months. Ups de/downs de scenar os, where prov ded, represent potent a ups de/potent a downs de to each ana yst s pr ce target over the same 12-month per od.

**Top Picks:**

Barc ays Equ ty Research s "Top P cks" represent the s ng e best a pha-generat ng nvestment dea w th n each ndustry (as def ned by the re evant " ndustry coverage un verse"), taken from among the Overwe ght-rated stocks w th n that ndustry. Barc ays Equ ty Research pub shes "Top P cks" reports every quarter and ana ysts may a so pub sh ntra-quarter changes to the r Top P cks, as necessary. Wh e ana ysts may h gh ght other Overwe ght-rated stocks n the r pub shed research n add t on to the r Top P ck, there can on y be one "Top P ck" for each ndustry. To v ew the current st of Top P cks, go to the Top P cks page on Barc ays L ve (https:// ve.barcap.com/go/keyword/TopP cks).

To see a st of compan es that compr se a part cu ar ndustry coverage un verse, p ease go to https://pub cresearch.barc ays.com.

**Types of investment recommendations produced by Barclays Equity Research:**

In add t on to any rat ngs ass gned under Barc ays' forma rat ng systems, th s pub cat on may conta n nvestment recommendat ons n the form of trade deas, themat c screens, scorecards or portfo o recommendat ons that have been produced by ana ysts w th n Equ ty Research. Any such nvestment recommendat ons sha rema n open unt they are subsequent y amended, reba anced or c osed n a future research report.

**Disclosure of other investment recommendations produced by Barclays Equity Research:**

Barc ays Equ ty Research may have pub shed other nvestment recommendat ons n respect of the same secur t es/ nstruments recommended n th s research report dur ng the preced ng 12 months. To v ew a nvestment recommendat ons pub shed by Barc ays Equ ty Research n the preced ng 12 months p ease refer to https:// ve.barcap.com/go/research/Recommendat ons.

**Legal entities involved in producing Barclays Research:**

Barc ays Bank PLC (Barc ays, UK)

Barc ays Cap ta Inc. (BCI, US)

Barc ays Bank Ire and PLC, Frankfurt Branch (BBI, Frankfurt)

Barc ays Bank Ire and PLC, Par s Branch (BBI, Par s)

Barc ays Bank Ire and PLC, M an Branch (BBI, M an)

Barc ays Secur t es Japan L m ted (BSJL, Japan)

Barc ays Bank PLC, Hong Kong branch (Barc ays Bank, Hong Kong)

Barc ays Cap ta Canada Inc. (BCCI, Canada)

Barc ays Bank Mex co, S.A. (BBMX, Mex co)

Barc ays Secur t es (Ind a) Pr vate L m ted (BSIPL, Ind a)

Barc ays Bank PLC, Ind a branch (Barc ays Bank, Ind a)

Barc ays Bank PLC, S ngapore branch (Barc ays Bank, S ngapore)

**Disclaimer:**

Th s pub cat on has been produced by Barc ays Research Department n the Investment Bank of Barc ays Bank PLC and/or one or more of ts aff ates (co ect ve y and each nd v dua y, "Barc ays"). It has been prepared for nst tut ona nvestors on y and not for reta nvestors. It has been d str buted by one or more Barc ays aff ated ega ent t es sted be ow. It s prov ded to our c ents for nformat on purposes on y, and Barc ays makes no express or mp ed warrant es, and express y d sc a ms a warrant es of merchantab ty or f tness for a part cu ar purpose or use w th respect to any data nc uded n th s pub cat on. To the extent that th s pub cat on states on the front page that t s ntended for nst tut ona nvestors and s not subject to a of the ndependence and d sc osure standards app cab e to debt research reports prepared for reta nvestors under U.S. FINRA Ru e 2242, t s an " nst tut ona debt research report" and d str but on to reta nvestors s str ct y proh b ted. Barc ays a so d str butes such nst tut ona debt research reports to var ous ssuers, med a, regu atory and academ c organ sat ons for the r own nterna nformat ona news

gathering, regulatory or academic purposes and not for the purpose of making investment decisions regarding any debt securities. Media organisations are prohibited from re-publishing any opinion or recommendation concerning a debt issuer or debt security contained in any Barclays institutional debt research report. Any such recipients that do not want to continue receiving Barclays institutional debt research reports should contact debtresearch@barclays.com. Barclays will not treat unauthorized recipients of this report as its clients and accepts no liability for use by them of the contents which may not be suitable for their personal use. Prices shown are indicative and Barclays is not offering to buy or sell or soliciting offers to buy or sell any financial instrument.

Without limiting any of the foregoing and to the extent permitted by law, in no event shall Barclays, nor any affiliate, nor any of their respective officers, directors, partners, or employees have any liability for (a) any special, punitive, indirect, or consequential damages; or (b) any lost profits, lost revenue, loss of anticipated savings or loss of opportunity or other financial loss, even if notified of the possibility of such damages, arising from any use of this publication or its contents.

