# EXHIBIT 93

*IDG press release, "IDG Names Mohamad Ali as Chief Executive Officer"*



*Source:* *International Data Group, Inc.*

*July 25, 2019 16:17 ET*

## IDG Names Mohamad Ali as Chief Executive Officer

BOSTON, July 25, 2019 (GLOBE NEWSWIRE) -- International Data Group, Inc. (IDG) today announced that Mohamad Ali has been named CEO of IDG. He will assume his new role on August 1, 2019 overseeing IDG's worldwide operations from the company's headquarters in Boston. He was most recently President and CEO of Carbonite and before that, he was Chief Strategy Officer of Hewlett-Packard. Current IDG business leaders – IDC President Crawford Del Prete, IDG Communications President Kumaran Ramanathan, and Chief Accounting Officer Donna Marr – will continue to manage their respective organizations and report to Mr. Ali.

"We are very excited to welcome Mr. Ali as IDG's CEO. Mohamad brings a deep understanding of the latest technologies and the power that data and insights can offer an organization and its customers," noted Zhiqiang Lu, Chairman of IDG. "IDG has always prided itself on being at the forefront of technology changes, and Mohamad's expertise will position IDG for continued innovation and growth."

Mr. Ali stated, "IDG has been the gold standard for technology media, research, and insights for more than half a century. I am honored to have the opportunity to lead IDG in its next chapter, and I look forward to working with my IDG colleagues to bring increased value to our clients, partners, employees, and shareholders."

"IDG is an iconic brand having served as the leading media and insights platform for the technology innovators of the 20th and 21st century," said Brett Liu, Global President and Executive Committee Chairman of IDG. "With Mohamad's outstanding experience in technology, I am confident that he will build even more innovative programs to help our clients navigate the next wave of technology disruption."

Mr. Ali earned an MS in Electrical Engineering, a BS in Computer Engineering and a BA in History all from Stanford University. He serves on the boards of iRobot, the WGBH Educational Foundation, and the Massachusetts Technology Leadership Council.

### About International Data Group

International Data Group, Inc. (IDG) is the world's leading technology media, events and research company.

IDG Communications' premium brands, including CIO®, Computerworld®, CSO®, PCWorld®, and Macworld®, engage the most powerful audience of technology buyers providing essential guidance on the evolving technology landscape. Our global data intelligence platform activates purchasing intent, powering our clients' success.

IDC, a subsidiary of IDG, is the premier global provider of market intelligence, advisory services, and events for the information technology, telecommunications, and consumer technology markets. With more than 1,100 analysts worldwide, IDC offers global, regional, and local expertise on technology and industry opportunities and trends in more than 110 countries.

Additional information about IDG, a privately held company, is available at http://www.idg.com.

A photo accompanying this announcement is available at
https://www.globenewswire.com/NewsRoom/AttachmentNg/cbc3345c-e40f-412f-a8a1-e6b2d4924f34

**Attachments**:

-
  IDG Names Mohamad Ali as Chief Executive Officer