# EXHIBIT 95

*RBC Capital Markets analyst report
7/25/2019*

**RBC Capital Markets®** | SPARC | RBC *Insight* | **Research**

## CARB - Q2/19 First Glance: solid quarter, weak revenue guide, CEO change

Sentiment Indicator : negative

Produced by Hedberg, Matthew (RBC Capital Markets, LLC) on Thursday, July 25, 2019, 16:16 PM ET

Disseminated on Thursday, July 25, 2019, 16:19 PM ET

**Quick thoughts:** Revenue was in line with expectations while EBITDA, EPS and adj-CFO were better. Management noted their software business performed well, but they continue to experience challenges in parts of their data protection business. In terms of guidance, Q3 and 2019 revenue moves lower while profitability metrics were maintained. Separately, the board announced that Steve Munford has been named interim CEO effectively immediately and succeeds prior CEO Mohamad Ali, who stepped down immediately. The stock is currently down 15% AMC.  The conference call starts at 5.30 PM ET at 877.303.1393

**Q2/19 results:**

- Revenue of $135M (+69% y/y) vs. guidance of $133.0-137.0M and RBC/consensus at $135.0M/$135.2M.
- Adjusted EBITDA of $39.1M vs. guidance of $34.0-36.0M and RBC/consensus at $35.0M/$34.9M.
- EPS of $0.56 vs. RBC/consensus at $0.42/$0.46.
- CFO of $24.3M vs. RBC/consensus at $23.0M/$21.6M.

**Q3/19 guidance:**

- Revenue of $131-133M ($132M midpoint) vs. RBC/consensus of $138M/$140M.
- Adjusted EBITDA of $34-37M ($35.5M midpoint) vs. RBC/consensus at $35.5M/$35.9M.

**CY/19 guidance:**

- Revenue of $477.5-482.5M ($480M midpoint) vs. previous guidance of $491-505M ($498M midpoint) and RBC/consensus at $498M.
- Gross margin of 80.5-81.5% (81.0% midpoint) vs. previous guidance of 80.5-81.5% (81.0% midpoint) and RBC/consensus at 81.0%/79.8%.
- Adjusted EBITDA of $132-137M ($134.5M midpoint) vs. previous guidance of $132-137M ($134.5M midpoint) and RBC/consensus at $135M/$134M.

| Company Name | Exchange | Ticker | Rating | Risk Qualifier | Price Target | Currency | Price | Price Date |
|---|---|---|---|---|---|---|---|---|
| Carbonite, Inc | NASDAQ | CARB US | Outperform | Not Assigned | 34.00 | US Dollar | 23.90 | 25 Jul 2019 16:19:45 ET |

RBC Capital Markets, LLC
**Matthew Hedberg (Analyst)** | (612) 313-1293 | Matthew.Hedberg@rbccm.com
RBC Capital Markets, LLC
**Dan Bergstrom (Analyst)** | (612) 313-1254 | dan.bergstrom@rbccm.com
**Matthew Swanson (AVP)** | (612) 313-1237 | matthew.swanson@rbccm.com

Click here for conflict of interest and other disclosures relating to Carbonite, Inc, Matthew Hedberg, Dan Bergstrom These disclosures are also available by sending a written request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7 or an email to rbcinsight@rbccm.com

All rights reserved. This material may not be published, broadcast, rewritten or redistributed in any form. Please click here for legal restrictions and terms of use applicable to this site. Use of this site signifies your agreement to the terms of use.