# EXHIBIT 97

*Stifel analyst report*
*7/25/2019*


STIFEL

# Carbonite Inc.
## CARB– NASDAQ

**July 25, 2019**

Enterprise Software

**HOLD**
**COMPANY UPDATE**

### Financial Summary

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Hold |
| Target Price | $25.00 | $18.00 |
| FY19E Revenue | $495.6 | $478.0 |
| FY20E Revenue | $575.2 | $510.9 |
| FY19E EPS | $1.85 | $1.92 |
| FY20E EPS | $2.05 | $1.85 |

| | |
|---|---|
| Price ( 07/25/19 ): | $23.90 |
| 52-Week Range: | $44 - $22 |
| Market Cap.(mm): | 841.9 |
| Shr.O/S-Diluted (mm): | 35.2 |
| Enterprise Val. (mm): | $1,086.8 |
| Avg Daily Vol (3 Mo): | 495,380 |
| Dividend / Yield: | $0.00 / 0.0% |

| EPS | 2018A | 2019E | 2020E |
|---|---|---|---|
| FY (Dec) | $1.66A | $1.92 | $1.85 |
| Revenue | $301.9A | $478.0 | $510.9 |

**Price Performance**



## Another Guide-Down and CEO Quits; Lowering TP to $18

### Summary

*While Carbonite posted a solid 2Q print, the company issued weaker-than-expected 3Q guidance and materially lowered the FY19 revenue outlook given continued weakness in its core data protection business. Compounded with the news that CEO Mohammad Ali quit to become CEO at privately held IDG, these dynamics drove shares down almost 20% in after-hours trading. Following continued execution issues, multiple quarters of guide-downs, meaningful leverage and a management transition, we expect shares to remain in the penalty box for the foreseeable future and lower our target price to $18 or ~2x CY20 revenue.*

***Highlights:***

- *Materially lowered FY19 revenue guide given a continued degradation in the core data protection business*
- *Ongoing sales execution issues resulted in fewer large deals and lower pipeline conversion rates*
- *Recalled virtual server product that was launched in 3Q18*
- *Core Carbonite business is expected to be down in FY19, and potentially FY20 as well*
- *Announced CEO departure*

### Key Points

**Notable items from the quarter.** Beyond Carbonite's financial results, we found the following items from this quarter's call to be noteworthy:

- **FY19 guide takes a hit as core data protection business continues to degrade.** While Carbonite posted solid 2Q results (revenue and adjusted EBITDA came in in-line/ahead of management's guidance and the street's expectations), management issued a weaker-than-expected 3Q guide and lowered the FY19 total revenue outlook by almost $20M given a continued degradation of its core data protection weakness. Specifically, Carbonite's core data protection business underwhelmed in 2Q given both product and sales-related missteps. On the product side, management disclosed the company has pulled the virtual server product it released in 3Q18 given the offering was not up to the company's quality standards. This product was expected to be a meaningful contributor to growth in 2H19/FY20, but management has now removed it from the company's near-term outlook. As it relates to the go-to-market, Carbonite once again experienced sales execution-related issues that resulted in fewer large deals and lower pipeline conversion rates relative to 1Q.
- **FY20 outlook also subdued...**Based on the dynamics outlined above, management disclosed that organic growth for Carbonite is expected to be in the low single-digit range going forward, which reflects healthy growth within the security business, but low single-digit declines in the core data protection business through both FY19 and potentially the following year.
- **...and a CEO departure to boot.** In conjunction with earnings, Carbonite also announced the CEO Mohammad Ali has resigned from the company to pursue "other professional opportunities in the research and media industry" with IDG. Steve Munford, the Chairman of Carbonite's Board of Directors, has been named as interim CEO while the company searches for a full-time replacement. ***Read on.***

**Brad R. Reback**, CFA | (404) 869-8051 | rebackb@stifel.com
**Jeffrey Captain**, CFA | (312) 564-8702 | captainj@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
All relevant disclosures and certifications appear on pages 5 - 7 of this report.

