# EXHIBIT 98

*Stifel analyst report, Industry Update
7/26/2019*

---

**From:**     Stifel Software Research [research-software@stifel.com]
**Sent:**     7/26/2019 9:44:39 AM
**To:**     Jerry Sisitsky [jsisitsky@carbonite.com]
**Subject:**     STIFEL: Software Bytes - Software Bytes

Research Note

## CLICK HERE FOR FULL REPORT



**Software Bytes**
**INDUSTRY UPDATE**
July 26, 2019

## Software Bytes

### Summary

*Headlines:*

- ***PROS Is "Actually Killing It"... Just Ask 'Em***

- ***SPSC Earnings:*** *REI Analytics Relationship, Another EBITDA Beat Highlight Solid 2Q Outperformance*

- ***CARB Earnings:*** *Another Guide-Down and CEO Quits*

- ***Proofpoint Delivers Clean Beat in Q2 on the Heels of Record Quarter for its Archiving Business***

- ***Salesforce Announces Strategic Partnership with Alibaba;*** *new relationship gives global organizations the ability to support a greater share of global customers*

*Today's quote:*
*"I never learned anything at all in school and didn't read a book for pleasure until I was 19 years old." --Stanley Kubrick, born this day in 1928.*

### Key Points

### Summary:

**PROS Is "Actually Killing It"... Just Ask 'Em**

**PROS Holdings (PRO, $67.41, Buy)** - On Thursday, July 25th, after the market close, **PROS Holdings** released 2Q19 earnings results that beat topline and EBITDA expectations with ongoing gross margin improvements. The company also raised its revenue targets for the year amidst momentum in the US B2B market and continued success globally. Despite the lower-than-expected cash flow performance in the quarter due to higher DSOs and lower deferred revenue build, the FY19 free cash flow guidance was maintained at $0–$2.0mn projecting a significant reversal of the $(14.8)mn YTD. Overall, the company's Cloud business is driving further acceleration in the Subscription revenue stream, with 3Q19 Subscription growth projected at 53%, and full year growth projected at 46% (where we still see the potential for additional 4Q19 model upside). The full note can be found here.

**SPSC Earnings: REI Analytics Relationship, Another EBITDA Beat Highlight Solid 2Q Outperformance**

CARB-00241814

**SPS Commerce (SPSC, $102.66, Buy)** - After the close on Thursday, **SPS Commerce** announced 2Q19 results that beat consensus across all key metrics and raised its full year outlook for both growth and profitability. Highlighting the quarter was an Analytics community enablement campaign with outdoor recreation company REI that covered ~80% of the brand's vendor network. Despite some industry headwinds, SPSC appears to be executing a high level and remains on track to achieve its long-term profitability targets. The full note can be found here.

### CARB Earnings: Another Guide-Down and CEO Quits

**Carbonite (CARB, $23.90, Hold)** - While **Carbonite** posted a solid 2Q print, the company issued weaker-than-expected 3Q guidance and materially lowered the FY19 revenue outlook given continued weakness in its core data protection business. Compounded with the news that CEO Mohammad Ali quit to become CEO at privately held IDG, these dynamics drove shares down almost 20% in after-hours trading. Following continued execution issues, multiple quarters of guide-downs, meaningful leverage and a management transition, we expect shares to remain in the penalty box for the foreseeable future. The full note can be found here.

### Proofpoint Delivers Clean Beat in Q2 on the Heels of Record Quarter for its Archiving Business

**Proofpoint (PFPT, $127.00, Buy)** - Following the market close on Thursday, July 25, **Proofpoint** reported 2Q19 results that came in ahead of consensus expectations across all major financial metrics. The full note can be found here.

### Salesforce Announces Strategic Partnership with Alibaba; new relationship gives global organizations the ability to support a greater share of global customers

salesforce.com **(CRM, $159.35, Buy)** – In a blog post on Wednesday, salesforce.com announced a strategic partnership with Alibaba. As part of the new relationship, Alibaba will become the exclusive provider of salesforce.com solutions to customers in China, Hong Kong, Macau, and Taiwan. Additionally, Salesforce will be the exclusive enterprise CRM suite sold by the Alibaba team. For its part, Alibaba gains access to a rich suite of customer engagement tools that fit in nicely with its core e-commerce marketplace offerings. Asia remains a relatively underpenetrated opportunity for salesforce, with roughly 10% of its revenue stream derived from customers in Asia in F1Q20.

**Key takeaway:** Through the new relationship, Salesforce is gaining a strategic local partner that will help it seed one of the largest, fastest growing economies around the globe. With the China Internet Security Law (implemented in 2017) requiring certain data be stored inside of the country's borders, we believe Alibaba's cloud services will play a key role in the success of Salesforce in the region.

*Prices are as of the close on 7/25/2019.*

---

**Stifel Software Research** | | research-software@stifel.com
**Brad R. Reback, CFA** | (404) 869-8051 | rebackb@stifel.com
**Tom M. Roderick** | (312) 564-8701 | roderickt@stifel.com
**Gur Talpaz** | (512) 813-7214 | talpazg@stifel.com
**Adam C. Borg** | (212) 271-3794 | borga@stifel.com
**Matthew Van Vliet, CFA** | (312) 564-8706 | vanvlietm@stifel.com
**Jeffrey Captain, CFA** | (312) 564-8702 | captainj@stifel.com
**J. Parker Lane** | (312) 564-8705 | lanep@stifel.com
**Christopher Speros, CFA** | (786) 257-2414 | sperosc@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

unsubscribe



CONFIDENTIAL

CARB-00241815