# EXHIBIT 100

*Craig-Hallum Capital Group LLC analyst report 7/26/2019*



**CRAIG-HALLUM**
CAPITAL GROUP LLC

**Chad M. Bennett**
Senior Research Analyst
612-334-6366
chad.bennett@craig-hallum.com

| Changes | Previous | Current |
|---|---|---|
| Rating: | BUY | HOLD |
| Fundamental Trend: | Improving | Mixed |
| Price Target: | $43.00 | $25 00 |
| FY'18A Rev (MM): | -- | $301.9 |
| FY'19E Rev (MM): | $502.3 | $477.3 |
| FY'20E Rev (MM): | $605.1 | $531.8 |
| FY'18A EPS: | -- | $1.66 |
| FY'19E EPS: | $1.92 | $1.97 |
| FY'20E EPS: | $2.53 | $2.12 |

| Profile | |
|---|---|
| Price: | $23 90 |
| 52 Week Range: | $21.84 - $43.63 |
| Avg. Daily Vol. (K): | 497 |
| Shares Out (K): | 36,549 |
| Market Cap (MM): | $874 |
| Insiders Own | 6.9% |
| Shares Short (K): | 4,394 |
| Book Val./Sh.: | $7 35 |
| Net Cash/Sh.: | ($14.60) |
| Debt (M): | $598.3 |
| Year Ends: | Dec |

| Revenue (MM) | 2018A | 2019E | 2020E |
|---|---|---|---|
| Mar | $64 9 | $83.0  A | $120.3 |
| Jun | $79 9 | $135.0  A | $141.8 |
| Sept | $79.1 | $130.5 | $135.8 |
| Dec | $78 0 | $128.8 | $133.9 |
| FY | **$301.9** | **$477.3** | **$531.8** |

| Adj. EPS | 2018A | 2019E | 2020E |
|---|---|---|---|
| Mar | $0.27 | $0.44  A | $0.43 |
| Jun | $0.45 | $0.56  A | $0.58 |
| Sept | $0.48 | $0.47 | $0.55 |
| Dec | $0.45 | $0.50 | $0.56 |
| FY | **$1.66** | **$1.97** | **$2.12** |
| | | | |
| P/E | 14.4x | 12.1x | 11 3x |

| Management | |
|---|---|
| CEO | Steve Munford |
| CFO | Anthony Folger, CPA |

July 26, 2019
Institutional Research

# Carbonite, Inc.                              HOLD
(CARB – $23.90)                    Price Target:  $25

### Another Guide Down And CEO Departure Puts Us On The Sidelines. Lowering Rating To HOLD And Price Target To $25.

*CARB is a provider of cloud data protection and security solutions for SMBs and individuals.*

## OUR CALL

Amid concerns of weak organic revenue growth and uncertainty surrounding the integration of acquisitions, we expected CARB to execute and quell investors' concerns. This did not occur. CARB missed on revenue ($135M vs. $137.4M expected), but more fatally, materially lowered guidance for the year ($480M midpoint vs. $496M prior). While missing on the top-line, CARB beat on EPS ($0.56 vs. $0.46 expected) and maintained profitability guidance. Here are some of our takeaways from the quarter:

- **Disappointment on the top-line.** As mentioned, CARB missed on revenue for the quarter with guidance for Q3 and the full-year coming in below expectations. Management cited weakness on the core data protection side of the business with Webroot being in-line with expectations. Data protection weakness was driven by the failure of a new product launch. In the quarter, CARB introduced a virtual server backup solution, however this product failed to satisfy customers' quality demands, forcing CARB to withdraw the product from the market. Growth of this product was taken out of the guidance. Also, large deal execution on the direct side of the business was weak. Also, as feared, management stated that they anticipate the core CARB business to be down a percent in 2019 and only grow in the low-single-digits in 2020.

- **Webroot seems to have stalled.** The newly acquired business contributed $59.8M in revenue in the quarter and management set expectations at $180-$185M for the full-year. This infers flattish progress for the 2H and moderating growth for the asset relative to when announced. Before the acquisition, Webroot was growing at ~15% leaving investors scratching their head on where this growth went.

