# EXHIBIT 103

*JMP Securities LLC analyst report
7/26/2019*

**Cybersecurity & IT Infrastructure | Rating/Price Target Change**
July 26, 2019



## Carbonite, Inc. (CARB)
Guides Top Line Lower as CEO/ President / Director Steps Down

**MARKET OUTPERFORM**
Price: $23.90
Price Target: $28.00

### INVESTMENT HIGHLIGHTS

**Erik Suppiger**
esuppiger@jmpsecurities.com
(415) 835-3918

- **We reiterate our Market Outperform rating on Carbonite (CARB), but reduce our price target to $28 from $44 after the company reported 2Q19 EPS upside to consensus on in-line revenue and guided Q3 EPS in line on lower-than-consensus revenues.** The company also announced that its CEO Mohamad Ali is resigning effective immediately, leading the stock to trade down 17% in the aftermarket.

- The company reported EPS of $0.56 (JMP/ consensus $0.45) on revenues of $135M (JMP $136M /consensus $135.2M) and guided to 3Q19 EPS of $0.47 (JMP $0.46/ consensus $0.47) on revenues of $131-$133M (prior JMP/ consensus $138M). Management also guided for FY19 EPS of approximately $1.92 on revenues of $477.5-$482.5M, which reflects EPS in line with JMP/consensus on revenues that are below our and consensus prior estimates (JMP $499M / consensus $498M).

- Three key points we take away from the call are:
  - Carbonite's CEO Mohamad Ali unexpectedly resigned to pursue an opportunity in a different market. Given that the company just completed its acquisition of Webroot, a relatively large acquisition, we think Mr. Mohamad's departure leaves the company without critical leadership at an inopportune time.

  - The company guided revenues lower to reflect a new product that is underperforming, sales execution issues, and the slippage of some large deals. While we are disappointed with the issues noted, the company has appointed a new head of sales that we believe should bolster its flagging sales execution.

  - The Webroot business, which was acquired in March, executed to plan in the June quarter and management believes Webroot will realize integration synergies more rapidly than previously expected. Accordingly, management maintained its earnings outlook, despite lowering the revenue outlook.

- Our new $28 price target assumes a P/E multiple of ~14.5x CY19 EPS, which is in line with the multiples for comparable companies on a growth-adjusted basis. We reduced our assumed multiple from 19x to reflect the company's ongoing execution issues and its lack of a permanent CEO. Despite the challenges noted, we remain optimistic that the acquisition of Webroot is a strategic move that will provide a key catalyst in the coming quarters.

### MARKET DATA

| | |
|---|---|
| Price | $23.90 |
| 52-Week Range: | $21.84 - $43.63 |
| Shares Out. (M): | 35.3 |
| Market Cap ($M): | $843.7 |
| Average Daily Vol. (000): | 1,023.0 |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $64.9 | $83.0A | $133.0 |
| | 2Q | $79.8 | $135.0A | $135.9 |
| | 3Q | $79.1 | $132.3 | $137.3 |
| | 4Q | $78.0 | $131.0 | $141.4 |
| | FY | $301.9 | $481.4 | $547.6 |
| EPS | 1Q | $0.27 | $0.44A | $0.49 |
| | 2Q | $0.45 | $0.56A | $0.53 |
| | 3Q | $0.48 | $0.47 | $0.53 |
| | 4Q | $0.45 | $0.46 | $0.61 |
| | FY | $1.66 | $1.92 | $2.16 |
| | P/E | 14.4x | 12.4x | 11.1x |
| Previous FY | | NC | $1.87 | $2.35 |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE

**Carbonite, Inc. (CARB)**



**FIGURE 1. Variance Table**

| F2Q19 | Guidance*** | JMP Estimates** | Consensus | Actual |
|---|---|---|---|---|
| Revenue ($M) | $133-$137 | $136.5 | $135.2 | $135.0 |
| Gross Margin | | 81.5% | | 82.3% |
| Op. Margin | | 22.5% | | 25.7% |
| EPS | ~$0.45*** | $0.45 | $0.45 | $0.56 |

| F3Q19 | Guidance | JMP Estimates** | Consensus | Guidance vs Consensus* |
|---|---|---|---|---|
| Revenue ($M) | $131-$133 | $137.6 | $138.1 | -2.2% |
| Gross Margin | | 81.5% | | |
| Op. Margin | | 22.4% | | |
| EPS | ~$0.47*** | $0.46 | $0.47 | -10.6% |

