# EXHIBIT 104

*Lake Street Capital Markets analyst report*
*7/26/2019*


## LAKE STREET
CAPITAL MARKETS

INSTITUTIONAL EQUITY RESEARCH | July 26, 2019

# Carbonite, Inc.                   BUY
(CARB – $23.90)                    Price Target:  $29

**Eric Martinuzzi, CFA**
Senior Research Analyst
612-326-1315
eric.martinuzzi@lakestreetcm.com

www.lakestreetcapitalmarkets.com

## Q2 Solid, But CEO Departure And Soft Outlook Have Us Lowering Our PT.

**CEO Out** – Mohamad Ali resigned as Carbonite CEO.  Chairman Steve Munford will serve as Interim P/CEO and Executive Chairman.  The board is conducting a search for a permanent replacement.  We do not view Munford as a candidate for the full-time position.  Separately, technology media and research provider International Data Group (IDG) announced Mohamad Ali will take over as CEO of the privately-held, Boston-based company on Aug 1, 2019.

**Why Did They Guide Down?** – CARB lowered the midpoint of its 2019 revenue guidance by $18M, with three issues equally responsible for the reset:

1) Product – Experienced performance issues with the newly launched Virtual Server Edition of Carbonite Server Backup.  Channel partners were not pleased, but the quick retreat on the new product launch minimized VAR relationship damage.
2) Execution – The pipeline converted at a rate lower than expected.
3) Large Deals – Q2 saw weaker than expected large deal sales.

**Lowering Our Target** – We remain at a Buy rating, but are lowering our PT to $29 given the CEO departure and reduced outlook.  Better than expected cost synergies at Webroot leave the AEBITDA forecast unchanged.

**Elliott Reminder** – Per a May 15th SEC filing, activist investor Elliott Management owns 1.19M shares of CARB's 34.45M shares outstanding, or 3.5%.  Elliott is familiar with both the security space (also owns SYMC) and the backup space (also owns CVLT).  We believe Elliott's presence helps provide downside support for the stock.

| Changes | Previous | Current |
|---|---|---|
| Rating: | -- | BUY |
| Price Target: | $39 | $29 |
| FY19E Rev M: | $495 | $478 |
| FY20E Rev M: | $560 | $550 |
| FY19E AEBITDA M: | $134 | $133 |
| FY20E AEBITDA M: | $147 | $145 |
| FY19E EPS*: | $1.82 | $1.91 |
| FY20E EPS*: | $2.09 | $2.00 |

**Profile**

| | |
|---|---|
| Price: | $23.90 |
| Shares Out M: | 35.3 |
| Market Cap M: | $843 |
| Avg. Daily Vol. | 409,310 |
| Insiders Own | 6% |
| Short Int, M / % of float: | 4.4 / 14% |
| Tan. Book Val./Sh.: | ($19.90) |
| Net Cash /Sh.: | ($14.60) |
| Div / Yield | NA / NA |

| Rev (M) | 2018A | 2019E | 2020E |
|---|---|---|---|
| Mar | $64.9 | $83.0A | $134.0 |
| Jun | $79.9 | $135.0A | $136.0 |
| Sep | $79.1 | $131.0 | $140.0 |
| Dec | $78.0 | $129.0 | $140.2 |
| FY | $301.9 | $478.0 | $550.2 |

| EPS* | 2018A | 2019E | 2020E |
|---|---|---|---|
| Mar | $0.27 | $0.44A | $0.44 |
| Jun | $0.45 | $0.56A | $0.47 |
| Sep | $0.48 | $0.44 | $0.54 |
| Dec | $0.45 | $0.47 | $0.55 |
| FY | $1.64 | $1.91 | $2.00 |

*ex items

| Valuation | 2018A | 2019E | 2020E |
|---|---|---|---|
| EV/Rev | 4.5x | 2.8x | 2.5x |
| P/E | 15x | 13x | 12x |

**Management**

| | |
|---|---|
| Exec Ch | Steve Munford |
| Interim P/CEO | Steve Munford |
| CFO | Anthony Folger |

## Company Description

Carbonite provides cloud data protection and security for businesses and consumers.

