# EXHIBIT 108

*Boston Globe, "Carbonite takes a hit after visionary leader departs"*

Carbonite takes a hit after visionary leader departs - The Boston Globe

**CHESTO MEANS BUSINESS**

# Carbonite takes a hit after visionary leader departs

**By Jon Chesto** Globe Staff, July 26, 2019, 7:43 p.m.



Mohamad Ali is stepping down as CEO of Carbonite. SUZANNE KREITER/GLOBE STAFF/FILE/GLOBE STAFF

So just how much is a chief executive worth?

If you invest in Carbonite Inc., you might be wondering about the answer to that question today.

The Boston-based data protection company's shares plunged nearly 25 percent on Friday after Mohamad Ali announced he was leaving. (Board chairman Steve Munford takes over on an interim basis until Ali's

replacement can be found.) Ali has a new job: CEO of tech research and media firm IDG in Framingham.

The one-day stock hit wiped out some $200 million in market value. Ali's abrupt departure wasn't the only unexpected news weighing on shareholders: Carbonite also pared back its revenue guidance for the year, and forecast only modest growth in 2020.

Carbonite investors had been betting on Ali's strategic approach. He was already a superstar in tech circles when Carbonite recruited him from HP in late 2014, to take over for cofounder David Friend. At the time, Carbonite was in a bit of a rut, and the target of a hostile takeover.

As CEO, Ali made a strong case for Carbonite's independence. He helped shift the company away from the consumer market, to focus on the more profitable business market. Eric Martinuzzi, an analyst at Lake Street Capital Markets, says the firm received essentially 70 percent of its sales from consumers and 30 percent from businesses when Ali showed up. Ali has flipped that ratio, making Carbonite far more profitable in the process. The company also now generates roughly five times more revenue than it did the year he arrived.

How did he pull it off? Acquisitions played a crucial role. Ali had helped build the analytics business when he worked for IBM, honing his M&A chops. He brought many former IBM colleagues to Carbonite — roughly a dozen of them — to help with deals, and he kept a running tally of potential acquisition targets on a wall in his office.

Ali engineered five acquisitions in the past three years or so, with the $618.5 million purchase of cybersecurity firm Webroot in March leading the list. Some investors seemed skeptical at the time, and sent the stock downward after the Webroot deal was announced.

Carbonite takes a hit after visionary leader departs - The Boston Globe

John DiFucci, an analyst with Jefferies & Co., sees a bigger issue with the stock: Carbonite has started to fall into a pattern, by missing Wall Street's expectations when earnings time rolls around. This last quarter was no exception. Investors, DiFucci says, might have blamed Ali for those misses. But now they have to worry about the newfound uncertainty. The charismatic architect of Carbonite's turnaround is gone.

By all accounts, Ali is leaving voluntarily. He says he had informal talks with IDG, now owned by Chinese investors, months ago. Those discussions intensified in recent weeks. He says he became intrigued by IDG's proud history as a tech anchor in Greater Boston — and in the digital revolution. The company behind PCWorld and Computerworld now has a global reach. It's larger than Carbonite, in terms of revenue and employees. (IDG doesn't report its sales, while Carbonite is on track for nearly $500 million this year.)

Ali gave his farewell speech to Carbonite's 1,400 employees on Friday, an emotional moment that prompted him to revisit his nearly five-year tenure there.

Here's what he describes as his biggest source of pride: Carbonite's commitment to the community. Most notably, the board let Ali take stands that might be considered unusual for the CEO of a public company. Ali spoke out on immigration issues, and criticized the Trump administration's travel restrictions. (Ali came to this country when he was 11, from Guayana.) He also slammed the public incentives once offered to persuade GE to relocate here, and supports the proposed Massachusetts "millionaires tax."

Ali will remain an active board member at the Mass Technology Leadership Council. CEO Tom Hopcroft says he expects Ali's new role at

IDG can only help his trade group, given the company's wealth of contacts and expertise.

Without question, Ali significantly raised the profile of Carbonite during his time there. He hopes to do the same with IDG. He has a new professional mission now. While Boston's tech sector will continue to benefit from his leadership, Carbonite investors will need to place their bets on someone new.

———

Jon Chesto can be reached at jon.chesto@globe.com. Follow him on Twitter @jonchesto.

Show comments

©2022 Boston Globe Media Partners, LLC