# EXHIBIT 109

*Boston Business Journal, "Carbonite shares tank after CEO departure, but analysts aren't worried"*

Carbonite shares tank after CEO departure, but analysts aren't worried due to Webroot acquisition - Boston Business Journal

From the Boston Business Journal:
https://www.bizjournals.com/boston/news/2019/08/08/carbonite-shares-tank-after-ceo-departure-but.html

# Carbonite shares tank after CEO departure, but analysts aren't worried

Aug 8, 2019, 1:04pm EDT

Two weeks after the news that Mohamad Ali is stepping down as CEO of Carbonite Inc., the company has lost a third of its market cap — more than $250 million.

It's hard to say whether Ali's departure is causing the stock to fall, or whether it's the fact that around the same time, the company also lowered its revenue guidance to a range between $443.5 million and $448.5 million, down about 4 percent from the previous range of between $457 million and $471 million.



COURTESY OF CARBONITE
Carbonite's former CEO Mohamad Ali

Nevertheless, financial analysts say they aren't concerned for the future of the cloud backup company, calling its recent Webroot acquisition a "game-changer."

Sarkis Sherbetchyan, a senior equity research analyst at financial services company B. Riley Financial, said that Ali played a crucial

role in steering Carbonite's business from the consumer market toward the business market, which was "a clear positive step." But he added that executive departures happen all the time.

"For Carbonite, it's obviously a loss," he said. "But Carbonite now has a pretty good opportunity to move forward."

Sherbetchyan declined to speculate on Ali's potential successors. But he added that he expects Carbonite (Nasdaq: CARB) to generate significant cash to repay the debt generated by the acquisition of Colorado cybersecurity company Webroot in February this year, a deal worth $618.5 million.

Carbonite's all-cash acquisition of Webroot was its largest ever and the latest in a string of deals that includes email backup service MailStore, data backup and recovery Datacastle and cloud backup competitor Mozy. The goal was to combine Webroot's endpoint security and threat intelligence software with Carbonite's backup and recovery product, creating a comprehensive data protection platform for small and medium businesses.

Jason Ader, an analyst at asset management firm William Blair, wrote in a report dated July 25 that he continues to see an "attractive risk/reward equation for the stock" of Carbonite. "Looking ahead, despite the disappointing revenue outlook and added uncertainty from the CEO's departure, we see limited downside in the shares and believe that the Webroot acquisition will prove to be a game-changer for the company," Ader wrote.

For its latest quarter, Carbonite Inc. (Nasdaq: CARB) — which declined to comment for this story — posted revenue of $121.5 million, a 56 percent year-over-year increase, and a $11.3 million net loss, twice the $5.7 million loss in 2018.

Ader expressed the hope that the latest number reset is "the last one for a while."

After five years at Carbonite, Ali joined Boston-based technology media company International Data Group Inc. as CEO. His last day was July 31. Stephen Munford, Carbonite interim CEO, said during the company's latest earnings call on July 25 that, "It's a change for Mohamad, but it was his decision."

Carbonite shares tank after CEO departure, but analysts aren't worried due to Webroot acquisition - Boston Business Journal

As for finding the next chief executive, during the earnings call Munford said: "We'll be looking for someone that certainly has led at scale and has experience in either security or infrastructure software and maybe a public company person, or maybe someone that's led at scale privately."

**Lucia Maffei**
Technology Reporter
*Boston Business Journal*

