# EXHIBIT 110

*Bernzott memorandum re: "Carbonite, Inc. (NASDAQ: CARB) Underperformance Review" [BERNZOTT-00000007-00000014]*



EXHIBIT

ROSS - 11

# Carbonite, Inc. (NASDAQ:  CARB)
# Underperformance Review
# August 15, 2019

Date of Original Write-Up:  June 19, 2019
Fair Value on Original:  $38.00
Current Fair Value:  $31.00
Approximate Per Share Basis:  $25.67
Current Price:  $15.22

## Original Investment Thesis

- **Large customer base:**  CARB has >100,000 customers.  Webroot (acquired March 26, 2019) has >300,000 customers.

  No meaningful change.

- **Significant recurring revenue:** >90% of the company's revenue is subscription-based.  The average contract length is 14 months.

  No meaningful change.

- **Strong customer retention:** Retention rates have averaged 85% over the last five years, which is best-in-class for a consumer and small/medium-sized business ("SMB") focused software company.  As CARB builds a unified platform, the company believes that it can get dollar retention >100%

  On the Q2 earnings call, along with our call with management on July 30, the company confirmed that retention rates have not seen any degradation.

- **Large, growing addressable markets should support growth:**  Gartner estimates that the data protection market is ~$15 bil growing at 4% per year.  CARB believes that the cloud portion is currently only $1.0 - $1.5 bil (the remainder is on-premise) and is growing at 12% per year.  As a point of reference, CARB's business segment generates ~$200 mil in revenue (~$40 mil of which is on-premise) leaving plenty of room for growth.  Additionally, according to IDC, corporate endpoint security (the market where Webroot competes) is estimated to be $7.5 bil in 2019 and is growing at nearly 10%.  Webroot's business segment grew revenue 30% in FY2018 (year ending June 30, 2018) and is expected to grow at a similar rate in 2019.  Revenue for Webroot's business segment in its FY2018 was ~$86 mil.

  Remains the same.

BERNZOTT-00000007

- ***Webroot acquisition could provide meaningful revenue synergies:*** CARB primarily sells its products through ~10,000 value-added resellers ("VARs"), while Webroot primarily sells through ~14,000 managed service providers ("MSPs"). Integration efforts include selling Webroot through CARB's VAR partners and CARB through Webroot's MSP partners. The MSP channel is becoming increasingly important as customers buy more SaaS offerings and less hardware.    Traditionally,    VARs    have    focused    more    on    selling hardware/maintenance/attached subscriptions; as the purchasing model shifts to more cloud subscriptions, the partners need to adapt to selling more managed offerings as well. MSPs sell both data protection and endpoint security, and are often looked at as a trusted partner, thereby giving CARB the opportunity to sell both products through the same partners. CARB estimates it could generate $50 mil in revenue synergies over the next five years.

  Webroot has only been part of CARB for one full quarter, so no material updates as of yet. On the Q2 call, the company noted that it is still looking to build a combined product road map. Moreover, CARB is looking at the sales and marketing efforts and "go-to-market motion," to see how it can get leverage out of the different distribution channels and how to cross-sells and upsells. No top-line synergies are incorporated in management's 2019 guidance, though.

- ***Unified SaaS platform could drive cross-sell opportunities:*** Over the past five years, the company has made a number of acquisitions to build out a suite of products focused on SMBs. CARB is in the process of integrating these point solutions into a unified platform. The current number of products per customer is ~1.1, so there is a meaningful cross-sell opportunity to after the integration has been completed.

  Remains the same.

- ***Excellent margins with room for improvement:*** EBITDA margins were 26.0% in 2018 and are expected to be ~27% in 2019. Beyond that, margins should continue to improve as the company gets further benefits from 1) the Mozy migration, 2) synergies from the Webroot acquisition (estimated to be ~$20 mil over the next three years) and 3) as CARB gets additional scale.

  EBITDA margins are now expected to be ~28% in 2019 up from previous guidance of ~27%. Q2 EBITDA margins were 29.0%

- ***Diverse customer base:*** No customer has accounted for >10% of revenue in any of the past three years.

