# EXHIBIT 111

*Bernzott's portfolio appraisal for the Trust [BERNZOTT-00000021]*

EXHIBIT

tabbies

ROSS-14



# Bernzott Capital Advisors
## PORTFOLIO APPRAISAL
### Construction Industry Laborers Joint Pension Trust
### U.S. Small Cap Value
### Principal Financial Group
September 30, 2019

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct. Assets | Cur. Yield |
|---|---|---|---|---|---|---|---|
| **COMMON STOCKS** | | | | | | | |
| 16,550 | Artisan Partners | 39.62 | 655,678.19 | 28.24 | 467,372.00 | 2.7 | 9.6 |
| 15,625 | Bottomline Tech | 31.76 | 496,203.01 | 39.35 | 614,843.75 | 3.5 | 0.0 |
| 32,375 | BrightView | 14.31 | 463,305.89 | 17.15 | 555,231.25 | 3.2 | 0.0 |
| 25,525 | Callaway Golf | 9.50 | 242,484.82 | 19.41 | 495,440.25 | 2.8 | 0.0 |
| 20,875 | Carbonite | 21.30 | 444,736.10 | 15.49 | 323,353.75 | 1.9 | 0.0 |
| 16,725 | Catalent | 23.71 | 396,609.36 | 47.66 | 797,113.50 | 4.6 | 0.0 |
| 18,000 | Cinemark | 31.04 | 558,636.47 | 38.64 | 695,520.00 | 4.0 | 3.7 |
| 13,675 | Compass Minerals | 66.78 | 913,199.76 | 56.49 | 772,500.75 | 4.4 | 5.1 |
| 11,850 | Cornerstone OnDemand | 42.77 | 506,808.41 | 54.82 | 649,617.00 | 3.7 | 0.0 |
| 18,750 | Douglas Dynamics | 22.47 | 421,306.77 | 44.57 | 835,687.50 | 4.8 | 2.5 |
| 4,375 | EPAM Systems | 76.52 | 334,779.03 | 182.32 | 797,650.00 | 4.6 | 0.0 |
| 10,925 | ExlService | 57.55 | 628,771.94 | 66.96 | 731,538.00 | 4.2 | 0.0 |
| 28,125 | Gentex | 13.80 | 388,127.87 | 27.54 | 774,421.88 | 4.5 | 1.7 |
| 17,275 | Hillenbrand | 22.36 | 386,337.41 | 30.88 | 533,452.00 | 3.1 | 2.8 |
| 30,225 | Inovalon | 12.33 | 372,700.68 | 16.39 | 495,387.75 | 2.8 | 0.0 |
| 38,550 | Knowles | 17.58 | 677,591.63 | 20.34 | 784,107.00 | 4.5 | 0.0 |
| 9,700 | LogMeIn | 82.96 | 804,723.90 | 70.96 | 688,312.00 | 4.0 | 1.8 |
| 4,025 | Medpace | 31.58 | 127,114.01 | 84.04 | 338,261.00 | 1.9 | 0.0 |
| 51,000 | Michaels | 17.46 | 890,695.22 | 9.79 | 499,290.00 | 2.9 | 0.0 |
| 41,000 | Mistras | 17.66 | 724,108.79 | 16.40 | 672,400.00 | 3.9 | 0.0 |
| 17,200 | Mobile Mini | 32.49 | 558,760.11 | 36.86 | 633,992.00 | 3.6 | 3.3 |
| 30,450 | O-I Glass | 22.05 | 671,417.88 | 10.27 | 312,721.50 | 1.8 | 1.9 |
| 27,000 | PlayAGS | 17.06 | 460,638.73 | 10.28 | 277,560.00 | 1.6 | 0.0 |
| 61,350 | Quotient Technology | 13.52 | 829,288.49 | 7.82 | 479,757.00 | 2.8 | 0.0 |
| 20,375 | Shutterstock | 37.10 | 755,833.57 | 36.12 | 735,945.00 | 4.2 | 0.0 |
| 20,425 | SP Plus | 24.19 | 494,067.43 | 37.00 | 755,725.00 | 4.3 | 0.0 |
| 8,050 | Stericycle | 37.84 | 304,597.51 | 50.93 | 409,986.50 | 2.4 | 0.0 |
| 11,725 | Verint Systems | 41.26 | 483,757.81 | 42.78 | 501,595.50 | 2.9 | 0.0 |
| | | | 14,992,280.78 | | 16,628,781.88 | 95.6 | 1.2 |
| **CASH & EQUIVALENTS** | | | | | | | |
| | Wells Fargo Cash | | 771,127.91 | | 771,127.91 | 4.4 | 0.0 |
| | | | 771,127.91 | | 771,127.91 | 4.4 | 0.0 |
| **TOTAL PORTFOLIO** | | | **15,763,408.69** | | **17,399,909.79** | **100.0** | **1.1** |

**Bernzott Capital Advisors urges all clients to compare information reported on our quarter end appraisal report with the account statement received directly from your custodian.**

BERNZOTT-00000021