# EXHIBIT 112

*Bernzott's Form 13F
as of 9/30/2019*

SEC FORM 13F-HR

> The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
> The reader should not assume that the information is accurate and complete.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
## FORM 13F

### FORM 13F COVER PAGE

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0006 |
| Expires: | Oct 31, 2018 |
| Estimated average burden hours per response: | 23.8 |

Report for the Calendar Year or Quarter Ended: 09-30-2019

Check here if Amendment ☐ Amendment Number:

This Amendment (Check only one.): ☐ is a restatement.

☐ adds new holdings entries.

**EXHIBIT**

tabbies°  ROSS - 13

**Institutional Investment Manager Filing this Report:**

Name:       BERNZOTT CAPITAL ADVISORS

Address:    888 WEST VENTURA BLVD. SUITE B

CAMARILLO, CA  93010-8383

Form 13F File Number:    028-10523

**The institutional investment manager filing this report and the person by whom it is signed hereby represent that the person signing the report is authorized to submit it, that all information contained herein is true, correct and complete, and that it is understood that all required items, statements, schedules, lists, and tables, are considered integral parts of this form.**

Person Signing this Report on Behalf of Reporting Manager:

Name:       Hans Walsh

Title:      COO/CCO

Phone:      805-389-9445

**Signature, Place, and Date of Signing:**

| Hans Walsh | Camarillo, CA | 11-12-2019 |
| --- | --- | --- |
| [Signature] | [City, State] | [Date] |

**Report Type (Check only one.):**

[X] 13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager are reported in this report.)

☐ 13F NOTICE. (Check here if no holdings reported are in this report, and all holdings are reported by other reporting manager(s).)

☐ 13F COMBINATION REPORT. (Check here if a portion of the holdings for this reporting manager are reported in this report and a portion are reported by other reporting manager(s).)

SEC FORM 13F-HR

## Form 13F Summary Page

**Report Summary:**

| | |
|---|---|
| Number of Other Included Managers: | 0 |
| Form 13F Information Table Entry Total: | 43 |
| Form 13F Information Table Value Total: | 835,408 |
| | (thousands) |

**List of Other Included Managers:**

Provide a numbered list of the name(s) and Form 13F file number(s) of all institutional investment managers with respect to which this report is filed, other than the manager filing this report.

[If there are no entries in this list, state "NONE" and omit the column headings and list entries.]

NONE

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549
## FORM 13F

## FORM 13F INFORMATION TABLE

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0006 |
| Expires: | Oct 31, 2018 |
| Estimated average burden hours per response: | 23.8 |

| COLUMN 1 | COLUMN 2 | COLUMN 3 | COLUMN 4 | COLUMN 5 | | | COLUMN 6 | COLUMN 7 | COLUMN 8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | VALUE | SHRS OR | SH/ | PUT/ | INVESTMENT | OTHER | VOTING AUTHORITY | | |
| NAME OF ISSUER | TITLE OF CLASS | CUSIP | (x$1000) | PRN AMT | PRN | CALL | DISCRETION | MANAGER | SOLE | SHARED | NONE |
| Alphatec | COM | 02081G201 | 85 | 17,000 | SH | | SOLE | | 17,000 | 0 | 0 |
| Artisan Partners | COM | 04316A108 | 23,792 | 842,482 | SH | | SOLE | | 821,782 | 0 | 20,700 |
| Bottomline Tech | COM | 101388106 | 29,692 | 754,557 | SH | | SOLE | | 735,232 | 0 | 19,325 |
| BrightView | COM | 10948C107 | 26,762 | 1,560,464 | SH | | SOLE | | 1,520,789 | 0 | 39,675 |
| Callaway Golf | COM | 131193104 | 20,219 | 1,041,662 | SH | | SOLE | | 1,011,787 | 0 | 29,875 |
| Carbonite | COM | 141337105 | 16,018 | 1,034,115 | SH | | SOLE | | 1,007,690 | 0 | 26,425 |
| Catalent | COM | 148806102 | 35,147 | 737,458 | SH | | SOLE | | 717,633 | 0 | 19,825 |
| Cinemark | COM | 17243v102 | 28,069 | 726,427 | SH | | SOLE | | 706,127 | 0 | 20,300 |
| Cisco | COM | 17275r102 | 14,745 | 298,428 | SH | | SOLE | | 294,428 | 0 | 4,000 |
| Compass Minerals | COM | 20451n101 | 34,884 | 617,532 | SH | | SOLE | | 602,307 | 0 | 15,225 |
| Cornerstone OnDemand | COM | 21925Y103 | 22,258 | 406,011 | SH | | SOLE | | 394,161 | 0 | 11,850 |
| Douglas Dynamics | COM | 25960R105 | 38,233 | 857,813 | SH | | SOLE | | 835,263 | 0 | 22,550 |
| EPAM Systems | COM | 29414b104 | 27,937 | 153,233 | SH | | SOLE | | 148,858 | 0 | 4,375 |
| ExlService | COM | 302081104 | 30,260 | 451,916 | SH | | SOLE | | 439,591 | 0 | 12,325 |
| Gentex | COM | 371901109 | 32,803 | 1,191,322 | SH | | SOLE | | 1,158,197 | 0 | 33,125 |
| Hillenbrand | COM | 431571108 | 25,454 | 824,278 | SH | | SOLE | | 803,253 | 0 | 21,025 |
| Inovalon | COM | 45781D101 | 23,361 | 1,425,322 | SH | | SOLE | | 1,388,497 | 0 | 36,825 |
| Intel | COM | 458140100 | 11,934 | 231,585 | SH | | SOLE | | 228,685 | 0 | 2,900 |
| Johnson & Johnson | COM | 478160104 | 9,979 | 77,132 | SH | | SOLE | | 76,132 | 0 | 1,000 |

