UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RUBEN A. LUNA, individually and on behalf of :
all others similarly situated,

:

          Plaintiff,                Civil Action

        v.                   :    No. 19-11662-LTS
                                 (Consolidated)

CARBONITE, INC., MOHAMAD S. ALI and  :
ANTHONY FOLGER,

:

          Defendants.

:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TRANSMITTAL DECLARATION OF NIGEL TAMTON, ESQ.**
**IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
**(CONFIDENTIAL DISCOVERY DOCUMENTS)**

I, NIGEL TAMTON, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.      I am a member of the bar of the Commonwealth of Massachusetts and of this Court and an associate with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants in the above-captioned action.

2.      I make this declaration in support of Defendants' Motion For Summary Judgment filed herewith, and for the purpose of transmitting to the Court true and correct copies of the following confidential discovery documents attached as Exhibits to this Declaration:

| Exhibit | Description | Date | Production Nos. |
| --- | --- | --- | --- |
| 116. | PowerPoint presentation titled "Product & Engineering: April 2018 Board Meeting | 4/2018 | CARB-00439895 |
| 117. | Electronic mail message from Mohamad Ali | 5/24/2018 | CARB-00005667 |
| 118. | Electronic mail message from Anthony Folger | 6/25/2018 | CARB-00012000 |
| 119. | Electronic mail message from Scott Haines | 8/08/2018 | CARB-00045428 |

| Exhibit | Description | Date | Production Nos. |
|---|---|---|---|
| 120. | Electronic mail message from Rob Beeler | 8/15/2018 | CARB-00412165 |
| 121. | Electronic mail message from Deepak Mohan | 8/21/2018 | CARB-00045131 |
| 122. | Electronic mail message from Mingyan Qu | 8/29/2018 | CARB-00003205 |
| 123. | Electronic mail message from CVM and CDP – Engineering & Ops distribution list | 9/13/2018 | CARB-00039955 |
| 124. | Electronic mail message from Christopher Dukich | 9/16/2018 | CARB-00003325 |
| 125. | Electronic mail message from Deepak Mohan | 10/22/2018 | CARB-00180108 |
| 126. | Electronic mail message from Jamie Zajac | 11/27/2018 | CARB-00174107 |
| 127. | Electronic mail message from Christopher Dukich | 12/18/2018 | CARB-00230512 |
| 128. | Electronic mail message from Program Management distribution list | 1/24/2019 | CARB-00365957 |
| 129. | Electronic mail message communications between Daniel Pasto, Mingyan Qu, Rob Beeler, and Larry Vaught | 2/07/2019 | CARB-00077505 |
| 130. | Electronic mail message communications between Ryan Ross, Jerry Sisitsky, and Mohamad Ali | 3/04/2019- 8/22/2019 | CARB-00186698 |
| 131. | Electronic mail message communications between Rob Beeler and Chris Petersen | 3/31/2019- 4/02/2019 | CARB-00030109 |
| 132. | Electronic mail message communications between Rob Beeler and Chris Petersen | 4/02/2019- 4/03/2019 | CARB-00029981 |
| 133. | Electronic mail message from Larry Vaught | 7/02/2019 | CARB-00311427 |

***Deposition Transcripts, Declarations, and Expert Reports***

| Exhibit | Description | Date | Production Nos. |
|---|---|---|---|
| 134. | Transcript of Deposition of Ryan Ross | 10/26/2022 | -- |
| 135. | Transcript of Deposition of Former Carbonite Employee Not Identified By Name In Trust's Amended Complaint | 12/16/2022 | -- |
| 136. | Transcript of Deposition of Paul Mellinger | 1/10/2023 | -- |

| Exhibit | Description | Date | Production Nos. |
|---------|-------------|------|-----------------|
| 137. | Transcript of Deposition of Robert Beeler | 1/12/2023 | -- |
| 138. | Transcript of Deposition of Padmanabhan Sreenivasan | 1/19/2023 | -- |
| 139. | Transcript of Deposition of Deepak Mohan | 2/01/2023 | -- |
| 140. | Transcript of Deposition of Mohamad Ali | 2/06/2023 | -- |
| 141. | Transcript of Deposition of Anthony Folger | 2/09/2023 | -- |
| 142. | Expert Report of Bjorn I. Steinholt | 2/17/2023 | -- |
| 143. | Expert Rebuttal Report of Bjorn I. Steinholt | 3/17/2023 | -- |
| 144. | Declaration of Stephen Munford | 4/10/2023 | -- |
| 145. | Transcript of Deposition of Ronald Schnell | 4/25/2023 | -- |
| 146. | Transcript of Deposition of Bjorn Steinholt | 5/08/2023 | -- |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Boston, Massachusetts on June 2, 2023.

*/s/ Nigel Tamton*
Nigel Tamton (BBO# 696396)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
nigel.tamton@skadden.com

*Counsel for Defendants Carbonite, Inc., Mohamad S. Ali, and Anthony Folger*

3