UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUBEN A. LUNA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARBONITE, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. 1:19-cv-11662-LTS
**(Consolidated)**

CLASS ACTION

Leave To File Under Seal Granted
On August 3, 2023 (Doc. No. 151)

**DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, DAVID A. ROSENFELD, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of New York, and I am admitted *pro hac vice* to appear before this Court in this action.  I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff Construction Industry and Laborers' Joint Pension Trust ("Lead Plaintiff") in the above-entitled action.  I respectfully submit this Declaration in support of Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

2.    Attached are true and correct copies of the following exhibits:

| Exhibit | Description | Date | Bates Nos. |
|---|---|---|---|
| 1. | ████████████████████ | 07/07/2017 | CARB-00314467 - 314542 |
| 2. | ████████████████ | 04/03/2018 | CARB-00305775 - 305776 |

| Exhibit | Description | Date | Bates Nos. |
|---|---|---|---|
| 3. | ███ | 04/05/2018 | CARB-00353575 - 353597 |
| 4. | ███ | 04/26/2018 – 05/08/2018 | CARB-00073473 - 73475 |
| 5. | ███ | 05/01/2018 | CARB-00057315 - 57316 |
| 6. | ███ | 05/03/2018 – 05/14/2018 | CARB-00057160 - 57162 |
| 7. | ███ | 05/10/2018 – 05/11/2018 | CARB-00057187 - 57188 |
| 8. | ███ | 05/013/2018 – 05/15/2018 | CARB-00321807 - 321809 |
| 9. | ███ | 05/17/2018 – 05/18/2018 | CARB-00057036 - 57049 |
| 10. | ███ | 05/18, 2018 05/21/2018 | CARB-00056849 - 56852 |
| 11. | ███ | 05/24/2018 | CARB-00008928 - 8929 |
| 12. | ███ | 05/24/2018 | CARB-00001970 – 1971 |
| 13. | ███ | 05/24/2018 | CARB-00056842 - 56844 |
| 14. | ███ | 05/24/2018 | CARB-00005560 - 5561 |
| 15. | ███ | 05/24/2018 | CARB-00364924 |
| 16. | ███ | 06/14/2018 | CARB-00132300 |
| 17. | ███ | 06/19/2018 | CARB-00345567 - 345585 |
| 18. | ███ | 06/21/2018 | CARB-00131739 |
| 19. | ███ | 06/22/2018 | CARB-00005481 - 5487 |
| 20. | ███ | 06/26/2018 | CARB-00001908 |
| 21. | ███ | 06/26/2018 06/27/2018 | CARB-00129738 - 129739 |
| 22. | ███ | 06/27/2018 | CARB-00052509 - 52513 |

| Exhibit | Description | Date | Bates Nos. |
|---|---|---|---|
| 23. | ████████████████ | 07/06/2018 | CARB-00052135 - 52169 |
| 24. | ████████████████ | 07/06/2018 – 07/15/2018 | CARB-00051700 - 51707 |
| 25. | ████████████████ | 07/17/2018 – 07/24/2018 | CARB-00002423 - 2424 |
| 26. | ████████████████ | 07/20/2018 | CARB-00441917 - 441954 |
| 27. | ████████████████ | 07/20/2018 – 07/24/2018 | CARB-00321708 - 321713 |
| 28. | ████████████████ | 07/20/2018 | CARB-00338470 - 338471 |
| 29. | ████████████████ | 07/25/2018 | CARB-00255763 - 255770 |
| 30. | ████████████████ | 07/25/2018 – 07/26/2018 | CARB-00051109 - 51111 |
| 31. | ████████████████ | 07/25/2018 | CARB-00255762 |
| 32. | ████████████████ | 07/26/2018 | CARB-00434580 – 434581 |
| 33. | ████████████████ | 2018/07/26/ | CARB-00434582 - 434594 |
| 34. | ████████████████ | 07/30/2018 | CARB-00339583 - 339588 |
| 35. | ████████████████ | August 2018 | CARB-00179823 |
| 36. | ████████████████ | 08/03/2018 | CARB-00330649 - 330651 |
| 37. | ████████████████ | 08/07/2018 | CARB-00179821 - 179822 |
| 38. | ████████████████ | 08/09/2018 | CARB-00113437 |
| 39. | ████████████████ | 08/13/2018 | CARB-00045344 - 45446 |
| 40. | ████████████████ | 08/13/2018 – 08/15/2018 | CARB-00357397 - 357403 |

