UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RUBEN A. LUNA, individually and on behalf of :
all others similarly situated,

                                    :

                   Plaintiff,              Civil Action
       v.                       : No. 19-11662-LTS
                                 (Consolidated)

CARBONITE, INC., MOHAMAD S. ALI and  :
ANTHONY FOLGER,

                                    :

               Defendants.

                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TRANSMITTAL DECLARATION OF NIGEL TAMTON, ESQ.**
**IN SUPPORT OF DEFENDANTS' SUMMARY JUDGMENT REPLY**
**(CONFIDENTIAL DISCOVERY DOCUMENTS)**

      I, NIGEL TAMTON, pursuant to 28 U.S.C. § 1746, declare and state as follows:

      1.     I am a member of the bar of the Commonwealth of Massachusetts and of this Court and an associate with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants in the above-captioned action.

      2.     I make this declaration in support of Defendants' Summary Judgment Reply filed herewith, and for the purpose of transmitting to the Court true and correct copies of the following confidential discovery document attached as an Exhibit to this Declaration:

| Exhibit | Description | Date | Production Nos. |
| --- | --- | --- | --- |
| 147. | Declaration of Andrew Brimmer of Joele Frank | 5/3/2023 | -- |
| 148. | Electronic mail message communications between employees at Joele Frank (not submitted by Lead Plaintiff) | 6/27/2019 | JFWBK_0000323 |
| 149. | Attachment to JFWBK_0000323 (Ex. 148) containing metadata | 6/27/2019 | JFWBK_0000324 |

| Exhibit | Description | Date | Production Nos. |
|---------|-------------|------|-----------------|
| 150. | Attachment to JFWBK_0000323 (Ex. 148) containing a slipsheet indicating the document has been produced in native format | 6/27/2019 | JFWBK_0000325 |
| 151. | Attachment to JFWBK_0000323 (Ex. 148) containing Joele Frank Communications Roll-Out Spreadsheet produced in native format | 6/27/2019 | -- |
| 152. | Attachment to JFWBK_0000323 (Ex. 148) containing Joele Frank Draft Press Release – Scenario A | 6/27/2019 | JFWBK_0000326 |
| 153. | Attachment to JFWBK_0000323 (Ex. 148) containing Joele Frank Draft Press Release – Scenario B | 6/27/2019 | JFWBK_0000329 |
| 154. | Attachment to JFWBK_0000323 (Ex. 148) containing Joele Frank Draft CEO Transition Hard Questions Document | 6/27/2019 | JFWBK_0000331 |
| 155. | Expert Report of Paul A. Gompers, PhD | 2/17/2023 | -- |
| 156. | Expert Rebuttal Report of Paul A. Gompers, PhD | 3/17/2023 | -- |

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Boston, Massachusetts on September 11, 2023.

/s/ Nigel Tamton
Nigel Tamton (BBO# 696396)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
nigel.tamton@skadden.com

Counsel for Defendants Carbonite, Inc.,
Mohamad S. Ali, and Anthony Folger

2