UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RUBEN A. LUNA, individually and on behalf  :
of all others similarly situated,

                                       :

             Plaintiff,               Civil Action

      v.                      :       No. 19-11662-LTS
                                       (Consolidated)

CARBONITE, INC., MOHAMAD S. ALI and  :
ANTHONY FOLGER,                   **ORAL ARGUMENT**

                              :       **REQUESTED**

            Defendants.

                                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' MOTION TO DECERTIFY

Pursuant to Fed. R. Civ. P. 23(c)(1)(C), Defendants Carbonite, Inc., Mohamad S. Ali, and Anthony Folger hereby respectfully move this Court to decertify the class certified in this action by this Court's July 14, 2023 order.  (Doc. No. 148.)

The basis for Defendants' Motion, as explained more fully in the accompanying memorandum of law, is that the law governing class certification in a securities fraud class action, which formed the basis for this Court's Order has materially changed by reason of the August 10, 2023 decision of the U.S. Court of Appeals for the Second Circuit in *Arkansas Teacher Retirement System v. Goldman Sachs Group, Inc.*, 77 F.4th 74 (2d Cir. 2023).  The Second Circuit issued that decision on August 10, 2023, just four weeks after this Court issued its July 14, 2023 order on class certification.  This is an opportune time for decertification, including because no arrangements have yet been made for notification of the members of the class in this action.  *See* Fed. R. Civ. P. 23(c)(2)(B).

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument on this Motion.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

On the morning of September 11, 2023, Defendants informed Lead Plaintiff that they intended to file this Motion To Decertify.  Counsel for Lead Plaintiff advised that Lead Plaintiff opposes the relief requested by this Motion.  Later that afternoon — shortly before this Motion was filed — Lead Plaintiff for the first time provided a proposed notice of pendency to Defendants' counsel.

Dated:  September 11, 2023
        Boston, Massachusetts

Respectfully submitted,

*/s/ James R. Carroll*
James R. Carroll (BBO #554426)
Kurt Wm. Hemr (BBO #638742)
Alisha Q. Nanda (BBO #657266)
Nigel Tamton (BBO #696396)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
kurt.hemr@skadden.com
alisha.nanda@skadden.com
nigel.tamton@skadden.com

*Counsel for Defendants*
*Carbonite, Inc., Mohamad S. Ali,*
*and Anthony Folger*

2