UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUBEN A. LUNA, Individually and on Behalf of All Others Similarly Situated, | No. 1:19-cv-11662-LTS **(Consolidated)** |
| Plaintiff, | CLASS ACTION |
| vs. | |
| CARBONITE, INC., et al., | |
| Defendants. | |

**DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DECERTIFY**

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York, and I am admitted *pro hac vice* to appear before this Court in this action.  I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff Construction Industry and Laborers' Joint Pension Trust ("Lead Plaintiff") in the above-entitled action.  I make this declaration in support of Lead Plaintiff's Opposition to Defendants' Motion to Decertify.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the transcript from the July 11, 2023 hearing on Lead Plaintiff's motion for class certification, and appointment of class representative and class counsel, before The Honorable Leo T. Sorokin.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 16, 2023, at Melville, New York.



/s/ David A. Rosenfeld
DAVID A. ROSENFELD

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on October 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

<em>/s/ David A. Rosenfeld</em>

DAVID A. ROSENFELD