UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUBEN A. LUNA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CARBONITE, INC., et al.,<br><br>　　　　　　　　　　Defendants. | No. 1:19-cv-11662-LTS<br>**(Consolidated)**<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION |

PLEASE TAKE NOTICE that on May 15, 2024, at 2:00 p.m. at the United States District Court for the District of Massachusetts, at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, Lead Plaintiff Construction Industry and Laborers' Joint Pension Trust, on behalf of the Class, will respectfully move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of orders: (a) granting final approval of the proposed Settlement; and (b) approving the proposed Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that, in support of its motion, Lead Plaintiff submits and is filing herewith: the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; the Declaration of Robert D. Gerson in Support of: (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (2) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses, Charges and Costs and Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4); the Declaration of Thomas Clement; and the Declaration of Ross D. Murray.

Proposed orders will be submitted with Lead Plaintiff's reply submission on May 8, 2024.

4895-4268-7924.v1

DATED: April 10, 2024                Respectfully submitted,

                                     ROBBINS GELLER RUDMAN
                                       & DOWD LLP
                                     SAMUEL H. RUDMAN
                                     DAVID A. ROSENFELD (admitted *pro hac vice*)
                                     ROBERT D. GERSON (admitted *pro hac vice*)


                                             /s/ David A. Rosenfeld
                                     ─────────────────────────────────
                                           DAVID A. ROSENFELD

                                     58 South Service Road, Suite 200
                                     Melville, NY  11747
                                     Telephone:  631/367-7100
                                     631/367-1173 (fax)
                                     srudman@rgrdlaw.com
                                     drosenfeld@rgrdlaw.com
                                     rgerson@rgrdlaw.com

                                     Lead Counsel for Lead Plaintiff

                                     HUTCHINGS BARSAMIAN MANDELCORN, LLP
                                     THEODORE M. HESS-MAHAN, BBO #557109
                                     110 Cedar Street, Suite 250
                                     Wellesley Hills, MA  02481
                                     Telephone:  781/431-2231
                                     781/431-8726 (fax)
                                     thess-mahan@hutchingsbarsamian.com

                                     Local Counsel

## CERTIFICATE OF SERVICE

    I, David A. Rosenfeld, hereby certify that on April 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD
