# EXHIBIT A

*Carbonite Securities Litigation*
Claims Adminstrator
c/o Gilardi & Co. LLC
P.O. Box 301171
Los Angeles, CA 90030-1171

# LEGAL NOTICE

*Luna v. Carbonite, et al.*
No. 1:19-cv-11662-LTS (D. Mass.)
www.CarboniteSecuritiesLitigation.com

Court-Ordered Legal Notice

(Forwarding Service Requested)

Important Information about a securities
class action settlement.

You may be entitled to a payment.
This Notice may affect your legal rights.

Please read it carefully.

# CBNT



Postal Service: Please Do Not Mark Barcode

CBNT - «Claim8»-«CkDig»

«FirstNAME» «LastNAME»
«Name1»
«Name2»
«Name3»
«Name4»
«Addr1» «Addr2»
«City», «State»«FProv» «Zip»«FZip»
«FCountry»



*Luna v. Carbonite, Inc., et al.*
No. 1:19-cv-11662-LTS (D. Mass.)
THIS CARD PROVIDES ONLY INFORMATION ABOUT THE SETTLEMENT
VISIT WWW.CARBONITESECURITIESLITIGATION.COM OR CALL 1-888-298-1418 FOR MORE INFORMATION

If you purchased or otherwise acquired Carbonite, Inc. ("Carbonite" or the "Company") common stock between October 18, 2018 and July 25, 2019, inclusive, and were damaged thereby, you could be entitled to a payment from a proposed settlement ("Settlement") reached in the above-captioned action ("Litigation"). Your rights may be affected by this Litigation and the Settlement. A hearing will be held on May 15, 2024 at 2:00 p.m., before the Honorable Leo T. Sorokin, to determine whether the proposed Settlement of the Litigation against Defendants Carbonite, Mohamad S. Ali, and Anthony Folger for $27.5 million and the Plan of Allocation should be approved as fair, reasonable, and adequate and whether the Litigation should be dismissed with prejudice against the Defendants, as set forth in the Stipulation of Settlement ("Stipulation") filed with the Court; and whether Lead Counsel's application for an award of attorneys' fees of up to 33-1/3% of the Settlement Amount, and expenses not to exceed $600,000, plus interest on both amounts, and an award to Lead Plaintiff, should be granted.

The proposed Settlement would resolve a putative class action lawsuit alleging that, in violation of the U.S. federal securities laws, Defendants materially misled investors by making materially false and misleading statements concerning Carbonite's new software product called the Server VM Edition, which caused Carbonite stock to trade at artificially inflated prices until the nature of the alleged wrongdoing was revealed, causing Carbonite's stock price to fall. Defendants deny the allegations and any liability or wrongdoing of any kind. For a full description of the proposed Settlement and your rights, and to make a claim, you may obtain the Stipulation, long-form Notice of Pendency and Proposed Settlement of Class Action, and the Proof of Claim and Release ("Proof of Claim") by visiting the website: www.CarboniteSecuritiesLitigation.com (the "Website") or you may request copies from the Claims Administrator by: (i) mail: *Carbonite Securities Litigation,* Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 301171, Los Angeles, CA 90030-1171, or (ii) toll-free call: 1-888-298-1418.

To qualify for payment, you must submit a valid Proof of Claim, with supporting documentation, postmarked or submitted online no later than June 21, 2024. You will be bound by any Judgment entered in the Litigation, regardless of whether you submit a Proof of Claim, unless you exclude yourself from the Class. If you exclude yourself, you cannot get money from this Settlement. If you do not exclude yourself from the Class, you may object to the proposed Settlement, Plan of Allocation, or request for award of attorneys' fees and expenses and award to Lead Plaintiff no later than April 24, 2024. The long-form Notice and the Website explain how to exclude yourself from the Class or how to object.

Lead Plaintiff and the Class are represented by Lead Counsel: Ellen Gusikoff Stewart, Robbins Geller Rudman & Dowd LLP, 655 W. Broadway, Suite 1900, San Diego, CA 92101, 1-800-449-4900, settlementinfo@rgrdlaw.com. You may, but do not have to, attend the Court hearing to be heard. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means and/or change its date and/or time.