# EXHIBIT D

B4 | Thursday, February 29, 2024     ****     THE WALL STREET JOURNAL.

# TECHNOLOGY & MEDIA

WSJ.com/Tech



## TIM HIGGINS

# Apple Gets Hard Lesson in Making Cars

The Car Guys warned **Apple** that the metal-bashing business could be a tough, low-margin game. But nobody wanted to listen to a bunch of dinosaurs from Detroit.

Instead, Apple joined the hoopla in Silicon Valley around the idea that a new era of the automobile was emerging, one that would seamlessly marry software and hardware and make the old guard obsolete.

In the end, for Apple, it seems making its own car turned out to be as difficult as doing its own television set. The TV dream died years ago while Apple executives just told their team this week that the work to bring out an electric vehicle was canceled, too.

The latest retreat underscores just how unlikely Elon Musk's success with **Tesla** has been. To take an electric-vehicle startup founded 20 years ago and turn it into a proper car company on pace to sell almost as many vehicles annually as **BMW** would have been hard to imagine when Apple began its own car project a decade ago.

But Apple engineers looked jealously at the Tesla Model S, and probably thought to themselves: "We can top that!"

Just a few years into his role as Apple chief executive, Tim Cook greenlighted a secret, ambitious plan—dubbed Project Titan—for the company to build its own car. When word of the project became public in 2015, it was greeted by a mixture of hysteria and disbelief.

"I think somebody is kind of trying to cough up a hairball here," **General Motors'** then-retired Chief Executive Dan Akerson told me around that time, echoing the same sort of sentiment entrenched players had when Apple was first getting into cellphones. He thought Apple's investors should have second thoughts about the escapade, saying a lot of people underestimate how challenging building and selling cars can be.

For all of the buzz around Tesla in 2015, the young company's ultimate success didn't look so certain as it continued to struggle with the basics of building cars, and some questioned if the company could survive.

As news of Project Titan reverberated, it quickly made so much sense to so many. It wasn't a hairball idea but an obvious next step for Cook and a company coming off a remarkable stretch of reimag-



The ill-fated project seemed a natural next step for CEO Cook.

ining and evolving the business first with the iPod, then iPhone followed by iPad as well as digital services such as music and its App Store. Apple would do to cars what it did to phones. And it would win, of course. Plus, Apple, thanks to the success of the fat margins on its iPhones, was then sitting on almost $200 billion in cash.

At one point, Gene Munster, a longtime Apple analyst, projected that entering the car business could help ignite Apple's revenue growth, suggesting if the company captured 10% of the autos market, it could boost revenue by 60%.

That was an exciting prospect for a company facing the law of large numbers and for another evolution.

In the years that followed, an arms race exploded among automakers, tech companies and others rushing to invest in technologies to compete in driverless and electric cars. Billions of dollars poured in while bold predictions were made about robot cars crawling through cities sometime soon.

Except, in the end, Apple's success wasn't as inevitable as so many thought.

Leaks in the press painted unusual uncertainty at Apple as timelines kept slipping, project leaders kept departing and remits kept evolving. Project Titan's ambitions became diminished, less compelling—from an electric, robot car, then just about perfecting autonomy, then just about an EV.

For a company so accustomed to winning, Apple seemed more and more like a lumbering giant.

Outsider skepticism began to build. Maybe, just maybe, that Akerson guy was right after all—making cars is hard.

Musk would agree. In the subsequent years after the Model S, Tesla narrowly avoided its own death before hitting on eventual success with the Model 3, a cheaper sedan that helped remake Tesla into a mainstream automaker and further ignited a rush of investment into EV rivals in the U.S. and, more importantly, in China where a price war has broken out.

Amid his darkest moments, in this period, Musk has said he even considered selling Tesla to Apple, but Cook eschewed his advances.

With all of its riches, Apple could afford to be a dilettante

in the car business, spending billions of dollars only to change course because things weren't working out as hoped. For Tesla and others, such spending bets were life or death.

Apple's shifting car strategies mimicked the overall state of confusion in the automotive industry.

Driverless cars, which had appeared so imminent a decade ago, have proved a much tougher challenge than many anticipated. And EV sales in the U.S. aren't growing at the same rate as they once were, leading several companies to slow their plans. Even Tesla, which once had industry-defying margins, has seen its profitability narrow.

