# EXHIBIT A

**EXHIBIT A**

*Ruben A. Luna v. Carbonite, Inc., et al.*, No. 1:19-cv-11662-LTS
Robbins Geller Rudman & Dowd LLP
Inception through April 4, 2024

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---|---|---|
| Bays, Lea M. | (P) | 7.90 | 915 | $ 7,228.50 |
| Daley, Joseph D. | (P) | 5.70 | 1050 | 5,985.00 |
| Gerson, Robert D. | (P) | 3,082.60 | 895 | 2,758,927.00 |
| Goldstein, Jonah H. | (P) | 185.70 | 1075 | 199,627.50 |
| Gusikoff Stewart, Ellen A. | (P) | 67.40 | 1200 | 80,880.00 |
| Love, Andrew S. | (P) | 406.50 | 1200 | 487,800.00 |
| Millkey, Mark T. | (P) | 7.80 | 1200 | 9,360.00 |
| Myers, Danielle S. | (P) | 5.50 | 1075 | 5,912.50 |
| Rosenfeld, David A. | (P) | 1,122.90 | 995 | 1,117,285.50 |
| Rudman, Samuel H. | (P) | 53.90 | 1400 | 75,460.00 |
| Sanchez, Juan Carlos | (P) | 24.80 | 785 | 19,468.00 |
| Serra, Vincent M. | (P) | 181.30 | 935 | 169,515.50 |
| Economou, Magdalene | (A) | 54.50 | 540 | 29,430.00 |
| Forgy, Joshua D. | (A) | 1,261.80 | 400 | 504,720.00 |
| Merenda, Philip T. | (A) | 1,258.80 | 515 | 648,282.00 |
| Ohlmann, Jonathan A. | (A) | 11.30 | 375 | 4,237.50 |
| Plascoff, Alyssa H. | (A) | 9.00 | 375 | 3,375.00 |
| Bowens, M. Lamontt | (OC) | 554.00 | 480 | 265,920.00 |
| Collins, Christopher | (OC) | 853.20 | 460 | 392,472.00 |
| Diamond, Vicki M. | (OC) | 31.70 | 1095 | 34,711.50 |
| Chapman, Rachel B. | (SA) | 955.20 | 450 | 429,840.00 |
| Garra, Gilbert J. | (SA) | 1,059.50 | 450 | 476,775.00 |
| Isernhagen, Mary L. | (SA) | 918.20 | 460 | 422,372.00 |
| Matney, Andrew M. | (SA) | 252.10 | 460 | 115,966.00 |
| Stern, Nicole A. | (SA) | 974.00 | 475 | 462,650.00 |
| Aronica, R. Steven | (FA) | 11.50 | 775 | 8,912.50 |
| Barhoum, Anthony J. | (EA) | 9.20 | 470 | 4,324.00 |
| Cabusao, Reggie F. | (EA) | 21.60 | 370 | 7,992.00 |
| Hensley, Austin B. | (EA) | 43.00 | 315 | 13,545.00 |
| Villalovas, Frank E. | (EA) | 5.50 | 460 | 2,530.00 |
| Roelen, Scott R. | (RA) | 5.70 | 325 | 1,852.50 |
| Fitzpatrick, Brian H. | (I) | 211.70 | 350 | 74,095.00 |
| Peitler, Steven J. | (I) | 31.00 | 375 | 11,625.00 |

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Angotti, Madison S. | (LS) | 8.00 | 245 | 1,960.00 |
| Browning, Aaron C. | (LS) | 43.80 | 315 | 13,797.00 |
| Camozzi, Miranda C. | (LS) | 13.40 | 315 | 4,221.00 |
| Lewis, Bradley P. | (LS) | 20.20 | 190 | 3,838.00 |
| Torres, Michael | (LS) | 10.80 | 415 | 4,482.00 |
| Edelman, Jason R. | (SUA) | 58.00 | 175 | 10,150.00 |
| Yohannan, Jeremy | (SUA) | 38.50 | 175 | 6,737.50 |
| Paralegals | | 876.80 | 350-410 | 354,952.00 |
| Document Clerk | | 14.30 | 150-160 | 2,158.00 |
| Shareholder Relations | | 17.40 | 110 | 1,914.00 |
| *TOTAL* | | *14,785.70* | | *$ 9,257,286.00* |

(P) Partner
(A) Associate
(OC) Of Counsel
(SA) Staff Attorney
(FA) Forensic Accountant
(EA) Economic Analyst
(RA) Research Analyst
(I) Investigator
(LS) Litigation Support
(SUA) Summer Associate