# EXHIBIT B

**EXHIBIT B**

*Ruben A. Luna v. Carbonite, Inc., et al.*, No. 1:19-cv-11662-LTS
Robbins Geller Rudman & Dowd LLP
Expense Summary
Inception through March 25, 2024

| CATEGORY | | AMOUNT |
|---|---|---|
| Filing, Witness, and Other Fees | | $      5,845.10 |
| Business Wire | | 545.45 |
| Transportation, Hotels, and Meals | | 31,951.05 |
| Messenger, Overnight Delivery | | 2,560.54 |
| Court Hearing Transcripts and Deposition Reporting, Transcripts, and Videography | | 48,151.60 |
| Experts/Consultants | | 310,058.60 |
|    Tasta Group (d/b/a Caliber Advisors, Inc.) | $  229,254.20 | |
|    Berkeley Research Group, LLC (d/b/a East Bay Dispute & Advisory LLC) | 70,452.42 | |
|    ValueScope, Inc. | 10,351.98 | |
| Outside Counsel | | 14,860.51 |
|    Freiberger Haber LLP | $      7,650.00 | |
|    The Law Offices of Joseph M. McMullen | 7,210.51 | |
| Photocopies (Outside) | | 62.79 |
| Online Legal and Financial Research | | 17,132.37 |
| eDiscovery Database Hosting | | 24,445.10 |
| Mediation Fees (Phillips ADR Enterprises, P.C.) | | 41,450.00 |
| *TOTAL* | | *$  474,063.11* |