# EXHIBIT C

## EXHIBIT C

*Ruben A. Luna v. Carbonite, Inc., et al.*, No. 1:19-cv-11662-LTS
Robbins Geller Rudman & Dowd LLP

Filing, Witness, and Other Fees: $5,845.10

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 05/09/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: NUVASIVE, INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/09/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: LEROY HOLDING COMPANY: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/09/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: SATCO PRODUCTS, INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/09/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: VILLAGE OF OSWEGO: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/09/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: NUVASIVE, INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/17/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: ROBERT J. DEBRY & ASSOCIATES: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 05/18/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: NAMSCO PLASTICS: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/18/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: RAD BILLING: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/18/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: MOUNTAIN COUNTRY FOODS-BISCUIT/BAKED KIBBLE FACILITY: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/18/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: SUMMERS, MCDONNELL, HUDOCK, GUTHRIE & RAUCH, P.C.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 09/23/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: JOELE FRANK, WILKINSON BRIBER KATCHER: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/28/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 05/11/22 PERSONAL SERVICE: SPACE AGE ELECTRONICS: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/28/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 05/11/22 PERSONAL SERVICE: GENERAL WELDING SUPPLY CORP.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 10/28/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 05/11/22 PERSONAL SERVICE: EDGEWORTH CLUB: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/28/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 05/13/22 SUBSTITUTED SERVICE: CUSTOM CLUTCH, JOINT & HYDROLICS, INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/28/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 05/13/22 PERSONAL SERVICE: LIBERTY BANKERS INSURANCE GROUP: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/28/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 05/13/22 PERSONAL SERVICE: THE MANAGEMENT GROUP ASSOCIATES: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/28/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 05/11/22 PERSONAL SERVICE: VALUATION SERVICES, INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/28/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 05/11/22 PERSONAL SERVICE: ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/28/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 05/13/22 PERSONAL SERVICE: MICHAELS ELECTRICAL SUPPLY: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 10/28/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 05/26/22 RETURNED NOT SERVED: DENTON COUNTY FRESH WATER SUPPLY DISTRICT NO. 1-A: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 12/01/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: NORMAN GUADAGNO: SUBPOENA TO TESTIFY AT A DEPOSITION IN CIVIL ACTION |
| 12/01/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: PAUL MELLINGER: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 12/01/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | WITNESS FEES ADVANCED PERSONAL SERVICE: PAUL MELLINGER: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 12/02/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: PADDY SREENIVISAN: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 12/02/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | WITNESS FEES ADVANCED PERSONAL SERVICE: PADDY SREENIVISAN: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 12/07/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: ROBERT BEELER: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 01/13/23 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 05/23/23 WITNESS FEES ADVANCED. ADVANCE FEE CHARGE 10% PERSONAL SERVICE: DEEPAK MOHAN: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 01/13/23 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 05/23/23 PERSONAL SERVICE: DEEPAK MOHAN: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |