# EXHIBIT D

**EXHIBIT D**

*Ruben A. Luna v. Carbonite, Inc., et al.*, No. 1:19-cv-11662-LTS
Robbins Geller Rudman & Dowd LLP

Transportation, Hotels, and Meals: $31,951.05

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Clement, Thomas c/o David Rosenfeld | 09/17/22-09/20/22 | Boston, MA | Attend Fed. R. Civ. P. 30(b)(6) deposition of Thomas Clement |
| Gerson, Robert | 09/19/22-09/20/22 | Boston, MA | Attend Fed. R. Civ. P. 30(b)(6) deposition of Thomas Clement |
| Rosenfeld, David | 09/19/22-09/20/22 | Boston, MA | Attend Fed. R. Civ. P. 30(b)(6) deposition of Thomas Clement |
| Gerson, Robert | 10/25/22-10/26/22 | Westlake Village, CA | Attend deposition of Ryan Ross, formerly of Bernzott Capital Advisors, Inc. |
| Rosenfeld, David | 01/11/23-01/12/23 | Boston, MA | Attend deposition of Robert Beeler |
| Gerson, Robert | 01/11/23-01/12/23 | Boston, MA | Attend deposition of Robert Beeler |
| Gerson, Robert | 01/15/23-01/16/23 | Boston, MA | Attend deposition of Norman Guadagno |
| Rosenfeld, David | 01/16/23 | Boston, MA | Attend deposition of Norman Guadagno |
| Rosenfeld, David | 01/18/23-01/19/23 | Palo Alto, CA | Attend deposition of Paddy Sreenivasan |
| Gerson, Robert | 01/18/23-01/19/23 | Palo Alto, CA | Attend deposition of Paddy Sreenivasan |
| Gerson, Robert | 02/01/23 | Palo Alto, CA | Attend deposition of Deepak Mohan |
| Rosenfeld, David | 02/01/23 | Palo Alto, CA | Attend deposition of Deepak Mohan |
| Gerson, Robert | 02/05/23-02/06/23 | Boston, MA | Attend deposition of Mohamad Ali |
| Rosenfeld, David | 02/05/23-02/06/23 | Boston, MA | Attend deposition of Mohamad Ali |
| Gerson, Robert | 02/08/23-02/09/23 | Boston, MA | Attend deposition of Anthony Folger |

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Rosenfeld, David | 02/09/23 | Boston, MA | Attend deposition of Anthony Folger |
| Gerson, Robert | 04/24/23 | New York, NY | Ron Schnell deposition preparation in NYC office |
| Rosenfeld, David | 04/24/23 | New York, NY | Ron Schnell deposition preparation in NYC office |
| Gerson, Robert | 04/25/23 | New York, NY | Attend deposition of Ron Schnell |
| Rosenfeld, David | 04/25/23 | New York, NY | Attend deposition of Ron Schnell |
| Gerson, Robert | 04/28/23 | New York, NY | Attend deposition of Douglas Schmidt |
| Rosenfeld, David | 04/28/23 | New York, NY | Attend deposition of Douglas Schmidt |
| Gerson, Robert | 05/02/23-05/04/23 | Boston, MA | Attend depositions of Paul Gompers and Dr. Jon Weissman |
| Rosenfeld, David | 05/02/23-05/04/23 | Boston, MA | Attend depositions of Paul Gompers and Dr. Jon Weissman |
| Gerson, Robert | 05/08/23 | New York, NY | Attend deposition of Bjorn Steinholt |
| Rosenfeld, David | 05/08/23 | New York, NY | Attend deposition of Bjorn Steinholt |
| Rosenfeld, David | 05/09/23 | New York, NY | Attend mediation |
| Merenda, Philip | 05/09/23 | New York, NY | Attend mediation |
| Gerson, Robert | 05/09/23 | New York, NY | Attend mediation |
| Gerson, Robert | 07/10/23-07/11/23 | Boston, MA | Attend oral argument on Lead Plaintiff's motion for class certification, appointment of class representative, and appointment of class counsel |
| Clement, Thomas c/o Robert Gerson | 07/10/23-07/11/23 | Boston, MA | Attend oral argument on Lead Plaintiff's motion for class certification, appointment of class representative, and appointment of class counsel |

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Rosenfeld, David | 07/10/23-07/11/23 | Boston, MA | Attend oral argument on Lead Plaintiff's motion for class certification, appointment of class representative, and appointment of class counsel |