# EXHIBIT E

**EXHIBIT E**

*Ruben A. Luna v. Carbonite, Inc., et al.*, No. 1:19-cv-11662-LTS
Robbins Geller Rudman & Dowd LLP

Court Hearing Transcripts and Deposition Reporting, Transcripts, and Videography: $48,151.60

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 10/15/20 | RACHEL LOPEZ, COURT REPORTER | COPY OF TRANSCRIPT OF PROCEEDING HELD BEFORE JUDGE SOROKIN (43 PAGES) |
| 07/29/21 | CLERK OF THE COURT | CD OF APPEAL TRANSCRIPT |
| 09/20/22 | VERITEXT CORP. | TRANSCRIPT SERVICES – CERTIFIED, SUPPLEMENTAL SURCHARGES, EXHIBITS - LINKED/SCANNED, REALTIME, ROUGH DRAFT FOR WITNESS: THOMAS CLEMENT |
| 09/21/22 | RACHEL LOPEZ, COURT REPORTER | 09/12/22 STATUS CONFERENCE TRANSCRIPT |
| 11/04/22 | VERITEXT CORP. | 10/26/22 TRANSCRIPT SERVICES, REALTIME SERVICES, VIDEO - ELECTRONIC ACCESS, DIGITIZING & TRANSCRIPT SYNCHRONIZATION, WITNESS: RYAN ROSS |
| 12/07/22 | VERITEXT CORP. | VIDEO – INITIAL SERVICES – ADDITIONAL HOURS - ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, REALTIME SERVICES - REMOTE, VERITEXT VIRTUAL PRIMARY PARTICIPANTS. WITNESS: STEWART MAYHEW |
| 12/16/22 | VERITEXT CORP. | TRANSCRIPT SERVICES - CERTIFIED TRANSCRIPT, REALTIME SERVICES - REMOTE, ROUGH DRAFT, EXHIBITS - LINKED (SBF, PTZ, LEF). WITNESS: JOEL WOODALL |
| 01/10/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, VIDEO - ADDITIONAL HOURS, VIDEO - ELECTRONIC ACCESS – ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, ATTENDANCE, REALTIME SERVICES, ROUGH DRAFT - WITNESS: PAUL MELLINGER |
| 01/12/23 | VERITEXT CORP. | VIDEO – INITIAL SERVICES – ADDITIONAL HOURS – ELECTRONIC ACCESS - TRANSCRIPT SERVICES - ORIGINAL TRANSCRIPTS, IN PERSON COVERAGE FEE, REALTIME SERVICES, ROUGH DRAFT. WITNESS: ROBERT L. BEELER |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 01/16/23 | VERITEXT CORP. | VIDEO – INITIAL SERVICES – ADDITIONAL HOURS – ELECTRONIC ACCESS – TRANSCRIPT SERVICES - ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, IN PERSON COVERAGE FEE, REALTIME SERVICES, ROUGH DRAFT. WITNESS: NORMAN GUADAGNO |
| 01/19/23 | VERITEXT CORP. | VIDEO – INITIAL SERVICES – ADDITIONAL HOURS – EXTENDED HOURS - TRANSCRIPT SERVICES - ORIGINAL TRANSCRIPT, ATTENDANCE, IN PERSON COVERAGE FEE, REALTIME SERVICES, ROUGH DRAFT. WITNESS: PADMANABHAN "PADDY" SREENIVASAN |
| 02/01/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, VIDEO - ADDITIONAL HOURS, VIDEO - ELECTRONIC ACCESS - TRANSCRIPT SERVICES - ORIGINAL TRANSCRIPT, IN PERSON COVERAGE FEE, REALTIME SERVICES, ROUGH DRAFT - WITNESS: DEEPAK MOHAN |
| 02/06/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, VIDEO - ADDITIONAL HOUS, VIDEO - EXTENDED HOURS, VIDEO - ELECTRONIC ACCESS – ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, TRANSCRIPT SERVICES – PRIORITY REQUEST, REALTIME SERVICES, ROUGH DRAFT - WITNESS: MOHAMAD ALI |
| 02/09/23 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, TRANSCRIPT SERVICES - PRIORITY REQUEST, REALTIME SERVICES, ROUGH DRAFT. WITNESS: ANTHONY FOLGER |
| 02/23/23 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, ATTENDANCE, REALTIME SERVICES, ROUGH DRAFT. WITNESS: DEEPAK MOHAN |
| 02/28/23 | VERITEXT CORP. | 02/09/23 VIDEO - INITIAL SERVICES, VIDEO - ADDITIONAL HOURS, VIDEO - ELECTRONIC ACCESS. WITNESS: ANTHONY FOLGER |
| 04/25/23 | VERITEXT CORP. | REALTIME SERVICES. WITNESS: RONALD SCHNELL |
| 04/28/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, VIDEO - ADDITIONAL HOURS, VIDEO - ELECTRONIC ACCESS. WITNESS: DOUGLAS SCHMIDT |
| 04/28/23 | VERITEXT CORP. | TRANSCRIPT SERVICES - ORIGINAL TRANSCRIPT, ATTENDANCE - FULL DAY, REALTIME SERVICES, ROUGH DRAFT. WITNESS: DOUGLAS SCHMIDT |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 05/03/23 | VERITEXT CORP. | TRANSCRIPT SERVICES - ORIGINAL TRANSCRIPT, ROUGH DRAFT, ATTENDANCE - FULL DAY, PREMIUM LITIGATION PACKAGE. WITNESS: PAUL A. GOMPERS, PH.D. |
| 05/03/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, VIDEO - ADDITIONAL HOURS, VIDEO - ELECTRONIC ACCESS. WITNESS: PAUL A. GOMPERS, PH.D. |
| 05/04/23 | VERITEXT CORP. | TRANSCRIPT SERVICES - ORIGINAL TRANSCRIPTS, ROUGH DRAFT, REALTIME SERVICES, IN PERSON COVERAGE FEE, PREMIUM LITIGATION PACKAGE. WITNESS: JONATHAN B. WEISSMAN, PH.D. |
| 05/04/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, VIDEO - ADDITIONAL HOURS, VIDEO - ELECTRONIC ACCESS. WITNESS: JON B. WEISSMAN, PH.D. |
| 05/08/23 | VERITEXT CORP. | TRANSCRIPT SERVICES - CERTIFIED TRANSCRIPT, ROUGH DRAFT, REALTIME SERVICES, EXHIBITS, LOGISTIC & PROCESSING. WITNESS: BJORN STEINHOLT |
| 08/17/23 | RACHEL LOPEZ, COURT REPORTER | 07/11/23 MOTION HEARING TRANSCRIPT |