UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUBEN A. LUNA, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>CARBONITE, INC., et al.,<br><br>                Defendants. | No. 1:19-cv-11662-LTS<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF<br>THEODORE M. HESS-MAHAN FILED ON<br>BEHALF OF HUTCHINGS BARSAMIAN<br>MANDELCORN, LLP IN SUPPORT OF<br>APPLICATION FOR AWARD OF<br>ATTORNEYS' FEES AND EXPENSES |

4881-1068-9708.v1

I, Theodore M. Hess-Mahan, declare as follows:

1.      I am Of Counsel to the law firm of Hutchings Barsamian Mandelcorn, LLP (the "Firm"). I am submitting this declaration in support of the application for an award of attorneys' fees and expenses/charges ("expenses") in connection with services rendered in the above-entitled action.

2.      This Firm is Liaison counsel of record for Plaintiff Ruben A. Luna and Lead Plaintiff Construction Industry and Laborers' Joint Pension Trust.

3.      The information in this declaration regarding the Firm's time and expenses is taken from time and expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business. I am the attorney who oversaw and/or conducted the day-to-day activities in the litigation and I reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries  as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation. As a result of this review, reductions were made to both time and expenses in the exercise of billing judgment. Based on this review and the adjustments made, I believe that the time reflected in the Firm's lodestar calculation and the expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the litigation.

4.      After the reductions referred to above, the number of hours spent on the litigation by my Firm is 78.7.  A breakdown of the lodestar is provided in Exhibit A. The lodestar amount for attorney time based on the Firm's current rates is $35,415.00. The hourly rates shown in Exhibit A are consistent with hourly rates submitted by the Firm in other securities class action litigation.

4881-1068-9708.v1

The Firm's rates are set based on periodic analysis of rates charged by firms performing comparable work both on the plaintiff and defense side.

5.      My Firm seeks an award of $1,332.78 in expenses and charges in connection with the prosecution of the litigation. Those expenses and charges are summarized by category in Exhibit B.

6.      The following is additional information regarding certain of these expenses:

(a)      Filing, Witness and Other Fees: $1,206.24. These expenses have been paid to the Court for filing fees and to attorney service firms or individuals who served process of the complaint. The vendors who were paid for these services are set forth in Exhibit C.

(b)      Transportation, Hotels & Meals: $43.40. In connection with the prosecution of this case, the Firm has paid for travel expenses to attend court hearings. The date, destination, and purpose of each trip is set forth in Exhibit D.

(c)      Delivery charges: $83.14. The date, delivery service, and purpose for each delivery is set forth in Exhibit E.

7.      The expenses pertaining to this case are reflected in the books and records of this Firm. These books and records are prepared from receipts, expense vouchers, check records, and other documents and are an accurate record of the expenses.

8.      The identification and background of my Firm and its attorneys is attached hereto as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of March, 2024, at Wellesley, Massachusetts.

*/s/Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN

4881-1068-9708.v1

**CERTIFICATE OF SERVICE**

I, David A. Rosenfeld, hereby certify that on April 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all counsel of record.


*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD