# EXHIBIT A

## EXHIBIT A

*Ruben A. Luna v. Carbonite, Inc., et al.*, No. 1:19-cv-11662-LTS
HUTCHINGS BARSAMIAN MANDELCORN, LLP
Inception through March 13, 2024

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---|---|---|
| Theodore M. Hess-Mahan | OC | 78.7 | $450 | $35,415.00 |
| | | | | |
| *TOTAL* | | | | $35,415.00 |

(OC) Of Counsel