# EXHIBIT B

**EXHIBIT B**

*Ruben A. Luna v. Carbonite, Inc., et al.*, No. 1:19-cv-11662-LTS
HUTCHINGS BARSAMIAN MANDELCORN, LLP
Inception through March 13, 2024

| *CATEGORY* | *AMOUNT* |
|---|---|
| Filing, Witness and Other Fees | $1,206.24 |
| Transportation, Hotels & Meals | $43.40 |
| Messenger, Overnight Delivery | $83.14 |
| *TOTAL* | *$1,332.78* |

4860-3208-4396.v1