# EXHIBIT C

**EXHIBIT C**

*Ruben A. Luna v. Carbonite, Inc., et al.*, No. 1:19-cv-11662-LTS
HUTCHINGS BARSAMIAN MANDELCORN, LLP

Filing, Witness and Other Fees: $1,206.24

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| August 1, 2019 | USDC D. Mass. | Complaint filing fee |
| September 20, 2019 | Middlesex County Sheriff | Service of process |
| September 27, 2019 | Essex County Sheriff | Service of process |
| October 1, 2019 | Suffolk County Sheriff | Service of process |
| August 17, 2022 | USDC D. Mass. | Pro hac vice motion filing fee |
| July 17, 2023 | USDC D. Mass. | Pro hac vice motion filing fee |
| November 2, 2023 | USDC D. Mass. | Pro hac vice motion filing fee |
| February 1, 2024 | USDC D. Mass. | Pro hac vice motion filing fee |
| March 1, 2024 | USDC D. Mass. | Pro hac vice motion filing fee |

4860-3208-4396.v1