# EXHIBIT D

**EXHIBIT D**

*Ruben A. Luna v. Carbonite, Inc.*, *et al.*, No. 1:19-cv-11662-LTS
HUTCHINGS BARSAMIAN MANDELCORN, LLP

Transportation, Hotels & Meals: $43.40

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| PPL – Fan Pier | September 12, 2022 | USDC D. Mass. | Parking |
| MassPike | September 12, 2022 | USDC D. Mass. | Tolls |

4860-3208-4396.v1