# EXHIBIT E

## EXHIBIT E

*Ruben A. Luna v. Carbonite, Inc., et al.*, No. 1:19-cv-11662-LTS
HUTCHINGS BARSAMIAN MANDELCORN, LLP

Delivery charges: $83.14

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| September 20, 2019 | Federal Express | Deliver courtesy copies to clerk's office |
| September 23, 2019 | Federal Express | Deliver courtesy copies to clerk's office |

4860-3208-4396.v1