Other than disclosures relating to Barclays, the information contained in this publication has been obtained from sources that Barclays Research believes to be reliable, but Barclays does not represent or warrant that it is accurate or complete. Barclays is not responsible for, and makes no warranties whatsoever as to, the information or opinions contained in any written, electronic, audio or or video presentations of third parties that are accessible via a direct hyperlink in this publication or via a hyperlink to a third-party website ('Third-Party Content'). Any such Third-Party Content has not been adopted or endorsed by Barclays, does not represent the views or opinions of Barclays, and is not incorporated by reference into this publication. Third-Party Content is provided for information purposes only and Barclays has not independently verified its accuracy or completeness.

The views in this publication are solely and exclusively those of the authoring analyst(s) and are subject to change, and Barclays Research has no obligation to update its opinions or the information in this publication. Unless otherwise disclosed herein, the analysts who authored this report have not received any compensation from the subject companies in the past 12 months. If this publication contains recommendations, they are general recommendations that were prepared independently of any other interests, including those of Barclays and/or its affiliates, and/or the subject companies. This publication does not contain personal investment recommendations or investment advice or take into account the individual financial circumstances or investment objectives of the clients who receive it. The securities and other investments discussed herein may not be suitable for all investors. Barclays is not a fiduciary to any recipient of this publication. Investors must independently evaluate the merits and risks of the investments discussed herein, consult any independent advisors they believe necessary, and exercise independent judgment with regard to any investment decision. The value of and income from any investment may fluctuate from day to day as a result of changes in relevant economic markets (including changes in market liquidity). The information herein is not intended to predict actual results, which may differ substantially from those reflected. Past performance is not necessarily indicative of future results. The information provided does not constitute a financial benchmark and should not be used as a submission or contribution of input data for the purposes of determining a financial benchmark.

**United Kingdom:** This document is being distributed (1) only by or with the approval of an authorised person (Barclays Bank PLC) or (2) to, and is directed at (a) persons in the United Kingdom having professional experience in matters relating to investments and who fall within the definition of "investment professionals" in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"); or (b) high net worth companies, unincorporated associations and partnerships and trustees of high value trusts as described in Article 49(2) of the Order; or (c) other persons to whom it may otherwise lawfully be communicated (all such persons being "Relevant Persons"). Any investment or investment activity to which this communication relates is only available to and will only be engaged in with Relevant Persons. Any other persons who receive this communication should not rely on or act upon it. Barclays Bank PLC is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange.

**European Economic Area ("EEA"):** This material is being distributed in the EEA by Barclays Bank PLC. Barclays Bank PLC is not registered in France with the Autorité des marchés financiers or the Autorité de contrôle prudentiel.

**Americas:** The Investment Bank of Barclays Bank PLC undertakes U.S. securities business in the name of its wholly owned subsidiary Barclays Capital Inc., a FINRA and SIPC member. Barclays Capital Inc., a U.S. registered broker/dealer, is distributing this material in the United States and, in connection therewith accepts responsibility for its contents. Any U.S. person wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Barclays Capital Inc. in the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise.

This material is distributed in Canada by Barclays Capital Canada Inc., a registered investment dealer, a Dealer Member of IIROC (www.iiroc.ca), and a Member of the Canadian Investor Protection Fund (CIPF).

This material is distributed in Mexico by Barclays Bank Mexico, S.A.

**Japan:** This material is being distributed to institutional investors in Japan by Barclays Securities Japan Limited. Barclays Securities Japan Limited is a joint-stock company incorporated in Japan with registered office of 6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan. It is a subsidiary of Barclays Bank PLC and a registered financial instruments firm regulated by the Financial Services Agency of Japan. Registered Number: Kanto Zaimukyokucho (kinsho) No. 143.

**Asia Pacific (excluding Japan):** Barclays Bank PLC, Hong Kong Branch is distributing this material in Hong Kong as an authorised institution regulated by the Hong Kong Monetary Authority. Registered Office: 41/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

All Indian securities-related research and other equity research produced by Barclays' Investment Bank are distributed in India by Barclays Securities (India) Private Limited (BSIPL). BSIPL is a company incorporated under the Companies Act, 1956 having CIN U67120MH2006PTC161063. BSIPL is registered and regulated by the Securities and Exchange Board of India (SEBI) as a Research Analyst: INH000001519; Portfolio Manager INP000002585; Stock Broker/Trading and Clearing Member: National Stock Exchange of India Limited (NSE) Capital Market INB231292732, NSE Futures & Options INF231292732, NSE Currency derivatives INE231450334, Bombay Stock Exchange Limited (BSE) Capital Market INB011292738, BSE Futures & Options INF011292738; Depository Participant (DP) with the National Securities & Depositories Limited (NSDL): DP ID: IN-DP-NSDL-299-2008; Investment Adviser: INA000000391. The registered office of BSIPL is at 208, Ceejay House, Shivsagar Estate, Dr. A. Besant Road, Worli, Mumbai 400 018, India. Telephone No: +91 2267196000. Fax number: +91 22 67196100. Any other reports produced by Barclays' Investment Bank are distributed in India by Barclays Bank PLC, India Branch, an associate of BSIPL in India that is registered with Reserve Bank of India