CONFIDENTIAL

CARB-00248444

# Carbonite Inc.

Company Update

**CARB – NASDAQ**

**July 25, 2019**

Enterprise Software

### Investment Thesis

*We believe Carbonite's integrated data protection platform effectively addresses the needs of a significantly large market opportunity that should only continue to grow over time given the constantly evolving nature of the cybersecurity landscape. More importantly, we believe the company's strategic decision to shift its focus upmarket towards SMB customers should enable Carbonite to continue driving solid top-line growth and margin expansion in the coming years given these users' more favorable economic profiles.*

**A closer look at how Carbonite performed versus guidance:**

**CARB Guidance vs. Actual**

| F2Q19: Guidance Metric | F2Q19: Actual |
|---|---|
| Revenue (GAAP) of $119M-$123M | 121.5 |
| Revenue (Non-GAAP) of $133M-$137M | 135.0 |
| Adjusted EBITDA of $34M-$36M | 39.1 |

*Source: Company reports*

| Legend: |
|---|
| Overachieved Guidance |
| Met Guidance |
| Underachieved Guidance |

**Adjusting estimates.** We now expect CY19E revenue/EPS of $478M/$1.92 vs. $495.6M/$1.85 previously, and CY20E revenue/EPS of $510.9M/$1.85 vs. $575.2M/$2.05 previously.

**Valuation.** At ~$19.50 after-hours, shares trade at 2.1x our CY20 EV/revenue estimate of $510.9 million. Given continued execution issues, multiple guide-downs, the increased risk associated with the financial leverage stemming from the recently closed Webroot acquisition, and newly announced CEO transition, we are lowering our target price to $18 (or 2x CY20 EV/revenue).

## Management's Outlook
**Introduces C3Q19 Guidance and Updates CY19 Outlook:**

**C2Q19:**
- GAAP Revenue of $117M-$119M; implies growth of 50.6%-53.2% Y/Y
- Non-GAAP Revenue of $131M-$133M; implies growth of 65.6%-68.1% Y/Y
- Adjusted EBITDA of $34M-$37M
- We note consensus estimates for revenue/EPS going into the call were $138.1M/$0.47, respectively.

**CY19:**
- GAAP Revenue of $443.5M-$448.5M; implies growth of 49.6%-51.3% Y/Y (down from previous guidance of $457M-$471M and vs. initial guidance of $466M-$482M)
- Non-GAAP Revenue of $477.5M-$482.5M; implies growth of 58.2%-59.8% Y/Y (includes $175M-$180M of revenue from Webroot over the final three quarters of the year; down from previous guidance of $491M-$505M and vs. initial guidance of $488M-$502M)
- Non-GAAP Gross Margin of 80.5%-81.5% (unchanged from previous guidance)
- Adjusted EBITDA of $132M-$137M (unchanged from previous guidance and vs. initial guidance of $129M-$134M)
- Non-GAAP Tax Rate of 22% (unchanged from previous guidance)
- 35.5M Diluted Shares (down from previous guidance of 35.8M and vs. initial guidance of 36.6M)
- We note consensus estimates for revenue/EPS going into the call were $498M/$1.87, respectively.

2



CONFIDENTIAL

CARB-00248445

# Carbonite Inc.

Company Update

**CARB – NASDAQ**

**July 25, 2019**

Enterprise Software

## Changes to Our Model

Following Carbonite's C2Q19 results and updated guidance, we have adjusted our model. We now expect CY19E revenue/EPS of $478M/$1.92 vs. $495.6M/$1.85 previously, and CY20E revenue/EPS of $510.9M/$1.85 vs. $575.2M/$2.05 previously. Please see the table below for a closer look at the changes to our model.