- **Announced that CEO and President Mohamad Ali is stepping down.** CARB announced that Ali is departing the company and will be replaced by CARB's Chairman, Steve Munford, on an interim basis. This clearly adds fuel to the fire as the enterprise and acquisition strategy for the last 5 years has been driven by Ali. Ali is leaving the company in order to pursue other professional opportunities in the media and research industry as CEO of IDG. Munford has been on CARB's board since 2014 and Chairman since March 2016. Munford has prior experience as CEO with Absolute Software Corporation and Sophos Group. It is still early for in the search process so the process it will likely take us to year-end before a candidate is hired.

- **Management is serious about de-levering the balance sheet.** Last quarter, CARB took on an additional debt to finance the Webroot acquisition, ending the quarter at $645M of debt. As management has discussed in the past, they intend to pay down their debt hurriedly and proved it paying off $55M of principal early. We also note that CARB had $20.3M in FCF in the quarter.

- **Earnings power remains intact despite lower top-line expectations.** We expect CARB to do almost $2 in EPS this year and low-$2 in FY'20. With $1.00 in EPS so far in 1H'19, it looks like CARB is well on their way to hitting these targets. CARB's ability to grow profitability and maintain profitability guidance, despite the major retargeting the top-line lower, is probably the only bright spot to come out of the quarter.

We are downgrading CARB to a Hold rating as management has failed to meet promises of revenue growth and a management change will only cause further disbelief. We are lowering our price target of $25 based on ~12x our FY'20 EPS estimate of $2.12.

---

**SEE LAST PAGE FOR IMPORTANT DISCLOSURES**                    **Page 1 of 7**

## QUARTERLY RESULTS

Results for the second quarter are summarized below:

|  | **Q2 2019** | | | |
| --- | --- | --- | --- | --- |
|  | Actual | CH Est. | Street Est. | Guide |
| Revenue (M) | $135.0 | $135.7 | $137.4 | $133-$137 |
| *y/y* | *69.1%* | *70.0%* | *72.1%* | *67-72%* |
| Adj. EPS | $0.56 | $0.44 | $0.46 | - |

*Source: FactSet, CH, Carbonite*

*in Millions*

- ▪ Overall revenue growth came in at 69% a large portion of which is attributable the inclusion of Webroot's revenue of $59.8M in the quarter.
  - o Excluding Webroot, CARB's organic business declined by ~6% y/y, a major disappointment in comparison to the promises of reacceleration.

## GUIDANCE

The company shared Q3'19 and FY'20 guidance of:

**Q3'19 Non-GAAP Revenue:** $131M-$133M (vs. prev. CH: $140.8, Street: $140.0M)

**Q3'19 Adj. EBITDA:** $34M-$37M (vs. Street: $35.9M)

**FY'19 Revenue:** $477.5M-$482.5M (vs. prev.CH: $502.3M, Street: $498.0M)

- ▪ Management lowered guidance for the full-year by $18M at the midpoint from their guidance given on 5/2.

**FY'19 Gross Margin:** 80.5%-81.5% (vs. prev. CH: 80.8%, Street: 79.8%)

**FY'19 Adj. EBITDA:** $132M-$137M (vs. Street: $133.8M)

## ESTIMATE CHANGES

Below is a summary of our changes in estimates:

|  | **Q3 2019** | | | | **FY 2019** | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | *Previous* | | **New** | | *Previous* | | | **New** | |
|  | CH | Street | CH | Guide | CH | Street | Guide | CH | Guide |
| Revenue (M) | $140.8 | $138.1 | $130.5 | $131-$133 | $502.3 | $498.0 | $491-$505 | $477.3 | $477.5-$482.5 |
| Adj. EPS | $0.50 | $0.47 | $0.47 | - | $1.92 | $1.87 | - | $1.97 | - |

*Source: FactSet, CH, Carbonite*

*in Millions*

## STOCK OPPORTUNITY

We are downgrading CARB to a Hold rating and $25 price target based on ~12x our FY'20 EPS estimate of $2.12.