*Calculated from midpoint

**Prior estimates

*** Implied

Source: JMP Securities LLC and Company Reports

**Results recap.** Carbonite reported strong EPS of $0.56 (JMP/ consensus $0.45) on revenues of $135M (JMP $136M /consensus $135.2M), but guided to in line 3Q19 EPS of $0.47 (JMP $0.46/ consensus $0.47) on lowered revenues of $131-$133M (prior JMP/ consensus $138M). Management also guided for FY19 EPS of approximately $1.92 on revenues of $477.5-$482.5M, which reflects EPS that is in line with JMP/consensus on revenues that were below the our and consensus prior estimates (JMP $499 /consensus $498M). The company reported gross margins of 82.3%, 80 bps above our expectation. It also posted operating margins of 25.7%, 320 bps above our estimate.

## KEY TAKEAWAYS

**CEO resigns unexpectedly.** Carbonite's CEO Mohamad Ali unexpectedly resigned to pursue a leadership role at a research firm, suggesting to us that he is seeking a change in his professional life. Given that the company has not consistently achieved its targets and has struggled with integration challenges stemming from acquisitions that occurred under Mr. Mohamad's stewardship, we think his departure leaves the company without executive leadership at critical time. Furthermore, the company recently completed its largest acquisition, Webroot, in March and, in our view, the lack of a permanent CEO creates execution risk.

However, given that Mr. Mohamad did not stay for a transition period, we suspect his departure may have been prompted by board members that may be dissatisfied with his performance. Accordingly, we suspect the board will seek new leadership that will bolster the company's struggling execution.

**Misexecution across both products and sales.** The company guided revenues lower to reflect several challenges that impacted the pipeline exiting the quarter. More specifically, Carbonite's new Virtual Server back-up product did not work correctly, therefore management does not expect it to generate the revenues it was previously projecting for later this year. Management also noted that the

Carbonite, Inc. (CARB)



sales organization did not execute on its pipeline satisfactorily and, as a result, did not convert the pipeline into sales in the quarter. Furthermore, the sales organization had several large deals it expected to close in the quarter that did not close. As a result of the issues noted, management reduced guidance for the 2H CY19 by approximately $18 million, which equates to approximately a 6% reduction in revenue growth.

While we are disappointed with the issues noted, the company has appointed a new head of sales that could potentially bring much-needed execution discipline to the sales organization.

**Webroot acquisition on track to improve margins.** The Webroot business, which was acquired in March, executed to plan in its first quarter as part of Carbonite. Management indicated the company will be able to realize integration synergies more rapidly than previously expected. More specifically, management sees the opportunity to realize cost synergies as well as cross-sale synergies.

In light of the cost synergies, management maintained its earnings outlook, despite lowering the revenue outlook.

## REDUCED PRICE TARGET

**Reducing PT to $28 from $44.** Our new $28 price target assumes a P/E multiple of 14.5x CY20 EPS, in line with the multiples for comparable companies on a growth-adjusted basis. We reduce our assumed multiple from 19x to reflect the company's ongoing execution issues and its lack of a permanent CEO. Despite the challenges noted, we remain optimistic that the acquisition of Webroot is a strategic move that will provide a key catalyst in the coming quarters.