## HIGHLIGHTS

ï  **Quarter, Outlook** – Q2'19 NG revenue of $135.0M beat our estimate of $133.4M. AEBITDA of $39.1M was ahead of the $34.9M consensus. The company saw a positive impact from the first full quarter of contribution from Webroot. Q3'19 midpoint revenue guidance came in below consensus. The company lowered its FY19 revenue guidance. While revenue was guided down, management maintained their projection for AEBITDA. FY19 revenue was also lowered. Full year AEBITDA outlook is unchanged at between $132M - $137M.  The company suggested a low single digit organic revenue growth outlook for total revenue in 2020, with data protection down y/y and security up for the year.

| | This Quarter | | Next Quarter | | 2019 | |
|---|---|---|---|---|---|---|
| | Actual | Consensus | Guidance | Consensus | Guidance | Consensus |
| Rev, M | $135.0 | $135.2 | $131-$133 | $138.1 | $478-$483 | $498 |
| AEBITDA, M | $39.1 | $34.9 | $34-$37 | $36.0 | $132-$137 | $133.7 |

*Source: Carbonite, Thomson EIKON*

ï  **Disciplined Debt Paydown –** During the quarter the company made $55M in accelerated principal payments on its outstanding term loan.

---

**LAKE STREET**
CAPITAL MARKETS

July 26, 2019

ï **Success In Webroot** – Webroot performed as expected.  The business accounted for about $60M of the company's $135M in revenue. The expansion in gross margin, from 79.5% in Q1'19 to 82.3% in Q2, was partially driven by the continued integration of Webroot. The company expects Webroot (acquired 3/26/2019) to contribute between $180M - $185M to 2019 revenue.

| Mix | Segment Rev(M) | Percent |
|---|---|---|
| Webroot | $59.8 | 44% |
| Legacy CARB | $75.2 | 56% |
| Total | $135.0 | 100% |

*Source: CARB*

ï **Competition –** While operating in a competitive environment, the company reiterated it is still able to differentiate itself through its endpoint offering. The value proposition that Carbonite provides is that it offers both security and data backup. This offering allows customers to both protect their enpoints and be prepared in case of a data loss.

## INVESTMENT THESIS & VALUATION

Carbonite has reinvented itself over the past several years.  It has used its balance sheet and free cash flow to expand beyond just being a provider of consumer endpoint backup.  Today it provides both data protection and security to enterprise while continuing to provide consumer endpoint data protection.  The company has grown by four large acquisitions in the past four years: eVault (Seagate), DoubleTake Software, Mozy (Dell), and Webroot.  The company is tracking to $0.5B in revenue and believes it is only a matter of time before it reaches $1.0B. We believe the company's added scale and ability to generate free cash flow remain underappreciated by investors.

### VALUATION

We rate Carbonite shares BUY with a $29 target. Our price target is a 2.8x multiple on our 2020 revenue estimate. The math works out to 2.8x $550M, minus $515M net debt, divided by 35.3M shares outstanding.

## RISKS

An investment in Carbonite involves the following risks:

ï **Operational Risk** – Any significant disruption in service or loss of customers' data could damage Carbonite's reputation and harm financial results.

ï **Privacy Issue** – If the security of customer confidential information stored in Carbonite systems is breached or customer files are otherwise subjected to unauthorized access, Carbonite's reputation and business may be harmed, and the company may be exposed to liability.

ï **Acquisitions** – Carbonite makes opportunistic acquisitions, such as the 2016 acquisition of EVault, the 2017 acquisition of Double-Take, the 2018 acquisition of Mozy, and the Webroot acquisition closed in Q1'19. There can be no assurance acquisitions will be accretive.

ï **Price Competition** – Demand for cloud backup services is sensitive to price. Some of Carbonite's competitors offer lower-priced—even free—services and the company may be unable to maintain competitive differentiation.