  Remains the same.

BERNZOTT-00000008

- **_Reasonable capital intensity:_** Capex was ~4.4% of revenue in 2018 and is expected to be 4.0% of revenue in 2019 (and going forward).

  YTD capex was $6.0 mil, which is 2.8% of revenue.

- **_Modest share authorization in place:_** The company has repurchased $41 mil in stock over the past three years. In Nov. 2018, the Board authorized a $50 mil buyback. As of March 31, 2018, ~$28.5 mil remained available under CARB's share repurchase program. However, share repurchases are likely on hold for the foreseeable future as the company focuses on paying down debt.

  Remains the same. Despite the beaten down stock, share repurchases remain unlikely as the company focuses on debt paydown.

- **_Experienced management team with solid ownership:_** The current CEO (48) has been at the company since December 2014 and owns ~$8 mil of stock. The CFO (46) has been at the company since Jan. 2013 and owns ~$3 mil in stock. Other key executives and Board members collectively own 4.0% of the stock worth ~$30 mil.

  In conjunction with Q2 results, CARB announced that the CEO, Mohamad Ali was stepping down to become the CEO of International Data Group ("IDG"), a technology media, events and research company.

  CARB's Chairman of the Board, Stephen Munford (53), will assume the role of Interim CEO until a permanent replacement is found. Stephen has been on the Board since 2014 and served as the Chairman since 2016. His previous experience includes CEO of Sophos from 2005-2012 (a competitor of Webroot), where he tripled the size of the company during his tenure there.

  The departure of Mohamad was surprising news. The investment team had a favorable impression of Mohamad after meeting with him in Boston in March 2019. Through a series of acquisitions, he had successfully transformed the company from a single product, consumer-based company into a SMB-focused backup, recovery, and data protection business.

  CARB's transformation is largely complete and going forward, the company needs to focus on product integration, sales execution, and cross-selling. The CEO search/transition may turn out to be timely as a new CEO can be brought in who has expertise as an operator, as opposed to M&A dealmaker (the latter of which was Mohamad's expertise).

  During Q2, CARB hired Craig Stilwell to the newly created role of Chief Revenue Officer. Craig has two decades of experience building and leading high-performing teams in channel sales and marketing roles at Citrix. He has experience integrating >40 companies during his time at Citrix. Craig is going to be focused on the integration of the two businesses and identifying

BERNZOTT-00000009

and building plans to drive sales and marketing efficiencies, along with top-line synergies. He will also be spending a lot of time in the data protection business and understanding the issues around pipeline conversion.

Also during Q2, Charlie Tomeo was promoted from the Webroot channel leader (>14 years at Webroot), to lead all channel-focused initiatives for the combined company.

- **Sufficient trading liquidity:** The stock trades ~$12 mil in average daily volume.

  Average daily trading volume is currently ~$10 mil (largely due to a lower stock price).

- **Attractive valuation:**  Stock -14% since the Webroot acquisition was announced four months ago and -36% in the last year.  Currently trading at 15.0X EV/FCF based on 2020E.

  Based on 2020E, currently trades at 7.4X P/E and 12.1X EV/FCF.

**Risks/Concerns**

- **Elevated leverage:** CARB's net debt/EBITDA is slightly elevated at 4.3X due to the acquisition of Webroot in March 2019.  The company has publicly stated that it is targeting net leverage <2X by early 2021.  When we asked the CEO about the company's priority use of free cash flow he told us, "de-lever, de-lever, de-lever."

  Net debt / EBITDA is at 4.2X based on 2019E (however that assumes only three quarters contribution from Webroot).  The de-leveraging plan is on track.  In the Q2 earnings release, the company noted, "During the quarter we executed on our previously stated plans and made approximately $55 million in accelerated principal payments on our outstanding term loan; we remain committed to leveraging our strong and growing free cash flow to aggressively pay down outstanding debt."