SEC FORM 13-F Information Table

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Knowles | COM | 49926D109 | 35,277 | 1,734,364 | SH | SOLE | 1,689,814 | 0 | 44,550 |
| LogMeIn | COM | 54142L109 | 28,503 | 401,679 | SH | SOLE | 390,829 | 0 | 10,850 |
| Medpace | COM | 58506Q109 | 19,514 | 232,197 | SH | SOLE | 226,572 | 0 | 5,625 |
| Michaels | COM | 59408Q106 | 20,303 | 2,073,823 | SH | SOLE | 2,018,273 | 0 | 55,550 |
| Microsoft | COM | 594918104 | 16,500 | 118,678 | SH | SOLE | 116,928 | 0 | 1,750 |
| Mistras | COM | 60649t107 | 32,369 | 1,973,699 | SH | SOLE | 1,924,399 | 0 | 49,300 |
| Mobile Mini | COM | 60740f105 | 26,547 | 720,203 | SH | SOLE | 701,253 | 0 | 18,950 |
| Oracle | COM | 68389x105 | 9,309 | 169,164 | SH | SOLE | 169,164 | 0 | 0 |
| Owens-Illinois | COM | 690768403 | 14,422 | 1,404,290 | SH | SOLE | 1,367,040 | 0 | 37,250 |
| Pepsico | COM | 713448108 | 8,323 | 60,705 | SH | SOLE | 60,005 | 0 | 700 |
| Philip Morris | COM | 718172109 | 6,835 | 90,012 | SH | SOLE | 89,462 | 0 | 550 |
| PlayAGS | COM | 72814N104 | 11,921 | 1,159,640 | SH | SOLE | 1,128,240 | 0 | 31,400 |
| Quotient Technology | COM | 749119103 | 19,942 | 2,550,075 | SH | SOLE | 2,481,525 | 0 | 68,550 |
| Shutterstock | COM | 825690100 | 32,803 | 908,162 | SH | SOLE | 884,437 | 0 | 23,725 |
| SP Plus | COM | 78469c103 | 31,942 | 863,301 | SH | SOLE | 839,726 | 0 | 23,575 |
| Stericycle | COM | 858912108 | 21,096 | 414,213 | SH | SOLE | 403,913 | 0 | 10,300 |
| Thermo Fisher Scientific | COM | 883556102 | 8,505 | 29,199 | SH | SOLE | 28,699 | 0 | 500 |
| Verint Systems | COM | 92343x100 | 21,660 | 506,308 | SH | SOLE | 492,933 | 0 | 13,375 |
| Verizon | COM | 92343v104 | 8,320 | 137,832 | SH | SOLE | 136,532 | 0 | 1,300 |
| Zimmer Biomet | COM | 98956P102 | 4,290 | 31,255 | SH | SOLE | 30,975 | 0 | 280 |
| iShares LQD | ETF | 464287242 | 250 | 1,960 | SH | SOLE | 1,960 | 0 | 0 |
| Vanguard BND | ETF | 921937835 | 2,925 | 34,650 | SH | SOLE | 34,650 | 0 | 0 |
| Vanguard VEU | ETF | 922042775 | 1,704 | 34,150 | SH | SOLE | 34,150 | 0 | 0 |
| Vanguard VOO | ETF | 922908363 | 518 | 1,900 | SH | SOLE | 1,900 | 0 | 0 |