| Exhibit | Description | Date | Bates Nos. |
|---|---|---|---|
| 41. | | 08/14/2018 – 08/16/2018 | CARB-00314450 - 314453 |
| 42. | | 08/14/2018 | CARB-00100014 |
| 43. | | 08/15/2018 | CARB-00286438 - 286439 |
| 44. | | 08/17/2018 – 08/21/2018 | CARB-00045104 - 45116 |
| 45. | | 08/17/2018 – 08/22/2018 | CARB-00044828 - 44839 |
| 46. | | 08/17/2018 – 08/20/2018 | CARB-00044972 - 44983 |
| 47. | | 08/20/2018 | CARB-00330223 - 330232 |
| 48. | | 08/21/2018 | CARB-00045047 - 45049 |
| 49. | | 08/22/2018 | CARB-00098842 |
| 50. | | 08/27/2018 | CARB-00066034 - 66035 |
| 51. | | 08/29/2018 - 09/07/2018 | CARB-00448077 – 448088 |
| 52. | | 08/31/2018 | CARB-00068708 |
| 53. | | 08/31/2018 | CARB-00068705 - 68706 |
| 54. | | 09/07/2018 | CARB-00448089 – 448116 |
| 55. | | 09/10/2018 | CARB-00269469 – 269472 |
| 56. | | 09/10/2018 09/11/2018 | CARB-00008060 - 8065 |
| 57. | | 09/10/2018 | CARB-00012757 - 12759 |
| 58. | | 09/10/2018 | CARB-00192666 |

| Exhibit | Description | Date | Bates Nos. |
|---|---|---|---|
| 59. | | 09/11/2018 – 09/12/2018 | CARB-00065923 - 65925 |
| 60. | | 09/12/2018 | CARB-00095833 |
| 61. | | 09/12/2018 | CARB-00095828 |
| 62. | | 09/17/2018 | CARB-00003170 - 3171 |
| 63. | | 09/17/2018 | CARB-00291033 |
| 64. | | 09/17/2018 | CARB-00291096 |
| 65. | | 09/17/2018 | CARB-00420759 |
| 66. | | 09/17/2018 | CARB-00413160 |
| 67. | | 09/17/2018 | CARB-00370408 |
| 68. | | 09/17/2018 | CARB-00095465 |
| 69. | | 09/20/2018 – 09/23/2018 | CARB-00044008 |
| 70. | | 09/20/2018 - 09/21/2018 | CARB-00043986 - 43987 |
| 71. | | 09/21/2018 | CARB-00009039 - 9040 |
| 72. | | 09/24/2018 – 12/06/2018 | CARB-00128490 - 128496 |
| 73. | | 09/24/2018 | CARB-00077693 - 77694 |
| 74. | | 09/26/2018 | CARB-00000004 |
| 75. | | 09/28/2018 | CARB-00402984 - 402986 |
| 76. | | 09/28/2018 – 10/05/2018 | CARB-00002934 - 2938 |
| 77. | | 09/28/2018 – 10/05/2018 | CARB-00006420 - 6424 |