"Looks like Apple finally came to the conclusion that although they could not get an acceptable profit margin, they weren't going to make that up with volume!" former **Ford Motor** Chief Executive Mark Fields said by email.

The latest shift by Apple reminded Akerson of GM's own history of trying to broaden its footprint into industries it knew nothing about only to be haunted by those decisions years later.

"The lesson," he told me late Tuesday, "reaffirmed in many instances: stick to your knitting."

---

## ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

### CLASS ACTION

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUBEN A. LUNA, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

CARBONITE, INC., et al.,

Defendants.

) No. 1:19-cv-11662-LTS
) **(Consolidated)**
)
) **CLASS ACTION**
) SUMMARY NOTICE OF PROPOSED SETTLEMENT
) OF CLASS ACTION
)

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE COMMON STOCK OF CARBONITE, INC. ("CARBONITE") DURING THE PERIOD BETWEEN OCTOBER 18, 2018 AND JULY 25, 2019, INCLUSIVE ("CLASS" OR "CLASS MEMBERS")**
THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.

YOU ARE HEREBY NOTIFIED that a hearing will be held on May 15, 2024, at 2:00 p.m., before the Honorable Leo T. Sorokin at the United States District Court, District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02110, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned Litigation as set forth in the Stipulation of Settlement ("Stipulation") for $27.5 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Lead Plaintiff's Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amounts; (4) to pay Lead Plaintiff for its costs and expenses in representing the Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

There exists the possibility that the Court may decide to change the date and/or time of the Settlement Hearing, conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Class Members to appear at the hearing by phone or video conference, without further written notice to the Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.CarboniteSecuritiesLitigation.com, before making any plans to attend the Settlement Hearing. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or telephonic appearances at the hearing, will also be posted to that website. Also, if the Court requires or allows Class Members to participate in the Settlement Hearing by telephone or video conference, the access information will be posted to the Settlement website, www.CarboniteSecuritiesLitigation.com.

IF YOU PURCHASED OR OTHERWISE ACQUIRED CARBONITE COMMON STOCK BETWEEN OCTOBER 18, 2018 AND JULY 25, 2019, INCLUSIVE, AND WERE DAMAGED THEREBY, YOUR RIGHTS ARE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than June 21, 2024)** or electronically **(no later than June 21, 2024)**. Your failure to submit your Proof of Claim by June 21, 2024, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or otherwise acquired Carbonite common stock during the period between October 18, 2018 and July 25, 2019, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

The Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), the Proof of Claim, the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice), and other important documents, may be accessed online at www.CarboniteSecuritiesLitigation.com, or by writing to:

Carbonite Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301171
Los Angeles, CA 90030-1171

Inquiries should NOT be directed to Carbonite, Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY APRIL 24, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD PLAINTIFF'S COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 33-1/3% OF THE $27.5 MILLION SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $600,000, PLUS INTEREST ON BOTH AMOUNTS, AND/OR THE PAYMENT TO LEAD PLAINTIFF FOR ITS COSTS AND EXPENSES NOT TO EXCEED $14,000. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL **BY APRIL 24, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: FEBRUARY 1, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## Tesla Car To Arrive Next Year

Continued from page B1

their presence around the globe in recent years.

Chinese electric-vehicle maker **BYD**, which overtook Tesla for the first time as the world's largest EV seller in the fourth quarter of last year, has been scouting locations in Mexico for a factory, from which it would consider exporting cars to the U.S.

Musk's focus on the Roadster comes days after BYD unveiled a $233,000 sports car known as the U9, part of plans to expand from the company's budget-car origins in hopes of higher returns under its premium brand Yangwang.

The Warren Buffett-backed company plans to start deliveries of the Lamborghini-esque two-door coupe in mid-2024.

Musk has said that the Chinese companies are the "most competitive" challengers he faces in the industry. "If there are not trade barriers established, they will pretty much demolish most other car companies in the world," Musk said during Tesla's earnings call in January.