(RBI) as a Banking Company under the provisions of The Banking Regulation Act, 1949 (Regn No BOM43) and registered with SEBI as Merchant Banker (Regn No INM000002129) and also as Banker to the Issue (Regn No INBI00000950). Barclays Investments and Loans (India) Limited, registered with RBI as Non Banking Financial Company (Regn No RBI CoR-07-00258), and Barclays Wealth Trustees (India) Private Limited, registered with Registrar of Companies (CIN U93000MH2008PTC188438), are associates of BSIPL in India that are not authorised to distribute any reports produced by Barclays' Investment Bank.

This material is distributed in Singapore by the Singapore branch of Barclays Bank PLC, a bank licensed in Singapore by the Monetary Authority of Singapore. For matters in connection with this material, recipients in Singapore may contact the Singapore branch of Barclays Bank PLC, whose registered address is 10 Marina Boulevard, #23-01 Marina Bay Financial Centre Tower 2, Singapore 018983.

This material is distributed to persons in Australia by Barclays Bank PLC. None of Barclays Bank PLC, nor any other Barclays group entity, holds an Australian financial services licence and instead relies on an exemption from the requirement to hold such a licence. This material is intended to only be distributed to "wholesale clients" as defined by the Australian Corporations Act 2001.

**Middle East:** Nothing herein should be considered investment advice as defined in the Israeli Regulation of Investment Advisory, Investment Marketing and Portfolio Management Law, 1995 ("Advisory Law"). This document is being made to eligible clients (as defined under the Advisory Law) only. Barclays Israeli branch previously held an investment marketing license with the Israeli Securities Authority but it cancelled such license on 30/11/2014 as it solely provides its services to eligible clients pursuant to available exemptions under the Advisory Law, therefore a license with the Israeli Securities Authority is not required. Accordingly, Barclays does not maintain an insurance coverage pursuant to the Advisory Law.

This material is distributed in the United Arab Emirates (including the Dubai International Financial Centre) and Qatar by Barclays Bank PLC. Barclays Bank PLC in the Dubai International Financial Centre (Registered No. 0060) is regulated by the Dubai Financial Services Authority (DFSA). Principal place of business in the Dubai International Financial Centre: The Gate Village, Building 4, Level 4, PO Box 506504, Dubai, United Arab Emirates. Barclays Bank PLC-DIFC Branch, may only undertake the financial services activities that fall within the scope of its existing DFSA licence. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority. Barclays Bank PLC in the UAE is regulated by the Central Bank of the UAE and is licensed to conduct business activities as a branch of a commercial bank incorporated outside the UAE in Dubai (Licence No.: 13/1844/2008, Registered Office: Building No. 6, Burj Dubai Business Hub, Sheikh Zayed Road, Dubai City) and Abu Dhabi (Licence No.: 13/952/2008, Registered Office: Al Jazira Towers, Hamdan Street, PO Box 2734, Abu Dhabi). Barclays Bank PLC in the Qatar Financial Centre (Registered No. 00018) is authorised by the Qatar Financial Centre Regulatory Authority (QFCRA). Barclays Bank PLC-QFC Branch may only undertake the regulated activities that fall within the scope of its existing QFCRA licence. Principal place of business in Qatar: Qatar Financial Centre, Office 1002, 10th Floor, QFC Tower, Diplomatic Area, West Bay, PO Box 15891, Doha, Qatar. Related financial products or services are only available to Business Customers as defined by the Qatar Financial Centre Regulatory Authority.

**Russia:** This material is not intended for investors who are not Qualified Investors according to the laws of the Russian Federation as it might contain information about or description of the features of financial instruments not admitted for public offering and/or circulation in the Russian Federation and thus not eligible for non-Qualified Investors. If you are not a Qualified Investor according to the laws of the Russian Federation, please dispose of any copy of this material in your possession.

**IRS Circular 230 Prepared Materials Disclaimer:** Barclays does not provide tax advice and nothing contained herein should be construed to be tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related penalties; and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

© Copyright Barclays Bank PLC (2019). All rights reserved. No part of this publication may be reproduced or redistributed in any manner without the prior written permission of Barclays. Barclays Bank PLC is registered in England No. 1026167. Registered office 1 Churchill Place, London, E14 5HP. Additional information regarding this publication will be furnished upon request.