**Estimate Revisions**

| | 2Q19A | | | 3Q19E | | | FY19E | | | FY20E | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in millions, except EPS) | Actual | Previous | Variance¹ | New | Previous | Variance¹ | New | Previous | Variance¹ | New | Previous | Variance¹ |
| **Revenue and EPS** | | | | | | | | | | | | |
| Total Revenue (GAAP) | $121.5 | $121.8 | ($0.3) | $115.4 | $126.7 | ($11.3) | $438.2 | $461.5 | ($23.3) | $492.3 | $540.4 | ($48.0) |
| *Y/Y Growth* | *56.3%* | *56.7%* | *(0.3%)* | *48.6%* | *63.1%* | *(9.8%)* | *47.8%* | *55.7%* | *(5.3%)* | *12.4%* | *17.1%* | *(9.8%)* |
| Total Revenue (Non-GAAP) | $135.0 | $134.8 | $0.2 | $131.0 | $137.5 | ($6.5) | $478.0 | $495.6 | ($17.5) | $510.9 | $575.2 | ($64.4) |
| *Y/Y Growth* | *69.1%* | *68.8%* | *0.2%* | *65.6%* | *73.8%* | *(5.0%)* | *58.3%* | *64.2%* | *(3.7%)* | *6.9%* | *16.1%* | *(12.6%)* |
| Adjusted EBITDA (Non-GAAP) | $39.1 | $35.2 | $3.9 | $36.1 | $35.9 | $0.2 | $136.7 | $134.2 | $2.5 | $147.5 | $156.7 | ($9.1) |
| *Y/Y Growth* | *N/A* | *N/A* | *10.0%* | *N/A* | *N/A* | *0.6%* | *77.4%* | *74.2%* | *1.8%* | *7.9%* | *18.8%* | *(8.2%)* |
| Non-GAAP EPS | $0.56 | $0.49 | $0.08 | $0.48 | $0.46 | $0.02 | $1.92 | $1.85 | $0.07 | $1.85 | $2.05 | ($0.20) |
| *Y/Y Growth* | *26.1%* | *9.1%* | *13.5%* | *1.0%* | *(3.2%)* | *4.2%* | *15.8%* | *11.7%* | *3.6%* | *(4.0%)* | *10.6%* | *(11.0%)* |
| **Margins** | | | | | | | | | | | | |
| Gross Margin (Non-GAAP) | 82.3% | 81.0% | 1.3% | 82.0% | 82.0% | 0.0% | 81.6% | 81.3% | 0.3% | 82.0% | 82.0% | 0.0% |
| Operating Margin (Non-GAAP) | 25.7% | 23.3% | 2.5% | 22.8% | 22.0% | 0.8% | 23.8% | 22.9% | 0.9% | 23.2% | 23.2% | 0.0% |
| Adjusted EBITDA Margin (Non-GAAP) | 29.0% | 26.1% | 2.8% | 27.5% | 26.1% | 1.5% | 28.6% | 27.1% | 1.5% | 28.9% | 27.2% | 1.6% |

Source: Company reports and Stifel estimates

¹ variance column figures do not refer to y/y growth but variance %.

## Target Price Methodology/Risks

**Target Price:** We arrive at our $18 target price by applying a ~2x EV/Revenue multiple to our CY20 revenue estimate of $510.9 million. We believe this is an appropriate multiple given company's not too distant execution missteps and a large transformative acquisition that requires a fair amount of debt.

**Risks:** Downside risks to our thesis and target price include Carbonite operates in a highly competitive market, macro risk in the event of an economic downturn, integration risk given the company's acquisitive nature, reputational risk in the case of a security breach, a deterioration of its relationships with its channel partners, and international markets not developing as expected.

## Company Description

Carbonite, Inc. provides a comprehensive suite of data protection solutions that include backup, disaster recovery, high availability, and workload migration offerings. Capable of supporting on-premise, public cloud, private cloud, and hybrid-based environments, Carbonite's solutions are geared specifically towards addressing the needs of the consumer and SMB market and are primarily sold via the company's extensive partner network.