## RISKS

We believe an investment in CARB involves the following risks:

**Competition**: CARB operates in a rapidly evolving market with a large number of competitors across data protection, disaster recovery, and storage industries. Many of

these competitors have greater market presence or greater financial resources. If CARB is unable to compete effectively, financial results could suffer.

**Financial Risk**: If CARB is not able to grow revenues, margins, and profits as quickly as anticipated by the market, or if the company is not able to sustain profitability and positive cash flow, the stock will suffer.

**Technology Risk**: CARB's industry is rapidly evolving and their product innovation must keep pace in order to retain and grow their customer base and pricing power. Additionally, new product development must be effective and well-received by customers or financial results will suffer.

**Security Risk:** CARB systems store important customer information; if their systems are breached and the information stolen, company reputation and business may be harmed and/or CARB may be subject to liability.

**Acquisition Risk**: CARB has made acquisitions in the past and may continue to do so in the future. If these acquisitions do not drive financial benefits expected, the stock could suffer.



| Non-GAAP Income Statement | FY'16 | FY'17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | FY'18 | Mar-19 | Jun-19 | Sep-19 E | Dec-19 E | FY'19 E | Mar-20 E | Jun-20 E | Sep-20 E | Dec-20 E | FY'20 E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adj. Total revenue | 209,300 | 246,090 | 64,908 | 79,850 | 79,109 | 78,032 | 301,899 | 82,968 | 135,047 | 130,530 | 128,753 | 477,298 | 120,304 | 141,799 | 135,751 | 133,903 | 531,757 |
| Adj. Total cost of revenue | 57,248 | 60,299 | 15,508 | 18,316 | 17,091 | 17,221 | 68,136 | 17,047 | 23,918 | 24,801 | 22,532 | 88,297 | 21,414 | 25,098 | 23,892 | 23,299 | 93,704 |
| Adj. Gross profit | 152,052 | 185,791 | 49,400 | 61,534 | 62,018 | 60,811 | 233,763 | 65,921 | 111,129 | 105,729 | 106,221 | 389,000 | 98,890 | 116,701 | 111,859 | 110,604 | 438,053 |
| *Adj. Gross margin* | *72.6%* | *75.5%* | *76.1%* | *77.1%* | *78.4%* | *77.9%* | *77.4%* | *79.5%* | *82.3%* | *81.0%* | *82.5%* | *81.5%* | *82.2%* | *82.3%* | *82.4%* | *82.6%* | *82.4%* |
| Adj. Research and development | 32,080 | 42,942 | 11,797 | 14,670 | 13,889 | 13,770 | 54,126 | 14,778 | 26,268 | 25,453 | 25,751 | 92,250 | 23,459 | 27,367 | 25,793 | 24,772 | 101,391 |
| Adj. General and administrative | 30,161 | 30,213 | 8,829 | 8,599 | 8,273 | 8,372 | 34,073 | 9,455 | 14,436 | 13,706 | 12,232 | 49,828 | 12,030 | 14,180 | 13,575 | 13,390 | 53,176 |
| Adj. Sales and marketing | 71,190 | 86,493 | 19,218 | 21,268 | 20,291 | 21,700 | 82,477 | 20,600 | 35,708 | 35,896 | 36,051 | 128,254 | 33,685 | 38,286 | 36,653 | 36,154 | 144,777 |
| Adj. Total operating expenses | 133,435 | 159,648 | 39,844 | 44,537 | 42,453 | 43,842 | 170,676 | 44,833 | 76,412 | 75,055 | 74,033 | 270,333 | 69,175 | 79,833 | 76,021 | 74,316 | 299,344 |
| Adj. Operating income | 18,617 | 26,143 | 9,556 | 16,997 | 19,565 | 16,969 | 63,087 | 21,088 | 34,717 | 30,675 | 32,188 | 118,668 | 29,715 | 36,868 | 35,838 | 36,288 | 138,709 |
| *Adj. Operating margin* | *8.9%* | *10.6%* | *14.7%* | *21.3%* | *24.7%* | *21.7%* | *20.9%* | *25.4%* | *25.7%* | *23.5%* | *25.0%* | *24.9%* | *24.7%* | *26.0%* | *26.4%* | *27.1%* | *26.1%* |
| Adj. Interest & other income | 68 | (1,180) | (802) | (1,510) | (1,019) | 219 | (3,112) | (1,122) | (9,008) | (9,000) | (9,000) | (28,130) | (9,000) | (9,000) | (9,000) | (9,000) | (36,000) |
| Adj. EBT | 18,685 | 24,963 | 8,754 | 15,487 | 18,546 | 17,188 | 59,975 | 19,966 | 25,709 | 21,675 | 23,188 | 90,538 | 20,715 | 27,868 | 26,838 | 27,288 | 102,709 |
| Adj. Income tax expense | 2,259 | 2,130 | 630 | 1,311 | 1,226 | 944 | 4,111 | 4,529 | 5,862 | 4,877 | 5,217 | 20,485 | 4,764 | 6,410 | 6,173 | 6,276 | 23,623 |
| *Adj. Tax rate %* | *12.09%* | *8.53%* | *7.20%* | *8.47%* | *6.61%* | *5.49%* | *6.85%* | *22.68%* | *22.80%* | *22.50%* | *22.50%* | *22.63%* | *23.00%* | *23.00%* | *23.00%* | *23.00%* | *23.00%* |
| Adj. Net income | 16,426 | 22,833 | 8,124 | 14,176 | 17,320 | 16,244 | 55,864 | 15,437 | 19,847 | 16,798 | 17,971 | 70,053 | 15,951 | 21,458 | 20,665 | 21,012 | 79,086 |
| *Adj. Net margin* | *7.8%* | *9.3%* | *12.5%* | *17.8%* | *21.9%* | *20.8%* | *18.5%* | *18.6%* | *14.7%* | *12.9%* | *14.0%* | *14.7%* | *13.3%* | *15.1%* | *15.2%* | *15.7%* | *14.9%* |
| Adj. EPS - Diluted | 0.60 | 0.79 | 0.27 | 0.45 | 0.48 | 0.45 | 1.66 | 0.44 | 0.56 | 0.47 | 0.50 | 1.97 | 0.43 | 0.58 | 0.55 | 0.56 | 2.12 |
| Adj. Diluted shares outstanding | 27,491 | 29,079 | 30,044 | 31,718 | 36,454 | 36,374 | 33,648 | 35,294 | 35,278 | 35,500 | 36,000 | 35,518 | 37,000 | 37,224 | 37,400 | 37,600 | 37,306 |