### FIGURE 2. Valuation Table

| | Ticker | Rating | Target Price | 7/25/19 | Market Cap Mil | Ent Value Mil | CY19 Rev Mil | CY20 Rev Mil | CY19 EPS | CY20 EPS | EV/Rev CY2019 | EV/Rev CY2020 | P/E CY2019 | P/E CY2020 | 18-19 EPS Growth | 19-20 EPS Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mimecast | MIME | NC | None | $48 87 | $2,967 | $2,930 | $398 | $484 | $0 37 | $0 60 | 7 4 | 6 1 | NM | 81 7 | 210% | 61% |
| Nutanix | NTNX | MO | $9 | $23 45 | $4,290 | $3,801 | $1,252 | $1,546 | ($2 18) | ($1 70) | 3 0 | 2 5 | NM | NM | 6% | NM |
| Proofpoint | PFPT | MO | $130 | $127 00 | $7,083 | $6,900 | $873 | $1,066 | $1 47 | $2 00 | 7 9 | 6 5 | 86 1 | 63 5 | 5% | 36% |
| Qualys | QLYS | MO | $85 | $89 55 | $3,720 | $3,423 | $322 | $374 | $1 86 | $2 20 | 10 6 | 9 2 | 48 1 | 40 7 | 28% | 18% |
| ServiceNow | NOW | MO | $325 | $285 73 | $53,339 | $52,364 | $3,435 | $4,437 | $3 01 | $4 28 | 15 2 | 11 8 | 94 8 | 66 7 | 49% | 42% |
| Zendesk | ZEN | MO | $100 | $93 30 | $10,135 | $10,155 | $806 | $1,054 | $0 26 | $0 61 | 12 6 | 9 6 | NM | NM | 5% | 130% |
| | | | | | | | | | | | 7.6 | | 63.1 | | | 57% |
| Carbonite | CARB | MO | $28 | $28 00 | $988 | $1,386 | $2,548 | $3,062 | $1 92 | $2 16 | 0 5 | 0 5 | 14 6 | 13 0 | 16% | 13% |
| Discount (<)/Premium(>) | | | | | | | | | | | | | | -79% < | | -78% |

*All figures are based on non-GAAP actuals/estimates
NA = Not Available, NM = Not Meaningful

**Currently Trading**

| | Ticker | Rating | Target Price | 7/25/19 | Market Cap Mil | Ent Value Mil | CY19 Rev Mil | CY20 Rev Mil | CY19 EPS | CY20 EPS | EV/Rev CY2019 | EV/Rev CY2020 | P/E CY2019 | P/E CY2020 | 18-19 EPS Growth | 19-20 EPS Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carbonite | CARB | MO | $28 | $19 69 | $695 | $1,093 | $2,548 | $3,062 | $1 92 | $2 16 | 0 4 | 0 4 | 10 3 | 9 1 | 16% | 13% |
| Premium (discount) | | | | | | | | | | | | | | -86% | | -78% |

*Source: JMP Securities LLC and Company Reports*

Carbonite, Inc. (CARB)

**JMP**

## FIGURE 3. Income Statement

*Carbonite*

INCOME STATEMENT ($ in thousands, except per share data)