# FINANCIAL MODEL

### Carbonite, Inc.

| Fiscal Year Ends Dec | 2017A | Mar18A | Jun18A | Sep18A | Dec18A | 2018A | Mar19A | Jun19A | Sep19E | Dec19E | 2019E | Mar20E | Jun20E | Sep20E | Dec20E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement $M:** | | | | | | | | | | | | | | | | |
| **NG Revenue** | $246.090 | $64.908 | $79.850 | $79.109 | $78.032 | $301.899 | $82.968 | $135.047 | $131.000 | $128.985 | $478.000 | $134.000 | $135.960 | $140.039 | $140.240 | $550.239 |
| Wr-dn of Acqrd Deferred | 6.628 | 0.882 | 2.116 | 1.427 | 1.066 | 5.491 | 1.753 | 13.537 | - | - | 15.290 | - | - | - | - | - |
| Revenue | $239.462 | $64.026 | $77.734 | $77.682 | $76.966 | $296.408 | $81.215 | $121.510 | $131.000 | $131.000 | $464.725 | $134.000 | $135.96 | $140.039 | $140.240 | $550 239 |
| Adj Cost of Rev | 60.299 | 15.508 | 18.316 | 17.091 | 17.221 | 68.136 | 17.047 | 23.918 | 23.842 | 24.765 | 89.572 | 25.460 | 25 832 | 25.207 | 25.243 | 101.743 |
| **Adj Gross Profit** | 185.791 | $49.400 | $61.534 | $62.018 | $60.811 | 233.763 | $65.921 | $111.129 | $107.158 | $104.220 | 388.428 | $108.540 | $110.128 | $114.832 | $114.997 | 448.496 |
| *Adj Gross Margin* | *75.5%* | *76.1%* | *77.1%* | *78.4%* | *77.9%* | *77.4%* | *79.5%* | *82.3%* | *81.8%* | *80.8%* | *81.3%* | *81.0%* | *81.0%* | *82.0%* | *82.0%* | *81.5%* |
| Adj R&D | 42.942 | 11.797 | 14.670 | 13.889 | 13.770 | 54.126 | 14.778 | 26.268 | 26.200 | 26 200 | 93.446 | 26.462 | 26.462 | 26.462 | 26.462 | 105 848 |
| Adj G&A | 30.213 | 8.829 | 8.599 | 8.273 | 8.372 | 34.073 | 9.455 | 14.436 | 14.000 | 14 000 | 51.891 | 14.210 | 14 210 | 14.210 | 14.210 | 56 840 |
| Adj S&M | 86.493 | 19.218 | 21.268 | 20.291 | 21.700 | 82.477 | 20.600 | 35.708 | 37.177 | 33 255 | 126.740 | 38.401 | 38 963 | 40.131 | 40.189 | 157.684 |
| Adj Total Operating Exp | 159.648 | 39.844 | 44.537 | 42.453 | 43.842 | 170.676 | 44.833 | 76.412 | 77.377 | 73.455 | 272.077 | 79.073 | 79.635 | 80.803 | 80.861 | 320 372 |
| **Adj Operating Income** | 26.143 | $9.556 | $16.997 | $19.565 | $16.969 | 63.087 | $21.088 | $34.717 | $29.781 | $30.764 | 116.350 | $29.467 | $30.493 | $34.028 | $34.136 | 128.124 |
| *Adj Operating Margin* | 10.6% | 14.7% | 21.3% | 24.7% | 21.7% | 20.9% | 25.4% | 25.7% | 22.7% | 23.9% | 24.3% | 22.0% | 22.4% | 24.3% | 24.3% | 23.3% |
| Int (exp) & other (exp) | (1.180) | (0.802) | (1.510) | (1.019) | (1.409) | (4.740) | (2 834) | (11.251) | (9.600) | (9 300) | (32.985) | (9.000) | (8.700) | (8.400) | (8.100) | (34.200) |
| **Adj Net Income** | 22.833 | 8.124 | 14.176 | 17.320 | 16.244 | 55.864 | 15.437 | 19.847 | 15.741 | 16.742 | 67.767 | 15.964 | 16.999 | 19.990 | 20.308 | 73.261 |
| EPS, cont ops | ($0.14) | $0.40 | ($0.18) | $0.02 | $0.02 | $0.22 | $0.06 | ($0.33) | ($0.15) | ($0.11) | ($0.51) | ($0.13) | ($0.10) | ($0.02) | ($0.01) | ($0.26) |