- **On-premise business is in decline:** The company has ~$40 mil in legacy on-premise business (~8% of pro forma revenue) that is declining ~10% per year.  If this business deteriorates more rapidly than expected or if customers do not switch to CARB's cloud-based offerings, the company's financial results could be negatively impacted.

  Remains the same.

- **Disruption in service:** The company's brand, reputation, and ability to attract, retain and serve customers are dependent upon the reliable performance of CARB's websites, network infrastructure and payment systems, and customers' ability to readily access their stored files.  Any significant disruption in service could damage CARB's reputation and result in a loss of customers, which would harm the business, financial condition, and operating results.

BERNZOTT-00000010

No meaningful change.

- **_Limited information on competitors:_** CARB's industry is very fragmented. CARB's most direct competitors are either private (e.g., Barracuda, Acronis, and Datto) and/or are much larger enterprises where backup/recovery/endpoint security are only a small portion of the competitor's business. Except for commentary from LOGM's management, limited public information is available, which could make it difficult to track competitive intensity now and/or in the future.

  Remains the same. On the Q2 earnings call, the interim CEO stated, "Can't point to 1 or 2 competitors that have really changed in their offering or what they're doing that's been the cause of being disruptive. We just don't see that in the data."

- **_Acquisition integration:_** CARB acquired Mozy in March 2018 and Webroot in March 2019 and is still in the process of integrating both companies. The integrations may prove to be difficult and/or could result in a disproportionate amount of time and attention of management and financial resources. Any difficulties or problems encountered in the integrations could have an adverse effect on CARB's business and financial results.

  The Mozy integration is actually ahead of plan with >100,000 subscribers having been migrated to the Carbonite platform. While it is still early, Webroot has been performing very well and management continues to believe that business is still on track to hit the revenue targets that were initially laid out in Feb. 2019.

- **_Potential for increased competition:_** CARB's solutions are aimed at SMBs and lower mid-market companies, an area that has historically been highly fragmented. Moreover, customers can be price sensitive and technology changes occur over time. The industry could see consolidation and/or competitors may increase their focus on CARB's target market in the future.

  Remains the same.

- **_M&A:_** The company has made a number of acquisitions in the past five years and may continue to acquire businesses in the future. There is no assurance that CARB will be able to identify and complete suitable acquisitions. Additionally, acquired businesses may not perform in accordance with expectations. Business judgments concerning the value, strengths/weaknesses of acquired businesses could prove to be incorrect. However, management told us that it does not plan to do meaningful M&A in the short-term (12-24 months).

  M&A continues to be unlikely for some time. On the Q2 earnings call, Interim CEO/Chairman stated, "we're really at capacity executing on the Webroot acquisition and the other activity we've done over the last two years...Our priority right now is dealing with what we have now...as well as paying down debt."

BERNZOTT-00000011

- ***Slightly elevated short interest:*** As of June 10, 2018, short interest was 13.7% (compares to an average and median short interest for our portfolio names of 4.2% and 3.0%, respectively).

  Short interest declined modestly to 12.8% as of July 23, 2019

- ***No dividend:*** While the company generates a significant amount of cash flow, CARB plans to continue to invest in growth initiatives and has no intention to initiate a dividend for the foreseeable future.

  Remains the same.

- <u>*NEW RISK: Operational and sales execution*</u>

  The reduction in full year 2019 revenue guidance brought to light some internal issues that were not previously detectable, in our estimation.  The company had quality issues with its virtual server backup product (it is no longer being sold until those issues are fixed) as well as sales execution issues.