| Exhibit | Description | Date | Bates Nos. |
|---|---|---|---|
| 78. | █████████████ | 09/28/2018 | CARB-00402987 - 403034 |
| 79. | █████████████ | 10/03/2018 | CARB-00291560 |
| 80. | █████████████ | 10/03/2018 | CARB-00310480 |
| 81. | █████████████ | 10/10/2018 | CARB-00430248 - 430249 |
| 82. | █████████████ | 10/11/2018 – 10/12/2018 | CARB-00007998 - 8000 |
| 83. | █████████████ | 10/14/2018 | CARB-00350532 - 350533 |
| 84. | █████████████ | 10/15/2018 – 10/17/2018 | CARB-00442552 - 2556 |
| 85. | █████████████ | 10/15/2018 | CARB-00383172 |
| 86. | █████████████ | 10/17/2018 | CARB-00175045 - 175047 |
| 87. | █████████████ | 10/17/2018 – 10/18/2018 | CARB-00044456 - 44458 |
| 88. | █████████████ | 10/17/2018 – 10/19/2018 | CARB-00093085 - 93086 |
| 89. | █████████████ | 10/17/2018 | CARB-00331500 |
| 90. | █████████████ | 10/18/2018 – 10/25/2018 – 10/26/2018 | CARB-00027720 - 27723 |
| 91. | █████████████ | 10/18/2018 – 10/19/2018 | CARB-00024660 - 24662 |
| 92. | █████████████ | 10/18/2018 | CARB-00326762 - 326767 |
| 93. | █████████████ | 10/18/2018 | CARB-00326391 |
| 94. | █████████████ | 10/19/2018 | CARB-00427232 |
| 95. | █████████████ | 10/21/2018 | CARB-00028005 |

| Exhibit | Description | Date | Bates Nos. |
|---|---|---|---|
| 96. | ███████████ | 10/22/2018 | CARB-00027900 - 27902 |
| 97. | ███████████ | 10/23/2018 | CARB-00068523 - 68538 |
| 98. | ███████████ | 10/23/2018 – 10/25/2018 | CARB-00011988 - 11989 |
| 99. | ███████████ | 10/23/2018 | CARB-00354216 - 354218 |
| 100. | ███████████ | 10/24/2018 | CARB-00376150 - 376152 |
| 101. | ███████████ | 10/25/2018 | CARB-00012687 - 12688 |
| 102. | ███████████ | 10/25/2018 | CARB-00092440 |
| 103. | ███████████ | 10/26/2018 | CARB-00027691 - 27692 |
| 104. | ███████████ | 10/26/2018 – 10/28/2018 | CARB-00010423 - 10425 |
| 105. | ███████████ | 10/30/2018 | CARB-00447667 - 447671 |
| 106. | ███████████ | 10/30/2018 | CARB-00027669 |
| 107. | ███████████ | 10/30/2018 | CARB-00109361 - 109362 |
| 108. | ███████████ | 10/30/2018 | CARB-00027648 - 27650 |
| 109. | ███████████ | 10/30/2018 | CARB-00313940 - 313941 |
| 110. | ███████████ | 10/31/2018 – 11/01/2018 | CARB-00004698 - 4699 |
| 111. | ███████████ | 10/31/2018 | CARB-00230780 |
| 112. | ███████████ | November 2018 | CARB-00238543 - 238554 |
| 113. | ███████████ | 11/02/2018 – 11/14/2018 | CARB-00378189 - 378192 |