With five models, Tesla's retail lineup is still relatively limited compared with other automakers. It only recently started selling the Cybertruck, a pickup that starts at roughly $61,000. Musk said he expects



Tesla's Elon Musk previously hyped Roadster's new version.

to eventually produce about 250,000 Cybertrucks a year. But he has cautioned that the ramp-up will be slow due to the difficulty of the design and has said Tesla is unlikely to hit that rate of output before 2025.

The Cybertruck's launch also has been marked by concerns from some owners about rust possibly forming on its stainless-steel exterior. A Tesla engineer said earlier this month that the spotting is "surface contamination" that can be cleaned easily.

While the Roadster is likely to be a niche model for the carmaker, competing in an already-crowded luxury EV market, the vehicle has a significant place in Tesla's history.

The first Roadster, a modified version of a Lotus sports car, sold for more than $100,000 and could get about 245 miles on a single charge. At the time of the company's initial public offering in 2010, it was the only vehicle Tesla sold.

The automaker eventually

started making the Model S sedan and Model X SUV, before introducing a cheaper car, the Model 3, in 2017.

That same year, Musk promised a revamped version of the Roadster that he said would be the quickest production car ever made, with a top speed of 250 mph. At the time, Tesla said a base version would sell for $200,000 and debut in 2020.

Tesla in 2021 delayed the launch, citing supply-chain shortages. Still, it has been taking reservations for the new Roadster. According to its website, potential buyers can secure one with a $50,000 deposit.

Musk has previously hyped the new model on social media. In 2018, he tweeted that the new Roadster will come with a "SpaceX option," including rocket engines that will "dramatically improve acceleration, top speed, braking & cornering."

"You will love the new Roadster more than your house," he said.

---

# Essence Is in Talks to Purchase Site Refinery29 From Vice Media

BY ALEXANDRA BRUELL

Essence Magazine's parent company is in talks to acquire Vice Media's women's lifestyle site Refinery29, a deal that could help the Black-owned media brand expand its digital profile and reach more young women.

The price being discussed couldn't be learned but Essence would likely pay a fraction of the $400 million Vice paid when it bought Refinery29 in 2019, according to people familiar with the situation.

News of the discussions, which could still fall apart, comes just days after Vice's largest shareholder, **Fortress Investment Group**, said it would stop publishing content on the company's namesake site, Vice.com, and was laying off hundreds of staffers.

Refinery29, founded in 2005, was one of the early digital-media players to gain relevance among millennial women, with

revenue generated through ads, events and licensing deals. Vice was drawn to Refinery29 as a way to complement its male-heavy audience and draw in new advertisers.

Refinery29 has struggled with the same challenges other online publishers have, including a volatile ad market and a decline in traffic sourced from Google and social-media sites. Refinery29 saw a decrease in revenue to $30 million last year from around $50 million in 2022, The Wall Street Journal previously reported.

Essence Ventures, which is owned by Richelieu Dennis and is the magazine's parent, is among the companies marketers are targeting as they try to increase spending on Black-owned media. Adding

Refinery29 to its stable would substantially increase the inventory Essence can sell to those advertisers.

Dennis is chairman and co-founder of the Group Black consortium, which aims to help advertisers more efficiently spend greater sums of money with Black-owned media. Group Black in recent years has expressed interest in acquiring various digital publishers, including Vice.

Vice Media was once valued at $5.7 billion and was among the most promising digital-media ventures, but has struggled to stay afloat. Fortress, which took over Vice in bankruptcy last year, is now focusing on its remaining assets, which include its production studio, TV network and ad agency Virtue.

> **The price would likely be a fraction of the $400 million Vice paid.**

---

**BUSINESS OPPORTUNITIES**

**Physician Nashville Opportunity**

Physician to sell solely owned accredited Gyn Ambulatory Surgery Center, including very well established Gynecology practice in Nashville Tennessee.

The owner will stay to transition if desired.