3

CONFIDENTIAL

CARB-00248446

# Carbonite Inc.

Company Update

**July 25, 2019**

CARB – NASDAQ

Enterprise Software

**CARB Income Statement**

| ($ in millions), except EPS | FY 2018 | Mar 19 | Jun 19 | Sept 19E | Dec 19E | FY 2019E | Mar 20E | Jun 20E | Sept 20E | Dec 20E | FY 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | |
| **Total Revenue (Non-GAAP)** | 301.3 | 83.0 | 135.0 | 131.0 | 129.0 | 478.0 | 127.7 | 129.0 | 126.4 | 127.7 | 510.9 |
| **Cost of Revenue (Non-GAAP)** | 62.6 | 15.3 | 10.4 | 23.6 | 23.2 | 72.5 | 23.0 | 23.2 | 22.8 | 23.0 | 92.0 |
| **Gross Profit (Non-GAAP)** | 233.8 | 65.9 | 111.1 | 107.4 | 105.8 | 390.3 | 104.7 | 105.8 | 103.7 | 104.7 | 418.9 |
| **Adjusted Operating Expenses** | | | | | | | | | | | |
| Research & Development (Non-GAAP) | 54.1 | 14.8 | 26.3 | 26.9 | 26.8 | 94.7 | 25.3 | 25.5 | 25.0 | 25.3 | 101.1 |
| General & Administrative (Non-GAAP) | 34.1 | 9.5 | 14.4 | 14.0 | 13.9 | 51.8 | 14.1 | 14.2 | 13.9 | 14.0 | 56.2 |
| Sales & Marketing (Non-GAAP) | 82.5 | 20.6 | 35.7 | 36.7 | 36.8 | 129.8 | 35.8 | 36.1 | 35.4 | 35.8 | 143.1 |
| Restructuring Charges (Non-GAAP) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Operating Expenses (Non-GAAP)** | 170.7 | 44.8 | 76.4 | 77.5 | 77.5 | 276.3 | 75.1 | 75.9 | 74.3 | 75.1 | 300.4 |
| **Income (Loss) from Operations (Non-GAAP)** | 63.1 | 21.1 | 34.7 | 29.9 | 28.3 | 113.9 | 29.6 | 29.9 | 29.3 | 29.6 | 118.5 |
| Depreciation & Amortization | 41.8 | 11.1 | 23.1 | 18.0 | 20.0 | 72.2 | 15.0 | 18.0 | 20.0 | 22.0 | 75.0 |
| **Adjusted EBITDA (Non-GAAP)** | 77.0 | 24.9 | 39.1 | 36.1 | 36.6 | 136.7 | 33.1 | 36.3 | 38.0 | 40.1 | 147.5 |
| Interest (Expense), net (Non-GAAP) | (4.8) | (1.3) | (9.2) | (8.0) | (8.0) | (26.5) | (8.0) | (8.0) | (8.0) | (8.0) | (32.0) |
| Other Income (Expense), net (Non-GAAP) | 1.7 | 0.2 | 0.2 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Income (Loss) Before Taxes (Non-GAAP)** | 60.0 | 20.0 | 25.7 | 21.9 | 20.3 | 87.8 | 21.6 | 21.9 | 21.3 | 21.6 | 86.5 |
| Income Tax (Benefit) Provision (Non-GAAP) | 4.1 | 4.5 | 5.9 | 4.8 | 4.5 | 19.7 | 4.8 | 4.8 | 4.7 | 4.8 | 19.0 |
| **Net Income (Loss) (Non-GAAP)** | 55.9 | 15.4 | 19.8 | 17.1 | 15.8 | 68.1 | 16.9 | 17.1 | 16.6 | 16.9 | 67.5 |
| **EPS (Non-GAAP)** | $1.66 | $0.44 | $0.56 | $0.48 | $0.44 | $1.92 | $0.47 | $0.47 | $0.45 | $0.46 | $1.85 |
| **Fully Diluted Shares Outstanding (Non-GAAP)** | 33.7 | 35.3 | 35.2 | 35.5 | 35.8 | 35.5 | 36.1 | 36.4 | 36.7 | 37.0 | 36.6 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **Margin Analysis** | | | | | | | | | | | |