| Y/Y Growth | FY'16 | FY'17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | FY'18 | Mar-19 | Jun-19 | Sep-19 | Dec-19 | FY'19 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | FY'20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | 17.6% | 9.9% | 30.7% | 25.4% | 24.2% | 22.7% | 27.8% | 69.1% | 65.0% | 65.0% | 58.1% | 45.0% | 5.0% | 4.0% | 4.0% | 11.4% |
| Adj. Total cost of revenue | | 5.3% | 0.2% | 15.9% | 14.5% | 22.2% | 13.0% | 9.9% | 30.6% | 45.1% | 30.8% | 29.6% | 25.6% | 4.9% | (3.7%) | 3.4% | 6.1% |
| Adj. Research and development | | 33.9% | 18.6% | 40.3% | 24.5% | 21.0% | 26.0% | 25.3% | 79.1% | 83.3% | 87.0% | 70.4% | 58.7% | 4.2% | 1.3% | (3.8%) | 9.9% |
| Adj. General and administrative | | 0.2% | 12.4% | 7.8% | 13.7% | 17.7% | 12.8% | 7.1% | 67.9% | 65.7% | 46.1% | 46.2% | 27.2% | (1.8%) | (1.0%) | 9.5% | 6.7% |
| Adj. Sales and marketing | | 21.5% | (15.5%) | (4.5%) | (4.4%) | 7.2% | (4.6%) | 7.2% | 67.9% | 76.9% | 66.1% | 55.5% | 63.5% | 7.2% | 2.1% | 0.3% | 12.9% |
| Adj. Total operating expenses | | 19.6% | (1.8%) | 9.4% | 7.0% | 13.2% | 6.9% | 12.5% | 71.6% | 76.8% | 68.9% | 58.4% | 54.3% | 4.5% | 1.3% | 0.4% | 10.7% |