| FY Ending Dec 31 | FY2017 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | FY2018 | Mar-19 | Jun-19 | Sep-19E | Dec-19E | FY2019E | Mar-20E | Jun-20E | Sep-20E | Dec-20E | FY2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | $246,090 | $64,908 | $79,850 | $79,109 | $78,032 | $301,899 | $82,968 | $135,047 | $132,346 | $131,023 | $481,384 | $135,988 | $135,914 | $137,273 | $141,391 | $647,565 |
| *QoQ Change* | | 3.3% | 23.0% | -0.9% | -1.4% | | 6.3% | 62.8% | -2.0% | -1.0% | | 1.5% | 2.2% | 1.0% | 3.0% | |
| *YoY Change* | 17.6% | 9.9% | 30.7% | 25.4% | 24.2% | 22.7% | 27.8% | 69.1% | 67.3% | 67.9% | 59.5% | 60.3% | 0.6% | 3.7% | 7.9% | 13.7% |
| **Carbonite Revenue** | $246,090 | $64,908 | $79,850 | $79,109 | $78,032 | $301,899 | $79,218 | $75,247 | $72,546 | $70,723 | $297,734 | $71,188 | $72,614 | $72,473 | $75,091 | $291,365 |
| *QoQ Change* | | 3.3% | 23.0% | -0.9% | -1.4% | | 1.5% | -5.0% | -3.6% | -2.5% | | 0.7% | 2.0% | -0.2% | 3.6% | |
| *YoY Change* | 17.6% | 9.9% | 30.7% | 25.4% | 24.2% | 22.7% | 22.0% | -5.8% | -8.3% | -9.4% | -1.4% | -10.1% | -3.5% | -0.1% | 6.2% | -2.1% |
| **Webroot Revenue (estimate)** | | $64,280 | $66,280 | $66,000 | $66,750 | $222,280 | $3,750 | $59,800 | $59,800 | $60,300 | $183,650 | $61,800 | $63,300 | $64,800 | $66,300 | $256,200 |
| *QoQ Change* | | | | | | | | | 0.0% | 0.8% | | 2.5% | 2.4% | 2.4% | 2.3% | |
| *YoY Change* | | | | | | | | 8.2% | 6.8% | 6.3% | -17.4% | | 5.9% | 8.4% | 10.0% | 39.5% |
| **Cost of Revenue** | $60,299 | $15,508 | $18,316 | $17,091 | $17,221 | $68,136 | $17,047 | $23,918 | $25,146 | $24,632 | $90,743 | $24,603 | $24,872 | $25,121 | $25,450 | $100,046 |
| *Pct. Of Total Revenue* | 24.5% | 23.9% | 22.9% | 21.6% | 22.1% | 22.6% | 20.5% | 17.7% | 19.0% | 18.9% | 18.9% | 18.3% | 18.3% | 18.3% | 18.0% | 18.3% |
| **Gross Profit** | $185,791 | $49,400 | $61,534 | $62,018 | $60,811 | $233,763 | $65,921 | $111,129 | $107,200 | $106,390 | $390,641 | $108,385 | $111,041 | $112,152 | $115,941 | $447,519 |
| *Gross Margin* | 75.5% | 76.1% | 77.1% | 78.4% | 77.9% | 77.4% | 79.5% | 82.3% | 81.0% | 81.2% | 81.1% | 81.5% | 81.7% | 81.7% | 82.0% | 81.7% |
| **Sales and Marketing** | $86,493 | $19,218 | $21,268 | $20,291 | $21,700 | $82,477 | $20,600 | $35,708 | $37,208 | $37,208 | $130,724 | $37,208 | $37,208 | $38,708 | $38,708 | $151,832 |
| *Pct. Of Total Revenue* | 35.1% | 29.6% | 26.6% | 25.6% | 27.8% | 27.3% | 24.8% | 26.4% | 28.1% | 28.4% | 27.2% | 28.0% | 27.4% | 28.2% | 27.4% | 27.7% |
| **Research and Development** | $42,942 | $11,797 | $14,670 | $13,889 | $13,770 | $54,126 | $14,778 | $26,268 | $25,768 | $25,768 | $92,582 | $25,768 | $26,968 | $27,168 | $27,368 | $107,272 |
| *Pct. Of Total Revenue* | 17.4% | 18.2% | 18.4% | 17.6% | 17.6% | 17.9% | 17.8% | 19.5% | 19.5% | 19.7% | 19.2% | 19.4% | 19.8% | 19.8% | 19.4% | 19.6% |
| **General and Administrative** | $30,213 | $8,829 | $8,599 | $8,273 | $8,372 | $34,073 | $9,455 | $14,436 | $14,436 | $14,436 | $52,763 | $14,436 | $14,436 | $14,436 | $14,436 | $57,744 |
| *Pct. Of Total Revenue* | 12.3% | 13.6% | 10.8% | 10.5% | 10.7% | 11.3% | 11.4% | 10.7% | 10.9% | 11.0% | 11.0% | 10.9% | 10.6% | 10.5% | 10.2% | 10.5% |
| **Total Operating Expenses** | $159,648 | $39,844 | $44,537 | $42,453 | $43,842 | $170,676 | $44,833 | $76,412 | $77,412 | $77,412 | $276,069 | $77,412 | $78,612 | $80,312 | $80,512 | $316,848 |
| *Pct. Of Total Revenue* | 64.9% | 61.4% | 55.8% | 53.7% | 56.2% | 56.5% | 54.0% | 56.6% | 58.5% | 59.1% | 57.3% | 58.2% | 57.8% | 58.5% | 56.9% | 57.0% |
| **Operating Income** | $26,143 | $9,556 | $16,997 | $19,565 | $16,969 | $63,087 | $21,088 | $34,717 | $29,788 | $28,978 | $114,572 | $30,973 | $32,429 | $31,840 | $35,429 | $130,671 |
| *Operating Margin* | 10.6% | 14.7% | 21.3% | 24.7% | 21.7% | 20.9% | 25.4% | 25.7% | 22.5% | 22.1% | 23.8% | 23.3% | 23.9% | 23.2% | 25.1% | 23.9% |
| **Interest and other income (expense)** | ($1,180) | ($802) | ($1,510) | ($1,019) | $223 | ($3,108) | ($1,122) | ($9,008) | ($8,508) | ($8,008) | ($26,646) | ($7,508) | ($7,008) | ($6,508) | ($6,008) | ($27,032) |
| **Pre-Tax Earnings** | $24,963 | $8,754 | $15,487 | $18,546 | $17,192 | $59,979 | $19,966 | $25,709 | $21,280 | $20,970 | $87,926 | $23,465 | $25,421 | $25,332 | $29,421 | $103,639 |
| *EBT Margin* | 10.1% | 13.5% | 19.4% | 23.4% | 22.0% | 19.9% | 24.1% | 19.0% | 16.1% | 16.0% | 18.3% | 17.6% | 18.7% | 18.5% | 20.8% | 18.9% |
| **(Benefit) provision for income taxes** | $2,130 | $630 | $1,311 | $1,226 | $948 | $4,115 | $4,529 | $5,862 | $4,682 | $4,613 | $19,686 | $5,866 | $6,355 | $6,333 | $7,355 | $25,910 |
| *Tax Rate* | 8.5% | 7.2% | 8.5% | 6.6% | 5.5% | 6.9% | 22.7% | 22.8% | 22.0% | 22.0% | 22.4% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| **Non-GAAP Net Income** | $22,833 | $8,124 | $14,176 | $17,320 | $16,244 | $55,864 | $15,437 | $19,847 | $16,599 | $16,357 | $68,240 | $17,599 | $19,066 | $18,999 | $22,065 | $77,729 |
| *Net Margin* | 9.3% | 12.5% | 17.8% | 21.9% | 20.8% | 18.5% | 18.6% | 14.7% | 12.5% | 12.5% | 14.2% | 13.2% | 14.0% | 13.8% | 15.6% | 14.2% |
| **Diluted EPS (Recurring)** | $0.79 | $0.27 | $0.45 | $0.48 | $0.45 | $1.66 | $0.44 | $0.56 | $0.47 | $0.46 | $1.92 | $0.49 | $0.53 | $0.53 | $0.61 | $2.16 |
| **Diluted Shares Outstanding** | 28,907 | 30,044 | 31,718 | 36,454 | 36,374 | 33,648 | 35,294 | 35,278 | 35,578 | 35,778 | 35,482 | 35,878 | 35,978 | 36,078 | 36,178 | 36,028 |