| adj EPS | $0.79 | $0.27 | $0.45 | $0.48 | $0.45 | $1.64 | $0.44 | $0.56 | $0.44 | $0.47 | $1.91 | $0.44 | $0.47 | $0.54 | $0.55 | $2.00 |
| Diluted shares outst | 29.1 | 30.0 | 31.7 | 36.5 | 36.4 | 34.0 | 35.3 | 35.3 | 35.6 | 35.9 | 35.5 | 36.2 | 36.5 | 36.8 | 37.1 | 36.6 |
| **Adj. EBITDA** | $38.885 | $21.171 | $11.999 | $23.036 | $20.828 | $77.034 | $24.855 | $39.111 | $34.000 | $34.983 | $132.949 | $33.686 | $34.712 | $38.247 | $38.355 | $145.000 |
| *Adj EBITDA %* | *15.8%* | *32.6%* | *15.0%* | *29.1%* | *26.7%* | *25.5%* | *30.0%* | *29.0%* | *26.0%* | *27.1%* | *27.8%* | *25.1%* | *25.5%* | *27.3%* | *27.3%* | *26.4%* |
| **Margin Analysis:** | | | | | | | | | | | | | | | | |
| Adj Gross Margin | 75.5% | 76.1% | 77.1% | 78.4% | 77.9% | 77.4% | 79.5% | 82.3% | 81 8% | 80.8% | 81.3% | 81 0% | 81.0% | 82.0% | 82 0% | 81.5% |
| Adj R&D | 17.4% | 18.2% | 18.4% | 17.6% | 17.6% | 17.9% | 17.8% | 19.5% | 20 0% | 20.3% | 19.5% | 19.7% | 19.5% | 18.9% | 18 9% | 19.2% |
| Adj G&A | 12.3% | 13.6% | 10 8% | 10.5% | 10.7% | 11.3% | 11.4% | 10.7% | 10.7% | 10.9% | 10.9% | 10.6% | 10.5% | 10.1% | 10.1% | 10.3% |
| Adj S&M | 35.1% | 29.6% | 26.6% | 25.6% | 27.8% | 27.3% | 24.8% | 26.4% | 28.4% | 25.8% | 26.5% | 28.7% | 28.7% | 28.7% | 28.7% | 28.7% |
| Adj Op Margin | 10.6% | 14.7% | 21 3% | 24.7% | 21.7% | 20.9% | 25.4% | 25.7% | 22.7% | 23.9% | 24.3% | 22 0% | 22.4% | 24.3% | 24 3% | 23.3% |
| | 8.5% | | | | | | | | | | | | | | | |
| **Revenue Change (Yr/Yr):** | | | | | | | | | | | | | | | | |
| Total Revenue | 18% | 10% | 31% | 25% | 24% | 23% | 28% | 69% | 66% | 65% | 58% | 62% | 1% | 7% | 9% | 15% |
| Organic Revenue | | | | | | | | | | | | -4% | 1% | 7% | 9% | 3% |
| *Subscrip BIZ bookings* | | *18%* | *48%* | *59%* | *47%* | | *37%* | | | | | | | | | |
| *BIZ bookings* | *31%* | *14%* | *27%* | *33%* | *37%* | *28%* | *20%* | *38%* | *46%* | *52%* | *40%* | | | | | |
| *Consumer bookings* | *-4%* | *0%* | *29%* | *30%* | *23%* | *20%* | *9%* | *126%* | *134%* | *142%* | *106%* | | | | | |
| Total Bookings | 17% | 9% | 28% | 32% | 31% | 25% | 116% | 53% | 66% | 66% | 74% | | | | | |
| Organic Bookings | | | | | | 8% - 9% | | | | | | | | | | |
| **BIZ Bookings % of Total** | | | | | | | | | | | | | | | | |
| | 67% | 67% | 67% | 68% | 70% | 68% | 38% | 60% | 60% | 64% | 55% | | | | | |
| **Bal Sheet/Cash Flow $M:** | | | | | | | | | | | | | | | | |
| Cash | | 71 | 71 | 201 | 198 | | 253 | 83 | | | | | | | | |
| Debt | | 203 | 195 | 117 | 118 | | 645 | 598 | | | | | | | | |
| Net Cash | | ($132) | ($124) | $84 | $80 | | ($393) | ($515) | | | | | | | | |
| DSO | | 43 | 36 | 37 | 36 | | 55 | 31 | | | | | | | | |
| CFO | 31.3 | 3 3 | 13.6 | 17.0 | 19 8 | 31.3 | 18.7 | 20 3 | | | 95.7 | | | | | 104.4 |
| Cap ex | (17.4) | (3.3) | (4.5) | (2.1) | (3.2) | (17.4) | (2.8) | (3 3) | | | | | | | | |
| FCF | 14.0 | 0 0 | 9.0 | 14.8 | 16.6 | 14.0 | 16.0 | 17.1 | | | | | | | | |