### Valuation

- ***Free Cash Flow (FCF):*** CARB trades at 15.0X 2020E EV/FCF

- ***Discounted Cash Flow (DCF):*** I used a multi-stage model and calculated Free Cash Flow to the Firm (FCFF) from 2019 to 2028.  I project that 2019 revenue will increase by 65%, largely due to the Webroot acquisition.  Revenue is expected to increase 18% in 2019, when CARB will get three months of carryover revenue from the Webroot acquisition.  Revenue is then expected to grow at 8% per year before tapering off to a long-term growth rate of 3.0%, which compares to the company's long-term financial goal of 6% - 12% revenue growth.  I project that adjusted EBITDA margins will increase from 26.0% in 2018 to 27.0% in 2019 (management guidance is 26.9% - 27.1%), expand to 28.0% next year, and then remain flat thereafter.  I assumed that capex is in-line with historical levels and will fully offset D&A by 2025.  A WACC of 10.0% was used, compared to an actual WACC of 9.3% and a peer group-based WACC of 9.7%.  Incorporating these factors, I calculated the following prices:

  - Trigger Price:    $27.00 at 30% discount to fair value (current price $24.88)
  - Fair Value:      $38.00

The updated DCF model has the following key changes in its assumptions:

1) Organic revenue CAGR from 2021-2028:  3.4% (previously 5.1%)

BERNZOTT-00000012

- This was calculated doing a detailed, bottom-up forecast that looked at both core Carbonite's growth and Webroot's growth:
  - Core Carbonite
    - $296 mil in revenue in 2019 (already reported $154 mil in revenue 1H 2019) vs. $302 mil in 2018.
    - $285 mil in revenue in 2020 (~5% additional decline)
    - Recovers to 3.5% long-term growth by 2024
    - Collectively, assumes the Core Carbonite business grows at a 1.8% CAGR from 2019-2028
  - Webroot
    - Business Segment
      - 20.0% revenue growth (44% of Webroot total) in 2019
      - Growth tapers down to 3.5% terminal rate over time
      - Implies 8.4% CAGR over from 2019-2028
    - Consumer Segment
      - 2.0% revenue growth (56% of Webroot total) in 2019 and thereafter
    - Collectively, implies that Webroot will grow at 5.0% CAGR from 2019-2028

2) EBITDA Margins: 29.0% (previously 28.0%)
   - While CARB lowered its 2019 full year revenue guidance after reporting Q2 earnings, the company maintained its EBITDA outlook, which now implies ~28% margins, up from its previous estimate of ~27%. CARB is realizing cost savings from the Webroot acquisition sooner than expected and is also getting operating leverage as it focuses on its most valuable assets and deemphasizes investments in legacy products. Additionally, the Mozy integration is ahead of plan and should generate cost savings once the company transitions all of those users (estimated to be done by early 2020). The DCF model assumes 27.5% EBITDA margins in 2019 with 50bps of expansion over each of the next three years.

**Conclusion:**

CARB remains a quality company with the attributes we seek – solid market position, meaningful recurring revenue with good retention rates, very high margins, and low capex intensity.

The company has two internally created issues, which we believe are fixable and are being addressed. 1) ~1/3 of the 2019 revenue guidance cut (~$6 mil) is related to product quality issues with the virtual server backup product. The company admits that the problem should have been identified earlier, but the product is no longer being sold; CARB may reintroduce the product in the future, however either way, no additional revenue is incorporated in 2019 guidance. 2) Close rates for internal salespeople have been weaker than expected in the past two quarters. CARB

BERNZOTT-00000013

is modifying compensation plans and quotas, realigning territories, providing sales enablement training, and making additional tactical changes.  Moreover, in June 2019, CARB hired Craig Stilwell as Chief Revenue Officer (CRO), who will lead those efforts.  We believe that these aforementioned items are internal issues rather than competitive issues as the company's channel partners are still performing very well and retention rates/churn remains unchanged. Meanwhile, Webroot performance remains on track, as does the Mozy integration.  Given that this is a subscription business, there is a new CRO, and the company is looking for a new CEO, it will take some time for the improvements to materialize in the financial statements.  There are no near-term catalysts, and we will need to be patient as management addresses its sales execution issues.

The long-term opportunity remains very attractive and given our time horizon we should take advantage of the stock price dislocation and add to our position with the stock today trading an ~50% discount to revised fair value.  If we do not see the expected improvement in the company's go-to-market efforts or if additional reasons to be concerned surface (i.e., change in the competitive environment), that would be grounds for selling the stock.  I do not believe that we are at that point.

BERNZOTT-00000014