| Exhibit | Description | Date | Bates Nos. |
|---|---|---|---|
| 114. | | 11/06/2018 – 11/22/2018 | CARB-00012689 - 12692 |
| 115. | | 11/06/2018 – 11/30/2018 | CARB-00006269 - 6273 |
| 116. | | 11/06/2018 – 12/07/2018 | CARB-00004660 - 4666 |
| 117. | | 11/08/2018 | CARB-00182584 - 182585 |
| 118. | | 11/09/2018 | CARB-00193643 |
| 119. | | 11/13/2018 – 12/10/2018 | CARB-00346806 - 346811 |
| 120. | | 11/13/2018 – 11/29/2018 | CARB-00320550 - 320553 |
| 121. | | 11/13/2018 | CARB-00193589 - 193590 |
| 122. | | 11/13/2018 – 11/14/2018 | CARB-00024828 - 24830 |
| 123. | | 11/14/2018 | CARB-00088317 |
| 124. | | 11/14/2018 | CARB-00088307 |
| 125. | | 11/21/2018 – 11/27/2018 | CARB-00368451 - 368452 |
| 126. | | 09/24/2018 – 11/23/2018 | CARB-00035298 - 35305 |
| 127. | | 11/26/2018 | CARB-00254707 - 254708 |
| 128. | | 11/26/2018 | CARB-00351391 |
| 129. | | 11/27/2018 – 12/06/2018 | CARB-00128481 - 128484 |
| 130. | | 11/28/2018 – 12/20/2018 | CARB-00034780 - 34788 |
| 131. | | 12/03/2018 | CARB-00077688 - 77689 |
| 132. | | 12/04/2018 | CARB-00230552 |

| Exhibit | Description | Date | Bates Nos. |
|---|---|---|---|
| 133. | ███████████████████ | 12/06/2018 | |
| 134. | ███████████████ | 12/10/2018 – 12/12/2018 | CARB-00390370 - 390374 |
| 135. | ███████████████ | 12/10/2018 | CARB-00068157 - 68158 |
| 136. | ███████████████ | 12/12/2018 | CARB-00084557 |
| 137. | ███████████████ | 12/12/2018 | CARB-00084593 |
| 138. | ███████████████ | 12/17/2018 | CARB-00254570 |
| 139. | ███████████████ | 12/18/2018 | CARB-00372249 - 372250 |
| 140. | ███████████████ | 12/18/2018 | CARB-00192307 - 192309 |
| 141. | ███████████████ | 12/18/2018 – 12/20/2018 | CARB-00426604 - 426607 |
| 142. | ███████████████ | 12/20/2018 – 01/02/2019 | CARB-00363560 - 363571 |
| 143. | ███████████████ | 12/31/2018 – 01/03/2019 | CARB-00001459 - 1461 |
| 144. | ███████████████ | 01/02/2019 | CARB-00039618 - 39619 |
| 145. | ███████████████ | 01/03/2019 – 01/04/2019 | CARB-00321649 - 321650 |
| 146. | ███████████████ | 01/08/2019 | CARB-00230135 |
| 147. | ███████████████ | 01/10/2019 | CARB-00254499 - 254500 |
| 148. | ███████████████ | 01/22/2019 | CARB-00180807 - 180852 |
| 149. | ███████████████ | 01/24/2019 | CARB-00192247 |
| 150. | ███████████████ | 01/25/2019 – 01/26/2019 | CARB-00039153 - 39154 |
| 151. | ███████████████ | 01/25/2019 – 01/29/2019 | CARB-00033932 - 33935 |

| Exhibit | Description | Date | Bates Nos. |
|---|---|---|---|
| 152. | ████████████ | 01/29/2019 | CARB-00039136 - 39137 |
| 153. | ████████████ | 01/29/2019 | CARB-00039123 - 39124 |
| 154. | ████████████ | 01/29/2019 – 02/27/2019 | CARB-00031744 - 31786 |
| 155. | ████████████ | 01/30/2019 | CARB-00077684 - 77685 |
| 156. | ████████████ | 01/30/2019 | CARB-00077690 |
| 157. | ████████████ | 02/01/2019 | CARB-00004477 - 4507 |
| 158. | ████████████ | 02/04/2019 | CARB-00038994 - 38995 |
| 159. | ████████████ | 02/07/2019 – 02/08/2019 | CARB-00033018 - 33022 |
| 160. | ████████████ | 02/19/2019 | CARB-00077250 - 77251 |
| 161. | ████████████ | 02/22/2019 | CARB-00257900 |
| 162. | ████████████ | 02/23/2019 – 02/25/2019 | CARB-00076912 - 76915 |
| 163. | ████████████ | 03/01/2019 – 03/04/2019 – 03/06/2019 | CARB-00076627 - 76633 |
| 164. | ████████████ | 03/01/2019 | CARB-00257402 - 257403 |
| 165. | ████████████ | 03/02/2019 | CARB-00162276 - 162277 |
| 166. | ████████████ | 03/04/2019 – 03/29/2019 | CARB-00170801 - 170804 |
| 167. | ████████████ | 03/07/2019 | CARB-00327948 |
| 168. | ████████████ | 03/08/2019 | CARB-00400060 - 400061 |
| 169. | ████████████ | 03/12/2019 | CARB-00185338 |
| 170. | ████████████ | 03/13/2019 – 03/14/2019 | CARB-00076205 - 76207 |
| 171. | ████████████ | 03/13/2019 – 03/14/2019 | CARB-00037894 - 37898 |