**Serious inquiries, reply to.**

LWEB.4@me.com

---

**BUSINESS OPPORTUNITIES**

**SEEKING INVESTMENT BANK**

UNDERWRITER
for Private Corporate
**BIDBIRD® BONDS**

Patent Pending Cargo
Transshipment
Inventions

— Solves —
**PANAMA CANAL**
Drought Crisis. Locks Not Used.

bidbird.co/canal   +1 (602) 455-1480

---

**PUBLIC NOTICES**

IN THE MATTER OF THE COMPANIES ACT 1981 OF BERMUDA

and

IN THE MATTER OF BEACON INSURANCE COMPANY LIMITED
(the "Company")

NOTICE IS HEREBY GIVEN pursuant to Section 132G(2) (d) of the Companies Act 1981 that the Company intends to discontinue under the laws of Bermuda and continue in the State of Arizona in the United States of America as if the Company had been formed under the laws of the State of Arizona in the United States of America.

Dated: February 27, 2024 at Phoenix, Arizona, United States of America.
Beacon Insurance Company Limited
Applicant

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be printed in said publication on February 29, 2024:

Name of Publication: The Wall Street Journal
Address: 1211 Avenue of the Americas
City, State, Zip: New York, NY 10036
Phone #: 1-800-568-7625
State of: New York

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of February 2024, at Sellersville, Pennsylvania.


Carla Peak



# Robbins Geller Rudman & Dowd LLP Announces Proposed Settlement in the Carbonite Securities Litigation

February 29, 2024 08:00 AM Eastern Standard Time

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP regarding the Carbonite Securities Litigation:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUBEN A. LUNA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARBONITE, INC., et al.,<br><br>Defendants. | No. 1:19-cv-11662-LTS<br><br>**(Consolidated)**<br><br><br>CLASS ACTION<br><br>SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION |

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE COMMON STOCK OF CARBONITE, INC. ("CARBONITE") DURING THE PERIOD BETWEEN OCTOBER 18, 2018 AND JULY 25, 2019, INCLUSIVE ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on May 15, 2024, at 2:00 p.m., before the Honorable Leo T. Sorokin at the United States District Court, District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned Litigation as set forth in the Stipulation of Settlement ("Stipulation") for $27.5 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Lead Plaintiff's Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amounts; (4) to pay Lead Plaintiff for its costs and expenses in representing the Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

There exists the possibility that the Court may decide to change the date and/or time of the Settlement Hearing, conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Class Members to appear at the hearing by phone or video conference, without further written notice to the Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.CarboniteSecuritiesLitigation.com, before making any plans to attend the Settlement Hearing. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or telephonic appearances at the hearing, will also be posted to that website. Also, if the Court requires or allows Class Members to participate in the Settlement Hearing by telephone or video conference, the access information will be posted to the Settlement website, www.CarboniteSecuritiesLitigation.com.

IF YOU PURCHASED OR OTHERWISE ACQUIRED CARBONITE COMMON STOCK BETWEEN OCTOBER 18, 2018 AND JULY 25, 2019, INCLUSIVE, AND WERE DAMAGED THEREBY, YOUR RIGHTS ARE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than June 21, 2024)** or electronically **(no later than June 21, 2024)**. Your failure to submit your Proof of Claim by June 21, 2024, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or otherwise

acquired Carbonite common stock during the period between October 18, 2018 and July 25, 2019 inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

The Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), the Proof of Claim, the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice), and other important documents, may be accessed online at www.CarboniteSecuritiesLitigation.com, or by writing to:

*Carbonite Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301171
Los Angeles, CA 90030-1171

Inquiries should NOT be directed to Carbonite, Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY APRIL 24, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD PLAINTIFF'S COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 33-1/3% OF THE $27.5 MILLION SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $600,000, PLUS INTEREST ON BOTH AMOUNTS, AND/OR THE PAYMENT TO LEAD PLAINTIFF FOR ITS COSTS AND EXPENSES NOT TO EXCEED $14,000. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL **BY APRIL 24, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: FEBRUARY 1, 2024                              BY ORDER OF THE COURT
                                                     UNITED STATES DISTRICT COURT
                                                     DISTRICT OF MASSACHUSETTS

Contacts
Robbins Geller Rudman & Dowd LLP
Shareholder Relations Department
Greg Wood
(619) 231-1058

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire

Address: 101 California Street 20th Floor

City, ST Zip: San Francisco, CA 94111

Phone #: 415-986-4422

State of: California

The press release was distributed on February 29, 2024 to the following media circuits offered by the above-referenced wire service:

1.  National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of February 2024, at Sellersville, Pennsylvania.

Carla Peak