| Cost of Revenue as % of Revenue (Non-GAAP) | 20.8% | 18.4% | 7.7% | 18.0% | 18.0% | 15.2% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% |
| **Gross Margin (Non-GAAP)** | 77.4% | 79.5% | 82.3% | 82.0% | 82.0% | 81.6% | 82.0% | 82.0% | 82.0% | 82.0% | 82.0% |
| R&D as % of Revenue (Non-GAAP) | 17.9% | 17.8% | 19.5% | 20.5% | 20.8% | 19.8% | 19.8% | 19.8% | 19.8% | 19.8% | 19.8% |
| G&A as % of Revenue (Non-GAAP) | 11.3% | 11.4% | 10.7% | 10.7% | 10.8% | 10.8% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% |
| S&M as % of Revenue (Non-GAAP) | 27.3% | 24.8% | 26.4% | 28.0% | 28.5% | 27.1% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% |
| **Operating Margin (Non-GAAP)** | 20.9% | 25.4% | 25.7% | 22.8% | 21.9% | 23.8% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% |
| **Adjusted EBITDA Margin (Non-GAAP)** | 25.5% | 30.0% | 29.0% | 27.5% | 28.4% | 28.6% | 25.9% | 28.2% | 30.0% | 31.4% | 28.9% |
| Tax Rate (Non-GAAP) | 6.8% | 22.7% | 22.8% | 22.0% | 22.0% | 22.4% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% |
| **Net Income Margin (Non-GAAP)** | 18.5% | 18.6% | 14.7% | 13.0% | 12.2% | 14.3% | 13.2% | 13.3% | 13.2% | 13.2% | 13.2% |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **Y/Y Growth Analysis** | | | | | | | | | | | |
| Total Revenue (GAAP) | 25.9% | 26.8% | 58.3% | 48.6% | 56.0% | 47.8% | 49.3% | 0.8% | 7.2% | 4.1% | 12.4% |
| **Total Revenue (Non-GAAP)** | 22.7% | 27.8% | 69.1% | 65.6% | 65.4% | 58.3% | 54.0% | (4.5%) | (3.5%) | (1.0%) | 6.9% |
| Cost of Revenue (Non-GAAP) | 16.7% | 4.8% | (35.9%) | 50.5% | 43.8% | 15.7% | 50.3% | 123.7% | (3.5%) | (1.0%) | 26.9% |
| Gross Profit (Non-GAAP) | 25.6% | 33.4% | 80.6% | 73.2% | 74.0% | 67.0% | 58.9% | (4.8%) | (3.5%) | (1.0%) | 7.3% |
| Research & Development (Non-GAAP) | 20.9% | 25.3% | 79.1% | 93.3% | 94.9% | 75.2% | 71.2% | (2.8%) | (6.8%) | (5.8%) | 6.8% |
| General & Administrative (Non-GAAP) | 12.5% | 7.1% | 67.0% | 69.4% | 66.5% | 52.2% | 48.8% | (1.7%) | (0.8%) | 0.8% | 8.4% |
| Sales & Marketing (Non-GAAP) | 14.8% | 7.2% | 67.9% | 80.8% | 69.5% | 57.3% | 73.8% | 1.2% | (3.5%) | (2.8%) | 10.2% |
| Total Operating Expenses (Non-GAAP) | 8.8% | 12.5% | 71.8% | 82.7% | 76.9% | 61.8% | 67.5% | (0.7%) | (4.1%) | (3.2%) | 8.7% |
| Income (Loss) from Operations (Non-GAAP) | 141.3% | 120.7% | 104.3% | 52.7% | 66.5% | 80.6% | 40.5% | (13.8%) | (1.8%) | 4.8% | 4.0% |
| EPS (Non-GAAP) | 111.3% | 81.8% | 26.1% | 1.0% | (1.2%) | 15.8% | 6.8% | (16.6%) | (5.6%) | 3.3% | (4.0%) |