| Margin Analysis | FY'16 | FY'17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | FY'18 | Mar-19 | Jun-19 | Sep-19 | Dec-19 | FY'19 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | FY'20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adj. Gross profit | 72.6% | 75.5% | 76.1% | 77.1% | 78.4% | 77.9% | 77.4% | 79.5% | 82.3% | 81.0% | 82.5% | 81.5% | 82.2% | 82.3% | 82.4% | 82.6% | 82.4% |
| Adj. Research and development | 15.3% | 17.4% | 18.2% | 18.4% | 17.6% | 17.6% | 17.9% | 17.8% | 19.5% | 19.5% | 20.0% | 19.3% | 19.5% | 19.3% | 19.0% | 18.5% | 19.1% |
| Adj. General and administrative | 14.4% | 12.3% | 13.6% | 10.8% | 10.5% | 10.7% | 11.3% | 11.4% | 10.7% | 10.5% | 9.5% | 10.4% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Adj. Sales and marketing | 34.0% | 35.1% | 29.6% | 26.6% | 25.6% | 27.8% | 27.3% | 24.8% | 26.4% | 27.5% | 28.0% | 26.9% | 28.0% | 27.0% | 27.0% | 27.0% | 27.2% |
| Adj. Total operating expenses | 63.8% | 64.9% | 61.4% | 55.8% | 53.7% | 56.2% | 56.5% | 54.0% | 56.6% | 57.5% | 57.5% | 56.6% | 57.5% | 56.3% | 56.0% | 55.5% | 56.3% |
| Adj. Operating income | 8.9% | 10.6% | 14.7% | 21.3% | 24.7% | 21.7% | 20.9% | 25.4% | 25.7% | 23.5% | 25.0% | 24.9% | 24.7% | 26.0% | 26.4% | 27.1% | 26.1% |
| Adj. Net income | 7.8% | 9.3% | 12.5% | 17.8% | 21.9% | 20.8% | 18.5% | 18.6% | 14.7% | 12.9% | 14.0% | 14.7% | 13.3% | 15.1% | 15.2% | 15.7% | 14.9% |