**Balance Sheet Items**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A/R DSOs | 44 | 37 | 38 | 37 | | 56 | 32 | |
| Cash/Share | $2.36 | $2.24 | $5.51 | $5.45 | | $7.16 | $2.36 | |
| Working Capital | (40,737) | (42,083) | (23,608) | 88,934 | | (45,257) | (85,645) | |
| Cash and Cash Equivalents | 71,009 | 70,982 | 200,981 | 198,087 | | 252,602 | 83,378 | |
| Accounts Receivable | 31,159 | 32,078 | 32,582 | 31,569 | | 50,501 | 47,110 | |
| Total Current Assets | 110,848 | 113,680 | 243,621 | 240,065 | | 333,845 | 153,061 | |
| Net PP&E | 38,622 | 36,587 | 35,436 | 35,101 | | 45,446 | 45,961 | |
| Total Assets | 456,124 | 452,715 | 573,889 | 561,091 | | 1,432,295 | 1,233,848 | |
| Accounts Payable | 9,561 | 5,820 | 4,074 | 2,114 | | 4,942 | 7,787 | |
| ST Deferred Revenue | 116,859 | 121,032 | 116,640 | 121,553 | | 172,432 | 180,053 | |
| Total Current Liabilities | 151,585 | 155,763 | 267,230 | 151,131 | | 379,102 | 238,706 | |
| LT Deferred Revenue | 27,467 | 27,682 | 28,044 | 29,151 | | 42,418 | 43,727 | |
| LT Debt | 203,398 | 194,992 | 0 | 118,305 | | 645,371 | 598,301 | |
| Total Liabilities | 388,680 | 384,313 | 300,960 | 303,881 | | 1,169,112 | 973,676 | |