Case 1:19-cv-11662-LTS   Document 134-104   Filed 06/02/23   Page 4 of 5



July 26, 2019

## IMPORTANT DISCLOSURES

February 5, 2016– Rating: BUY - Price Target: $12
May 3, 2016– Rating: BUY - Price Target: $13
August 2, 2016– Rating: BUY - Price Target: $16
November 4, 2016– Rating: BUY - Price Target: $18
February 1, 2017– Rating: BUY - Price Target: $20
February 10, 2017– Rating: BUY - Price Target: $21
February 28, 2017– Rating: BUY - Price Target: $23
August 4, 2017– Rating: BUY - Price Target: $25
February 14, 2018– Rating: BUY - Price Target: $27
May 8, 2018– Rating: BUY - Price Target: $34
August 3, 2018– Rating: BUY - Price Target: $37
November 2, 2018– Rating: BUY - Price Target: $36
February 8, 2019 – Rating: BUY - Price Target: $39
July 26, 2019 – Rating: BUY - Price Target: $29

*Source: Thomson Eikon*

## RATINGS DEFINITION

**BUY** rated stocks are expected to generate greater than 10% returns during the next 12 months. **HOLD** rated stocks are expected to generate returns of 0% to 10% during the next 12 months. **SELL** rated stocks are expected to generate negative returns over the next 12 months and generally do not have a price target.

**Information on our valuation methodology and risks can be found in the "Investment Thesis & Valuation" and "Risks" sections.**

## RATINGS DISTRIBUTION

(as of June 3, 2019)

| Rating | All Covered Companies (%) | Investment Banking Clients (%) |
|--------|---------------------------|--------------------------------|
| BUY    | 86.5%                     | 17.8%                          |
| HOLD   | 13.5%                     | 0.0%                           |
| SELL   | 0.0%                      | 0.0%                           |

## RESEARCH DISCLOSURES

Lake Street Capital Markets, or its affiliates, intends to seek or expects to receive compensation for investment banking services from the subject issuer in the next three months. The authoring analysts who are responsible for the preparation of this investment research are eligible for compensation based on the total revenue and general profitability of Lake Street Capital Markets, which includes investment banking revenue. However, such authoring analyst will not receive compensation that is directly based on or linked to specific investment banking transactions.

## ANALYST CERTIFICATION – REGULATION AC

Each authoring analyst of Lake Street Capital Markets whose name appears on the front page of this investment research hereby certifies that (1) the recommendations and opinions expressed in this investment research accurately reflect the authoring analyst's personal, independent, and objective views about any and all of the subject investments or issuers discussed herein; and (2) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analysts.

## OTHER DISCLOSURES

This investment research is intended for informational purposes only and does not constitute an offer or solicitation to buy or sell securities referenced herein in any jurisdiction where such would be prohibited. Although the information and statements of fact contained in this investment research have been obtained from sources we believe to be reliable, including statistical services and issuer statements & reports, its accuracy and completeness cannot be guaranteed. The securities discussed and any recommendations made herein may not be suitable for all investors depending on their specific financial position or investment objectives. This investment research and any opinions, recommendations, and estimates contained here represent Lake Street Capital Market's judgment as of the date of this report and are subject to change without notice. Lake Street Capital Markets may effect transactions as a principal or agent in the securities mentioned herein. Additional information available on request. Member FINRA / SIPC. This report may not be reproduced, distributed, or published without the prior consent of Lake Street Capital Markets, LLC. All rights reserved.