| Exhibit | Description | Date | Bates Nos. |
|---|---|---|---|
| 172. | ██████████████ | 03/14/2019 – 03/29/2019 | CARB-00318270 - 318274 |
| 173. | ██████████████ | 03/18/2019 | CARB-00037832 - 37836 |
| 174. | ██████████████ | 03/18/2019 – 03/19/2019 | CARB-00347875 - 347878 |
| 175. | ██████████████ | 03/18/2019 – 03/19/2019 | CARB-00030733 - 30735 |
| 176. | ██████████████ | 03/19/2019 | CARB-00003728 - 3729 |
| 177. | ██████████████ | 03/20/2019 – 04/12/2019 | CARB-00029393 - 29435 |
| 178. | ██████████████ | 03/27/2019 - 03/29/2019 | CARB-00030256 - 30258 |
| 179. | ██████████████ | 03/31/2019 | CARB-00425659 - 425662 |
| 180. | ██████████████ | 04/02/2019 – 04/03/2019 | CARB-00004961 - 4963 |
| 181. | ██████████████ | 04/02/2019 04/04/2019 | CARB-00127805 - 127807 |
| 182. | ██████████████ | 04/03/2019 | CARB-00196296 - 196297 |
| 183. | ██████████████ | 04/03/2019 | CARB-00393478 |
| 184. | ██████████████ | 04/04/2019 – 04/05/2019 | CARB-00059627 - 59632 |
| 185. | ██████████████ | 04/05/2019 | CARB-00007041 - 7061 |
| 186. | ██████████████ | 04/06/2019 – 06/25/2019 | CARB-00359306 - 359307 |
| 187. | ██████████████ | 04/06/2019 – 04/10/2019 | CARB-00388640 - 388642 |
| 188. | ██████████████ | 04/10/2019 | CARB-00015143 - 15144 |
| 189. | ██████████████ | 04/11/2019 | CARB-00348438 - 348440 |
| 190. | ██████████████ | 04/12/2019 – 05/13/2019 | CARB-00172647 - 172653 |
| 191. | ██████████████ | 04/15/2019 | CARB-00385312 - 385313 |

| Exhibit | Description | Date | Bates Nos. |
|---|---|---|---|
| 192. | | 04/15/2019 | CARB-00363674 – 363676 |
| 193. | | 04/17/2019 | CARB-00345878 - 345880 |
| 194. | | 04/25/2019 | CARB-00159867 - 159870 |
| 195. | | 04/26/2019 | CARB-00449356 - 449393 |
| 196. | | 04/26/2019 – 04/28/2019 | CARB-00127434 - 127435 |
| 197. | | 04/28/2019 – 04/30/2019 | CARB-00125344 - 125345 |
| 198. | | 05/00/2019 | CARB-00236608 - 236668 |
| 199. | | 05/14/2019 – 05/15/2019 | CARB-00398027 - 398032 |
| 200. | | 05/15/2019 | CARB-00191786 - 191787 |
| 201. | | 05/09/2019 | CARB-00067118 - 67119 |
| 202. | | 05/21/2019 – 05/22/2019 | CARB-00392530 |
| 203. | | 05/20/2019 – 05/51/2019 | CARB-00003538 - 3541 |
| 204. | | 05/24/2019 – 05/25/2019 | CARB-00303599 - 303601 |
| 205. | | 06/02/2019 – 06/03/2019 | CARB-00453455 - 453456 |
| 206. | | 06/03/2019 06/06/2019 | CARB-00186347 - 186348 |
| 207. | | 06/12/2019 – 06/13/2019 | CARB-00417908 - 417914 |
| 208. | | 06/25/2019 | CARB-00020435 - 20455 |
| 209. | | 06/26/2019 | JFWBK_0000019 |