Source: Company reports and Stifel estimates

# STIFEL

CONFIDENTIAL

CARB-00248447

# Carbonite Inc.

Company Update

**CARB – NASDAQ**

**July 25, 2019**

Enterprise Software

## Important Disclosures and Certifications

**I, Brad R. Reback, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Brad R. Reback, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ImportantDisclosures.**

### Carbonite Inc. (CARB) as of July 24, 2019 (in USD)



| 08/20/2018 | 02/08/2019 |
|---|---|
| 39.55 | 23.85 |
| I:B:44.00 | H:25.00 |

*Represents the value(s) that changed.
Buy=B; Hold=H; Sell=S; Discontinued=D; Suspended=SU; Discontinued=D; Initiation=I

**For a price chart with our ratings and target price changes for CARB go to
http://stifel2.bluematrix.com/sellside/Disclosures.action?ticker=CARB**

Carbonite Inc. is a client of Stifel or an affiliate or was a client of Stifel or an affiliate within the past 12 months.

Carbonite Inc. is provided with investment banking services by Stifel or an affiliate or was provided with investment banking services by Stifel or an affiliate within the past 12 months.

Stifel or an affiliate has received compensation for investment banking services from Carbonite Inc. in the past 12 months.

Stifel or an affiliate expects to receive or intends to seek compensation for investment banking services from Carbonite Inc. in the next 3 months.

Stifel or an affiliate managed or co-managed a public offering of securities for Carbonite Inc. in the past 12 months.

Stifel or an affiliate is a market maker or liquidity provider in the securities of Carbonite Inc..

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

Our investment rating system is three tiered, defined as follows:

**BUY** -We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**HOLD** -We expect a total return between -5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**SELL** -We expect a total return below -5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **SUSPENDED** (SU) to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. **SUSPENDED** indicates the analyst is unable to determine a "reasonable basis" for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **SUSPENDED** may also be used when an analyst has left the firm.

Of the securities we rate, 52% are rated Buy, 36% are rated Hold, 2% are rated Sell and 10% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 18%, 8%, 0% and 3% of the companies whose shares are rated Buy, Hold, Sell and Suspended, respectively.

## Additional Disclosures

# STIFEL

CONFIDENTIAL

CARB-00248448

# Carbonite Inc.

Company Update

**July 25, 2019**

**CARB – NASDAQ**

Enterprise Software

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within Stifel's coverage universe. For a discussion of risks to target price please see our stand-alone company reports and notes for all stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are subject to change without notice and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Past performance should not and cannot be viewed as an indicator of future performance.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

**Affiliate Disclosures**

"Stifel", includes Stifel Nicolaus & Company ("SNC"), a US broker-dealer registered with the United States Securities and Exchange Commission and the Financial Industry National Regulatory Authority and Stifel Nicolaus Europe Limited ("SNEL"), which is authorized and regulated by the Financial Conduct Authority ("FCA"), (FRN 190412) and is a member of the London Stock Exchange.

**Registration of non-US Analysts:** Any non-US research analyst employed by SNEL contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.

**Country Specific and Jurisdictional Disclosures**

**United States:** Research produced and distributed by SNEL is distributed by SNEL to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by SNEL directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. SNEL is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**UK and European Economic Area (EEA):** This report is distributed in the EEA by SNEL, which is authorized and regulated in the United Kingdom by the FCA. In these instances, SNEL accepts responsibility for the content. Research produced by SNEL is not intended for use by and should not be made available to non-professional clients.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

**Canadian Distribution:** Research produced by SNEL is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities law.

**Republic of South Africa:** Research produced by SNEL is distributed by SNEL to "Clients" as defined in FSCA FAIS Notice 20 of 2018 (the "FAIS Notice") issued by the Financial Services Conduct Authority. Research distributed by SNEL is pursuant to an exemption from the licensing requirements under Section 7(1) of the Financial Advisory and Intermediary Services Act, 2002.

6

# STIFEL

CONFIDENTIAL

CARB-00248449

# Carbonite Inc.

Company Update

**July 25, 2019**

**CARB – NASDAQ**

Enterprise Software

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The recommendation contained in this report was produced at 25 July 2019 21:14EDT and disseminated at 25 July 2019 21:14EDT.

**Additional Information Is Available Upon Request**

© 2019 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel. Stifel, Nicolaus & Company, Incorporated, One South Street, Baltimore, MD 21202.



CONFIDENTIAL

CARB-00248450