Case 1:19-cv-11662-LTS    Document 134-100    Filed 06/02/23    Page 5 of 8



CRAIG-HALLUM

July 26, 2019

| Balance Sheet | FY'16 | FY'17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | FY'18 | Mar-19 | Jun-19 |
|---|---|---|---|---|---|---|---|---|---|
| Cash & equivalents | 59,287 | 128,231 | 71,009 | 70,982 | 200,981 | 198,087 | 198,087 | 252,602 | 83,378 |
| Accounts receivable | 16,639 | 22,219 | 31,159 | 32,078 | 32,582 | 31,569 | 31,569 | 50,501 | 47,110 |
| Prepaid expenses and other current | 7,325 | 6,823 | 8,680 | 10,620 | 10,059 | 10,409 | 10,409 | 30,742 | 22,573 |
| Total Current Assets | 83,251 | 157,273 | 110,848 | 113,680 | 243,622 | 240,065 | 240,065 | 333,845 | 153,061 |
| Property and equipment, net | 23,872 | 28,790 | 38,622 | 36,587 | 35,436 | 34,101 | 34,101 | 45,446 | 45,961 |
| Right of use lease assets | - | - | - | - | - | - | - | 55,204 | 48,299 |
| Other assets | 157 | 804 | 10,844 | 12,337 | 13,072 | 13,876 | 13,876 | 26,273 | 24,176 |
| Acquired intangible assets | 13,751 | 44,994 | 138,595 | 134,770 | 126,501 | 117,963 | 117,963 | 430,297 | 417,827 |
| Goodwill | 23,728 | 80,958 | 157,215 | 155,341 | 155,258 | 155,086 | 155,086 | 541,230 | 543,524 |
| Total Assets | 144,759 | 312,819 | 456,124 | 452,715 | 573,889 | 561,091 | 561,091 | 1,432,295 | 1,232,848 |
| Accounts payable | 5,819 | 10,842 | 9,561 | 5,820 | 4,074 | 2,114 | 2,114 | 4,942 | 7,787 |
| Accrued compensation | - | - | - | 9,989 | 9,398 | 11,620 | 11,620 | 154,145 | 20,919 |
| Accrued expenses & other | 19,768 | 21,675 | 25,165 | 18,922 | 15,848 | 15,844 | 15,844 | 47,583 | 29,947 |
| Short-term debt | - | - | - | - | 116,640 | - | - | - | - |
| Accrued treasury share repurchase | - | - | - | - | - | - | - | - | - |
| Current portion of deferred revenue | 86,311 | 100,241 | 116,859 | 121,032 | 121,270 | 121,553 | 121,553 | 172,432 | 180,053 |
| y/y | | 16.1% | 18.9% | 18.4% | 17.0% | 21.3% | 21.3% | 47.6% | 48.8% |
| Total Current Liabilities | 111,898 | 132,758 | 151,585 | 155,763 | 267,230 | 151,131 | 151,131 | 379,102 | 238,706 |
| Long-term debt | - | 111,819 | 203,398 | 194,992 | - | 118,305 | 118,305 | 645,371 | 598,301 |
| Long-term lease liabilities | - | - | - | - | - | - | - | 51,798 | 46,750 |
| Deferred revenue, net of current | 21,280 | - | 27,467 | 27,682 | 28,044 | 29,151 | 29,151 | 42,418 | 43,727 |
| y/y | | (100.0%) | 16.7% | 11.8% | 27.4% | 20.1% | 20.1% | 54.4% | 58.0% |
| Other liabilities | 5,747 | 5,704 | 6,230 | 5,876 | 5,686 | 5,294 | 5,294 | 50,423 | 46,192 |
| Total Liabilities | 138,925 | 250,280 | 388,680 | 384,313 | 300,960 | 303,881 | 303,881 | 1,169,113 | 973,677 |
| Total Stockholders' Equity | 5,834 | 62,539 | 67,444 | 68,402 | 272,929 | 257,210 | 257,210 | 263,182 | 259,171 |
| Total Liabilities & Equity | 144,759 | 312,819 | 456,124 | 452,715 | 573,889 | 561,091 | 561,091 | 1,432,295 | 1,232,848 |
| Book Value/Share | $0.21 | $2.15 | $2.24 | $2.16 | $7.49 | $7.07 | $7.64 | $7.46 | $7.35 |
| Net Cash/Share | $2.16 | $4.41 | $2.36 | $2.24 | $5.51 | $5.45 | $5.89 | $7.16 | $2.36 |



**July 26, 2019**

## REQUIRED DISCLOSURES

Initiate:  March 16, 2017 – Rating: Buy – Price Target: $30
May 8, 2018 – Rating: Buy – Price Target: $40
August 3, 2018 – Rating: Buy – Price Target: $45
November 2, 2018 – Rating Buy – Price Target: $40
February 8, 2019- Rating Buy – Price Target: $38
May 3, 2019 – Rating Buy – Price Target: $43
July 26, 2019 – Rating Hold – Price Target: $25

*Source: FactSet*

**Ratings definitions:**
**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price.  **Hold** rated stocks generally have twelve month price targets near the current price.  **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**
**Improving** means growth rates of key business metrics are generally accelerating.  **Stable** means growth rates of key business metrics are generally steady.  **Mixed** means growth rates of some key business metrics are positive but others are negative.  **Declining** means growth rates of key business metrics are generally decelerating.

**Ratings Distribution (6/30/2019)**

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 75% | 16% |
| Hold | 24% | 2% |
| Sell | 1% | 0% |
| Total | 100% | 12% |

**Information about valuation methods and risks can be found in the "STOCK OPPORTUNITY" and "RISKS" sections, respectively, of this report.**

CHLM makes a market in this security.

CHLM has received investment banking revenue from the subject company in the last 12 months.  CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business.  Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may affect transactions as principal or agent in the securities mentioned herein.  The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.



**July 26, 2019**

## REGULATION AC CERTIFICATION

I, Chad Bennett, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer.  No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.