*Source: JMP Securities LLC and Company Reports*

**Carbonite, Inc. (CARB)**



## FIGURE 4.  Revenue Breakout

FCF Forecast ($ in thousands, except per share data)

| FY Ending Dec 31 | FY2017 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | FY2018 | Mar-19 | Jun-19 | Sep-19E | Dec-19E | FY2019E | Mar-20E | Jun-20E | Sep-20E | Dec-20E | FY2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operating Income | $26,143 | $9,556 | $16,997 | $19,565 | $16,969 | $63,087 | $21,088 | $34,717 | $29,788 | $28,978 | $114,572 | $30,973 | $32,429 | $31,840 | $35,429 | $130,671 |
| Dep & Amrt | 21,731 | $6,077 | $11,686 | $11,859 | $12,164 | $41,786 | $11,149 | $23,065 | $20,065 | $17,065 | $71,344 | $14,065 | $14,165 | $14,265 | $14,365 | $56,860 |
| Adjustments | -$9,019 | -$3,352 | -$7,794 | -$8,388 | -$8,305 | -$27,839 | -$7,382 | -$18,671 | -$15,671 | -$12,671 | -$54,395 | -$9,671 | -$6,671 | -$7,671 | -$8,671 | -$32,684 |
| Adjusted EBITDA | $38,855 | $12,281 | $20,889 | $23,036 | $20,828 | $77,034 | $24,855 | $39,111 | $34,182 | $33,372 | $131,521 | $35,367 | $39,973 | $38,434 | $41,123 | $154,847 |
| Adj EBITDA margin | 15.8% | 18.9% | 26.2% | 29.1% | 26.7% | 25.5% | 30.0% | 29.0% | 25.8% | 25.5% | 27.3% | 26.6% | 29.4% | 28.0% | 29.1% | 28.3% |

Source:  JMP Securities LLC and Company Reports

**Carbonite, Inc. (CARB)**



## Company Description

Carbonite sells its data protection solutions into two distinct markets: consumer and SMB (small and medium-sized businesses). Carbonite has transformed itself into a leading provider of cloud-based data protection services for the SMB data protection market, a $10B market that has been severely disrupted. The company primarily targets cloud-based data protection, which is benefiting from several trends, including the rise of ransomware, the trend toward cloud, and the increasing need to reduce data center costs. With a focus on smaller businesses, we believe Carbonite is particularly well positioned, as we think momentum in cloud data protection will remain concentrated to the mid-market and below for the next couple years.

## Investment Risks

Public cloud competition. The trend toward hyperscale public clouds such AWS and Microsoft Azure is in full swing, as evidenced by the substantial revenues these businesses have amassed over the last few years. We think backup will continue to be a popular use case as SMBs and enterprises migrate more workloads to public cloud services, creating a formidable competitive threat to Carbonite.

Traditional competition. We believe the markets in which Carbonite competes are highly competitive. In the SMB space, there are several vendors targeting cloud backup and disaster recovery, making the market highly competitive. Carbonite is forced to compete with large vendors, such as EMC and Veritas, that serve a broad spectrum of customers, as well as established vendors that target the mid-size and small business customer, such as Barracuda Networks and Veeam. In addition, Carbonite competes directly with innovative and nimble startups, such as Zerto.

Sub-scale vendor in space ripe for consolidation. We believe the SMB and enterprise storage space will consolidate as enterprises seek to minimize the number of vendors managed. Particularly as enterprises move to hybrid cloud architectures, where the utilization of both on-premise and public cloud infrastructure exaggerate complexity, we believe there will be a need for more cohesion across infrastructure types, leading to vendor consolidation. Accordingly, we think there is a risk that Carbonite will struggle as a sub-scale vendor as SMBs and enterprises alike gravitate toward larger, all-in-one vendors.

Integration risk. While Carbonite has shown an ability to integrate acquisitions (e.g., EVault), part of our investment thesis is that the company will continue to realize synergies from the acquisitions, as well as other acquisitions, such as Double-Take Software. As with any acquisition, there are integration risks, particularly when the strategy includes cutting headcount and other costs out of the target organization. While we expect management to continue to execute well with integrating acquisitions, we acknowledge there is integration risk associated with Carbonite's previous acquisitions, as well as future acquisitions.

Execution risk with new management in place. While we view a refreshed management team as a key positive for the company, we acknowledge there is always risk associated with a new team. With four of the six management team members joining in 2016 or later, there is still a risk of execution challenges, potentially brought on by clashing management styles, or a lack of cohesion around the vision of the company.

**Carbonite, Inc. (CARB)**



## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Erik Suppiger

**JMP Securities Disclosures:**

JMP Securities currently makes a market in the security of Carbonite, Inc.

JMP Securities expects to receive OR intends to seek compensation for investment banking services from Carbonite, Inc. in the next 3 months.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of July 26, 2019)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 244 | 58.80% | Buy | 244 | 58.80% | 61 | 25.00% |
| MARKET PERFORM | Hold | 138 | 33.25% | Hold | 138 | 33.25% | 24 | 17.39% |
| MARKET UNDERPERFORM | Sell | 3 | 0.72% | Sell | 3 | 0.72% | 0 | 0% |
| COVERAGE IN TRANSITION | | 29 | 6.99% | | 29 | 6.99% | 1 | 3.45% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 415 | 100% | | 415 | 100% | 86 | 20.72% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.



Rating and Price Target History for: Carbonite, Inc. (CARB) as of 07-25-2019

Created by: BlueMatrix

**Carbonite, Inc. (CARB)**



**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2019. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

**Carbonite, Inc. (CARB)**

**JMP**

**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

## RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |

**Commercial & Specialty Finance**
| | |
|---|---|
| Christopher York | (415) 835-8965 |

**Consumer Finance**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Jeff Zhang, CFA | (415) 835-8948 |

**Financial Processing & Outsourcing**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Jeff Zhang, CFA | (415) 835-8948 |

**Insurance**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Karol Chmiel | (312) 768-1786 |

**Investment Banks & Brokers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
| | |
|---|---|
| Steven C. DeLaney | (212) 906-3517 |
| Chris Muller | (212) 906-3559 |
| Trevor Cranston, CFA | (415) 869-4431 |
| Mikhail Goberman | (212) 906-3543 |

### HEALTHCARE

**Biopharma**
| | |
|---|---|
| Donald Ellis, PharmD | (212) 906-3507 |
| Naz bur Rahman | (212) 906-3519 |

**Biotechnology**
| | |
|---|---|
| Liisa A. Bayko | (312) 768-1785 |
| Jonathan Wolleben | (312) 768-1788 |
| Neil Panchal, MD | (312) 768-1795 |
| Jason N. Butler, PhD | (212) 906-3505 |
| Roy Buchanan | (212) 906-3509 |

**Healthcare Services & Facilities**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Jonathan Freed | (415) 835-8908 |

**Medical Devices & Supplies**
| | |
|---|---|
| David Turkaly | (212) 906-3563 |
| Daniel W. Stauder | (212) 906-3535 |

### REAL ESTATE

**Housing & Land Development**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Aaron Hecht | (415) 835-3963 |
| Doug Hansen | (415) 835-8934 |

**Property Services**
| | |
|---|---|
| Mitch Germain | (212) 906-3546 |
| Corey DeVito | (212) 906-3525 |

**Residential Services**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |

**REITs: Healthcare & Specialty**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Jonathan Freed | (415) 835-8908 |

**REITs: Diversified, Industrial, Office, & Retail**
| | |
|---|---|
| Mitch Germain | (212) 906-3546 |
| Corey DeVito | (212) 906-3525 |

**REITs: Residential**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |

### TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**
| | |
|---|---|
| Joseph Osha | (415) 835-8998 |
| Hilary Cauley | (415) 835-8996 |

**Cybersecurity & IT Infrastructure**
| | |
|---|---|
| Erik Suppiger | (415) 835-3918 |

**Internet & Digital Media**
| | |
|---|---|
| Ronald V. Josey III | (212) 906-3528 |
| Andrew Boone | (415) 835-3902 |
| Samuel Dimond | (415) 835-8916 |
| David Yueh | (415) 835-3957 |

**Software**
| | |
|---|---|
| Patrick Walravens | (415) 835-8943 |
| Joe Goodwin | (415) 869-4477 |
| Mark Chen | (415) 835-8930 |
| Joey Marincek | (415) 869-4418 |

## ADDITIONAL CONTACTS

| | | |
|---|---|---|
| **Thomas R. Wright** | **Charles Sweeney** | **600 Montgomery Street, Suite 1100** |
| **Director of Equities** | **Director of Sales & Trading** | San Francisco, CA 94111 |
| (212) 906-3599 | (212) 906-3573 | www.jmpsecurities.com |