| Exhibit | Description | Date | Bates Nos. |
|---------|-------------|------|------------|
| 210. | | 06/26/2019 | CARB-00020423 - 20425 |
| 211. | | 06/26/2019 | JFWBK_0000260 - 261 |
| 212. | | 06/26/2019 | JFWBK_0000262 - 267 |
| 213. | | 06/27/2019 | JFWBK_0000314 - 315 |
| 214. | | 06/27/2019 | JFWBK_0000304 - 305 |
| 215. | | 06/27/2019 | JFWBK_0000301 - 303 |
| 216. | | 06/27/2019 | JFWBK_0000333 - 334 |
| 217. | | 06/27/2019 – 06/28/2019 | JFWBK_0000352 |
| 218. | | 07/03/2019 | CARB-00188334 - 188335 |
| 219. | | 07/03/2019 | CARB-00188677 |
| 220. | | 07/03/2019 | CARB-00188675 |
| 221. | | 07/06/2019 – 07/08/2019 | JFWBK_0000607 |
| 222. | | 07/08/2019 | JFWBK_0000608 |
| 223. | | 07/18/2019 | JFWBK_0000949 - 950 |
| 224. | | 07/19/2019 – 07/20/2019 | CARB-00392496 - 392499 |
| 225. | | 07/19/2019 | JFWBK_0001460 - 1461 |
| 226. | | 07/19/2019 | CARB-00411592 |
| 227. | | 07/20/2019 | CARB-00360235 - 360236 |
| 228. | | 07/30/2019 | CARB-00411593 - 411610 |
| 229. | | 08/01/2019 | CARB-00435246 - 435249 |

| Exhibit | Description | Date | Bates Nos. |
|---|---|---|---|
| 230. | ███████████ | 08/02/2019 – 08/06/2019 | CARB-00371629 - 371634 |
| 231. | ███████████ | 08/06/2019 | CARB-00371635 - 371641 |
| 232. | ███████████ | 10/03/2019 | CARB-00380730 - 380765 |
| 233. | ███████████ | 10/05/2019 | CARB-00067724 - 67725 |
| 234. | ███████████ | 11/07/2019 | CARB-00065749 - 65772 |
| 235. | ███████████ | 03/31/2020 | CARB-00076505 - 76510 |
| 236. | ███████████ | 11/23/2020 | CARB-00235555 - 235566 |
| 237. | ███████████ | 04/21/2021 | CARB-00302301 - 302311 |
| 238. | ███████████ | 04/21/2021 | CARB-00403606 - 403624 |
| 239. | ███████████ | 03/14/2022 | CARB-00174564 - 174910 |
| 240. | ███████████ | 04/21/2022 | |
| 241. | ███████████ | 01/16/2023 | |
| 242. | ███████████ | 02/17/2023 | |
| 243. | ███████████ | 02/17/2023 | |
| 244. | ███████████ | 03/17/2023 | |
| 245. | ███████████ | 05/03/2023 | |

- 15 -

| Exhibit | Description | Date | Bates Nos. |
|---------|-------------|------|------------|
| 246. | ██████████████ | 05/04/2023 | |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 10, 2023, at Melville, New York.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

**CERTIFICATE OF SERVICE**

I, David A. Rosenfeld, hereby certify that on August 10, 2023, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of

Electronic Filing to all counsel of record.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD